IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | 4:26-md-03176-ALM<br>MDL 3176 |
| **ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation,**<br><br>    **Plaintiffs,**<br><br>        **v.**<br><br>**AS DESIGNS, LLC, a North Carolina limited liability company, and MATTHEW S. KARLOVIC, an individual, and CALVIN OLSON, an individual, and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo,"**<br><br>    **Defendants.** | Civil Action No. 4:26-cv-00370-ALM<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING PLAINTIFFS' MOTION
## FOR EXPEDITED DISCOVERY

Before the Court is Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc.'s (collectively, "Plaintiffs") Motion for Expedited Discovery (Dkt. #30). Having considered the Motion, the supporting briefing and exhibits, and applicable law, the Court concludes that the Motion should be granted.

It is therefore **ORDERED** that Plaintiffs' Motion for Expedited Discovery is **GRANTED**. Plaintiffs' discovery requests attached as Exhibits A and B to the Motion are deemed served as of the date of this Order.

Defendants AS Designs, LLC, Matthew Karlovic, and Calvin Olson are **ORDERED** to:

1

1.  Produce all documents and information responsive to Plaintiffs' requests within 20 days of this Order; and

2.  Make Matthew Karlovic and a Rule 30(b)(6) representative of AS Designs, LLC available for deposition within 30 days of this Order.

**IT IS SO ORDERED.**

**SIGNED this 1st day of May, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

2