## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | Case #4:26-md-03176-ALM<br>MDL #3176 |
| **ABC IP, LLC, *et al.*,** | |
| Plaintiffs, | Civil Action #4:26-CV-00370-ALM |
| v. | |
| **AS DESIGNS, LLC, *et al.*,** | **PROPOSED ORDER** |
| Defendants. | |

## ORDER

Before the Court is Defendants AS Designs, LLC, Matthew S. Karlovic, Calvin Olson, and John Doe's Motion for Scheduling Order on Plaintiffs' Motion for Preliminary Injunction. Having considered the Motion, the record, the applicable rules, and the arguments of counsel, the Court finds that the Motion should be **GRANTED**.

It is therefore **ORDERED** that the default briefing deadlines applicable to Plaintiffs' Motion for Preliminary Injunction are **VACATED** and replaced with the following schedule:

| Event | Deadline |
|---|---|
| Defendants' Opposition To Plaintiffs' Motion For Preliminary Injunction | July 27, 2026 |
| Plaintiffs' Reply In Support of Motion For Preliminary Injunction | August 6, 2026 |
| Defendants' Sur-Reply | August 17, 2026 |
| Hearing, if The Court Determines A Hearing is Necessary | After August 17, 2026, or as soon thereafter as the Court's calendar permits |

It is further **ORDERED** that Defendants' opposition and any supporting declarations, expert declarations, exhibits, and other evidence shall be filed by July 27, 2026.

It is further **ORDERED** that Plaintiffs' reply shall be filed by August 6, 2026.

It is further **ORDERED** that Defendants may file a sur-reply by August 17, 2026.

It is further **ORDERED** that the Court will set a hearing on Plaintiffs' Motion for Preliminary Injunction, if necessary, by separate notice.


**SIGNED this __ day of May, 2026.**

2