IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | 4:26-md-03176-ALM<br>MDL 3176 |
| **ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation,**<br><br>        **Plaintiffs,**<br><br>        **v.**<br><br>**AS DESIGNS, LLC, a North Carolina limited liability company, and MATTHEW S. KARLOVIC, an individual, and CALVIN OLSON, an individual, and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo,"**<br><br>        **Defendants.** | Civil Action No. 4:26-cv-00370-ALM<br><br>**JURY TRIAL DEMANDED** |

**ORDER DENYING DEFENDANTS' MOTION FOR SCHEDULING ORDER ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Before the Court is Defendants AS Designs, LLC, Matthew S. Karlovic and Calvin Olson's (collectively, "Defendants'") Motion for Scheduling Order on Plaintiffs' Motion for Preliminary Injunction (Dkt. 33). Having considered the Motion, the supporting briefing and exhibits, and applicable law, the Court concludes that the Motion should be denied.

It is therefore **ORDERED** that Defendants' Motion for Scheduling Order on Plaintiffs' Motion for Preliminary Injunction is **DENIED.**

It is further **ORDERED** that the default briefing deadlines applicable to Plaintiffs' Motion for Preliminary Injunction are **VACATED** and replaced with the following schedule:

| Event | Deadline |
| --- | --- |
| Deadline for Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction | May 20, 2026 |
| Deadline for Defendants' Document Production (already ordered) | May 21, 2026 |
| Deadline for Depositions (already ordered) | May 29, 2026 |
| Deadline for Plaintiffs' Reply Brief | June 12, 2026 |
| Deadline for Defendants' Sur-reply Brief | June 22, 2026 |
| Hearing | After June 22, 2026 |

It is further **ORDERED** that Defendants' opposition and any supporting declarations, expert declarations, exhibits, and other evidence shall be filed by May 20, 2026.

It is further **ORDERED** that Plaintiffs' reply shall be filed by June 12, 2026.

It is further **ORDERED** that Defendants may file a sur-reply by June 22, 2026.

It is further **ORDERED** that the Court will set a hearing on Plaintiffs' Motion for Preliminary Injunction, if necessary, by separate notice.

**IT IS SO ORDERED.**