## EXHIBIT 1

## ABC IP, LLC/Rare Breed Triggers, Inc. Lawsuits

In Re: Rare Breed Triggers Patent Litigation | Case No. 4:26-md-03176-ALM

*Sorted by Date Filed in ascending order. The AS Designs action is highlighted.*

| Total cases listed: 28 | Cases filed before AS Designs: 9 | AS Designs sequence: #10 |
|---|---|---|

| No. | Case | District Court | Date Filed |
|---|---|---|---|
| 1 | *Rare Breed Triggers, Inc. et al. v. DNT LLC et al., No. 4:25-cv-00298* | D. Idaho (J. Brailsford) | 6/6/2025 |
| 2 | *ABC IP, LLC et al. v. Harrison Gunworks LLC et al., No. 4:25-cv-00299* | D. Idaho (J. Brailsford) | 6/6/2025 |
| 3 | *ABC IP, LLC et al. v. Hanes Tactical LLC et al., No. 3:25-cv-00201* | W.D. Tex. (J. Guaderrama) | 6/6/2025 |
| 4 | *ABC IP, LLC et al. v. 80Mills LLC et al., No. 1:25-cv-01262* | N.D. Ohio (J. Calabrese) | 6/17/2025 |
| 5 | *ABC IP, LLC et al v. Kline, No. 3:25-cv-00454* | S.D. Miss. (J. Reeves) | 6/23/2025 |
| 6 | *ABC IP, LLC et al. v. Z3 Productions LLC, No. 5:25-cv-00695* | W.D. Okla. (J. Goodwin) | 6/23/2025 |
| 7 | *ABC IP, LLC et al. v. Nguyen, No. 4:25-cv-02961* | S.D. Tex. (J. Hanks) | 6/26/2025 |
| 8 | *Rare Breed Triggers Inc. et al. v. Firearm Systems LLC et al., No. 2:25-cv-04938* | D. Ariz. (J. Brnovich) | 12/23/2025 |
| 9 | *ABC IP, LLC et al. v. Hoffman et al., No. 1:25-cv-00389* | E.D. Tenn. (J. Collier) | 12/23/2025 |
| **10** | ***Rare Breed Triggers, Inc. et al. v. AS Designs, LLC et al., No. 1:25-cv-01192*** | **M.D.N.C. (J. Brnovich)** | **12/30/2025** |
| 11 | *ABC IP, LLC et al. v. Cloak Industries, Inc. et. al., No. 1:26-cv-00001* | D. Idaho (J. Brailsford) | 1/5/2026 |
| 12 | *ABC IP, LLC et al. v. WebCorp, Inc. Et al., No. 4:26-cv-00018* | E.D. Missouri (J. Collins) | 1/7/2026 |
| 13 | *ABC IP, LLC et al. v. SGC LLC et al., No. 2:26-cv-00085* | D. Arizona (J. Lanham) | 1/7/2026 |
| 14 | *ABC IP, LLC et al. v. Hawkphin Sales, LLC et al, No. 4:26-cv-00015* | S.D. Iowa (J. Ebinger) | 1/7/2026 |
| 15 | *ABC IP, LLC et al. v. MaRs Trigger, LLC et al., No. 2:26-cv-00030* | E.D. Texas (J. Gilstrap) | 1/12/2026 |
| 16 | *ABC IP, LLC et al. v. AR-TT LLC et al., No. 2:26-cv-00014* | E.D. Washington | 1/13/2026 |
| 17 | *ABC IP, LLC et al. v. Cope, No. 2:26-cv-00033* | E.D. Texas (J. Gilstrap) | 1/13/2026 |
| 18 | *ABC IP, LLC et al. v. Peak Tactical LLC et al., No. 2:26-cv-00018* | D. Wyoming (J. Rankin) | 1/15/2026 |

*Rare Breed Litigation Table — Sorted Ascending*

| No. | Case | District Court | Date Filed |
|---|---|---|---|
| 19 | *ABC IP, LLC et al v. Superior Firearms of Texas, No. 2:26-cv-00058* | E.D. Texas (J. Mazzant) | 1/22/2026 |
| 20 | *ABC IP, LLC, et al., v. ProSource Firearms, LLC, No. 2:26-cv-00055* | E.D. Texas (J. Mazzant) | 1/22/2026 |
| 21 | *ABC IP, LLC et al. v. Mister Guns, LLC et al., No. 2:26-cv-00056* | E.D. Texas (J. Mazzant) | 1/22/2026 |
| 22 | *ABC IP, LLC, et al., v. PistolCap Limited Company, et al., No. 2:26-cv-00053* | E.D. Texas (J. Mazzant) | 1/22/2026 |
| 23 | *ABC IP, LLC et al. v. Hush Distribution, LLC., No. 2:26-cv-00054* | E.D. Texas (J. Gilstrap) | 1/22/2026 |
| 24 | *ABC IP LLC et al v. Orion Arms Corp D/B/A Orion Wholesale, No. 4:26-cv-00032* | S.D. Indiana | 2/4/2026 |
| 25 | *ABC IP et al v. HK Parts, No. 2:26-cv-00090* | D. Utah (J. Nielson) | 2/4/2026 |
| 26 | *ABC IP LLC et al v. TRG Ventures, LLC d/b/a Mission Ridge Range and Academy, a limited liability company et al., No. 2:26-cv-00201* | E.D. Texas (J. Gilstrap) | 3/13/2026 |
| 27 | *ABC IP, LLC et al v. Canuck Tactical, LLC., No. 2:26-cv-00576* | E.D. Louisiana (J. Papillion) | 3/17/2026 |
| 28 | *Rare Breed Triggers Inc, et al., v. Dairyland Defense Solutions, LLC, et al., No. 4:26-cv-00374* | E.D. Texas (J. Mazzant) | 4/14/2026 |

*Note: Dates are sorted chronologically based on the "Date Filed" column in the provided table. Same-day entries retain their original relative order.*

*Rare Breed Litigation Table — Sorted Ascending*