# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation,

      Plaintiffs,

vs.

TIMOTHY HOFFMAN, an individual, and HOFFMAN TACTICAL LLC, a Tennessee limited liability company,

      Defendants.

Case No.: 1:25-cv-00389-CLC-CHS

## NOTICE OF WITHDRAWAL OF ABC IP, LLC and RARE BREED TRIGGERS, INC.'S MOTION AND BRIEF FOR ORDER TO SHOW CAUSE (Dkt. 52)

ABC, IP, LLC ("ABC") and Rare Breed Triggers, Inc. ("Rare Breed") (collectively "Plaintiffs"), in view of the pending Multi-District Litigation Matter No. 3176, hereby withdraw their Motion and Brief for Order to Show Cause Why AS Designs, LLC Should Not be Held in Contempt for Violating Preliminary Injunction (Doc. 52) (the "Motion") filed on March 5, 2026, without prejudice. Plaintiffs note that AS Designs filed an untimely opposition brief (Doc. 60) that Plaintiffs have not yet had time to consider, but which is now moot.

Plaintiffs reserve the right to re-file and seek appropriate relief in the future.

March 27, 2026.

Respectfully submitted,

By: */s/ Decker A. Cammack*
Decker A. Cammack (admitted pro hac vice)
WHITAKER CHALK SWINDLE & SCHWARTZ PLLC
301 Commerce Street, Suite 3500
Fort Worth, TX 76102
Telephone: (817) 878-0500
Facsimile: (817) 878-0501
DCammack@whitakerchalk.com

By: */s/ Glenn D. Bellamy*
Glenn D. Bellamy (admitted pro hac vice)
WOOD, HERRON & EVANS, LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
Telephone: (513) 241-2324
Facsimile: (513) 241-6234
gbellamy@whe-law.com

By: */s/ Joseph Alan Jackson II*
Joseph Alan Jackson II,
B.P.R. No. 030603
SPEARS, MOORE, REBMAN & WILLIAMS, P.C.
601 Market Street, Suite 400
Post Office Box 1749
Chattanooga, TN 37401 1749
Telephone: (423) 756-7000
Facsimile: (423) 756-4801
jaj@smrw.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

By: */s/ Decker A. Cammack*

**Withdrawal of ABC IP, Inc. and Rare Breed Trigger, Inc.'s Motion & Brief for Order to Show Cause**
DM# 823819 v.1

Page 2