**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

|  |  |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | 4:26-md-03176-ALM<br>MDL 3176 |
| **ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation,**<br><br>　　**Plaintiffs,**<br><br>　　**v.**<br><br>**AS DESIGNS, LLC, a North Carolina limited liability company, and MATTHEW S. KARLOVIC, an individual, and CALVIN OLSON, an individual, and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo,"**<br><br>　　**Defendants.** | Civil Action No. 4:26-cv-00370-ALM<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT STIPULATION TO
EXTEND DEPOSITION DEADLINES**

Before the Court is Plaintiffs ABC IP, LLC ("ABC") and Rare Breed Triggers, Inc. ("Rare Breed") (collectively, "Plaintiffs") and Defendants AS Designs, LLC, Matthew S. Karlovic and Calvin Olson's (collectively, "Defendants'") Joint Stipulation to Extend Deposition Deadlines (Dkt. #40). Having considered the parties' stipulation,

IT IS ORDERED that deadline for completing the 30(b)(6) deposition of AS Designs and the deposition of Matthew Karlovic is extended to a date to be determined by the parties after the

Court rules on Defendants' Motion for Scheduling Order on Plaintiffs' Motion for Preliminary Injunction;

IT IS FURTHER ORDERED that, within seven (7) days of the Court's entry of an order with respect to Defendants' Motion for Scheduling Order on Plaintiffs' Motion for Preliminary Injunction, submit to the Court a proposed deadline for completing (1) the 30(b)(6) deposition of AS Designs and (2) the deposition of Matthew Karlovic.

**IT IS SO ORDERED.**

**SIGNED this 10th day of June, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE