**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, and CALVIN OLSON, and JOHN DOE, AN INDIVIDUAL USING THE ALIAS "S3IGU2" AND/OR "SEAGOO THREETWO,"<br><br>　　　Defendants. | Civil Action No. 4:26-cv-00370-ALM<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF NON-OPPOSITION AND RIPENESS REGARDING
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc. (collectively, "Plaintiffs")

respectfully file this Notice of Non-Opposition and Ripeness Regarding Plaintiffs' Motion for

Preliminary Injunction.

Plaintiffs filed their Motion for Preliminary Injunction ("PI Motion") on April 27, 2026.

*See* Dkt. 28. AS Designs, LLC; Matthew Karvolic; Calvin Olson; and John Doe ("Defendants")

were due to file their responses to the PI Motion on May 11, 2026. *See* Local Rule CV-7(e).

Plaintiffs offered to extend Defendants' deadline for responding to the PI Motion to May 20,

2026, which Defendants did not accept. *See* Dkt. 34 at 1. Defendants have not responded to the

1

PI Motion. Accordingly, Plaintiffs' PI Motion is unopposed and ripe for ruling. *See* Local Rule

CV-7(d) ("A party's failure to oppose a motion in the manner prescribed herein creates a

presumption that the party does not controvert the facts set out by movant and has no evidence to

offer in opposition to the motion.").

DATED: July 2, 2026

Respectfully submitted,

*/s/ Matthew A. Colvin*

Matthew A. Colvin
Texas Bar No. 24087331
Carl E. Bruce
Texas Bar No. 24036278
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
E-mail: colvin@fr.com
       bruce@fr.com
Tel: (214) 747-5070
Fax: (214) 747-2091

Benjamin J. Christoff
DC Bar No. 1025635
**FISH & RICHARDSON P.C.**
1000 Maine Avenue SW, Suite 1000
Washington, DC 20024
E-mail: christoff@fr.com
Tel: (202) 783-5070
Fax: (202) 783-2331

Glenn D. Bellamy *(admitted pro hac vice)*
**WOOD HERRON & EVANS LLP**
600 Vine Street, Suite 2800
Cincinnati OH 45202
E-mail: gbellamy@whe-law.com
Tel: (513) 707-0243
Fax: (513) 241-6234

Melissa R. Smith
Texas State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
E-mail: melissa@gillamsmithlaw.com

*Attorneys for Plaintiffs*
*ABC IP, LLC and Rare Breed Triggers, Inc.*

3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 2, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Matthew A. Colvin*
Matthew A. Colvin