### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | Case #4:26-md-03176-ALM<br>MDL #3176 |
| **ABC IP, LLC**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**AS DESIGNS, LLC**, *et al.*,<br><br>Defendants. | Civil Action #4:26-cv-00370-ALM |

### PROPOSED ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

The Court, having considered Defendants' Motion for Leave to Exceed Page Limitation ("Motion"):

**IT IS ORDERED** that Defendants' Motion is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the page limit for Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction (Dkt. #28) is hereby increased from fifteen (15) pages to thirty (30) pages.

**IT IS SO ORDERED.**