IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| In Re: Rare Breed Triggers Patent Litigation | Case #4:26-md-03176-ALM<br>MDL #3176 |
| ABC IP, LLC, *et al.*,<br><br>        Plaintiffs,<br>v.<br><br>AS DESIGNS, LLC, *et al.*,<br><br>        Defendants. | Civil Action #4:26-CV-00370-ALM |

**DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendants AS Designs, LLC, Matthew S. Karlovic, and Calvin Olson respectfully submit this Motion for Leave to file under seal Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction ("Opposition Brief") and the Declarations of Eric Phillips and Matthew Karlovic along with the exhibits on which they rely ("Supporting Declarations"). Defendants have met and conferred with counsel for the Plaintiffs in the above-captioned action. Plaintiffs do not oppose. Defendants state the following:

1.      The right to inspect and copy public and judicial records and documents traces to *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 98 S. Ct. 1306, 55 L. Ed. 2d 570 (1978). However, the presumption in favor of public access to court records can be overcome in certain instances. The Supreme Court recognized that a court retains power over its own record and may deny access where files would become a vehicle for improper purposes. *Id.* at 598.

2.      Courts in this district have granted motions to seal where the sealed information relates to a party's revenues and other information which would put the party at a competitive disadvantage if publicly disclosed. *Erfindergemeinschaft Uropep GbR v. Eli Lilly & Co.*, No. 2:15-

1

cv-1202, 2017 WL 434207, at *2 (E.D. Tex. Feb. 1, 2017) (quoting Nixon, 435 U.S. at 598); *Mylan Institutional LLC v. Aurobindo Pharma Ltd.*, No. 2:16-cv-00491, Dkt. No. 22 (E.D. Tex. June 10, 2016) (granting motion to seal preliminary injunction motion and accompanying declarations); *Boehringer Ingelheim Pharma GMBH & Co.KG v. Mylan Pharm.*, Inc., No. 14-cv-4727, 2015 WL 1816473, at *2 (D.N.J. Apr. 22, 2015) (granting motion to seal because "the information relating to MPI's and Mylan Inc.'s sales and revenue is confidential and proprietary, and MPI and Mylan Inc. would suffer serious commercial injury if such information became available to the public").

3. Defendants' Supporting Declarations reveal confidential sales, marketing, and profitability information, among other things. Defendants' Opposition Brief quotes and summarizes portions of the Supporting Declarations and information sealed by Plaintiffs.

4. As a Protective Order has not yet been entered, Defendants respectfully move for leave to file their Opposition Brief and Supporting Declarations under seal.

DATED: July 9, 2026

Respectfully submitted,

*/s/ John M. Skeriotis*
John M. Skeriotis (Ohio Bar No. 0069263)
Sergey Vernyuk (Ohio Bar No. 0089101)
**EMERSON, THOMSON & BENNETT, LLC**
1914 Akron-Peninsula Road
Akron, Ohio 44313
Tel: (330) 434-9999
Fax: (330) 434-8888
E-mail: jms@etblaw.com
            sv@etblaw.com
*Attorneys for Defendants*

2

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendants conferred with counsel for Plaintiffs on July 7, 2026, by videoconference regarding the relief requested in this Motion. By email of July 8, 2026 Plaintiffs stated they do not oppose the requested relief.  The counsel in the videoconference consisted of Ben Christoff, among other counsel for Plaintiffs. The email reply from Plaintiffs' counsel included Ben Christoff as the drafter, along with the following counsel cc'd: Glenn Bellamy and Warren Mabey, Jr.

*/s/ John M. Skeriotis*
Counsel for Defendants