# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | Case #4:26-md-03176-ALM<br>MDL #3176 |
| **ABC IP, LLC,** *et al.*, | |
| Plaintiffs, | Civil Action #4:26-CV-00370-ALM |
| v. | |
| **AS DESIGNS, LLC,** *et al.*, | |
| Defendants. | |

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL

Before the Court is Defendants' Unopposed Motion for Leave to file to under seal their Opposition to Plaintiff's Motion for Preliminary Injunction and the Declarations of Eric Phillips and Matthew Karlovic along with the exhibits on which they rely. Having considered the Motion, the Motion is hereby GRANTED.

**IT IS ORDERED** that Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction and the Declarations of Eric Phillips and Matthew Karlovic along with the exhibits on which they rely are permitted to be filed under seal.

**SO ORDERED.**