**EXHIBIT 2 – Materials Considered in Relation to Preparing this Declaration**

Asserted patents:

1.  U.S. Patent No. 12,031,784 (Dkt. #20-3[1]) and its prosecution history;

2.  U.S. Patent Application No. 63/276,090 and its prosecution history;

3.  U.S. Patent No. 12,038,247 (Dkt. #20-2) and its prosecution history;

4.  U.S. Patent Application No. 63/374,941 and its prosecution history;

5.  U.S. Patent No. 12,529,538 (Dkt. #20-4) and its prosecution history;

6.  U.S. Patent Application No. 63/605,793 and its prosecution history;

7.  U.S. Patent No. 12,578,159 (Dkt. #20-5) and its prosecution history;

Documents from *Rare Breed Triggers, Inc. v. AS Designs, LLC*, No. 4:26-cv-00370-ALM (E.D. Tex.), transferred from No. 1:25-cv-01192 (M.D.N.C):

8.  Proposed Second Amended Complaint (Dkt. #20-1);

9.  Plaintiffs' Motion for Preliminary Injunction (Dkt. #32);

10. Declaration of Brian Luettke in Support of Plaintiffs' Motion for Preliminary Injunction (Dkt. #29-21) and Exhibits A-G (Dkt. #29-22 to #29-28);

Patents and patent applications:

11. U.S. Patent No. 441,547, issued November 25, 1890;

12. U.S. Patent No. 1,132,601, issued March 23, 1915;

13. U.S. Patent No. 2,056,975, issued October 13, 1936 ("Michal I");

---

[1] Unless otherwise indicated, docket references are to *Rare Breed Triggers, Inc. v. AS Designs, LLC*, No. 4:26-cv-00370-ALM (E.D. Tex.).

14. U.S. Patent No. 2,139,691, issued December 13, 1938 ("Michal II");

15. U.S. Patent No. 2,539,447, issued January 30, 1951 ("Lochhead");

16. U.S. Patent No. 3,045,555, issued July 24, 1962 ("Stoner");

17. U.S. Patent No. 4,023,465, issued May 17, 1977 ("Inskip");

18. U.S. Patent No. 4,449,627, issued May 22, 1984;

19. U.S. Patent No. 5,463,984, issued November 7, 1995;

20. U.S. Patent No. 7,398,723, issued July 15, 2008 ("Blakley"; Dkt. #17-1);

21. U.S. Patent No. 9,146,067, issued September 29, 2015 ("Stakes");

22. U.S. Patent No. 9,568,264, issued February 14, 2017;

23. U.S. Patent No. 9,939,221, issued April 10, 2018;

24. U.S. Patent No. 9,945,083, issued April 17, 2018;

25. U.S. Patent No. 10,514,223, issued December 24, 2019 ("Rounds");

26. U.S. Patent No. 10,767,950, issued September 8, 2020;

27. Mladen Thomas Strbac's U.S. Patent App. No. 63/297,884, filed January 10, 2022, titled "Firearm Trigger Mechanism," disclosing FRT-15-3MD;

28. Tim Hoffman's U.S. Patent App. No. 63/377,498, filed September 28, 2022, titled "Active Firearm Trigger Mechanism," disclosing Super Safety;

29. U.S. Patent App. Pub. No. 2007/0266845, published November 22, 2007;

30. U.S. Patent App. Pub. No. 2009/0151213, published June 18, 2009;

31. U.S. Patent App. Pub. No. 2010/0269302, published October 28, 2010;

32. U.S. Patent App. Pub. No. 2012/0198809, published August 9, 2012;

33. U.S. Patent App. Pub. No. 2013/0014417, published January 17, 2013;

34. U.S. Patent App. Pub. No. 2013/0104344, published May 2, 2013;

35. U.S. Patent App. Pub. No. 2014/0329632, published November 6, 2014;

36. U.S. Patent App. Pub. No. 2014/0338523, published November 20, 2014 ("Daley");

37. European Patent No. EP 2,950,033 B1, issued November 23, 2016, and its English translation from Google Patents ("Ostanin");

Products:

38. AS Designs Super Safety Kit;

39. AS Designs ARC-Fire kit;

40. Geissele pre-cut trigger kit (for the Super Safety and ARC-Fire);

41. Lower with the Super Safety installed;

42. MP5 slip trip;

43. Z3 Super Safety;

44. Z3 precut trigger;

45. Tommy Triggers FRT-15-3MD;

Other:

46. "Super Safety," Hoffman Tactical LLC, https://hoffmantactical.com/designs/super-safety/;

47. "Introducing the Super Safety," YouTube video posted by Hoffman Tactical on July 21, 2023, https://www.youtube.com/watch?v=i1ADTvaYhY4;

48. "Semiautomatic Super Safety: How It Works," YouTube video posted by Fitty% on May 18, 2024, https://www.youtube.com/watch?v=KIxsnh2fFTo&rco=1;

49. "Super Safety: 3D Printed Active Trigger System," v.4.4 (June 19, 2023; Dkt. #20-6) and accompanying drawings, Hoffman Tactical;

50. Complaint in *Rare Breed Triggers, LLC v. Strbac*, No. 1:22-cv-00280 (N.D. Ohio), ECF No. 1 (Dkt. 17-2);

51. "Tommy Trigger's Alamo 15 and Rare Breed FRT/E3 Safety Selector Guide," YouTube video posted by Bingly on June 29, 2022, https://www.youtube.com/watch?v=00mQ2mfjqfU;

52. Declaration of Timothy S. Hoffman, dated July 7, 2026, *In re: Rare Breed Triggers Patent Litig.*, No. 4:26-md-03176-ALM (E.D. Tex.).