**Exhibit 6 - Claim Chart for U.S. Patent No. 12,031,784**

**U.S. Patent No. 4,023,465 ("Inskip")**

| Claim: | Comparison to Prior Art: |
|---|---|
| 1. In a forced rest [*sic*] trigger mechanism, | A POSA would understand Inskip's trigger mechanism to be a forced reset trigger mechanism because it forces the trigger to reset. 5:55-67. |
| an extended trigger member locking device, comprising: | Inskip discloses an extended trigger member locking device including the following components: disengagement arm 98; pin 100; rod 106; sear 108; and spring 110. 3:66-4:19. |
| a locking member that is movable between a first position in which it locks a trigger member against pulling movement and a second position where it does not restrict movement of the trigger member, | Inskip discloses a trigger member 38 having a pin 116 projecting laterally from it (see Figs. 1, 4-8). 4:13-16. Inskip discloses a locking member 108 that is movable between a first position in which it locks trigger member 38 against pulling movement via pin 116 (see Fig. 5) 4:14-16, 5:65-67 and a second position where it does not restrict movement of the trigger member 38 by releasing pin 116 (see Figs. 1, 4). 6:10-15. |
| the locking member configured to be movably supported by a frame and | Inskip discloses that locking member 108 is configured to be movably supported by a receiver frame 10. Fig. 1, 3:66-4:8. |
| including a generally upward extension portion configured to make actuating contact with a surface of a bolt carrier, such actuating contact causing the locking member to move from the first position to the second position, | Inskip discloses that locking member 108 has a generally upward extension portion 98 configured to make actuating contact with a surface 104 of a bolt carrier 20 and that the actuating contact causes the locking member 108 to move from the first position (see Fig. 5) to the second position (see Fig. 1). 6:10-15. |
| the locking member having a body portion that is movably supported and | Inskip discloses that locking member 108 has a body portion that is movably supported (by receiver frame 10). Fig. 1, 3:66-4:8. |
| an upwardly extending deflectable portion that is separately movable relative to the body portion between an extended position and a deflected position. | Inskip discloses that locking member 108 has an upwardly extending deflectable portion 110 that is separately movable relative to the body portion 108 between an extended position (Fig. 4) and a deflected position (Fig. 5). 4:8-10, 16-19, 5:48-53. Inskip does not explicitly state that spring 110 is deflectable and separately movable relative to body portion 108, but a POSA would immediately know that the shown cantilever spring 110 deflects, as that is the purpose of a cantilever spring. This deflection is clearly seen by comparing the spring's 110 extended position relative to body 108 in Fig. 4 (where it is not engaged by the bolt carrier 104) and its deflected position in Fig. 5 (where it is engaged by the bolt carrier 104). |
|  |  |

1

| Claim: | Comparison to Prior Art: |
|---|---|
| 3. The device of claim 1, | See claim 1 above. |
| wherein the locking member body portion pivots between the first and second positions. | Inskip discloses that the locking member body portion 108 pivots between its first position (see Fig. 5) and its second position (see Fig. 1). 6:10-15. |
|  |  |
| 4. The device of claim 1, | See claim 1 above. |
| wherein the locking member deflectable portion pivots relative to the body portion. | Inskip discloses that deflectable portion, cantilever spring 110, is rigidly attached at one end to the locking member body portion 108. 4:8-10. But a POSA knows that the cantilever spring 110 bends/flexes relative to the body portion 108, as noted above, and that from a kinematics perspective the entire spring 110 pivots, relative to the body portion 108, operating effectively as a hinge. |

2