**Exhibit 9 - Claim Chart for U.S. Patent No. 12,038,247**

**U.S. Patent 9,146,067 ("Stakes")**

| Claim: | Comparison to Prior Art: |
|---|---|
| 15. A firearm trigger mechanism comprising: | Stakes discloses a firearm trigger mechanism 20. *Passim* (e.g., Fig. 1, 6:7-20). |
| a hammer having a sear catch and a hook for engaging a disconnector and adapted to be mounted in a fire control mechanism pocket of a receiver to pivot on a transverse hammer pivot axis between set and released positions, said hammer adapted to be pivoted rearward by rearward movement of a bolt carrier, | Stakes discloses a hammer 40 having a sear catch 49 and a hook 47 for engaging a disconnector 30 and adapted to be mounted in a fire control mechanism pocket of a receiver to pivot on a transverse hammer pivot axis 42 between a set position (e.g., Fig. 4) and a released or firing position (e.g., Fig. 7), where the hammer is adapted to be pivoted rearward by rearward movement of a bolt carrier.  6:12-15, 50-65, 8:47-9:12. |
| a trigger member having a sear and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse trigger member pivot axis between set and released positions, | Stakes discloses a trigger member 21 having a sear 24 and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse trigger member pivot axis 28, 38 between a set position (e.g., Fig. 4) and a released or firing position (e.g., Fig. 7).  6:12-15, 22-30, 40-45, 8:34-60. |
| wherein said sear and sear catch are in engagement in said set positions of said hammer and trigger member and are out of engagement in said released positions of said hammer and trigger member, | Stakes discloses that the trigger sear 24 and the hammer sear catch 49 are in engagement in the set positions (e.g., Fig. 4) and are out of engagement in the released or firing positions (e.g., Fig. 7).  8:34-60. |
| said disconnector having a hook for engaging said hammer and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis, and | Stakes discloses that the disconnector 30 has a hook 33 for engaging the hammer 40 and is adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis 28, 38.  Figs. 1, 3, 6:12-15, 30-42, 9:4-12. |
| a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket, said cam being movable between a first position and a second position, in said second position said cam lobe forces said trigger member towards said set position, | Stakes discloses a cam 50 (called reset lever 50) having a lobe 53 (called arm 53) that is adapted to be movably mounted in the fire control mechanism pocket.  Fig. 2, 6:12-15, 6:66-7:24. The cam 50 is movable between a first position (called an inoperative position or open position, where it does not force the disconnector's cam surface 35, e.g., Figs. 6, 10) and a second position (called a closed position, e.g., Fig. 14) in which the cam lobe 53 forces the trigger |

1

| Claim: | Comparison to Prior Art: |
|---|---|
| | member 21 towards the set position.  Abstract, 13:49-14:50. |
| whereupon in a standard semi-automatic mode, said cam is in said first position, rearward movement of the bolt carrier causes rearward pivoting of said hammer such that said disconnector hook catches said hammer hook, and thereafter the bolt carrier moves forward into battery, at which time a user must manually release said trigger member to free said hammer from said disconnector to permit said hammer and trigger member to pivot to said set positions so that the user can pull said trigger member to fire the firearm, and | Stakes discloses that in a standard semi-automatic mode, the cam 50 is in the first position, rearward movement of the bolt carrier causes rearward pivoting of the hammer 40 such that the disconnector hook 33 catches the hammer hook 47, and thereafter the bolt carrier moves forward into battery, at which time a user must manually release the trigger member 21 to free the hammer from the disconnector 30 to permit the hammer and trigger member to pivot to the said positions so that the user can pull the trigger member to fire the firearm.  Figs. 4, 6-9, 8:22-9:54, 11:17-21. |
| whereupon in a forced reset semi-automatic mode, said cam is in said second position, rearward movement of the bolt carrier causes rearward pivoting of said hammer such that said disconnector hook is prevented from catching said hammer hook, and thereafter the bolt carrier moves forward into battery, at which time the user can pull said trigger member to fire the firearm. | Stakes discloses that in a forced reset semi-automatic mode (called assisted-reset semi-automatic mode), the cam 50 is in the second position, rearward movement of the bolt carrier causes rearward pivoting of the hammer 40 such that the disconnector hook 33 is prevented from catching the hammer hook 47, and thereafter the bolt carrier moves forward into battery, at which time the user can pull the trigger member 21 to fire the firearm.  Figs. 5, 10-14, 10:35-11:16, 11:21-12:43, 14:11-55, 16:38-61. |

2