**Exhibit 10 - Claim Chart for U.S. Patent No. 12,038,247**

**U.S. Patent 7,398,723 ("Blakley")**

| Claim: | Comparison to Prior Art: |
|---|---|
| 15. A firearm trigger mechanism comprising: | Blakley discloses a firearm trigger mechanism 10. Figs. 1-5, 4:58-5:5. |
| a hammer having a sear catch and a hook for engaging a disconnector and adapted to be mounted in a fire control mechanism pocket of a receiver to pivot on a transverse hammer pivot axis between set and released positions, said hammer adapted to be pivoted rearward by rearward movement of a bolt carrier, | Blakley discloses a hammer (unnumbered component with striking surface 56) having a sear catch 52 and a hook 54 for engaging a disconnector 38 and adapted to be mounted in a fire control mechanism pocket of a receiver 16 to pivot on a transverse hammer pivot axis 58 between a set position (e.g., Fig. 2) and a released position (e.g., Fig. 1), the hammer adapted to be pivoted rearward by rearward movement of a bolt carrier 20. Fig. 5, 2:32-45, 5:44-59, 7:4-18, 10:34-38. |
| a trigger member having a sear and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse trigger member pivot axis between set and released positions, | Blakley discloses a trigger member 22 having a sear 34 and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse trigger member pivot axis 46 between a set position (e.g., Fig. 2) and a released position (e.g., Fig. 1). Fig. 5, 5:13-27, 35-38. |
| wherein said sear and sear catch are in engagement in said set positions of said hammer and trigger member and are out of engagement in said released positions of said hammer and trigger member, | Blakley discloses that the trigger sear 34 and the hammer sear catch 52 are in engagement in the set positions (e.g., Fig. 2) and are out of engagement in the released positions (e.g., Fig. 4). 5:49-50, 10:47-50. |
| said disconnector having a hook for engaging said hammer and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis, and | Blakley discloses a disconnector 38 having a hook 44 for engaging the hammer 54 and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis 40, 46. Figs. 1-3, 5, 5:28-38. |
| a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket, said cam being movable between a first position and a second position, in said second position said cam lobe forces said trigger member towards said set position, | Blakley discloses a cam 66 having a cam lobe 69 and adapted to be movably mounted in the fire control mechanism pocket, the cam being movable between a first position (e.g., Fig. 1) and a second position (e.g., Fig. 2) in which the cam lobe forces the trigger member 22 towards the set position. Figs. 1-2, 2:49-3:2, 5:60-6:32, 7:19-53, 10:34-11:10. |
| whereupon in a standard semi-automatic mode, said cam is in said first position, rearward movement of the bolt carrier | Blakley discloses that the effect of its disclosed invention (i.e., increased cyclic rate of actuating the trigger and discharging a firearm due to the |

| Claim: | Comparison to Prior Art: |
|---|---|
| causes rearward pivoting of said hammer such that said disconnector hook catches said hammer hook, and thereafter the bolt carrier moves forward into battery, at which time a user must manually release said trigger member to free said hammer from said disconnector to permit said hammer and trigger member to pivot to said set positions so that the user can pull said trigger member to fire the firearm, and | trigger forward displacement system) can be optionally deselected by operating the selector and configuring the trigger extension 90 to be movable.  By configuring these components to move the cam 66 to the first position (during at least a portion of the bolt carrier cycling) and not allow it to contact the trigger extension prevents the cam from resetting the trigger 22 and thus disables the forced-reset mode, which results in standard semi-automatic mode.  See 11:11-25.  In the standard semi-automatic mode, rearward movement of the bolt carrier 20 causes rearward pivoting of the hammer such that the disconnector hook 44 catches the hammer hook 54, and thereafter the bolt carrier moves forward into battery, at which time a user must manually release the trigger member 22 to free the hammer from the disconnector 38 to permit the hammer and trigger member to pivot to the set positions (e.g., Fig. 2) so that the user can pull the trigger member to fire the firearm.  Figs. 1-3, 8:1-7, 10:34-38.  This is either expressly or inherently disclosed in Blakley, or at very least rendered obvious to a POSA in light of Blakley's disclosure (as further evidenced by the patents referenced in Blakley, 1:21-30). |
| whereupon in a forced reset semi-automatic mode, said cam is in said second position, rearward movement of the bolt carrier causes rearward pivoting of said hammer such that said disconnector hook is prevented from catching said hammer hook, and thereafter the bolt carrier moves forward into battery, at which time the user can pull said trigger member to fire the firearm. | Blakley discloses a forced-reset semi-automatic mode, where the cam 66 is in the second position (during at least a portion of the bolt carrier cycling), rearward movement of the bolt carrier 20 causes rearward pivoting of the hammer such that the disconnector hook 44 is prevented from catching the hammer hook 54, and thereafter the bolt carrier moves forward into battery, at which time the user can pull the trigger member 22 to fire the firearm.  Figs. 1-3, 10:34-11-5. |

2