**Exhibit 11 - Claim Chart for U.S. Patent No. 12,038,247**

**Tommy Triggers' FRT-15-3MD ("Tommy")**

The following chart refers to the Complaint in *Rare Breed Triggers, LLC v. Strbac*, No. 1:22-cv-00280 (N.D. Ohio), ECF No. 1 ("Complaint").

| Claim: | Comparison to Prior Art: |
|---|---|
| 15. A firearm trigger mechanism comprising: | Tommy discloses a firearm trigger mechanism. Complaint ¶44. |
| a hammer having a sear catch and a hook for engaging a disconnector and adapted to be mounted in a fire control mechanism pocket of a receiver to pivot on a transverse hammer pivot axis between set and released positions, said hammer adapted to be pivoted rearward by rearward movement of a bolt carrier, | Tommy discloses a hammer having a sear catch and a hook for engaging a disconnector and adapted to be mounted in a fire control mechanism pocket of a receiver to pivot on a transverse hammer pivot axis between a set position and a released position (see Complaint p. 18), the hammer adapted to be pivoted rearward by rearward movement of a bolt carrier. Complaint ¶¶ 44, 46, 50, 60.<br><br> |
| a trigger member having a sear and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse trigger member pivot axis between set and released positions, | Tommy discloses a trigger member having a sear and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse trigger member pivot axis between a set position and a released position (see Complaint p. 18). Complaint ¶¶ 44, 46, 60. |

1

| Claim: | Comparison to Prior Art: |
|---|---|
| |  Trigger pivot axis / Trigger sear / Trigger |
| wherein said sear and sear catch are in engagement in said set positions of said hammer and trigger member and are out of engagement in said released positions of said hammer and trigger member, | Tommy discloses that the trigger sear and the hammer sear catch are in engagement in the set positions and are out of engagement in the released positions.  Complaint p. 18. |
| said disconnector having a hook for engaging said hammer and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis, and | Tommy discloses a disconnector with a hook for engaging the hammer and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis. Complaint ¶¶ 45-47, 60. Hook / Disconnector / Disconnector pivot axis |
| a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket, said cam being movable between a first position and a second position, in said second position | Tommy discloses a cam (called locking bar) having a lobe and adapted to be movably mounted in the fire control mechanism pocket, the cam being movable between a first position (e.g., in the configuration similar to ¶31 of the Complaint; called "second position" on p. 20 of |

| Claim: | Comparison to Prior Art: |
|---|---|
| said cam lobe forces said trigger member towards said set position, | the Complaint) and a second position (e.g., in the configuration similar to ¶34 of the Complaint; called "first position" on p. 20 of the Complaint) in which the lobe applies force to the trigger member to keep it in the set position. Complaint ¶¶ 44, 46, 50, 60.  |
| whereupon in a standard semi-automatic mode, said cam is in said first position, rearward movement of the bolt carrier causes rearward pivoting of said hammer such that said disconnector hook catches said hammer hook, and thereafter the bolt carrier moves forward into battery, at which time a user must manually release said trigger member to free said hammer from said disconnector to permit said hammer and trigger member to pivot to said set positions so that the user can pull said trigger member to fire the firearm, and | Tommy discloses a standard semi-automatic mode, in which the cam is in the first position (where it does not force the trigger to the set position) during at least a portion of the bolt carrier cycling, where rearward movement of the bolt carrier causes rearward pivoting of the hammer such that the disconnector hook catches the hammer hook (as in standard AR-15 "disconnector mode" operation, as noted in the Complaint), and thereafter the bolt carrier moves forward into battery, at which time a user must manually release the trigger member to free the hammer from the disconnector to permit the hammer and trigger member to pivot to their set positions so that the user can pull the trigger member to fire the firearm.  Complaint ¶¶ 22, 27, 29, 45, 47, 60. |

3

| Claim: | Comparison to Prior Art: |
|---|---|
| | Hammer hook / Disconnector hook |
| whereupon in a forced reset semi-automatic mode, said cam is in said second position, rearward movement of the bolt carrier causes rearward pivoting of said hammer such that said disconnector hook is prevented from catching said hammer hook, and thereafter the bolt carrier moves forward into battery, at which time the user can pull said trigger member to fire the firearm. | Tommy discloses a forced reset semi-automatic mode, where the cam is in the second position (where it forces the trigger to stay in the set position) during at least a portion of the bolt carrier cycling, where rearward movement of the bolt carrier causes rearward pivoting of the hammer such that the disconnector hook is prevented from catching the hammer hook, and thereafter the bolt carrier moves forward into battery, at which time the user can pull the trigger member to fire the firearm.  Complaint ¶¶ 27-28, 30, 34-36, 44-47, 50, 60.  Tommy's disconnector tail and trigger tail are separately movable, and the safety selector is machined such that in forced-reset mode, the safety selector presses down the disconnector tail, disabling the disconnector and preventing it from catching the hammer hook. |

| Claim: | Comparison to Prior Art: |
|---|---|
|  |  |