**<u>Exhibit 12</u> - <u>Claim Chart for U.S. Patent No. 12,038,247</u>**

**U.S. Patent 3,045,555 ("Stoner")**

| Claim: | Comparison to Prior Art: |
|---|---|
| 15. A firearm trigger mechanism comprising: | Stoner discloses a firearm trigger mechanism 30. Figs. 2-9, 2:21-32. |
| a hammer having a sear catch and a hook for engaging a disconnector and adapted to be mounted in a fire control mechanism pocket of a receiver to pivot on a transverse hammer pivot axis between set and released positions, said hammer adapted to be pivoted rearward by rearward movement of a bolt carrier, | Stoner discloses a hammer 62 having a sear catch (called sear abutment) 64 and a hook (called intermediate sear abutment) 76 for engaging a disconnector (called intermediate sear) 68, adapted to be mounted in a fire control mechanism pocket 22 of a receiver 14 to pivot on a transverse hammer pivot axis 82 between a set position (e.g., Fig. 2) and a released position (e.g., Fig. 4), the hammer adapted to be pivoted rearward by rearward movement of a bolt carrier 42. Figs. 2, 4, 2:21-42, 53-69, 4:42-44. |
| a trigger member having a sear and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse trigger member pivot axis between set and released positions, | Stoner discloses a trigger member 50 having a sear 60 and adapted to be mounted in the fire control mechanism pocket 22 to pivot on a transverse trigger member pivot axis 52 between a set position (e.g., Fig. 2) and a released position (e.g., Fig. 4). Figs. 2, 4, 2:21-32, 43-55. |
| wherein said sear and sear catch are in engagement in said set positions of said hammer and trigger member and are out of engagement in said released positions of said hammer and trigger member, | Stoner discloses that the trigger sear 60 and the hammer sear catch 64 are in engagement in the set positions (e.g., Fig. 2) and are out of engagement in the released positions (e.g., Fig. 4). 2:48-52, 3:45-51, 4:13-20. |
| said disconnector having a hook for engaging said hammer and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis, and | Stoner discloses a disconnector 68 having a hook 74 for engaging the hammer 62 and adapted to be mounted in the fire control mechanism pocket 22 to pivot on a transverse disconnector pivot axis 52. Figs. 2, 4, 2:53-62. |
| a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket, said cam being movable between a first position and a second position, in said second position said cam lobe forces said trigger member towards said set position, | |
| whereupon in a standard semi-automatic mode, said cam is in said first position, rearward movement of the bolt carrier causes rearward pivoting of said hammer such that said disconnector hook catches | Stoner discloses a standard semi-automatic mode, where rearward movement of the bolt carrier 42 causes rearward pivoting of the hammer 62 such that the disconnector hook 74 catches the hammer hook 76, and thereafter the |

1

| Claim: | Comparison to Prior Art: |
|---|---|
| said hammer hook, and thereafter the bolt carrier moves forward into battery, at which time a user must manually release said trigger member to free said hammer from said disconnector to permit said hammer and trigger member to pivot to said set positions so that the user can pull said trigger member to fire the firearm, and | bolt carrier moves forward into battery, at which time a user must manually release the trigger member 50 to free the hammer from the disconnector 68 to permit the hammer and trigger member to pivot to their set positions so that the user can pull the trigger member to fire the firearm 10.  Figs. 4-6, 3:64-4:24. |
| whereupon in a forced reset semi-automatic mode, said cam is in said second position, rearward movement of the bolt carrier causes rearward pivoting of said hammer such that said disconnector hook is prevented from catching said hammer hook, and thereafter the bolt carrier moves forward into battery, at which time the user can pull said trigger member to fire the firearm. | Stoner discloses an automatic mode, where rearward movement of the bolt carrier 42 causes rearward pivoting of the hammer 62 such that the disconnector hook 74 is prevented from catching the hammer hook 76, and thereafter the bolt carrier moves forward into battery, at which time the user can continue pulling the trigger member 50 to fire the firearm 10.  Figs. 7-9, 4:25-74. |