**Exhibit 14 - Claim Chart for U.S. Patent No. 12,578,159**

**U.S. Patent No. 3,045,555 ("Stoner")**

| Claim: | Comparison to Prior Art: |
|---|---|
| 1. A firearm trigger mechanism for a firearm having a fire control mechanism pocket and a reciprocating bolt means, | Stoner discloses a firearm trigger mechanism 30 for a firearm having a fire control mechanism pocket (receiver 14) and a reciprocating bolt means/carrier 42. Fig. 2, 2:21-42. |
| the trigger mechanism operable in a first, standard semi-automatic mode and in a second, forced reset semi-automatic mode, the mechanism comprising: | Stoner discloses that trigger mechanism 30 is operable in a first, standard semi-automatic mode (see Figs. 5-6) and in a second, automatic mode (see Figs. 7-9), but not in a forced reset semi-automatic mode. 2:5-20, 3:63-4:56. |
| a hammer having a hammer sear surface and a hook for engaging a disconnector and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse hammer pivot axis between set and released positions, the hammer adapted to be pivoted rearward by rearward movement of the bolt means, | Stoner discloses a hammer 62 having a hammer sear surface 64 and a hook 76 for engaging a disconnector ("intermediate sear 68") and is adapted to be mounted in the fire control mechanism pocket (receiver 14) to pivot on a transverse hammer pivot axis (established by pivot pin 82) between a set position (see Fig. 2) and a released position (see Fig. 4); the hammer 62 is adapted to be pivoted rearward by rearward movement of the bolt means/carrier 42. 2:48-52, 59-62, 67-68, 4:20-24. |
| a trigger member having a trigger sear surface and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse trigger member pivot axis between set and released positions, | Stoner discloses a trigger member 50 having a trigger sear surface 60 that is adapted to be mounted in the fire control mechanism pocket (receiver 14) to pivot on a transverse trigger member pivot axis (established by pivot pin 52) between a set position (see Fig. 2) and a released position (see Fig. 4). 2:43-52. |
| wherein the trigger member sear surface and hammer sear catch surface are in engagement in the set positions of the hammer and trigger member and are out of engagement in the released positions of the hammer and trigger member, | Stoner discloses that the trigger member 50 sear surface 60 and hammer 62 sear catch surface 64 are in engagement in the set positions of the hammer 62 and trigger member 50 (see Fig. 2) and are out of engagement in the released positions of the hammer 62 and trigger member 50 (see Fig. 4). 2:43-52, 4:9-24. |
| the disconnector having a hook for engaging the hammer and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis, and | Stoner discloses that the disconnector ("intermediate sear 68") has a hook 74 for engaging the hammer 62 and is adapted to be mounted in the fire control mechanism pocket (receiver 14) to pivot on a transverse disconnector pivot axis (established by pivot pin 52). 2:53-62. |
| a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket, the cam being movable between a first position and a second position, in the second position the cam lobe forces the trigger member toward the set position, | Stoner discloses an automatic sear 96 to achieve automatic mode when the safety is in the corresponding full auto position. |

1

| Claim: | Comparison to Prior Art: |
|---|---|
| whereupon in the first mode, rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook catches the hammer hook, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the hammer and trigger member to pivot to the set positions so that the user can pull the trigger member to fire the firearm, and | Stoner discloses that in the first (standard semi-automatic) mode (see Figs. 5-6), rearward movement of the bolt means/carrier 42 causes rearward pivoting of the hammer 62 such that the disconnector hook 74 catches the hammer hook 76, and thereafter the bolt means/carrier 42 moves forward into battery, at which time a user must manually reduce pressure on the trigger member 50 to free the hammer 62 from the disconnector 68 to permit the hammer 62 and trigger member 50 to pivot to the set positions so that the user can pull the trigger member 50 to fire the firearm. 3:63-4:24. |
| whereupon in the second mode, rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook is prevented from holding the hammer, and thereafter the bolt means moves forward into battery, at which time the user can pull the trigger member to fire the firearm. | Stoner discloses that in the second mode (see Figs. 7-9), rearward movement of the bolt means/carrier 42 causes rearward pivoting of the hammer 62 such that the disconnector hook 74 is prevented from holding the hammer 62, and thereafter the bolt means/carrier 42 moves forward into battery, at which time the user can pull the trigger member 50 to fire the firearm. 2:11-20, 4:25-56. |
|  |  |
| 3. The trigger mechanism of claim 1, | See claim 1 above. |
| further comprising a spring which biases the trigger member toward the set position. | Stoner discloses a spring 72 which biases the trigger member 50 toward the set position. 2:70-72. |
|  |  |
| 6. A firearm trigger mechanism for a firearm having a fire control mechanism pocket and a reciprocating bolt means, | Stoner discloses a firearm trigger mechanism 30 for a firearm having a fire control mechanism pocket (receiver 14) and a reciprocating bolt means/carrier 42. Fig. 2, 2:21-42. |
| the trigger mechanism operable in a first, standard semi-automatic mode and in a second, forced reset semi-automatic mode, the mechanism comprising: | Stoner discloses that trigger mechanism 30 is operable in a first, standard semi-automatic mode (see Figs. 5-6) and in a second, automatic mode (see Figs. 7-9), but not in a forced reset semi-automatic mode. 2:5-20, 3:63-4:56. |
| a hammer having a sear surface and a hook for engaging a disconnector and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse hammer pivot axis between set and released positions, the hammer adapted to be pivoted rearward by rearward movement of the bolt means, | Stoner discloses a hammer 62 having a hammer sear surface 64 and a hook 76 for engaging a disconnector ("intermediate sear 68") and is adapted to be mounted in the fire control mechanism pocket (receiver 14) to pivot on a transverse hammer pivot axis (established by pivot pin 82) between a set position (see Fig. 2) and a released position (see Fig. 4); the hammer 62 is adapted to be pivoted rearward by rearward movement of the bolt means/carrier 42. 2:48-52, 59-62, 67-68, 4:20-24. |

2

| Claim: | Comparison to Prior Art: |
|---|---|
| a trigger member having a sear surface and adapted to be mounted in the fire control mechanism pocket to move between set and released positions, | Stoner discloses a trigger member 50 having a sear surface 60 that is adapted to be mounted in the fire control mechanism pocket (receiver 14) to move between a set position (see Fig. 2) and a released position (see Fig. 4). 2:43-52. |
| wherein the hammer sear surface and trigger member sear surface are in engagement in the set positions of the hammer and trigger member and are out of engagement in the released positions of the hammer and trigger member, | Stoner discloses that the hammer 62 sear surface 64 and trigger member 50 sear surface 60 are in engagement in the set positions of the hammer 62 and trigger member 50 (see Fig. 2) and are out of engagement in the released positions of the hammer 62 and trigger member 50 (see Fig. 4). 2:43-52, 4:9-24. 2:43-52, 4:9-24. |
| the disconnector having a hook for engaging the hammer and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis, and | Stoner discloses that the disconnector ("intermediate sear 68") has a hook 74 for engaging the hammer 62 and is adapted to be mounted in the fire control mechanism pocket (receiver 14) to pivot on a transverse disconnector pivot axis (established by pivot pin 52). 2:53-62. |
| a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket, the cam being movable between a first position and a second position, in the second position the cam prevents the trigger member from moving from the set position to the released position, | Stoner discloses an automatic sear 96 to achieve automatic mode when the safety is in the corresponding full auto position. |
| whereupon in the first mode, rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook catches the hammer hook, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the hammer and trigger member to move to the set positions so that the user can pull the trigger member to fire the firearm again, and | Stoner discloses that in the first (standard semi-automatic) mode (see Figs. 5-6), rearward movement of the bolt means/carrier 42 causes rearward pivoting of the hammer 62 such that the disconnector hook 74 catches the hammer hook 76, and thereafter the bolt means/carrier 42 moves forward into battery, at which time a user must manually reduce pressure on the trigger member 50 to free the hammer 62 from the disconnector 68 to permit the hammer 62 and trigger member 50 to pivot to the set positions so that the user can pull the trigger member 50 to fire the firearm. 3:63-4:24. |
| whereupon in the second mode, rearward movement of the bolt means causes rearward pivoting of the hammer, movement of the trigger member to the set position, and the disconnector hook is prevented from holding the hammer, and thereafter the bolt means moves forward into battery, at which time the | Stoner discloses that in the second mode (see Figs. 7-9), rearward movement of the bolt means/carrier 42 causes rearward pivoting of the hammer 62 and movement of the trigger member 50 to the set position and the disconnector hook 74 is prevented from holding the hammer 62, and thereafter the bolt means/carrier 42 moves forward into battery, allowing the user to pull the trigger member 50 to fire the firearm. 2:11-20, 4:25-56. |

3

| Claim: | Comparison to Prior Art: |
|---|---|
| cam is moved to the first position, allowing the user to pull the trigger member to fire the firearm. | |
| | |
| 7. The trigger mechanism of claim 6, | See claim 6 above. |
| further comprising a spring which biases the trigger member toward the set position. | Stoner discloses a spring 72 which biases the trigger member 50 toward the set position. 2:70-72. |
| | |
| 9. The trigger mechanism of claim 6, | See claim 6 above. |
| wherein the trigger member pivots on a transverse trigger axis between set and released positions. | Stoner discloses that trigger member 50 pivots on a transverse trigger axis (established by pivot pin 52) between set and released positions. 2:43-46. |
| | |
| 10. A firearm trigger mechanism for a firearm having a fire control mechanism pocket and a reciprocating bolt means, | Stoner discloses a firearm trigger mechanism 30 for a firearm having a fire control mechanism pocket (receiver 14) and a reciprocating bolt means/carrier 42. Fig. 2, 2:21-42. |
| the trigger mechanism operable in a first, standard semi-automatic mode and in a second, forced reset semi-automatic mode, the mechanism comprising: | Stoner discloses that trigger mechanism 30 is operable in a first, standard semi-automatic mode (see Figs. 5-6) and in a second, automatic mode (see Figs. 7-9), but not in a forced reset semi-automatic mode. 2:5-20, 3:63-4:56. |
| a hammer having a sear surface and a hook for engaging a disconnector and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse hammer pivot axis between set and released positions, the hammer adapted to be pivoted rearward by rearward movement of the bolt means, | Stoner discloses a hammer 62 having a hammer sear surface 64 and a hook 76 for engaging a disconnector ("intermediate sear 68") and is adapted to be mounted in the fire control mechanism pocket (receiver 14) to pivot on a transverse hammer pivot axis (established by pivot pin 82) between a set position (see Fig. 2) and a released position (see Fig. 4); the hammer 62 is adapted to be pivoted rearward by rearward movement of the bolt means/carrier 42. 2:48-52, 59-62, 67-68, 4:20-24. |
| a trigger member having a sear surface and adapted to be mounted in the fire control mechanism pocket to move between set and released positions, | Stoner discloses a trigger member 50 having a sear surface 60 that is adapted to be mounted in the fire control mechanism pocket (receiver 14) to move between a set position (see Fig. 2) and a released position (see Fig. 4). 2:43-52. |
| wherein the hammer sear surface and trigger member sear surface are in engagement in the set positions of the hammer and trigger member and are out of engagement in the released positions of the hammer and trigger member, | Stoner discloses that the hammer 62 sear surface 64 and trigger member 50 sear surface 60 are in engagement in the set positions of the hammer 62 and trigger member 50 (see Fig. 2) and are out of engagement in the released positions of the hammer 62 and trigger member 50 (see Fig. 4). 2:43-52, 4:9-24. |
| the disconnector having a hook for engaging the hammer and adapted to be mounted in the fire control mechanism | Stoner discloses that the disconnector ("intermediate sear 68") has a hook 74 for engaging the hammer 62 and is adapted to be mounted in the fire control mechanism |

4

| Claim: | Comparison to Prior Art: |
|---|---|
| pocket to pivot on a transverse disconnector pivot axis, and | pocket (receiver 14) to pivot on a transverse disconnector pivot axis (established by pivot pin 52). 2:53-62. |
| a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket, the cam being movable between a first position and a second position, movement of the cam to the second position causing the trigger member to move from the released position toward the set position, | Stoner discloses an automatic sear 96 to achieve automatic mode when the safety is in the corresponding full auto position. |
| whereupon in the first mode, rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook catches the hammer hook, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the hammer and trigger member to move to the set positions so that the user can pull the trigger member to fire the firearm again, and | Stoner discloses that in the first (standard semi-automatic) mode (see Figs. 5-6), rearward movement of the bolt means causes rearward pivoting of the hammer 62 such that the disconnector hook 74 catches the hammer hook 76, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger member 50 to free the hammer 62 from the disconnector 68 to permit the hammer 62 and trigger member 50 to move to the set positions so that the user can pull the trigger member 50 to fire the firearm. 3:63-4:24. |
| whereupon in the second mode, rearward movement of the bolt means causes rearward pivoting of the hammer and causes movement of the trigger member to the set position, and wherein the disconnector hook is prevented from holding the hammer, and thereafter the bolt means moves forward into battery, at which time the cam is moved to the first position and the user can pull the trigger member to fire the firearm again. | Stoner discloses that in the second mode (see Figs. 7-9), rearward movement of the bolt means/carrier 42 causes rearward pivoting of the hammer 62 and causes movement of the trigger member 50 to the set position, and the disconnector hook 74 is prevented from holding the hammer 62, and thereafter the bolt means/carrier 42 moves forward into battery, at which time the user can pull the trigger member 50 to fire the firearm. 2:11-20, 4:25-56. |
| | |
| 11. The trigger mechanism of claim 10, | See claim 10 above. |
| further comprising a spring which biases the trigger member toward the set position. | Stoner discloses a spring 72 which biases the trigger member 50 toward the set position. 2:70-72. |
| | |
| 14. A firearm trigger mechanism comprising: | Stoner discloses a firearm trigger mechanism 30. Fig. 2, 2:21-32. |
| a hammer having a sear surface and a hook for engaging a disconnector and | Stoner discloses a hammer 62 having a sear surface 64 and a hook 76 for engaging a disconnector ("intermediate |

5

| Claim: | Comparison to Prior Art: |
|---|---|
| adapted to be mounted in a fire control mechanism pocket of a receiver to move between set and released positions, the hammer adapted to be moved to the set position by rearward movement of a bolt means, | sear 68") and is adapted to be mounted in a fire control mechanism pocket of a receiver 14 to move between a set position (see Fig. 2) and a released position (see Fig. 4); the hammer 62 is adapted to be moved to the set position by rearward movement of a bolt means/carrier 42. 2:48-52, 59-62, 67-68, 4:20-24. |
| a trigger member having a sear surface and adapted to be mounted in the fire control mechanism pocket to move between set and released positions, | Stoner discloses a trigger member 50 having a sear surface 60 that is adapted to be mounted in the fire control mechanism pocket to move between a set position (see Fig. 2) and a released position (see Fig. 4). 2:43-52. |
| wherein the hammer sear surface and trigger member sear surface are in position to engage in the set positions of the hammer and trigger member and are out of engagement in the released positions of the hammer and trigger member, | Stoner discloses that the hammer 62 sear surface 64 and trigger member 50 sear surface 60 are in position to engage in the set positions of the hammer 62 and trigger member 50 (see Fig. 2) and are out of engagement in the released positions of the hammer 62 and trigger member 50 (see Fig. 4). 2:43-52, 4:9-24. |
| the disconnector having a hook for engaging the hammer, and | Stoner discloses that the disconnector ("intermediate sear 68") has a hook 74 for engaging the hammer 62. 2:53-62. |
| a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket, the cam being movable between a first position and a second position, in the second position the cam lobe forces the trigger member toward the set position, | Stoner discloses an automatic sear 96 to achieve automatic mode when the safety is in the corresponding full auto position. |
| when in a standard semi-automatic mode, rearward movement of the bolt carrier causes movement of the hammer such that the disconnector hook catches the hammer hook, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the hammer sear surface and trigger member sear surface to move into engagement so that the user can pull the trigger member to fire the firearm, and | Stoner discloses that trigger mechanism 30 is operable in a standard semi-automatic mode (see Figs. 5-6) and that when in the standard semi-automatic mode, rearward movement of the bolt carrier 42 causes movement of the hammer 62 such that the disconnector hook 74 catches the hammer hook 76, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger member 50 to free the hammer 62 from the disconnector 68 to permit the hammer sear surface 64 and trigger member sear surface 60 to move into engagement so that the user can pull the trigger member 50 to fire the firearm. 2:5-10, 3:63-4:24. |
| when in a forced reset semi-automatic mode, rearward movement of the bolt means causes movement of the hammer and the disconnector hook is prevented | Stoner discloses that trigger mechanism 30 is operable in an automatic mode (see Figs. 7-9), but not in a forced reset semi-automatic mode. Stoner discloses that in the automatic mode, rearward movement of the bolt |

| Claim: | Comparison to Prior Art: |
|---|---|
| from holding the hammer, and thereafter the bolt means moves forward into battery, at which time the user can pull the trigger member to fire the firearm. | means/carrier 42 causes movement of the hammer 62 and the disconnector hook 74 is prevented from holding the hammer 62, and thereafter the bolt means/carrier 42 moves forward into battery, at which time the user can pull the trigger member 50 to fire the firearm. 2:11-20, 4:25-56. |
|  |  |
| 15. A firearm trigger mechanism comprising: | Stoner discloses a firearm trigger mechanism 30. Fig. 2, 2:21-32. |
| a hammer having a sear surface and a hook means for engaging a disconnector and adapted to move between set and released positions, the hammer adapted to be moved to the set position by rearward movement of a bolt means, | Stoner discloses a hammer 62 having a sear surface 64 and a hook means 76 for engaging a disconnector ("intermediate sear 68") and is adapted to move between a set position (see Fig. 2) and a released position (see Fig. 4); the hammer 62 is adapted to be moved to the set position by rearward movement of a bolt means/carrier 42. 2:48-52, 59-62, 67-68, 4:20-24. |
| a trigger means having a sear surface and adapted to move between set and released positions, | Stoner discloses a trigger means 50 having a sear surface 60 that is adapted to move between a set position (see Fig. 2) and a released position (see Fig. 4). 2:43-52. |
| wherein the hammer sear surface and trigger means sear surface are positioned to engage when the hammer and trigger means are in their set positions and are out of engagement in the hammer and trigger means are in their released positions, | Stoner discloses that the hammer 62 sear surface 64 and trigger means 50 sear surface 60 are positioned to engage when the hammer 62 and trigger means 50 are in their set positions (see Fig. 2) and are out of engagement when the hammer 62 and trigger means 50 are in their released positions (see Fig. 4). 2:43-52, 4:9-24. |
| the disconnector having a disconnector hook means for engaging the hammer hook means, | Stoner discloses that the disconnector ("intermediate sear 68") has a disconnector hook means 74 for engaging the hammer hook means 76. 2:53-62. |
| a cam adapted to be movable between a first position at which the cam does not force the trigger member into the set position and a second position at which the cam does force the trigger member toward the set position, and | Stoner discloses an automatic sear 96 to achieve automatic mode when the safety is in the corresponding full auto position. |
| a means for selecting between at least standard semi-automatic and forced reset semi-automatic modes, | Stoner discloses a means for selecting ("control member 120") between at least a standard semi-automatic mode (see Figs. 5-6) and an automatic mode (see Figs. 7-9), but not a forced reset semi-automatic mode. 2:5-20, 3:31-35, 63-4:56. |

7

| Claim: | Comparison to Prior Art: |
|---|---|
| when in the standard semi-automatic position, rearward movement of the bolt means causes movement of the hammer such that the disconnector hook means catches the hammer hook means, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger means to free the hammer from the disconnector to permit the hammer and trigger means to move to the set positions so that the user can pull the trigger means to fire the firearm, and | Stoner discloses that when in the standard semi-automatic position (see Figs. 5-6), rearward movement of the bolt means/carrier 42 causes movement of the hammer 62 such that the disconnector hook means 74 catches the hammer hook means 76, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger means 50 to free the hammer 62 from the disconnector 68 to permit the hammer 62 and trigger means 50 to move to the set positions so that the user can pull the trigger means 50 to fire the firearm. 3:63-4:24. |
| when in the forced reset semi-automatic position, rearward movement of the bolt means causes movement of the hammer, the disconnector is prevented from holding the hammer, and thereafter the bolt means moves forward into battery, at which time the user can pull the trigger means to fire the firearm. | Stoner discloses that trigger mechanism 30 is operable in an automatic mode (see Figs. 7-9), but not in a forced reset semi-automatic mode. Stoner discloses that in the automatic mode, rearward movement of the bolt means/carrier 42 causes movement of the hammer 62 and the disconnector ("intermediate sear 68") is prevented from holding the hammer 62, and thereafter the bolt means/carrier 42 moves forward into battery, at which time the user can pull the trigger member 50 to fire the firearm. 2:11-20, 4:25-56. |
|  |  |
| 16. A firearm trigger mechanism comprising: | Stoner discloses a firearm trigger mechanism 30. Fig. 2, 2:21-32. |
| a hammer having a sear engagement surface and a hook means for engaging a disconnector and adapted to move between set and released positions, the hammer adapted to be moved to the set position by rearward movement of a bolt means, | Stoner discloses a hammer 62 having a sear engagement surface 64 and a hook means 76 for engaging a disconnector ("intermediate sear 68") and is adapted to move between a set position (see Fig. 2) and a released position (see Fig. 4); the hammer 62 is adapted to be moved to the set position by rearward movement of a bolt means/carrier 42. 2:48-52, 59-62, 67-68, 4:20-24. |
| a trigger means having a sear engagement surface and adapted to move between set and released positions, | Stoner discloses a trigger means 50 having a sear engagement surface 60 that is adapted to move between a set position (see Fig. 2) and a released position (see Fig. 4). 2:43-52. |
| wherein the trigger means and hammer sear engagement surfaces are in position to engage in the set positions of the hammer and trigger means and will not engage in the released positions of the hammer and trigger means, | Stoner discloses that the trigger means 50 and hammer 62 sear engagement surfaces 60, 64 are in position to engage in the set positions of the hammer 62 and trigger means 50 (see Fig. 2) and will not engage in the released positions of the hammer 62 and trigger means 50 (see Fig. 4). 2:43-52, 4:9-24. |

8

| Claim: | Comparison to Prior Art: |
|---|---|
| the disconnector having a hook means for engaging the hammer hook means, and | Stoner discloses that the disconnector ("intermediate sear 68") has a hook means 74 for engaging the hammer hook means 76. 2:53-62. |
| a cam movable between a first position and a second position, in the second position the cam forces the trigger member *[sic]* toward the set position, | Stoner discloses an automatic sear 96 to achieve automatic mode when the safety is in the corresponding full auto position. |
| when in a standard semi-automatic mode, rearward movement of the bolt means causes movement of the hammer and the disconnector hook means catches the hammer hook means, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger means to free the hammer from the disconnector to permit the hammer and trigger means to move to their set positions so that the user can pull the trigger means to fire the firearm, and | Stoner discloses that trigger mechanism 30 is operable in a standard semi-automatic mode (see Figs. 5-6) and that when in the standard semi-automatic mode, rearward movement of the bolt means/carrier 42 causes movement of the hammer 62 and the disconnector hook means 74 catches the hammer hook means 76, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger means 50 to free the hammer 62 from the disconnector 68 to permit the hammer 62 and trigger means 50 to move to their set positions so that the user can pull the trigger means 50 to fire the firearm. 2:5-10, 3:63-4:24. |
| when in a forced reset semi-automatic mode, upon rearward movement of the bolt means, the disconnector is prevented from holding the hammer, and thereafter the bolt means moves forward into battery, at which time the user can pull the trigger means to fire the firearm. | Stoner discloses that trigger means 50 is operable in an automatic mode (see Figs. 7-9), but not in a forced reset semi-automatic mode. Stoner discloses that in the automatic mode, upon rearward movement of the bolt means/carrier 42, the disconnector ("intermediate sear 68") is prevented from holding the hammer 62, and thereafter the bolt means/carrier 42 moves forward into battery, at which time the user can pull the trigger member 50 to fire the firearm. 2:11-20, 4:25-56. |
| | |
| 17. A firearm trigger mechanism comprising: | Stoner discloses a firearm trigger mechanism 30. Fig. 2, 2:21-32. |
| a hammer movable between a set position and a released position, and having a sear engagement surface; | Stoner discloses a hammer 62 that is movable between a set position (see Fig. 2) and a released position (see Fig. 4); the hammer 62 has a sear engagement surface 64. 2:48-52. |
| a trigger member having a sear engagement surface, the trigger member being movable between a set position and a released position; | Stoner discloses a trigger member 50 having a sear engagement surface 60; the trigger member 50 is movable between a set position (see Fig. 2) and a released position (see Fig. 4). 2:43-52. |
| a cam configured to move during cycling of the firearm's action and to contact the trigger member to bias it toward the set position; | Stoner discloses an automatic sear 96 to achieve automatic mode when the safety is in the corresponding full auto position. |

9

| Claim: | Comparison to Prior Art: |
|---|---|
| a movable blocking means configured to selectively prevent the hammer sear catch *[sic]* surface from engaging with the sear *[sic]* in the set position; | Stoner discloses a movable blocking means ("intermediate sear 68") configured to selectively prevent the hammer sear catch/engagement surface 64 from engaging with the trigger sear engagement surface 60 in the set position. 2:53-62, 4:3-8. |
| a mode selector operable by the user to select between at least two modes of operation of the trigger mechanism, including: | Stoner discloses a mode selector ("control member 120") operable by the user to select between at least two modes of operation of the trigger mechanism 30. 3:31-35. |
| a semi-automatic mode, in which the hammer and trigger member sear engagement surfaces are not able engage in the set position during cycling of the firearm's action until the user manually reduces pressure from the trigger member to disengage the blocking means before firing again, regardless of whether the cam moves the trigger member to the set position; and | Stoner discloses that trigger mechanism 30 is operable in a standard semi-automatic mode (see Figs. 5-6) and that when in the standard semi-automatic mode, the hammer 62 and trigger member 50 sear engagement surfaces 64, 60 are not able to engage in the set position during cycling of the firearm's action until the user manually reduces pressure from the trigger member 50 to disengage the blocking means 68 before firing again. 2:5-10, 3:63-4:24. |
| a forced reset mode, in which the cam moves during cycling and forcibly biases the trigger member into the set position with the hammer and trigger member sear engagement surfaces engaged, permitting the user to immediately fire again without the user manually releasing pressure on the trigger member; | Stoner discloses that trigger means 50 is operable in an automatic mode (see Figs. 7-9), but not in a forced reset semi-automatic mode. |
| wherein if the cam moves in both modes, the difference in operation between modes is determined by movable selection of the blocking means, thereby selectively either permitting or preventing the hammer and trigger member sear engagement surfaces from engaging when the trigger member is biased by the cam. | |