**Exhibit 15 - Claim Chart for U.S. Patent No. 12,578,159**

**U.S. Patent No. 7,398,723 ("Blakley")**

| Claim: | Comparison to Prior Art: |
|---|---|
| 1. A firearm trigger mechanism for a firearm having a fire control mechanism pocket and a reciprocating bolt means, | Blakley discloses a firearm trigger mechanism for a firearm having a fire control mechanism pocket (a receiver 16) and a reciprocating bolt means. See Figs. 1-2, 5. |
| the trigger mechanism operable in a first, standard semi-automatic mode and in a second, forced reset semi-automatic mode, the mechanism comprising: | Blakley discloses that trigger mechanism is operable in a first, standard semi-automatic mode and in a second, forced reset semi-automatic mode. 8:12-26, 10:12-46, 11:11-25. See discussion below in this claim concerning the standard semi-automatic mode. |
| a hammer having a hammer sear surface and a hook for engaging a disconnector and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse hammer pivot axis between set and released positions, the hammer adapted to be pivoted rearward by rearward movement of the bolt means, | Blakley discloses a hammer having a hammer sear surface 52 and a hook 54 for engaging a disconnector 38 and is adapted to be mounted in the fire control mechanism pocket to pivot on a transverse hammer pivot axis 58 between a set position (see Fig. 3) and a released position (see Fig. 1); the hammer is adapted to be pivoted rearward by rearward movement of the bolt means. 5:28-34, 44-56, 7:13-15, 10:34-38. |
| a trigger member having a trigger sear surface and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse trigger member pivot axis between set and released positions, | Blakley discloses a trigger member 22 having a trigger sear surface 34 that is adapted to be mounted in the fire control mechanism pocket to pivot on a transverse trigger member pivot axis 46 between a set position (see Fig.32) and a released position (see Fig. 1). 5:13-27, 35-38. |
| wherein the trigger member sear surface and hammer sear catch surface are in engagement in the set positions of the hammer and trigger member and are out of engagement in the released positions of the hammer and trigger member, | Blakley discloses that the trigger member 22 sear surface 34 and hammer sear catch surface 52 are in engagement in the set positions of the hammer and trigger member 22 (see Fig. 3) and are out of engagement in the released positions of the hammer and trigger member 22 (see Fig. 1). |
| the disconnector having a hook for engaging the hammer and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis, and | Blakley discloses that the disconnector 38 has a hook 44 for engaging the hammer and is adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis 46 (see Figs. 1-2). |
| a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket, the cam being movable between a first position and a second position, in the second position the cam lobe forces the trigger member toward the set position, | Blakley discloses a cam 66 having a cam lobe 69 (see Fig.1) that is adapted to be movably mounted in the fire control mechanism pocket (pivots about cam mounting pin 68); the cam 66 is movable between a first position (see Fig. 3) and a second position (see Fig. 2); in the second position the cam lobe 69 forces the trigger member 22 toward the set position. 3:1-2, 10:34-46. |

1

| Claim: | Comparison to Prior Art: |
|---|---|
| whereupon in the first mode, rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook catches the hammer hook, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the hammer and trigger member to pivot to the set positions so that the user can pull the trigger member to fire the firearm, and | Blakley discloses the first (standard semi-automatic) mode by explaining how the disclosed invention (the forced reset semi-automatic mode) can be deselected. See 11:11-25. Blakley does not explicitly explain how the standard semi-automatic mode uses the various trigger mechanism components, as required in this portion of the claim, but a POSA, however, would readily know how standard semi-automatic mode operates based on Blakeley's disclosure of semi-automatic firearms. See Abstract, 1:6-20, 61-67, 3:46-51, 5:6-12, 8:1-7, 27-30, 10:12-16. Blakley also cites Inskip, U.S. Patent No. 4,023,465, as disclosing a known semi-automatic firearm, 1:24, and Inskip discloses a semi-automatic mode that operates as this portion of the claim requires (see Inskip, 6:50-7:18). |
| whereupon in the second mode, rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook is prevented from holding the hammer, and thereafter the bolt means moves forward into battery, at which time the user can pull the trigger member to fire the firearm. | Blakley discloses that in the second (forced reset semi-automatic) mode, rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook 44 is prevented from holding the hammer (see Fig. 2), and thereafter the bolt means moves forward into battery, at which time the user can pull the trigger member 22 to fire the firearm (see Fig. 3). 10:34-11:5. |
|  |  |
| 3. The trigger mechanism of claim 1, | See claim 1 above. |
| further comprising a spring which biases the trigger member toward the set position. | Blakley discloses a torsion spring which biases the trigger member 22 toward the set position as shown in dashed lines around trigger mounting pin 46 in Fig. 1 and as shown in regular lines to the right of reference number 34 in Fig. 5. |
|  |  |
| 6. A firearm trigger mechanism for a firearm having a fire control mechanism pocket and a reciprocating bolt means, | Blakley discloses a firearm trigger mechanism for a firearm having a fire control mechanism pocket (a receiver 16) and a reciprocating bolt means. See Figs. 1-2, 5. |
| the trigger mechanism operable in a first, standard semi-automatic mode and in a second, forced reset semi-automatic mode, the mechanism comprising: | Blakley discloses that trigger mechanism is operable in a first, standard semi-automatic mode and in a second, forced reset semi-automatic mode. 8:12-26, 10:12-46, 11:11-25. See discussion below in this claim concerning the standard semi-automatic mode. |
| a hammer having a sear surface and a hook for engaging a disconnector and adapted to be mounted in the fire control mechanism pocket to pivot on a | Blakley discloses a hammer having a hammer sear surface 52 and a hook 54 for engaging a disconnector 38 and is adapted to be mounted in the fire control mechanism pocket to pivot on a transverse hammer pivot |

2

| Claim: | Comparison to Prior Art: |
|---|---|
| transverse hammer pivot axis between set and released positions, the hammer adapted to be pivoted rearward by rearward movement of the bolt means, | axis 58 between a set position (see Fig. 3) and a released position (see Fig. 1); the hammer is adapted to be pivoted rearward by rearward movement of the bolt means. 5:28-34, 44-56, 7:13-15, 10:34-38. |
| a trigger member having a sear surface and adapted to be mounted in the fire control mechanism pocket to move between set and released positions, | Blakley discloses a trigger member 22 having a sear surface 34 that is adapted to be mounted in the fire control mechanism pocket to move between a set position (see Fig. 3) and a released position (see Fig. 1). 5:13-27, 35-38. |
| wherein the hammer sear surface and trigger member sear surface are in engagement in the set positions of the hammer and trigger member and are out of engagement in the released positions of the hammer and trigger member, | Blakley discloses that the hammer sear surface 52 and trigger member 22 sear surface 34 are in engagement in the set positions of the hammer and trigger member 22 (see Fig. 3) and are out of engagement in the released positions of the hammer and trigger member 22 (see Fig. 1). |
| the disconnector having a hook for engaging the hammer and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis, and | Blakley discloses that the disconnector 38 has a hook 44 for engaging the hammer and is adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis 46 (see Figs. 1-2). |
| a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket, the cam being movable between a first position and a second position, in the second position the cam prevents the trigger member from moving from the set position to the released position, | Blakley discloses a cam 66 having a cam lobe 69 (see Fig.1) that is adapted to be movably mounted in the fire control mechanism pocket (pivots about cam mounting pin 68); the cam 66 is movable between a first position (see Fig. 3) and a second position (see Fig. 2); in the second position the cam 66 prevents the trigger member 22 from moving from the set position to the released position. 3:1-2, 10:34-46. |
| whereupon in the first mode, rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook catches the hammer hook, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the hammer and trigger member to move to the set positions so that the user can pull the trigger member to fire the firearm again, and | Blakley discloses the first (standard semi-automatic) mode by explaining how the disclosed invention (the forced reset semi-automatic mode) can be deselected. See 11:11-25. Blakley does not explicitly explain how the standard semi-automatic mode uses the various trigger mechanism components, as required in this portion of the claim, but a POSA, however, would readily know how standard semi-automatic mode operates based on Blakeley's disclosure of semi-automatic firearms. See Abstract, 1:6-20, 61-67, 3:46-51, 5:6-12, 8:1-7, 27-30, 10:12-16. Blakley also cites Inskip, U.S. Patent No. 4,023,465, as disclosing a known semi-automatic firearm, 1:24, and Inskip discloses a semi-automatic mode that operates as this portion of the claim requires (see Inskip, 6:50-7:18). |
| whereupon in the second mode, rearward movement of the bolt means | Blakley discloses that in the second (forced reset semi-automatic) mode, rearward movement of the bolt means |

3

| Claim: | Comparison to Prior Art: |
|---|---|
| causes rearward pivoting of the hammer, movement of the trigger member to the set position, and the disconnector hook is prevented from holding the hammer, and thereafter the bolt means moves forward into battery, at which time the cam is moved to the first position, allowing the user to pull the trigger member to fire the firearm. | causes rearward pivoting of the hammer, movement of the trigger member 22 to the set position, and the disconnector hook 44 is prevented from holding the hammer (see Fig. 2), and thereafter the bolt means moves forward into battery, at which time the cam 66 is moved to the first position allowing the user to pull the trigger member 22 to fire the firearm (see Fig. 3). 10:34-11:5. |
| | |
| 7. The trigger mechanism of claim 6, | See claim 6 above. |
| further comprising a spring which biases the trigger member toward the set position. | Blakley discloses a torsion spring which biases the trigger member 22 toward the set position as shown in dashed lines around trigger mounting pin 46 in Fig. 1 and as shown in regular lines to the right of reference number 34 in Fig. 5. |
| | |
| 9. The trigger mechanism of claim 6, | See claim 6 above. |
| wherein the trigger member pivots on a transverse trigger axis between set and released positions. | Blakley discloses that trigger member 22 pivots on a transverse trigger axis (formed by mounting pin 46) between set and released positions. See Fig. 1 and 5:35-38. |
| | |
| 10. A firearm trigger mechanism for a firearm having a fire control mechanism pocket and a reciprocating bolt means, | Blakley discloses a firearm trigger mechanism for a firearm having a fire control mechanism pocket (a receiver 16) and a reciprocating bolt means. See Figs. 1-2, 5. |
| the trigger mechanism operable in a first, standard semi-automatic mode and in a second, forced reset semi-automatic mode, the mechanism comprising: | Blakley discloses that trigger mechanism is operable in a first, standard semi-automatic mode and in a second, forced reset semi-automatic mode. 8:12-26, 10:12-46, 11:11-25. See discussion below in this claim concerning the standard semi-automatic mode. |
| a hammer having a sear surface and a hook for engaging a disconnector and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse hammer pivot axis between set and released positions, the hammer adapted to be pivoted rearward by rearward movement of the bolt means, | Blakley discloses a hammer having a sear surface 52 and a hook 54 for engaging a disconnector 38 and is adapted to be mounted in the fire control mechanism pocket to pivot on a transverse hammer pivot axis 58 between a set position (see Fig. 3) and a released position (see Fig. 1); the hammer is adapted to be pivoted rearward by rearward movement of the bolt means. 5:28-34, 44-56, 7:13-15, 10:34-38. |
| a trigger member having a sear surface and adapted to be mounted in the fire control mechanism pocket to move between set and released positions, | Blakley discloses a trigger member 22 having a sear surface 34 that is adapted to be mounted in the fire control mechanism pocket to move between a set position (see Fig. 3) and a released position (see Fig. 1). 5:13-27, 35-38. |

4

| Claim: | Comparison to Prior Art: |
|---|---|
| wherein the hammer sear surface and trigger member sear surface are in engagement in the set positions of the hammer and trigger member and are out of engagement in the released positions of the hammer and trigger member, | Blakley discloses that the hammer sear surface 52 and trigger member 22 sear surface 34 are in engagement in the set positions of the hammer and trigger member 22 (see Fig. 3) and are out of engagement in the released positions of the hammer and trigger member 22 (see Fig. 1). |
| the disconnector having a hook for engaging the hammer and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis, and | Blakley discloses that the disconnector 38 has a hook 44 for engaging the hammer and is adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis 46 (see Figs. 1-2). |
| a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket, the cam being movable between a first position and a second position, movement of the cam to the second position causing the trigger member to move from the released position toward the set position, | Blakley discloses a cam 66 having a cam lobe 69 (see Fig.1) that is adapted to be movably mounted in the fire control mechanism pocket (pivots about cam mounting pin 68); the cam 66 is movable between a first position (see Fig. 3) and a second position (see Fig. 2); movement of the cam 66 to the second position causes the trigger member 22 to move from the released position toward the set position. 3:1-2, 10:34-46. |
| whereupon in the first mode, rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook catches the hammer hook, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the hammer and trigger member to move to the set positions so that the user can pull the trigger member to fire the firearm again, and | Blakley discloses the first (standard semi-automatic) mode by explaining how the disclosed invention (the forced reset semi-automatic mode) can be deselected. See 11:11-25. Blakley does not explicitly explain how the standard semi-automatic mode uses the various trigger mechanism components, as required in this portion of the claim, but a POSA, however, would readily know how standard semi-automatic mode operates based on Blakeley's disclosure of semi-automatic firearms. See Abstract, 1:6-20, 61-67, 3:46-51, 5:6-12, 8:1-7, 27-30, 10:12-16. Blakley also cites Inskip, U.S. Patent No. 4,023,465, as disclosing a known semi-automatic firearm, 1:24, and Inskip discloses a semi-automatic mode that operates as this portion of the claim requires (see Inskip, 6:50-7:18). |
| whereupon in the second mode, rearward movement of the bolt means causes rearward pivoting of the hammer and causes movement of the trigger member to the set position, and wherein the disconnector hook is prevented from holding the hammer, and thereafter the bolt means moves forward into battery, at which time the cam is moved to the | Blakley discloses that in the second (forced reset semi-automatic) mode, rearward movement of the bolt means causes rearward pivoting of the hammer and causes movement of the trigger member 22 to the set position, and the disconnector hook 44 is prevented from holding the hammer (see Fig. 2) and thereafter the bolt means moves forward into battery, at which time the cam 66 is moved to the first position, and the user can pull the trigger member to fire the firearm (see Fig. 3). 10:34-11:5. |

5

| Claim: | Comparison to Prior Art: |
|---|---|
| first position and the user can pull the trigger member to fire the firearm again. | |
| | |
| 11. The trigger mechanism of claim 10, | See claim 10 above. |
| further comprising a spring which biases the trigger member toward the set position. | Blakley discloses a torsion spring which biases the trigger member 22 toward the set position as shown in dashed lines around trigger mounting pin 46 in Fig. 1 and as shown in regular lines to the right of reference number 34 in Fig. 5. |
| | |
| 14. A firearm trigger mechanism comprising: | Blakley discloses a firearm trigger mechanism. See Figs. 1-2, 5. |
| a hammer having a sear surface and a hook for engaging a disconnector and adapted to be mounted in a fire control mechanism pocket of a receiver to move between set and released positions, the hammer adapted to be moved to the set position by rearward movement of a bolt means, | Blakley discloses a hammer having a sear surface 52 and a hook 54 for engaging a disconnector 38 and is adapted to be mounted in a fire control mechanism pocket (a receiver 16) to move between a set position (see Fig. 3) and a released position (see Fig. 1); the hammer is adapted to be moved to the set position by rearward movement of a bolt means. 5:28-34, 44-56, 7:13-15, 10:34-38. |
| a trigger member having a sear surface and adapted to be mounted in the fire control mechanism pocket to move between set and released positions, | Blakley discloses a trigger member 22 having a sear surface 34 that is adapted to be mounted in the fire control mechanism pocket to move between a set position (see Fig. 3) and a released position (see Fig. 1). 5:13-27, 35-38. |
| wherein the hammer sear surface and trigger member sear surface are in position to engage in the set positions of the hammer and trigger member and are out of engagement in the released positions of the hammer and trigger member, | Blakley discloses that the hammer sear surface 52 and trigger member 22 sear surface 34 are in position to engage in the set positions of the hammer and trigger member 22 (see Fig. 3) and are out of engagement in the released positions of the hammer and trigger member 22 (see Fig. 1). |
| the disconnector having a hook for engaging the hammer, and | Blakley discloses that the disconnector 38 has a hook 44 for engaging the hammer (see Figs. 1-2). |
| a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket, the cam being movable between a first position and a second position, in the second position the cam lobe forces the trigger member toward the set position, | Blakley discloses a cam 66 having a cam lobe 69 (see Fig.1) that is adapted to be movably mounted in the fire control mechanism pocket (pivots about cam mounting pin 68); the cam 66 is movable between a first position (see Fig. 3) and a second position (see Fig. 2); in the second position the cam lobe 69 forces the trigger member 22 toward the set position. 3:1-2, 10:34-46. |
| when in a standard semi-automatic mode, rearward movement of the bolt carrier causes movement of the hammer such that the disconnector hook catches | Blakley discloses a standard semi-automatic mode by explaining how the disclosed invention (the forced reset semi-automatic mode) can be deselected. See 11:11-25. Blakley does not explicitly explain how the standard |

| Claim: | Comparison to Prior Art: |
|---|---|
| the hammer hook, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the hammer sear surface and trigger member sear surface to move into engagement so that the user can pull the trigger member to fire the firearm, and | semi-automatic mode uses the various trigger mechanism components, as required in this portion of the claim, but a POSA, however, would readily know how standard semi-automatic mode operates based on Blakeley's disclosure of semi-automatic firearms. See Abstract, 1:6-20, 61-67, 3:46-51, 5:6-12, 8:1-7, 27-30, 10:12-16. Blakley also cites Inskip, U.S. Patent No. 4,023,465, as disclosing a known semi-automatic firearm, 1:24, and Inskip discloses a semi-automatic mode that operates as this portion of the claim requires (see Inskip, 6:50-7:18). |
| when in a forced reset semi-automatic mode, rearward movement of the bolt means causes movement of the hammer and the disconnector hook is prevented from holding the hammer, and thereafter the bolt means moves forward into battery, at which time the user can pull the trigger member to fire the firearm. | Blakley discloses that in a forced reset semi-automatic mode, rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook 44 is prevented from holding the hammer (see Fig. 2), and thereafter the bolt means moves forward into battery, at which time the user can pull the trigger member 22 to fire the firearm (see Fig. 3). 10:34-11:5. |
|  |  |
| 15. A firearm trigger mechanism comprising: | Blakley discloses a firearm trigger mechanism. See Figs. 1-2, 5. |
| a hammer having a sear surface and a hook means for engaging a disconnector and adapted to move between set and released positions, the hammer adapted to be moved to the set position by rearward movement of a bolt means, | Blakley discloses a hammer having a sear surface 52 and a hook means 54 for engaging a disconnector 38 and is adapted to be moved between a set position (see Fig. 3) and a released position (see Fig. 1); the hammer is adapted to be moved to the set position by rearward movement of a bolt means. 5:28-34, 44-56, 7:13-15, 10:34-38. |
| a trigger means having a sear surface and adapted to move between set and released positions, | Blakley discloses a trigger means 22 having a sear surface 34 that is adapted to move between a set position (see Fig. 3) and a released position (see Fig. 1). 5:13-27, 35-38. |
| wherein the hammer sear surface and trigger means sear surface are positioned to engage when the hammer and trigger means are in their set positions and are out of engagement in the hammer and trigger means are in their released positions, | Blakley discloses that the hammer sear surface 52 and trigger means 22 sear surface 34 are positioned to engage when the hammer and trigger means 22 are in their set positions (see Fig. 3) and are out of engagement in the hammer and trigger means 22 when in their released positions (see Fig. 1). |
| the disconnector having a disconnector hook means for engaging the hammer hook means, | Blakley discloses that the disconnector 38 has a disconnector hook means 44 for engaging the hammer hook means 54 (see Figs. 1-2). |
| a cam adapted to be movable between a first position at which the cam does not force the trigger member into the set | Blakley discloses a cam 66 that is adapted to be movable between a first position (see Fig. 3) at which the cam 66 does not force the trigger member 22 into the set position |

| Claim: | Comparison to Prior Art: |
|---|---|
| position and a second position at which the cam does force the trigger member toward the set position, and | and a second position (see Fig. 2) at which the cam 66 does force the trigger member 22 toward the set position. 3:1-2, 10:34-46. |
| a means for selecting between at least standard semi-automatic and forced reset semi-automatic modes, | Blakley discloses a means for selecting (safety selector 82, see Fig. 5) between at least standard semi-automatic and forced reset semi-automatic modes. 6:15-21, 11:11-16. See discussion below in this claim concerning the standard semi-automatic mode. |
| when in the standard semi-automatic position, rearward movement of the bolt means causes movement of the hammer such that the disconnector hook means catches the hammer hook means, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger means to free the hammer from the disconnector to permit the hammer and trigger means to move to the set positions so that the user can pull the trigger means to fire the firearm, and | Blakley discloses the standard semi-automatic mode by explaining how the disclosed invention (the forced reset semi-automatic mode) can be deselected. See 11:11-25. Blakley does not explicitly explain how the standard semi-automatic mode uses the various trigger mechanism components, as required in this portion of the claim, but a POSA, however, would readily know how standard semi-automatic mode operates based on Blakeley's disclosure of semi-automatic firearms. See Abstract, 1:6-20, 61-67, 3:46-51, 5:6-12, 8:1-7, 27-30, 10:12-16. Blakley also cites Inskip, U.S. Patent No. 4,023,465, as disclosing a known semi-automatic firearm, 1:24, and Inskip discloses a semi-automatic mode that operates as this portion of the claim requires (see Inskip, 6:50-7:18). |
| when in the forced reset semi-automatic position, rearward movement of the bolt means causes movement of the hammer, the disconnector is prevented from holding the hammer, and thereafter the bolt means moves forward into battery, at which time the user can pull the trigger means to fire the firearm. | Blakley discloses that when in the forced reset semi-automatic position, rearward movement of the bolt means causes movement of the hammer; the disconnector 38 is prevented from holding the hammer (see Fig. 2), and thereafter the bolt means moves forward into battery, at which time the user can pull the trigger means 22 to fire the firearm (see Fig. 3). 10:34-11:5. |
| | |
| 16. A firearm trigger mechanism comprising: | Blakley discloses a firearm trigger mechanism. See Figs. 1-2, 5. |
| a hammer having a sear engagement surface and a hook means for engaging a disconnector and adapted to move between set and released positions, the hammer adapted to be moved to the set position by rearward movement of a bolt means, | Blakley discloses a hammer having a sear engagement surface 52 and a hook means 54 for engaging a disconnector 38 and is adapted to move between a set position (see Fig. 3) and a released position (see Fig. 1); the hammer is adapted to be moved to the set position by rearward movement of a bolt means. 5:28-34, 44-56, 7:13-15, 10:34-38. |
| a trigger means having a sear engagement surface and adapted to move between set and released positions, | Blakley discloses a trigger means 22 having a sear engagement surface 34 that is adapted to move between a set position (see Fig. 3) and a released position (see Fig. 1). 5:13-27, 35-38. |

8

| Claim: | Comparison to Prior Art: |
| --- | --- |
| wherein the trigger means and hammer sear engagement surfaces are in position to engage in the set positions of the hammer and trigger means and will not engage in the released positions of the hammer and trigger means, | Blakley discloses that the trigger means 22 and hammer sear engagement surfaces are in position to engage when in the set positions of the hammer and trigger means 22 (see Fig. 3) and will not engage in the released positions of the hammer and trigger means 22 (see Fig. 1). |
| the disconnector having a hook means for engaging the hammer hook means, and | Blakley discloses that the disconnector 38 has a hook means 44 for engaging the hammer hook means 54 (see Figs. 1-2). |
| a cam movable between a first position and a second position, in the second position the cam forces the trigger member *[sic]* toward the set position, | Blakley discloses a cam 66 that is movable between a first position (see Fig. 3) and a second position (see Fig. 2); in the second position the cam 66 forces the trigger member/means 22 toward the set position. 3:1-2, 10:34-46. |
| when in a standard semi-automatic mode, rearward movement of the bolt means causes movement of the hammer and the disconnector hook means catches the hammer hook means, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger means to free the hammer from the disconnector to permit the hammer and trigger means to move to their set positions so that the user can pull the trigger means to fire the firearm, and | Blakley discloses a standard semi-automatic mode by explaining how the disclosed invention (the forced reset semi-automatic mode) can be deselected. See 11:11-25. Blakley does not explicitly explain how the standard semi-automatic mode uses the various trigger mechanism components, as required in this portion of the claim, but a POSA, however, would readily know how standard semi-automatic mode operates based on Blakeley's disclosure of semi-automatic firearms. See Abstract, 1:6-20, 61-67, 3:46-51, 5:6-12, 8:1-7, 27-30, 10:12-16. Blakley also cites Inskip, U.S. Patent No. 4,023,465, as disclosing a known semi-automatic firearm, 1:24, and Inskip discloses a semi-automatic mode that operates as this portion of the claim requires (see Inskip, 6:50-7:18). |
| when in a forced reset semi-automatic mode, upon rearward movement of the bolt means, the disconnector is prevented from holding the hammer, and thereafter the bolt means moves forward into battery, at which time the user can pull the trigger means to fire the firearm. | Blakley discloses that when in a forced reset semi-automatic mode, upon rearward movement of the bolt means, the disconnector 38 is prevented from holding the hammer (see Fig. 2), and thereafter the bolt means moves forward into battery, at which time the user can pull the trigger means 22 to fire the firearm (see Fig. 3). 10:34-11:5. |
|  |  |
| 17. A firearm trigger mechanism comprising: | Blakley discloses a firearm trigger mechanism. See Figs. 1-2, 5. |
| a hammer movable between a set position and a released position, and having a sear engagement surface; | Blakley discloses a hammer that is moveable between a set position (see Fig. 3) and a released position (see Fig. 1); the hammer has a sear engagement surface 52. 5:44-56. |
| a trigger member having a sear engagement surface, the trigger member | Blakley discloses a trigger member 22 having a sear engagement surface 34 that is movable between a set |

| Claim: | Comparison to Prior Art: |
|---|---|
| being movable between a set position and a released position; | position (see Fig. 3) and a released position (see Fig. 1). 5:13-27, 35-38. |
| a cam configured to move during cycling of the firearm's action and to contact the trigger member to bias it toward the set position; | Blakley discloses a cam 66 configured to move during cycling of the firearm's action and to contact the trigger member 22 to bias it toward the set position (see Fig. 2). 3:1-2, 10:34-46. |
| a movable blocking means configured to selectively prevent the hammer sear catch *[sic]* surface from engaging with the sear *[sic]* in the set position; | Blakley discloses a movable blocking means ("disconnector 38") configured to selectively prevent the hammer sear catch/engagement surface 52 from engaging with the trigger sear engagement surface 34 in the set position. 5:28-34, 44-56, 10:34-38. |
| a mode selector operable by the user to select between at least two modes of operation of the trigger mechanism, including: | Blakley discloses a mode selector 82, see Fig. 5, that is operable by the user to select between at least two modes of operation of the trigger mechanism. 6:15-21, 11:11-16. |
| a semi-automatic mode, in which the hammer and trigger member sear engagement surfaces are not able engage in the set position during cycling of the firearm's action until the user manually reduces pressure from the trigger member to disengage the blocking means before firing again, regardless of whether the cam moves the trigger member to the set position; and | Blakley discloses a standard semi-automatic mode by explaining how the disclosed invention (the forced reset semi-automatic mode) can be deselected. See 11:11-25. Blakley does not explicitly explain how the standard semi-automatic mode uses the various trigger mechanism components, as required in this portion of the claim, but a POSA, however, would readily know how standard semi-automatic mode operates based on Blakeley's disclosure of semi-automatic firearms. See Abstract, 1:6-20, 61-67, 3:46-51, 5:6-12, 8:1-7, 27-30, 10:12-16. Blakley also cites Inskip, U.S. Patent No. 4,023,465, as disclosing a known semi-automatic firearm, 1:24, and Inskip discloses a semi-automatic mode that operates as this portion of the claim requires (see Inskip, 6:50-7:18). Blakley discloses that when in the semi-automatic mode, the selector prevents the cam 66 from moving the trigger member 22. 11:11-25. But cam movement when in the semi-automatic mode is irrelevant since this claim element says "regardless" of whether (or not) the cam moves the trigger member 22. |
| a forced reset mode, in which the cam moves during cycling and forcibly biases the trigger member into the set position with the hammer and trigger member sear engagement surfaces engaged, permitting the user to immediately fire again without the user manually releasing pressure on the trigger member; | Blakley discloses that in a forced reset mode, the cam 66 moves during cycling and forcibly biases the trigger member 22 into the set position (see Fig. 2) with the hammer and trigger member sear engagement surfaces 52, 34 engaged, permitting the user to immediately fire again without the user manually releasing pressure on the trigger member (see Fig. 3). 10:34-11:5. |

10

| Claim: | Comparison to Prior Art: |
|---|---|
| wherein if the cam moves in both modes, the difference in operation between modes is determined by movable selection of the blocking means, thereby selectively either permitting or preventing the hammer and trigger member sear engagement surfaces from engaging when the trigger member is biased by the cam. | Blakley discloses, as noted above, that the cam 66 moves in the forced reset mode but does not move during the semi-automatic mode. But this claim element only applies "if the cam moves in both modes." Since Blakley's cam 66 does not move in both modes, the rest of this claim is irrelevant. |

11