**Exhibit 16 - Claim Chart for U.S. Patent No. 12,578,159**

**U.S. Patent No. 9,146,067 ("Stakes")**

| Claim: | Comparison to Prior Art: |
|---|---|
| 1. A firearm trigger mechanism for a firearm having a fire control mechanism pocket and a reciprocating bolt means, | Stakes discloses a firearm trigger mechanism 20 for a firearm having a fire control mechanism pocket (a receiver) and a reciprocating bolt means. 6:12-17, 8:61-65. |
| the trigger mechanism operable in a first, standard semi-automatic mode and in a second, forced reset semi-automatic mode, the mechanism comprising: | Stakes discloses that trigger mechanism 20 is operable in a first, standard semi-automatic mode and in a second, forced reset ("assisted-reset") semi-automatic mode. 6:18-22, 14:34-45. |
| a hammer having a hammer sear surface and a hook for engaging a disconnector and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse hammer pivot axis between set and released positions, the hammer adapted to be pivoted rearward by rearward movement of the bolt means, | Stakes discloses a hammer 40 having a hammer sear surface 49 and a hook 47 for engaging a disconnector 30 and is adapted to be mounted in the fire control mechanism pocket to pivot on a transverse hammer pivot axis 42 between a set position (see Figs. 1-2, 4-5) and a released position (see Fig. 7); the hammer 40 is adapted to be pivoted rearward by rearward movement of the bolt means. 6:50-65, 9:7-12, 11:55-59. |
| a trigger member having a trigger sear surface and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse trigger member pivot axis between set and released positions, | Stakes discloses a trigger member 21 having a trigger sear surface 24 that is adapted to be mounted in the fire control mechanism pocket to pivot on a transverse trigger member pivot axis 28/38 between a set position (see Figs. 1-2, 4-5) and a released position (see Fig. 7). 6:22-30. |
| wherein the trigger member sear surface and hammer sear catch surface are in engagement in the set positions of the hammer and trigger member and are out of engagement in the released positions of the hammer and trigger member, | Stakes discloses that the trigger member 21 sear surface 24 and hammer 40 sear catch surface 49 are in engagement in the set positions of the hammer 40 and trigger member 21 (see Fig. 5) and are out of engagement in the released positions of the hammer 40 and trigger member 21 (see Fig. 7). 8:41-60. |
| the disconnector having a hook for engaging the hammer and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis, and | Stakes discloses that the disconnector 30 has a hook 33 for engaging the hammer 40 and is adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis 28/38 (see Fig. 5). 6:30-42, 9:7-12. |
| a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket, the cam being movable between a first position and a second position, in the second position the cam lobe forces the trigger member toward the set position, | Stakes discloses a cam 50 ("reset lever") having a cam lobe 53 ("arm") that is adapted to be movably mounted in the fire control mechanism pocket (pivots about pivot axis 56); the cam 50 is movable between a first position ("inoperative" and "open" positions) and a second "closed" position (see Fig. 14); in the second "closed" position the cam lobe 53 forces the trigger member 21 |

| Claim: | Comparison to Prior Art: |
|---|---|
|  | toward the set position. Abstract, 14:24-34, 60-64, 15:1-4, 18-21, 34-37, 50-52, 65-67. |
| whereupon in the first mode, rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook catches the hammer hook, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the hammer and trigger member to pivot to the set positions so that the user can pull the trigger member to fire the firearm, and | Stakes discloses that in the first (standard semi-automatic) mode, rearward movement of the bolt means causes rearward pivoting of the hammer 40 such that the disconnector hook 33 catches the hammer hook 47, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger member 21 to free the hammer 40 from the disconnector 30 to permit the hammer 40 and trigger member 21 to pivot to the set positions so that the user can pull the trigger member 21 to fire the firearm. 11:55-12:23. |
| whereupon in the second mode, rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook is prevented from holding the hammer, and thereafter the bolt means moves forward into battery, at which time the user can pull the trigger member to fire the firearm. | Stakes discloses that in the second (forced reset semi-automatic) mode, rearward movement of the bolt means causes rearward pivoting of the hammer 40 such that the disconnector hook 33 is prevented from holding the hammer 40 (the hammer hook 47 just "clips past" the disconnector hook 33), and thereafter the bolt means moves forward into battery, at which time the user can pull the trigger member 21 to fire the firearm. 14:11-57. |
|  |  |
| 3. The trigger mechanism of claim 1, | See claim 1 above. |
| further comprising a spring which biases the trigger member toward the set position. | Stakes discloses a spring which biases the trigger member toward the set position. 6:42-45. |
|  |  |
| 6. A firearm trigger mechanism for a firearm having a fire control mechanism pocket and a reciprocating bolt means, | Stakes discloses a firearm trigger mechanism 20 for a firearm having a fire control mechanism pocket (a receiver) and a reciprocating bolt means. 6:12-17, 8:61-65. |
| the trigger mechanism operable in a first, standard semi-automatic mode and in a second, forced reset semi-automatic mode, the mechanism comprising: | Stakes discloses that trigger mechanism 20 is operable in a first, standard semi-automatic mode and in a second, forced reset ("assisted-reset") semi-automatic mode. 6:18-22, 14:34-45. |
| a hammer having a sear surface and a hook for engaging a disconnector and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse hammer pivot axis between set and released positions, the hammer | Stakes discloses a hammer 40 having a sear surface 49 and a hook 47 for engaging a disconnector 30 and is adapted to be mounted in the fire control mechanism pocket to pivot on a transverse hammer pivot axis 42 between a set position (see Figs. 1-2, 4-5) and a released position (see Fig. 7); the hammer 40 is adapted to be |

2

| Claim: | Comparison to Prior Art: |
|---|---|
| adapted to be pivoted rearward by rearward movement of the bolt means, | pivoted rearward by rearward movement of the bolt means. 6:50-65, 9:7-12, 11:55-59. |
| a trigger member having a sear surface and adapted to be mounted in the fire control mechanism pocket to move between set and released positions, | Stakes discloses a trigger member 21 having a sear surface 24 that is adapted to be mounted in the fire control mechanism pocket to move between a set position (see Figs. 1-2, 4-5) and a released position (see Fig. 7). 6:22-30. |
| wherein the hammer sear surface and trigger member sear surface are in engagement in the set positions of the hammer and trigger member and are out of engagement in the released positions of the hammer and trigger member, | Stakes discloses that the hammer 40 sear surface 49 and trigger member 21 sear surface 24 are in engagement in the set positions of the hammer 40 and trigger member 21 (see Fig. 5) and are out of engagement in the released positions of the hammer 40 and trigger member 21 (see Fig. 7). 8:41-60. |
| the disconnector having a hook for engaging the hammer and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis, and | Stakes discloses that the disconnector 30 has a hook 33 for engaging the hammer 40 and is adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis 28/38 (see Fig. 5). 6:30-42, 9:7-12. |
| a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket, the cam being movable between a first position and a second position, in the second position the cam prevents the trigger member from moving from the set position to the released position, | Stakes discloses a cam 50 ("reset lever") having a cam lobe 53 ("arm") that is adapted to be movably mounted in the fire control mechanism pocket (pivots about pivot axis 56); the cam 50 is movable between a first "open" position (see Fig. 12) and a second "closed" position (see Fig. 14); in the second "closed" position the cam 50 prevents the trigger member 21 from moving from the set position to the released position. Abstract, 14:24-50, 15:1-3, 18-30, 34-45, 50-60, 15:65-16:8. |
| whereupon in the first mode, rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook catches the hammer hook, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the hammer and trigger member to move to the set positions so that the user can pull the trigger member to fire the firearm again, and | Stakes discloses that in the first (standard semi-automatic) mode, rearward movement of the bolt means causes rearward pivoting of the hammer 40 such that the disconnector hook 33 catches the hammer hook 47, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger member 21 to free the hammer 40 from the disconnector 30 to permit the hammer 40 and trigger member 21 to move to the set positions so that the user can pull the trigger member 21 to fire the firearm. 11:55-12:23. |
| whereupon in the second mode, rearward movement of the bolt means causes rearward pivoting of the hammer, movement of the trigger member to the set position, and the disconnector hook | Stakes discloses that in the second (forced reset semi-automatic) mode, rearward movement of the bolt means causes rearward pivoting of the hammer 40, movement of the trigger member 21 to the set position, and the disconnector hook 33 is prevented from holding the |

3

| Claim: | Comparison to Prior Art: |
|---|---|
| is prevented from holding the hammer, and thereafter the bolt means moves forward into battery, at which time the cam is moved to the first position, allowing the user to pull the trigger member to fire the firearm. | hammer 40 (the hammer hook 47 just "clips past" the disconnector hook 33) and thereafter the bolt means moves forward into battery, at which time the cam 50 is moved to the first "open" position (see Fig. 12), allowing the user to pull the trigger member to fire the firearm. 14:11-57. |
| | |
| 7. The trigger mechanism of claim 6, | See claim 6 above. |
| further comprising a spring which biases the trigger member toward the set position. | Stakes discloses a spring which biases the trigger member toward the set position. 6:42-45. |
| | |
| 9. The trigger mechanism of claim 6, | See claim 6 above. |
| wherein the trigger member pivots on a transverse trigger axis between set and released positions. | Stakes discloses that trigger member 21 pivots on a transverse trigger axis 28/38 between set and released positions. 6:22-30. |
| | |
| 10. A firearm trigger mechanism for a firearm having a fire control mechanism pocket and a reciprocating bolt means, | Stakes discloses a firearm trigger mechanism 20 for a firearm having a fire control mechanism pocket (a receiver) and a reciprocating bolt means. 6:12-17, 8:61-65. |
| the trigger mechanism operable in a first, standard semi-automatic mode and in a second, forced reset semi-automatic mode, the mechanism comprising: | Stakes discloses that trigger mechanism 20 is operable in a first, standard semi-automatic mode and in a second, forced reset ("assisted-reset") semi-automatic mode. 6:18-22, 14:34-45. |
| a hammer having a sear surface and a hook for engaging a disconnector and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse hammer pivot axis between set and released positions, the hammer adapted to be pivoted rearward by rearward movement of the bolt means, | Stakes discloses a hammer 40 having a sear surface 49 and a hook 47 for engaging a disconnector 30 and is adapted to be mounted in the fire control mechanism pocket to pivot on a transverse hammer pivot axis 42 between a set position (see Figs. 1-2, 4-5) and a released position (see Fig. 7); the hammer 40 is adapted to be pivoted rearward by rearward movement of the bolt means. 6:50-65, 9:7-12, 11:55-59. |
| a trigger member having a sear surface and adapted to be mounted in the fire control mechanism pocket to move between set and released positions, | Stakes discloses a trigger member 21 having a sear surface 24 that is adapted to be mounted in the fire control mechanism pocket to move between a set position (see Figs. 1-2, 4-5) and a released position (see Fig. 7). 6:22-30. |
| wherein the hammer sear surface and trigger member sear surface are in engagement in the set positions of the hammer and trigger member and are out of engagement in the released positions of the hammer and trigger member, | Stakes discloses that the hammer 40 sear surface 49 and trigger member 21 sear surface 24 are in engagement in the set positions of the hammer 40 and trigger member 21 (see Fig. 5) and are out of engagement in the released positions of the hammer 40 and trigger member 21 (see Fig. 7). 8:41-60. |

4

| Claim: | Comparison to Prior Art: |
|---|---|
| the disconnector having a hook for engaging the hammer and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis, and | Stakes discloses that the disconnector 30 has a hook 33 for engaging the hammer 40 and is adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis 28/38 (see Fig. 5). 6:30-42, 9:7-12. |
| a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket, the cam being movable between a first position and a second position, movement of the cam to the second position causing the trigger member to move from the released position toward the set position, | Stakes discloses a cam 50 ("reset lever") having a cam lobe 53 ("arm") that is adapted to be movably mounted in the fire control mechanism pocket (pivots about pivot axis 56); the cam 50 is movable between a first "open" position (see Fig. 12) and a second "closed" position (see Fig. 14); movement of the cam 50 to the second "closed" position causes the trigger member 21 to move from the released position toward the set position. Abstract, 14:24-34, 60-64, 15:1-4, 18-21, 34-37, 50-52, 65-67. |
| whereupon in the first mode, rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook catches the hammer hook, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the hammer and trigger member to move to the set positions so that the user can pull the trigger member to fire the firearm again, and | Stakes discloses that in the first (standard semi-automatic) mode, rearward movement of the bolt means causes rearward pivoting of the hammer 40 such that the disconnector hook 33 catches the hammer hook 47, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger member 21 to free the hammer 40 from the disconnector 30 to permit the hammer 40 and trigger member 21 to move to the set positions so that the user can pull the trigger member 21 to fire the firearm. 11:55-12:23. |
| whereupon in the second mode, rearward movement of the bolt means causes rearward pivoting of the hammer and causes movement of the trigger member to the set position, and wherein the disconnector hook is prevented from holding the hammer, and thereafter the bolt means moves forward into battery, at which time the cam is moved to the first position and the user can pull the trigger member to fire the firearm again. | Stakes discloses that in the second (forced reset semi-automatic) mode, rearward movement of the bolt means causes rearward pivoting of the hammer 40 and causes movement of the trigger member 21 to the set position, and the disconnector hook 33 is prevented from holding the hammer 40 (the hammer hook 47 just "clips past" the disconnector hook 33) and thereafter the bolt means moves forward into battery, at which time the cam 50 is moved to the first "open" position (see Fig. 12), and the user can pull the trigger member to fire the firearm. 14:11-57. |
|  |  |
| 11. The trigger mechanism of claim 10, | See claim 10 above. |
| further comprising a spring which biases the trigger member toward the set position. | Stakes discloses a spring which biases the trigger member toward the set position. 6:42-45. |
|  |  |

5

| Claim: | Comparison to Prior Art: |
|---|---|
| 14. A firearm trigger mechanism comprising: | Stakes discloses a firearm trigger mechanism 20. Abstract, 6:7-8. |
| a hammer having a sear surface and a hook for engaging a disconnector and adapted to be mounted in a fire control mechanism pocket of a receiver to move between set and released positions, the hammer adapted to be moved to the set position by rearward movement of a bolt means, | Stakes discloses a hammer 40 having a sear surface 49 and a hook 47 for engaging a disconnector 30 and is adapted to be mounted in a fire control mechanism pocket of a receiver to move between a set position (see Figs. 1-2, 4-5) and a released position (see Fig. 7); the hammer 40 is adapted to be moved to the set position by rearward movement of a bolt means. 6:12-17, 50-65, 9:7-12, 11:55-59. |
| a trigger member having a sear surface and adapted to be mounted in the fire control mechanism pocket to move between set and released positions, | Stakes discloses a trigger member 21 having a sear surface 24 that is adapted to be mounted in the fire control mechanism pocket to move between a set position (see Figs. 1-2, 4-5) and a released position (see Fig. 7). 6:22-30. |
| wherein the hammer sear surface and trigger member sear surface are in position to engage in the set positions of the hammer and trigger member and are out of engagement in the released positions of the hammer and trigger member, | Stakes discloses that the hammer 40 sear surface 49 and trigger member 21 sear surface 24 are in position to engage in the set positions of the hammer 40 and trigger member 21 (see Fig. 5) and are out of engagement in the released positions of the hammer 40 and trigger member 21 (see Fig. 7). 8:41-60. |
| the disconnector having a hook for engaging the hammer, and | Stakes discloses that the disconnector 30 has a hook 33 for engaging the hammer 40. 6:30-36, 9:7-12. |
| a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket, the cam being movable between a first position and a second position, in the second position the cam lobe forces the trigger member toward the set position, | Stakes discloses a cam 50 ("reset lever") having a cam lobe 53 ("arm") that is adapted to be movably mounted in the fire control mechanism pocket (pivots about pivot axis 56); the cam 50 is movable between a first position ("inoperative" and "open" positions) and a second "closed" position (see Fig. 14); in the second "closed" position the cam lobe 53 forces the trigger member 21 toward the set position. Abstract, 14:24-34, 60-64, 15:1-4, 18-21, 34-37, 50-52, 65-67. |
| when in a standard semi-automatic mode, rearward movement of the bolt carrier causes movement of the hammer such that the disconnector hook catches the hammer hook, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the hammer sear surface and trigger member sear surface to move into engagement so that the user can | Stakes discloses that in a standard semi-automatic mode, rearward movement of the bolt carrier causes movement of the hammer 40 such that the disconnector hook 33 catches the hammer hook 47, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger member 21 to free the hammer 40 from the disconnector 30 to permit the hammer sear surface 49 and trigger member sear surface 24 to move into engagement so that the user can pull the trigger member 21 to fire the firearm. 6:18-22, 11:55-12:23. |

6

| Claim: | Comparison to Prior Art: |
|---|---|
| pull the trigger member to fire the firearm, and | |
| when in a forced reset semi-automatic mode, rearward movement of the bolt means causes movement of the hammer and the disconnector hook is prevented from holding the hammer, and thereafter the bolt means moves forward into battery, at which time the user can pull the trigger member to fire the firearm. | Stakes discloses that in a forced reset ("assisted-reset") semi-automatic mode, rearward movement of the bolt means causes rearward pivoting of the hammer 40 such that the disconnector hook 33 is prevented from holding the hammer 40 (the hammer hook 47 just "clips past" the disconnector hook 33), and thereafter the bolt means moves forward into battery, at which time the user can pull the trigger member 21 to fire the firearm. 6:18-22, 14:11-57. |
| | |
| 15. A firearm trigger mechanism comprising: | Stakes discloses a firearm trigger mechanism 20. Abstract, 6:7-8. |
| a hammer having a sear surface and a hook means for engaging a disconnector and adapted to move between set and released positions, the hammer adapted to be moved to the set position by rearward movement of a bolt means, | Stakes discloses a hammer 40 having a sear surface 49 and a hook means 47 for engaging a disconnector 30 and is adapted to move between a set position (see Figs. 1-2, 4-5) and a released position (see Fig. 7); the hammer 40 is adapted to be moved to the set position by rearward movement of a bolt means. 6:50-65, 9:7-12, 11:55-59. |
| a trigger means having a sear surface and adapted to move between set and released positions, | Stakes discloses a trigger means 21 having a sear surface 24 and adapted to move between a set position (see Figs. 1-2, 4-5) and a released position (see Fig. 7). 6:22-30. |
| wherein the hammer sear surface and trigger means sear surface are positioned to engage when the hammer and trigger means are in their set positions and are out of engagement in the hammer and trigger means are in their released positions, | Stakes discloses that the hammer 40 sear surface 49 and trigger means 21 sear surface 24 are positioned to engage when the hammer 40 and trigger means 21 are in their set positions (see Fig. 5) and are out of engagement in the hammer 40 and trigger means 21 are in their released positions (see Fig. 7). 8:41-60. |
| the disconnector having a disconnector hook means for engaging the hammer hook means, | Stakes discloses that the disconnector 30 has a disconnector hook means 33 for engaging the hammer hook means 47. 6:30-36, 9:7-12. |
| a cam adapted to be movable between a first position at which the cam does not force the trigger member into the set position and a second position at which the cam does force the trigger member toward the set position, and | Stakes discloses a cam 50 ("reset lever") that is movable between a first "inoperative" position at which the cam 50 does not force the trigger member 21 into the set position and a second "closed" position at which the cam 50 does force the trigger member 21 toward the set position. Abstract, 7:25-43, 8:17-29, 14:24-34, 60-64, 15:1-4, 18-21, 34-37, 50-52, 65-67. |
| a means for selecting between at least standard semi-automatic and forced reset semi-automatic modes, | Stakes discloses a means for selecting 70 ("selector") between at least standard semi-automatic and forced reset ("assisted-reset") semi-automatic modes. 7:61-64. |
| when in the standard semi-automatic position, rearward movement of the bolt | Stakes discloses that when in the standard semi-automatic position, rearward movement of the bolt |

7

| Claim: | Comparison to Prior Art: |
|---|---|
| means causes movement of the hammer such that the disconnector hook means catches the hammer hook means, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger means to free the hammer from the disconnector to permit the hammer and trigger means to move to the set positions so that the user can pull the trigger means to fire the firearm, and | means causes movement of the hammer 40 such that the disconnector hook 33 catches the hammer hook means 47, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger means 21 to free the hammer 40 from the disconnector 30 to permit the hammer 40 and trigger means 21 to move to the set positions so that the user can pull the trigger means 21 to fire the firearm. 11:55-12:23. |
| when in the forced reset semi-automatic position, rearward movement of the bolt means causes movement of the hammer, the disconnector is prevented from holding the hammer, and thereafter the bolt means moves forward into battery, at which time the user can pull the trigger means to fire the firearm. | Stakes discloses that when in the forced reset ("assisted-reset") semi-automatic position, rearward movement of the bolt means causes movement of the hammer 40; the disconnector 30 is prevented from holding the hammer 40 (the hammer hook 47 just "clips past" the disconnector hook 33), and thereafter the bolt means moves forward into battery, at which time the user can pull the trigger means 21 to fire the firearm. 14:11-57. |
|  |  |
| 16. A firearm trigger mechanism comprising: | Stakes discloses a firearm trigger mechanism 20. Abstract, 6:7-8. |
| a hammer having a sear engagement surface and a hook means for engaging a disconnector and adapted to move between set and released positions, the hammer adapted to be moved to the set position by rearward movement of a bolt means, | Stakes discloses a hammer 40 having a sear engagement surface 49 and a hook means 47 for engaging a disconnector 30 and is adapted to move between a set position (see Figs. 1-2, 4-5) and a released position (see Fig. 7); the hammer 40 is adapted to be moved to the set position by rearward movement of a bolt means. 6:50-65, 9:7-12, 11:55-59. |
| a trigger means having a sear engagement surface and adapted to move between set and released positions, | Stakes discloses a trigger means 21 having a sear engagement surface 24 and adapted to move between a set position (see Figs. 1-2, 4-5) and a released position (see Fig. 7). 6:22-30. |
| wherein the trigger means and hammer sear engagement surfaces are in position to engage in the set positions of the hammer and trigger means and will not engage in the released positions of the hammer and trigger means, | Stakes discloses that the trigger means 21 and hammer sear engagement surfaces 49 are in position to engage in the set positions of the hammer 40 and trigger means 21 (see Fig. 5) and will not engage in the released positions of the hammer 40 and trigger means 21 (see Fig. 7). 8:41-60. |
| the disconnector having a hook means for engaging the hammer hook means, and | Stakes discloses that the disconnector 30 has a hook means 33 for engaging the hammer hook means 47. 9:7-12. |
| a cam movable between a first position and a second position, in the second | Stakes discloses a cam 50 ("reset lever") that is movable between a first position ("inoperative" and "open" positions) and a second "closed" position (see Fig. 14); |

8

| Claim: | Comparison to Prior Art: |
|---|---|
| position the cam forces the trigger member *[sic]* toward the set position, | in the second "closed" position the cam 50 forces the trigger member/means 21 toward the set position. Abstract, 14:24-34, 60-64, 15:1-4, 18-21, 34-37, 50-52, 65-67. |
| when in a standard semi-automatic mode, rearward movement of the bolt means causes movement of the hammer and the disconnector hook means catches the hammer hook means, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger means to free the hammer from the disconnector to permit the hammer and trigger means to move to their set positions so that the user can pull the trigger means to fire the firearm, and | Stakes discloses that in a standard semi-automatic mode, rearward movement of the bolt means causes movement of the hammer 40 and the disconnector hook means 33 catches the hammer hook means 47, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger means 21 to free the hammer 40 from the disconnector 30 to permit the hammer 40 and trigger means 21 to move to their set positions so that the user can pull the trigger means 21 to fire the firearm. 6:18-22, 11:55-12:23. |
| when in a forced reset semi-automatic mode, upon rearward movement of the bolt means, the disconnector is prevented from holding the hammer, and thereafter the bolt means moves forward into battery, at which time the user can pull the trigger means to fire the firearm. | Stakes discloses that in a forced reset ("assisted-reset") semi-automatic mode, upon rearward movement of the bolt means, the disconnector 30 is prevented from holding the hammer 40 (the hammer hook 47 just "clips past" the disconnector hook 33), and thereafter the bolt means moves forward into battery, at which time the user can pull the trigger means 21 to fire the firearm. 6:18-22, 14:11-57. |
| | |
| 17. A firearm trigger mechanism comprising: | Stakes discloses a firearm trigger mechanism 20. Abstract, 6:7-8. |
| a hammer movable between a set position and a released position, and having a sear engagement surface; | Stakes discloses a hammer 40 that is movable between a set position (see Figs. 1-2, 4-5) and a released position (see Fig. 7); the hammer 40 has a sear engagement surface 49. 6:50-65. |
| a trigger member having a sear engagement surface, the trigger member being movable between a set position and a released position; | Stakes discloses a trigger member 21 having a sear engagement surface 24; the trigger member 21 is movable between a set position (see Figs. 1-2, 4-5) and a released position (see Fig. 7). 6:22-30. |
| a cam configured to move during cycling of the firearm's action and to contact the trigger member to bias it toward the set position; | Stakes discloses a cam 50 ("reset lever") configured to move during cycling of the firearm's action (between an "open" position, Fig. 12, and a "closed" position, Fig. 14) and to contact the trigger member 21 (in the "closed" position) to bias it toward the set position. Abstract, 14:24-34, 60-64, 15:1-4, 18-21, 34-37, 50-52, 65-67. |
| a movable blocking means configured to selectively prevent the hammer sear | Stakes discloses a movable blocking means 30 ("disconnector") configured to selectively prevent the hammer sear catch/engagement surface 49 from |

9

| Claim: | Comparison to Prior Art: |
|---|---|
| catch *[sic]* surface from engaging with the sear *[sic]* in the set position; | engaging with the trigger sear engagement surface 24 in the set position. 9:7-12. |
| a mode selector operable by the user to select between at least two modes of operation of the trigger mechanism, including: | Stakes discloses a mode selector 70 operable by the user to select between at least two modes of operation of the trigger mechanism 20 including a semi-automatic mode and a forced reset ("assisted-reset") mode. 7:61-8:5. |
| a semi-automatic mode, in which the hammer and trigger member sear engagement surfaces are not able engage in the set position during cycling of the firearm's action until the user manually reduces pressure from the trigger member to disengage the blocking means before firing again, regardless of whether the cam moves the trigger member to the set position; and | Stakes discloses that in the semi-automatic mode, the hammer 40 and trigger member 21 sear engagement surfaces 49, 24 are not able to engage in the set position during cycling of the firearm's action until the user manually reduces pressure from the trigger member 21 to disengage the blocking means 30 before firing again. 11:55-12:23. Stakes discloses that when in the semi-automatic mode, the cam 50 remains in an "inoperative" position and does not move the trigger member 21. 7:16-24, 8:22-29. But cam movement when in the semi-automatic mode is irrelevant since this claim element says "regardless" of whether (or not) the cam moves the trigger member 21. |
| a forced reset mode, in which the cam moves during cycling and forcibly biases the trigger member into the set position with the hammer and trigger member sear engagement surfaces engaged, permitting the user to immediately fire again without the user manually releasing pressure on the trigger member; | Stakes discloses that in the forced reset ("assisted-reset") mode, the cam 50 moves during cycling (between an "open" position, Fig. 12, and a "closed" position, Fig. 14) and when in the closed position forcibly biases the trigger member 21 into the set position with the hammer 40 and trigger member 21 sear engagement surfaces 49, 21 engaged, permitting the user to immediately fire again without the user manually releasing pressure on the trigger member 21. 14:11-57. |
| wherein if the cam moves in both modes, the difference in operation between modes is determined by movable selection of the blocking means, thereby selectively either permitting or preventing the hammer and trigger member sear engagement surfaces from engaging when the trigger member is biased by the cam. | Stakes discloses, as noted above, that the cam 50 moves in the forced reset mode but does not move during the semi-automatic mode. But this claim element only applies "if the cam moves in both modes." Since Stakes' cam 50 does not move in both modes, the rest of this claim is irrelevant. |

10