**Exhibit 18 - Claim Chart for U.S. Patent No. 12,529,538**

**U.S. Patent App. 63/377,498 ("Hoffman")[1]**

Reference is also made to Hoffman Tactical's "Super Safety – 3D Printed Active Trigger System v4.4" (dated 7/19/23, before the priority date of the '538 Patent) ("Release Document").

| Claim: | Comparison to Prior Art: |
|---|---|
| 1. A safety mechanism for a firearm comprising: | Hoffman discloses a safety mechanism for a firearm. Fig. 1, p. 1. See also Release Document §1. |
| a cam selector; | Hoffman discloses a cam selector 100. Figs. 1-7, pp. 1-2. See also Release Document, cover page. |
| a lever; | Hoffman discloses a lever 110. Figs. 1-6, 8, pp. 1-2. See also Release Document, cover page. |
| a trigger; | Hoffman discloses a trigger 130. Figs. 1-6, 10, pp. 1-2. See also Release Document, cover page. |
| the cam selector comprising a first end, a second end, a top side, and a bottom side; | Hoffman's cam 100 comprises a first end 320, a second end 290, a top side (visible from the right image on Fig. 7), and a bottom side (visible from the left image on Fig. 7). Figs. 1, 5-7, p. 2. See also Release Document, cover page. |
| the cam selector comprising a longitudinal slot positioned on the top side of the cam selector; | Hoffman's cam 100 has a longitudinal slot 330 positioned on the top side of the cam 100. Figs. 1-5, 7, pp. 1-2. See also Release Document §§ 5.4, 7.1. |
| the lever comprising a proximal end and a distal end; | Hoffman's lever 110 has a proximal end 250 and a distal end 340. Figs. 2-5, 8, pp. 1-2. See also Release Document, cover page. |
| the longitudinal slot being configured to receive the proximal end of the lever; | Hoffman's longitudinal slot 330 is configured to receive the proximal end 250 of the lever 110. Figs. 1-5, pp. 1-2. See also Release Document §7.1. |
| the cam selector further comprising a first recess and a second recess on the bottom side of the cam selector; | Hoffman discloses that the bottom side of the cam 100 may have a first recess (called the second neutral profile) and a second recess (called the active cam profile, bounded by 190, 210, and 260). Figs. 5-7, p. 2. See also Release Documentation §1: |

---

[1] Provisional patent application no. 63/377,498 is called "prior art" here because it predates the priority date of the '538 Patent. Because it discloses Mr. Hoffman's Super Safety, the provisional application is relied on in this chart to show that it discloses the subject matter claimed in the '538 Patent.

| Claim: | Comparison to Prior Art: |
|---|---|
| |  |
| the trigger comprising a first trigger tail portion; | Hoffman's trigger 130 has a first trigger tail portion 380, 200, 270. Figs. 2-6, 10, pp. 1-2. See also Release Documentation, cover page, §6.1.2: |
| the cam selector being configured to operate between a first mode, a second mode, and a third mode; | Hoffman discloses a cam 100 that can be configured to operate between a first mode (with the fire control group functioning as before, without the active trigger reset (i.e., standard semi-automatic mode)), a second mode (active trigger reset mode), and a third mode (safety |

2

| Claim: | Comparison to Prior Art: |
|---|---|
| | mode). Fig. 6, p. 2. See also Release Document §§ 1, 5. |
| wherein the first mode of the cam selector is configured to allow the first trigger tail portion to be movable within the first recess, | Hoffman discloses that the cam 100 can be configured such that the first mode (i.e., standard semi-automatic mode) allows the first trigger tail portion 380 to be movable within the first recess (called the second natural profile of smaller diameter). P. 2. |
| wherein the second mode of the cam selector is configured to allow the first trigger tail portion to engage the second recess and be moved down by a cam portion of the second recess when the cam selector rotates, and | Hoffman discloses that the cam 100 can be configured such that the second mode (i.e., active-reset mode) allows the first trigger tail portion 380, 200, 270 to engage the second recess (called the active cam profile) and be moved down by a cam portion 260 of the second recess when the cam 100 rotates. Figs. 2-6, pp. 1-2. |
| wherein the third mode of the cam selector is configured to prevent the trigger from being pulled. | Hoffman discloses that the cam 100 can be configured such that the third mode (i.e., safety mode) prevents the trigger 130 from being pulled because the cam's safety cam profile 300 engages with the trigger's cam follower 270. P. 2. |
| | |
| 2. The safety mechanism as claimed in claim 1, | See claim 1 above. |
| wherein the cam selector has a substantially cylindrical shape. | Hoffman's cam 100 has a substantially cylindrical shape. Figs. 1, 5-7. See also Release Document, cover page. |
| | |
| 3. The safety mechanism as claimed in claim 1, further comprising: | See claim 1 above. |
| a detent; | Hoffman discloses a detent 120. Figs. 1-4, 6, 9, pp. 1-2. See also Release Document, cover page, §6.2. |
| the cam selector further comprising a first detent track, a second detent track and a third detent track; | Hoffman discloses that its cam 100 can have first, second, and third detent tracks 280 (also called positions). Figs. 5-7, p. 2. See also Release Document, cover page. |
| the detent being configured to move between the first detent track, the second detent track and the third detent track to select between the first mode, the second mode, and the third mode of the cam selector. | Hoffman discloses that the detent 120 can be configured to move between the first detent track (to select the first mode (i.e., standard semi-automatic mode) corresponding to the second neutral profile), the second detent track (to select the second mode (i.e., active-reset mode) corresponding to the active cam profile), |

3

| Claim: | Comparison to Prior Art: |
|---|---|
| | and the third detent track (to select the third mode (i.e., safety mode) corresponding to the safety cam profile).  Fig. 6, p. 2. |
| | |
| 4. The safety mechanism as claimed in claim 3, | See claim 3 above. |
| wherein the first detent track, the second detent track, and the third detent track are configured to allow the detent to move along the first detent track, the second detent track, and the third detent track, respectively. | Hoffman discloses that its first, second, and third detent tracks 280 are configured to allow the detent 120 to move along the respective tracks 280.  P. 2. |
| | |
| 5. The safety mechanism as claimed in claim 4, | See claim 4 above. |
| wherein the first detent track, the second detent track, and the third detent track are transverse grooves on the bottom side of the cam selector. | Hoffman's first, second, and third detent tracks 280 are transverse grooves on the bottom side of the cam 100.  Figs. 2-7, p. 2.  See also Release Document, cover page. |
| | |
| 8. The safety mechanism as claimed in claim 1, | See claim 1 above. |
| wherein the longitudinal slot extends from the first end of the cam selector. | Hoffman's longitudinal slot 330 extends from the first end 320 of the cam 100.  Figs. 1, 7.  See also Release Document §§1, 5.4, 7.1. |
| | |
| 9. The safety mechanism as claimed in claim 8, | See claim 8 above. |
| wherein the longitudinal slot is ovular shaped and comprises an opening to allow the lever to travel through. | Hoffman's longitudinal slot 330 is ovular shaped and comprises an opening to allow the lever 110 to travel through.  Figs. 1-5, 7, p. 2.  See also Release Document §1. |
| | |
| 10. The safety mechanism as claimed in claim 9, | See claim 9 above. |
| wherein the lever comprises a dovetail portion at the proximal end. | Hoffman's lever 110 comprises a dovetail portion at the proximal end 250.  Figs. 2-5, 8, pp. 1-2.  See also Release Document §§ 5.4, 7.1, 7.2. |
| | |
| 11. The safety mechanism as claimed in claim 10, | See claim 10 above. |
| wherein the lever further comprises a bent portion adjacent to the distal end. | Hoffman's lever 110 comprises a bent portion adjacent to the distal end 340.  Figs. 1-6, 8.  See also Release Document, cover page. |

4

| Claim: | Comparison to Prior Art: |
|---|---|
| | |
| 12. The safety mechanism as claimed in claim 1, | See claim 1 above. |
| wherein the first trigger tail portion of the trigger is rounded. | Hoffman's first trigger tail portion 380, 200, 270 is rounded. Figs. 5, 10. See also Release Document §§ 6.1.1, 6.1.2. |
| | |
| 13. The safety mechanism as claimed in claim 12, | See claim 12 above. |
| wherein the trigger further comprises a second trigger tail portion that has a corner cutout. | Hoffman's trigger 130 comprises a second trigger tail. Fig. 10 shows callout 380 pointing to the first tail portion and callout 200 pointing to the second tail portion. Hoffman also discloses making the trigger tail portion 380 narrower to accommodate the three modes (including the standard semi-automatic mode). P. 2. A person of ordinary skill in the art ("POSA") would at once envisage that giving either trigger tail portion a corner cutout would result in a narrower trigger tail. At very least, it would be obvious to a POSA to modify the trigger tail so that either tail portion has a corner cutout resulting in a narrower tail that can work with the three disclosed modes, as taught by Hoffman.<br><br>Furthermore, Mr. Hoffman disclosed just such a trigger with its second tail portion having a corner cutout when he released the Super Safety design files in July 2023. See Release Documentation, §§ 6, 6.1.2 and accompanying drawing titled "AR-15 Trigger Dual V4.4" (dated June 8, 2023, filename "Dual Mode Trigger.pdf"); "Introducing the Super Safety" YouTube video posted July 21, 2023 (https://www.youtube.com/watch?v=i1ADTvaYhY4). |