**Exhibit 19 - Claim Chart for U.S. Patent No. 12,529,538**

**European Patent EP 2,950,033 B1 ("Ostanin") in view of U.S. Patent 7,398,723 ("Blakley") + U.S. Patent 2,539,447 ("Lochhead")**

| Claim: | Comparison to Prior Art: |
|---|---|
| 1. A safety mechanism for a firearm comprising: | **Ostanin** expressly discloses a safety mechanism, e.g., a **trigger guard**, for a firearm. See FIGS. 1 and 3, and translation (p. 2[1]). <br><br> **Blakley** expressly discloses a **firearm trigger mechanism** with a **safety selector 82** mounted in the fire control mechanism pocket. See e.g., 4:58-5:5. |
| a cam selector; | **Ostanin** discloses a **safety shaft 04 carrying a control cam 05** formed by recesses 11. E.g., "The safety shaft 04 has two mirror-symmetrically equal-sized control cams 05, which rotate in the form of recesses 11." See FIGS. 1 and 3, and translation (p. 4). <br><br> **Blakley** discloses a rotatable **safety selector 82** including a lever (e.g., **outer portion 84**). See e.g., 6:15-21. Blakley further discloses a **cam 66** having a cam lobe 69 and adapted to be movably mounted in the fire control mechanism pocket, the cam being movable between a first position (e.g., Fig. 1) and a second position (e.g., Fig. 2) in which the cam lobe forces the trigger member 22 towards the set position.  Figs. 1-2, 2:49-3:2, 5:60-6:32, 7:19-53, 10:34-11:10. |
| a lever; | **Ostanin** expressly discloses an **actuation lever 10** rotating the safety shaft. E.g., "The trigger guard 01 shows a safety shaft 04 with an actuating lever 10 with which the safety shaft 04 is rotatable. The operating lever 10 is pivotable between its positions back and forth." See FIGS. 1 and 3, and translation (p. 4). <br><br> **Blakley** discloses a rotatable **safety selector 82** including a lever (e.g., **outer portion 84**). See e.g., 6:15-21. |
| a trigger; | **Ostanin** discloses a **trigger lever 13**. See FIGS. 1 and 3, and translation (p. 5). <br><br> **Blakley** discloses a **trigger member 22**. See e.g., 5:13-27. |

---

[1] The citations to the translation are to the numbered pages in the footer of the Google Patents translation of Ostanin.

| Claim: | Comparison to Prior Art: |
|---|---|
| the cam selector comprising a first end, a second end, a top side, and a bottom side; | A POSA would understand that the cam selector in **Ostanin** inherently has opposite ends and exterior surfaces, e.g., "a first end, a second end, a top side, and a bottom side." <br><br> **Blakley** similarly inherently includes "a first end, a second end, a top side, and a bottom side." E.g., **Blakely** discloses that "[t]he outer portion comprises a downwardly displaced lever. The inner portion has a generally solid tubular configuration. The inner portion has a plurality of flat recessed surfaces 88. See e.g., 6:15-21. |
| the cam selector comprising a longitudinal slot positioned on the top side of the cam selector; | **Lochhead** discloses a **rectangular transverse slot** in a cylindrical selector. Namely, Lochhead discloses "The selector 48 comprises a cylindrical stud like portion 49 and an integral knob 50. A transverse slot I is provided on the cylindrical portion 49 which cooperates with lug 46 of primary sear Il to produce semi or full-automatic fire" See 3:1-6. <br><br> A POSA would understand that incorporating the longitudinal slot of Lochhead on the cam of Blakely and/or Ostanin is an obvious design choice as a common alteration to facilitate interaction between mechanical parts. |
| the lever comprising a proximal end and a distal end; | It is inherent to a POSA that the operating lever 10 in **Ostanin** inherently has opposite ends, which includes "a proximal end and a distal end." <br><br> **Blakely** similarly inherently includes "a proximal end and a distal end." E.g., **Blakley** discloses that "[t]he outer portion comprises a downwardly displaced lever. See e.g., 6:15-21. |
| the longitudinal slot being configured to receive the proximal end of the lever; | **Lochhead** discloses an **end of a lever is received in the selector's slot**. Namely, Lochhead discloses "The selector 48 comprises a cylindrical stud like portion 49 and an integral knob 50. A transverse slot I is provided on the cylindrical portion 49 which cooperates with lug 46 of primary sear Il to produce semi or full-automatic fire" See 3:1-6 and FIG. 2. <br><br> A POSA would understand that incorporating the longitudinal slot of Lochhead on the cam of Blakely and/or Ostanin is an obvious design choice as a common alteration to facilitate interaction between mechanical parts. |
| the cam selector further comprising a first recess and a | **Ostanin** discloses a **recesses 11** in the safety shaft functioning as a control cam. E.g., "In this position, the safety shaft 04 is a first common portion 21 (shown in |

| Claim: | Comparison to Prior Art: |
|---|---|
| second recess on the bottom side of the cam selector; | Fig. 6) of the recesses 11 with a first depth and a first width" and "In this position of the safety shaft 04, the spring legs of the spring element 02 are each in a second section 22 (shown in Fig. 5) of the recesses 11, which has a second depth and a second width." See FIGS. 1, 3, 5, and 6, and translation (pp. 4-5). **Blakley** discloses that "[t]he outer portion comprises a downwardly displaced lever. The inner portion has a generally solid tubular configuration. The inner portion has **a plurality of flat recessed surfaces 88**. See e.g., 6:15-21. |
| the trigger comprising a first trigger tail portion; | **Ostanin** has a **trigger lever 13**. See FIGS. 1 and 3, and translation (p. 5). A rearward extension or tail is inherent. **Blakley** discloses a **trigger member 22** with extending portions. E.g., A trigger **22** is provided. The trigger is fabricated of rigid material. The trigger has an outer finger portion **24** and an inner portion **26**. The inner portion has a forward end and a rearward end. See e.g., 5:13-27. |
| the cam selector being configured to operate between a first mode, a second mode, and a third mode; | Yes. See **Blakely**, 10:34 – 11:25. |
| wherein the first mode of the cam selector is configured to allow the first trigger tail portion to be movable within the first recess, | **Ostanin** discloses: "In the tensioned state and in unsecured armed position, a section of the recess preferably faces the spacer element, which has a circular segment-shaped cross section. The firearm is in use, so the recess is preferably located with the first depth and the first width above the spacer element. The trigger is in a first pivot position. In this case, the spacer element compensates only a first part of a distance between the safety shaft and the trigger. There remains at least one trigger distance between the trigger and the backup shaft so that the trigger is pivotable, whereby the handgun is capable of firing." See translation (p. 3). **Blakley** discloses: "It is intended that the effect of the disclosed invention be able to be optionally selected or deselected by operating the selector-cam and by configuring the trigger extension to be able to move forward and rearward within/upon the rear of the trigger by means of a spring bias that competes with engagement surfaces machined into the selector-cam." 11:11-25. |
| wherein the second mode of the cam selector is configured to allow the first trigger tail | **Ostanin** discloses: "In the tensioned state of the handgun a movement of the spacer element relative to the safety shaft located in the locking position from the locking area is |

3

| Claim: | Comparison to Prior Art: |
|---|---|
| portion to engage the second recess and be moved down by a cam portion of the second recess when the cam selector rotates, and | released in the direction of the spring force, so that the spacer member moves back from the locking area and blocks pivoting of the trigger to the safety shaft located in its safety position. The trigger takes during the transfer the handgun from the relaxed secure weapon position in the tense secure weapon position again the first pivot position. The distance between the safety shaft and trigger is thus increased." See translation (p. 3).<br><br>**Blakley** discloses: "As the bolt continues its rearward progress, it will secondly contact the cam pivoting it rearward until such time as the bottom surface of the forward portion of the bolt is allowed to pass over the cam freely. In rotating to the rear (more than 45 degrees) the bottom surface of the cam has pressed downward on the trigger-extension forcing the rear of the trigger down thereby moving forward the surface of the trigger that the operator's finger engages. In resetting the trigger the disconnector ceases to engage the hammer." 10:38-47. |
| wherein the third mode of the cam selector is configured to prevent the trigger from being pulled. | **Ostanin** discloses a safety position in which the safety shaft blocks the trigger lever. See claim 1, translation (pp. 2-3).<br><br>**Blakely** discloses: "The final step is automatically actively and positively moving the trigger of a semi-automatic firearm from the rearward fire position to the reset, unpulled and ready to fire position by the reciprocating function of the firearm mechanism, such that, once reset, the operator's finger pressure is prevented from being able to move the trigger in the rearward direction toward the fire position until the firearm reciprocating mechanism has reached an approximately closed, ready to fire position, with such means also preventing the binding or displacement of the reciprocating loading mechanism by a pressure placed on the trigger." 7:54-64. |
|  |  |
| 2. The safety mechanism as claimed in claim 1, | See claim 1 above. |
| wherein the cam selector has a substantially cylindrical shape. | **Blakley** discloses that "[t]he outer portion comprises a downwardly displaced lever. The inner portion has a generally solid tubular configuration. The inner portion has a plurality of flat recessed surfaces 88. See e.g., 6:15-21. |
|  |  |
| 3. The safety mechanism as claimed in claim 1, further comprising: | See claim 1 above. |

4

| Claim: | Comparison to Prior Art: |
|---|---|
| a detent; | **Ostanin** discloses a detent configured to cooperate with detent tracks e.g., a first section 21 and a second section 22. See FIGS. 1, 3, 5, and 6, and translation (pp. 4-5). |
| the cam selector further comprising a first detent track, a second detent track and a third detent track; | **Ostanin** discloses detent tracks e.g., a first section 21 and a second section 22. See FIGS. 1, 3, 5, and 6, and translation (pp. 4-5). |
| the detent being configured to move between the first detent track, the second detent track and the third detent track to select between the first mode, the second mode, and the third mode of the cam selector. | **Ostanin** discloses: "In this position, the safety shaft 04 is a first common portion 21 (shown in Fig. 6) of the recesses 11 with a first depth and a first width" and "In this position of the safety shaft 04, the spring legs of the spring element 02 are each in a second section 22 (shown in Fig. 5) of the recesses 11, which has a second depth and a second width." See FIGS. 1, 3, 5, and 6, and translation (pp. 4-5). |
|  |  |
| 4. The safety mechanism as claimed in claim 3, | See claim 3 above. |
| wherein the first detent track, the second detent track, and the third detent track are configured to allow the detent to move along the first detent track, the second detent track, and the third detent track, respectively. | **Ostanin** discloses: "In this position, the safety shaft 04 is a first common portion 21 (shown in Fig. 6) of the recesses 11 with a first depth and a first width" and "In this position of the safety shaft 04, the spring legs of the spring element 02 are each in a second section 22 (shown in Fig. 5) of the recesses 11, which has a second depth and a second width." See FIGS. 1, 3, 5, and 6, and translation (pp. 4-5). |
|  |  |
| 5. The safety mechanism as claimed in claim 4, | See claim 4 above. |
| wherein the first detent track, the second detent track, and the third detent track are transverse grooves on the bottom side of the cam selector. | Yes. See **Ostanin** FIGS. 5, and 6. |
|  |  |
| 8. The safety mechanism as claimed in claim 1, | See claim 1 above. |
| wherein the longitudinal slot extends from the first end of the cam selector. | Yes. See **Lochhead** FIG. 2. |
|  |  |
| 9. The safety mechanism as claimed in claim 8, | See claim 8 above. |
| wherein the longitudinal slot is ovular shaped and comprises an | **Lochhead** discloses an **end of a lever is received in the selector's slot**. Namely, Lochhead discloses |

| Claim: | Comparison to Prior Art: |
|---|---|
| opening to allow the lever to travel through. | "The selector 48 comprises a cylindrical stud like portion 49 and an integral knob 50. A transverse slot I is provided on the cylindrical portion 49 which cooperates with lug 46 of primary sear Il to produce semi or full-automatic fire" See 3:1-6 and FIG. 2.<br><br>A POSA would understand that an ovular shaped slot is an obvious design choice as a common alteration. |
|  |  |
| 10. The safety mechanism as claimed in claim 9, | See claim 9 above. |
| wherein the lever comprises a dovetail portion at the proximal end. | Yes. See lug 46, **Lochhead** FIG. 2. |
|  |  |
| 11. The safety mechanism as claimed in claim 10, | See claim 10 above. |
| wherein the lever further comprises a bent portion adjacent to the distal end. | Yes. See lug 46, **Lochhead** FIG. 2. |
|  |  |
| 12. The safety mechanism as claimed in claim 1, | See claim 1 above. |
| wherein the first trigger tail portion of the trigger is rounded. | **Ostanin** has a **trigger lever 13**. See FIGS. 1 and 3, and translation (p. 5). A rearward extension or tail is inherent.<br><br>**Blakley** discloses a **trigger member 22** with a plurality of extending portions. E.g., A trigger **22** is provided. The trigger is fabricated of rigid material. The trigger has an outer finger portion **24** and an inner portion **26**. The inner portion has a forward end and a rearward end. See e.g., 5:13-27.<br><br>A POSA would understand that a rounded portion is an obvious design choice as a common alteration. |
|  |  |
| 13. The safety mechanism as claimed in claim 12, | See claim 12 above. |
| wherein the trigger further comprises a second trigger tail portion that has a corner cutout. | **Ostanin** has a **trigger lever 13**. See FIGS. 1 and 3, and translation (p. 5). A rearward extension or tail is inherent.<br><br>**Blakley** discloses a **trigger member 22** with a plurality of extending portions. E.g., A trigger **22** is provided. The trigger is fabricated of rigid material. The trigger has an outer finger portion **24** and an inner portion **26**. The |

| Claim: | Comparison to Prior Art: |
|---|---|
|  | inner portion has a forward end and a rearward end.  See e.g., 5:13-27.<br><br>A POSA would understand that a corner cutout is an obvious design choice as a common alteration. |