**BUSINESS INFORMATION**
DIEGO MORALES
INDIANA SECRETARY OF STATE
02/06/2026 07:38 PM

## Business Details

| | | | |
|---|---|---|---|
| Business Name: | **TWINBROS LLC** | Business ID: | **202310261735653** |
| Entity Type: | **Domestic Limited Liability Company** | Business Status: | **Pending Admin Dissolution** |
| Creation Date: | **10/26/2023** | Inactive Date: | |
| Principal Office Address: | **176 n comstock st, Wabash, IN, 46992, USA** | Expiration Date: | **Perpetual** |
| Jurisdiction of Formation: | **Indiana** | Business Entity Report Due Date: | **10/31/2025** |
| | | Years Due: | **2025/2026** |

## Governing Person Information

| Title | Name | Address |
|---|---|---|
| Member | Cameron Lee Smith | 176 n comstock st, Wabash, IN, 46992, USA |

## Registered Agent Information

| | |
|---|---|
| Type: | **Business Commercial Registered Agent** |
| Name: | **REGISTERED AGENTS INC** |
| Address: | **5534 Saint Joe Road, Fort Wayne, IN, 46835, USA** |

**EXHIBIT**
**1**