(https://inbiz.in.gov)



## Assumed Name History

Business Details

| | | | |
|---|---|---|---|
| Business Name: | **TWINBROS LLC** | Business ID: | **202310261735653** |
| Entity Type: | **Domestic Limited Liability Company** | Business Status: | **Admin Dissolved** |
| Creation Date: | **10/26/2023** | Inactive Date: | **04/05/2026** |
| Principal Office Address: | **176 n comstock st, Wabash, IN, 46992, USA** | Expiration Date: | **Perpetual** |
| Jurisdiction of Formation: | **Indiana** | Business Entity Report Due Date: | **10/31/2025** |
| | | Years Due: | **2025/2026** |

Assumed Name History Details

| Filing Date | Effective Date | Filing Number | Name | Status |
|---|---|---|---|---|
| 10/30/2023 | 10/27/2023 | 0010077147 | TWINBROS3DPRINTING | Admin Cancelled |

**Page 1 of 1, records 1 to 1 of 1**

Back          Return to Search

EXHIBIT
**2**