The Wayback Machine - https://web.archive.org/web/20230922202600/https://twinbros3dprinting.com/



**TwinBros3dPrinting**

# You send it we print it!

Update:

Batch #2 orders are being processed and packed for shipping!

## 2A Print Depot

### Join us in our 3d2a Discord Group

 

**EXHIBIT**

**3**

Case 4:26-cv-00370-ALM    Document 52-3    Filed 07/09/26    Page 2 of 5 PageID #:
1641

## Featured Products

## About TwinBros3dPrinting



## Our History

Founded in 2022, TwinBros3dPrinting started as a small business operating in a garage. We have since grown to become avid in the voron and freedom community.



## Our Team

Our Small eam is comprised of two brothers. We are passionate about what we do and are committed to providing the best possible service.From 3d printing to letting freedom ring with Hoffman super safety!

# Customer Reviews That Speak For Themselves

Case 4:26-cv-00370-ALM     Document 52-3     Filed 07/09/26     Page 4 of 5 PageID #:
1643

Reviews coming soon!

## Subscribe

twinbros3dprinting@gmail.com

**SIGN UP**

Get 10% off your first purchase when you sign up for our newsletter!

## Contact Us

---

## Drop us a line!

Name

Email*

Message

📎 Attach Files

Attachments (0)

**SEND**

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Case 4:26-cv-00370-ALM     Document 52-3     Filed 07/09/26     Page 5 of 5 PageID #: 1644

We love to help our customers, so feel free to message us with any questions anytime!
We are making updates to site every week!

## TwinBros3dPrinting

Wabash, Indiana, United States

twinbros3dprinting@gmail.com

## Hours

| | |
|---|---|
| Mon | 09:00 am – 05:00 pm |
| Tue | 09:00 am – 05:00 pm |
| Wed | 09:00 am – 05:00 pm |
| Thu | 09:00 am – 05:00 pm |
| **Fri** | **09:00 am – 05:00 pm** |
| Sat | Closed |
| Sun | Closed |

**TwinBros3dPrinting**

Wabash, Indiana, United States

Copyright © 2023 TwinBros3dPrinting - All Rights Reserved.

Powered by GoDaddy

Could not connect to the reCAPTCHA service. Please check your internet connection and reload to get a reCAPTCHA challenge.