7/2/26, 5:34 PM (1) eXverse on X: "@gunfuzled @HoffmanTactical I will pay $200 to who ever has a legit verified screenshot of them open admittin…

Case 4:26-cv-00370-ALM   Document 52-4   Filed 07/09/26   Page 1 of 5 PageID #: 1645



**eXverse** ✓ @eXverze · Dec 10, 2025
When did Cameron Smith say he created the super safety @HoffmanTactical , also why was his first batches of super safeties engraved with HT logo lmfao. Does anyone have an original twin bros super safety?

💬 2      ⟲      ♡ 7      �👁 641      🔖     ⬆️

 **Hoffman Tactical** ✓ @HoffmanTactical · Dec 11, 2025
He simply signed a statement most likely written by a third party. He makes no other claims.

💬 1      ⟲      ♡ 6      �👁 470      🔖     ⬆️

**eXverse** ✓ @eXverze · Dec 11, 2025
I thought i heard something out of his corner saying he designed it a couple months before you released it. Okay, just doing some investigative work over here. There is one thing that could destroy his standing if we can get a concrete date out of him.

💬 2      ⟲      ♡ 5      �👁 459      🔖     ⬆️

**Confuzled** @gunfuzled · Dec 11, 2025
I don't want to speak to Tim, but there is zero chance Camrom would have waited until now to speak up.

### Post

💬 1      ⟲      ♡ 3      �👁 449      🔖     ⬆️

**eXverse** ✓ @eXverze · Dec 11, 2025
Someone has screenshots somewhere, of twinbros openly stating they were patenting tims super safety to help keep the tech safe. I remember seeing it, just need to find the screenshot horder.

💬 4      ⟲      ♡ 6      �👁 481      🔖     ⬆️

**Confuzled** @gunfuzled · Dec 11, 2025
I actually might have that as I was REALLY vocal about it when it happened. Is Cameron TB? Name i remember seeing was KingBama (who got me banned from a discord for asking if he was heat treating in house) Super sketch

💬 1      ⟲      ♡ 6      ᴙᴏ 536      🔖     ⬆️

**eXverse** ✓
@eXverze

I will pay $200 to who ever has a legit verified screenshot of them open admitting it was @HoffmanTactical design. Also Ill also pay $100 for anyone who got one of the first batches of TwinBro's super safety with definitive proof of the HT logo on the side of the CAM

12:34 PM · Dec 11, 2025 · **3,937** Views

💬 7      ⟲ 7      ♡ 39      🔖 1      ⬆️

Relevant ⌄

---

### Post your reply

[ Reply ]

**Confuzled** @gunfuzled · Dec 11, 2025
I'll find which batch this was from in a moment

---

**Relevant people**

 **eXverse** ✓
@eXverze                                    [ Follow ]

**Confuzled**
@gunfuzled                                  [ Follow ]
3D Printing Guns/Tech/CorgiDad Father (x2) Husband (x2, lol) Argumentative - Usually right, but when I'm not, you still won't catch me slippin'

 **Hoffman Tactical** ✓
@HoffmanTactical                            [ Follow ]
Printing scary stuff until we get banned.

---

**What's happening**

People do                                   •••
Fueling American progress
🅰 Promoted by Chevron

Sports · Trending                           •••
**Kuminga**

Trending in United States                   •••
**Spain**
Trending with Oyarzabal, Lamine

Only on X · Trending                         •••
**#RespectJaysPrivacy**
Trending with #JAY_Our_Rockstar

Show more

Terms   Privacy   Cookies   Accessibility ·
US TIDA   Ads Info   More···   © 2026 X Corp.


EXHIBIT
**4**

 

(1) eXverse on X: "@gunfuzled @FortuneMedical2 I will pay $2,000 to whoever has a legit original screenshot of them open admittin…



💬   🔁 1   ♡ 10   📊 507   🔖 ⬆️

**Confuzled** @gunfuzled · Dec 11, 2025
It wasn't even just the first batch. It was several batches

💬   🔁   ♡ 10   📊 422   🔖 ⬆️

**eXverse** ✔ @eXverze · Dec 24, 2025
Just letting everyone know the bounties have been completed, i appreciate everyone's help

💬   🔁   ♡ 2   📊 149   🔖 ⬆️

**dumbass** @Slow_99gt · Dec 11, 2025
I vividly remember they're being a twitter "space" where a bunch of people came together on a voice chat to talk about the situation. Cameron came in and was talking about the situation as well. If you can find out who set up the space, there should be an archive of the audio

💬 1   🔁 1   ♡ 2   📊 527   🔖 ⬆️

**Cody** @codygra · Dec 24, 2025

Batch 5 Hoffman Super Safety Ultimate Complete Kit (December)
$120.00
Backordered
Show details

Subtotal $120.00
Shipping $7.00
United States Sales Tax 7% $8.40
Order Total $135.40

THANK YOU!

Ultimate Complete Kit (December)
Backordered
SKU: BTC-5-SPR-SFT

Subtotal: $120.00
Shipping (Priority Mail Shipping): $7.00
United States Sales Tax 7%: $8.40
Order Total: $135.40
Selected Payment Method: Credit/Debit Card

💬 1   🔁   ♡ 3   📊 236   🔖 ⬆️

**FS** @ForrestSchopp · Dec 22, 2025

Hello Forrest,
Your order has been shipped, and is on its way to you. Track your shipment to see the delivery status.

TwinBros3dPrinting

Pre-Sale Stainless Steel Machined Super Satey Lever $20.00 × 2 $40.00
SKU: Pre-Sale

Subtotal: $100.00
Shipping (Priority Mail Shipping): $0.00

Case 4:26-cv-00370-ALM Document 52-4 Filed 07/09/26 Page 3 of 5 PageID #: 1647



4:33

Balance Due  **$0.00**  ∧

## YOUR ORDER



**Batch 5 Hoffman Super Safety Ultimate Complete Kit (December)**
$120.00

⟳ Backordered

Show details

| | |
|---|---|
| Subtotal | $120.00 |
| Shipping | $7.00 |
| United States Sales Tax 7% | $8.40 |
| **Order Total** | **$135.40** |

## THANK YOU!

Your order number is: **R541789699**

You'll receive an email confirmation at

BACK TO STORE

10:26



# Order Summary

**Batch 5 Hoffman Super Safety Ultimate Complete Kit (December)**   **$120.00**

Backordered

SKU: BTC-5-SPR-SFT

| | |
|---|---|
| Subtotal: | $120.00 |
| Shipping (Priority Mail Shipping): | $7.00 |
| United States Sales Tax 7%: | $8.40 |

## Order Total:    $135.40

Selected Payment Method:    Credit/Debit Card

If you need any assistance with your order, please email us at twinbros3dprinting@gmail.com or call us at our phone number.

   

New Product Release! Mac N Cheese Pepperjack Kit!