US 20140338523A1

## (19) United States
## (12) Patent Application Publication
Daley, JR.

(10) Pub. No.: **US 2014/0338523 A1**
(43) Pub. Date: **Nov. 20, 2014**

(54) **AUTOMATIC SEAR ASSEMBLY FOR A RIFLE**

(71) Applicant: **SIG SAUER, Inc.**, Newington, NH (US)

(72) Inventor: **William C. Daley, JR.**, Kingston, NH (US)

(21) Appl. No.: **14/276,045**

(22) Filed: **May 13, 2014**

### Related U.S. Application Data

(60) Provisional application No. 61/824,393, filed on May 17, 2013.

### Publication Classification

(51) **Int. Cl.**
      *F41A 19/46* (2006.01)

(52) **U.S. Cl.**
      CPC ...................................... *F41A 19/46* (2013.01)
      USPC ........................................................... **89/149**

(57) **ABSTRACT**

An automatic sear assembly for providing a large-bore rifle with full-automatic firing and/or burst firing capabilities is disclosed. In accordance with some embodiments, the disclosed assembly includes an automatic sear operatively configured with a sear lever which is provided with bidirectional articulation for selectively imparting torque on the automatic sear to cause tripping thereof. For example, the disclosed assembly can be configured such that rotational deflection of the sear lever away from the automatic sear imparts no rotation thereto, whereas rotational deflection of the sear lever toward the automatic sear imparts rotation thereto. Thus, and in accordance with some embodiments, the disclosed sear assembly can be used in a rifle, for example, to utilize the force of a moving bolt carrier during a given firing cycle to initiate a subsequent firing cycle without need to release and once again operate the trigger of the rifle.



EXHIBIT 6

Patent Application Publication    Nov. 20, 2014  Sheet 1 of 11    US 2014/0338523 A1

## Figure 1A



## Figure 1B



**Patent Application Publication**     **Nov. 20, 2014  Sheet 3 of 11**     **US 2014/0338523 A1**

## Figure 2A



## Figure 2B

Patent Application Publication      Nov. 20, 2014   Sheet 4 of 11        US 2014/0338523 A1

## Figure 3A



## Figure 3C

## Figure 3D

## Figure 3B



Patent Application Publication    Nov. 20, 2014  Sheet 5 of 11    US 2014/0338523 A1

Figure 4A



Figure 4B

Figure 4D

Figure 4C



## Figure 5A



## Figure 5B

## Figure 5D

## Figure 5C



Patent Application Publication    Nov. 20, 2014   Sheet 7 of 11        US 2014/0338523 A1

Figure 6A



Figure 6B



Patent Application Publication    Nov. 20, 2014  Sheet 8 of 11        US 2014/0338523 A1



Figure 7A



Figure 7B

Figure 7C

Figure 8A



Figure 8B

Figure 8C

Patent Application Publication    Nov. 20, 2014  Sheet 9 of 11    US 2014/0338523 A1

## Figure 9A



## Figure 9B

Patent Application Publication    Nov. 20, 2014  Sheet 10 of 11    US 2014/0338523 A1

Figure 10A



## Figure 10B



1

## AUTOMATIC SEAR ASSEMBLY FOR A RIFLE

### CROSS-REFERENCE TO RELATED APPLICATIONS

[0001] This application claims the benefit of U.S. Provisional Patent Application No. 61/824,393, filed on May 17, 2013, which is herein incorporated by reference in its entirety.

### FIELD OF THE DISCLOSURE

[0002] The disclosure relates to firearms and more particularly to large-bore rifles.

### BACKGROUND

[0003] Firearm design involves a number of non-trivial challenges, and large-bore rifles have faced particular complications, such as those with respect to achieving selective-fire capabilities.

### SUMMARY

[0004] One example embodiment provides an automatic sear assembly for a rifle, the assembly comprising: an automatic sear configured to be operatively coupled with a safe/fire selector switch and a hammer of the rifle; a sear lever disposed adjacent a rear surface of the automatic sear and extending beyond a height of the automatic sear; a first spring disposed adjacent the sear lever and the rear surface of the automatic sear and configured to bias the sear lever into physical contact with the rear surface of the automatic sear; and a second spring disposed adjacent the sear lever and the rear surface of the automatic sear and configured to operatively interface with the safe/fire selector switch; wherein the automatic sear, the sear lever, the first spring, and the second spring share a rotational axis; and wherein rotational deflection of the sear lever in a first direction about the shared rotational axis causes the sear lever to rotate out of physical contact with the rear surface of the automatic sear, and rotational deflection of the sear lever in a second direction about the shared rotational axis imparts rotation to the automatic sear causing the automatic sear to sear with the hammer of the rifle. In some cases, the sear lever is configured to be incident with a bolt carrier of the rifle, the bolt carrier providing rotational deflection of the sear lever in at least one of the first direction and/or the second direction about the shared rotational axis. In some instances, the sear lever extends beyond the height of the automatic sear by a distance in the range of about ⅛ to ½ inch. In some cases, the first spring comprises a helical torsion spring including a set of coils ending in first and second tangential legs. In some cases, toggling of the safe/fire selector switch into a full-automatic firing mode or a burst-firing mode causes the automatic sear to rotate about the shared rotational axis into index with the hammer of the rifle, and toggling of the safe/fire selector switch into a semi-automatic firing mode or a safe mode causes the automatic sear to rotate about the shared rotational axis out of index with the hammer of the rifle. In some instances, the assembly further comprises a bushing inserted along the shared rotational axis. In some such instances, the assembly further comprises a pin inserted within the bushing along the shared rotational axis. In some cases, the second spring comprises a helical double-torsion spring including first and second sets of coils wound in opposing directions and having an unwound portion disposed there between, the first set of coils ending in a tangential leg configured to operatively interface with the

safe/fire selector switch of the rifle, and the second set of coils ending in a radial over-center leg. In some such cases, the assembly further comprises: a bushing inserted along the shared rotational axis, the bushing having a slot formed therein; and a pin inserted within the bushing along the shared rotational axis, the pin having a groove formed therein; wherein the groove and the slot are configured to align when the pin is inserted within the bushing and configured to receive the radial over-center leg of the second spring. In some cases, at least a portion of the assembly is compliant with United States Defense Standard MIL-W-13855 (Weapons: Small Arms and Aircraft Armament Subsystems, General Specification For). In some instances, a rifle comprising the automatic sear assembly is provided. In some such cases, the rifle is chambered for rounds larger than or equal to .223 caliber rounds (5.56×45 mm NATO rounds). In some instances, the rifle is chambered for .308 caliber rounds (7.62×51 mm NATO rounds). In some other instances, the rifle is chambered for .30-06 caliber rounds (7.62×63 mm rounds). In some cases, the rifle is constructed and arranged to implement at least one of a full-automatic firing mode, a burst-firing mode, a semi-automatic firing mode, and/or a safe mode.

[0005] Another example embodiment provides an automatic sear assembly for a rifle, the assembly comprising: an automatic sear rotationally mounted about an axis, the automatic sear having an actuating portion which extends a first radial length from the axis in a first direction and a second radial length from the axis in a second direction which substantially opposes the first direction, wherein the automatic sear interfaces with a safe/fire selector switch and a hammer of the rifle; a sear lever rotationally mounted about the axis independently of the automatic sear, the sear lever extending a third radial length from the axis in substantially the same first direction, wherein the third radial length is greater than the first radial length; a first spring mounted about the axis and biasing the sear lever into physical contact with the automatic sear; and a second spring mounted about the axis and angularly biasing the automatic sear about the axis, wherein the second spring interfaces with the safe/fire selector switch. In some cases, the third radial length is greater than the first radial length by a distance in the range of about ⅛ to ½ inch. In some instances, toggling of the safe/fire selector switch into a full-automatic firing mode or a burst-firing mode causes the automatic sear to rotate about the shared rotational axis into index with the hammer of the rifle; and toggling of the safe/fire selector switch into a semi-automatic firing mode or a safe mode causes the automatic sear to rotate about the shared rotational axis out of index with the hammer of the rifle.

[0006] Yet another example embodiment provides an automatic sear assembly for a rifle, the assembly comprising: an automatic sear configured to be operatively coupled with a safe/fire selector switch and a hammer of the rifle; a sear lever disposed adjacent a rear surface of the automatic sear and extending beyond a height of the automatic sear; a helical torsion spring disposed adjacent the sear lever and the rear surface of the automatic sear and comprising a set of coils ending in first and second tangential legs configured to bias the sear lever into physical contact with the rear surface of the automatic sear; and a helical double-torsion spring disposed adjacent the sear lever and the rear surface of the automatic sear and comprising first and second sets of coils wound in opposing directions and having an unwound portion disposed

US 2014/0338523 A1

Nov. 20, 2014

2

there between, the first set of coils ending in a tangential leg configured to operatively interface with the safe/fire selector switch of the rifle, and the second set of coils ending in a radial over-center leg; wherein the automatic sear, the sear lever, the helical torsion spring, and the helical double-torsion spring share a rotational axis; wherein the assembly further comprises: a bushing inserted along the axis, the bushing having a slot formed therein; and a pin inserted within the bushing along the axis, the pin having a groove formed therein; wherein the groove and the slot are configured to align when the pin is inserted within the bushing and configured to receive the radial over-center leg of the helical double-torsion spring; and wherein rotational deflection of the sear lever in a first direction about the axis causes the sear lever to rotate away from the rear surface of the automatic sear, and rotational deflection of the sear lever in a second direction about the axis imparts rotation to the automatic sear causing the automatic sear to sear with the hammer of the rifle. In some cases, a rifle including the automatic sear assembly is provided, wherein the rifle is chambered for rounds larger than or equal to .223 caliber rounds (5.56×45 mm NATO rounds).

[0007] The features and advantages described herein are not all-inclusive and, in particular, many additional features and advantages will be apparent to one of ordinary skill in the art in view of the drawings, specification, and claims. Moreover, it should be noted that the language used in the specification has been selected principally for readability and instructional purposes and not to limit the scope of the disclosed subject matter.

BRIEF DESCRIPTION OF THE DRAWINGS

[0008] FIG. 1A is a perspective view of a sear assembly configured in accordance with an embodiment of the present disclosure.

[0009] FIG. 1B is an exploded view of a sear assembly configured in accordance with an embodiment of the present disclosure.

[0010] FIGS. 2A and 2B illustrate an automatic sear configured in accordance with an embodiment of the present disclosure.

[0011] FIGS. 3A-3D illustrate a sear lever configured in accordance with an embodiment of the present disclosure.

[0012] FIGS. 4A-4D illustrate a sear lever spring configured in accordance with an embodiment of the present disclosure.

[0013] FIGS. 5A-5D illustrate a sear spring configured in accordance with an embodiment of the present disclosure.

[0014] FIG. 6A is a front perspective view illustrating a sear assembly operatively coupled with a safe/fire selector switch, in accordance with an embodiment of the present disclosure.

[0015] FIG. 6B is a rear perspective view illustrating a sear assembly operatively coupled with a safe/fire selector switch, in accordance with an embodiment of the present disclosure.

[0016] FIGS. 7A-7C illustrate a bushing configured in accordance with an embodiment of the present disclosure.

[0017] FIGS. 8A-8C illustrate a pin configured in accordance with an embodiment of the present disclosure.

[0018] FIG. 9A is a rear perspective view illustrating a bushing, a pin, and a sear spring as isolated from other portions of a sear assembly and operatively interfaced with a safe/fire selector switch, in accordance with an embodiment of the present disclosure.

[0019] FIG. 9B is a rear perspective view illustrating a pin and a sear spring as isolated from other portions of a sear assembly and operatively interfaced with a safe/fire selector switch, in accordance with an embodiment of the present disclosure.

[0020] FIGS. 10A and 10B are partial cutaway views of a rifle illustrating interaction between a sear assembly and a bolt carrier during rearward movement and forward movement thereof, respectively, in accordance with an embodiment of the present disclosure.

[0021] These and other features of the present embodiments will be understood better by reading the following detailed description, taken together with the figures herein described. In the drawings, each identical or nearly identical component that is illustrated in various figures may be represented by a like numeral. For purposes of clarity, not every component may be labeled in every drawing. Furthermore, as will be appreciated, the figures are not necessarily drawn to scale or intended to limit the claimed subject matter to the specific configurations shown. In short, the figures are provided merely to show example structures.

DETAILED DESCRIPTION

[0022] An automatic sear assembly for providing a large-bore rifle with full-automatic firing and/or burst firing capabilities is disclosed. In accordance with some embodiments, the disclosed assembly includes an automatic sear operatively configured with a sear lever which is provided with bidirectional articulation for selectively imparting torque on the automatic sear to cause tripping thereof. For example, the disclosed assembly can be configured such that rotational deflection of the sear lever away from the automatic sear imparts no rotation thereto, whereas rotational deflection of the sear lever toward the automatic sear imparts rotation thereto. Thus, and in accordance with some embodiments, the disclosed sear assembly can be used in a rifle, for example, to utilize the force of a moving bolt carrier during a given firing cycle to initiate a subsequent firing cycle without need to release and once again operate the trigger of the rifle. Numerous configurations and variations will be apparent in light of this disclosure.

[0023] General Overview

[0024] As previously indicated, there are a number of non-trivial issues that can arise which complicate the ability to provide a large-bore rifle with automatic firing capabilities. For instance, one non-trivial issue pertains to the fact that existing large-bore rifle designs which have selective-fire capabilities use a large and heavy sear lever for tripping the rifle's sear to provide the rifle with a full-automatic firing mode. However, that lever, which is suspended in the rifle's bolt carrier, adds moving mass to the bolt carrier, is prone to failure through the pin which permits the sear lever to pivot, and causes damage to the surface of the lower receiver and receiver extension tube of the host rifle.

[0025] Thus, and in accordance with a set of embodiments of the present disclosure, an automatic sear assembly for providing a large-bore rifle with automatic firing capabilities is disclosed. The disclosed sear assembly includes a sear lever configured, in accordance with an embodiment, to be operatively interfaced with a traditional automatic sear. The sear assembly further includes a sear lever spring which, in accordance with an embodiment, biases the sear lever into physical contact with the back of the sear while also permitting the sear lever to be deflected out of such physical contact upon application of sufficient force (e.g., a force in excess of the angular return force of the sear lever spring). Thus, the sear lever of

US 2014/0338523 A1

Nov. 20, 2014

3

the disclosed assembly is provided with bidirectional articulation which, in accordance with an embodiment, permits its use in selectively imparting torque on the automatic sear. That is, the sear lever is configured to impart rotation to the sear when rotated toward the sear, but to impart no rotation to the sear when rotated away therefrom. Otherwise stated, the sear and the adjacent sear lever of the disclosed assembly are configured, in accordance with an embodiment, to operate independently of one another in the rearward direction but conjunctively in the forward direction.

[0026] In accordance with some embodiments, the disclosed automatic sear assembly can be used in a rifle, for example, to harness the force of a moving bolt carrier for purposes of automatically initiating subsequent firing cycle (s). More specifically, the sear lever of the disclosed assembly can be configured, in accordance with an embodiment, to be incident with a bolt carrier and thus transfer the force of its forward motion during a given firing cycle to automatically trip the sear for purposes of initiating a subsequent firing cycle without having to release and again depress the rifle's trigger.

[0027] In some instances, the number of automatic firing cycles permitted may be unspecified or otherwise not predetermined (i.e., the rifle may be provided with a full-automatic firing mode). However, the present disclosure is not so limited, as in some other instances, the number of automatic firing cycles permitted may be intentionally limited or otherwise predetermined (i.e., the rifle may be provided with a burst-firing mode). In such cases, the permitted quantity/ grouping of automatic firing cycles (e.g., two, three, four, or any other specified quantity greater than one) may be designated as desired for a given target application or end-use.

[0028] In any case, and in accordance with some embodiments, the disclosed sear assembly can be operatively coupled, for example, with the safe/fire selector switch of a rifle without interfering with the rifle's traditional semi-automatic firing capabilities and/or safe mode. Thus, the safe/fire selector switch of a rifle which includes the disclosed automatic sear assembly can be toggled, for example, to put the rifle into any of several modes, including: a full-automatic firing mode; a burst-firing mode (if applicable); a semi-automatic firing mode; and/or a safe mode. Numerous configurations will be apparent in light of this disclosure.

[0029] Some embodiments can be utilized, for example, to provide full-automatic firing and/or burst firing capabilities for a rifle which is chambered for .308 caliber rounds (7.62×51 mm NATO rounds), such as the SIG716® rifle produced by Sig Sauer, Inc. However, the present disclosure is not so limited. For instance, other embodiments can be utilized to provide such capabilities, for example, in a rifle which is chambered for .30-06 caliber rounds (7.62×63 mm rounds). In a more general sense, an automatic sear assembly configured as described herein can be used, in accordance with some embodiments, in any large-bore rifle chambered for rounds larger than or equal to a .223 caliber round (5.56×45 mm NATO round).

[0030] As will be appreciated in light of this disclosure, some embodiments may realize benefits or advantages as compared to existing approaches. For instance, in some embodiments, the disclosed automatic sear assembly can be configured such that its sear lever is allowed to move rearward and forward in each firing cycle, but prevented from functioning to trip the automatic sear, for example, when the host rifle is put in a semi-automatic firing mode or safe mode. More

particularly, the automatic sear of the disclosed assembly can be rotated into and out of index with the rifle's hammer/striker (e.g., by toggling the host rifle's safe/fire selector switch), and thus by virtue of how the sear lever and sear are operatively interfaced, the sear lever can be permitted and prevented, respectively, from operating to trip the sear. In turn, this can obviate the need to include additional componentry for purposes of preventing unwanted tripping of the sear by the sear lever, which can help to reduce mechanical complexity and/or improve mechanical reliability of the host rifle.

[0031] In some embodiments, the disclosed automatic sear assembly can be configured with a sear lever which aids in preventing the sear from coming into direct physical contact with the bolt carrier of the rifle. In turn, this can help to eliminate or otherwise reduce the likelihood of causing the host rifle to bind during full-automatic and/or burst firing. Also, some embodiments may utilize small form factor components constructed from materials which are lightweight, resilient, inexpensive, etc. In some such instances, minimal (or otherwise negligible) mass and/or bulk may be added to the host rifle, thereby helping to maintain a reliable, lightweight, compact firearm. Also, in some instances, a reduction in cost (e.g., of production, of repair, of replacement, etc.) may be realized.

[0032] In some cases, and in accordance with an embodiment, a sear assembly provided using the disclosed techniques can be configured, for example, as: (1) a partially/ completely assembled automatic sear assembly unit; and/or (2) a kit or other collection of discrete components (e.g., an automatic sear, a sear spring, a sear lever, a sear lever spring, a bushing, a pin, etc., as variously described herein) which may be operatively coupled as desired.

[0033] As will be appreciated in light of this disclosure, and in accordance with an embodiment, use of the disclosed automatic sear assembly may be detected, for example, by visual inspection of a rifle having automatic (full-automatic and/or burst) firing capabilities and chambered for rounds larger than or equal to a .223 caliber round (5.56×45 mm NATO round).

[0034] Structure and Operation

[0035] FIGS. 1A and 1B are a perspective view and an exploded view, respectively, of a sear assembly 10 configured in accordance with an embodiment of the present disclosure. As can be seen, assembly 10 includes an automatic sear 100 and an adjacent sear lever 200. A sear lever spring 300 is disposed adjacent to sear lever 200 and sear 100 and serves to help operatively interface sear lever 200 and sear 100, as discussed below. Also, a sear spring 400 is disposed adjacent to sear lever 200 and sear 100 and serves to help operatively couple sear assembly 10 with the safe/fire selector switch of a rifle (e.g., such as the safe/fire selector switch 930 of rifle 900, discussed below with reference to FIGS. 10A-10B). As can further be seen, a bushing 500 is inserted along the rotational axis ω shared by each of automatic sear 100, sear lever 200, sear lever spring 300, and sear spring 400, and a pin 600 is inserted within bushing 500 along the same rotational axis ω. Each of these components is discussed in detail below.

[0036] In some embodiments, sear assembly 10 can be utilized, for example, in a rifle that is chambered for .308 caliber rounds (7.62×51 mm NATO rounds), such as the SIG716® rifle produced by Sig Sauer, Inc. However, the present disclosure is not so limited. For instance, in some other embodiments, sear assembly 10 can be utilized, for example, in a rifle that is chambered for .30-06 caliber rounds (7.62×63 mm rounds). In a more general sense, and in accor-

US 2014/0338523 A1

Nov. 20, 2014

4

dance with a set of embodiments, sear assembly **10** can be operatively installed within a rifle that is chambered, for example, for rounds which are larger than or equal to a .223 caliber round (a 5.56×45 mm NATO round). Other suitable uses will be apparent in light of this disclosure.

[0037] FIGS. **2**A and **2**B illustrate an automatic sear **100** configured in accordance with an embodiment of the present disclosure. In some instances, sear **100** can be, for example, a standard automatic sear which is traditionally used in providing automatic firing capabilities for rifles chambered for rounds of a caliber equal to or less than .223 (less than 5.56×45 mm NATO). However, the present disclosure is not so limited, as in some other embodiments, sear **100** may be configured as a non-traditional and/or custom automatic sear, as desired for a given target application or end-use. As depicted, sear **100** includes an actuating portion **110** having a front surface **111**, a rear surface **112**, an upper surface **113**, and a lower surface **114**. As will be appreciated in light of this disclosure, lower surface **114** is configured to sear with the hammer/striker mechanism of a rifle (e.g., such as the hammer **940** of rifle **900**, discussed below). Also, rear surface **112** is configured, in accordance with an embodiment, to interface with a sear lever **200**, as discussed below.

[0038] As can further be seen, side portions **120** and **130** extend rearward from actuating portion **110** and are positioned opposite one another across the breadth of sear **100**. Also, side portion **120** has an aperture **125** formed therein, and side portion **130** has a similar aperture **135** formed therein. As apertures **125** and **135** help to define the rotational axis ω about which sear **100** and other portions of assembly **10** rotate during operation, it may be desirable to ensure that side portions **120** and **130** are substantially parallel with one another and that their respective apertures **125** and **135** are substantially aligned with one another (e.g., exactly aligned or otherwise within an acceptable tolerance) across the breadth of sear **100**. Also, it may be desirable to ensure that apertures **125** and **135** are suitably dimensioned, for example, to receive and retain bushing **500** and pin **600**, discussed below.

[0039] Also, as can be seen, side portion **120** further includes an arm portion **140** extending downwardly therefrom. Arm portion **140** has a front surface **141** which is configured to operatively interface with a safe/fire selector switch of a rifle (e.g., such as the safe/fire selector switch **930** of rifle **900**, discussed below) such that toggling of the safe/fire selector switch moves sear **100** into and out of index with the hammer/striker of the host rifle (e.g., such as hammer **940**, discussed below), in accordance with an embodiment.

[0040] Sear **100** can be constructed from any suitable material, as will be apparent in light of this disclosure. For instance, in some embodiments, sear **100** can be constructed from AISI **8620** alloy steel. In a more general sense, sear **100** can be constructed from any suitable material which is compliant, for example, with United States Defense Standard MIL-W-13855 (Weapons: Small Arms and Aircraft Armament Subsystems, General Specification For). Also, in some instances, sear **100** can be dimensioned and oriented within a rifle as traditionally done. Other suitable configurations and materials for sear **100** will depend on a given application and will be apparent in light of this disclosure.

[0041] FIGS. **3**A-**3**D illustrate a sear lever **200** configured in accordance with an embodiment of the present disclosure. As can be seen, sear lever **200** includes an upper portion **210** which, in accordance with an embodiment, is configured to come into physical contact with the bolt carrier of a rifle (e.g., such as bolt carrier **920** of rifle **900**, discussed below). Upper portion **210** terminates in an upper end **212**, which may be rounded or otherwise have a curvature, for example, to facilitate smooth physical interaction between sear lever **200** and an incident bolt carrier.

[0042] Also, as can be seen, upper portion **210** transitions to a middle portion **220** having a recess **222** formed therein. In accordance with an embodiment, recess **222** can be configured with a curvature, angle, and/or depth which provide a smooth/unsharpened contact surface, for example, for sear lever spring **300**, discussed below. In some instances, this may help to improve the mechanical reliability of sear lever spring **300** (e.g., improve its resistance to cutting/shearing and consequent fracture).

[0043] On either side of recess **222**, middle portion **220** transitions to base portions **230** and **240** which are positioned opposite one another across the breadth of sear lever **200**. Base portion **230** has an aperture **235** formed therein, and base portion **240** has a similar aperture **245** formed therein. In some cases, aperture **235** optionally may include a countersink feature **237**; aperture **245** similarly may include an optional countersink feature **247**. When included, optional countersink features **237/247** may help to: (1) facilitate insertion/removal, for example, of bushing **500** (discussed below) and thus contribute to the ease of assembly/disassembly of sear assembly **10**; and/or (2) reduce the stresses experienced by apertures **235/245** resulting from interaction between sear lever **200** and a bolt carrier incident therewith during a given firing cycle.

[0044] As apertures **235** and **245** help to define the rotational axis ω about which sear lever **200** and other portions of assembly **10** rotate during operation, it may be desirable to ensure that base portions **230** and **240** are substantially parallel with one another and that their respective apertures **235** and **245** are substantially aligned with one another (e.g., exactly aligned or otherwise within an acceptable tolerance) across the breadth of sear lever **200**, as well as with apertures **125** and **135** of sear **100** (discussed above). Also, it may be desirable to ensure that apertures **235** and **245** are suitably dimensioned, for example, to receive and retain bushing **500** and pin **600**, discussed below.

[0045] Sear lever **200** can be constructed from any suitable material, as will be apparent in light of this disclosure. For instance, in some embodiments, sear lever **200** can be constructed from AISI 8620 alloy steel. In a more general sense, sear lever **200** can be constructed from any suitable material which is compliant, for example, with United States Defense Standard MIL-W-13855 (Weapons: Small Arms and Aircraft Armament Subsystems, General Specification For). Other suitable materials for sear lever **200** will depend on a given application and will be apparent in light of this disclosure.

[0046] Also, sear lever **200** can be dimensioned as desired for a given target application or end-use. For example, in some embodiments, sear lever **200** can be dimensioned such that its width is about the same (e.g., within ±5%) as that of actuating portion **110** of automatic sear **100**. In some embodiments, sear lever **200** can be dimensioned such that its length extends beyond upper surface **113** of actuating portion **110**, for example, by a distance in the range of about ⅛ to ½ inch or greater. In a more general sense, and in accordance with an embodiment, the dimensions of sear lever **200** can be customized, for example, to provide the desired operative interfacing between sear lever **200** (e.g., at upper end **212** thereof) and the

bolt carrier utilized in the host rifle. For instance, the length of sear lever **200** can be customized to accommodate bolt carriers of various sizes, which may depend, at least in part, on the caliber of rounds for which the host rifle is chambered. Numerous suitable configurations will be apparent in light of this disclosure.

[0047] As previously noted, sear lever **200** is operatively interfaced with the rear surface **112** of actuating portion **110** of sear **100**. In accordance with an embodiment, this operative interfacing is assisted by a sear lever spring **300**. FIGS. **4A-4D** illustrate a sear lever spring **300** configured in accordance with an embodiment of the present disclosure. As can be seen, sear lever spring **300** can be generally configured as a helical tangential torsion spring including a set of coils **310** which end in a first leg **312** and a second leg **314**. While the depicted example embodiment shows sear lever spring **300** having straight legs **312** and **314**, the present disclosure is not so limited. For instance, in another example embodiment, sear lever spring **300** may be provided with legs **312** and/or **314** having curvature (e.g., slightly curved legs **312** and/or **314**). In any case, the number of turns of coils **310**, direction of winding, and pitch thereof can be customized as desired for a given target application or end-use. In the depicted example embodiment, coil set **310** includes three turns which are right-hand, close-wound (e.g., have a tight pitch). Numerous suitable configurations will be apparent in light of this disclosure.

[0048] The inner diameter of coils **310** defines a center space **315** therein and can be varied as desired for a given target application or end-use. For instance, in some embodiments, coils **310** may have an inner diameter in the range of about 0.1-0.5 inches or greater. However, it may be desirable to ensure that center space **315** is suitably dimensioned, for example, to receive and retain bushing **500** and pin **600**, discussed below. Also, as center space **315** helps to define the rotational axis ω about which sear lever spring **300** operates (and about which other portions of assembly **10** are rotated during operation), it may be desirable to ensure that center space **315** is substantially aligned (e.g., exactly aligned or otherwise within an acceptable tolerance) with apertures **235** and **245** of sear lever **200**, as well as with apertures **125** and **135** of sear **100**.

[0049] Sear lever spring **300** can be constructed from any suitable material, as will be apparent in light of this disclosure. For instance, in some embodiments, sear lever spring **300** can be constructed from 17-7PH stainless steel. In some other embodiments, sear lever spring **300** can be constructed, for example, from spring steel. As will be appreciated in light of this disclosure, it may be desirable in some instances to ensure that sear lever spring **300** comprises a material, for example, which is corrosion-resistant, reliable over a large temperature range (e.g., −50° F. to 170° F.), and/or resistant to cyclic fatigue. In a more general sense, sear lever spring **300** can be constructed from any suitable material which is compliant, for example, with United States Defense Standard MIL-W-13855 (Weapons: Small Arms and Aircraft Armament Subsystems, General Specification For). Other suitable materials for sear lever spring **300** will depend on a given application and will be apparent in light of this disclosure.

[0050] As previously noted, and in accordance with an embodiment, sear lever spring **300** is configured to assist in operatively interfacing sear lever **200** with sear **100**. To that end, sear lever spring **300** can be configured to provide an angular return force which is sufficient to bias sear lever **200** into physical contact with the rear surface **112** of actuating

portion **110** of sear **100** in one direction while also allowing sear lever **200** to be deflected away from such physical contact in the opposing direction. By virtue of this configuration, and in accordance with an embodiment, sear lever **200** is permitted to be rotationally deflected away from actuating portion **110** (e.g., upper portion **210** can be taken out of physical contact with rear surface **112**) in the rearward rotating direction, and thus sear lever **200** rotates rearward without imparting rotation to sear **100**. Conversely, sear lever **200** is permitted to be rotationally deflected toward actuating portion **110** (e.g., physical contact between upper portion **210** and rear surface **112** can be restored) in the forward rotating direction, and thus sear lever **200** can be used to impart torque on (and thus rotation to) sear **100** in the forward direction. As discussed below with reference to FIGS. **10A-10B**, and in accordance with an embodiment, this bidirectional articulation permits sear lever **200** to transmit to sear **100**, as torque, the force imparted by a forward-moving bolt carrier **920** that is incident with sear lever **200**.

[0051] Also, as previously noted, sear assembly **10** can be operatively coupled with the safe/fire selector switch of a rifle. To that end, and in accordance with an embodiment, sear assembly **10** includes a sear spring **400**. FIGS. **5A-5D** illustrate a sear spring **400** configured in accordance with an embodiment of the present disclosure. As can be seen, sear spring **400** can be generally configured as a helical double-torsion spring including a first set of coils **410** which transitions to an unwound portion **430**, which in turn transitions to a second set of coils **420** that is positioned opposite of coil set **410**. The inner diameter of coils **410** and **420** respectively define center spaces **415** and **425** therein and can be varied as desired for a given target application or end-use. For instance, in some embodiments, coils **410** and/or **420** may have an inner diameter in the range of about 0.1-0.5 inches or greater. However, it may be desirable to ensure that center spaces **415** and **425** are suitably dimensioned, for example, to receive and retain bushing **500** and pin **600**, discussed below. Also, as center spaces **415** and **425** help to define the rotational axis ω about which sear spring **400** operates (and about which other portions of assembly **10** are rotated during operation), it may be desirable to ensure that center spaces **415** and **425** are substantially aligned with one another (e.g., exactly aligned or otherwise within an acceptable tolerance) across the breadth of sear spring **400**, as well as with center space **315** of sear lever spring **300**, apertures **235** and **245** of sear lever **200**, and apertures **125** and **135** of sear **100**.

[0052] In the depicted example embodiment, coil set **410** includes 2⅜ turns which are left-hand wound with a relaxed pitch (e.g., adjacent turns of coil set **410** have a relatively expanded pitch as compared to coil set **310**). Also, as depicted, coil set **420** includes 1¼ turns which are right-hand wound with a relaxed pitch similar to that of coil set **410** (e.g., adjacent turns of coil set **420** have a relatively expanded pitch as compared to coil set **310**). In some cases, providing coil sets **410** and **420** which have a relatively expanded pitch may help, for example, to: (1) minimize or otherwise reduce friction between adjacent turns of a given coil set **410/420**; and/or (2) keep sear lever **200** roughly centered in relation to actuating portion **110** by limiting lateral movement of sear lever **200** about rotational axis ω, and thus help to maintain the desired physical interfacing between sear **200** and rear surface **112**. However, the present disclosure is not so limited, as the number of turns within coil sets **410** and **420**, the directions of winding, and the pitch thereof can be customized as

6

desired for a given target application or end-use, in accordance with other embodiments. In any case, it may be desirable to ensure that coil sets **410** and **420** are wound, for example, in opposing directions to provide a sear spring **400** which exhibits the desired double-torsion performance. Numerous suitable configurations will be apparent in light of this disclosure.

[0053] As can further be seen, coil set **410** ends in a tangential leg **412**, and coil set **420** ends in a radial over-center leg **422**. While the depicted example embodiment shows sear spring **400** having straight legs **412** and **422**, the present disclosure is not so limited. For instance, in another example embodiment, sear spring **400** may be provided with legs **412** and/or **422** having curvature (e.g., slightly curved legs **412** and/or **422**). In the figures, leg **422** extends substantially parallel to unwound portion **430** (e.g., exactly parallel or otherwise within an acceptable tolerance), whereas leg **412** is provided with an angular offset as compared to leg **422** (e.g., legs **412** and **422** can have a non-zero free angle). For example, consider FIG. **5**C, which shows legs **412** and **422** as having a free angle of about 45° (e.g., 45°±5°), in accordance with an embodiment. In some cases, this angular offset of leg **412** may contribute, for example, to achieving the desired amount of preloading of sear spring **400** when sear assembly **10** is operatively coupled with the safe/fire selector switch of a rifle, in accordance with an embodiment. It should be noted, however, that the present disclosure is not so limited, and sear springs **400** including legs **412** and **422** exhibiting greater or lesser free angles (if any) may be provided as desired in other embodiments.

[0054] In accordance with an embodiment, the dimensions (e.g., lengths, thicknesses, etc.) of legs **412** and **422** can be customized as desired for a given target application or end-use. However, as will be appreciated in light of this disclosure, it may be desirable to ensure that the length of leg **412** is sufficient to provide the desired operative interfacing between leg **412** and the safe/fire selector switch of the host rifle (e.g., such as at groove **932** of safe/fire selector switch **930**, discussed below with reference to FIGS. **6**A-**6**B). Also, as can be seen in the figures, leg **422** is provided with a length that is comparatively shorter than the length of leg **412** and the length of unwound portion **430**. However, as will be further appreciated, it may be desirable to ensure that the length of leg **422** is sufficient to provide the desired operative interfacing between leg **422** and slot **502**/groove **602**, as discussed below with reference to FIGS. **9**A-**9**B. Numerous suitable configurations will be apparent in light of this disclosure.

[0055] Sear spring **400** can be constructed from any suitable material, as will be apparent in light of this disclosure. For instance, in some embodiments, sear spring **400** can be constructed from 17-7PH stainless steel. In some other embodiments, sear spring **400** can be constructed, for example, from spring steel. As will be appreciated in light of this disclosure, it may be desirable in some instances to ensure that sear spring **400** comprises a material, for example, which is corrosion-resistant, reliable over a large temperature range (e.g., −50° F. to 170° F.), and/or resistant to cyclic fatigue. In a more general sense, sear spring **400** can be constructed from any suitable material which is compliant, for example, with United States Defense Standard MIL-W-13855 (Weapons: Small Arms and Aircraft Armament Subsystems, General Specification For). Other suitable materials for sear spring **400** will depend on a given application and will be apparent in light of this disclosure.

[0056] As previously noted, and in accordance with an embodiment, sear spring **400** is configured to assist in operatively coupling sear assembly **10** with a safe/fire selector switch of a rifle. For example, consider FIGS. **6**A and **6**B, which are front and rear perspective views, respectively, illustrating a sear assembly **10** operatively coupled with a safe/fire selector switch **930**, in accordance with an embodiment of the present disclosure. As can be seen, switch **930** has a groove **932** formed therein which is configured to receive and retain leg **412** of sear spring **400**. In accordance with an embodiment, leg **412** can be deflected against its restoring force and maneuvered into a seated engagement within groove **932** of switch **930**, thus putting sear spring **400** in a preloaded state. As previously noted, the free angle offset of leg **412** can be customized as desired for a given target application or end-use, and thus greater or lesser amounts of preloading can be achieved, in accordance with some embodiments. As can further be seen from these figures, arm portion **140** of sear **100** is operatively interfaced at its surface **141** (not visible) with safe/fire selector switch **930**. As a result, and in accordance with an embodiment, toggling of switch **930** (e.g., such as by rotation thereof) serves to change the angle of sear **100** about rotational axis ω, thus bringing sear **100** into and out of index, for example, with the hammer/striker of the host rifle (e.g., such as hammer **940** of rifle **900**, discussed below), consequently changing the firing mode thereof. Thus, in a sense, the operative interfacing between arm portion **140** and safe/fire selector switch **930** contributes to enabling/disabling functional interaction between sear lever **200** and sear **100**, in accordance with an embodiment.

[0057] As previously noted, sear assembly **10** also includes a bushing **500** and a pin **600** which is inserted therein. FIGS. **7**A-**7**C illustrate a bushing **500** configured in accordance with an embodiment of the present disclosure, and FIGS. **8**A-**8**C illustrate a pin **600** configured in accordance with an embodiment of the present disclosure. As can be seen, bushing **500** can be generally configured as a substantially cylindrical tube having one or more slots/recesses **502** formed therein and having open ends **505** spaced distally from one another along the length of bushing **500**. A particular slot **502** can be positioned anywhere along the length of bushing **500**, and in some instances may be formed proximate one of the open ends **505**. As can further be seen, pin **600** can be generally configured as a cylindrical rod having one or more grooves **602** formed therein and having ends **604** spaced distally from one another along the length of pin **600**. A particular groove **602** can be positioned anywhere along the length of pin **600**, and in some instances may be located so as to substantially align with a slot **502** when pin **600** is inserted within bushing **500**. Also, pin **600** can be configured to be operatively coupled, for example, with the lower receiver of a rifle (e.g., such as the lower receiver **910** of rifle **900**, discussed below). It should be noted that, while pin **600** is generally referred to herein as a 'pin' for consistency and ease of understanding of the present disclosure, pin **600** is not so limited to that specific terminology and alternatively can be referred to as a shaft, arbor, or mandrel in other embodiments, as will be appreciated in light of this disclosure.

[0058] Bushing **500** and pin **600** can be constructed from any suitable material(s), as will be apparent in light of this disclosure. For instance, in some embodiments, bushing **500** can be constructed from AISI 303 stainless steel. In some other embodiments, bushing **500** can be constructed, for example, from ASTM A484 stainless steel. In some example

US 2014/0338523 A1

Nov. 20, 2014

7

embodiments, pin **600** can be constructed from AISI 4130 steel. In some other embodiments, pin **600** can be constructed, for example, from AISI 4140 steel. In a more general sense, bushing **500** and pin **600** can be constructed from any suitable material(s) which are compliant, for example, with United States Defense Standard MIL-W-13855 (Weapons: Small Arms and Aircraft Armament Subsystems, General Specification For). Other suitable materials for bushing **500** and pin **600** will depend on a given application and will be apparent in light of this disclosure.

[0059] In accordance with an embodiment, the dimensions (e.g., length, sidewall thickness, inner diameter/width, outer diameter/width, etc.) of bushing **500** can be customized as desired for a given target application or end-use. However, as will be appreciated in light of this disclosure, it may be desirable to ensure that bushing **500** has a suitable outer diameter which permits it to be inserted along rotational axis ω within the axial space defined by apertures **125** and **135** of sear **100**, center spaces **415** and **425** of sear spring **400**, apertures **235** and **245** of sear lever **200**, and center space **315** of sear lever spring **300**, as previously discussed. Also, it may be desirable to ensure that bushing **500** has a suitable outer diameter that provides sufficient clearance between bushing **500** and both of sear lever spring **300** and sear spring **400** to prevent binding of those springs during deflection thereof. For instance, in one example embodiment, bushing **500** may have an outer diameter that is about 90% or less of the inner diameter of coil sets **310**, **410**, and **420**. As will be further appreciated, it may desirable to ensure that bushing **500** has a suitable length such that its open ends **505** are substantially flush with the outer surfaces of side portions **120** and **130** of sear **100**. Furthermore, as can be seen with reference to FIG. 7B, for example, a given slot **502** can be dimensioned so that it cuts through the full thickness of the sidewall of bushing **500** but does not cut through the full circumference of bushing **500**. Also, a given slot **502** can be suitably dimensioned (e.g., of sufficient width, length, and depth) to receive and retain leg **422** of sear spring **400**, as discussed below with reference to FIG. 9A-9B.

[0060] In accordance with an embodiment, the dimensions (e.g., length, diameter/width, etc.) of pin **600** can be customized as desired for a given target application or end-use. However, as will be appreciated in light of this disclosure, it may be desirable to ensure that pin **600** has a suitable diameter/width which permits it to be inserted within bushing **500**. As will be further appreciated, it may desirable to dimension pin **600** so that its ends **604** extend beyond the open ends **505** of bushing **500**, as well as beyond the outer surfaces of side portions **120** and **130** of sear **100**, thereby permitting pin **600** to be operatively coupled, for example, with the lower receiver of the host rifle (e.g., such as the lower receiver **910** of rifle **900**, discussed below). In some embodiments, ends **604** of pin **600** may have chamfered edges **607**, for example, to help with the ease of insertion of pin **600** within bushing **500** (e.g., which may facilitate easy assembly of sear assembly **10**). Also, a given groove **602** can be suitably dimensioned (e.g., of sufficient width and depth) to permit leg **422** of sear spring **400** to be seated therein, as discussed below.

[0061] FIG. **9**A is a rear perspective view illustrating bushing **500**, pin **600**, and sear spring **400** as isolated from other portions of sear assembly **10** and operatively interfaced with a safe/fire selector switch **930** in accordance with an embodiment of the present disclosure. Similarly, FIG. **9**B is a rear perspective view showing pin **600** and sear spring **400** as

isolated from other portions of sear assembly **10** and operatively interfaced with a safe/fire selector switch **930** in accordance with an embodiment of the present disclosure. As can be seen from these figures, leg **422** of sear spring **400** can be permitted to extend into the bore of bushing **500** at slot **502** and to be brought into seated engagement with groove **602** of pin **600**. To that end, and as previously discussed, it may be desirable to ensure that leg **422**, slot **502**, and groove **602** are suitably dimensioned to provide the desired interfacing.

[0062] As will be appreciated in light of this disclosure, sear spring **400** may be limited in its ability to move laterally along rotational axis ω, for example, by virtue of: (1) the physical location of its coil sets **410** and **420** on either side of sear lever **200** and between side portions **120** and **130** of sear **100**; and (2) the physical contact between its leg **412** and groove **932** of safe/fire selector switch **930**, which is fixed in location within the host rifle. As will be further appreciated, bushing **500** may be limited in its ability to move laterally along rotational axis ω, for example, by virtue of its location between the interior walls of the lower receiver of the host rifle (e.g., such as the lower receiver **910** of rifle **900**, discussed below). Also, as will be appreciated, permitting leg **422** to extend through the bore of bushing **500** at slot **502** and to become seated within groove **602** can help to limit pin **600** in its ability to move laterally within the axial space in which it resides (i.e., along rotational axis ω) relative to the lower receiver of the host rifle (e.g., such as the lower receiver **910** of rifle **900**, discussed below). In some cases, this can help to ensure retention of pin **600** by the host rifle (e.g., pin **600** may be prevented from inadvertently falling out of rifle **900**). Furthermore, and in accordance with an embodiment, the dimensions of bushing **500** and/or automatic sear **100** can help to maintain the desired positioning of sear assembly **10** within the host rifle and/or maintain the desired spatial arrangement of the components of sear assembly **10** relative to one another.

[0063] FIGS. **10**A and **10**B are partial cutaway views of a rifle **900** illustrating interaction between sear assembly **10** and a bolt carrier **920** during rearward movement and forward movement thereof, respectively, in accordance with an embodiment of the present disclosure. As can be seen in FIG. **10**A, during rearward movement of bolt carrier **920** (i.e., towards the rear of rifle **900**), upper end **212** of sear lever **200** first comes into physical contact with bolt carrier **920** at edge region **922** thereof. Accordingly, sear lever **200** is deflected rearward about rotational axis ω and out of physical contact with the rear surface **112** of actuating portion **110** of sear **100**. As sear lever **200** rotates away independently of automatic sear **100**, it does so without imparting rotation to sear **100**. That is, while rearward deflection of sear lever **200** may impart some torque on sear **100** through sear lever spring **300**, sear **100** is substantially prevented from rotating by virtue of the physical contact, for example, between safe/fire selector switch **930** and arm portion **140** (e.g., at surface **141** thereof). As bolt carrier **920** continues to move rearward, upper end **212** of sear lever **200** slides against lower surface **923***a* of bolt carrier **920** (and in some instances, subsequently against lower surface **923***b*), and rearward deflection of sear lever **200** continues. During the rearward deflection of sear lever **200**, automatic sear **100** is momentarily out of contact with hammer **940**, as can be seen in the dashed ellipse in FIG. **10**A.

[0064] Thereafter, bolt carrier **920** begins its return trip toward the front of rifle **900**. As edge region **922** now passes forward beyond sear lever **200**, sear lever **200** is taken out of

US 2014/0338523 A1

Nov. 20, 2014

8

contact with bolt carrier **920**. Upon interruption of such contact, the angular return force of sear lever spring **300** serves to restore physical contact between sear lever **200** and the rear surface **112** of actuating portion **110** of sear **100**, as previously discussed. Subsequently in the return trip of bolt carrier **920**, edge region **924** thereof comes into physical contact with sear lever **200** at upper portion **210**/upper end **212**, as can be seen in FIG. **10**B. As sear lever **200** previously has been returned into physical contact with actuating surface **110**, forward deflection of sear lever **200** accordingly causes sear **100** to deflect in tandem. That is, forward deflection of sear lever **200** serves to transmit the force of the returning bolt carrier **920** to sear **100** as a torque, thereby causing sear **100** to rotate about rotational axis ω (e.g., by virtue of the configuration of sear **100**, top surface **113** rotates forward while bottom surface **114** and arm portion **140** rotate rearward). Upon sufficiently rotating sear **100**, lower surface **114** of actuating portion **110** thereof is caused to sear with hammer **940**, as can be seen in the dashed ellipse in FIG. **10**B. In turn, hammer **940** is released, causing rifle **900** to initiate a subsequent firing cycle without need to release the trigger to do so. Thereafter, the cycle of rearward and forward motion of the bolt carrier **920** and consequent automatic tripping of sear **100** can be repeated, as desired, thereby providing rifle **900** with full-automatic and/or burst firing capabilities, in accordance with several embodiments.

[0065] In accordance with an embodiment, permitting sear lever **200** to extend beyond upper surface **113** of sear **100** can aid in preventing sear **100** from coming into direct physical contact with bolt carrier **920** of rifle **900**, and thus help to eliminate or otherwise reduce the likelihood of binding rifle **900** during full-automatic, burst, and/or semi-automatic firing thereof. Also, as previously discussed, sear spring **400** can be preloaded against sear **100** and thus toggling of the safe/fire selector switch **930** (e.g., by rotation thereof) serves to set the pressure angle of sear **100**, bringing sear **100** into and out of index with hammer **940**, as desired. Therefore, and in accordance with an embodiment, sear lever **200** can be permitted to be deflected rearward and forward during any given firing sequence, but need not necessarily be utilized to impart rotation to sear **100** during that firing sequence. By virtue of how sear lever **200** and sear **100** are operatively interfaced, sear lever **200** can be both permitted and prevented from operating to trip sear **100**, as desired. Thus, and in accordance with an embodiment, sear assembly **10** can be operatively coupled, for example, with a safe/fire selector switch **930** without interfering with the semi-automatic firing and/or safe modes of rifle **900**. In other words, sear lever **200** can be used, in accordance with an embodiment, to: (1) trip sear **100** selectively, such as when safe/fire selector switch **930** is toggled only to a full-automatic firing mode or a burst firing mode (if applicable); and (2) to otherwise be inoperative (though still incident with bolt carrier **920**) in other modes, such as a semi-automatic firing mode and/or safe mode.

[0066] The foregoing description of example embodiments has been presented for the purposes of illustration and description. It is not intended to be exhaustive or to limit the present disclosure to the precise forms disclosed. Many modifications and variations are possible in light of this disclosure. It is intended that the scope of the present disclosure be limited not by this detailed description, but rather by the claims appended hereto. Future-filed applications claiming priority to this application may claim the disclosed subject matter in a different manner and generally may include any set of one or more limitations as variously disclosed or otherwise demonstrated herein.

What is claimed is:

1. An automatic sear assembly for a rifle, the assembly comprising:
   an automatic sear configured to be operatively coupled with a safe/fire selector switch and a hammer of the rifle;
   a sear lever disposed adjacent a rear surface of the automatic sear and extending beyond a height of the automatic sear;
   a first spring disposed adjacent the sear lever and the rear surface of the automatic sear and configured to bias the sear lever into physical contact with the rear surface of the automatic sear; and
   a second spring disposed adjacent the sear lever and the rear surface of the automatic sear and configured to operatively interface with the safe/fire selector switch;
   wherein the automatic sear, the sear lever, the first spring, and the second spring share a rotational axis; and
   wherein rotational deflection of the sear lever in a first direction about the shared rotational axis causes the sear lever to rotate out of physical contact with the rear surface of the automatic sear, and rotational deflection of the sear lever in a second direction about the shared rotational axis imparts rotation to the automatic sear causing the automatic sear to sear with the hammer of the rifle.

2. The assembly of claim **1**, wherein the sear lever is configured to be incident with a bolt carrier of the rifle, the bolt carrier providing rotational deflection of the sear lever in at least one of the first direction and/or the second direction about the shared rotational axis.

3. The assembly of claim **1**, wherein the sear lever extends beyond the height of the automatic sear by a distance in the range of about $\frac{1}{8}$ to $\frac{1}{2}$ inch.

4. The assembly of claim **1**, wherein the first spring comprises a helical torsion spring including a set of coils ending in first and second tangential legs.

5. The assembly of claim **1**, wherein:
   toggling of the safe/fire selector switch into a full-automatic firing mode or a burst-firing mode causes the automatic sear to rotate about the shared rotational axis into index with the hammer of the rifle; and
   toggling of the safe/fire selector switch into a semi-automatic firing mode or a safe mode causes the automatic sear to rotate about the shared rotational axis out of index with the hammer of the rifle.

6. The assembly of claim **1** further comprising a bushing inserted along the shared rotational axis.

7. The assembly of claim **6** further comprising a pin inserted within the bushing along the shared rotational axis.

8. The assembly of claim **1**, wherein the second spring comprises a helical double-torsion spring including first and second sets of coils wound in opposing directions and having an unwound portion disposed there between, the first set of coils ending in a tangential leg configured to operatively interface with the safe/fire selector switch of the rifle, and the second set of coils ending in a radial over-center leg.

9. The assembly of claim **8** further comprising:
   a bushing inserted along the shared rotational axis, the bushing having a slot formed therein; and
   a pin inserted within the bushing along the shared rotational axis, the pin having a groove formed therein;

US 2014/0338523 A1

Nov. 20, 2014

9

wherein the groove and the slot are configured to align when the pin is inserted within the bushing and configured to receive the radial over-center leg of the second spring.

10. The assembly of claim **1**, wherein at least a portion thereof is compliant with United States Defense Standard MIL-W-13855 (Weapons: Small Arms and Aircraft Armament Subsystems, General Specification For).

11. A rifle comprising the automatic sear assembly of claim **1**.

12. The rifle of claim **11**, wherein the rifle is chambered for rounds larger than or equal to .223 caliber rounds (5.56×45 mm NATO rounds).

13. The rifle of claim **11**, wherein the rifle is chambered for .308 caliber rounds (7.62×51 mm NATO rounds).

14. The rifle of claim **11**, wherein the rifle is chambered for .30-06 caliber rounds (7.62×63 mm rounds).

15. The rifle of claim **11**, wherein the rifle is constructed and arranged to implement at least one of a full-automatic firing mode, a burst-firing mode, a semi-automatic firing mode, and/or a safe mode.

16. An automatic sear assembly for a rifle, the assembly comprising:

an automatic sear rotationally mounted about an axis, the automatic sear having an actuating portion which extends a first radial length from the axis in a first direction and a second radial length from the axis in a second direction which substantially opposes the first direction, wherein the automatic sear interfaces with a safe/fire selector switch and a hammer of the rifle;

a sear lever rotationally mounted about the axis independently of the automatic sear, the sear lever extending a third radial length from the axis in substantially the same first direction, wherein the third radial length is greater than the first radial length;

a first spring mounted about the axis and biasing the sear lever into physical contact with the automatic sear; and

a second spring mounted about the axis and angularly biasing the automatic sear about the axis, wherein the second spring interfaces with the safe/fire selector switch.

17. The assembly of claim **16**, wherein the third radial length is greater than the first radial length by a distance in the range of about ⅛ to ½ inch.

18. The assembly of claim **16**, wherein:

toggling of the safe/fire selector switch into a full-automatic firing mode or a burst-firing mode causes the automatic sear to rotate about the shared rotational axis into index with the hammer of the rifle; and

toggling of the safe/fire selector switch into a semi-automatic firing mode or a safe mode causes the automatic sear to rotate about the shared rotational axis out of index with the hammer of the rifle.

19. An automatic sear assembly for a rifle, the assembly comprising:

an automatic sear configured to be operatively coupled with a safe/fire selector switch and a hammer of the rifle;

a sear lever disposed adjacent a rear surface of the automatic sear and extending beyond a height of the automatic sear;

a helical torsion spring disposed adjacent the sear lever and the rear surface of the automatic sear and comprising a set of coils ending in first and second tangential legs configured to bias the sear lever into physical contact with the rear surface of the automatic sear; and

a helical double-torsion spring disposed adjacent the sear lever and the rear surface of the automatic sear and comprising first and second sets of coils wound in opposing directions and having an unwound portion disposed there between, the first set of coils ending in a tangential leg configured to operatively interface with the safe/fire selector switch of the rifle, and the second set of coils ending in a radial over-center leg;

wherein the automatic sear, the sear lever, the helical torsion spring, and the helical double-torsion spring share a rotational axis;

wherein the assembly further comprises:

a bushing inserted along the axis, the bushing having a slot formed therein; and

a pin inserted within the bushing along the axis, the pin having a groove formed therein;

wherein the groove and the slot are configured to align when the pin is inserted within the bushing and configured to receive the radial over-center leg of the helical double-torsion spring; and

wherein rotational deflection of the sear lever in a first direction about the axis causes the sear lever to rotate away from the rear surface of the automatic sear, and rotational deflection of the sear lever in a second direction about the axis imparts rotation to the automatic sear causing the automatic sear to sear with the hammer of the rifle.

20. A rifle comprising the automatic sear assembly of claim **19**, wherein the rifle is chambered for rounds larger than or equal to .223 caliber rounds (5.56×45 mm NATO rounds).

*    *    *    *    *