**Jan. 30, 1951**              J. L. LOCHHEAD              **2,539,447**

SELECTOR FOR AUTOMATIC FIREARMS

Filed July 29, 1948



Fig_1_

Fig_2_

Fig_3_

Inventor

John L. Lochhead

By

G. J. Kessenich & J. H. Church

Attorneys

EXHIBIT

12

Patented Jan. 30, 1951

**2,539,447**

# UNITED STATES PATENT OFFICE

2,539,447

## SELECTOR FOR AUTOMATIC FIREARMS

John L. Lochhead, Springfield, Mass.

Original application October 4, 1946, Serial No. 701,145. Divided and this application July 29, 1948, Serial No. 41,381

2 Claims. (Cl. 89—140)

(Granted under the act of March 3, 1883, as amended April 30, 1928; 370 O. G. 757)

**1**

The invention described herein may be manufactured and used by or for the Government for governmental purposes without the payment of any royalty thereon.

This invention relates to a selector for selectively positioning the fire control mechanism of a firearm for semi-automatic or full-automatic fire.

This is a divisional application of my copending application for Fire Control Mechanism, Serial No. 701,145 filed October 4, 1946, now abandoned.

A particular object of this invention is to provide a fire control mechanism for a firearm of the type known as the U. S. carbine, cal. .30 M1 whereby either semi-automatic or full-automatic fire can be selected at will.

The specific nature of the invention as well as other objects and advantages thereof will clearly appear from a description of a preferred embodiment as shown in the accompanying drawings in which:

Fig. 1 is an enlarged detail view of the selector and trigger mechanism shown set for semi-automatic fire with the trigger in the pulled position.

Fig. 2 is an exploded view of the related parts of the fire control mechanism and the fire selector.

Fig. 3 is a view similar to Fig. 1 but showing the mechanism set for full-automatic fire.

There is shown in assembled relation in Figs. 1 and 3 a trigger guard 4 of the U. S. carbine, cal. .30 M1 embodying this invention. The fire control mechanism is mounted in trigger guard 4 and mainly comprises a hammer 15, a trigger 16, a primary sear 17 and a secondary sear 18. Hammer 15 is pivotally mounted approximately in the center of trigger guard 4 by a transverse pin 19. Hammer 15 is arranged to be rotated forwardly in a clockwise direction by a spring biased plunger 20. The forward end of plunger 20 lies within a suitable slot in hammer 15 provided somewhat above the axis of pin 19. A sear notch 21 is provided on the bottom surface of hammer 15 and an integral outwardly projecting sear lug 22 is provided on the right side of hammer 15.

Trigger 16 is pivotally mounted on a transverse pin 33 in trigger guard 4 somewhat to the rear of hammer 15 as shown in Figs. 1 and 3. A notch 34 is provided in the rear of trigger 16 which is engaged by a trigger spring 35. Spring 35 lies within a substantially horizontal hole 36 in the rear of the trigger guard 4 and such spring is provided to yieldingly maintain trigger 16 for-

**2**

wardly in such a position that primary sear 17 engages hammer 15. A forwardly projecting integral lug 37 is provided on the left side of trigger 16 and a cam surface 38 formed on top of such lug slopes downwardly substantially as shown in Fig. 2 to provide means for raising primary sear 17 as will be later described. On the bottom of trigger 16 there is provided a horizontal hole 40 in which is inserted one end of a spring 41. An integral upstanding lug 60 is provided on the rear of the top surface of trigger 16 for a purpose to be later described.

Primary sear 17 is provided with an elongated hole 42 for mounting such sear on pin 33 within a bifurcated portion of trigger 16. An integral downwardly projecting lug 43 is provided approximately in the center of primary sear 17 and a rearwardly facing, shallow, cylindrical recess 44 (Fig. 1) is provided in the rear of such lug in which the other end of sear spring 41 is seated. Spring 41 is provided to maintain the sear 17 in a forward position when the trigger 16 is in the forward position. An integral arm 45 is provided on the left side of primary sear 17 as shown in Fig. 2. Such arm projects forwardly in a substantially horizontal plane and is provided with a downwardly projecting lug 46 at the extreme forward end of such arm. The lower rear surface of arm 45 is sloped downwardly and forwardly as shown at 47 to provide a surface which is engaged by surface 38 provided on trigger 16 as will be later described. Lug 46 of arm 45 on primary sear 17 projects downwardly so that it can be engaged by a selector 48.

Secondary sear 18 is a lever-like member and the forward end of such sear is placed within a suitable slot 24 on the top of trigger guard 4. A transverse pin 25 passing through slot 24 is provided to pivotally mount secondary sear 18. A suitable notch 26 is provided on the rear end of secondary sear 18 which is shaped to engage the forward corner of sear lug 22 on the hammer 15. An integral upstanding vertical lug 27 is provided approximately in the center of secondary sear 18. The top of such lug is disposed at right angles to form a tang 28. Such tang is also preferably obliquely disposed so that such tang will project into the path of a bolt (not shown) for a purpose to be described later. Secondary sear 18 is arranged to be raised upwardly by a spring biased plunger 31 housed within a vertical hole 32 somewhat to the rear of a recess 12 in trigger guard 4. Thus spring biased plunger 31 raises secondary sear 18 upwardly so that notch 26 on such sear will engage lug 22 of hammer 15.

2,539,447

**3**

The selector 48 comprises a cylindrical stud-like portion 49 and an integral knob 50. A transverse slot 51 is provided on the cylindrical portion 49 which cooperates with lug 46 of primary sear 17 to produce semi- or full-automatic fire as will be later described. Selector 48 is mounted in a transverse hole 52 provided in the lower forward portion of trigger guard 4. The selector 48 is arranged to be yieldingly retained within hole 52 by a spring biased plunger 53. Plunger 53 is mounted in a horizontal hole 54 in the lower forward portion of trigger guard 4 which communicates with transverse hole 52. A magazine catch 13 lies within a transverse slot 55 provided in the forward end of trigger guard 4 as shown in Figs. 1 and 3. Catch 13 is mounted in operative position by a spring biased plunger 56 placed within hole 54. Plungers 53 and 56 are biased in opposite directions by a spring 57.

To obtain semi-automatic fire, selector 48 is rotated so that the bottom of slot 51 lies in a horizontal plane with the lug 46 of sear arm 45 in the forward position as shown in Fig. 1. Rotation of selector 48 is effected by turning knob 50. Spring biased plunger 53 then yieldingly engages one of two radially spaced holes 58 and 59 provided about the periphery of cylindrical portion 49 of selector 48. Thus selector 48 is yieldingly held in position for semi-automatic fire. The firearm (not shown) is then charged in the usual manner and the bolt of the firearm (not shown) strikes the top of hammer 15, thereby rotating such hammer in a counter-clockwise direction as shown in Fig. 1, whereupon notch 26 on the rear of secondary sear 18 engages lug 22 of hammer 15. The bolt (not shown) is then permitted to return to the breeched position thereby depressing tang 28 of sear 18 and forcing notch 26 out of engagement with lug 22. As trigger 16 is in the forward position, the front end of primary sear 17 will engage sear notch 21 on hammer 15 before such hammer can rotate into contact with a firing pin (not shown) even though secondary sear 18 has released hammer 15.

Automatic fire is readily obtained when selector 48 is turned so that the bottom of slot 51 is in a substantially vertical position as shown in Fig. 3. When in such position, forward movement of primary sear 17 is blocked. The reason for this will be presently described. The firearm with selector 48 set for automatic fire is charged in the same manner as that described for semi-automatic fire. With trigger 16 in the forward or normal position, the forward end of primary sear 17 is in engagement with sear notch 21 on the bottom of hammer 15. As selector 48 is now in position for automatic fire, such selector holds sear arm 45 in a rearward position against the bias of spring 41 so that the forward end of elongated hole 42 is maintained in contact with pin 33. Hence the rear end of primary sear 17 rests on top of trigger lug 60 as shown in Fig. 3. Surface 38 on trigger lug 37 mates with surface 47 provided on the rear of sear arm 45 and thereby imparts the pivotal movement of trigger 16 upon release thereof to primary sear 17 in order to withdraw sear lug 46 out of engagement with the bottom surface of slot 51 and permit sear 17 to be biased forwardly by spring 41 into engagement with hammer notch 21 as hammer 15 is

**4**

released by secondary sear 18 thus effecting cessation of automatic fire.

Sear 17 is readily blocked to provide a "safe" position when transporting the firearm in a loaded condition by rotating selector 48 so that lug 46 of arm 45 rests on the arcuate surface of stud 49. When in such position sear 17 can not be disengaged from hammer 15. Selector 48 is yieldingly retained in such position by plunger 53 which engages a suitable recess (not shown) in stud 49.

I claim:

1. In a firearm having a hammer pivotally mounted for movement between a cocked and a firing position, a spring-biased pivotal sear normally arranged to engage and retain the hammer in the cocked position, a pivotal trigger for disengaging the sear from the hammer, and a pivot pin jointly mounting the trigger and the sear for independent pivotal movement, the sear having an elongated pivot hole for permitting longitudinal reciprocable movement thereof relative to the trigger, the improvement comprising an elongated arm extending forwardly from the side of the sear and terminating in a downwardly projecting lug, a rotatable cylindrical selector member having a rectangular transverse slot therein arranged to cooperate with said sear lug, detent means for releasably securing said selector member in either of two positions comprising, a semi-automatic position wherein said slot permits the sear to move forwardly upon release of the hammer for re-engagement therewith, and a full automatic position wherein the bottom surface of said slot blocks the sear from moving forwardly and prevents re-engagement thereof with the hammer until the trigger is released, and means on the trigger for pivoting the sear to withdraw said projecting lug thereon out of said slot when the trigger is released during automatic fire.

2. The structure defined in claim 1 wherein said last-mentioned means comprises a forwardly projecting lug portion on the trigger, said lug portion having a forwardly and downwardly sloped top surface, and an oppositely sloped surface on the underside of said elongated sear arm arranged to mate with said sloped surface on said trigger lug portion when the sear is blocked by said selector from moving forwardly relative to the trigger.

JOHN L. LOCHHEAD.

**REFERENCES CITED**

The following references are of record in the file of this patent:

UNITED STATES PATENTS

| Number | Name | Date |
|---|---|---|
| 1,561,756 | Tucker | Nov. 17, 1925 |
| 2,324,125 | Van Horn et al. | July 13, 1943 |
| 2,371,012 | Woodhull | Mar. 6, 1945 |
| 2,407,157 | Hyde | Sept. 3, 1946 |
| 2,462,130 | Rudd | Feb. 22, 1949 |
| 2,469,053 | Roemer | May 3, 1949 |

FOREIGN PATENTS

| Number | Country | Date |
|---|---|---|
| 231,050 | Great Britain | Mar. 26, 1925 |
| 579,096 | Germany | June 21, 1933 |