IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: RARE BREED TRIGGERS PATENT LITIGATION | CASE NO. 4:26-md-03176-ALM<br><br>CHIEF JUDGE AMOS L. MAZZANT |

### DECLARATION OF TIMOTHY S. HOFFMAN

I, Timothy S. Hoffman, having personal knowledge of the facts stated herein, and being of legal age and sound mind and memory, do hereby declare as follows:

1. I am the sole owner of Hoffman Tactical, LLC.

2. I am the sole inventor of the Super Safety, which is a mechanism that actively resets the trigger of a firearm to allow the operator to fire again, quickly and efficiently.  The Super Safety can be a two-mode device (having a safe mode, which doesn't fire, and an active-reset semi-automatic mode) or a three-mode device (having a safe mode, an active-reset semi-automatic mode, and a standard-reset semi-automatic mode).

3. On April 3, 2022, I posted, through the Hoffman Tactical X profile, a video of me firing a firearm with the Super Safety (https://x.com/HoffmanTactical/status/1510605440736022534 and https://x.com/HoffmanTactical/status/1510609288393334793).

4. On May 12, 2022, I posted another video of me firing a firearm with the two-mode Super Safety.  This video was posted through the Hoffman Tactical X profile (https://x.com/HoffmanTactical/status/1524864845245562905) and on Hoffman Tactical's channel on the media platform Odysee (https://odysee.com/@hoffmantactical:3/3d-printed-lr-308-lower-v2.4-with-super:a?view=shorts).

Doc ID: 005df1cd65ed56653200718257f7106ca2cc656c

5. I described the Super Safety in a provisional patent application (titled Active Firearm Trigger Mechanism) that I filed with the U.S. Patent and Trademark Office ("USPTO") on September 28, 2022, which was assigned application no. 63/377,498.

6. On or about August 30, 2022, I submitted the two-mode Super Safety to the International Firearm Specialist Academy ("IFSA") for examination, which the IFSA documented in its November 29, 2022 letter.

7. Subsequently, I posted a video on the Hoffman Tactical YouTube channel (titled "Accuracy Testing The Orca," https://www.youtube.com/watch?v=3HYW23n8eLE) on December 28, 2022, showing the use of a firearm with a three-mode Super Safety (visible throughout the video); its operation in forced-reset mode is discussed starting at 4:40 and 20:53.

8. I also posted, on the Hoffman Tactical YouTube channel, a YouTube short (titled "Good Evening," https://www.youtube.com/watch?v=Wngt73mEN6U) on January 24, 2023, and a fuller video (titled "Introducing the Orca," https://www.youtube.com/watch?v=uB3ciHT5qwY) on January 26, 2023, that shows the firing of a firearm with a Super Safety.

9. I mentioned using "my new Super Safety" in an April 20, 2023 YouTube stream (titled "3D2A Development Live Stream With Evan Jones, https://www.youtube.com/watch?v=97MVuv106EU, at 28:45).

10. I also discussed the Super Safety and showed it in operation in a video (titled "Orca Go Brrrr," https://www.youtube.com/watch?v=auAqg-FiHv4, starting at 15:04) posted on the PSR YouTube channel on May 7, 2023.

11. I posted, on the Hoffman Tactical YouTube channel, another video (titled "LR-308 Goes Fast, https://www.youtube.com/watch?v=WxhFWDHa0ec) on June 19, 2023, showing a firearm with a Super Safety (discussed or demonstrated throughout the video, e.g., 0:32, 2:22, 3:27, 5:50, 7:58, 10:25, 12:05).

12. On July 20, 2023 I released Super Safety files including a PDF document titled "Super Safety Documentation." Section 3.4 of this document contained text copied from section 2 of my previously filed Hoffman Provisional application description.

13. On July 21st of 2023, I published the video "Introducing my Super Safety" (https://www.youtube.com/watch?v=i1ADTvaYhY4) to my YouTube account. The video describes both two-mode and three-mode Super Safeties in detail.

14. On July 26th of 2023, I publicly released detailed STEP and PART files for my Super Safety on Odysee: (CAD drawings; "Super Safety 3D Printed Active Trigger System v4.4" documentation; STL, STEP, and SLDPRT files) (https://odysee.com/@hoffmantactical:3/Super-Safety-V4.4:f, linked from the Hoffman Tactical website, https://hoffmantactical.com/designs/super-safety/). These computer design files are typically used as a base for modified designs or CNC machining – thus to make the parts represented in the files. These computer design files contained my HT logo on the end of the Super Safety cam represented in the files. Thus, if these files are used to make a Super Safety without modification, the cam produced will include my HT logo on one of the two visible sides.

15. I understand that Cameron Smith filed provisional patent application no. 63/605,793 on December 4, 2023, on the Super Safety, naming himself as the inventor, and later claimed the benefit of that application when filing application no. 18/968,984 (filed December 4,

Doc ID: 005df1cd65ed56653200718257f7106ca2cc656c

2024), which matured into U.S. Patent No. 12,529,538 (the "'538 Patent"). All of my disclosures of the Super Safety described in the above paragraphs preceded December 4, 2023 (Mr. Smith's earliest priority date).

16. I also understand that Mr. Smith signed a declaration dated October 31, 2025, that was submitted to the USPTO during the prosecution of the '538 Patent. That declaration referred to the above-mentioned "Introducing the Super Safety" YouTube video. In that declaration, Mr. Smith alleged that I obtained the subject matter disclosed in that video directly from him. That statement is completely false. As explained above, I invented the Super Safety and subsequently released it to the public. The truth is exactly opposite of what Mr. Smith alleges: he obtained the subject matter disclosed in his above-mentioned patent applications from me. I explained as much previously through Hoffman Tactical's internet and social media channels. See, e.g., November 19, 2025 post on X (https://x.com/HoffmanTactical/status/1991282012657713250); February 17, 2026 post on X (https://x.com/HoffmanTactical/status/2023947500873294281); post on Hoffman Tactical's website (https://hoffmantactical.com/i-have-been-sued-here-are-the-details/).

17. I have interacted with Mr. Smith previously. His company TwinBros LLC ("TwinBros") was involved in 3D printing and wanted to make and sell the Super Safety (after I publicly released it). Mr. Smith visited the Hoffman Tactical shop in October of 2023. This is the first contact that I remember having with Mr. Smith besides a possible message exchange on social media or email leading up to the visit. He requested assistance on the machining process, and I provided some recommendations regarding

Doc ID: 005df1cd65ed56653200718257f7106ca2cc656c

some of his/TwinBros' production issues with metal Super Safeties. Mr. Smith offered to pay me a royalty on my Super Safety design at this time.

18. Several months before December 2023, I remember seeing a TwinBros advertisement offering the Super Safety for sale. That advertisement showed the Super Safety cam with the "HT" Hoffman Tactical logo engraved on one end. This is the same logo shown on Hoffman Tactical's website, social media profiles, and the Super Safety July 2023 release documentation and print files.

19. I have also seen a screenshot of an order confirmation email from twinbros3dprinting@gmail.com (the email address listed on TwinBros' website https://twinbros3dprinting.com) for the Super Safety, referring to it as the "Hoffman Super Safety":

Doc ID: 005df1cd65ed56653200718257f7106ca2cc656c



20. I believe that these facts show that Mr. Smith was giving me credit for inventing the Super Safety.

21. I believe that the information in Mr. Smith' patent filings was taken directly or indirectly from the information and files I previously released to the public.

22. I believe that Mr. Smith did not independently conceive my Super Safety design at least because the parts he initially made and sold had my HT logo formed into the side of the safety selector cam.

Doc ID: 005df1cd65ed56653200718257f7106ca2cc656c

23. I have read the '538 Patent, and it describes and claims my Super Safety invention, so the '538 Patent should list me, not Mr. Smith, as the inventor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___07 / 06 / 2026___
                        Date

_____
Timothy S. Hoffman

Doc ID: 005df1cd65ed56653200718257f7106ca2cc656c

 **Dropbox** Sign

Audit trail

| | |
|---|---|
| Title | TSMT_0003_CTV 2026.07.06 Hoffman Decl. A.pdf |
| File name | TSMT_0003_CTV%202...n%20Decl.%20A.pdf |
| Document ID | 005df1cd65ed56653200718257f7106ca2cc656c |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

**This document was requested from app.clio.com**

## Document History

**SENT**
**07 / 06 / 2026**
23:20:34 UTC
Sent for signature to Hoffman, Timothy (tim@hoffmantactical.com) by services@clio.com acting on behalf of jblanchard@blanchard-patent.com
IP: 174.161.110.206

**VIEWED**
**07 / 07 / 2026**
00:24:29 UTC
Viewed by Hoffman, Timothy (tim@hoffmantactical.com)
IP: 135.135.34.123

**SIGNED**
**07 / 07 / 2026**
00:30:15 UTC
Signed by Hoffman, Timothy (tim@hoffmantactical.com)
IP: 135.135.34.123

**COMPLETED**
**07 / 07 / 2026**
00:30:15 UTC
The document has been completed.

Powered by **Dropbox** Sign