

## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 63/377,498 | 09/28/2022 | | 75 | | | |

Tim Hoffman
211 Shoal Creek Road
Englewood, TN 37329

**CONFIRMATION NO. 1590**
**FILING RECEIPT**

*OC000000050810182*

Date Mailed: 11/17/2022

Receipt is acknowledged of this provisional patent application. It will not be examined for patentability and will become abandoned not later than twelve months after its filing date. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt identifying the requested changes, preferably by including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**

Timothy Swift Hoffman, Englewood, TN;

**Applicant(s)**

Timothy Swift Hoffman, Englewood, TN;

**Power of Attorney:** None

**Permission to Access Application via Priority Document Exchange:** Yes

**Permission to Access Search Results:** Yes

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**Non-Publication Request:** No

**Early Publication Request:** No
**\*\* MICRO ENTITY \*\***
**Title**

Active Firearm Trigger Mechanism

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

page 1 of 3

EXHIBIT

# PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

## LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

### GRANTED

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

## NOT GRANTED

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

# Active Firearm Trigger Mechanism

The mechanism uses the motion of the bolt or bolt carrier to actively reset the trigger. This allows the operator of the firearm to pull the trigger again, in a fast and efficient fashion.

The mechanism will function in any semiautomatic firearm that has a reciprocating bolt or bolt carrier, a rear surface on the bolt or bolt carrier that can interact with the mechanism, or a linkage that can link the bolt or bolt carrier to the mechanism, and sufficient space to house the various components.

The mechanism can be retrofitted into an existing fire control group, integrated into a drop in package, or designed into a new firearm.

The mechanism may replace the existing selector switch on AR pattern firearms.

In the examples here an AR pattern firearm is used. E.g., an AR-15, AR-10, LR-308, AR-9, Etc...

# 1  DESCRIPTION

Reference numbers are used to reference a part, feature, or assembly shown in one or more of the figures.

In FIG 1, an assembled AR-15 fire control group is show along with the mechanism. The cam **100** is installed into the receiver **166** in the place of a standard safety. The lever **110** is fastened to the cam **100** by a dovetail **230** and **350**. The trigger **130** and disconnector **150**, are pivotally mounted to the receiver **166** by a transverse pin **170** and biased forward by a spring (not shown). The hammer **140** is pivotally mounted to the receiver **166** by a transverse pin **180** and biased forward by a spring (not shown). The detent **120** is contained in a passage within the receiver **166** and is biased against the cam **100** by a spring (not shown). The bolt carrier **160** reciprocates within the upper receiver **165**.

In FIG 2 the fire control group and the mechanism are shown in the ready state. This is when the hammer **140** is cocked and the trigger **130** is forward, in the reset position. The firearm is ready to fire. When the trigger bow **390** is pulled to the rear by the operator, the trigger sear **410** releases the hammer sear **430**, allowing the hammer **140** to swing forward under spring pressure. The striking surface of the hammer **450** strikes the firing pin (not shown) which then fires the weapon. As the trigger bow **390** is pulled, the tail of the trigger 380 moves up into the cam **100**. The cam follower **270** slides against the cam surface **190**, rotating the cam **100** forward until the upper surface of the trigger **200** is resting in the relief area **210**. The disconnector **150** is pivoted forward about its pivot **480** congruent with the motion of the trigger.

In FIG 3 the fire control group and mechanism are in the fired state. This is when the hammer **140** is fallen and the trigger bow **390** is pulled. As the bolt carrier **160** moves to the rear under gas pressure, the hammer cam point **520** pivotally displaces the hammer **140** back down into the former ready state. The tail of the hammer **460** may push the lever **110** out of its path as it swings back, this is not critical to the operation of the mechanism. The disconnector sear on the hammer **460** snaps past and may engage with the disconnector sear **500**. The hammer **140** is held down by the hammer cam surface **530** as the bolt carrier **160** continues to move rearward. As the bolt carrier continues to move rearward the hammer cam point **520** presses against the reset surface of the lever **340**, rotating the lever **110** rearward. As the lever **110** rotates rearward it transfers torque to the cam **100** via the dovetail joint **330**. As the cam **100** rotates the cam surface **190** slides against the cam follower **270**, moving the tail of the trigger **380** down, rotating the trigger **130** back into the former ready position. The trigger sear **410** can now engage the hammer sear **430**. The disconnector **150** pivots back rearward about its pivot **480** congruent with the motion of the trigger **130**. The disconnector sear on the hammer **460** may no longer engage with the disconnector sear **500**.

In FIG 4 the fire control group and mechanism are in the reset position. The bolt carrier **160** is in its most rearward position, the lever **110** is held to the rear by the hammer cam surface **530** and the cam is rotated so that the neutral surface **260** is against the top surface of the trigger tail **200**. The trigger **130** is held in the reset

position by the cam **100** and can not be pulled by the operator as the neutral surface **260** is blocking the triggers tail **380** from moving up. As the bolt carrier **160** moves forward again under spring pressure, the hammer **140** is released by the hammer cam surface **530** and the hammer sear **430** engages the trigger sear **410**, preventing the hammer **140** from falling. As the bolt carrier **160** moves forward the rear surface of the bolt carrier **510** presses against the tip of the lever **350** rotating the lever **110** forward. The dovetail joint does not immediately transfer torque from the lever to the cam. The lever **110** pivots in the cam **100** until the void **220** is filled. Once the void is filled the hammer can transfer torque to the cam via the upper and lower contact surfaces **240** and **230**. Note that the void **220**, the lower contact surface **240**, and the upper contact surface **230**, are shown on arbitrary sides of the dovetail **330**, these features may be on either side of the dovetail **330** depending on which direction the lever **110** is moving. The amount that the lever **110** rotates in the dovetail **330** before transferring torque to the cam **100** is such that as the bolt carrier **160** completes its forward movement, the cam **100** rotates the neutral surface **260** away from the cam follower **270** and to a point where the cam follower **270** begins to slide against the cam surface **190**. Once the cam **100** moves into this position the trigger bow **390** can be pulled again by the operator as previously described.

In FIG 6 a cut away view of the cam **100**, trigger **130**, and detent **120** are show from the rear. The detent head **310** slides against the detent track **280**. The detent **120** and detent track **280** serve two purposes, preventing the cam **100** from rotating out of its intended range of motion, and selecting different cam profiles that engage with the cam follower **270**. In this example two cam profiles are implemented, the active cam profile consisting of the surfaces **210**, **190**, and **260**, and the safety cam profile **300**. The safety cam **300** is of a round and neutral profile. If the left side of the cam **290** is pressed by the operator, the cam **100** will transversely shift to the right and be held in the right position by the detent track **280** and detent **120**. In this example when the cam **100** is resting to the right the active surface of the cam can engage with the cam follower **270** and the mechanism will function as described previously. If the right side of the cam **320** is pressed by the operator, the cam **100** will transversely shift to the left and be held in this position by the detent track **280** and the detent **120**. In this example when the cam **100** is resting to the left the safety cam profile **300** engages with the cam follower **270** and prevents the trigger **130** from being pulled regardless of what position the cam is rotated to. In other words, by pressing the right side **320** or the left side **290** the manual safety can be engaged or disengaged. When the cam **100** is transversely shifted to the right or left, the lever **110** is held approximately in the center of the firearm by the walls of the receiver **166**. The cam can move transversely in the firearm independent of the lever, as the dovetail on the lever **250** can move transversely within the dovetail slot on the cam **330**.

# 2 VARIATIONS

The cam **100** can be expanded to support more cam profiles. The detent track **280** would be widened to support another position, and another cam profile would be added to the cam **100** alongside, or in between the current profiles, **300** and **210**, **190**, and **260**. An example of this would be to add a second neutral profile similar to the safety profile **300**, but of a smaller diameter. If this profile was selected by transversely sliding the cam **100** to the proper position, it would be of a small enough diameter to not engage the cam follower **270** regardless of what position the cam was rotated to. This would result in the fire control group functioning as before, but without the cam **100** actively resetting the trigger **130**. This would allow the operator to fire precise single shots more effectively. Because of geometric constraints on the AR platform, the tail of the trigger **380** and the cam follower **270** would need to be made narrower.

The neck of the lever **360** can be made flexible and spring loaded. This can be done by manufacturing the lever **110** from an elastic material, or adding a pivoting joint and spring between the neck **360** and the dovetail **250**. The result would be that only as much force as the spring or flexible material can support would be transferred down the lever **110** to the cam **100**. Hence the cam **100** would only be able to press the tail of the trigger **380** down with a certain amount of force determined by the stiffness of the spring or flexible material. The result would be that the trigger **130** would only actively move into the reset position if the operator applied a light amount of force to the trigger bow **390**. If the operator applied a heavy amount of force to the trigger

bow **390** the cam **100** would be unable to move the trigger **130** into the reset position. This would result in the fire control group functioning as before, but without the cam **100** actively resetting the trigger **130**. This would allow the operator to fire precise single shots more effectively.

# 3 MANUFACTURING METHODS

The cam **100** may be manufactured from an abrasion resistant polymer such as Nylon 12. This may be done via additive manufacturing or injection molding. The cam **100** may also be made from an abrasion resistant steel such as 17-4 PH. This may be done via 3D printing, investment casting, or metal injection molding.

The lever **110** may be manufactured from an abrasion resistant polymer such as Nylon 12. This may be done via additive manufacturing or injection molding. The lever **110** may also be made from an abrasion resistant steel such as 17-4 PH. This may be done via 3D printing, investment casting, or EDM machining.

The trigger **130** can be made from a modified existing trigger, including drop-in trigger groups. The trigger **130** may also be made from an abrasion resistant steel such as 17-4 PH. This may be done via 3D printing or investment casting.

# 4 LIST OF FIGURES

*Fig 1.* Cut away 3D view showing overview of mechanism in ready state.
*Fig 2.* Cut away side view showing overview of mechanism in ready state with the receivers not shown…
*Fig 3.* Mechanism in fired state.
*Fig 4.* Mechanism in reset state.
*Fig 5.* Cut away side view showing details of the cam and dovetail.
*Fig 6.* Cut away rear view showing details of the detent and safety mechanism.
*Fig 7.* 3D view of cam…
*Fig 8.* Lever.
*Fig 9.* Detent.
*Fig 10.* Trigger.
*Fig 11.* Hammer.
*Fig 12.* Disconnector.
*Fig 13.* Bolt carrier.



**FIG 1**



**FIG 2**



# FIG 3



**FIG 4**



# FIG 5




# FIG 6



# FIG 7



FIG 8



# FIG 9



# FIG 10



**FIG 11**



**FIG 12**



# FIG 13

**USPTO** | UNITED STATES
PATENT AND TRADEMARK OFFICE

P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# ELECTRONIC ACKNOWLEDGEMENT RECEIPT

| APPLICATION #<br>**63/377,498** | RECEIPT DATE / TIME<br>**09/28/2022 07:02:10 PM ET** | ATTORNEY DOCKET #<br>**-** |
|---|---|---|

## Title of Invention

Active Firearm Trigger Mechanism

## Application Information

| APPLICATION TYPE | Utility - Provisional Application under 35 USC 111(b) | PATENT # | - |
|---|---|---|---|
| CONFIRMATION # | 1590 | FILED BY | Timothy Hoffman |
| PATENT CENTER # | 61014797 | FILING DATE | - |
| CUSTOMER # | – | FIRST NAMED INVENTOR | Mr. Timothy Swift Hoffman |
| CORRESPONDENCE ADDRESS | Tim Hoffman<br>211 Shoal Creek Road<br>Englewood, TN 37329<br>US | AUTHORIZED BY | - |

## Documents

## TOTAL DOCUMENTS: 4

| DOCUMENT | PAGES | DESCRIPTION | SIZE (KB) |
|---|---|---|---|
| generatedADS61014797.pdf | 5 | Application Data Sheet | 118 KB |
| sb0015a.pdf | 2 | Certification of Micro Entity (Gross Income Basis) | 176 KB |
| Description.pdf | 3 | Specification | 152 KB |
| Drawings.pdf | 13 | Drawings-only black and white line drawings | 228 KB |

## Digest

| DOCUMENT | MESSAGE DIGEST(SHA-512) |
|---|---|
| generatedADS61014797.pdf | 22B741212292A6E471E767672D26D8A56DEE3922556C2483026D394513FE99A7A618BA6E371748C3A2C5BBE5CAA775087ADE002AA0D4884A65E00D322CFB9A9D |
| sb0015a.pdf | 3685A503013235537CA7D2DD1BB6AED3999DD94FB77B7912822757AF5CCFB4D114BF3CAC9035462760458259CA72031FC7E458014EEABCA319B15ABECDA30EB8 |
| Description.pdf | 5D89D514C37E23D87EE961F5E1C942D3FBA62F85308416DA441FC79033C7D65A9265BBB184288B65BD495FCFBA4F3C17D6B51FF539100247C54583C006CA6191 |
| Drawings.pdf | 0927382092BA6671F75EBEBD7CAD742063CA4BA415DB6603E26E08069A7D80A3FDFE6A6EA86568A5F59C2CFC11F91868F57AF2468F5E3151560110CB51B7DE54 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.