**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | Case #4:26-md-03176-ALM
MDL #3176 |
| **ABC IP, LLC, *et al.*,** | |
| Plaintiffs, | Civil Action #4:26-cv-00370-ALM |
| v. | |
| **AS DESIGNS, LLC, *et al.*,** | |
| Defendants. | |

**PROPOSED ORDER DENYING PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION**

Before the Court is Plaintiffs' Motion for Preliminary Injunction (Dkt. #28). Having considered the Motion, Defendants' Opposition, the respective supporting declarations and exhibits, the arguments of counsel, the applicable law, and the record in this multidistrict litigation, the Court DENIES the Motion.

It is therefore **ORDERED** that Plaintiffs' Motion for Preliminary Injunction is hereby **DENIED**.

**IT IS SO ORDERED.**