**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| In Re: Rare Breed Triggers Patent Litigation | 4:26-md-03176-ALM<br>MDL 3176 |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>     Plaintiffs,<br><br>v.<br><br>AS DESIGNS, LLC, *et al.*,<br><br>     Defendants. | Civil Action No. 4:26-cv-00370-ALM |

**DECLARATION OF MATTHEW S. KARLOVIC IN SUPPORT OF DEFENDANTS'**
**OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, MATTHEW S. KARLOVIC, declare as follows:

1.      I am an individual defendant in this action. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently to those facts.

2.      I am familiar with AS Designs, LLC's products, operations, sales records, dealer and wholesale relationships, product-development efforts, and financial records. I have reviewed AS Designs' business records in connection with this declaration.

3.      AS Designs sells ARC-Fire products, Super Safety products, MP5 lowers, slip-trip kits, and related parts. Plaintiffs' requested preliminary injunction is directed to these accused product categories and related products.

4.      The ARC-Fire is not merely a re-labeled Super Safety. The Super Safety uses a push-button mechanism. The ARC-Fire was designed to use a rotating selector to choose firing mode, as on a standard AR-pattern rifle.

5.      Development of the ARC-Fire required months of independent work, hundreds of part revisions, samples and testing in plastic and metal, additional development for a second version, and tradeoffs that delayed other AS Designs products and projects.

6.      The ARC-Fire and Super Safety kits generally supply the cam, reset lever, pre-cut trigger, and, for the ARC-Fire, the safety selector or selectors and a detent bar. They do not include all of the remaining springs, hammer, disconnector, and pins needed for a complete drop-in trigger assembly. Customers commonly reuse existing parts and can install, service, or later upgrade the trigger of their choice, including a higher-end Geissele or another trigger style, without replacing a complete drop-in assembly.

7.      Modularity, serviceability, compatibility with mil-spec components, and the ability to use a preferred trigger are core selling points for AS Designs' products. The accused products also appeal to users who do not want the feel of Rare Breed's forced reset in ordinary semi-automatic mode.

8.      The ARC-Fire is compatible with two-stage triggers and is often sold with two-stage triggers. AS Designs has seen growing customer demand for that two-stage option.

9.      Among AS Designs' AR-15 accused products, the principal seller is the higher-priced ARC-Fire, not the standalone Super Safety. The ARC-Fire is frequently sold with premium third-party triggers, including Geissele two-stage triggers, so the total system price approaches or exceeds Rare Breed's pricing.

10.     AS Designs sells products under its own brand. In my experience, customers in this market research FRT options by manufacturer, features, installation method, and price.

11.     AS Designs' website sales records reflect ███████████████████ ███████. AS Designs' transaction records identify units sold, prices, channels, dealers, and customers.

12.     Customers commonly switch FRT products for reasons unrelated to price, including product failures, preference in trigger feel, shape, and look, functionality differences, spur-of-the-moment purchasing, and curiosity. Switching costs for users are insignificant because users are not wedded to a particular FRT platform or style after installing one.

13.     ARC-Fire V1 pre-orders did not open until the end of August 2025. The ARC-Fire was not on the market when Rare Breed states it made its August 2025 pricing decision.

14.     The bulk of AS Designs' pre-August 2025 sales by dollar value consisted of MP5-platform lower kits, which are for a different firearm platform than the AR-15 FRT-15L3 whose price Rare Breed says it reduced. Because an MP5 kit sells for up to roughly $650 while a standalone Super Safety sells for approximately $100, dollar figures substantially overstate the number of AS Designs AR-15 accused units actually in the market during that period, and AS Designs' AR-15 accused-product volume during the relevant period was limited.

15.     Other Super Safety sellers, including companies that are defendants in this MDL, were selling Super Safety-type products in far greater volume than AS Designs during the period of the alleged Rare Breed price drop. AS Designs was not among the first sellers of Super Safety-type products.

3

16.    Low-priced Super Safety-type products had already been available in the market for roughly a year before Rare Breed's May 2025 re-launch, including products built from design files that Hoffman Tactical released publicly and for free.

17.    To the extent Rare Breed lost goodwill or market position following its DOJ settlement, market reaction indicates the backlash stemmed primarily from its own aggressive patent-enforcement and cease-and-desist tactics, rather than any product confusion caused by AS Designs. Furthermore, many potential customers viewed the settlement as a capitulation to the ATF rather than a commitment to fight for the long-term, definitive legality of forced reset triggers in the court system.

18.    AS Designs does not provide dealer training beyond directing dealers to the same FAQs, videos, and materials available on its website. Compliance is straightforward because dealers are firearms businesses that follow no-ship-state restrictions, and inventory issues resolve in the ordinary course if a dealer changes suppliers.

19.    FRT-related knowledge that a dealer gains is largely platform-agnostic and transferable. The same fundamentals, including managing bolt bounce through buffer-weight adjustments, installing slip-trip systems, and distinguishing full-auto from semi-automatic bolt carriers, apply across FRT products, including Rare Breed's. The no-ship-state compliance obligations overlap as well.

20.    As of approximately May 20, 2026, AS Designs had generated ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ in total company revenue. Sales of the accused product categories totaled approximately ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. AS Designs' accused sales have been produced as ASD_000046 for website sales and ASD_000047 for

4

wholesale sales. AS Designs is an operating business, not a judgment-proof shell, and its transaction, dealer, and wholesale records are available in discovery.

21.    AS Designs' website sales records indicate a gross margin of ███████████ AS Designs had a cash balance of ██████████████████ as of April 30, 2026, reflecting ████████████ of revenue retained as cash despite substantial investment in property and equipment.

22.    AS Designs has made considerable investments over the last two years in plant, property, and equipment. Its tangible assets were ████████████████ as of May 20, 2026. AS Designs expects plant, property, and equipment outlays over the next two years to ██████ ████████████████████████████.

23.    Dealer and wholesale sales account for ██████████████████ of revenue, or roughly ████████████ for the applicable dealer and wholesale comparison period. AS Designs designed its pricing and business structure to support dealer participation.

24.    AS Designs currently has approximately twenty employees, which is more than Rare Breed's stated headcount. AS Designs also supports suppliers that rely on AS Designs' orders, including at least one supplier ██████████████████████████████████.

25.    AS Designs has no other product line that could meaningfully mitigate or redirect the sales that would be lost under Plaintiffs' requested injunction. Because Plaintiffs accuse the entire MP5 product family, even stripped MP5 lowers that contain no FRT component fall within the requested injunction. AS Designs also has products in development that are lowers compatible with the accused systems Plaintiffs seek to enjoin. A preliminary injunction would effectively eliminate AS Designs' business.

26.     AS Designs is not aware of any company that entered the FRT market because AS Designs sells the ARC-Fire or Super Safety. If anything, Rare Breed's litigation conduct has discouraged potential entrants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date _____7/6/2026_____        _____
                                   Matthew S. Karlovic

6