**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM** <br> **MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br>        Plaintiffs, <br><br> v. <br><br> AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo," <br><br>        Defendants. | Civil Action No. 4:26-cv-00370-ALM |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF OPPOSITION TO DEFENDANTS'
MOTION FOR SCHEDULING ORDER (DKT. 33)**

Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc. ("Plaintiffs") hereby respectfully withdraw their opposition to the Defendants' Motion for Scheduling Order on Plaintiffs' Motion for Preliminary Injunction (Dkt. 33), as Plaintiffs had set forth in their response (Dkt. 34) and sur-reply (Dkt. 37) in opposition thereto.

As a result, it is now agreed by the parties to this case, No. 4:26-cv-00370-ALM, that the following deadlines should apply.

| Event | Proposed Deadline |
| --- | --- |
| Defendants' Opposition To Plaintiffs' Motion For Preliminary Injunction | July 27, 2026 |
| Plaintiffs' Reply In Support Of Motion For Preliminary Injunction | August 6, 2026 |
| Defendants' Sur-Reply | August 17, 2026 |
| Hearing Date (if the Court determines a hearing is necessary) | After August 17, 2026 |

DATED: July 16, 2026

Respectfully submitted,

*/s/ Matthew A. Colvin*

Matthew A. Colvin
Texas Bar No. 24087331
Carl E. Bruce
Texas Bar No. 24036278
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
E-mail: colvin@fr.com
        bruce@fr.com
Tel: (214) 747-5070
Fax: (214) 747-2091

Benjamin J. Christoff
DC Bar No. 1025635)
**FISH & RICHARDSON P.C.**
1000 Maine Avenue SW, Suite 1000
Washington, DC 20024
E-mail: christoff@fr.com
Tel: (202) 783-5070
Fax: (202) 783-2331

Glenn D. Bellamy (admitted *pro hac vice*)
**WOOD HERRON & EVANS LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
E-mail: gbellamy@whe-law.com
Tel: (513) 707-0243
Fax: (513) 241-6234

Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
E-mail: melissa@gillamsmithlaw.com

*Attorneys for Plaintiffs*
*ABC IP, LLC and Rare Breed Triggers, Inc.*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 16, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Matthew A. Colvin*
Matthew A. Colvin