# United States District Court
### EASTERN DISTRICT OF TEXAS
#### SHERMAN DIVISION

| | | |
|---|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., | § § § | |
| *Plaintiffs,* | § § | Civil Action No. 4:26-cv-370 |
| v. | § § | Judge Mazzant |
| AS DESIGNS, LLC, et al., | § § | |
| *Defendants.* | § § | |

## <u>ORDER</u>

Pending before the Court is Defendants AS Designs, LLC, Matthew S. Karlovic, and Calvin Olson's Motion for Scheduling Order on Plaintiffs' Motion for Preliminary Injunction (the "Motion") (Dkt. #33). Having considered the Motion and Plaintiffs' ABC IP, LLC and Rare Breed Triggers, Inc.'s Notice of Withdrawal of Opposition to Defendant's Motion for Scheduling Order (Dkt. 33) (Dkt. #55), the Court now considers the Motion to be unopposed, and finds that the Motion should be **GRANTED**. Accordingly, the Court hereby **ORDERS** the following briefing schedule for Plaintiffs' Motion for Preliminary Injunction (Dkt. #28):

1. Defendants shall file their opposition to Plaintiffs' motion for preliminary injunction on or before July 27, 2026;

2. Plaintiffs shall file their response in support of motion for preliminary injunction on or before August 6, 2026;

3. Defendants shall file their sur-reply in opposition to Plaintiffs' motion for preliminary injunction on or before August 17, 2026; and

4. The Court will set a hearing date, if necessary, to address Plaintiffs' motion for preliminary injunction on the earliest possible date available, but in no earlier than after August 17, 2026.

**IT IS SO ORDERED.**

**SIGNED this 17th day of July, 2026.**

_____

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE