IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: RARE BREED TRIGGERS PATENT LITIGATION | CASE NO. 4:26-md-03176-ALM |
| | CHIEF JUDGE AMOS L. MAZZANT |
| RARE BREED TRIGGERS, INC. et al., | |
| Plaintiffs, | (CASE NO. 4:26-cv-00370-ALM) |
| vs. | |
| AS DESIGNS LLC et al., | |
| Defendants. | |

**NOTICE OF CORRECTION**

Defendants AS Designs LLC, Matthew S. Karlovic, and Calvin Olson respectfully submit this Notice of Correction regarding their Opposition to Plaintiffs' Motion for Preliminary Injunction ("Opposition," Dkt. #50).

Specifically, when Defendants filed their Opposition on July 9, 2026, Exhibit 13 to the undersigned's declaration ("Vernyuk Declaration," Dkt. #52) was inadvertently omitted from the filing. As stated in ¶16 of the Vernyuk Declaration, Exhibit 13 is European Patent No. EP 2,950,033 B1, along with its English-language translation obtained from Google Patents. These are publicly available documents that can be easily and freely retrieved via the internet by anyone. Furthermore, this Notice and Exhibit 13 are being filed before Defendants' July 27 deadline to file the Opposition and two weeks before Plaintiffs' reply to the Opposition is due (*see* Dkt. #56 at p. 1), so no party is prejudiced by this correction. *See* Local Rule CV-7(f) (providing for only one week

1

between the opposition and reply).  Thus, Defendants respectfully submit Exhibit 13, attached hereto.[1]

Dated: July 23, 2026                    EMERSON, THOMSON & BENNETT, LLC

                                        */s/ Sergey Vernyuk*
                                        John M. Skeriotis (Ohio Bar # 0069263)
                                        jms@etblaw.com
                                        Sergey Vernyuk (Ohio Bar # 0089101)
                                        sv@etblaw.com
                                        1914 Akron-Peninsula Rd.
                                        Akron, Ohio 44313
                                        (330) 434-9999 – Telephone
                                        (330) 434-8888 – Facsimile
                                        *Attorneys for Defendants AS Designs LLC,*
                                        *Matthew S. Karlovic, and Calvin Olson*

---

[1] Plaintiffs used a similar "notice of correction" approach when they submitted two previously omitted appendices from one of their preliminary-injunction motions three weeks later.  *See In re: Rare Breed Triggers Patent Litig.*, No. 4:26-md-03176-ALM (E.D. Tex.), Dkt. #17.

2