

(19) Europäisches Patentamt
European Patent Office
Office européen des brevets



(11) **EP 2 950 033 B1**

(12) **EUROPÄISCHE PATENTSCHRIFT**

(45) Veröffentlichungstag und Bekanntmachung des Hinweises auf die Patenterteilung:
**23.11.2016   Patentblatt 2016/47**

(51) Int Cl.:
**F41A 17/46** *(2006.01)*

(21) Anmeldenummer: **15169105.2**

(22) Anmeldetag: **26.05.2015**

(54) **HANDFEUERWAFFE UND ABZUGSSICHERUNG HIERFÜR**

HANDGUN AND TRIGGER LOCK FOR SAME

ARME DE POING ET BLOCAGE DE DETENTE ASSOCIE

(84) Benannte Vertragsstaaten:
**AL AT BE BG CH CY CZ DE DK EE ES FI FR GB GR HR HU IE IS IT LI LT LU LV MC MK MT NL NO PL PT RO RS SE SI SK SM TR**

(30) Priorität: **30.05.2014   DE 102014107620**

(43) Veröffentlichungstag der Anmeldung:
**02.12.2015   Patentblatt 2015/49**

(73) Patentinhaber: **Merkel Jagd- und Sportwaffen GmbH**
**98527 Suhl (DE)**

(72) Erfinder:
• **Ostanin, Alexander**
  **98527 Suhl (DE)**

• **Sauer, Olaf**
  **78727 Oberndorf (DE)**
• **Morgenroth, Lutz**
  **98673 Merbelsrod (DE)**

(74) Vertreter: **Engel, Christoph Klaus**
**Engel Patentanwaltskanzlei**
**Marktplatz 6**
**98527 Suhl/Thüringen (DE)**

(56) Entgegenhaltungen:
**DE-B3-102007 004 588      DE-U1-202011 004 556**
**US-A- 3 258 871      US-B1- 6 880 281**

EP 2 950 033 B1

**EXHIBIT 13**

Anmerkung: Innerhalb von neun Monaten nach Bekanntmachung des Hinweises auf die Erteilung des europäischen Patents im Europäischen Patentblatt kann jedermann nach Maßgabe der Ausführungsordnung beim Europäischen Patentamt gegen dieses Patent Einspruch einlegen. Der Einspruch gilt erst als eingelegt, wenn die Einspruchsgebühr entrichtet worden ist. (Art. 99(1) Europäisches Patentübereinkommen).

Printed by Jouve, 75001 PARIS (FR)

## Beschreibung

[0001]    Die vorliegende Erfindung betrifft eine Abzugssicherung für eine Handfeuerwaffe, insbesondere für eine halbautomatische Langwaffe. Im Weiteren betrifft die Erfindung eine Handfeuerwaffe mit der erfindungsgemäßen Abzugsvorrichtung.

[0002]    Aus dem Stand der Technik ist es bekannt, Schusswaffen, insbesondere Langwaffen, durch eine mechanische Sicherung vor ungewolltem Betätigen eines Abzugs und Abfeuern der Schusswaffe zu schützen. Neben Handhabungsfehlern können auch Stürze der Schusswaffen oder mechanische Mängel an der Waffe zu einem ungewollten Auslösen eines Schusses führen. Neben der Abzugssicherung wird alternativ eine Stangensicherung, eine Schlaghebel- bzw. Schlagbolzensicherung oder eine Kombinationen aus diesen Grundvarianten eingesetzt. Allen Sicherungen liegt zu Grunde, dass spezielle mechanische Komponenten in einer Sicherheitsstellung arretiert werden und/oder den direkten Kontakt zu benachbarten mechanischen Komponenten oder einer Baugruppe verhindern. Eine Abzugssicherung blockiert in der Sicherheitsstellung über eine Mechanik den Abzug der Schusswaffe. Dabei verhindert sie bei der gespannten Schusswaffe eine Energieübertragung von einer Abzugsbaugruppe über eine Schlaghebelbaugruppe zu einem einen Schuss auslösenden Schlagstück oder einem Schlagbolzen. Die Energie wird in einem gespannten Zustand der Schusswaffe durch ein Vorspannen von technischen Federn, wie beispielsweise einer Abzugsfeder und einer Schlagfeder, bereitgestellt. Die Abzugssicherung besteht beispielsweise aus einer Sicherungswelle, die eine Steuerkurve trägt und über einen Betätigungshebel in zwei Stellungen verdrehbar ist. Dabei behindert die Sicherungswelle eine Schwenkbewegung eines Abzugshebels am Abzug in der Sicherheitsstellung. Die Abzugssicherung ist zumeist so konzipiert, dass die Schusswaffe in dem gespannten Zustand, also bei gespannter Schlaghebelfeder und gespannter Abzugsfeder, ge- bzw. entsichert werden kann. Nach Abschlag der Waffe verändert der Abzugshebel seine Position und greift mit einem seiner Enden in der Weise in die Steuerkurve ein, dass eine Rückbewegung der Sicherungswelle in die Sicherheitsstellung nicht mehr möglich ist. Somit besteht ein erhöhtes Risiko für Mensch und Umgebung, beispielsweise durch fehlgezündete, in der Schusswaffe verbleibende Munition. Es ist von Interesse, zum Beispiel im militärischen oder weidmännischem Einsatz, eine Waffensicherung bereitzustellen, die auch in einer entspannten Waffenstellung in die Sicherheitsstellung bewegt werden kann, um die Schusswaffe anschließend gefahrlos spannen zu können.

[0003]    Die DE 20 2007 004 747 U1 zeigt eine Sicherheitsvorrichtung einer Schusswaffe mit mindestens einem Schlaghebel und einer Schlagfeder, welche als Schlaghebelsicherung ausgebildet ist. Eine Zündvorrichtung ist zwischen einer Sicherungsstellung und einer Feuerstellung hin und her verschiebbar. In der Sicherungsstellung ist die Zündvorrichtung von einem Zündstift soweit entfernt, dass kein mechanischer Zugriff möglich ist. Diese Sicherheitsvorrichtung soll eine kraftarme Bedienung bei gespannter und ungespannter Schlagfeder ermöglichen. Dabei kann eine Blockade der Mechanik oder ein Ausfall der Sicherungsvorrichtung dazu führen, dass die gesamte Schusswaffe unbrauchbar wird.

[0004]    Aus der DE 20 2011 004 556 U1 ist eine Abzugseinrichtung für Schusswaffen mit einem Schlaghebel, einem Abzug und einem walzenförmigen Sicherungselement einer Abzugssicherung bekannt. Das Sicherungselement ist drehbar gelagert und kann in zwei Stellungen verdreht werden. In Sicherheitsstellung blockiert die Abzugssicherung den Abzug und in einer Feuerstellung gibt sie den Abzug frei. Ein drehbar gelagerter Abzugsstollen ist zwischen Abzug und Schlaghebel angeordnet und wird durch eine Abzugsfeder in Richtung Schlaghebel energetisch beaufschlagt. Die spezielle Formgebung des Abzugsstollens und dessen Anordnung in der Abzugseinrichtung erlauben auch bei abgeschlagener Waffe, das Sicherungselement in Sicherheitsstellung zu bewegen. Nachteilig ist jedoch eine aufwändige Montage zusätzlicher Einzelteile an der Abzugseinrichtung, die zudem zu einem erhöhten Ausfallrisiko führen. Ein Ausfall des Abzugsstollens kann sogar zur Unbrauchbarkeit der Schusswaffe führen.

[0005]    Die DE 10 2007 004 588 B3 zeigt ein Steuerelement für einen um eine Schwenkachse beweglichen Schlaghebel einer Waffe, der in seiner Spannstellung über eine Rastfläche mit einer Gegenfläche eines Auslöseelements, beispielsweise einem Abzugsstollen am Abzugshebel, verrastbar ist. Am Schlaghebel ist ein Steuerkurvenabschnitt vorgesehen, der in einer von der Spannstellung abweichenden Schwenkstellung des Schlaghebels an einer Steuerfläche des Auslöseelements angreift und dieses in einer entsicherten Stellung hält.

[0006]    Aus der DE 10 2006 048 436 B4 ist eine Abzugseinrichtung für eine Feuerwaffe, insbesondere für ein Selbstlade-Militärgewehr bekannt, welche ein Abzugszüngel, ein mit dem Abzugszüngel verbundenes Abzugsstollenteil und mindestens eine auf das Abzugsstollenteil einwirkende Abzugsfeder umfasst. Bei dieser Abzugseinrichtung ist der Abzugszüngel vom Abzugsstollenteil gesondert zwischen zwei Anschlägen angeordnet, von denen der eine die Bewegung des Abzugszüngels relativ zum Abzugsstollenteil nach vorne, der andere nach hinten verhindert. Zwischen den beiden Anschlägen ist eine kurze Bewegung des Abzugszüngels relativ zum Abzugsstollenteil möglich.

[0007]    Die DE 1 453 913 A zeigt einen Abzugsmechanismus für automatische und halbautomatische Feuerwaffen mit einem zwischen einer Spannfeder und Feuerstellungen angeordneten Hammer. Ein Abzug dient zum Steuern des Arbeitens des Hammers. Ein Feuerstoß-Steuermechanismus dient dazu, bei einer einzelnen Betätigung des Abzuges einen Feuerstoß mit einer

EP 2 950 033 B1

vorbestimmten Anzahl von Schüssen abzufeuern. Der Feuerstoß-Steuermechanismus verbindet wahlweise den Abzug und den Hammer zwecks selbsttätigen Arbeitens des Hammers.

[0008]    Aus dem Stand der Technik ist eine Vielzahl an Lösungen zur Sicherung einer Waffe bekannt. Verschiedene Sicherungsarten zeigen dabei unterschiedliche Lösungsansätze, die je nach Art der Schusswaffe bevorzugt eingesetzt werden. Dabei zeigen die Sicherungen einen erhöhten Montageaufwand durch zusätzliche mechanische Teile und ein erhöhtes Risiko für Defekte und Ausfälle. Übliche Abzugssicherungen mit drehbarem Sicherungselement zeigen den Nachteil, in entspanntem Zustand der Waffe nicht gesichert werden zu können und/oder bei Ausfall der Sicherung zur Unbrauchbarkeit der Waffe zu führen.

[0009]    Die Aufgabe der vorliegenden Erfindung besteht ausgehend vom Stand der Technik darin, eine kostengünstige Abzugssicherung mit geringem Montageaufwand zur Verfügung zu stellen, die ein Sichern des Abzugs auch in entspanntem Zustand der Waffe gestattet und im Falle eines Defekts der Sicherung nicht zur Schussunfähigkeit der Waffe führt.

[0010]    Die genannte Aufgabe, ausgehend von der DE 20 2011 004556U, durch eine Abzugssicherung gemäß dem beigefügten Anspruch 1 gelöst. Die Aufgabe wird weiterhin gelöst durch eine Handfeuerwaffe gemäß dem beigefügten nebengeordneten Anspruch 10.

[0011]    Die Erfindung stellt eine Abzugssicherung für eine Handfeuerwaffe, insbesondere für eine halbautomatische Langwaffe, zur Verfügung. Die Abzugssicherung lässt sich sowohl in einer gespannten, als auch in einer ungespannten Waffenstellung von einer Abschussstellung in eine Sicherheitsstellung bewegen. Dabei ist die Abzugssicherung an einen um eine Abzugsachse schwenkbaren Abzugshebel anschlagbar, der hier bevorzugt als ein einziges Bauteil ausgebildet ist und aus dem Gebiet der Waffenkunde bekannte Teile, wie eine Abzugsstange, ein Abzugsblatt und ein Abzugszüngel vereint. Ein Abschnitt des Abzugshebels, welcher der Abzugsstange entspricht, ist in einer Längsrichtung der Schusswaffe ausgerichtet. Befindet sich die Schusswaffe in einer Gebrauchshaltung, ist bevorzugt ein mit der Abzugsstange verbundenes, halbmondförmiges Abzugszüngel in bekannter Weise unterhalb der Abzugstange angeordnet. Dabei ist das von der Abzugsstange beabstandete Ende des Abzugszüngels in eine Schussrichtung ausgerichtet. In einem gespannten Zustand der Handfeuerwaffe blockiert die Sicherungswelle in der Sicherheitsstellung den Abzugshebel, während sie in der Abschussstellung den Abzugshebel freigibt.

[0012]    Neben bekannten Komponenten, wie einer Sicherungswelle, die eine Steuerkurve trägt, und einem Betätigungshebel zum Verdrehen der Sicherungswelle von der Sicherheitsstellung in die Abschussstellung und zurück weist die erfindungsgemäße Abzugssicherung mindestens ein zusätzliches federkraftbelastetes Abstandshalteelement auf. Dabei ist das Abstandshaltee-

lement bevorzugt durch einen Schenkel einer Schenkelfeder gebildet, welche bevorzugt zwei der Schenkel besitzt. Das Abstandshalteelement liegt bevorzugt in Längsrichtung des Abzugshebels auf dem Abzugshebel auf. Dabei ist das Abstandshalteelement bzw. die Schenkelfeder in Richtung der Sicherungswelle bevorzugt von der Abzugsachse beabstandet gelagert. Entsprechend erstreckt sich das Abstandshalteelement bzw. die Schenkelfeder in Richtung Sicherungswelle und endet zwischen der Sicherungswelle und dem Abzugshebel oder hinter der Sicherungswelle. Während sich bei aus dem Stand der Technik bekannten Abzugssicherungen der Abzugshebel in gesicherter Waffenstellung in direktem Kontakt zur Sicherungswelle befindet, ist bei der erfindungsgemäßen Abzugssicherung das Abstandshalteelement als ein Verbindungselement zwischen der Sicherungswelle und dem Abzugshebel angeordnet. Der direkte Kontakt zwischen dem Abzugshebel und der in der Sicherheitsstellung befindlichen Sicherungswelle ist zumindest im gespannten Zustand der Handfeuerwaffe nicht möglich. Das Abstandshalteelement ist zumindest in die Richtung der Achse der Sicherungswelle bewegbar und kann mindestens zwei von Positionen der Sicherungswelle abhängige Stellungen einnehmen. Dabei befindet sich das Abstandshalteelement im gespannten Zustand der Handfeuerwaffe bevorzugt nicht im Eingriff der Steuerkurve der in der Abschussstellung befindlichen Sicherungswelle und die das Abstandshalteelement belastende Federkraft ist bevorzugt minimal.

[0013]    Befindet sich die Handfeuerwaffe im gespannten Zustand und befindet sich die Sicherungswelle in ihrer Sicherheitsstellung, so ist das federkraftbelastete Abstandshalteelement zwischen dem Abzugshebel und der Sicherungswelle angeordnet, wodurch ein Schwenken des Abzugshebels zur Sicherungswelle blockiert ist. Das Abstandshalteelement gleicht einem Abstand zwischen der Sicherungswelle und dem Abzugshebel aus, wobei kein Abzugsabstand verbleibt.

[0014]    Die Steuerkurve ist durch mindestens eine zumindest abschnittsweise spiralartig ausgebildete Ausnehmung in der Sicherungswelle gebildet. Zur Ausbildung der Spiralartigkeit besitzt die Ausnehmung zumindest eine in der Sicherungswelle verlaufende Seitenfläche, welche gegenüber der Achse der Sicherungswelle geneigt ist. Diese spiralartig ausgebildete Seitenfläche muss sich zumindest über einen Bruchteil einer Umdrehung um die Achse der Sicherungswelle erstrecken; bevorzugt mindestens eine achtel Umdrehung und bevorzugt weniger als eine viertel Umdrehung. Die Spiralform besitzt bevorzugt dieselbe Achse wie die Sicherungswelle. Dabei weist die Ausnehmung beispielsweise mindestens zwei Tiefen und beispielsweise zwei Breiten auf, wobei eine erste Breite in eine zweiten Breite und eine erste Tiefe in eine zweite Tiefe übergeht. Dabei entspricht die erste Tiefe einem kleineren und die zweite Tiefe einem größeren Wellendurchmesser der Sicherungswelle. Benachbart zu einem die Ausnehmung aufweisenden axialen Abschnitt der Sicherungswelle befin-

EP 2 950 033 B1

det sich ein axialer Abschnitt der Sicherungswelle, der bevorzugt als eine Vollwelle ausgebildet ist. Durch die zumindest abschnittsweise spiralartig ausgebildete Ausnehmung sind Vollwellenabschnitte und Abschnitte der Ausnehmung abwechselnd auf der Sicherungswelle angeordnet. Mindestens einer der Vollwellenabschnitte ist an seinem Übergang zu der spiralartigen Ausnehmung bzw. zu dem spiralartig ausgebildeten Abschnitt der Ausnehmung bevorzugt so geformt, dass er beim Drehen der Sicherungswelle von der Abschussstellung in die Sicherheitsstellung bei entspannter Waffenstellung das Abstandshalteelement erfasst und axial verdrängt.

[0015]    Befindet sich die Schusswaffe im gespannten Zustand und in ungesicherter Waffenstellung, so befindet sich die Sicherungswelle in der Abschussstellung, sodass die Ausnehmung dem Abstandshalteelement zugewandt ist. Dabei kann es sich um einen umfänglichen Abschnitt der Ausnehmung handeln, der nicht spiralartig ausgebildet ist. Bevorzugt ist im gespannten Zustand und in ungesicherter Waffenstellung ein Abschnitt der Ausnehmung dem Abstandshalteelement zugewandt, welcher einen kreissegmentförmigen Querschnitt besitzt. Befindet sich die Schusswaffe in Gebrauchshaltung, so befindet sich die Ausnehmung bevorzugt mit der ersten Tiefe und der ersten Breite oberhalb des Abstandshalteelements. Der Abzugshebel befindet sich in einer ersten Schwenkstellung. Dabei gleicht das Abstandshalteelement nur einen ersten Teil eines Abstandes zwischen der Sicherungswelle und dem Abzugshebel aus. Es verbleibt zumindest ein Abzugsabstand zwischen dem Abzugshebel und der Sicherungswelle, sodass der Abzugshebel schwenkbar ist, wodurch die Handfeuerwaffe schussfähig ist.

[0016]    Befindet sich die Handfeuerwaffe in Gebrauchshaltung und in gespannter und gesicherter Waffenstellung, so ist die Sicherungswelle in der Sicherheitsstellung, nämlich in einer Drehstellung, in der sich bevorzugt einer der Vollwellenabschnitte oberhalb des Abstandshalteelements befindet. Der Abzugshebel befindet sich in der ersten Schwenkstellung. Der Abzugsabstand zwischen der Sicherungswelle und dem Abstandshalteelement ist in diesem Zustand nicht vorhanden. In dieser Stellung ist der Abzugshebel nicht schwenkbar und die Handfeuerwaffe gesichert.

[0017]    Sobald ein Schuss mit der Handfeuerwaffe abgefeuert ist, befindet sie sich in entspannter und ungesicherter Waffenstellung. Der Abzugshebel befindet sich in einer zweiten Schwenkstellung, wobei der Abstand zwischen dem Abzugshebel und der Sicherungswelle gegenüber der ersten Schwenkstellung verkleinert ist. Die Sicherungswelle befindet sich noch in der Abschussstellung, nämlich in einer Drehstellung, in der sich die Ausnehmung bevorzugt mit der ersten Tiefe und der ersten Breite oberhalb des Abstandshalteelements befindet. Dabei gleicht das Abstandshalteelement nur einen Teil eines veränderten Abstands zwischen der Sicherungswelle und dem Abzugshebel aus. Es verbleibt zumindest der Abzugsabstand zwischen dem Abzugshebel und der

Sicherungswelle, sodass der Abzugshebel weiterhin schwenkbar ist.

[0018]    Durch einen Wechsel der Sicherungswelle von deren Abschussstellung in deren Sicherungsstellung wird im entspannten Zustand der Handfeuerwaffe durch die spiralartige Ausnehmung bzw. durch den spiralartig ausgebildeten umfänglichen Abschnitt der Ausnehmung das Abstandshalteelement axial bezogen auf die Sicherungswelle entgegen der Federkraft in einen axialen Sperrbereich verdrängt. In dem Sperrbereich gleicht das Abstandshalteelement einen veränderten Abstand zwischen dem Abzugshebel und der Sicherungswelle aus und es verbleibt kein Abzugsabstand, sodass ein Schwenken des Abzugshebels zur Sicherungswelle blockiert ist. Bei diesem Wechsel von der entspannten ungesicherten in die entspannte gesicherte Waffenstellung verbleibt der Abzugshebel in der zweiten Schwenkstellung ein. Dabei wird das Abstandshalteelement in der Ausnehmung bevorzugt von der ersten Breite und der ersten Tiefe in die zweite Breite mit der zweiten Tiefe geführt und verbleibt unter Federkraftbeaufschlagung in der Ausnehmung.

[0019]    Im gespannten Zustand der Handfeuerwaffe ist eine Bewegung des Abstandshalteelementes gegenüber der in der Sicherungsstellung befindlichen Sicherungswelle aus dem Sperrbereich in Richtung der Federkraft freigegeben, sodass sich das Abstandshalteelement aus dem Sperrbereich zurückbewegt und ein Schwenken des Abzugshebels zu der in ihrer Sicherungsstellung befindlichen Sicherungswelle blockiert. Der Abzugshebel nimmt beim Überführen der Handfeuerwaffe von der entspannten gesicherten Waffenstellung in die gespannte gesicherte Waffenstellung wieder die erste Schwenkstellung ein. Der Abstand zwischen Sicherungswelle und Abzugshebel ist somit vergrößert. Das Abstandshalteelement nimmt daraufhin durch seine Federeigenschaften seine Grundstellung wieder ein, indem es beispielsweise aus der Ausnehmung mit der zweiten Breite herausgleitet und sich axial zurückbewegt. Die Federkraft bewirkt, dass das Abstandshalteelement die axiale Position im Sperrbereich, in die es zuvor verdrängt wurde, wieder verlässt. Im Ergebnis befindet es sich bevorzugt außerhalb der Ausnehmung zwischen dem Vollwellenabschnitt und dem Abzugshebel. Die Handfeuerwaffe ist gefahrlos in den gesicherten gespannten Zustand überführt.

[0020]    Ein wesentlicher Vorteil der erfindungsgemäßen Abzugssicherung besteht darin, dass die Handfeuerwaffe auch in abgeschlagener Waffenstellung in einen Sicherungszustand gebracht werden kann. Dies erlaubt auch bei einem Zündversagen ein gefahrloses Sichern der Handfeuerwaffe. Vorteilhaft ist auch, dass die Handfeuerwaffe auch bei defekter Abzugssicherung schussfähig bleibt.

[0021]    Das Abstandshalteelement dient zum Halten eines Abstandes und bildet daher einen Abstandshalter. Das Abstandshalteelement ist bevorzugt durch einen beweglichen Schenkel gebildet, wobei ein Querschnitt des

4

EP 2 950 033 B1

Schenkels den zu haltenden Abstand bestimmt. Der Querschnitt des Schenkels ist bevorzugt kreisförmig, sodass der Durchmesser des Querschnittes dem zu haltenden Abstand gleicht. Das Abstandshalteelement ist bevorzugt schwenkbar, sodass die Bewegbarkeit durch eine Schwenkbarkeit gebildet ist. Das Abstandshalteelement ist bevorzugt um eine erste Achse und um eine zweite zur ersten Achse senkrechte Achse schwenkbar, wobei die erste Achse senkrecht zur Achse der Sicherheitswelle und senkrecht zur Erstreckungsrichtung des Abzugshebels angeordnet ist, während die zweite Achse parallel zur Achse der Sicherheitswelle angeordnet ist. Das federkraftbelastete Abstandshalteelement ist durch eine Federkraft belastet, welche bevorzugt nur das Schwenken um die erste Achse beaufschlagt.

[0022]   Bevorzugt ist das Abstandshalteelement durch ein Federelement gebildet.

[0023]   Bei bevorzugten Ausführungsformen der erfindungsgemäßen Abzugssicherung ist das Abstandshalteelement durch einen Schenkel einer Schenkelfeder gebildet. In einer bevorzugten Variante ist die Schenkelfeder U-förmig mit mindestens zwei Schenkeln ausgelegt. Die Schenkelfeder kann als ein handelsübliches Standardteil kostengünstig erworben werden. Hohe Herstellungskosten für spezielle Einzelteile sind zur erfindungsgemäßen Ausführung nicht notwendig. Dabei ist die Schenkelfeder leicht zu montieren und bei einem Bruch schnell und unkompliziert austauschbar.

[0024]   Grundsätzlich kann das mindestens eine Abstandshalteelement Teil einer Feder sein oder durch eine zusätzliche Feder belastet sein.

[0025]   Das Abstandshalteelement bzw. das Federelement ist vorzugsweise aus einem Federstahldraht, einem Edelstahldraht oder einem verzinktem Federstahldraht gefertigt. Federmaterialien dieser Art gehören zu den handelsüblichen Federmaterialien und können im Auswahlverfahren leicht berücksichtigt werden.

[0026]   In einer weiteren vorteilhaften Ausführungsform sind die Sicherungswelle und das Abstandhalteelement, bezogen auf die Gebrauchshaltung der Waffe, oberhalb des Abzugshebels angeordnet. Dabei sind die Sicherungswelle und das Abstandshalteelement an dem, einem Schlaghebel gegenüberliegenden Ende des Abzugshebels angeordnet.

[0027]   Das Abstandshalteelement bzw. die Abstandshalteelemente werden beim Wechsel der Sicherungswelle von deren Abschussstellung in deren Sicherungsstellung durch die spiralartig ausgebildete Ausnehmung bzw. durch den spiralartig ausgebildeten Abschnitt der Ausnehmung axial über einen Bereich des Abzugshebels verschoben, der bevorzugt eben ist, sodass ein gleicher Abstand zur Achse der Sicherungswelle gewährleistet ist. Allerdings kann bei alternativen bevorzugten Ausführungsformen dieser Bereich des Abzugshebels unterschiedliche Höhen aufweisen, insbesondere im Sperrbereich.

[0028]   Vorteilhaft ist es, die Sicherungswelle rechtwinklig zur Längsrichtung des Abzugshebels anzuord-

nen. Die Sicherungswelle ist kürzer dimensionierbar und damit gewichtsärmer, und der Betätigungshebel ist nah an der Handfeuerwaffe platzierbar, was eine gute Handhabung der Handfeuerwaffe erlaubt, da keine Waffenteile von der Handfeuerwaffe abstehen.

[0029]   Bei Ausführungsformen, bei welchen die Abstandshalteelemente durch die Schenkel einer U-förmigen Schenkelfeder gebildet sind, ist der Vollwellenabschnitt der Sicherungswelle durch die beiden axial benachbarte spiralartig ausgebildeten Ausnehmung bzw. durch die beiden spiralartig ausgebildeten Abschnitte der Ausnehmungen bevorzugt keilförmig ausgeführt. Durch diese Form wird ein sicheres Mitnehmen der beiden Schenkel bei der axialen Verdrängung der Abstandshalteelemente erreicht.

[0030]   Besonders bevorzugt sind die Steuerkurve und das Abstandshalteelement jeweils paarig ausgebildet. In diesem Fall sind die beiden Abstandshalteelemente bevorzugt durch die beiden Schenkel einer U-förmigen Schenkelfeder gebildet. Die doppelte Führung der beiden Schenkel sichert die Funktion der Abzugssicherung zusätzlich. Die beiden Schenkel werden jeweils durch eine der beiden Steuerkurven, d. h. durch eine der beiden Ausnehmungen geführt. Die Steuerkurven sind bevorzugt spiegelsymmetrisch zueinander ausgebildet. Durch einen Wechsel der Sicherungswelle von deren Abschussstellung in deren Sicherungsstellung werden durch die beiden spiralartig ausgebildeten Ausnehmungen bzw. durch die beiden spiralartig ausgebildeten Abschnitte der Ausnehmungen die beiden Schenkel der U-förmigen Schenkelfeder entgegen ihrer Federkraft bevorzugt auseinander, d. h. voneinander weg gedrängt.

[0031]   In einer vorteilhaften Ausführungsform besteht die Sicherungswelle aus Metall oder Kunststoff. Metallausführungen können, auch durch geeignete Oberflächenbehandlung, verschleißfester ausgebildet sein, während Kunststoffausführungen ein geringeres Gewicht aufweisen und kostengünstig, zum Beispiel durch ein Spritzgussverfahren, hergestellt werden können. Je nach Anwendungsfall kann das geeignete Material gewählt werden.

[0032]   Der Abzugshebel einer erfindungsgemäßen Abzugseinheit kann ggf. einzelne Komponenten, wie eine Abzugsstange, ein Abzugsblatt und ein Abzugszüngel umfassen. Die erfindungsgemäße Abzugseinheit ist mit der erfindungsgemäßen Abzugssicherung ausgestattet.

[0033]   In einer weiteren Ausführungsform hat es sich als günstig erwiesen, den Abzugshebel mit mindestens einem Niederhalteelement auszubilden. Das Niederhalterelement sichert die Position des Abstandshalteelementes auf dem Abzugshebel und verhindert, dass sich das Abstandshalteelement in einer ungünstigen Stellung vom Abzugshebel abhebt. Insofern zwei der Abstandshalteelemente als Schenkel einer U-förmigen Schenkelfeder gegeben sind, so sind bevorzugt zwei der Niederhalteelemente ausgebildet, die jeweils an einer Seite des Abzugshebels angeordnet sind.

[0034]   In einer weiteren möglichen Ausführungsform

9        **EP 2 950 033 B1**        10

kann ein tunnelförmiger Niederhalter ausgebildet sein, durch den die Schenkel der U-förmigen Schenkelfeder hindurchgesteckt sind. Eine solche Ausführung sichert die Schenkelposition auch im Fall eines Bruchs der Schenkelfeder. Es besteht somit die Möglichkeit, dass mindestens einer der beiden Schenkel der Schenkelfeder funktionsfähig erhalten bleibt und die Handfeuerwaffe weiterhin voll funktionsfähig verwendbar ist.

[0035] Der Betätigungshebel besteht bevorzugt aus einem Metall oder aus einem Kunststoff. Kunststoffausführungen haben ein geringeres Gewicht und sind, wie die Sicherungswelle kostengünstig, zum Beispiel durch Spritzgussverfahren, herstellbar. Betätigungshebel aus Metall sind, auch durch mögliche geeignete Oberflächenbehandlung, verschleißfester als Kunststoff ausbildbar und können eine höhere Bruchfestigkeit haben. Gerade im militärischen Einsatz, in welchem mit rustikalen Umgebungs- und Handhabungsbedingungen zu rechnen ist, kann die Metallausführung von Vorteil sein.

[0036] Die erfindungsgemäße Handfeuerwaffe umfasst die erfindungsgemäße Abzugssicherung, insbesondere als Komponente der erfindungsgemäßen Abzugseinheit. Bevorzugt umfasst die erfindungsgemäße Handfeuerwaffe bevorzugte Ausführungsformen der erfindungsgemäßen Abzugssicherung. Auch weist die erfindungsgemäße Handfeuerwaffe bevorzugt solche Merkmale auf, die im Zusammenhang mit der erfindungsgemäßen Abzugssicherung beschrieben sind. Die erfindungsgemäße Handfeuerwaffe ist bevorzugt durch eine halbautomatische Langwaffe gebildet.

[0037] Weitere Einzelheiten der Erfindung ergeben sich aus der nachfolgenden Beschreibung der bevorzugten Ausführungsform, unter Bezugnahme auf die Zeichnung. Es zeigen:

Fig. 1:    eine Abzugseinheit in einer ersten perspektivischen Ansicht in einer entspannten ungesicherten Waffenstellung mit einer erfindungsgemäßen Abzugssicherung;

Fig. 2:    die Abzugseinheit gemäß Fig. 1 in einer Seitenansicht;

Fig. 3:    die Abzugseinheit gemäß Fig. 1 in einer zweiten perspektivischen Ansicht in einer entspannten gesicherten Waffenstellung;

Fig. 4:    die Abzugseinheit gemäß Fig. 3 in einer Seitenansicht;

Fig. 5:    die in Fig. 1 gezeigte Abzugssicherung in einer perspektivischen Ansicht in ungesicherter Waffenstellung;

Fig. 6:    die in Fig. 1 gezeigte Abzugssicherung in einer perspektivischen Ansicht in gesicherter Waffenstellung;

Fig. 7:    die Abzugseinheit gemäß Fig. 3 in einer perspektivischen Ansicht mit Darstellung eines axial verdrängten Federelements;

Fig. 8:    die in Fig. 7 gezeigte Abzugseinheit in einer perspektivischen Ansicht in gespannter und gesicherter Waffenstellung mit dem Federelement in nicht verdrängtem Zustand; und

Fig. 9:    die in Fig. 7 gezeigte Abzugseinheit in einer seitlichen Ansicht in gespannter und entsicherter Waffenstellung.

[0038] Fig. 1 und Fig. 2 zeigen eine bevorzugte Ausführungsform einer erfindungsgemäßen Abzugssicherung 01 für Schusswaffen, insbesondere für Langwaffen, mit einem abstandshaltenden Federelement 02 in einer Abzugseinheit 03. Fig. 1 stellt die Abzugseinheit 03 in einer perspektivischen Ansicht dar. Fig. 2 zeigt die Abzugseinheit 03 ergänzend aus einer Seitenansicht. Die Abzugssicherung 01 zeigt eine Sicherungswelle 04 mit einem Betätigungshebel 10, mit dem die Sicherungswelle 04 verdrehbar ist. Der Betätigungshebel 10 ist zwischen seinen Stellungen hin und her schwenkbar. Die Abzugseinheit 03 ist in einer entspannten ungesicherten Waffenstellung dargestellt. Die Sicherungswelle 04 weist zwei spiegelsymmetrisch gleich dimensionierte Steuerkurven 05 auf, die in Form von Ausnehmungen 11 die Sicherungswelle 04 mit jeweils einem spiralartig ausgebildeten umfänglichen Abschnitt umlaufen. Dabei umlaufen die Steuerkurven 05 gegeneinander gespiegelt die Sicherungswelle 04. Ein axialer Abschnitt der Sicherungswelle 04, der zwischen den axialen Abschnitten der Ausnehmungen 11 angeordnet ist, ist als eine Vollwelle 12 ausgebildet. Dabei weist jede der beiden Ausnehmungen 11 zwei Tiefen und zwei Breiten auf.

[0039] Fig. 1 und Fig. 2 zeigen jeweils weiterhin einen Abzugshebel 13, der um eine Abzugsachse 14 schwenkbar ist, einen Unterbrecher 19 und einen schwenkbaren Schlaghebel 20. Der Abzugshebel 13 befindet sich in einer ersten Schwenkstellung, die der entspannten Waffenstellung entspricht. Der Betätigungshebel 10 und die Sicherungswelle 04 befinden sich in einer ersten Drehstellung, die der ungesicherten Waffenstellung, d. h. einer Feuerstellung bzw. Abschussstellung der Schusswaffe entspricht. In Gebrauchshaltung der Waffe befindet sich die Sicherungswelle 04 oberhalb des Abzugshebels 13 und des Federelements 02. Dabei ist sie quer zur Längsrichtung des Abzugshebels 13 angeordnet und befindet sich an dem Ende des Abzugshebels 13, das dem Schlaghebel 20 gegenüberliegt.

[0040] Das abstandshaltende Federelement 02, das in dieser bevorzugten Ausführung als U-förmige Schenkelfeder mit zwei Federschenkeln ausgebildet ist, liegt in Längsrichtung des Abzugshebels 13 auf dem Abzugshebel 13 auf. Das Federelement 02 ist an demjenigen Ende, an dem die beiden Federschenkel verbunden sind, zwischen dem Abzugshebel 13 und dem Unterbrecher

EP 2 950 033 B1

19, und in Richtung der Sicherungswelle 04 zur Abzugsachse 14 beabstandet, schwenkbar gelagert. Das andere Ende des Federelements 02 ist zwischen der Sicherungswelle 04 und dem Abzugshebel 13 angeordnet, wo es einen Abstandshalter zwischen der Sicherungswelle 04 und dem Abzugshebel 13 bildet. In dieser Darstellung befindet es sich in einer entspannten Federstellung. In dieser Stellung der Sicherungswelle 04 befindet sich ein erster gemeinsamer Teilabschnitt 21 (gezeigt in Fig. 6) der Ausnehmungen 11 mit einer ersten Tiefe und einer ersten Breite oberhalb des Federelements 02.

[0041] Die Federschenkel des Federelementes 02 gleichen einen Teilabstand zwischen der Sicherungswelle 04 und dem Abzugshebel 13 aus, wobei der Abzugshebel 13 betätigbar bleibt, da ein Abzugsabstand verbleibt.

[0042] Fig. 3 und Fig. 4 zeigen die Abzugseinheit 03 aus den Fig. 1 und 2 in einer entspannten und gesicherten Waffenstellung. Fig. 3 zeigt die Abzugseinheit 03 in einer perspektivischen Ansicht, während Fig. 4 die Abzugseinheit 03 aus Fig. 3 ergänzend in einer Seitenansicht zeigt. Im Vergleich zu Fig. 1 und Fig. 2 befinden sich der Betätigungshebel 10 und die Sicherungswelle 04 in der zweiten Drehstellung, die der gesicherten Waffenstellung, d. h. einer Sicherungsstellung der Schusswaffe entspricht. In dieser Stellung der Sicherungswelle 04 befinden sich die Federschenkel des Federelements 02 jeweils in einem zweiten Teilabschnitt 22 (gezeigt in Fig. 5) der Ausnehmungen 11, der eine zweite Tiefe und eine zweite Breite aufweist. Die zweite Tiefe entspricht einem größeren Durchmesser der Sicherungswelle 04 als der Durchmesser der ersten Tiefe. Das Federelement 02 ist bei der Drehung der Sicherheitswelle 04 in der Ausnehmung 11 geführt und in Richtung des Abzugshebels 13 sowie in axialer Richtung bezogen auf die Sicherungswelle 04 in eine gespannte Federstellung verdrängt. Das verdrängte Federelement 02 gleicht den Abstand zwischen der Sicherungswelle 04 und dem Abzugshebel 13 aus, wobei kein Abzugsabstand verbleibt. Der Abzugshebel 13 ist somit nicht schwenkbar und die Schusswaffe gesichert.

[0043] Ergänzend zeigt Fig. 7 die Abzugseinheit 03 in einem entspannten gesicherten Waffenzustand und stellt das Federelement 02 in der axialen Verdrängungsstellung dar, das mit seinen Federschenkeln jeweils in einem der beiden zweiten Teilabschnitte 22 (gezeigt in Fig. 5) der Ausnehmungen 11 sitzt. Weiterhin sind in Fig. 7 zwei Niederhalteelemente 23 gezeigt, welche die Federschenkel des Federelementes 02 daran hindern, sich vom Abzugshebel 13 abzuheben.

[0044] Es sei zusätzlich auf Fig. 5 hingewiesen, die die beiden zweiten Teilabschnitte 22 der Ausnehmungen 11 in einer Stellung der Sicherungswelle 04 zeigt, die einer ungesicherten Waffenstellung entspricht. Der Betätigungshebel 10 befindet sich in der ersten Drehstellung.

[0045] Fig. 8 zeigt die Abzugseinheit 03 in gespannter und gesicherter Waffenstellung. Der Abzugshebel 13 befindet sich in einer zweiten Schwenkstellung. Der Ab-

stand zwischen der Sicherungswelle 04 und dem Abzugshebel 13 ist gegenüber der ersten Schwenkstellung des Abzugshebels 13 in entspanntem Waffenzustand vergrößert, wodurch sich die Federschenkel des Federelementes 02 in Richtung ihrer Federkraft aus den zweiten Teilabschnitten 22 (gezeigt in Fig. 5) der Ausnehmungen 11 herausbewegen und aufeinander zu bewegen konnten. Der Schlaghebel 20 ist in seiner gespannten Stellung. Die Sicherungswelle 04 ist in die Sicherungsstellung gedreht. Bei Gebrauchshaltung der Schusswaffe befindet sich der Abschnitt der Vollwelle 12 oberhalb der Federschenkel des entspannten Federelements 02 und gleicht zusammen mit den Federschenkeln des Federelementes 02 den Abstand zwischen der Sicherungswelle 04 und dem Abzugshebel 13 aus, wobei kein Abzugsabstand verbleibt. Der Abzugshebel 13 ist blockiert und kann nicht betätigt werden. Die Waffe ist gesichert.

[0046] Fig. 9 zeigt die Abzugseinheit 03 in gespannter und entsicherter Waffenstellung. Der Abzugshebel 13 befindet sich weiterhin in der zweiten Schwenkstellung. Der Schlaghebel 20 befindet sich weiterhin in seiner gespannten Stellung. Die Sicherungswelle 04 ist in die Abschussstellung gedreht.

[0047] Die Ausnehmungen 11 sind mit ihrem ersten Teilabschnitt 21 dem Federelement 02 zugewandt, sodass das Federelement 02 nur einen ersten Teil eines Abstandes zwischen der Sicherungswelle 04 und dem Abzugshebel 13 ausgleicht und ein Abzugsabstand 15 verbleibt. Somit kann der Abzugshebel 13 zum Auslösen einen Schusses geschwenkt werden, wodurch der Schlaghebel 20 seine gespannte Stellung verlässt.

**Bezugszeichenliste**

[0048]

| 01 | Abzugssicherung |
| 02 | abstandshaltendes Federelement |
| 03 | Abzugseinheit |
| 04 | Sicherungswelle |
| 05 | Steuerkurve |
| 06 | - |
| 07 | - |
| 08 | - |
| 09 | - |
| 10 | Betätigungshebel |
| 11 | Ausnehmung |
| 12 | Vollwelle |
| 13 | Abzugshebel |
| 14 | Abzugsachse |
| 15 | Abzugsabstand |
| 16 | - |
| 17 | - |
| 18 | - |
| 19 | Unterbrecher |
| 20 | Schlaghebel |
| 21 | erster Teilabschnitt |

22   zweiter Teilabschnitt
23   Niederhalteelement

**Patentansprüche**

1. Abzugssicherung (01) für eine Handfeuerwaffe, insbesondere für eine halbautomatische Langwaffe, mit einer Sicherungswelle (04), die eine Steuerkurve (05) trägt und über einen Betätigungshebel (10) von einer Sicherheitsstellung in eine Abschussstellung und zurück verdrehbar ist; wobei die Abzugssicherung (01) an einen um eine Abzugsachse (14) schwenkbaren Abzugshebel (13) anschlagbar ist; und wobei die Sicherungswelle (04) in einem gespannten Zustand der Handfeuerwaffe den Abzugshebel (13) in der Sicherheitsstellung blockiert und in der Abschussstellung freigibt, **dadurch gekennzeichnet, dass** sie weiterhin mindestens ein federkraftbelastetes Abstandshalteelement (02) umfasst;

- wobei im gespannten Zustand der Handfeuerwaffe das federkraftbelastete Abstandshalteelement (02) zwischen dem Abzugshebel (13) und der in ihrer Sicherheitsstellung befindlichen Sicherungswelle (04) angeordnet ist, wodurch ein Schwenken des Abzugshebels (13) zur Sicherungswelle (04) blockiert ist;
- wobei die Steuerkurve (05) durch mindestens eine zumindest abschnittsweise spiralartig ausgebildete Ausnehmung (11) in der Sicherungswelle (04) gebildet ist, welche in der Abschussstellung der Sicherungswelle (04) im gespannten Zustand der Handfeuerwaffe dem Abstandshalteelement (02) zugewandt ist, sodass das Abstandshalteelement (02) nur einen ersten Teil eines Abstands zwischen der Sicherungswelle (04) und dem Abzugshebel (13) ausgleicht und ein Abzugsabstand (15) verbleibt;
- wobei das Abstandshalteelement (02) im entspannten Zustand der Handfeuerwaffe durch einen Wechsel der Sicherungswelle (04) von deren Abschussstellung in deren Sicherungsstellung durch die zumindest abschnittsweise spiralartig ausgebildete Ausnehmung (11) axial bezogen auf die Sicherungswelle (04) entgegen der Federkraft in einen axialen Sperrbereich verdrängt ist, in welchem das Abstandshalteelement (02) einen Abstand zwischen dem Abzugshebel (13) und der Sicherungswelle (04) ausgleicht, sodass ein Schwenken des Abzugshebels (13) zur Sicherungswelle (04) blockiert ist; und
- wobei im gespannten Zustand der Handfeuerwaffe eine Bewegung des Abstandshalteelementes (02) gegenüber der in der Sicherungsstellung befindlichen Sicherungswelle (04) aus dem Sperrbereich in Richtung der Federkraft freigegeben ist, sodass sich das Abstandshalteelement (02) aus dem Sperrbereich zurückbewegt und ein Schwenken des Abzugshebels (13) blockiert.

2. Abzugssicherung (01) nach Anspruch 1, **dadurch gekennzeichnet, dass** das mindestens eine Abstandshalteelement durch einen beweglichen Schenkel (02) gebildet ist.

3. Abzugssicherung (01) nach Anspruch 2, **dadurch gekennzeichnet, dass** sie zwei der beweglichen Schenkel umfasst, die an einer Schenkelfeder (02) ausgebildet sind.

4. Abzugssicherung (01) nach Anspruch 3, **dadurch gekennzeichnet, dass** die Schenkelfeder (02) aus einem Federstahldraht, einem Edelstahldraht oder aus einem verzinktem Federstahldraht besteht.

5. Abzugssicherung (01) nach einem der Ansprüche 1 bis 4, **dadurch gekennzeichnet, dass** die Sicherungswelle (04) und das Abstandshalteelement (02) in einer Gebrauchshaltung der Handfeuerwaffe oberhalb und an einem Ende des Abzugshebels (13) angeordnet sind, wobei an einem gegenüberliegenden Ende des Abzugshebels (13) ein Schlaghebel (20) angeordnet ist.

6. Abzugssicherung (01) nach einem der Ansprüche 1 bis 5, **dadurch gekennzeichnet, dass** die Sicherungswelle (04) rechtwinklig zu einer Längsrichtung des Abzugshebels (13) angeordnet ist.

7. Abzugssicherung (01) nach einem der Ansprüche 1 bis 6, **dadurch gekennzeichnet, dass** im gespannten Zustand der Handfeuerwaffe das federkraftbelastete Abstandshalteelement (02) zwischen dem Abzugshebel (13) und einem Vollwellenabschnitt (12) der in ihrer Sicherheitsstellung befindlichen Sicherungswelle (04) angeordnet ist.

8. Abzugssicherung (01) nach einem der Ansprüche 1 bis 7, **dadurch gekennzeichnet, dass** das Abstandshalteelement (02) und die Steuerkurve (05) jeweils paarig ausgebildet sind.

9. Abzugssicherung (01) nach einem der Ansprüche 1 bis 8, **dadurch gekennzeichnet, dass** die Sicherungswelle (04) aus einem Metall oder einem Kunststoff besteht.

10. Handfeuerwaffe, umfassend eine Abzugssicherung (01) nach einem der Ansprüche 1 bis 9.

EP 2 950 033 B1

## Claims

1. A trigger safety mechanism (01) for a handheld weapon, in particular for a semiautomatic long weapon, with a safety shaft (04), which carries a control cam (05), and via an actuation lever (10) can be rotated from a safety position into a firing position and back, wherein the trigger safety mechanism (01) can abut against a trigger lever (13) that can be pivoted about a trigger axis (14), and wherein in a cocked state of the handheld weapon the safety shaft (04) blocks the trigger lever (13) in the safety position, and releases it in the firing position, **characterised in that**, it furthermore comprises at least one spring-loaded spacer element (02), wherein

- in the cocked state of the handheld weapon the spring-loaded spacer element (02) is arranged between the trigger lever (13) and the safety shaft (04), located in its safety position, as a result of which a pivoting of the trigger lever (13) towards the safety shaft (04) is blocked, wherein
- the control cam (05) is formed by at least one recess (11) in the safety shaft (04), designed at least in some sections in the form of a spiral, which recess, in the firing position of the safety shaft (04), in the cocked state of the handheld weapon, is facing towards the spacer element (02), such that the spacer element (02) only offsets a first part of a clearance between the safety shaft (04) and the trigger lever (13), and a trigger clearance (15) remains, wherein
- in the uncocked state of the handheld weapon the spacer element (02), by means of a change-over of the safety shaft (04) from its firing position into its safety position by means of the recess (11), designed at least in some sections in the form of a spiral, is displaced axially relative to the safety shaft (04) against the spring force into an axial blocking region, in which the spacer element (02) offsets a clearance between the trigger lever (13) and the safety shaft (04), such that a pivoting of the trigger lever (13) towards the safety shaft (04) is blocked, and wherein
- in the cocked state of the handheld weapon a movement of the spacer element (02) relative to the safety shaft (04) located in the safety position from the blocking region in the direction of the spring force is released, so that the spacer element (02) moves back from the blocking region and blocks a pivoting of the trigger lever (13).

2. The trigger safety mechanism (01) in accordance with claim 1, **characterised in that** the at least one spacer element is formed by means of a movable arm (02).

3. The trigger safety mechanism (01) in accordance with claim 2, **characterised in that** it comprises two of the movable arms, which are designed on an arm spring (02).

4. The trigger safety mechanism (01) in accordance with claim 3, **characterised in that** the arm spring (02) consists of a spring steel wire, a stainless steel wire or of a galvanised spring steel wire.

5. The trigger safety mechanism (01) in accordance with one of the claims 1 to 4, **characterised in that** in an operating position of the handheld weapon, the safety shaft (04) and the spacer element (02) are arranged above, and at one end of, the trigger lever (13), wherein a hammer (20) is arranged at an opposite end of the trigger lever (13).

6. The trigger safety mechanism (01) in accordance with one of the claims 1 to 5, **characterised in that** the safety shaft (04) is arranged at right angles to a longitudinal direction of the trigger lever (13).

7. The trigger safety mechanism (01) in accordance with one of the claims 1 to 6, **characterised in that** in the cocked state of the handheld weapon the spring-loaded spacer element (02) is arranged between the trigger lever (13) and a solid shaft section (12) of the safety shaft (04) located in its safety position.

8. The trigger safety mechanism (01) in accordance with one of the claims 1 to 7, **characterised in that** the spacer element (02) and the control cam (05) are respectively designed in pairs.

9. The trigger safety mechanism (01) in accordance with one of the claims 1 to 8, **characterised in that** the safety shaft (04) consists of a metal or a plastic.

10. A handheld weapon, comprising a trigger safety mechanism (01) in accordance with one of the claims 1 to 9.

## Revendications

1. Blocage de détente (01) pour une arme à feu de poing, en particulier pour une arme d'épaule semi-automatique, avec un arbre de sécurité (04) qui porte une came de commande (05) et que l'on peut faire tourner via un levier de commande (10) d'une position de sécurité vers une position de tir et inversement ; dans lequel le blocage de détente (01) peut buter contre un levier de détente (13) pouvant pivoter autour d'un axe de détente (14) ; et dans lequel l'arbre de sécurité (04), dans un état armé de l'arme à feu de poing, bloque le levier de détente

9

17                    EP 2 950 033 B1                    18

(13) dans la position de sécurité et le libère dans la position de tir, **caractérisé en ce qu'**il comprend en outre au moins un élément d'espacement (02) contraint par une force élastique ;

- dans lequel, à l'état armé de l'arme à feu de poing, l'élément d'espacement (02) contraint par une force élastique est disposé entre le levier de détente (13) et l'arbre de sécurité (04) se trouvant dans sa position de sécurité, moyennant quoi un pivotement du levier de détente (13) vers l'arbre de sécurité (04) est bloqué ;
- dans lequel la came de commande (05) est formée par au moins un évidement (11) réalisé au moins partiellement à la manière d'une spirale dans l'arbre de sécurité (04) lequel évidement, dans la position de tir de l'arbre de sécurité (04) à l'état armé de l'arme à feu de poing, est tourné vers l'élément d'espacement (02) de manière à ce que l'élément d'espacement (02) compense seulement une première partie d'un espacement entre l'arbre de sécurité (04) et le levier de détente (13) et qu'une distance d'espacement (15) subsiste ;
- dans lequel, à l'état non armé de l'arme à feu de poing, l'élément d'espacement (02) est refoulé, grâce à un changement de l'arbre de sécurité (04) de sa position de tir vers sa position de sécurité grâce à l'évidement (11) réalisé au moins partiellement de façon spiralée de manière axiale par rapport à l'arbre de sécurité (04) à l'encontre de la force élastique, dans une zone de verrouillage axiale dans laquelle l'élément d'espacement (02) compense un espacement entre le levier de détente (13) et l'arbre de sécurité (04) de manière à ce qu'un pivotement du levier de détente (13) vers l'arbre de sécurité (04) soit bloqué ; et
- dans lequel, à l'état armé de l'arme à feu de poing, un déplacement de l'élément d'espacement (02) par rapport à l'arbre de sécurité (04) se trouvant dans la position de sécurité hors de la zone de sécurité en direction de la force élastique est libéré de manière à ce que l'élément d'espacement (02) se déplace en retour hors de la zone de verrouillage et bloque un pivotement du levier de détente (13).

2.   Blocage de détente (01) selon la revendication 1, **caractérisé en ce que** l'au moins un élément d'espacement est formé par une branche mobile (02).

3.   Blocage de détente (01) selon la revendication 2, **caractérisé en ce qu'**il comprend deux des branches mobiles qui sont formées sur un ressort à branches (02).

4.   Blocage de détente (01) selon la revendication 3,

**caractérisé en ce que** le ressort à branches (02) se compose d'un fil en acier à ressorts, d'un fil en acier noble ou d'un fil en acier à ressorts galvanisé.

5.   Blocage de détente (01) selon l'une des revendications 1 à 4, **caractérisé en ce que**, dans une posture d'utilisation de l'arme à feu à poing, l'arbre de sécurité (04) et l'élément d'espacement (02) sont disposés au-dessus du levier de détente (13) et à une extrémité de celui-ci, dans lequel un levier de percussion (20) est disposé à une extrémité située en vis-à-vis du levier de détente (13).

6.   Blocage de détente (01) selon l'une des revendications 1 à 5, **caractérisé en ce que** l'arbre de sécurité (04) est disposé en angle droit par rapport à une direction longitudinale du levier de détente (13).

7.   Blocage de détente (01) selon l'une des revendications 1 à 6, **caractérisé en ce que**, à l'état armé de l'arme à feu à poing, l'élément d'espacement contraint par une force élastique (02) est disposé entre le levier de détente (13) et un tronçon d'arbre plein (12) de l'arbre de sécurité (04) se trouvant dans sa position de sécurité.

8.   Blocage de détente (01) selon l'une des revendications 1 à 7, **caractérisé en ce que** l'élément d'espacement (02) et la came de commande (05) sont respectivement réalisés par paires.

9.   Blocage de détente (01) selon l'une des revendications 1 à 8, **caractérisé en ce que** l'arbre de sécurité (04) se compose d'un métal ou d'une matière plastique.

10.   Arme à feu de poing comprenant un blocage de détente (01) selon l'une des revendications 1 à 9.

**EP 2 950 033 B1**

Fig.1



Fig.2



EP 2 950 033 B1

Fig.3



Fig.4



**EP 2 950 033 B1**

Fig.5



Fig.6



**EP 2 950 033 B1**

Fig.7



Entspannt + gesichert

Fig.8

Gespannt + gesichert

EP 2 950 033 B1



Fig.9

Gespannt + entsichert

**EP 2 950 033 B1**

**IN DER BESCHREIBUNG AUFGEFÜHRTE DOKUMENTE**

*Diese Liste der vom Anmelder aufgeführten Dokumente wurde ausschließlich zur Information des Lesers aufgenommen und ist nicht Bestandteil des europäischen Patentdokumentes. Sie wurde mit größter Sorgfalt zusammengestellt; das EPA übernimmt jedoch keinerlei Haftung für etwaige Fehler oder Auslassungen.*

**In der Beschreibung aufgeführte Patentdokumente**

- DE 202007004747 U1 **[0003]**
- DE 202011004556 U1 **[0004]**
- DE 102007004588 B3 **[0005]**
- DE 102006048436 B4 **[0006]**
- DE 1453913 A **[0007]**
- DE 202011004556 U **[0010]**

16



Google Patents

EP2950033B1

# Handgun and trigger lock for same

Images (5)



## Classifications

◼ F41A17/46  Trigger safeties, i.e. means for preventing trigger movement

## Landscapes

Engineering & Computer Science 🔍

General Engineering & Computer Science 🔍

Aiming, Guidance, Guns With A Light Source, Armor, Camouflage, And Targets 🔍

Emergency Lowering Means 🔍

Show less ∧



### EP2950033B1
European Patent Office

📄 Download PDF    🔍 Find Prior Art    Σ Similar

**Other languages:** German, French

**Inventor:** Alexander Ostanin, Olaf Sauer, Lutz Morgenroth

**Current Assignee :** Merkel Jagd- und Sportwaffen GmbH

**Worldwide applications**

2014 ◦ DE   2015 ◦ ES EP PL PT

**Application EP15169105.2A events** ⑦

2015-05-26  • Application filed by Merkel Jagd- und Sportwaffen GmbH

2015-05-26  • Priority to PL15169105T

2015-12-02  • Publication of EP2950033A1

2016-11-23  • Application granted

2016-11-23  • Publication of EP2950033B1

Status      • Active

2035-05-26  • Anticipated expiration

**Info:** Patent citations (7), Non-patent citations (1) , Cited by (13), Legal events, Similar documents, Priority and Related Applications

**External links:** Espacenet, EPO GPI, EP Register, Global Dossier, Discuss

## Claims (10)

Hide Dependent ∧

1. A trigger safety mechanism (01) for a handheld weapon, in particular for a semiautomatic long weapon, with a safety shaft (04), which carries a control cam (05), and via an actuation lever (10) can be rotated from a safety position into a firing position and back, wherein the trigger safety mechanism (01) can abut against a trigger lever (13) that can be pivoted about a trigger axis (14), and wherein in a cocked state of the handheld weapon the safety shaft (04) blocks the trigger lever (13) in the safety position, and releases it in the firing position, **characterised in that**, it furthermore comprises at least one spring-loaded spacer element (02), wherein

   - in the cocked state of the handheld weapon the spring-loaded spacer element (02) is arranged between the trigger lever (13) and the safety shaft (04), located in its safety position, as a result of which a pivoting of the trigger lever (13) towards the safety shaft (04) is blocked, wherein

   - the control cam (05) is formed by at least one recess (11) in the safety shaft (04), designed at least in some sections in the form of a spiral, which recess, in the firing position of the safety shaft (04), in the cocked state of the handheld weapon, is facing towards the spacer element (02), such that the spacer element (02) only offsets a first part of a clearance between the safety shaft (04) and the trigger lever (13), and a trigger clearance (15) remains, wherein

   - in the uncocked state of the handheld weapon the spacer element (02), by means of a changeover of the safety shaft (04) from its firing position into its safety position by means of the recess (11), designed at least in some sections in the form of a spiral, is displaced axially relative to the safety shaft (04) against the spring force into an axial blocking region, in which the spacer element (02) offsets a clearance between the trigger lever (13) and the safety shaft (04), such that a pivoting of the trigger lever (13) towards the safety shaft (04) is blocked, and wherein

   - in the cocked state of the handheld weapon a movement of the spacer element (02) relative to the safety shaft (04) located in the safety position from the blocking region in the direction of the spring force is released, so that the spacer element (02) moves back from the blocking region and blocks a pivoting of the trigger lever (13).

2. The trigger safety mechanism (01) in accordance with claim 1, **characterised in that** the at least one spacer element is formed by means of a movable arm (02).

3. The trigger safety mechanism (01) in accordance with claim 2, **characterised in that** it comprises two of the movable arms, which are designed on an arm spring (02).

4. The trigger safety mechanism (01) in accordance with claim 3, **characterised in that** the arm spring (02) consists of a spring steel wire, a stainless steel wire or of a galvanised spring steel wire.

5. The trigger safety mechanism (01) in accordance with one of the claims 1 to 4, **characterised in that** in an operating position of the handheld weapon, the safety shaft (04) and the spacer element (02) are arranged above, and at one end of, the trigger lever (13), wherein a hammer (20) is arranged at an opposite end of the trigger lever (13).

6. The trigger safety mechanism (01) in accordance with one of the claims 1 to 5, **characterised in that** the safety shaft (04) is arranged at right angles to a longitudinal direction of the trigger lever (13).

7. The trigger safety mechanism (01) in accordance with one of the claims 1 to 6, **characterised in that** in the cocked state of the handheld weapon the spring-loaded spacer element (02) is arranged between the trigger lever (13) and a solid shaft section (12) of the safety shaft (04) located in its safety position.

8. The trigger safety mechanism (01) in accordance with one of the claims 1 to 7, **characterised in that** the spacer element (02) and the control cam (05) are respectively designed in pairs.

9. The trigger safety mechanism (01) in accordance with one of the claims 1 to 8, **characterised in that** the safety shaft (04) consists of a metal or a plastic.

10. A handheld weapon, comprising a trigger safety mechanism (01) in accordance with one of the claims 1 to 9.

## Description

translated from German

The present invention relates to a trigger guard for a handgun, especially for a semi-automatic long gun. Furthermore, the invention relates to a handgun with the trigger device according to the invention.

[0001]

It is known from the prior art to protect firearms, in particular long guns, against accidental actuation of a trigger and firing of the firearm by means of a mechanical safeguard. In addition to handling errors also falls of the firearms or mechanical defects on the weapon can lead to an unwanted triggering of a shot. In addition to the trigger guard, a bar safety device, a percussion lever or firing pin safety device or a combination of these basic variants is used as an alternative. All fuses are based on the fact that special mechanical components are locked in a safety position and / or prevent direct contact with adjacent mechanical components or an assembly. A trigger guard blocked in the safety position via a mechanism the trigger of the firearm. It prevents the tensioned firearm energy transfer from a trigger assembly on a percussion lever assembly to a shot triggering hammer or a firing pin. The energy is provided in a taut state of the firearm by biasing technical springs, such as a trigger spring and a striker spring. The trigger guard consists for example of a safety shaft, which carries a control cam and is rotatable via an actuating lever in two positions. The safety shaft hinders a pivoting movement of a trigger on the trigger in the safety position. The trigger guard is usually designed so that the firearm in the tensioned state, ie with cocked striking lever spring and tensioned trigger spring, can be ge or released. After the gun has been lowered, the trigger lever changes its position and engages with one of its ends in the manner in the control cam that a return movement of the safety shaft in the safety position is no longer possible. Thus, there is an increased risk to people and the environment, for example, by misfired, remaining in the firearm ammunition. It is of interest, for example, in military or pasture use, to provide a weapon safety device that can be moved in a relaxed position weapons in the safety position to then tighten the firearm safely.

The DE 20 2007 004 747 U1 shows a safety device of a firearm with at least one hammer and a striking spring, which is designed as Schlaghebelsicherung. An ignition device is displaceable between a securing position and a firing position. In the safety position, the ignition device is removed from a firing pin so far that no mechanical access is possible. This safety device is intended to enable low-force operation with tensioned and unstressed striker. In this case, a blockage of the mechanism or failure of the safety device can cause the entire firearm is unusable.

From the DE 20 2011 004 556 U1 a trigger device for firearms with a hammer, a trigger and a roller-shaped fuse element of a trigger guard is known. The securing element is rotatably mounted and can be rotated in two positions. In safety position the trigger guard blocks the trigger and in a firing position releases the trigger. A rotatably mounted sear is located between the trigger and hammer and is acted upon by a trigger spring towards hammer blow energetically. The special shape of the trigger lug and its arrangement in the trigger means allow even with severed weapon to move the fuse element in the safety position. However, a disadvantage is a complex installation of additional items on the trigger device, which also lead to an increased risk of failure. A failure of the trigger lug can even lead to the uselessness of the firearm.

The DE 10 2007 004 588 B3 shows a control for a movable about a pivot axis hammer a weapon that can be locked in its clamping position via a locking surface with a mating surface of a trigger element, such as a sear on the trigger lever. At the hammer a cam portion is provided which engages in a deviating from the clamping position pivot position of the hammer on a control surface of the trigger element and this holds in an unlocked position.

[0005]

From the DE 10 2006 048 436 B4 a trigger device for a firearm, in particular for a self-loading military rifle is known, which comprises a trigger, a trigger connected to the trigger tine part and at least one trigger spring acting on the Abzugsstollenteil. In this trigger device of the trigger finger from the trigger lug part is arranged separately between two stops, one of which prevents the movement of the trigger tongue relative to the trigger lug part forward, the other to the rear. Between The two stops a short movement of the triggering nipple is possible relative to the trigger tiller part.

The DE 1 453 913 A shows a trigger mechanism for automatic and semi-automatic firearms with a arranged between a tension spring and firing positions hammer. A trigger serves to control the working of the hammer. A burst control mechanism serves to fire a burst of fire with a predetermined number of shots on a single actuation of the trigger. The burst control mechanism selectively connects the trigger and hammer to automatically operate the hammer.

From the prior art a variety of solutions for securing a weapon is known. Different types of security show different approaches, which are preferably used depending on the type of firearm. The fuses show an increased installation effort due to additional mechanical parts and an increased risk of defects and failures. Conventional trigger locks with rotatable fuse element show the disadvantage of being unable to be secured in the relaxed state of the weapon and / or to lead to the usability of the weapon in case of failure of the fuse.

The object of the present invention, starting from the prior art is to provide a low-cost trigger guard with low installation costs available, which allows a secure the trigger even in the relaxed state of the weapon and in the event of a defect of the fuse does not lead to firing of the weapon.

The task mentioned, starting from the DE 20 2011 004556U , solved by a trigger safety according to the appended claim 1. The task will continue solved by a handgun according to the attached independent claim 10.

[0010]

The invention provides a trigger guard for a handgun, especially for a semi-automatic rifle. The trigger guard can be moved from a firing position to a safety position in both a cocked and an unweighted firing position. In this case, the trigger safety device can be attached to a trigger lever pivotable about a trigger axis, which is preferably designed here as a single component and combines parts known from the field of armouring, such as a trigger rod, a trigger blade and a trigger blade. A portion of the trigger corresponding to the trigger bar is aligned in a longitudinal direction of the firearm. If the firearm is in a position of use, a half-moon-shaped trigger tongue connected to the trigger bar is preferably arranged in a known manner below the trigger rod. In this case, the spaced from the trigger rod end of the trigger tongue is aligned in a weft direction. In a taut state of the handgun the safety shaft blocked in the safety position the trigger, while it releases the trigger in the firing position.

In addition to known components, such as a safety shaft which carries a control cam, and an actuating lever for rotating the safety shaft from the safety position to the firing position and back, the trigger safety according to the invention has at least one additional spring-loaded spacer element. In this case, the spacer element is preferably formed by a leg of a leg spring, which preferably has two of the legs. The spacer element is preferably in the longitudinal direction of the trigger on the trigger on. In this case, the spacer element or the leg spring is preferably mounted in the direction of the safety shaft spaced from the take-off axis. Accordingly, the spacer element or the leg spring extends in the direction of the safety shaft and ends between the safety shaft and the trigger lever or behind the safety shaft. While in trigger safety devices known from the prior art, the trigger is in secure weapon position in direct contact with the safety shaft, the spacer element is arranged as a connecting element between the safety shaft and the trigger in the trigger safety invention. The direct contact between the trigger and the safety shaft located in the safety position is not possible, at least in the tensioned state of the handgun. The spacer element is movable at least in the direction of the axis of the safety shaft and can occupy at least two positions dependent on positions of the safety shaft. In this case, the spacer element in the tensioned state of the handgun is preferably not in engagement with the control cam of the safety shaft located in the firing position and the spring force loading the spacer element is preferably minimal.

If the handgun is in the tensioned state and the safety shaft is in its safety position, the spring-loaded spacer element is arranged between the trigger lever and the safety shaft, whereby pivoting of the trigger lever to the safety shaft is blocked. The spacer element compensates for a distance between the safety shaft and the trigger,

leaving no Abzugsabstand.

The control cam is formed by at least one at least partially spirally formed recess in the safety shaft. To form the helical nature, the recess has at least one side surface running in the safety shaft, which is inclined with respect to the axis of the safety shaft. This spiral-shaped side surface must extend at least a fraction of a revolution about the axis of the safety shaft; preferably at least one eighth turn, and preferably less than a quarter turn. The spiral shape preferably has the same axis as the safety shaft. In this case, the recess has, for example, at least two depths and, for example, two widths, with a first width merging into a second width and a first depth merging into a second depth. The first depth corresponds to a smaller and the second depth corresponds to a larger shaft diameter of the safety shaft. Adjacent to an axial section of the securing shaft having the recess is an axial section of the securing shaft, which is preferably designed as a solid shaft. By the at least partially spirally formed recess solid shaft sections and portions of the recess are arranged alternately on the safety shaft. At least one of the solid shaft sections is preferably formed at its transition to the spiral-like recess or to the spiral-shaped portion of the recess so that it detects the spacer element when rotating the safety shaft from the firing position to the safety position with relaxed weapon position and displaced axially.

[0015]

If the firearm is in the tensioned state and in unsecured weapon position, then the safety shaft is in the firing position, so that the recess of the Distance holding element facing. It may be a circumferential portion of the recess, which is not formed spirally. In the tensioned state and in unsecured armed position, a section of the recess preferably faces the spacer element, which has a circular segment-shaped cross section. The firearm is in use, so the recess is preferably located with the first depth and the first width above the spacer element. The trigger is in a first pivot position. In this case, the spacer element compensates only a first part of a distance between the safety shaft and the trigger. There remains at least one trigger distance between the trigger and the backup shaft so that the trigger is pivotable, whereby the handgun is capable of firing.

The handgun is in use position and in tense and secured weapon position, the safety shaft is in the safety position, namely in a rotational position in which preferably one of the full-wave sections is above the spacer element. The trigger is in the first pivot position. The take-off distance between the safety shaft and the spacer element is not present in this state. In this position, the trigger is not swiveled and the handgun secured.

Once a shot is fired with the handgun, it is in relaxed and unsecured weapon position. The trigger is located in a second pivot position, wherein the distance between the trigger and the backup shaft relative to the first pivot position is reduced. The safety shaft is still in the firing position, namely in a rotational position in which the recess is preferably located at the first depth and the first width above the spacer element. In this case, the spacer element compensates only a part of a changed distance between the safety shaft and the trigger. It remains at least the take-off distance between the trigger and the safety shaft, so that the trigger lever is still pivotable.

By changing the backup shaft from its firing position in its securing position, the spacer element is displaced axially relative to the safety shaft in an axial blocking area in the relaxed state of the handgun through the spiral-like recess or by the spiral-shaped peripheral portion of the recess. In the blocking region, the spacer element compensates for a changed distance between the trigger lever and the safety shaft and there is no withdrawal distance, so that a pivoting of the trigger lever to the safety shaft is blocked. During this change from the relaxed unsecured to the relaxed secure weapon position, the trigger lever remains in the second pivot position. In this case, the spacer element is preferably guided in the recess of the first width and the first depth in the second width with the second depth and remains under Federkraftbeaufschlagung in the recess.

In the tensioned state of the handgun a movement of the spacer element relative to the safety shaft located in the locking position from the locking area is released in the direction of the spring force, so that the spacer member moves back from the locking area and blocks pivoting of the trigger to the safety shaft located in its safety position. The trigger takes during the transfer the handgun from the relaxed secure weapon position in the tense secure weapon position again the first pivot position. The distance between the safety shaft and trigger is thus increased. The spacer element then resumes its basic position by virtue of its spring properties, for example by sliding out of the recess of the second width and moving back axially. The spring force causes the spacer element to leave the axial position in the restricted area, in which it has previously been displaced. As a result, it is preferably outside the recess between the solid shaft portion and the trigger. The handgun is safely transferred to the secured tensioned state.

[0020]

A significant advantage of the trigger guard according to the invention is that the handgun can be brought into a secure state even in severed weapon position. This allows a safe failure of the handgun even in a Zündversagen. It is also advantageous that the handgun remains capable of firing even if the trigger guard is defective.

The spacer element serves to maintain a distance and therefore forms a spacer. The spacer element is preferably formed by a movable leg, wherein a cross section of the leg determines the distance to be held. The cross section of the leg is preferably circular, so that the diameter of the cross section is equal to the distance to be held. The spacer element is preferably pivotable, so that the mobility is formed by a pivoting. The spacer element is preferably pivotable about a first axis and about a second axis perpendicular to the first axis, the first axis being perpendicular to the first axis Axis of the safety shaft and is arranged perpendicular to the extension direction of the trigger lever, while the second axis is arranged parallel to the axis of the safety shaft. The spring-loaded spacer element is loaded by a spring force, which preferably acts only pivoting about the first axis.

Preferably, the spacer element is formed by a spring element.

In preferred embodiments of the trigger guard according to the invention, the spacer element is formed by a leg of a leg spring. In a preferred variant, the leg spring is U-shaped designed with at least two legs. The leg spring can be purchased inexpensively as a standard commercial part. High production costs for special items are not necessary for the execution of the invention. The leg spring is easy to assemble and can be exchanged quickly and easily in case of breakage.

In principle, the at least one spacer element may be part of a spring or be loaded by an additional spring.

[0025]

The spacer element or the spring element is preferably made of a spring steel wire, a stainless steel wire or a galvanized spring steel wire. Spring materials of this type are among the commercially available spring materials and can be easily taken into account in the selection process.

In a further advantageous embodiment, the safety shaft and the spacer element, based on the Use of the weapon, located above the trigger. In this case, the safety shaft and the spacer element are arranged on the, a beat lever opposite end of the trigger.

The spacer element or the spacer elements are moved axially when changing the backup shaft from its firing position in the securing position by the spiral-shaped recess or by the spiral-shaped portion of the recess over a region of the trigger, which is preferably flat, so that an equal distance from the axis the backup shaft is guaranteed. However, in alternative preferred embodiments, this area of the trigger lever may have different heights, especially in the stopband area.

It is advantageous to arrange the safety shaft at right angles to the longitudinal direction of the trigger. The safety shaft is shorter dimensioned and thus lower weight, and the operating lever is placed close to the handgun, which allows a good handling of the handgun, since no weapons parts protrude from the handgun.

In embodiments in which the spacer elements are formed by the legs of a U-shaped leg spring, the solid shaft portion of the safety shaft is preferably wedge-shaped by the two axially adjacent spiral-shaped recess or by the two spirally formed portions of the recesses. By this shape, a safe entrainment of the two legs is achieved in the axial displacement of the spacer elements.

[0030]

Particularly preferably, the control cam and the spacer element are each formed in pairs. In this case, the two spacer elements are preferably formed by the two legs of a U-shaped leg spring. The double guide of the two legs secures the function of the trigger guard additionally. The two legs are each by one of the two cams, d. H. passed through one of the two recesses. The cams are preferably mirror-symmetrical to each other. By changing the safety shaft from its firing position in its securing position, the two legs of the U-shaped leg spring against their spring force are preferably apart by the two spirally formed recesses or by the two spirally formed portions of the recesses, d. H. pushed away from each other.

In an advantageous embodiment, the safety shaft made of metal or plastic. Metal designs can be designed to be more wear-resistant, even by suitable surface treatment, while plastic embodiments have a lower weight and can be produced inexpensively, for example by an injection molding process. Depending on the application, the

appropriate material can be selected.

The trigger lever of a trigger unit according to the invention may optionally comprise individual components, such as a trigger bar, a trigger sheet and a trigger blade. The withdrawal unit according to the invention is equipped with the trigger safety according to the invention.

In a further embodiment, it has proved to be favorable to design the trigger with at least one hold-down element. The hold-down element secures the position the spacer element on the trigger and prevents the spacer element lifts in an unfavorable position from the trigger. Inasmuch as two of the spacer elements are given as limbs of a U-shaped leg spring, two of the hold-down elements are preferably formed, which are each arranged on one side of the trigger lever.

In another possible embodiment, a tunnel-shaped hold-down may be formed, through which the legs of the U-shaped leg spring are inserted. Such a design ensures the leg position even in the event of breakage of the leg spring. There is thus the possibility that at least one of the two legs of the leg spring remains functional and the handgun continues to be fully functional usable.

The actuating lever is preferably made of a metal or a plastic. Plastic versions have a lower weight and are, as the backup shaft cost, for example by injection molding, produced. Operating levers made of metal are, even by possible suitable surface treatment, wear-resistant than plastic and can have a higher breaking strength. Especially in military use, in which to be expected with rustic environmental and handling conditions, the metal version may be beneficial. [0035]

The handgun according to the invention comprises the trigger guard according to the invention, in particular as a component of the trigger unit according to the invention. The handgun according to the invention preferably comprises preferred embodiments of the trigger guard according to the invention. Also, the inventive Handgun prefers such features, which are described in connection with the trigger safety according to the invention. The handgun according to the invention is preferably formed by a semi-automatic long weapon.

Fig. 1:
eine Abzugseinheit in einer ersten perspektivischen Ansicht in einer entspannten ungesicherten Waffenstellung mit einer erfindungsgemäßen Abzugssicherung;

Fig. 2:
die Abzugseinheit gemäß Fig. 1 in einer Seitenansicht;

Fig. 3:
die Abzugseinheit gemäß Fig. 1 in einer zweiten perspektivischen Ansicht in einer entspannten gesicherten Waffenstellung;

Fig. 4:
die Abzugseinheit gemäß Fig. 3 in einer Seitenansicht;

Fig. 5:
die in Fig. 1 gezeigte Abzugssicherung in einer perspektivischen Ansicht in ungesicherter Waffenstellung;

Fig. 6:
die in Fig. 1 gezeigte Abzugssicherung in einer perspektivischen Ansicht in gesicherter Waffenstellung;

Fig. 7:
die Abzugseinheit gemäß Fig. 3 in einer perspektivischen Ansicht mit Darstellung eines axial verdrängten Federelements;

Fig. 8:
die in Fig. 7 gezeigte Abzugseinheit in einer perspektivischen Ansicht in gespannter und gesicherter Waffenstellung mit dem Federelement in nicht verdrängtem Zustand; und

Fig. 9:
die in Fig. 7 gezeigte Abzugseinheit in einer seitlichen Ansicht in gespannter und entsicherter Waffenstellung.

Further details of the invention will become apparent from the following description of the preferred embodiment, with reference to the drawing. Show it:

Fig. 1:
a trigger unit in a first perspective view in a relaxed unsecured weapon position with a trigger guard according to the invention;

Fig. 2:
the deduction unit according to Fig. 1 in a side view;

3:
the deduction unit according to Fig. 1 in a second perspective view in a relaxed secure weapon position;

4:
the deduction unit according to Fig. 3 in a side view;

Fig. 5:
in the Fig. 1 shown trigger guard in a perspective view in unsecured weapons position;

Fig. 6:
in the Fig. 1 shown trigger guard in a perspective view in secured weapon position;

Fig. 7:
the deduction unit according to Fig. 3 in a perspective view showing an axially displaced spring element;

Fig. 8:
in the Fig. 7 shown trigger unit in a perspective view in cocked and secured weapon position with the spring element in non-displaced state; and

Fig. 9:
in the Fig. 7 shown trigger unit in a side view in cocked and unlocked weapon position.

Fig. 1 and Fig. 2 show a preferred embodiment of a trigger guard 01 according to the invention for firearms, especially for long guns, with a spacer spring element 02 in a trigger unit 03. Fig. 1 represents the trigger unit 03 in a perspective view. Fig. 2 shows the trigger unit 03 complementary from a side view. The trigger guard 01 shows a safety shaft 04 with an actuating lever 10 with which the safety shaft 04 is rotatable. The operating lever 10 is pivotable between its positions back and forth. The withdrawal unit 03 is shown in a relaxed unsecured weapons position. The safety shaft 04 has two mirror-symmetrically equal-sized control cams 05, which rotate in the form of recesses 11, the safety shaft 04, each with a spirally formed peripheral portion. The control cams 05 rotate mirrored against one another the securing shaft 04. An axial section of the securing shaft 04, which is arranged between the axial sections of the recesses 11, is formed as a solid shaft 12. Each of the two recesses 11 has two depths and two widths.

Fig. 1 and Fig. 2 each further show a trigger 13, which is pivotable about a trigger axis 14, a breaker 19 and a pivotable hammer 20. The trigger 13 is in a first pivot position, which corresponds to the relaxed weapon position. The actuating lever 10 and the safety shaft 04 are in a first rotational position corresponding to the unsecured weapon position, ie a firing position or firing position of the firearm. In use position of the weapon, the safety shaft 04 is above the trigger 13 and the spring element 02. It is arranged transversely to the longitudinal direction of the trigger 13 and is located at the end of the trigger 13, which is opposite to the hammer 20.

The spacer spring element 02, which is formed in this preferred embodiment as a U-shaped leg spring with two spring legs, lies in the longitudinal direction of the trigger 13 on the trigger 13. The spring element 02 is at the end to which the two spring legs are connected, between the trigger 13 and the breaker 19, and spaced in the direction of the securing shaft 04 to the trigger axis 14, pivotally mounted. The other end of the spring element 02 is disposed between the safety shaft 04 and the trigger 13, where it forms a spacer between the safety shaft 04 and the trigger 13. In this illustration, it is in a relaxed spring position. In this position, the safety shaft 04 is a first common portion 21 (shown in FIG Fig. 6 ) of the recesses 11 with a first depth and a first width above the spring element 02nd [0040]

The spring legs of the spring element 02 equalize a partial distance between the safety shaft 04 and the trigger 13, wherein the trigger 13 is actuated, since a withdrawal distance remains.

FIG. 3 and FIG. 4 show the trigger unit 03 from the Fig. 1 and 2 in a relaxed and secure weapon position. Fig. 3 shows the trigger unit 03 in a perspective view, while Fig. 4 the withdrawal unit 03 from Fig. 3 additionally shows in a side view. Compared to Fig. 1 and Fig. 2 are the operating lever 10 and the safety shaft 04 in the second rotational position corresponding to the secured weapon position, ie a securing position of the firearm. In this position of the safety shaft 04, the spring legs of the spring element 02 are each in a second section 22 (shown in FIG 5 ) of the recesses 11, which has a second depth and a second width. The second depth corresponds to a larger diameter of the safety shaft 04 than the diameter of the first depth. The spring element 02 is guided during the rotation of the safety shaft 04 in the recess 11 and displaced in the direction of the trigger lever 13 and in the axial direction relative to the safety shaft 04 in a cocked spring position. The displaced spring element 02 equalizes the distance between the safety shaft 04 and the trigger 13, wherein no withdrawal distance remains. The trigger 13 is thus not pivotable and secured the firearm.

Complementary shows Fig. 7 the trigger unit 03 in a relaxed secure weapon condition and represents the spring element 02 in the axial displacement position, with its spring legs in each case in one of the two second sections 22 (shown in Fig. 5 ) of the recesses 11 sits. Furthermore, in Fig. 7 two hold-down elements 23 are shown, which prevent the spring legs of the spring element 02 from lifting off the trigger 13.

It was in addition to Fig. 5 which shows the two second sections 22 of the recesses 11 in a position of the safety shaft 04, which corresponds to an unsecured weapon position. The operating lever 10 is in the first rotational position.

[0045]

Fig. 8 shows the trigger unit 03 in cocked and secured weapons position. The trigger 13 is in a second pivot position. The distance between the safety shaft 04 and the trigger 13 is increased compared to the first pivot position of the trigger lever 13 in relaxed weapon condition, whereby the spring legs of the spring element 02 in the direction of their spring force from the second sections 22 (shown in FIG Fig. 5 ) of the recesses 11 could move out and move towards each other. The hammer 20 is in its cocked position. The safety shaft 04 is rotated in the securing position. In use of the firearm, the portion of the solid shaft 12 is above the spring legs of the relaxed spring element 02 and equalizes together with the spring legs of the spring element 02, the distance between the safety shaft 04 and the trigger 13, with no deduction distance remains. The trigger 13 is blocked and can not be operated. The weapon is secured.

Fig. 9 shows the trigger unit 03 in cocked and unlocked weapon position. The trigger 13 is still in the second pivot position. The hammer 20 is located continue in his tense position. The safety shaft 04 is rotated in the firing position.

The recesses 11 are facing the spring element 02 with their first section 21, so that the spring element 02 only compensates for a first part of a distance between the safety shaft 04 and the trigger 13 and a withdrawal distance 15 remains. Thus, the trigger 13 can be pivoted to trigger a shot, whereby the hammer 20 leaves its cocked position.

## LIST OF REFERENCE NUMBERS

| 01 | safety catch |
| 02 | distance-retaining spring element |
| 03 | off unit |
| 04 | safety shaft |
| 05 | cam |
| 06 | - |
| 07 | - |
| 08 | - |
| 09 | - |
| 10 | actuating lever |
| 11 | recess |
| 12 | Solid shaft |
| 13 | sear |
| 14 | trigger axis |
| 15 | withdrawal distance |
| 16 | - |
| 17 | - |
| 18 | - |
| 19 | breaker |
| 20 | hammer |
| 21 | first section |
| 22 | second subsection |
| 23 | Down member |

## Patent Citations (7)

| Publication number | Priority date | Publication date | Assignee | Title |
| --- | --- | --- | --- | --- |

| Publication number | Priority date | Publication date | Assignee | Title |
|---|---|---|---|---|
| Family To Family Citations | | | | |
| GB1050054A * | 1964-09-28 | 1900-01-01 | | |
| US3258871A * | 1965-08-04 | 1966-07-05 | Noble Mfg Co Inc | Key operated safety for firearms |
| US6880281B1 * | 2002-03-13 | 2005-04-19 | Jeffrey George Orr | Adjustable trigger stop |
| DE102006048436B4 * | 2006-08-03 | 2008-07-17 | Heckler & Koch Gmbh | Two-way vent with pressure point |
| DE102007004588B3 * | 2007-01-30 | 2008-07-24 | Heckler & Koch Gmbh | Control element for impact lever of weapon moving around swivel axis, has control cam area, which is adjacent to control cam section in turn direction in adjustable manner |
| DE202007004747U1 * | 2007-03-29 | 2007-06-28 | Voere-Kgh M.B.H. | Firearm safety system moves the whole firing mechanism by an external slide so that, in the safe setting, it is displaced so that the striker cannot reach the firing pin even with a tensed striker spring |
| DE202011004556U1 * | 2011-03-30 | 2012-07-04 | Sig Sauer Gmbh | Trigger device for a handgun |

\* Cited by examiner, † Cited by third party

## Non-Patent Citations (1)

| Title |
|---|
| None * |

\* Cited by examiner, † Cited by third party

## Cited By (13)

| Publication number | Priority date | Publication date | Assignee | Title |
|---|---|---|---|---|
| USD849869S1 | 2018-01-03 | 2019-05-28 | Magpul Industries Corp. | Folding gun |
| US10900741B2 | 2017-12-27 | 2021-01-26 | Magpul Industries Corp. | Foldable firearm |
| EP3839408A1 | 2019-12-17 | 2021-06-23 | Glock Technology GmbH | Extraction unit for a firearm |
| US11724003B2 | 2022-01-10 | 2023-08-15 | Abc Ip, Llc | Firearm trigger mechanism |
| US12038247B2 | 2022-09-08 | 2024-07-16 | Abc Ip, Llc | Firearm trigger mechanism |
| US12169105B1 | 2023-06-29 | 2024-12-17 | Abc Ip, Llc | Firearm semiautomatic trigger mechanism |
| USD1069016S1 | 2021-06-02 | 2025-04-01 | Magpul Industries Corp. | Folding gun |
| USD1085314S1 | 2021-12-20 | 2025-07-22 | Magpul Industries Corp. | Folding gun |
| US12480740B2 | 2017-12-27 | 2025-11-25 | Magpul Industries Corp. | Two-part folding trigger for a folding firearm |
| Family To Family Citations | | | | |
| US10837728B2 | 2018-02-20 | 2020-11-17 | Krl Holding Company, Inc. | Two-stage, drop-in trigger assembly |
| US10488134B2 | 2018-02-20 | 2019-11-26 | Krl Holding Company, Inc. | Two-stage, drop-in trigger assembly |
| IT201900007983A1 * | 2019-06-04 | 2020-12-04 | Benelli Armi Spa | RELEASE GROUP FOR WEAPON |
| CN110560305B * | 2019-08-02 | 2020-10-13 | 北京北机机电工业有限责任公司 | Mechanical unlocking automatic trigger device |

\* Cited by examiner, † Cited by third party, ‡ Family to family citation

## Similar Documents

| Publication | Publication Date | Title |
|---|---|---|
| EP2950033B1 | 2016-11-23 | Handgun and trigger lock for same |
| EP3839408A1 | 2021-06-23 | Extraction unit for a firearm |
| EP3372942B1 | 2020-04-29 | Lockable self-loading handgun |
| EP1181495B1 | 2004-09-22 | Hand firearm with safety device for a tensioning element |
| EP4224106A1 | 2023-08-09 | Repeater |

| Publication | Publication Date | Title |
|---|---|---|
| EP0869326B1 | 2001-09-05 | Breech bolt locking for portable firearm |
| EP2577219B1 | 2014-07-23 | Re-securing element for a rocker-arm detonator |
| DE102012112235A1 | 2014-06-12 | Handgun |
| EP1472501B1 | 2005-04-13 | Trigger mechanism for small arms |
| DE2812732A1 | 1979-06-28 | LATCH FOR AUTOMATIC GUNS |
| EP0803698B1 | 2004-04-21 | Automatic small-arm |
| EP0437736B1 | 1996-11-06 | Demountable breech unit for a rifle |
| DE102018114381B4 | 2020-12-17 | Repeating rifle |
| EP4224105A1 | 2023-08-09 | Trigger device of a handgun |
| EP3869142B1 | 2023-10-04 | Firearm |
| AT515918B1 | 2016-01-15 | DEFLECTION DEVICE FOR A SEMI-AUTOMATIC HAND FIREARM |
| EP4028708B1 | 2023-08-30 | Lock system |
| DE102019109566A1 | 2020-10-15 | Handgun |
| DE19610575C3 | 2002-02-28 | Drop barrel rifle with ejector device |
| DE102022134829B3 | 2023-12-21 | Trigger system of a firearm |
| EP3885692B1 | 2024-07-10 | Gun with breech |
| DE60004740T2 | 2004-03-25 | Firing device for gun by the blow of an igniter |
| EP3690381B1 | 2022-06-15 | Firearm with repeating function |
| DE202022100685U1 | 2023-05-11 | Trigger mechanism of a handgun |
| DE202022100686U1 | 2023-05-10 | bolt action rifle |

## Priority And Related Applications

### Priority Applications (1)

| Application | Priority date | Filing date | Title |
|---|---|---|---|
| PL15169105T | 2014-05-30 | 2015-05-26 | Handgun and trigger lock for same |

### Applications Claiming Priority (1)

| Application | Filing date | Title |
|---|---|---|
| DE201410107620 | 2014-05-30 | Handgun and trigger safety for this |

### Legal Events

| Date | Code | Title | Description |
|---|---|---|---|
| 2015-12-02 | AK | Designated contracting states | **Kind code of ref document**: A1<br><br>**Designated state(s)**: AL AT BE BG CH CY CZ DE DK EE ES FI FR GB GR HR HU IE IS IT LI LT LU LV MC MK MT N NO PL PT RO RS SE SI SK SM TR |
| 2015-12-02 | AX | Request for extension of the european patent | **Extension state**: BA ME |
| 2015-12-02 | PUAI | Public reference made under article 153(3) epc to a published international application that has entered the european phase | **Free format text**: ORIGINAL CODE: 0009012 |
| 2016-05-11 | 17P | Request for examination filed | **Effective date**: 20160331 |
| 2016-05-11 | RBV | Designated contracting states (corrected) | **Designated state(s)**: AL AT BE BG CH CY CZ DE DK EE ES FI FR GB GR HR HU IE IS IT LI LT LU LV MC MK MT N |

Case 4:26-cv-00370-ALM     Document 57-1     Filed 07/23/26     Page 24 of 29 PageID #: 1902

| Date | Code | Title | Description |
|------|------|-------|-------------|
| | | | NO PL PT RO RS SE SI SK S TR |
| 2016-08-21 | GRAP | Despatch of communication of intention to grant a patent | **Free format text**: ORIGINAL CODE: EPIDOSNIGR1 |
| 2016-08-24 | RIC1 | Information provided on ipc code assigned before grant | **Ipc**: F41A 17/46 20060101AFI20160718BH |
| 2016-09-14 | INTG | Intention to grant announced | **Effective date**: 20160822 |
| 2016-10-11 | GRAS | Grant fee paid | **Free format text**: ORIGINAL CODE: EPIDOSNIGR3 |
| 2016-10-21 | GRAA | (expected) grant | **Free format text**: ORIGINAL CODE: 0009210 |
| 2016-11-23 | AK | Designated contracting states | **Kind code of ref document** B1 |
| | | | **Designated state(s)**: AL AT BE BG CH CY CZ DE DK EE ES FI FR GB GR HR HU IE IS IT LI LT LU LV MC MK MT N NO PL PT RO RS SE SI SK SM TR |
| 2016-11-23 | REG | Reference to a national code | **Ref country code**: GB |
| | | | **Ref legal event code**: FG4D |
| | | | **Free format text**: NOT ENGLISH |
| 2016-11-30 | REG | Reference to a national code | **Ref country code**: CH |
| | | | **Ref legal event code**: EP |
| 2016-12-14 | REG | Reference to a national code | **Ref country code**: IE |
| | | | **Ref legal event code**: FG4D |
| | | | **Free format text**: LANGUAG OF EP DOCUMENT: GERMA |
| 2016-12-15 | REG | Reference to a national code | **Ref country code**: AT |
| | | | **Ref legal event code**: REF |
| | | | **Ref document number**: 848309 |
| | | | **Country of ref document**: A |
| | | | **Kind code of ref document** |
| | | | **Effective date**: 20161215 |
| 2017-01-05 | REG | Reference to a national code | **Ref country code**: DE |
| | | | **Ref legal event code**: R096 |
| | | | **Ref document number**: 502015000325 |
| | | | **Country of ref document**: D |
| 2017-01-31 | REG | Reference to a national code | **Ref country code**: CH |
| | | | **Ref legal event code**: NV |
| | | | **Representative=s name**: FREI PATENTANWALTSBUERO A CH |
| 2017-02-28 | PG25 | Lapsed in a contracting state [announced via postgrant information from national office to epo] | **Ref country code**: LV |
| | | | **Free format text**: LAPSE BECAUSE OF FAILURE TO SUBMIT A TRANSLATION C THE DESCRIPTION OR TO PAY THE FEE WITHIN THE PRESCRIBED TIME-LIMIT |
| | | | **Effective date**: 20161123 |

Case 4:26-cv-00370-ALM    Document 57-1    Filed 07/23/26    Page 25 of 29 PageID #: 1903

| Date | Code | Title | Description |
|---|---|---|---|
| 2017-03-01 | REG | Reference to a national code | **Ref country code**: PT<br><br>**Ref legal event code**: SC4A<br><br>**Ref document number**: 2950033<br><br>**Country of ref document**: F<br><br>**Date of ref document**: 20170301<br><br>**Kind code of ref document**<br><br>**Free format text**: AVAILABILITY OF NATIONA TRANSLATION<br><br>**Effective date**: 20170222 |
| 2017-03-27 | REG | Reference to a national code | **Ref country code**: LT<br><br>**Ref legal event code**: MG4I |
| 2017-03-29 | REG | Reference to a national code | **Ref country code**: NL<br><br>**Ref legal event code**: MP<br><br>**Effective date**: 20161123 |
| 2017-04-28 | PG25 | Lapsed in a contracting state [announced via postgrant information from national office to epo] | **Ref country code**: SE<br><br>**Free format text**: LAPSE BECAUSE OF FAILURE TO SUBMIT A TRANSLATION ( THE DESCRIPTION OR TO PAY THE FEE WITHIN THE PRESCRIBED TIME-LIMIT<br><br>**Effective date**: 20161123<br><br>**Ref country code**: LT<br><br>**Free format text**: LAPSE BECAUSE OF FAILURE TO SUBMIT A TRANSLATION ( THE DESCRIPTION OR TO PAY THE FEE WITHIN THE PRESCRIBED TIME-LIMIT<br><br>**Effective date**: 20161123<br><br>**Ref country code**: NL<br><br>**Free format text**: LAPSE BECAUSE OF FAILURE TO SUBMIT A TRANSLATION ( THE DESCRIPTION OR TO PAY THE FEE WITHIN THE PRESCRIBED TIME-LIMIT<br><br>**Effective date**: 20161123<br><br>**Ref country code**: NO<br><br>**Free format text**: LAPSE BECAUSE OF FAILURE TO SUBMIT A TRANSLATION ( THE DESCRIPTION OR TO PAY THE FEE WITHIN THE PRESCRIBED TIME-LIMIT<br><br>**Effective date**: 20170223 |
| 2017-05-22 | REG | Reference to a national code | **Ref country code**: FR<br><br>**Ref legal event code**: PLFP<br><br>**Year of fee payment**: 3 |
| 2017-05-31 | PG25 | Lapsed in a contracting state [announced via postgrant information from national office to epo] | **Ref country code**: HR<br><br>**Free format text**: LAPSE BECAUSE OF FAILURE TO SUBMIT A TRANSLATION ( THE DESCRIPTION OR TO PAY THE FEE WITHIN THE PRESCRIBED TIME-LIMIT<br><br>**Effective date**: 20161123<br><br>**Ref country code**: RS<br><br>**Free format text**: LAPSE BECAUSE OF FAILURE TO SUBMIT A TRANSLATION ( THE DESCRIPTION OR TO |

Case 4:26-cv-00370-ALM    Document 57-1    Filed 07/23/26    Page 26 of 29 PageID #: 1904

| Date | Code | Title | Description |
|------|------|-------|-------------|
| | | | PAY THE FEE WITHIN THE PRESCRIBED TIME-LIMIT |
| | | | **Effective date**: 20161123 |
| 2017-06-13 | REG | Reference to a national code | **Ref country code**: ES |
| | | | **Ref legal event code**: FG2A |
| | | | **Ref document number**: 2616560 |
| | | | **Country of ref document**: E |
| | | | **Kind code of ref document**: T3 |
| | | | **Effective date**: 20170613 |
| 2017-07-31 | PG25 | Lapsed in a contracting state [announced via postgrant information from national office to epo] | **Ref country code**: SK |
| | | | **Free format text**: LAPSE BECAUSE OF FAILURE TO SUBMIT A TRANSLATION OF THE DESCRIPTION OR TO PAY THE FEE WITHIN THE PRESCRIBED TIME-LIMIT |
| | | | **Effective date**: 20161123 |
| | | | **Ref country code**: RO |
| | | | **Free format text**: LAPSE BECAUSE OF FAILURE TO SUBMIT A TRANSLATION OF THE DESCRIPTION OR TO PAY THE FEE WITHIN THE PRESCRIBED TIME-LIMIT |
| | | | **Effective date**: 20161123 |
| | | | **Ref country code**: DK |
| | | | **Free format text**: LAPSE BECAUSE OF FAILURE TO SUBMIT A TRANSLATION OF THE DESCRIPTION OR TO PAY THE FEE WITHIN THE PRESCRIBED TIME-LIMIT |
| | | | **Effective date**: 20161123 |
| | | | **Ref country code**: EE |
| | | | **Free format text**: LAPSE BECAUSE OF FAILURE TO SUBMIT A TRANSLATION OF THE DESCRIPTION OR TO PAY THE FEE WITHIN THE PRESCRIBED TIME-LIMIT |
| | | | **Effective date**: 20161123 |
| 2017-07-31 | PGFP | Annual fee paid to national office [announced via postgrant information from national office to epo] | **Ref country code**: GR |
| | | | **Payment date**: 20170519 |
| | | | **Year of fee payment**: 3 |
| 2017-08-24 | REG | Reference to a national code | **Ref country code**: DE |
| | | | **Ref legal event code**: R097 |
| | | | **Ref document number**: 502015000325 |
| | | | **Country of ref document**: D |
| 2017-08-31 | PG25 | Lapsed in a contracting state [announced via postgrant information from national office to epo] | **Ref country code**: LU |
| | | | **Free format text**: LAPSE BECAUSE OF NON-PAYMENT OF DUE FEES |
| | | | **Effective date**: 20170531 |
| | | | **Ref country code**: BG |
| | | | **Free format text**: LAPSE BECAUSE OF FAILURE TO SUBMIT A TRANSLATION OF THE DESCRIPTION OR TO PAY THE FEE WITHIN THE PRESCRIBED TIME-LIMIT |
| | | | **Effective date**: 20170223 |
| | | | **Ref country code**: SM |

| Date | Code | Title | Description |
|------|------|-------|-------------|
| | | | **Free format text**: LAPSE BECAUSE OF FAILURE TO SUBMIT A TRANSLATION OF THE DESCRIPTION OR TO PAY THE FEE WITHIN THE PRESCRIBED TIME-LIMIT <br><br> **Effective date**: 20161123 |
| 2017-08-31 | PGFP | Annual fee paid to national office [announced via postgrant information from national office to epo] | **Ref country code**: ES <br><br> **Payment date**: 20170601 <br><br> **Year of fee payment**: 3 <br><br> **Ref country code**: PT <br><br> **Payment date**: 20170525 <br><br> **Year of fee payment**: 3 |
| 2017-09-29 | PLBE | No opposition filed within time limit | **Free format text**: ORIGINAL CODE: 0009261 |
| 2017-09-29 | STAA | Information on the status of an ep patent application or granted ep patent | **Free format text**: STATUS: NO OPPOSITION FILED WITHIN TIME LIMIT |
| 2017-11-01 | 26N | No opposition filed | **Effective date**: 20170824 |
| 2017-11-30 | PG25 | Lapsed in a contracting state [announced via postgrant information from national office to epo] | **Ref country code**: SI <br><br> **Free format text**: LAPSE BECAUSE OF FAILURE TO SUBMIT A TRANSLATION OF THE DESCRIPTION OR TO PAY THE FEE WITHIN THE PRESCRIBED TIME-LIMIT <br><br> **Effective date**: 20161123 |
| 2018-01-31 | PG25 | Lapsed in a contracting state [announced via postgrant information from national office to epo] | **Ref country code**: MC <br><br> **Free format text**: LAPSE BECAUSE OF FAILURE TO SUBMIT A TRANSLATION OF THE DESCRIPTION OR TO PAY THE FEE WITHIN THE PRESCRIBED TIME-LIMIT <br><br> **Effective date**: 20161123 |
| 2018-02-09 | REG | Reference to a national code | **Ref country code**: DE <br><br> **Ref legal event code**: R084 <br><br> **Ref document number**: 502015000325 <br><br> **Country of ref document**: D |
| 2018-02-21 | REG | Reference to a national code | **Ref country code**: IE <br><br> **Ref legal event code**: MM4 |
| 2018-03-30 | PG25 | Lapsed in a contracting state [announced via postgrant information from national office to epo] | **Ref country code**: LU <br><br> **Free format text**: LAPSE BECAUSE OF NON-PAYMENT OF DUE FEES <br><br> **Effective date**: 20170526 |
| 2018-04-30 | PG25 | Lapsed in a contracting state [announced via postgrant information from national office to epo] | **Ref country code**: IE <br><br> **Free format text**: LAPSE BECAUSE OF NON-PAYMENT OF DUE FEES <br><br> **Effective date**: 20170526 |
| 2018-05-22 | REG | Reference to a national code | **Ref country code**: FR <br><br> **Ref legal event code**: PLFP <br><br> **Year of fee payment**: 4 |

Case 4:26-cv-00370-ALM    Document 57-1    Filed 07/23/26    Page 28 of 29 PageID #: 1906

| Date | Code | Title | Description |
|------|------|-------|-------------|
| 2018-09-28 | PG25 | Lapsed in a contracting state [announced via postgrant information from national office to epo] | **Ref country code**: MT<br><br>**Free format text**: LAPSE BECAUSE OF FAILURE TO SUBMIT A TRANSLATION ( THE DESCRIPTION OR TO PAY THE FEE WITHIN THE PRESCRIBED TIME-LIMIT<br><br>**Effective date**: 20161123 |
| 2018-11-15 | REG | Reference to a national code | **Ref country code**: CH<br><br>**Ref legal event code**: PCAF<br><br>**Free format text**: NEW ADDRESS: POSTFACH, 803 ZUERICH (CH) |
| 2019-01-31 | PG25 | Lapsed in a contracting state [announced via postgrant information from national office to epo] | **Ref country code**: PT<br><br>**Free format text**: LAPSE BECAUSE OF NON-PAYMEN OF DUE FEES<br><br>**Effective date**: 20181126<br><br>**Ref country code**: GR<br><br>**Free format text**: LAPSE BECAUSE OF NON-PAYMEN OF DUE FEES<br><br>**Effective date**: 20181204 |
| 2019-06-28 | PG25 | Lapsed in a contracting state [announced via postgrant information from national office to epo] | **Ref country code**: HU<br><br>**Free format text**: LAPSE BECAUSE OF FAILURE TO SUBMIT A TRANSLATION ( THE DESCRIPTION OR TO PAY THE FEE WITHIN THE PRESCRIBED TIME-LIMIT; INVALID AB INITIO<br><br>**Effective date**: 20150526 |
| 2019-09-13 | REG | Reference to a national code | **Ref country code**: ES<br><br>**Ref legal event code**: FD2A<br><br>**Effective date**: 20190913 |
| 2019-10-31 | PG25 | Lapsed in a contracting state [announced via postgrant information from national office to epo] | **Ref country code**: CY<br><br>**Free format text**: LAPSE BECAUSE OF FAILURE TO SUBMIT A TRANSLATION ( THE DESCRIPTION OR TO PAY THE FEE WITHIN THE PRESCRIBED TIME-LIMIT<br><br>**Effective date**: 20161123<br><br>**Ref country code**: ES<br><br>**Free format text**: LAPSE BECAUSE OF NON-PAYMEN OF DUE FEES<br><br>**Effective date**: 20180527 |
| 2019-11-29 | PG25 | Lapsed in a contracting state [announced via postgrant information from national office to epo] | **Ref country code**: MK<br><br>**Free format text**: LAPSE BECAUSE OF FAILURE TO SUBMIT A TRANSLATION ( THE DESCRIPTION OR TO PAY THE FEE WITHIN THE PRESCRIBED TIME-LIMIT<br><br>**Effective date**: 20161123 |
| 2020-07-31 | PG25 | Lapsed in a contracting state [announced via postgrant information from national office to epo] | **Ref country code**: AL<br><br>**Free format text**: LAPSE BECAUSE OF FAILURE TO SUBMIT A TRANSLATION ( THE DESCRIPTION OR TO PAY THE FEE WITHIN THE PRESCRIBED TIME-LIMIT<br><br>**Effective date**: 20161123 |

| Date | Code | Title | Description |
|------|------|-------|-------------|
| | | | **Ref country code**: IS |
| | | | **Free format text**: LAPSE BECAUSE OF FAILURE TO SUBMIT A TRANSLATION OF THE DESCRIPTION OR TO PAY THE FEE WITHIN THE PRESCRIBED TIME-LIMIT |
| | | | **Effective date**: 20170323 |
| 2023-06-28 | P01 | Opt-out of the competence of the unified patent court (upc) registered | **Effective date**: 20230520 |
| 2025-04-25 | PGFP | Annual fee paid to national office [announced via postgrant information from national office to epo] | **Ref country code**: PL<br>**Payment date**: 20250328<br>**Year of fee payment**: 11 |
| 2025-07-08 | PGFP | Annual fee paid to national office [announced via postgrant information from national office to epo] | **Ref country code**: FI<br>**Payment date**: 20250520<br>**Year of fee payment**: 11 |
| 2025-07-09 | PGFP | Annual fee paid to national office [announced via postgrant information from national office to epo] | **Ref country code**: DE<br>**Payment date**: 20250422<br>**Year of fee payment**: 11 |
| 2025-07-10 | PGFP | Annual fee paid to national office [announced via postgrant information from national office to epo] | **Ref country code**: GB<br>**Payment date**: 20250522<br>**Year of fee payment**: 11 |
| 2025-07-15 | PGFP | Annual fee paid to national office [announced via postgrant information from national office to epo] | **Ref country code**: BE<br>**Payment date**: 20250520<br>**Year of fee payment**: 11<br>**Ref country code**: IT<br>**Payment date**: 20250530<br>**Year of fee payment**: 11 |
| 2025-07-18 | PGFP | Annual fee paid to national office [announced via postgrant information from national office to epo] | **Ref country code**: FR<br>**Payment date**: 20250523<br>**Year of fee payment**: 11 |
| 2025-07-23 | PGFP | Annual fee paid to national office [announced via postgrant information from national office to epo] | **Ref country code**: CH<br>**Payment date**: 20250601<br>**Year of fee payment**: 11 |
| 2025-07-24 | PGFP | Annual fee paid to national office [announced via postgrant information from national office to epo] | **Ref country code**: AT<br>**Payment date**: 20250519<br>**Year of fee payment**: 11 |
| 2025-07-25 | PGFP | Annual fee paid to national office [announced via postgrant information from national office to epo] | **Ref country code**: TR<br>**Payment date**: 20250516<br>**Year of fee payment**: 11 |
| 2025-07-28 | PGFP | Annual fee paid to national office [announced via postgrant information from national office to epo] | **Ref country code**: CZ<br>**Payment date**: 20250514<br>**Year of fee payment**: 11 |

Data provided by IFI CLAIMS Patent Services

About        Send Feedback        Public Datasets        Terms        Privacy Policy        Help