**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| RARE BREED TRIGGERS, INC., et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:26-CV-00370-ALM |
| | § | |
| AS DESIGNS, LLC, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER RE: "HOTLINE" HEARING PURSUANT TO LOCAL RULE CV-26(e)**

Participants:        Benjamin Christoff – Counsel for Plaintiffs
                           John Skeriotis – Counsel for Defendants

Date:                    Thursday, July 30, 2026

This case is assigned to United States Chief District Judge Amos L. Mazzant, III.

The Parties initiated a discovery hotline call pursuant to Local Rule CV-26(e) on July 30, 2026, during a deposition. The disputes brought to the court were related to the style and substance of objections, time limits for depositions, and production of certain information. The undersigned immediately conducted a telephonic hearing and heard arguments from both Parties.

As the hotline call progressed, the Parties were able to resolve their disputes on the record. There was nothing further for the court to consider.

**IT IS SO ORDERED**.

**SIGNED this 30th day of July, 2026.**

_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE