**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **MOHAMMED GHAITH ABAS,** *also* ***known as* MHD ABAS** | § § § | |
| **VS.** | § § | **CIVIL ACTION NO. 4:26cv875** |
| **DIRECTOR, TDCJ-CID** | § § | |

## ORDER

*Pro se* Petitioner Mohammed Ghaith Abas, also known as MHD Abas, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition was referred to the undersigned United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case pursuant to 28 U.S.C. § 636 and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to the United States Magistrate Judge.

A review of the case shows that Petitioner has neither paid the requisite filing fee of $5.00 nor submitted an application to proceed *in forma pauperis*. Petitioner must either submit the filing fee or be permitted to proceed *in forma pauperis* before continuing with the case.

It is accordingly **ORDERED** that the Clerk of Court send Petitioner the form application for prisoners to proceed *in forma pauperis* along with this Order.

It is further **ORDERED** that Petitioner has thirty (30) days from the receipt of this Order to either pay the $5.00 filing fee or submit an application to proceed *in forma pauperis*, together with a certified *in forma pauperis* data sheet reflecting Petitioner's last six months of financial activity from the inmate trust account.

Petitioner is cautioned that failure to comply with this Order may result in the dismissal of the case for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

1

2

**SIGNED this 30th day of July, 2026.**


_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE