# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| RARE BREED TRIGGERS, INC., et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:26-CV-00370-ALM |
| | § | |
| AS DESIGNS, LLC, et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER RE: "HOTLINE" HEARING PURSUANT TO LOCAL RULE CV-26(e)

Participants:  Benjamin Christoff – Counsel for Plaintiffs
      John Skeriotis – Counsel for Defendants

Date:     Thursday, July 30, 2026

This case is assigned to United States Chief District Judge Amos L. Mazzant, III.

The Parties initiated a discovery hotline call pursuant to Local Rule CV-26(e) on July 30, 2026, during a deposition. The dispute related to the designation of one witness as a corporate representative and, separately, as a fact witness and whether the deposition should produce one or two transcripts. The undersigned immediately conducted a telephonic hearing and heard arguments from the Parties.

The court found that the deposition should be produced in two transcripts: one for the witness as a corporate representative and one for the witness as a fact witness. This court's ruling should only be interpreted to govern the July 30, 2026, deposition of Matthew S. Karlovic.

**IT IS SO ORDERED**.

**SIGNED this 30th day of July, 2026.**

AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE