# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

|  |  |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., | Civil Action No. 4:26-cv-00370-ALM |
|      Plaintiffs, |  |
|  v. |  |
| AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo," |  |
|      Defendants. |  |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO EXCEED PAGE LIMITATION**

Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc. (collectively, "Rare Breed") respectfully move for leave to file a 15-page reply in support of its Motion for Preliminary Injunction ("PI Motion"). Defendants AS Designs, et al. (collectively, "AS Designs") do not oppose.

Good cause exists for Plaintiffs' reply in support of their PI Motion to exceed the standard 5-page limit for non-dispositive motions. Rare Breed seeks a preliminary injunction in a multi-patent case involving four (4) asserted patents, two (2) accused products, approximately twenty-six (26) asserted claims, infringement and validity issues, disputed inventorship of U.S. Patent No. 12,529,538, expert declarations, expedited written discovery, and issues concerning (a) likelihood of success, (b) irreparable harm, (c) balance of equities, (d) public interest, and (e) bond.

Due to the vast amount of issues involved, AS Designs' Motion for Leave to Exceed Page Limitation (Dkt. 48) was granted, this Court finding that good cause existed to increase AS Designs' page limitation for their Opposition from the standard fifteen (15) pages to thirty (30) pages to allow AS Designs to "respond meaningfully" and "accommodate briefing of th[is] scope." Dkt. 48 at 1–2; Dkt. 59.

Five pages cannot fairly accommodate a reply to a 30-page Opposition, especially where the reply must meaningfully address various issues such as claim scope, infringement, validity, inventorship, induced infringement, contributory infringement, irreparable harm, causal nexus, market definition, lost sales, price erosion, reputational harm, loss of goodwill, encouragement of other infringers, balance of equities, public interest, and bond. Plaintiffs must also discuss expert evidence concerning technical infringement and commercial or damages-related issues.

The parties have conferred, and Defendants do not oppose the requested relief. Plaintiffs respectfully request that the Court enlarge the page limit for Plaintiffs' reply in support of their

1

Motion for Preliminary Injunction from five (5) pages to fifteen (15) pages. A proposed order is submitted herewith.

DATED: August 6, 2026                    Respectfully submitted,

                                         /s/ Matthew A. Colvin
                                         Matthew A. Colvin
                                         Texas Bar No. 24087331
                                         Carl E. Bruce
                                         Texas Bar No. 24036278
                                         **FISH & RICHARDSON P.C.**
                                         1717 Main Street, Suite 5000
                                         Dallas, TX 75201
                                         E-mail: colvin@fr.com
                                                 bruce@fr.com
                                         Tel: (214) 747-5070
                                         Fax: (214) 747-2091

                                         Benjamin J. Christoff
                                         DC Bar No. 1025635)
                                         **FISH & RICHARDSON P.C.**
                                         1000 Maine Avenue SW, Suite 1000
                                         Washington, DC 20024
                                         E-mail: christoff@fr.com
                                         Tel: (202) 783-5070
                                         Fax: (202) 783-2331

                                         Glenn D. Bellamy (admitted *pro hac vice*)
                                         **WOOD HERRON & EVANS LLP**
                                         600 Vine Street, Suite 2800
                                         Cincinnati, OH 45202
                                         E-mail: gbellamy@whe-law.com
                                         Tel: (513) 707-0243
                                         Fax: (513) 241-6234

2

Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
E-mail: melissa@gillamsmithlaw.com

Attorneys for Plaintiffs
ABC IP, LLC and Rare Breed Triggers, Inc.

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 6, 2026 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Matthew A. Colvin*
Matthew A. Colvin

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rules CV-7(h) and (i), counsel for the parties met and conferred on August 5, 2026. Benjamin Christoff attended for Plaintiffs. John Skeriotis and Sergey Vernyuk attended for Defendants.  The parties discussed their positions on this motion. Counsel for Defendants indicated that they do not oppose this motion.

*/s/ Matthew A. Colvin*
Matthew A. Colvin

4