## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| In Re: Rare Breed Triggers Patent Litigation | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>     Plaintiffs,<br><br>v.<br><br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo,"<br><br>     Defendants. | Civil Action No. 4:26-cv-00370-ALM |

**PROPOSED ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

The Court having considered Plaintiffs' Unopposed Motion for Leave to Exceed Page Limitation ("Motion"), and noting it is unopposed,

IT IS ORDERED that Plaintiffs' Motion is hereby GRANTED;

IT IS FURTHER ORDERED that the page limit for Plaintiffs' Reply in support of their Motion for Preliminary Injunction is hereby increased from five (5) pages to fifteen (15) pages;

**IT IS SO ORDERED.**

1