**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo,"<br><br>    Defendants. | Civil Action No. 4:26-cv-00370-ALM |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiffs ABC IP, LLC ("ABC") and Rare Breed Triggers, Inc. ("Rare Breed") (collectively, "Plaintiffs") submit this Motion to File Plaintiffs' Reply in Support of their Motion for Preliminary Injunction ("Reply") and Supporting Declarations of Richard Eichmann and Matthew Colvin ("Supporting Declarations") Under Seal. Plaintiffs have met and conferred with counsel for AS Designs, LLC, Matthew S. Karlovic, Calvin Olson, and John Doe (collectively "Defendants") and Defendants do not oppose. Plaintiffs state the following:

1.      The Supreme Court has recognized the existence of a "general right to inspect and copy public records and documents, including judicial records and documents." *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978); *see Bradley on behalf of AJW v. Ackal*, 954 F.3d 216,

1

224 (5th Cir. 2020) ("The public has a common law right to inspect and copy judicial records.") (internal quotes omitted).

2.      However, "'the right to inspect and copy judicial records is not absolute,'. . . and the presumption in favor of public access to court records can be overcome in certain instances. For example, courts have denied public access to . . . 'sources of business information that might harm a litigant's competitive standing.'" *Erfindergemeinschaft Uropep GbR v. Eli Lilly & Co.*, No. 2:15-cv-1202-WCB, 2017 WL 434207, at *1 (E.D. Tex. Feb. 1, 2017) (quoting *Nixon*, 435 U.S. at 598).

3.      For instance, courts in this and other districts have granted motions to seal where the sealed information relates to a party's revenues, license agreements, and other information that would otherwise put the party at a "competitive disadvantage." *Id.* at *2 (granting motion to seal revenues and license agreements); *Mylan Institutional LLC v. Aurobindo Pharma Ltd.*, No. 2:16-cv-00491-RWS-RSP, Dkt. No. 22 (E.D. Tex. June 10, 2016) (granting motion to seal Plaintiffs' preliminary injunction motion and accompanying declarations); *Boehringer Ingelheim Pharma GMBH & Co. KG v. Mylan Pharm., Inc.*, No. 14-cv-4727 NLH/KMW, 2015 WL 1816473, at *2 (D.N.J. Apr. 22, 2015) (granting motion to seal because "the information relating to MPI's and Mylan Inc.'s sales and revenue is confidential and proprietary, and MPI and Mylan Inc. would suffer serious commercial injury if such information became available to the public").

4.      Plaintiffs' Reply and the Supporting Declarations contain information concerning the Defendants' financial and business data that they have designated confidential. In particular, the Declaration of Richard Eichmann (and Appendices 1 and 2 thereto), and Exhibits U-Z to Declaration of Matthew Colvin contain the following confidential information of the Defendants: financial information regarding revenue, costs, product losses, and confidential information

2

regarding AS Designs' dealer and supplier relationships and former and prospective customers. Plaintiffs' Reply relies on these Supporting Declarations and incorporates the aforementioned categories of confidential information throughout.

5.      As a Protective Order has not yet been entered, Plaintiffs respectfully move for leave to file their Reply in Support of their Motion for Preliminary Injunction and Supporting Declarations under seal.

DATED: August 6, 2026                    Respectfully submitted,

*/s/ Matthew A. Colvin*

Matthew A. Colvin
Texas Bar No. 24087331
Carl E. Bruce
Texas Bar No. 24036278
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
E-mail: colvin@fr.com
            bruce@fr.com
Tel: (214) 747-5070
Fax: (214) 747-2091

Benjamin J. Christoff
DC Bar No. 1025635
**FISH & RICHARDSON P.C.**
1000 Maine Avenue SW, Suite 1000
Washington, DC 20024
E-mail: christoff@fr.com
Tel: (202) 783-5070
Fax: (202) 783-2331

Glenn D. Bellamy (admitted *pro hac vice*)
**WOOD HERRON & EVANS LLP**
600 Vine Street, Suite 2800
Cincinnati OH 45202
Tel: (513) 707-0243
Fax: (513) 241-6234

Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
E-mail: melissa@gillamsmithlaw.com

*Attorneys for Plaintiffs*
*ABC IP, LLC and Rare Breed Triggers, Inc.*

4

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rules CV-7(h) and (i), counsel for the Plaintiffs met and conferred with counsel for Defendants on August 6, 2026.  The parties discussed their positions on this motion. Counsel for Defendants indicated that they do not oppose this motion.

/s/ Matthew A. Colvin
Matthew A. Colvin

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing

document has been served on August __, 2026, to all counsel of record via electronic mail.

/s/ DRAFT
Matthew A. Colvin