# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

|  |  |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| **ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation,**<br><br>    **Plaintiffs,**<br><br>    **v.**<br><br>**AS DESIGNS, LLC, a North Carolina limited liability company, and MATTHEW S. KARLOVIC, an individual, and CALVIN OLSON, an individual, and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo,"**<br><br>    **Defendants.** | Civil Action No. 4:26-cv-00370-ALM<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF BRIAN LUETTKE IN SUPPORT OF
PLAINTIFFS' REPLY IN SUPPORT OF
<u>MOTION FOR PRELIMINARY INJUNCTION</u>**

I, Brian Luettke, declare and state as follows:

## I.     Assignment

1.     I am over eighteen years of age and am competent to make these statements. On April 24, 2026, I submitted a declaration in support of Plaintiffs' Motion for Preliminary Injunction, which set forth my qualifications and experience, the materials I reviewed, my understanding of a person of ordinary skill in the art, and my opinions that the accused Super Safety and ARC-Fire products infringe the asserted claims of the '784, '247, '159, and '538 Patents. I incorporate that declaration by reference.

2.     I have reviewed AS Designs' Opposition to Plaintiffs' Motion for Preliminary Injunction and the Declaration of Dr. Batzer submitted in support of it, including the claim charts attached to that declaration as Exhibits 3, 4, and 5, which set forth Dr. Batzer's non-infringement positions as to the '784, '247, and '159 Patents, respectively.

3.     Counsel asked me to respond to those non-infringement positions. Attached to this declaration are three charts, each of which reproduces the asserted claim limitations, Dr. Batzer's stated position as to each limitation, and my reply, as Exhibit H ('784 Patent), Exhibit I ('247 Patent), and Exhibit J ('159 Patent). Each addresses both the Super Safety and the ARC-Fire.

4.     The opinions expressed in Exhibits H, I, and J are my own. They are based on my physical examination of the Super Safety and ARC-Fire components, my review of AS Designs' publicly available product documentation and installation instructions, the Asserted Patents, Dr. Batzer's declaration and the exhibits to it, and my training and experience with firearm trigger mechanisms. I incorporate Exhibits H, I, and J as though fully set forth in this declaration.

5.     Nothing in Dr. Batzer's declaration has changed the opinions I expressed in my April 24, 2026 declaration. It remains my opinion that, when assembled and used as intended and instructed, the Super Safety and the ARC-Fire infringe the asserted claims of the '784, '247, and '159 Patents.

1

6.      I reserve the right to supplement, amend, or modify the opinions expressed in this declaration based on additional information, discovery, claim construction proceedings, testing, or analysis that may become available, including but not limited to additional documents, deposition testimony, expert reports, or court rulings.

Under penalty of perjury, I declare that the foregoing statements and facts stated herein are true and correct to the best of my knowledge and belief.

Date: August 6, 2026

Respectfully submitted,

Brian Luettke