**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

|  |  |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>      Plaintiffs,<br><br>      v.<br><br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo,"<br><br>      Defendants. | Civil Action No. 4:26-cv-00370-ALM |

## <u>DECLARATION OF CAMERON SMITH</u>

1

I, Cameron Smith, declare as follows:

1.    I am over the age of eighteen and am competent to make this declaration. I make it based on my own personal knowledge, and if called upon to testify I could and would testify competently to the matters stated here.

2.    I reside in Wabash, Indiana.

3.    I am the named inventor of U.S. Patent No. 12,529,538, titled "Safety Mechanism for Firearm," which issued on January 20, 2026 from U.S. Patent Application No. 18/968,984, filed December 4, 2024. I refer to that patent as the '538 Patent.

4.    I am the inventor of the subject matter claimed in the '538 Patent. I conceived of that subject matter myself. Timothy Hoffman did not conceive of it, and he is not an inventor or a co-inventor of it.

5.    I have reviewed the declaration of Timothy Hoffman dated July 6, 2026 that has been submitted in this action. To the extent Mr. Hoffman states in that declaration that he conceived of the subject matter claimed in the '538 Patent, or that he is its inventor, those statements are false. They are also directly contrary to a written statement Mr. Hoffman himself signed on November 10, 2025, which I describe below.

6.    Attached as Exhibit 1 is a true and correct copy of a declaration I signed on October 31, 2025. It was submitted to the United States Patent and Trademark Office on November 10, 2025 during the prosecution of Application No. 18/968,984.

7.    I reviewed Exhibit 1 before I signed it.

8.    I understood when I signed Exhibit 1 that I was signing it under penalty of perjury, and I understood that it would be submitted to the Patent Office in support of my patent application. I signed it because I knew its contents to be true.

2

Docusign Envelope ID: 824FAA2D-AA70-8A1F-8247-AB55769766BA

9. On November 10, 2025, I met Timothy Hoffman in person at a restaurant located at 17 Main Street, Englewood, Tennessee.

10. Mr. Hoffman asked to meet with me because he wanted to obtain a license to my patent so that he could manufacture and sell the Super Safety.

11. We met at the restaurant that morning as arranged, and we sat together at a table.

12. Attached as Exhibit 2 is a true and correct copy of a document titled "Affidavit of Timothy Hoffman," which Mr. Hoffman signed during that meeting.

13. In Exhibit 2, Mr. Hoffman states that he personally knows me; that he has worked with me on ways to make my invention a more manufacturable design; that he is not the inventor or a co-inventor of the invention described in Application No. 18/968,984 and does not claim to be; and that I am the true and sole inventor of that invention.

14. Mr. Hoffman signed Exhibit 2 electronically, in my presence, while seated across the table from me.

15. Before he signed, Mr. Hoffman reviewed the document. I watched him read it.

16. I did not compel Mr. Hoffman to sign Exhibit 2. He signed it voluntarily.

17. The date line of Exhibit 2 reads, "Signed this 10 day of October, 2025." The reference to October is a typographical error. The document had been prepared in late October 2025, when an October signing was expected, and the printed month was not corrected when the meeting was set for the following month. The day of the month, "10," is correct. Mr. Hoffman signed Exhibit 2 on November 10, 2025, as the DocuSign records described below confirm.

18. Attached as Exhibit 3 is a true and correct copy of the DocuSign Certificate of Completion generated for Exhibit 2, bearing Envelope ID 2ECC3FB6-9576-485E-BAC2-26497FF40015.

3

Docusign Envelope ID: 824FAA2D-AA70-8A1F-8247-AB55769766BA

19.    Exhibit 3 identifies me as the originator of the envelope and as the in person signing host, and identifies Tim Hoffman as the in person signer. It records that Mr. Hoffman accepted the Electronic Record and Signature Disclosure before signing.

20.    The timestamps printed on Exhibit 3 are displayed in Pacific Time. The meeting took place in Englewood, Tennessee, which observes Eastern Time. Converted to Eastern Time, Exhibit 3 records that the envelope was created at 9:36 a.m., that it was sent and the disclosure accepted at 9:37 a.m., and that signing was completed at 10:19 a.m., all on November 10, 2025.

21.    Those times match my recollection of that morning and are consistent with my other records of it, as set out below.

22.    Attached as Exhibit 4 is a true and correct copy of a screenshot I captured on my mobile telephone at 10:27 a.m. on November 10, 2025, showing the text message conversation between Mr. Hoffman and me.

23.    The conversation appears in Exhibit 4 exactly as it appeared on my telephone. The messages in the darker bubbles were sent by Mr. Hoffman, from the number saved in my telephone under the contact name "Tim Hoffman New." The messages in the lighter bubbles were sent by me. I have not altered, edited, deleted from, or added anything to the conversation shown.

24.    The messages marked "Yesterday, 7:07 PM" are the messages Mr. Hoffman sent me on the evening of November 9, 2025, proposing the 8:00 a.m. meeting and giving me the restaurant's address. The message I sent at 10:24 a.m. was sent after Mr. Hoffman had signed Exhibit 2, and it refers to a follow up telephone call.

25.    Attached as Exhibit 5 is a true and correct copy of a photograph I took of Timothy Hoffman at our table at the restaurant on the morning of November 10, 2025. I took it myself, with my own mobile telephone.

4

Docusign Envelope ID: 824FAA2D-AA70-8A1F-8247-AB55769766BA

26.     I have not altered, edited, cropped, retouched, or otherwise modified the photograph at Exhibit 5, and it fairly and accurately depicts what I saw at the table that morning.

27.     Attached as Exhibit 6 is a true and correct copy of a screenshot showing the file details that my telephone records for the photograph at Exhibit 5. I opened the photograph in the gallery application on my telephone and captured the details displayed by the device.

28.     As shown in Exhibit 6, my telephone records that the photograph was taken on **Monday, November 10, 2025 at 8:13 a.m.**; that the file is named 20251110_081342.jpg; that it is stored in the device's camera folder at /Internal storage/DCIM/Camera; and that it was taken with a Galaxy S25 Ultra, which is my telephone. I did not create or alter that information. It was generated by the device.

29.     Each of the documents attached as Exhibits 1 through 6 is a true and correct copy of what it purports to be. Except where I have stated that a document was prepared by someone else, each is a record I created or that was created on my behalf, and each has been in my possession since it was made. I have not altered any of them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 6.00, 2026, in _____Flint_____, __MI___.

Signed by:

/s/     *Cameron Smith*
            0199E4976DA54BE...
Cameron Smith

**Docusign**

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 824FAA2D-AA70-8A1F-8247-AB55769766BA | | Status: Completed |
| Subject: Cameron Smith Declaration - Please review and Sign | | |
| Source Envelope: | | |
| Document Pages: 5 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 1 | Initials: 0 | Julia Kneen |
| AutoNav: Enabled | | kneen@fr.com |
| EnvelopeId Stamping: Enabled | | IP Address: 144.125.204.181 |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | |

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: Julia Kneen | Location: DocuSign |
| 8/6/2026 6:55:44 AM | kneen@fr.com | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Cameron Smith<br>sales.imsllc@outlook.com<br>Security Level: Email, Account Authentication (None) | *Signed by:*<br>*Cameron Smith*<br>0199E4976DA54BE...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address:<br>2607:fb90:8d00:148f:a531:f88f:93f6:37ad<br>Signed using mobile | Sent: 8/6/2026 6:58:40 AM<br>Viewed: 8/6/2026 11:00:15 AM<br>Signed: 8/6/2026 11:08:22 AM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via Docusign | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Megan O'Meara<br>omeara@fr.com<br>Security Level: Email, Account Authentication (None) | **COPIED** | Sent: 8/6/2026 6:58:41 AM<br>Viewed: 8/6/2026 8:59:43 AM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via Docusign | | |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 8/6/2026 6:58:41 AM |
| Certified Delivered | Security Checked | 8/6/2026 11:00:15 AM |
| Signing Complete | Security Checked | 8/6/2026 11:08:22 AM |
| Completed | Security Checked | 8/6/2026 11:08:22 AM |

| Payment Events | Status | Timestamps |
|---|---|---|