# EXHIBIT 1

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Serial No.          : 18/968,984
Title               : Safety Mechanism for Firearm

Filing Date         : December 4, 2024
Examiner            : Reginald S. Tillman, Jr.
Art Unit            : 3641
Inventor(s)         : Cameron Smith
Attorney Docket     : RARETRG-47US
Confirmation No.    : 9467

## <u>DECLARATION OF CAMERON SMITH</u>

I, Cameron Smith, state as follows:

1.      I am the inventor of the invention claimed in the above-identified application.

2.      Timothy Hoffman posted a video on YouTube on July 21, 2023, titled "Introducing the Super Safety" (https://www.youtube.com/watch?v=i1ADTvaYhY4) in which he disclosed my invention.

3.      Timothy Hoffman obtained the subject matter disclosed in this video directly from me.

4.      I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under

1

Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the subject application of any patent issued thereon.

Dated __10/31/2025_____.

_Cameron Smith_

_____

Cameron Smith



**Progress** | **RightSignature**

# SIGNATURE CERTIFICATE

## REFERENCE NUMBER
80A5E9E5-9EAE-40C6-8E76-9815E9CA979B

### TRANSACTION DETAILS

**Reference Number**
80A5E9E5-9EAE-40C6-8E76-9815E9CA979B

**Transaction Type**
Signature Request

**Sent At**
10/31/2025 05:16:11 PM EDT

**Executed At**
10/31/2025 05:23:42 PM EDT

**Identity Method**
email

**Distribution Method**
email

**Signed Checksum**
6a4379893536efc9db281cb48dd62e5ed88201b8657225d68068323caa37b793

**Signer Sequencing**
Disabled

**Document Passcode**
Disabled

### DOCUMENT DETAILS

**Document Name**
Declaration of Cameron Smith

**Filename**
Declaration_of_Cameron_Smith.pdf

**Pages**
2 pages

**Content Type**
application/pdf

**File Size**
20.5 KB

**Original Checksum**
f45131ad888686a0b64a8990ed76b2de633d269a01c920e748d46ca160821a5d

## SIGNERS

| SIGNER | E-SIGNATURE | EVENTS |
| --- | --- | --- |
| **Name**<br>Cameron Smith | **Status**<br>signed | **Viewed At**<br>10/31/2025 05:23:01 PM EDT |
| **Email**<br>sales.imsllc@outlook.com | **Multi-factor Digital Fingerprint Checksum**<br>4f53cda18c2baa0c0354bb5f9a3ecbe5ed12ab4d8e11ba873c2f11161202b945 | **Identity Authenticated At**<br>10/31/2025 05:23:42 PM EDT |
| **Components**<br>2 | **IP Address**<br>174.219.220.44 | **Signed At**<br>10/31/2025 05:23:42 PM EDT |
| | **Device**<br>Chrome Mobile via Android | |
| | **Typed Signature**<br>Cameron Smith | |
| | **Signature Reference ID**<br>8E585552 | |

## AUDITS

| TIMESTAMP | AUDIT |
| --- | --- |
| 10/31/2025 05:16:12 PM EDT | Glenn Bellamy (gbellamy@whe-law.com) created document 'Declaration_of_Cameron_Smith.pdf' on Chrome via Windows from 66.117.224.159. |
| 10/31/2025 05:16:12 PM EDT | Cameron Smith (sales.imsllc@outlook.com) was emailed a link to sign. |
| 10/31/2025 05:23:01 PM EDT | Cameron Smith (sales.imsllc@outlook.com) viewed the document on Chrome Mobile via Android from 174.219.220.44. |
| 10/31/2025 05:23:42 PM EDT | Cameron Smith (sales.imsllc@outlook.com) authenticated via email on Chrome Mobile via Android from 174.219.220.44. |
| 10/31/2025 05:23:42 PM EDT | Cameron Smith (sales.imsllc@outlook.com) signed the document on Chrome Mobile via Android from 174.219.220.44. |