# EXHIBIT 2

Docusign Envelope ID: 2EC63FB6-9576-485E-BAC2-264975F40015

**AFFIDAVT OF TIMOTHY HOFFMAN**

STATE OF TENNESSEE

COUNTY OF <u>    Monroe    </u>

1. My name is Timothy Hoffman.

2. I am over the age of 18.

3. I reside in the State of Tennessee.

4. I make these statements of my own personal knowledge and free will.

5. I personally know Cameron Smith of Wabash, Indiana, who is the named inventor for pending U.S. Patent Application No. 18/968,984, filed December 4, 2024, titled SAFETY MECHANISM FOR FIREARM ("the Patent Application").

6. I have worked with Mr. Smith on ways to make his invention a more manufacturable design.

7. I am not the inventor or a co-inventor of the invention described in the Patent Application and do not claim to be.

8. Cameron Smith is the true and sole inventor of the invention disclosed in the Patent Application.

Signed this <u>  10  </u> day of October, 2025:

Signed by:
*Tim Hoffman*
79AAE7E3BFF8411...
<u>                   </u>
Timothy Hoffman

      The foregoing instrument was acknowledged before me on this <u>  10  </u> day of October, 2025, by Timothy Hoffman.

(Notary Seal)        <u>                                 </u>

<u>                   </u>, Notary Public for the State of Tennessee

My commission expires: <u>             </u>