# EXHIBIT 4

 

← T Tim Hoffman New 📞 ⋮

Yesterday • 7:07 PM

How's <u>8 AM</u> for you?

I'm going to the Cafe in Englewood: <u>17 Main St, Englewood, TN 37329, United States</u>



Yes sir thatll work

Fantastic. See you in the morning.

7:36 AM

Yes sir, see ya then

10:24 AM

Ill call you Thursday afternoon, once I get the rest of the documents about the raid from laywer. Let me know if ya want me to use this nunber or the other one.

10:24 AM SMS

 Text message

