# EXHIBIT 6



**Remaster**　**Live effect**　**Background blur**

**Monday, November 10, 2025 · 8:13 AM**　　　　Edit

20251110_081342.jpg
/Internal storage/DCIM/Camera

**Galaxy S25 Ultra**
Ultra wide lens - 13mm
3.29 MB  |  3000x4000  |  12MP
ISO 250  |  13mm  |  0.0ev  |  F1.9  |  1/60 s

\# Add tag