**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>     Plaintiffs,<br><br>     v.<br><br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo,"<br><br>     Defendants. | Civil Action No. 4:26-cv-00370-ALM |

**DECLARATION OF MATTHEW A. COLVIN IN SUPPORT OF PLAINTIFFS' REPLY
<u>IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION</u>**

I, Matthew A. Colvin, declare as follows:

1.      My name is Matthew A. Colvin. I am a Principal at Fish & Richardson P.C.

2.      I make this declaration based on my personal, first-hand knowledge and on information I receive in the ordinary course of my work.

3.      Attached hereto as Exhibit U is a true and correct copy of excerpts from the Deposition Transcript of Matthew Karlovic, taken July 30, 2026.

4.      Attached hereto as Exhibit V is a true and correct copy of Karlovic Deposition Ex. 5, ASD 000046.

5.      Attached hereto as Exhibit W is a true and correct copy of Karlovic Deposition Ex. 11, ASD 000438.

6.      Attached hereto as Exhibit X is a true and correct copy of Karlovic Deposition Ex. 10, ASD 000002.

7.      Attached hereto as Exhibit Y is a true and correct copy of Karlovic Deposition Ex. 18, ASD 000218.

8.      Attached hereto as Exhibit Z is a true and correct copy of Karlovic Deposition Ex. 16, ASD 000311.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 6, 2026, in Dallas, Texas.

/s/ Matthew A. Colvin
Matthew A. Colvin

1