**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., | Civil Action No. 4:26-cv-00370-ALM |
| Plaintiffs, | |
| v. | |
| AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo," | |
| Defendants. | |

**<u>PROPOSED ORDER</u>**

Before the Court is Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc.'s Corrected Unopposed Motion to File Under Seal Plaintiffs' Reply in Support of their Motion for Preliminary Injunction and Supporting Declarations of Richard Eichmann and Matthew Colvin.

Having considered the Motion, and noting it is unopposed, the Motion is hereby GRANTED. It is therefore ORDERED that Plaintiffs' Reply in Support of their Motion for Preliminary Injunction; the Declaration of Richard Eichmann in support thereof and Appendices 1 and 2 thereto, and Exhibits U-Z to the Declaration of Matthew Colvin are permitted to be filed under seal.

1