# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

ABC IP, LLC, and RARE BREED
TRIGGERS, INC.,

        Plaintiffs,

        v.

AS DESIGNS, LLC, MATTHEW S.
KARLOVIC, CALVIN OLSON and JOHN
DOE, an individual using the alias "s3igu2"
and/or "Seagoo Threetwo,"

        Defendants.

CASE NO.: 4:26-CV-00370-ALM

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Melissa R. Smith of Gillam & Smith, LLP enters her appearance

on behalf of Plaintiffs ABC, IP, LLC, and Rare Breed Triggers, Inc. in this matter as additional

counsel.

Melissa R. Smith may receive all communications from the Court and from other parties

at Gillam & Smith, LLP, 303 South Washington Avenue, Marshall, Texas 75670; Telephone:

(903) 934-8450; Facsimile: (903) 934-9257; e-mail melissa@gillamsmithlaw.com.

Dated: August 13, 2026

Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Email:  melissa@gillamsmithlaw.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served today, August 13, 2026, with a copy of this document via the Court's CM/ECF system.

*/s/ Melissa R. Smith*
Melissa R. Smith

2