**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>         Plaintiffs,<br><br>  v.<br><br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo,"<br><br>         Defendants. | Civil Action No. 4:26-cv-00370-ALM |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO EXCEED PAGE LIMITATION**

The Court having considered Plaintiffs' Unopposed Motion for Leave to Exceed Page

Limitation ("Motion" - Dkt. #61), and noting it is unopposed,

IT IS ORDERED that Plaintiffs' Motion is hereby GRANTED;

IT IS FURTHER ORDERED that the page limit for Plaintiffs' Reply in support of their

Motion for Preliminary Injunction is hereby increased from five (5) pages to fifteen (15) pages;

**IT IS SO ORDERED.**

**SIGNED this 14th day of August, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE