# Appendix 2

Richard Eichmann
August 6, 2026

████████████████

**Materials Considered**

### Expert Reports

- Declaration of Brian Luettke in Support of Plaintiffs' Motion for Preliminary Injunction, April 24, 2026, and Exhibits.

- Declaration of Lawrence DeMonico in Support of Plaintiffs' Motion for Preliminary Injunction, April 24, 2026, and Exhibits.

- Declaration of Richard J. Eichmann in Support of Plaintiffs' Motion for Preliminary Injunction, April 24, 2026, and Appendices.

- Declaration of Eric J. Phillips in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction, July 4, 2026, and Exhibits.

- Declaration of Matthew S. Karlovic in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction, July 6, 2026, and Exhibits.

- Declaration of Matthew A. Colvin in Support of Plaintiffs' Motion for Preliminary Injunction, April 24, 2026, and Exhibits.

- Declaration of Sergey Vernyuk, July 8, 2026, and Exhibits.

- Declaration of Stephen A. Batzer, Ph.D., P.E., July 9, 2026, and Exhibits.

### Deposition

- Deposition of Matthew S. Karlovic, as Rule 30(b)(6) designee of AS Designs, LLC, July 30, 2026, and Exhibits.

- Deposition of Matthew S. Karlovic (Personal Capacity), July 30, 2026, and Exhibits.

- Deposition of Matthew S. Karlovic, as Rule 30(b)(6) designee of AS Designs, LLC, July 30, 2026, Exhibit 6—ASD 000046, amended reported-sales workbook.

- Deposition of Matthew S. Karlovic, as Rule 30(b)(6) designee of AS Designs, LLC, July 30, 2026, Exhibit 11—ASD 000438, website dealer-sales workbook.

### Legal Filings

- *ABC IP, LLC et al., v. AS Designs, LLC, et al.*, Plaintiffs' Motion for Preliminary Injunction, April 27, 2026, and Exhibits.

- *ABC IP, LLC et al., v. AS Designs, LLC, et al.*, Proposed Order Granting Plaintiffs' Motion for Preliminary Injunction, April 27, 2026.

- *Rare Breed Triggers, Inc.* et al., v. AS Designs, LLC et al., Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction, July 9, 2026, and Exhibits.

- *Rare Breed Triggers, Inc.* et al., v. AS Designs, LLC et al., Defendants' Objections and Answers to Plaintiffs' First Set of Interrogatories (Nos. 1-3), May 21, 2026.

- *Rare Breed Triggers, Inc. et al., v. AS Designs*, LLC et al., Defendants' Objections and Supplemental Answers to Plaintiffs' First Set of Interrogatories (Nos. 1-3), July 21, 2026.

### Literature

- Nagle, Thomas T. and Georg Müller, *The Strategy and Tactics of Pricing*, 6th ed. (New York: Routledge, 2018).

- Pindyck, Robert S., "Irreversibility, Uncertainty, and Investment," *Journal of Economic Literature* 29, no. 3 (1991): 1110-1148.

████████████

**Materials Considered**

**Bates**

- ASD 000001
- ASD 000002–000003
- ASD 000004–000006
- ASD 000007–000015
- ASD 000016–000035
- ASD 000036–000039
- ASD 000040–000045
- ASD 000046
- ASD 000047
- ASD 000048
- ASD 000049
- ASD 000050–000051
- ASD 000052
- ASD 000053
- ASD 000054–000055
- ASD 000056–000061
- ASD 000062–000065
- ASD 000066–000071
- ASD 000072–000075
- ASD 000076–000081
- ASD 000082–000085
- ASD 000086–000091
- ASD 000092–000097
- ASD 000098–000103
- ASD 000104–000109
- ASD 000110–000115
- ASD 000116–000121
- ASD 000122–000127
- ASD 000128–000133
- ASD 000134–000139
- ASD 000140–000145
- ASD 000146–000153
- ASD 000154–000159
- ASD 000160–000165
- ASD 000166–000171
- ASD 000172- 000173 (Calvin Olson Account Statement)
- ASD 000172- 000177 (████████ Account Statement)
- ASD 000174-000175 (Calvin Olson Account Statement)
- ASD 000176-000179 (Calvin Olson Account Statement)
- ASD 000178-000181 (████████ Account Statement)
- ASD 000180-000181 (Calvin Olson Account Statement)
- ASD 000182-000183 (Calvin Olson Account Statement)
- ASD 000182-000185 (████████ Account Statement)
- ASD 000184-000185 (Calvin Olson Account Statement)
- ASD 000186–000187
- ASD 000188–000189
- ASD 000190–000191
- ASD 000192–000193
- ASD 000194–000195
- ASD 000196–000197
- ASD 000198–000201
- ASD 000202–000205
- ASD 000206–000209
- ASD 000210–000215
- ASD 000216–000217
- ASD 000218–000219
- ASD 000220–000224
- ASD 000225–000236
- ASD 000237–000242
- ASD 000243–000248
- ASD 000249–000254
- ASD 000255–000260
- ASD 000261-000266

**Materials Considered**

- ASD 000267–000272
- ASD 000273–000278
- ASD 000279–000284
- ASD 000285–000288
- ASD 000289–000292
- ASD 000293–000296
- ASD 000297–000302
- ASD 000303–000306
- ASD 000307–000310
- ASD 000311–000314
- ASD 000315–000321
- ASD 000322–000328
- ASD 000329–000336
- ASD 000337–000342
- ASD 000343–000346
- ASD 000347–000350
- ASD 000351–000354
- ASD 000355–000358
- ASD 000359–000362
- ASD 000363–000366
- ASD 000367–000370
- ASD 000371–000374
- ASD 000375–000378
- ASD 000379–000382
- ASD 000383–000386
- ASD 000387–000390
- ASD 000391–000394
- ASD 000395–000399
- ASD 000400–000401
- ASD 000402–000403
- ASD 000404–000405
- ASD 000406–000407
- ASD 000408–000409
- ASD 000410–000411
- ASD 000412–000413
- ASD 000414–000415
- ASD 000416-000417
- ASD 000418–000419
- ASD 000420–000421
- ASD 000422–000423
- ASD 000424–000425
- ASD 000426–000427
- ASD 000428–000429
- ASD 000430–000431
- ASD 000432–000433
- ASD 000434–000435
- ASD 000436–000437
- ASD 000438

3