# EXHIBIT U
# FILED UNDER SEAL

# [REDACTED IN ITS ENTIRETY]