**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| In Re: Rare Breed Triggers Patent Litigation | 4:26-md-03176-ALM<br>MDL 3176 |
| ABC IP, LLC, *et al.*,<br>Plaintiffs,<br>v.<br>AS DESIGNS, LLC, *et al.*<br>Defendants. | Civil Action No. 4:26-cv-00370-ALM |

**STIPULATED MOTION TO EXTEND DEFENDANTS' SUR-REPLY DEADLINE**

Defendants AS Designs, LLC, Matthew S. Karlovic, and Calvin Olson (collectively, "Defendants"), by and through undersigned counsel, respectfully move to extend Defendants' deadline to file their sur-reply in opposition to Plaintiffs' Motion for Preliminary Injunction (the "PI Motion") (Dkt. 28). *See* Fed. R. Civ. P. 6(b)(1)(A). Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc. stipulate to an extension of Defendants' Sur-Reply but do not agree that the extension should be tied to all deponents identified by Defendants, as more fully set forth below.

In support of their Motion, Defendants state as follows:

1. On July 17, 2026, the Court granted Defendants' Motion for Scheduling Order on Plaintiffs' Motion for Preliminary Injunction and entered a briefing schedule for the PI Motion. The Court ordered Defendants to file their sur-reply in opposition by August 17, 2026. The Court further stated that any hearing on the PI Motion would occur no earlier than after August 17, 2026. See Dkt. 56.

2. Plaintiffs conducted a Rule 30(b)(6) deposition of AS Designs and the deposition of Matthew S. Karlovic on July 30, 2026.

3. Counsel are coordinating the availability of Plaintiffs' witnesses relevant to the preliminary-injunction proceedings. See Dkt. 31.

4. On August 12, 2026, Plaintiffs' counsel emailed defense counsel representing Defendants in this and other preliminary-injunction proceedings brought by Plaintiffs seeking to coordinate depositions. (August 12, 2026 email from M. Colvin to Counsel for the Preliminary Injunction Defendants, attached herein as Exhibit 1.)

5. All preliminary injunction counsel have been working in good faith to coordinate deposition dates among the deponents, the Parties, and counsel. As of the filing of this Motion, however, counsel have not agreed on dates for all deponents.

6. Plaintiffs agree that deposition of Plaintiffs can take place before Defendants finalize their sur-reply so that the preliminary-injunction record includes that testimony. Extending the sur-reply deadline will permit the Parties to complete those depositions.

7. The parties are in agreement that Defendants' Sur-Reply should be extended per the above reasons.

8. The remaining dispute between Plaintiffs and Defendants concerns a third-party witness, Cameron Smith, the alleged inventor of the technology claimed in U.S. Patent No. 12,529,538, one of the patents-in-suit.

9. The parties dispute whether Mr. Smith is the true inventor of the technology claimed in U.S. Patent No. 12,529,538.

10. Defendants contend that Mr. Smith's alleged inventorship is directly at issue and that his deposition and document production should occur before any hearing on the PI Motion.

11. Plaintiffs contend that Mr. Smith's deposition is not necessary for the Court's resolution of the PI Motion and that discovery from Mr. Smith, and any satellite litigation surrounding AS Design's subpoena for such discovery, should not be used to further delay that resolution.

12. Accordingly, Defendants request that their August 17, 2026 sur-reply deadline be extended until ten (10) days after completion of Plaintiffs' remaining depositions and, from Defendants' perspective, Mr. Smith's deposition and document production. Plaintiffs do not oppose an extension tied to completion of their depositions but do not agree that the deadline should be tied to Mr. Smith's deposition or document production.

13. The Parties further request that any hearing on the PI Motion be set after the extended sur-reply deadline. Except for the sur-reply deadline and any corresponding hearing date, the Parties do not seek to modify the Court's July 17, 2026 Order.

14. Good cause exists for the requested extension because the Parties are actively coordinating the depositions, the deposition schedule remains unresolved, and the requested extension will allow the sur-reply to be filed on a more complete preliminary-injunction record. The extension is requested in good faith and not for purposes of delay.

WHEREFORE, Defendants respectfully request that the Court grant this Stipulated Motion and extend Defendants' deadline to file their sur-reply in opposition to Plaintiffs' Motion for Preliminary Injunction until ten (10) days after completion of Plaintiffs' remaining depositions and, from Defendants' perspective, Mr. Smith's deposition and document production,.

DATED: August 17, 2026

Respectfully submitted,

*/s/ John M. Skeriotis*
John M. Skeriotis (Ohio Bar No. 0069263)
Sergey Vernyuk (Ohio Bar No. 0089101)

**EMERSON, THOMSON & BENNETT, LLC**
1914 Akron-Peninsula Road
Akron, Ohio 44313
Tel: (330) 434-9999
Fax: (330) 434-8888
E-mail: jms@etblaw.com
sv@etblaw.com
*Attorneys for Defendants*
*AS Designs, LLC, Matthew S. Karlovic,*
*and Calvin Olson*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(h) and (i), counsel for the parties have conferred regarding the relief requested in this Stipulated Motion. Plaintiffs partially stipulate to the requested relief set forth above, and this Motion is therefore unopposed as to extending Defendants' deadline to file their Sur-Reply.

*/s/John M. Skeriotis*
John M. Skeriotis