**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | 4:26-md-03176-ALM<br>MDL 3176 |
| ABC IP, LLC, *et al.*,<br>Plaintiffs,<br>v.<br>AS DESIGNS, LLC, *et al.*,<br>Defendants. | Civil Action No. 4:26-cv-00370-ALM |

**ORDER**

Pending before the Court is the Parties' Stipulated Motion to Extend Defendants' Sur-Reply Deadline. Having considered the Motion, the Court finds that it should be GRANTED.

Accordingly, the Court hereby ORDERS that Defendants' deadline to file their sur-reply in opposition to Plaintiffs' Motion for Preliminary Injunction (Dkt. 28) is extended from August 17, 2026 until ten (10) days after completion of the last deposition of Plaintiffs taken in connection with the preliminary-injunction proceedings. That said, the Court is aware that Defendants seek discovery from and the deposition of third-party Cameron Smith. The Court does not address that issue in this Order. If the parties are unable to reach an agreement regarding such discovery, Defendants must seek appropriate relief from the Court.

The Parties shall promptly advise the Court when the remaining deposition dates for Plaintiffs have been confirmed. Any hearing on Plaintiffs' Motion for Preliminary Injunction shall be set no earlier than after the extended sur-reply deadline. All other provisions of the Court's July 17, 2026 Order (Dkt. 56) remain unchanged.