**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo,"<br><br>Defendants. | Civil Action No. 4:26-cv-00370-ALM |

**ABC IP, LLC AND RARE BREED TRIGGERS, INC.'S**
**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

ABC IP, LLC and Rare Breed Triggers, Inc. (collectively, "Plaintiffs") respectfully move for leave to file a 30-page Motion for Temporary Restraining Order ("TRO Motion"). Defendants do not oppose this Motion for leave to exceed page limits.

Good cause exists to exceed the 15-page limit under Local Rule CV-7(a)(2). The TRO Motion asserts four patents and concerns a product and market segment not addressed in prior motions in this MDL. It also addresses a new Rare Breed product line released in February 2026, the roller-delayed firearm market, and factual material developed through expedited discovery. The additional pages will allow Plaintiffs to present that record fully while addressing each of the four TRO factors.

Plaintiffs respectfully request that the Court enlarge the page limit for the TRO Motion from 15 to 30 pages. Plaintiffs also do not oppose a reciprocal enlargement to 30 pages for Defendants' opposition briefing. A proposed order is submitted herewith.

DATED: September 2, 2026

Respectfully submitted,

*/s/ Matthew A. Colvin*

Matthew A. Colvin
Texas Bar No. 24087331
Carl E. Bruce
Texas Bar No. 24036278
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
E-mail: colvin@fr.com
bruce@fr.com
Tel: (214) 747-5070
Fax: (214) 747-2091

Benjamin J. Christoff
DC Bar No. 1025635
**FISH & RICHARDSON P.C.**
1000 Maine Avenue SW, Suite 1000
Washington, DC 20024
E-mail: christoff@fr.com
Tel: (202) 783-5070
Fax: (202) 783-2331

Glenn D. Bellamy *(admitted pro hac vice)*
**WOOD HERRON & EVANS LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
E-mail: gbellamy@whe-law.com
Tel: (513) 707-0243
Fax: (513) 241-6234

Melissa R. Smith
Texas State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
E-mail: melissa@gillamsmithlaw.com

*Attorneys for Plaintiffs*
*ABC IP, LLC and Rare Breed Triggers, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 2, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Matthew A. Colvin*
Matthew A. Colvin

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(i), the undersigned certifies that counsel for Plaintiffs have complied with the meet and confer requirement of Local Rule CV-7(h). Counsel for Plaintiffs, including Jory Hoffman, conferred telephonically with counsel for Defendants John Skeriotis and Sergey Vernyuk, on Monday, August 31. Defendants do not oppose this Motion, provided that they receive a reciprocal enlargement of the page limit for their opposition. Plaintiffs do not oppose that request and have included it in this Motion and the accompanying proposed order. This Motion is therefore unopposed.

*/s/ Matthew A. Colvin*
Matthew A. Colvin