**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo,"<br><br>Defendants. | Civil Action No. 4:26-cv-00370-ALM |

**PROPOSED ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL**

Before the Court is Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc.'s Unopposed Motion for Leave to File Under Seal Plaintiffs' Motion for Temporary Restraining Order; Supporting Declaration of Lawrence DeMonico and Exhibits 35 and 78 thereto; Supporting Declaration of Richard J. Eichmann; and Exhibits 7–11 and 13 of the Supporting Declaration of Matthew A. Colvin.

Having considered the Motion, and noting that it is unopposed, the Court hereby GRANTS the Motion. It is therefore ORDERED that the above documents are permitted to be filed under seal.

**IT IS SO ORDERED.**