**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo,"<br><br>Defendants. | Civil Action No. 4:26-cv-00370-ALM |

**DECLARATION OF MATTHEW A. COLVIN IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

I, Matthew A. Colvin, declare as follows:

1. My name is Matthew A. Colvin. I am a Principal at Fish & Richardson P.C.

2. I make this declaration based on my personal, first-hand knowledge and on information I receive in the ordinary course of my work.

3. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 12,038,247.

4. Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent No. 12,578,159.

5. Attached hereto as Exhibit 3 is a true and correct copy of U.S. Patent No. 12,031,784.

6. Attached hereto as Exhibit 4 is a true and correct copy of U.S. Patent No. 12,636,403.

7. Attached hereto as Exhibit 5 is a true and correct copy of an email exchange dated July 28, 2026, through August 11, 2026, between Matt Colvin and John Skeriotis regarding AS Designs' ARHK.

8. Attached hereto as Exhibit 6 is a true and correct copy of the Articles of Organization for AS Designs LLC from the North Carolina Secretary of State filed December 13, 2024.

9. Attached hereto as Exhibit 7 are true and correct excerpts of the Deposition Transcript of Matthew Karlovic, taken July 30, 2026.

10. Attached hereto as Exhibit 8 is a true and correct copy of Karlovic Deposition Ex. 5, bearing Bates No. ASD 000046.

11. Attached hereto as Exhibit 9 is a true and correct copy of Karlovic Deposition Ex. 10, bearing Bates No. ASD 000002-ASD 000003.

12. Attached hereto as Exhibit 10 is a true and correct copy of Defendants' Objections and Supplemental Answers to Plaintiffs' First Set of Interrogatories (Nos. 1–3) dated July 21, 2026.

13. Attached hereto as Exhibit 11 is a true and correct copy of documents produced by AS Designs bearing Bates Nos. ASD 000040-ASD 000045.

14. Attached hereto as Exhibit 12 is a true and correct capture of an online NSSF article titled, "Firearm Production in the United States with Firearm Import and Export Data" dated January 15, 2026. (NSSF Releases Most Recent Firearm Production Figures • NSSF).

15. Attached hereto as Exhibit 13 is a true and correct copy of Karlovic Deposition Ex. 18, bearing Bates Nos. ASD 000218-ASD 000310.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 2, 2026, in Dallas, Texas.

*/s/ Matthew A. Colvin*
Matthew A. Colvin