# EXHIBIT 6

SOSID: 2962025
Date Filed: 12/13/2024 10:42:00 AM
Elaine F. Marshall
North Carolina Secretary of State
C2024 348 00004

*State of North Carolina*
*Department of the Secretary of State*

# Limited Liability Company
## ARTICLES OF ORGANIZATION

Pursuant to §57D-2-20 of the General Statutes of North Carolina, the undersigned does hereby submit these Articles of Organization for the purpose of forming a limited liability company.

1. The name of the limited liability company is: AS Designs LLC
(See Item 1of the Instructions for appropriate entity designation)

2. The name and address of each person executing these articles of organization is as follows: (State whether each person is executing these articles of organization in the capacity of a member, organizer or both by checking all applicable boxes.) **Note: This document must be signed by all persons listed.**

| Name | Business Address | Capacity |
|---|---|---|
| Matthew Stephen Karlovic | - 3000 Rivercross Dr High Point NC, 27265-8025 United States | ☒ Member ☒ Organizer |
| | | ☐ Member ☐ Organizer |
| | | ☐ Member ☐ Organizer |

3. The name of the initial registered agent is: Matthew Stephen Karlovic

4. The street address and county of the initial registered agent office of the limited liability company is:

Number and Street 3000 Rivercross Dr

City High Point State: NC ZipCode: 27265-8025 County: Guilford

5. The mailing address, if different from the street address, of the initial registered agent office is:

Number and Street ______

City ______ State: NC Zip Code: ______ County: ______

6. Principal office information: (Select either a or b.)

a. ☒ The limited liability company has a principal office.

The principal office telephone number: (407) 967-5662

The street address and county of the principal office of the limited liability company is:

Number and Street: 3000 Rivercross Dr

City: High Point State: NC Zip Code: 27265-8025 County: Guilford

The mailing address, if different from the street address, of the principal office of the company is:

Number and Street: ____________________

City: ____________ State: ______ Zip Code: __________ County: ____________

b. ☐ The limited liability company does not have a principal office.

7. Any other provisions which the limited liability company elects to include (e.g., the purpose of the entity) are attached.

8. **(Optional):** Listing of Company Officials (See instructions on the importance of listing the company officials in the creation document.

| Name | Title | Business Address |
|---|---|---|
| Matthew Stephen Karlovic | Owner Manager | 3000 Rivercross Dr High Point NC, |
| | | |

9. **(Optional):** Please provide a business e-mail address: Privacy Redaction
The Secretary of State's Office will e-mail the business automatically at the address provided above at no cost when a document is filed. The e-mail provided will not be viewable on the website. For more information on why this service is offered, please see the instructions for this document.

10. These articles will be effective upon filing, unless a future date is specified:

____________________

This is the 13th day of December, 2024.

____________________

Matthew Stephen Karlovic
Signature

Matthew Stephen Karlovic Member/Organizer
Type or Print Name and Title

---

The below space to be used if more than one organizer or member is listed in Item #2 above.

____________________ ____________________

Signature Signature

Type or Print Name and Title Type or Print Name and Title

**NOTE:**
1. Filing fee is $125. This document must be filed with the Secretary of State.