# EXHIBIT 12









JANUARY 15, 2026

## NSSF RELEASES MOST RECENT FIREARM PRODUCTION FIGURES

***Over 32 million Modern Sporting Rifles in Circulation***

WASHINGTON, D.C. — NSSF®, The Firearm Industry Trade Association, released the Firearm Production in the United States including the Firearm Import and Export Data 2025 Edition (reporting 2023 data) to its members. The report compiles the most up-to-date information based on data sourced from the Bureau of Alcohol, Tobacco, Firearms and Explosives' (ATF's) Annual Firearms Manufacturing and Export Reports (AFMER).

The report is available free to members by logging into the **NSSF Member Portal here**.

Key findings for public release showed:

- The estimated total number of firearms in civilian possession from 1990-2023 is 506.1 million, according to data in reports such as ATF Firearms Commerce in the United States, ATF AFMER and Congressional Research Service and including the collective ATF AFMER reports up to the 2023 edition.
- Total domestic firearm production reported in the 2023 AFMER was 8,466,729 – a decrease of 15.4 percent from 2022 reported figures.
- Data indicates that 32,091,000 Modern Sporting Rifles (MSRs) are in circulation since 1990.
- Modern Sporting Rifle (MSR) production decreased 46.2 percent from 2022 to 2023. This increased the estimated amount of MSRs produced (since 1990) by 4.5 percent from 30.7 million to 32 million.
- In 2023, 13,574,653 total firearms were made available for the U.S. market, which includes firearms that were domestically produced plus those imported, minus exported firearms. Of those, 8,176,535 were handguns, 3,899,907 were rifles and 1,498,211 were shotguns.
- From 1990 to 2023, 284.4 million firearms have been made available to the U.S. market.

INDUSTRY INTELLIGENCE REPORTS

### Modern Sporting Rifle Production in the United States 1990-2023

| Year | US Production less exports of MSR platform | US Import less exports of MSR platform | ANNUAL TOTAL |
|---|---|---|---|
| 1990 | 43,000 | 31,000 | 74,000 |
| 1991 | 46,000 | 69,000 | 115,000 |
| 1992 | 33,000 | 72,000 | 105,000 |
| 1993 | 62,000 | 226,000 | 288,000 |
| 1994 | 103,000 | 171,000 | 274,000 |
| 1995 | 54,000 | 77,000 | 131,000 |
| 1996 | 27,000 | 43,000 | 70,000 |
| 1997 | 44,000 | 81,000 | 125,000 |
| 1998 | 70,000 | 75,000 | 145,000 |
| 1999 | 113,000 | 119,000 | 232,000 |
| 2000 | 86,000 | 130,000 | 216,000 |
| 2001 | 60,000 | 119,000 | 179,000 |
| 2002 | 97,000 | 145,000 | 242,000 |
| 2003 | 118,000 | 262,000 | 380,000 |
| 2004 | 107,000 | 207,000 | 314,000 |
| 2005 | 141,000 | 170,000 | 311,000 |
| 2006 | 196,000 | 202,000 | 398,000 |
| 2007 | 269,000 | 229,000 | 498,000 |
| 2008 | 444,000 | 189,000 | 633,000 |
| 2009 | 692,000 | 314,000 | 1,006,000 |
| 2010 | 444,000 | 140,000 | 584,000 |
| 2011 | 653,000 | 163,000 | 816,000 |
| 2012 | 1,308,000 | 322,000 | 1,630,000 |
| 2013 | 1,882,000 | 393,000 | 2,275,000 |
| 2014 | 950,000 | 237,000 | 1,187,000 |
| 2015 | 1,360,000 | 245,000 | 1,605,000 |
| 2016 | 2,217,000 | 230,000 | 2,447,000 |
| 2017 | 1,406,000 | 158,000 | 1,564,000 |
| 2018 | 1,731,000 | 225,000 | 1,956,000 |
| 2019 | 1,679,000 | 169,000 | 1,848,000 |
| 2020 | 2,466,000 | 335,000 | 2,801,000 |
| 2021 | 3,178,000 | 520,000 | 3,698,000 |
| 2022 | 2,161,000 | 403,000 | 2,564,000 |
| 2023 | 1,070,000 | 310,000 | 1,380,000 |
| TOTALS | 25,310,000 | 6,781,000 | 32,091,000 |



Source: ATF AFMER, USITC, Industry estimates

"This report reflects what we witnessed in 2023, as background checks drifted down from the astronomically high peaks that started in 2020. American firearm manufacturers adjusted their production schedules and continued to deliver the highest quality firearms for law-abiding Americans," said NSSF President and CEO Joe Bartozzi. "This is indicative of the resilience of the U.S. firearm manufacturing sector and the U.S. firearm sales markets and the continuing demand signal for Americans who choose to exercise their Second Amendment rights. The

data continues to show that the Modern Sporting Rifle is the most popular centerfire rifle sold in America today with over 32 million in circulation and being used for lawful purposes every day. The continued popularity of handguns demonstrates a strong interest by Americans to protect themselves and their homes, and to participate in the recreational shooting sports."

-30-

**About NSSF**

*NSSF is the trade association for the firearm industry. Its mission is to promote, protect and preserve hunting and the shooting sports. Formed in 1961, NSSF has a membership of thousands of manufacturers, distributors, firearms retailers, shooting ranges, sportsmen's organizations and publishers nationwide. For more information, visit* ***nssf.org****.*

---

Media contact:
Mark Oliva
202-220-1340

Share This Article

**Categories:** BP Item, Featured, Press Releases, Top Stories

< Previous Article | Next Article >

Featured Articles

SEPTEMBER 1, 2026

Gun Control's Polling Problem Gets Harder to Ignore

Gun control activists insist Americans are demanding more restrictions on their Second Amendment rights. Americans increasingly appear to have other ideas. A new Rasmussen Reports... Read More

AUGUST 31, 2026

This Lone Star Range is Already a First Shots Legend

Boasting 30 total lanes equipped with programmable action target carriers and an advanced ventilation system, the Texas Legends Gun Range and Training Center has already... Read More

AUGUST 27, 2026

Seattle Mayor's Viral Dance Puts City's Gun-Control Contradictions on Display

Seattle Mayor Katie Wilson spent years advocating progressive policing approaches and public safety that went hand-in-glove with her gun control vision. Now, just months into... Read More

VIEW ALL

Featured Videos



Safe Firearm Storage

Watch Now



Range Safety

Watch Now




How Wildlife Is Thriving Because of Guns and Hunting

Watch Now

VIEW ALL

Popular Tags

Gun Control | ATF | Shot Show | Second Amendment | Project ChildSafe | Gunvote | Hunting | Conservation | Marketing | 2015 | PLCAA | Selling | Pittman-Robertson | Crime | National Shooting Sports Month

**Also of Interest:** Firearm and Ammunition Industry Economic Impact | Americans Charted Record Book Year for... | Firearms Production in the U.S.

About Us | Join NSSF | Member Login | Events | Subscribe | Contact Us | Jobs | Privacy Statement | Linking Policy | Terms of Use

CONNECT WITH US

© 2026 National Shooting Sports Foundation, Inc. All Rights Reserved. | 203.426.1320 | Privacy & Cookie Policy | Accessibility

Captured by FireShot Pro: 01 September 2026, 08:47:52 PM
https://getfireshot.com