# EXHIBIT 2

# ADDENDUM TO EXCLUSIVE PATENT LICENSE AGREEMENT

This Addendum, made an effective as of the 19th day of May, 2025, is entered into by consent of the Parties to an Exclusive Patent License Agreement ("Prior License Agreement") dated October 20, 2022, between ABC IP, LLC (hereinafter called "Licensor"), and Rare Breed Triggers LLC (hereinafter called "Licensee"),

**WHEREAS**, as of August 7, 2023, Licensee has re-established its corporate entity as Rare Breed Triggers, Inc., a Texas corporation having an address of 2710 Central Freeway, Suite 150, Wichita Falls, TX 76306;

**WHEREAS**, patents claiming priority to U.S. provisional patent application, Serial No. 63/297,884 referenced in the Prior License Agreement have issued; and

WHEREAS, Licensor has acquired additional patents to be expressly included as Licensed Patents.

**NOW, THEREFORE**, the Parties hereto agree as follows:

1) The term "Licensed Patents" shall additionally include those listed in **Schedule A** hereto and any related patent application (continuation, divisional, continuation-in-part), foreign patent, or foreign patent application, including but not limited to any other application which has been, or which at any time while this Agreement is in effect that is filed as a substitute for, reissue, division, continuation, or continuation-in-part thereof.

2) Licensee shall mean the Texas corporation Rare Breed Triggers, Inc.

3) All other terms of the Prior License Agreement remain unchanged.

4) The undersigned corporate representatives represent and warrant that they have full authority to execute this Agreement on behalf of the respective corporations to bind such corporations to the terms hereof, and that all necessary action has been taken to authorize the same.

5) This Agreement may be executed in two or more counterparts, each of which will be deemed an original, but all of which together will constitute one and the same instrument.

**IN WITNESS WHEREOF**, the Parties hereto have caused this Agreement to be executed by their duly authorized representatives on the dates indicated below.

| ABC IP, LLC | RARE BREED TRIGGERS, INC. |
|---|---|
| By: [signature] | By: [signature] |
| Cole Leleux, Managing Member | Lawrence DeMonico, President |
| Date: 05/19/2025 | Date: 05-19-2025 |

**SCHEDULE A**

| US Patent No. | Title | Inventor | Issue Date |
|---|---|---|---|
| 7,398,723 | Trigger Forward Displacement System and Method | Blakley | July 15,2008 |
| 11,724,003 | Firearm Trigger Mechanism | Strbac | August 15, 2023 |
| 12,031,784 | Adapted Forced Reset Trigger | DeMonico | July 9, 2024 |
| 12,038,247 | Firearm Trigger Mechanism | Blakley | July 16, 2024 |
| 12,036,336 | Firearm Trigger Mechanism | Strbac | July 16, 2024 |
| 12169105 | Firearm Semiautomatic Trigger Mechanism | Barry | December 17, 2024 |
| 9568264 | Flex-Fire Technology | Graves | February 14, 2017 |
| 9816772 | Flex-Fire Technology | Graves | November 14, 2017 |
| 9939221 | Flex-Fire G2 Technology | Graves | April 10, 2018 |