# EXHIBIT 3

# PATENT ASSIGNMENT DRAFT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

Assignment ID: 1737035

| | |
|---|---|
| **SUBMISSION TYPE:** | NEW ASSIGNMENT |
| **NATURE OF CONVEYANCE:** | License |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| ABC IP, LLC | 04/11/2026 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| **Company Name:** | Rare Breed Triggers, Inc. |
| **Street Address:** | c/c ABC IP, LLC, 8 The Green, Suit A |
| **City:** | Dover |
| **State/Country:** | DELAWARE, UNITED STATES |
| **Postal Code:** | 19901 |
| **Email:** | info@whe-law.com |

**PROPERTIES NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| **Patent Number:** | 9146067 |

**CORRESPONDENCE DATA**

| | |
|---|---|
| **Fax Number:** | 5132416234 |
| **Phone Number:** | (513)241-2324 |
| **Email:** | usptodock@whe-law.com, athomas@whe-law.com |

*Correspondence will be sent to the email address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Correspondent Name:** | Glenn D. Bellamy |
| **Address Line 1:** | Wood, Herron & Evans, LLP |
| **Address Line 2:** | 600 Vine Street, Ste. 2800 |
| **City** | Cincinnati |
| **State** | OHIO |
| **Country/Postal:** | UNITED STATES, 45202 |
| **Docket number:** | RARETRG-1 |

**Total Attachments: 1**

source=ABC and RBT Third License Addendum -executed.pdf

# THIRD ADDENDUM TO EXCLUSIVE PATENT LICENSE AGREEMENT

This Addendum, made an effective as of the dates recited below to memorialize a prior verbal agreement between the Parties is entered into by consent of the Parties to an Exclusive Patent License Agreement ("Prior License Agreement") dated October 20, 2022, and Addenda thereto dated May 19, 2025, and January 20, 2026, between ABC IP, LLC (hereinafter called "Licensor"), and Rare Breed Triggers, Inc. (hereinafter called "Licensee"),

**WHEREAS,** Licensor has acquired additional patent rights to be expressly included as one of the Licensed Patents.

**NOW, THEREFORE,** the Parties hereto agree as follows:

1) The term "Licensed Patents" shall additionally include U.S. Patent No. 9,146,067, commencing January 15, 2026, and U.S. Patent No. 12,578,159, commencing March 17, 2026, and any patent(s) issuing from a related patent application (continuation, divisional, continuation-in-part), foreign patent, or foreign patent application, including but not limited to any other application which has been, or which at any time while this Agreement is in effect that is filed as a substitute for, reissue, division, continuation, or continuation-in-part thereof

2) Licensee has no obligation to make or market a product covered by U.S. Patent No. 9,146,067.

3) All other terms of the Prior License Agreement and Addendum remain unchanged.

4) The undersigned corporate representatives represent and warrant that they have full authority to execute this Agreement on behalf of the respective corporations to bind such corporations to the terms hereof, and that all necessary action has been taken to authorize the same.

5) This Agreement may be executed in two or more counterparts, each of which will be deemed an original, but all of which together will constitute one and the same instrument.

**IN WITNESS WHEREOF,** the Parties hereto have caused this Agreement to be executed by their duly authorized representatives on the dates indicated below

| **ABC IP, LLC** | **Rare Breed Triggers Inc.** |
|---|---|
| Cole Leleux | Lawrence DeMonico |
| Cole Leleux, Managing Member | Lawrence DeMonico, President |
| Date: 04/11/2026 | Date: 04/11/2026 |