# EXHIBIT 9

Due to applicable state laws and regulations, we will not ship Forced Reset Triggers (FRTs) to the following locations: CA, CT, DE, HI, IL, MA, MD, NJ, NY, OR, RI, WA, and DC. Orders placed with a shipping address in any of these states will be canceled and refunded.

SOLD OUT





## FRT-SG3™

## Two-Stage (3-Position) Forced Reset Trigger for the B&T SPC9/GHM9/GHM45

**NOTE:** Max of one FRT-SG3™ per transaction.

**NOTE:** Due to limited availability, FRT-SG3™ purchases are limited to one per customer every 24 hours to ensure fair access for all.

**Attention:** The **FRT-SG3™** is NOT COMPATIBLE with the B&T APC platform. Also, please add a note to your order if purchasing for use in an aluminum B&T lower.

**Contents:**

- 1 x FRT-SG3™ Trigger
- 1 x Hammer Axle Pin
- 1 x Trigger Axle Pin
- 1 x Ambidextrous Safety Selector

★★★★★ (1 customer review)

**SKU:** FRT-SG3 **CATEGORY:** TRIGGERS

**$525.00**

Out of stock

DESCRIPTION ADDITIONAL INFORMATION REVIEWS (1)

# FRT-SG3™
# Two-Stage (3-Position) Forced Reset Trigger for the B&T SPC9, GHM9 and GHM45.

The first drop-in, forced reset trigger compatible with B&T SPC9, GHM9 and GHM45. No gunsmithing, fitting, or machining required.

Take your B&T SPC9/GHM9/GHM45 to the next level with the official Rare Breed Triggers FRT-SG3™. This drop-in, duty-grade **3-position Forced Reset Trigger (Safe/Semi/FRT®)** is 100% manufactured and assembled in the USA and designed specifically for the SPC/GHM platforms. The cam mechanism properly resets and locks the trigger, and a custom housing drops right into the appropriate B&T lowers. The FRT-SG3™ includes a 3-position ambidextrous B&T style safety selector and B&T style hammer and trigger axle pins for a secure, hassle-free installation.

**Performance on the Range**
Enhance your shooting experience with the **FRT-SG3™ Forced Reset Trigger**. Designed to accelerate follow-up shots while remaining within legal parameters, the innovative Forced Reset system resets the trigger after each shot, enabling faster, more consistent firing. Each trigger pull fires one round, ensuring full legal compliance while delivering improved speed and performance. Perfect for competitive shooting, tactical training, or maximizing your firearm's potential.

**Innovative Design and Features**

- **3-Position Functionality**: The **FRT-SG3™** features **Safe, Semi, and Forced Reset** modes, controlled via a **3-position**, ambidextrous safety selector. Whether you're focused on precision shooting or rapid-fire drills, this system adapts to your needs, offering versatility for both left- and right-handed shooters.
- **Effortless Installation**: Designed for easy installation on B&T lowers, the **FRT-SG3™** includes hammer and trigger axle pins, providing secure attachment and preventing unwanted movement during extended use. The ambidextrous safety selector seamlessly integrates into any B&T lower receiver.

**Two-Stage Semi-Automatic Mode & Single-Stage FRT® Mode**

- **Semi-Automatic Mode**: In Semi-Automatic mode, the trigger provides two distinct stages during the trigger travel. The first stage, approximately 2.5 lbs of pull weight, can be referred to as "take-up." The second stage is a crisp "wall" requiring an additional 2 lbs of pressure to break. This results in a very smooth, crisp 4–4.5 lb trigger pull that allows for predictable, controlled, and extremely fast follow-up shots.
- **Forced Reset (FRT®) Mode**: In FRT® mode, the trigger provides a heavier 5–5.5 lb single-stage pull weight throughout the entire length of travel.

**Durable Construction for Long-Lasting Performance**
Crafted from high-quality materials, including 7075 anodized aluminum and heat-treated S7 steel, the **FRT-SG3™** is built to endure heavy use. This robust construction ensures reliability and longevity, allowing you to push your SPC/GHM to its limits with confidence.

**Compatibility**
The **FRT-SG3™** functions with all B&T SPC and GHM platforms. The **FRT-SG3™** is compatible with the Lingle Industries lower, however you will also need to purchase either of the 3-position AR selectors available on our parts page. You can choose from our 3-Position Ambidextrous Selector for the FRT-15L3/C3 or our 3-Position Mil-Spec Selector (0/90/180) for the FRT-15L3/C3. In addition, you will need to use Mil-Spec Hammer and Trigger Pins or Anti Walk Pins. If you are purchasing a **FRT-SG3™** for use in a LINGLE lower, please add the word "LINGLE" to your order notes during checkout. The **FRT-SG3™** is NOT COMPATIBLE with the B&T APC platform.

**Unmatched Speed and Control**
The **FRT-SG3™** is ideal for shooters seeking speed and precision. By mechanically resetting the trigger after each shot, then locking the trigger from being pulled until the BCG returns to battery, this system allows for faster follow-up shots without needing advanced techniques. The forced reset cam mechanism ensures the trigger returns to the non-firing position after each round, requiring the shooter to pull the trigger again, offering full control over each shot.

**Manufactured and Assembled in the USA**

**Patent Notice**: This product is covered by one or more U.S. Patents, including U.S. Patent Nos. 12,038,247 and 12,578,159. Additional patents may be pending. Unauthorized manufacture, use, sale, or importation of this product or its covered features may constitute patent infringement.

**As always, Rare Breed Triggers encourages the safe and responsible use of our products.**

## Related products



FRT-15C3™

Two-Stage (3-Position) Forced Reset Trigger for the AR-15

$450.00

View Product



FRT-MR3™ (FLAT)

Single-Stage (3-Position) Forced Reset Trigger for the HK MR223 & HK MR556

$525.00

View Product



FRT-RD3™ (AMBI)

Two-Stage (3-Position) Forced Reset Trigger for the HK MP5, MP5K, SP5 & SP5K

$620.00

View Product



Captured by FireShot Pro: 21 July 2026, 03:07:04 PM
https://getfireshot.com