# EXHIBIT 10







# SP5

The Heckler & Koch MP5 is arguably the most imitated pistol-caliber carbine in the world. But even a pretty good copy is still just a copy. The truth is, you can only get a real HK from HK.

And now there is finally an authentic sporting version of the MP5 in the US, and it's a *real* HK. The New SP5 will make all those generic MP5 copies out there look like nothing more than gun store consolation prizes.

Product Details | Find a Dealer

Operator Manual

The SP5 was developed by Heckler & Koch as a semiautomatic, civilian sporting pistol that matches the look and feel of the legendary MP5 submachine gun.

Designed and manufactured to meet the definition of a civilian pistol, the SP5 is loaded with authentic features, like a Navy barrel with threaded tri-lug adaptor, paddle magazine release, and fluted chamber.

The backbone of the SP5 is the roller-delayed blowback operating system, which is legendary for its accuracy, reliability, and smooth shooting dynamic. Originally perfected on the Heckler & Koch G3 rifle, it has been used on several other HK firearms still serving today around the world.

The SP5 is manufactured in Heckler & Koch's Oberndorf factory in southwest Germany. It retains many of the critical elements of the MP5, including its precision-machined components and attention to detail. This high level of quality and workmanship is a result of making the SP5 in the same factory, on the same lines, and by the same workforce that has been making MP5s for years.

For more comfortable shooting, the SP5 is equipped with an elastic "bungee" sling. The sling is easily installed by snapping it onto the sling swivel hardware located on the rear of the receiver. Using the sling makes firing the SP5 more stable and reduces fatigue.

A wide variety of accessories can be added to increase its functionality. As the world's most popular pistol-caliber carbine platform, the SP5 is supported by an aftermarket loaded with lots of great accessories, from rails and handguards all the way up to everything you need to make your own legally-registered short-barreled rifle*.

## SP5 MODELS AND SPECS

BROWSE PACKAGES AND FEATURES

— MODELS

| ID NUMBER | UPC CODES | DESCRIPTION | MSRP |
|---|---|---|---|
| **SP5 Pistol** - supplied with sling and sight tool | | | |
| 81000477 | 642230259829 | SP5, 9mm, two 30rd magazines | 3,679 |
| 81000478 | 642230259812 | SP5, 9mm, two 10rd magazines | 3,679 |

+ SPECS

+ MAGAZINES AND ACCESSORIES

SHOP SP5 ACCESSORIES



PISTOLS, VP9

VP9A1 X TACTICAL



LE / MIL, SEMI-AUTOMATIC-PISTOLS

VP9A1 L



PISTOLS, VP9

VP9CC



Captured by FireShot Pro: 29 August 2026, 02:05:27 PM
https://getfireshot.com