# EXHIBIT 11

DEALS FIREARMS SUPPRESSORS ACCESSORIES PTR DEALERS PTR FOR LE/MIL SUPPORT COMPANY

ENJOY FREE SHIPPING SITEWIDE






HOME > FIREARMS > 9 X 19MM > PTR 9CT - 9X19MM - COMPACT PISTOL

# PTR 9CT - 9X19MM - COMPACT PISTOL

$1,889.00 - $1,989.00

PURCHASE AT YOUR LOCAL DEALER

MODEL
STANDARD VERMONT COMPLIANT

~~$1,989.00~~ $1,889.00

BE THE FIRST TO KNOW WHEN THIS PRODUCT IS AVAILABLE ONLINE
Enter your e-mail
NOTIFY ME

ADD TO CART
















CUSTOMERS ALSO VIEWED

‹ ›




PURCHASE AT YOUR LOCAL DEALER

PTR 9CT - 9X19MM - PRO KIT

~~$2,159.00~~ $1,899.00




PURCHASE AT YOUR LOCAL DEALER

PTR PDWR - 7.62X51MM - PRO KIT

~~$1,927.00~~ $1,699.00



PURCHASE AT YOUR LOCAL DEALER

PTR 9KT BR - 9X19MM - PISTOL WITH FOLDING BRACE

$2,088.00

Captured by FireShot Pro: 29 August 2026, 02:13:47 PM
https://getfireshot.com