# EXHIBIT 12

Lead Times on firearms are 6-to-8 weeks, all orders are built to order. We apologize for the delay and greatly appreciate your support. -The Zenith Firearms Team







Home / Packages / Essential / ZF-5 Essentials Package

Essential, Firearms, Sale, ZF-5

(33 customer reviews)

**$1,799.00**

or 5 payments of **$359.80** with sezzle

- 1 +  ADD TO CART

SKU: ZF5001MAG9BK  Categories: Essential, Firearms, Sale, ZF-5

## DESCRIPTION

The ZF-5 retains the iconic sub gun profile of the original **HK MP5** submachine gun, but offers numerous improvements to the system through modernization, precise tolerances, improved coatings, and a cold hammer forged CMV barrel. The American Made ZF-5 is a semi-automatic, full-size close quarters pistol that pairs the versatile 9mm cartridge with a performance maximizing barrel length, sight radius, and tropical wide forearm. While the ZF-5 is a perfect base for short-barreled-rifle conversions, it is also a highly effective pistol that affords iron-sight accuracy at distances exceeding 100 meters. The platform is also compatible with picatinny rail mount adapters that make it easier to accessorize with red dots and other attachments. This American-made MP5-style platform is covered by a limited lifetime warranty, and ships in a high-quality soft carry case with (1) 30 round magazine, and a user manual.

>> Click here to download the ZF-5 Operator's Manual

## WHAT'S INCLUDED

- ZF-5
- (1) 30 Round Magazine
- Soft Carry Case
- User's Manual

## SPECS

| | |
|---|---|
| Caliber | 9 x 19 mm parabellum |
| Operating system | roller-delayed blowback |
| Mode of fire | semi auto |
| Magazine | 30-round steel |
| Trigger pull | 6-8 lbs. |
| Safety | manually actuated lever |
| Weight, firearm without magazine | 5.5 lbs. |
| Magazine weight, empty | 0.4 lbs. |
| Magazine weight, full | 1.2 lbs. |
| Length | 17.9 in. |
| Height | 8.3 in. |
| Width | 2.3 in. |
| Barrel length | 8.9 in. |
| Barrel | FNC Coated, cold hammer forged 4150 cmv, 3-lug, ½ x 28 rh threaded |
| Rifling | 6 grooves, rh twist, 1:10 in. |
| Sights | fixed hooded front; adjustable rear with 4-aperture rotary drum |
| Sight radius | 13.4 in. |
| Forearm | tropical wide |

## REVIEWS

Alex B March 19, 2025
Honestly an amazing firearm. Build quality is exceptional. The fact it's American made also lead me to purchase this firearm. Plenty of YouTube videos complimenting this firearm.

Andrew Smith *(verified owner)* March 17, 2025
Easily the best firearm purchase I have ever made. Taking this thing to the range is way too much fun! Very reliable and it is fully compatible with TONS of aftermarket parts. They truly outdid themselves with this one!

Matthew T *(verified owner)* March 17, 2025
Highly recommend. No malfunctions and running super smooth. Would purchase again.

Robert Dexter *(verified owner)* March 17, 2025
I purchased the ZF-5 with extra mags. I use quality subsonic 147-grain round nose bullets and had no stoppages or malfunctions. I would recommend round nose bullets as they feed well. The firearm is portable, accurate and quiet with a suppressor... I recommend any Zenith based on cleanly putting 500-rounds through mine!

M Chambers March 17, 2025
My ZF5 runs perfectly and the fit and finish is second to none, vs other clones I've seen. I had one warranty issue with a Zenith folding stock and they made it right, quickly. Highly recommend the ZF5 and the company.

Joe *(verified owner)* March 17, 2025
Very smooth and endless ways to run it!

---

Doug *(verified owner)* March 17, 2025
Great gun. Very accurate. Has given me zero problems so far

---

A Kessler March 16, 2025
The fit and finish on this ZF-5 was spot on. After researching the MP5 platform I chose Zenith for multiple reasons. Most of the reviews said this sub gun shot well along with its fit and finish. The fact that it is made in the USA was a bonus since I planned on registering this as an SBR. Shooting this suppressed is just as smooth as unsuppressed. The only thing I wished Zenith would do is include the essential package with 2 magazines.

---

Brent s March 16, 2025
I have the zf-5 and a dead air wolfmann. Great combo.

---

Brent s March 16, 2025
I have the zf-5 and a dead air wolfmann. Great combo. Has ran reliably with most ammo.

---

James Tamborrino March 15, 2025
It operates like a dream. It's fun suppressed. It gets more compliments than a hot blonde. I love it.

---

Russell Bauldree March 15, 2025
My gun is everything I wanted. Great shooter, rugged and good looking!

---

Mark Wiles March 15, 2025
I'm very pleased with my American-made Zenith ZF5. And Zenith customer service is awesome.

---

Jacob Runyon *(verified owner)* March 15, 2025
Awesome and soft shooting. It's a joy to shoot and easy to maintain. The quality is top notch and I'm extremely happy with my purchase.

---

Corey *(verified owner)* March 15, 2025
Looked at many different hk "clones" for the price this is the best you can get with customer service based where you're from. Very pleased.

---

Kyle Pfeifer *(verified owner)* March 15, 2025
I have had the ZF5 for just about a year now and am extremely happy with it. It shoots great, no malfunctions or issues. It's even made its way into my EDC pack a time or two and it's the perfect size to be able to conceal. Highly recommend the ZF5.

---

anzack1971 March 15, 2025
Bought my ZF5 and got a veterans discount. Shipped to my ffl extremely fast. Couldn't be happier.

---

Armando Ibarra March 15, 2025
After watching tons of reviews and comparing against other MP5 clones around the same price, I finally pulled the trigger on the ZF-5. It turned out to be a great product that completely met my expectations in every way. Highly recommend to anyone!

---

Kenneth Mort *(verified owner)* March 1, 2025
Was back and fourth for months on whether to buy an HK or the Zenith. Finally convinced myself that Zenith was the correct path and I'm glad I did. For less than "the real deal" (HK contracts out the SP5..) I'm into a fully built and suppressed ZF-5 that is a laser, and an absolute joy to shoot. Would not hesitate to purchase again, or recommend to anyone on the fence. Just buy it!

---

James Fornaro December 11, 2024
Reviews…I don't do them. That said, I own the ZF-5. I think its 2 years old? Runs flawlessly and you can't put a price on fun, because that's just what it is, FUN!

---

Danduke2013 November 24, 2024
Finally received my own full size ZF5 after shooting my relative's ZF5K and was not disappointed. Fit, finish and operation are flawless – welds are precise and the gun is a hammer. I've shot HK, PTR & now a Zenith, and the quality for the price is beyond excellence. Customer service is top notch as well, they answered all my questions I had about the different models.

It works well with a CMMG tri-lug silencer, and ate everything we fed through it from FMJ, Jhp and subs over 400 rounds right out of the box. The only thing I would change is to make the included soft case long enough to fit a ZF5 with a brace or stock (it was about an inch too short) – and barely zips with the brace folded.

Great quality & value on a great gun! I would buy it again, and may add their K model as well.

Rickblaze *(verified owner)* September 5, 2024

After a lot of research and lurking about on various forums as well as a few emails to Zenith asking questions, thanks to Kevin Clements I decided to pull the trigger so to speak on the ZF-5 Essentials package. I had watched and read every review I could find on the ZF-5 and how it compares to other variants as well as the HK. Most of the reviews were very positive and the ones that weren't 100% positive still persuaded me to look into the Zenith. Like other reviews, I wish they would at least include an extra magazine but I am still very happy with my purchase even with the one magazine. I have shot maybe 500 rounds of various types of 9mm 115gr, 124gr and 147 grain hollow points with Zenith and MKE magazines and a Magpul drum and can say that I've only had one incident but I can relate the failure due to the casing bouncing off my BOG tripod clamp and causing a failure.
The fit and finish are 2nd to none and the accuracy is amazing. The only other issue I had was fitting a Battle Steel optics mount that has a Sig Romeo5 on it. I had to file the inside of the mount to fit over the top of the receiver as the mount area was to wide by quite a bit and one of the mounting areas on the front left side of the weapon was a little distorted due to folding and welding in that area. Not a big deal as I like to tinker with things and do all my own gunsmithing. I have also added the SB tactical folding brace and a taper mount flash hider for my Bushwhacker 36 suppressor. This weapon is a blast to shoot, (forgive the pun). I also have the HK MP5 22lr and have it set up to match the ZF-5 for training purposes. This has become my favorite PCC so far and love to show it off. Anybody reading this and trying to decide whether or not to purchase a Zenith ZF-5 of any model, don't hesitate, you'll be happy with the Zenith.

Rick

---

Tim Bowling *(verified owner)* August 10, 2024

After much research, I decided to purchase this, as I see it as a superior value to the HK. There literally is no difference aside fr the stampings and 1600 in savings. I added another magazine and the flash suppressor.
My only recommendation to zenith is that they include an additional magazine in this purchase.

---

Gregory W Alford April 24, 2024

Great Product

---

Dalbir Singh March 27, 2024

Since I saw this at shot show I wanted to get my hands on one so bad I decided to pull the trigger on one and it was the best choice! Might just need one or two more!!!

---

Shawn kane February 12, 2024

Bought my zf-5 back in December and have been more than happy with the firearm. Fit and finish is beautiful. Have just under 1000 rounds of reload and reman ammo, steel case new ammo and new brass ammo without a single malfunction. Would absolutely recommend and purchase again!

---

Cory Stover January 10, 2024

Completely blown away with this firearm. I've shot over 1000 rounds, around 500 of which were in the pouring rain. I have not had a single malfunction. This gun is incredibly reliable and accurate. For the money, it's hard to beat a zenith. You won't be disappointed with this gun.

---

Mike Fellman *(verified owner)* December 11, 2023

I ordered the ZF5 and I am so glad I did! Amazing functionality and finish. I currently have around 600 rounds of 124gr through it and not a single malfunction. So far, the zf5 has completely surpassed my expectations in a big way. Keep up the great work Zenith!

---

ABKsDad *(verified owner)* November 6, 2023

This is my first MP5 type of pistol and I am not disapointed. Fit and finish are great. While I am still early in the break in process, my first 50 rounds through the ZF-5 I did not experience any malfunctions. I wish they still came with an arm brace, but I guess I will need to SBR it to gain that function. I was supper happy to get an American made mp5 variant that has a manufacture warranty that I can lean on if needed.

---

Michael calondis October 2, 2023

Outstanding customer service! Rey nice people. Would highly recommend.

---

David Crosby *(verified owner)* July 29, 2023

Little torn between a HK and a Variant. I am not disappointed. The mags are tight and I think w/ use or they will run fine. That is my only quirk is feeding mags in is sticky. The HK mags slide in fine. I have not cut my front sight yet. The gun runs like it should. Running Strikehold lube and ball ammo w/o zero jambs fails. The company was great for being very responsive. I will grab one more and have recommended to a friend who purchased as well.

---

Chris P July 16, 2023

After using an MP5 for a portion of my military career in the late 90s, I wanted to pick up a variant for home defense and nostalgia. I wanted to elevate myself over the Turkish vs US clone as I didn't feel the 2x price tag was worth the HK markings. I am not a purist. Going from pistol to SBR was easy as there is no 922r issues. The shipped magazine was a little too tight, but HK mags worked perfect. After about 50 removals and inserts, the Zenith mags inserted and removed flawlessly. This may be due to the nub on the front is a little more protruding than the HK and CETME mags. I have about 500 rounds total both suppressed and un-supressed. I have picked up extra extractor springs just in case since most MP5s are weak there, but no extraction issues as of yet. No failures with steel magazines. Poly mags not so much, but I don't like non-reinforced poly mags in general. Final setup has seen Knights Rial, Magpul MLOK and standard handguard. No interface issues. Stock is currently MagPul and again no issues. I have added a 1913 rail to the top and no shift in zero. I really like the system and would suggest for those looking for the soft shooting nostalgia feeding system of the 20th Century, I can't tell the difference between the ZF5 and HK version except no stamp on receiver.

---

Austin Thiel *(verified owner)* November 24, 2022

As a novice to the mp5 variant platform, i did an extensive amount of research on what to look for that makes a clone live up to the reputation of a true mp5. I settled on the zenith zf5 and as of now i am not disappointed.The finish is by far the best ive seen on any mp5 clone variant to date. The craftsmanship and attention to detail IMHO is unmatched. Keep up the good work Zenith. I look forward to future products.

Add a review

Your email address will not be published. Required fields are marked *

Your rating * ☆☆☆☆☆

Your review *

Name *

Email *

Save my name, email, and website in this browser for the next time I comment.

Success! CLOUDFLARE Privacy • Help

SUBMIT

This site uses Akismet to reduce spam. Learn how your comment data is processed.

## RELATED PRODUCTS



Sale!

ZF-300 12" PISTOL

~~$1,725.00~~ $1,525.00

ADD TO CART



ZF-5L PREMIUM PACKAGE

$2,147.00

ADD TO CART



Sale!

ZF-300 16" RIFLE

~~$1,775.00~~ $1,575.00

ADD TO CART



Sale!

ZF-56 14.5" PISTOL

~~$1,725.00~~ $1,525.00

ADD TO CART

## CONTACT US

434-202-7790
info@zenithfirearms.com

**Military Sales**
military@zenithfirearms.com

**International Sales**
international@zenithfirearms.com

**Government Sales**
government@zenithfirearms.com

**Corporate headquarters and manufacturing:**
10517 Critzer Shop Rd
Afton, VA 22920

## KEEP IN TOUCH

## QUICK LINKS

- Products
- Services
- Refurbishment
- FAQs
- Dealer Signup
- Limited Lifetime Warranty
- Firearm Registration
- Submit a Warranty Claim
- Return Policy
- Hero Program
- Manufacturing
- Pro Staff Application
- Blog
- Manuals
- Contact Us
- Privacy Policy
- 922r Compliance
- News

CERTIFIED ISO 9001:2015 COMPANY

PERRY JOHNSON REGISTRARS, INC. UKAS MANAGEMENT SYSTEMS

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.
Copyright © 2026 Zenith Firearms | All rights reserved.