# EXHIBIT 13






# AP5

**The AP5 Pistol is chambered in 9mm Luger (9x19mm Parabellum) and utilizes a Semi-Automatic, Roller-Lock Delayed Blowback Action.**

The AP5 Pistol model is the largest version of the AP5 imported from the MKE manufacturing facility in Turkey. Based and build-off of the original and historic design from the 1970s, the roller-lock platform has been widely respected as the preeminent design for over 50 years. Capable of accepting modern designed accessories and select packages include a Cleaning Kit, Picatinny Rail, one 30-round magazine, a detachable muzzle device, factory sling, and a gun lock. Finally, this package comes with its own rugged plastic carry case.

Model All AP5 firearms are chambered in 9x19 mm and have a Cold Hammer Forged Chrome Molybdenum Vanadium Barrel with a 1:9.8" twist. The AP5 and AP5-P barrel each have a 1/2x28 threaded end for suppressor mounting options.

HG6034-N: AP5 Standard. Comes with two 30rd mag, sling, optics mount, muzzle device and cleaning kit.

HG6034AL-N: AP5 Core. Comes with one 30rd mag and sling.

HG6034SB-N: AP5 w/ Brace. Comes with one 30rd mag and brace.

AS LOW AS **$1,359.95** MSRP

**Package**


AP5 Standard


AP5 w/ Brace


AP5 w/ Sling

FIND YOUR DEALER

If you are a licensed firearms dealer, please visit our dealer site to order.




**MADE IN TURKEY BY THE WORLD-RENOWNED MKE FACTORY**



**INCLUDES TOP-MOUNTED PICATINNY OPTIC RAIL**



**30 ROUND AP5 MAGAZINE**



**CLASSIC-STYLE ADJUSTABLE REAR SIGHT**



**AP5 AND AP5-P INCLUDE DETACHABLE MUZZLE DEVICE**




**CHAMBERED IN 9X19MM**

| | | |
|---|---|---|
| WEIGHT **5.5 LBS** | CAPACITY **30+1 ROUNDS** | FRONT SIGHT **FIXED** |
| CARTRIDGE **9MM LUGER** | MAGAZINE TYPE **AP5 STYLE MAGAZINE** | REAR SIGHT **FULLY ADJUSTABLE** |
| MUZZLE **A2 STYLE** | MAGAZINE INCLUDED1 **1X 30-ROUND MAGAZINE** | FINISH COLOR **BLACK** |
| OVERALL LENGTH **17.9"** | ACTION TYPE **SEMI-AUTOMATIC** | STOCK MATERIAL **SYNTHETIC** |
| BARREL LENGTH **8.9"** | RECEIVER **STAMPED** | MANUFACTURED **MADE IN TURKEY** |



© 2026 Century Arms, Inc. ALL RIGHTS RESERVED. Terms & Conditions | Privacy Policy

Captured by FireShot Pro: 29 August 2026, 02:12:52 PM
https://getfireshot.com