# EXHIBIT 14

# HARRIER™



**A COMPLETELY RE-ENGINEERED LINE OF MODERN SPORTING RIFLES THAT REPRESENTS THE LATEST EVOLUTION IN AR-PATTERN FIREARMS.**

**NITRIDED BOLT** and bolt carrier group features staked gas key.



**MAGPUL M-LOK ACCESSORY ATTACHMENT SLOTS** along the 3:00, 6:00 and 9:00 positions with 8 intermediate slots on muzzle end.





| | |
|---|---|
| Model: | 28600 |
| Caliber: | 5.56 NATO |
| Capacity: | 30 |
| Barrel Length: | 16.10" |
| Handguard: | Full Picatinny with M-LOK Attachment Slots |
| Stock: | Magpul DT Carbine |
| MSRP: | **$749.00** |

Spec Sheet ▸ Buy Now ▸



| | |
|---|---|
| Model: | 28601 |
| Caliber: | 5.56 NATO |
| Capacity: | 30 |
| Barrel Length: | 16.10" |
| Handguard: | Partial Picatinny with M-LOK Attachment Slots |
| Stock: | M4-Style |
| MSRP: | **$699.00** |

Spec Sheet ▸ Buy Now ▸

**THREADED BARREL** features a 1/2"-28 threaded muzzle and is fitted with an A2 flash hider.



**UPPER AND LOWER RECEIVERS** machined to mil-spec dimensions from 7075 forgings and Type III hard coat anodized. Lower receiver includes a tension screw to eliminate play between upper and lower receiver.






**Disassembly** Cleaning Assembly



Copyright © 2026 by Sturm, Ruger & Co., Inc.

Captured by FireShot Pro: 29 August 2026, 02:14:44 PM
https://getfireshot.com