# EXHIBIT 15

FREE SHIPPING ON ORDERS OVER $99





TOP SELLING 20 GUN BROKER.COM 24 RIFLE

# M&P 15 SPORT III SERIES

M&P®15 SPORT III

MSRP: $799.00

SKU: 13807

WHERE TO BUY

TECH SPECS +

DOWNLOADS +

COMPATIBLE ACCESSORIES −



M&P®15 SPORT III 11.5" UPPER RECEIVER

$450

VIEW



M&P®15 SPORT III 16" UPPER RECEIVER

$450

VIEW

Caliber
5.56 NATO

Frame Size
RIFLE

Overall Dimensions
Weight 104.32 oz
Width 2.5 in
Height 8 in

Capacity
30











VIEW GALLERY

## M&P 15 SPORT III SERIES

ALL BACKED BY OUR SMITH & WESSON LIFETIME SERVICE POLICY.
Availability subject to applicable federal, state and local laws, regulations, and ordinances.

## PRODUCT FEATURES




## PRODUCT **BENEFITS**

Built to perform under various conditions, the M&P SPORT III rifle is as versatile as it is reliable. Engineered for a wide variety of recreation, sport shooting, and professional applications, the new SPORT III offers more options to accessorize than the previous generations. Lightweight and rugged, the SPORT III embodies the best combination of function and form.

Featuring a forged, integral trigger guard, Armornite finish on the barrel, chromed firing pin, forward assist, and dust cover. Get unmatched value with the new M&P SPORT III.

- Free-Float Handguard - Able to mount a multitude of aftermarket accessories.
- Mid-length Gas System - Users can expect less felt recoil when shooting.
- 1:8 Twist 5R Rifled Barrel - 5R rifling profile has consistent contact with the projectile, ensuring a more accurate rifle. The 1:8" twist rate change allows for more variety of ammo to be used.

# RELATED PRODUCTS

VIEW ALL







| M&P®15 SPORT™ III WHITE | M&P®15 SPORT™ III WHITE CA COMPLIANT | M&P®15 SPORT™ III TUNGSTEN GRAY | M&P®15 SPORT™ III WITH CT RED DOT 10 RD HEAVY BARREL FIXED STOCK COMPLIANT | M&P®15 S COMPLIAN |
|---|---|---|---|---|
| $899 | $949 | $829 | $829 | $ |
| 14798 | 14799 | 14425 | 14208 | 1 |
| 5.56 NATO | 5.56 NATO | 5.56 NATO | 5.56 NATO | 5.5 |
| 30 | 10 | 30 | 10 | |
| RIFLE | RIFLE | RIFLE | RIFLE | F |
| 16 | 16 | 16 | 16 | |
| THUMB SAFETY | THUMB SAFETY | THUMB SAFETY | THUMB SAFETY | THUM |
| N/A | CA, CO, DE, HI, NJ, NY, RI, VT, DC | N/A | CO, HI, MD, NJ, VT | CO |
| 104.32 oz | 104 oz | 104.32 oz | 104 oz | 1 |
| WHITE | WHITE | TUNGSTEN GRAY | BLACK | B |
| 2.5 in | 2.5 in | 2.5 in | 2.5 in | 2 |
| 35 in | 35 in | 35 in | 34 in | 3 |
| 8 in | 8 in | 8 in | 8 in | |

# SHOOT IN STYLE

NEW
SMITH & WESSON® ESTABLISHED 1852 RED WHITE & BLUE CAMO TEE

$25.99
VIEW

NEW
SMITH & WESSON® 5906 9 TACTICAL TEE

$25.99
VIEW

NEW
SMITH & WESSON® WOMEN'S I HEART S&W® TEE

$25.99
VIEW

NEW
SMITH & WESSON® MODEL 686 LIFE TEE

$25.99
VIEW



## NEW: SMITH & WESSON® M&P®15 SPORT III

All Sport IIIs are configured to give you maximum accessorizing and customizing capabilities. The Sport III comes in at a very affordable $799 MSRP, providing budget-friendly options to those looking to exercise their 2nd Amendment right without breaking the bank.

READ MORE

GUNSMARTS



Anticipating Recoil



Loading A Pistol Magazine



Drawing From A Holster




Shooting Grip & Stance

LEARN MORE

## JOIN OUR COMMUNITY

Get the latest news and updates and Save 10% off your first online order.

Email

Email Address | SUBSCRIBE →

Required to accept terms and conditions.

☐ I agree to Terms & Conditions and Privacy Policy

GUN FINDER | LOCATE DEALER

**PRODUCTS**

- PISTOLS
- REVOLVERS
- LONG GUNS
- PARTS & ACCESSORIES
- BRANDED GEAR
- ENGRAVING
- GUNSMITHING
- LICENSED PARTNERS

**SUPPORT**

- CONTACT
- FAQS
- PRODUCT REGISTRATION
- WARRANTIES
- SHIPPING & RETURNS
- RECALLS
- ACCESSIBILITY
- REBATES

**INTERNATIONAL & PROFESSIONAL**

- CATALOG
- L.E. DISTRIBUTORS
- HANDCUFF DISTRIBUTORS
- INTERNATIONAL DISTRIBUTORS
- L.E. SALES & ADMINISTRATION
- INTERNATIONAL SALES & ADMINISTRATION
- S&W ARMORER TRAINING

**ABOUT US**

- OUR STORY
- CAREERS
- INVESTOR RELATIONS
- NEWS
- SUPPLIER
- FIREARM FACT SHEET
- DIGITAL ASSETS
- PATENTS

DEALER PORTAL

©2026 Smith & Wesson | All rights reserved | Nasdaq:SWBI | WEBSITE TERMS & CONDITIONS | PRIVACY POLICY | COOKIES SETTINGS