# EXHIBIT 16

# HECKLER & KOCH LAUNCHES THE NEW SP5

December 3, 2019

Columbus, Georgia — Heckler & Koch is proud to announce the US availability of the HK SP5, the only authentic sporting version of the legendary MP5 submachine gun available.

The SP5 was developed by HK as a semiautomatic, civilian sporting pistol that matches the look and feel of the legendary MP5 submachine gun.

"Our whole team is very proud and very excited to finally bring the SP5 to the US," HK-USA COO/CSO Mike Holley said. "The MP5 isn't just a customer favorite, it's an HK employee favorite too. So, we are just thrilled to roll out the most authentic semiautomatic-only version of it we've seen in the US."

Designed and manufactured to meet the definition of a civilian pistol, the SP5 is loaded with authentic features, like a Navy barrel with threaded tri-lug adaptor, paddle magazine release and fluted chamber.

The backbone of the SP5 is the roller-delayed blowback operating system, which is legendary for its accuracy, reliability, and smooth shooting dynamic. Originally perfected on the Heckler & Koch G3 rifle, it has been used on several other HK firearms still serving today around the world.

The SP5 is manufactured in Heckler & Koch's Oberndorf factory in southwest Germany. It retains many of the critical elements of the MP5, including its precision-machined components and attention to detail. This high level of quality and workmanship is a result of making the SP5 in the same factory, on the same lines, and by the same workforce that has been making MP5s for years.

A wide variety of accessories can be added to increase its functionality. As the world's most popular pistol-caliber carbine platform, the MP5 and SP5 are supported by an aftermarket loaded with lots of great accessories.

The SP5 is shipping now. MSRP is $2,799.

About Heckler & Koch

Heckler & Koch is the world's premier small arms systems company and a major supplier to global military, law enforcement agencies, and civilian shooters. An innovative leader in design and manufacturing, Heckler & Koch provides technologically advanced firearms, logistical support, training, and specialized services with the highest standards of innovation and reliability to its customer base. Heckler & Koch's well-known range of products include the USP series pistols, MP5 submachine gun, the MP7 Personal Defense Weapon, the G36 weapon system, the HK416 enhanced carbine, HK45, P30, and most recently VP series pistols.



Captured by FireShot Pro: 29 August 2026, 02:18:33 PM
https://getfireshot.com