# EXHIBIT 17

**Due to applicable state laws and regulations, we will not ship Forced Reset Triggers (FRTs) to the following locations: CA, CO. CT, DE, HI, IL, MA, MD, NJ, NY, OR, RI, WA, and DC. Orders placed with a shipping address in any of these states will be canceled and refunded.**






# FRT-RD3™ (SEF)

## Two-Stage (3-Position) Forced Reset Trigger for the HK MP5, MP5K, SP5 & SP5K

**NOTE:** Max of one FRT-RD3™ per transaction.

**NOTE:** Due to limited availability, FRT-RD3™ purchases are limited to one per customer every 24 hours to ensure fair access for all.

**ATTENTION: THIS TRIGGER ONLY FUNCTIONS WITH SEF GRIP FRAMES.**

**Contents:**

- 1 x FRT-RD3 Trigger
- 1 x SEF Single-Sided Safety Selector
- 1 x 1/16" Allen Key
- 1 x 3/32" Allen Key

★★★★★ (37 customer reviews)

**SKU:** FRT-RD3-SEF **CATEGORY:** TRIGGERS

**$615.00**

In stock

− +  Add to cart

DESCRIPTION ADDITIONAL INFORMATION REVIEWS (37)

### 37 reviews for FRT-RD3™ (SEF)

**SOSO850** *(VERIFIED OWNER)* – AUGUST 19, 2026 ★★★★★

Took 2 minutes to drop in my MAC5 & runs perfectly. Very pleased with the whole thing. Bravo Zulu Rare Breed

**Kevin A** *(VERIFIED OWNER)* – AUGUST 17, 2026 ★★★★★

So having had experience with a true full auto MP5, I can say without a doubt this is the closest you will ever get to that! The trigger pack was installed in moments after watching the helpful video here and it runs like greased lightning! It was installed in a full size AP5 SEF lower and I have zero complaints. Everyone I've shown it to and let shoot it is in love. Thanks for having the commitment to see the battle through to getting the settlement. Ignore all the unrealistic keyboard commandos griping about whatever. They have no idea what it's like putting your life and business on the line to fight in court!

**Paul** *(VERIFIED OWNER)* – AUGUST 6, 2026 ★★★★★

I had a Warhammer Super Safety with a Slip Trip in my SP5 for two years and it ran like a dream but I hated the Cheesy way it looked. I bought an SEF trigger housing from HK Parts that had been Clipped and Pinned so that my beautiful German gun would look its best and I put in the Rare Breed Trigger and I could not be more pleased!!!!! The trigger pull is crisp and light and it performs perfectly, so far I have put 2,500 rounds through it and it just runs!!!

If you want the best, get this trigger and help support one of the few companies in America that has fought for you rights to enjoy rapid fire and the Second Amendment.

**Max** *(VERIFIED OWNER)* – JULY 29, 2026 ★★★★★

I originally considered buying a 3D printed, AR derivative lower for my USA Made Zenith ZF5K clone, frankly because the FRT-RD3 SEF is pricey. But the more I read about issues with AR type lowers the more I decided to go with Rare Breed.... I'm so glad I did. Arrived in 2 days. Trigger pack swap took 15 minutes and was ready to run. Zero issues with 300-400 rounds down the pipe. How much is your time worth? You'll likely have less time wrapped up in a drop-in pack than you will a 3D printed, AR derivative setup. If you want to use the OG lower then Rare Breed is your only option at this time. Totally worth it.

**William** – JULY 25, 2026 ★★★★★

I was terrified of putting an FRT in my Mac5K because I see so many videos online of people having issues with jams or the FRT not working for whatever reason. This has been amazing, hard to believe how cool it is. What I like the most is that I didn't have to change the grip module, and now the safety selector has all three positions. Can't recommend this highly enough.

### Add a review

Your email address will not be published. Required fields are marked *

YOUR RATING * ☆☆☆☆☆

Name *

Email *

Your review *

☐ Save my name, email, and website in this browser for the next time I comment.

Submit

**Romstar** – JULY 13, 2026 ★★★★★

Got this recently, for my MP5 clone built by Atlantic Firearms. The clone is over a decade old, but that is besides the point. This unit popped right in, no issues. I tried the previous AMBI model but that configuration did not fit my lower, so I had to reorder this one.

You wont be disappointed. Id give ten stars if I could. Just know, make sure to check your lower to determine which unit will fit.

Thank you Rare Breed!

---

**SWANK_shooter** – JULY 10, 2026 ★★★★★

These are expensive but these things RIP boys. It's 100% the closest any of us normal folks will ever come to the real deal without dropping 30k and endless paperwork. It's easy to install and the most fun you can have outside with your pants on. Try it!

---

**Tyler C** – JULY 10, 2026 ★★★★★

The FRT-RD3 SEF has made my MKE AP5 a completely different shooting experience. Installation was plug-and-play — the SEF housing fits perfectly and looks factory. Semi pull is excellent — much better than the factory trigger and very consistent. FRT mode on the MP5 roller-delayed platform is the most fun trigger experience I have ever had.

---

**Bryson L** – JULY 10, 2026 ★★★★★

I own three MP5-platform firearms and the FRT-RD3 SEF is now installed in all three. The SEF grip frame keeps everything looking completely OEM from the outside. Semi is smooth and crisp across all three hosts. FRT mode on all three is outstanding — each gun runs perfectly without any fitting or modification required. Extremely happy with my choice!

---

**Ryan A** – JULY 10, 2026 ★★★★★

The FRT-RD3 SEF in my Dakota Tactical SP89 clone is the single best upgrade I have made to any gun in my collection. The SEF housing is completely factory looking. Semi is amazing and FRT mode is even more amazing! Best money I have spent on any firearm accessory period.

---

**Pan** *(VERIFIED OWNER)* – JULY 5, 2026 ★★★★★

Finally got to try out an FRT-RD3 SEF in a Zenith ZF5. It rocked and rolled from the first try although I had a couple of FTF caused by a new Magpul drum. Important Note: Don't make the mistake I made. I originally ordered the AMBI version of the FRT-RD3 trigger because the the ZF5 has an Ambi selector. But, the Zenith ZF5 is actually an SEF. So with that said, if you have a Zenith ZF5 and want to install an FRT-RD3, be sure and purchase the SEF version.

---

**Matt** *(VERIFIED OWNER)* – JUNE 26, 2026 ★★★★★

I wanted a drop in FRT for my MP5 and boy does this thing deliver! Mine went into a MAC5k and it worked perfect with not a single issue. I mag dumped about 160 rounds suppressed as soon as i put it in. The price is a little high but the machining work done to it makes it feel like it is worth the price. Now i wish they made a drop in for my Jakl!

---

**Jeremy** – JUNE 15, 2026 ★★★★★

Picked up the FRT-RD3 SEF for my Zenith ZF-5 and it has been absolutely outstanding. The SEF selector helps maintain that factory look which is important to me. I love the feel, the fit, and the function. I am extremely happy with my purchase and recommend this trigger to anyone willing to listen to me. Great job guys!

---

**Trevor** – JUNE 15, 2026 ★★★★★

I own several MP5-platform guns and the FRT-RD3 is now installed in three of them. The absolutely love the original OEM look. it makes all the difference to me. Semi is smooth and honestly, better than the OEM. FRT mode is just extraordinary on this platform. Have run it in a Century AP5, an MKE AP5-P, and a PTR 9CT all three platforms run flawlessly. Rare Breed is the only name in MP5 FRTs as far as I am concerned. Bravo zulu!

---

**Mitchell D** – JUNE 11, 2026 ★★★★★

Installed the FRT-RD3 SEF in my Zenith ZF5 and it was plug-and-play from start to finish. The SEF housing keeps everything looking completely factory from the outside. Trigger pull in semi is a major step up from OEM and FRT mode is just insane. Took it to the range this past weekend and the trigger never missed a beat. Best money I have spent on my MP5 clone. Rare Breed is the real deal.

---

**Colton** – JUNE 11, 2026 ★★★★★

Got my FRT-RD3 SEF installed in my PTR 9CT running a surplus HK SEF lower and it fits factory-perfect — you genuinely cannot tell it is not OEM just by looking. Then you shoot it and wow. Semi pull is clean and predictable, FRT mode is an absolute blast. Ran 10 mags back-to-back without a single stutter. My buddy brought his 3D-printed lower setup — after one mag through mine he immediately ordered an SEF housing and an RD3. Says everything you need to know.

---

**JAFO** *(VERIFIED OWNER)* – JUNE 9, 2026 ★★★★★

Got my new RD3 on Monday, installed it in ten minutes, went to the range, ran flawlessly!

---

**Joseph** – JUNE 6, 2026 ★★★★★

I absolutely love my SEF FRT-RD3. My SEF model is installed in a PTR, and it has performed flawlessly from day one.

One thing I want to mention is that I own both the FRT-RD3 (AMBI) and the FRT-RD3 (SEF), and I genuinely like them equally. The choice between the two really comes down to which grip frame you prefer. Performance-wise, both have been excellent.

The FRT-RD3 (SEF) maintains the classic MP5 feel while delivering the outstanding performance I've come to expect from Rare Breed Triggers. Reliability has been excellent, the trigger pull feels great, and the shooting experience is simply addictive. If you're running a PTR, HK clone, or MP5-style firearm with an SEF setup, this is the best trigger upgrade you can make. It is a 10 out of 10.

---

**Roger** – MAY 31, 2026 ★★★★★

I couldn't be happier with this trigger. Since its release, I've picked up six Rare Breed FRT-RD3 triggers and installed them across several different MP5-style platforms. They're currently running in my Dakota Tactical D54SD, Dakota Tactical D54R-N, both of our HK MP5Ks, and a pair of Century Arms AP5s that belong to my sons.

The performance has been outstanding across the board. No problems. No issues. What really sets this product apart is that Rare Breed designed it specifically for the MP5 platform rather than adapting an AR-15 trigger to fit. Rare Breed has knocked it out of the park with this purpose-built trigger!

The engineering and attention to detail are impressive, and the end result is a trigger that just runs like a sewing machine. Excellent job by the guys at Rare Breed. I'm excited to see what they do next!

---

**Garth** *(VERIFIED OWNER)* – MAY 29, 2026 ★★★★★

Amazing product and good customer service. Unfortunately ordered the wrong product first go around but customer service was understanding and helpful. Once I got the Rare Breed SEF RD3 installed, it has run perfectly in my POF MP5 clone. Using a surplus SEF lower. Great product can't wait to see what comes next!

---

**Alexander Reponen** *(VERIFIED OWNER)* – MAY 27, 2026 ★★★★★

Truly amazing in every way. I can't recommend this enough.

---

**Jim** *(VERIFIED OWNER)* – MAY 25, 2026 ★★★★★

The timing is perfect! The RD3 fits perfectly into my stock HK SEF lower. It was easy to install and there was nothing else needed. Will definitely get a couple more for my MP5SD and PDW. Great job guys!

---

**Jack** *(VERIFIED OWNER)* – MAY 5, 2026 ★★★★★

Dropped my RB SEF into a POF MP5 (full size) with a HK trigger housing.
It fit like factory and function was perfect in semi and fully-semi.

No matter how many loaded mags you take to the range, you will be surprised how quickly you run out of ammo.

The only gripe, and it's a tiny one, was the light tension on the selector lever.
A trimmed AR15 selector spring fixed that.

Waiting to catch them back in stock so I can add one to my AP5-P.

---

**Blue-Collar Dad** – APRIL 25, 2026 ★★★★★

I was finally able to get my hands on the Rare Breed FRT-RD3 for my HK SP5K. Installation was extremely easy following their video as a guide. And it ran flawlessly when I got it to the range. It was easy to control. I could get off four rounds, six rounds, or dump the entire magazine without any problems. And of course, I was able to dump magazine after magazine non-stop without so much of a stutter. This is my 5th RB FRT with all of the others performing just as well. I will recommend Rare Breed FRT's to all of my friends! Amazing!

---

Captured by FireShot Pro: 29 August 2026, 02:23:09 PM
https://getfireshot.com

**Dave** *(VERIFIED OWNER)* – APRIL 15, 2026 ★★★★★

I just received my FRT-RD3 SEF trigger pack only days after ordering it. Installing it in my MKE AP5 P was super easy and took less than 10 minutes. Trigger pull is so much better than the OEM. I've owned a transferable HK MP5, and this FRT is just as fun.

---

**Joe** *(VERIFIED OWNER)* – APRIL 14, 2026 ★★★★★

If you own an MP5 (SEF) or a clone, the RD3 (SEF) trigger is a must-have. The RB RD3 (SEF), paired with an 80-degree locking piece, completely revived my MP5K. After installation, it ran flawlessly with 115 to 147 grain ammo with zero FTF / FTE. The build quality is excellent, and installation is straightforward. Thanks to RB, I now have a functional third-position "F," and my MP5K runs fast while remaining controllable and accurate. The selector axle's tension adjustment screw is a great feature, allowing you to fine-tune resistance so each movement between SEF positions is both audible and tactile. Highly recommended Rare Breed Triggers!

---

**Tacteam369** *(VERIFIED OWNER)* – APRIL 14, 2026 ★★★★★

Just received my FRT-RD3 SEF, installed in less than 10 minutes in my MKE AP5-P. I just got back from the range and it ran flawlessly in all modes. I've owned a transferable HK MP5 in the past and the RB FRT is just as fun and has a better trigger pull.

---

**Nick** *(VERIFIED OWNER)* – APRIL 14, 2026 ★★★★★

I have the AMBI FRT-RD3 in my HK SP5, but I have the SEF FRT-RD3 in my MKE AP5 full size and also in my Zenith built HK34. Runs 100% in both. These triggers are just smooth! I am really impressed. Really does unleash the full potential of the MP5 platform without the 50-90 grand price tag.

---

**Johnny Lee Lewis** *(VERIFIED OWNER)* – APRIL 13, 2026 ★★★★★

Received my FRT-RD3 today, installed it, and test fired it in my HK SP5. It was flawless! I am so happy Rare Breed came up with a clearly superior FRT for the HK, and clones. It's full duty weapon grade.

---

**Jason L** *(VERIFIED OWNER)* – APRIL 8, 2026 ★★★★★

I am pleased to have acquired two of the Rare Breed FRT-RD3's forced reset triggers for my MP5 and MP5K. I will absolutely be getting a third for my MP5SD.

These allow for the classic look of the MP5 to remain by using the factory HK style grip housing. Installation was simple and the functionality is impressive. $50,000 for a transferable MP5 or a Rare Breed FRT for a fraction of the cost.

Buy with confidence!

---

**Adrian P** *(VERIFIED OWNER)* – APRIL 6, 2026 ★★★★★

All I can say is wow! I got my trigger pretty quick. The FRT-RD3 is a night and day difference from the Super Safety triggers. There's no extra BS like adding trips or cutting springs. I broke in the trigger with my new Zenith ZF5. I initially fired 400 rounds on semi-auto with 124gr and had zero issues. No misfeeds, light primer strikes, etc. Then I fired another 250 rounds in forced reset mode. I fired 3, 4, and 5 rounds bursts with 115, 124, and 147gr before I ran out of ammo. My ZF5 eats!

---

**David Corbin** *(VERIFIED OWNER)* – MARCH 28, 2026 ★★★★★

Got my FRT-RD3 SEF trigger pack today. Got it installed with no problems at all. It was installed in a Bobcat Weapons Inc MP5 clone and it works perfectly. Instead of swapping out the ejector, ejector pivot pin, and spring from my original trigger pack, I ordered new ones from HK Parts and keep my original trigger pack intact. The FRT-RD3 SEF trigger pack works perfectly! You can't tell the difference between it and the real thing. Absolutely perfect A plus! Now I'm waiting on the AK version.

---

**Josh** *(VERIFIED OWNER)* – MARCH 28, 2026 ★★★★★

The FRT-RD3 was super easy to install and you get to keep the classic look of your MP5. Built like a tank, runs flawlessly, no malfunctions. You'll burn through all your ammo and you won't regret it. 11/10 experience!

---

**Michael** *(VERIFIED OWNER)* – MARCH 25, 2026 ★★★★★

Excellent product, very well designed, precision manufactured, and functions flawlessly in my PTR 9KT PDW. Since the RD3 is dimensionally the same as a factory trigger pack, it fits perfectly in my factory SEF trigger housing. This is absolutely the best accessory to get if you have an MP5 clone.

---

**Michael Ryan** *(VERIFIED OWNER)* – MARCH 24, 2026 ★★★★★

This trigger is literally the best thing since sliced bread. Before I had the Rare Breed FRT-RD3, I was running a crappy 3d printed lower and it just took away from the classic MP5 aesthetic that we all love. Now I get to enjoy my MP5's exactly how they were intended to run and look.

---

**Mike** *(VERIFIED OWNER)* – MARCH 23, 2026 ★★★★★

The Rare Breed RD3 is a great trigger! The trigger pull is right around 3.5 lbs, it's 100% drop-in, and also not nearly as finicky as the AR-style lowers for the MP5. Also, when you add up the cost of everything required to run the AR-style lowers, they end up being more expensive. So actually, you can end up saving money going the Rare Breed RD3 route.

---

**SWANK** *(VERIFIED OWNER)* – MARCH 15, 2026 ★★★★★

These are expensive, but these things RIP boys. It's 100% the closest any of us normal folks will ever come to the real deal, without dropping 30k and endless paperwork. It's easy to install, and the most damned fun you can have outside with ya pants on. Try it!

## Related products



FRT-MR3™ (FLAT)

Single-Stage (3-Position) Forced Reset Trigger for the HK MR223 & HK MR556

$525.00

View Product



FRT-15L3®

Single-Stage (3-Position) Forced Reset Trigger for the AR-15

$450.00

View Product



FRT-15L3® (FLAT)

Single-Stage (3-Position) Forced Reset Trigger for the AR-15

$450.00

View Product

RARE BREED TRIGGERS

2710 Central Freeway
Ste 150 - 151
Wichita Falls, TX 76306

940-477-9199

CustomerService@RareBreedTriggers.com

About Us
Installation Videos
Patents
Press Releases
FAQs

Terms And Conditions
Privacy Policy
Legal Status
Waiver & Release

Subscribe to our Newsletter

Enter your email address

Subscribe