# EXHIBIT 18

FREE SHIPPING ON ALL ORDERS!

AS DESIGNS
ACTIVE SAFETY SYSTEMS

Search

SHOP GALLERY FAQ INSTALL TROUBLESHOOTING PRODUCTION STATUS SHIPPING ESTIMATES



# ARHK

$549.99

NOTIFY ME

## DESCRIPTION

ARHK Update (6/16)

7/12 of the parts have been finalized and we are starting production on them today.

We are still finalizing the detent bar, cam, transfer lever, and trigger (and one part that cannot be revealed). We are receiving what we hope to be final samples today and will be doing rigorouous testing for the rest of the week. If testing goes well, the rest of the parts will enter production Monday.

We have these running incredibly well in everything except one of our 308 hosts that is particularly brutal on testing but we want these to be able to hold up in anything you guys will put them in.

We expect production to take roughly 8 weeks and assembly for the first batch will take 2 weeks on top of that. Yes, this means we will not hit our end of July ETA. We understand that this is frustrating for those of you who are waiting but we need to be sure this is 100% ready to take to market before we launch.

We are planning to have 1500 available ready to ship on the drop day. Assuming testing goes well this weekend and production goes according to schedule we are hoping the drop will be early August. As always, this is not a guarantee and quality is our number one priority so we will not rush a drop and sell an inferior product.

A fully self-contained drop-in cassette trigger unit built on our ARC-Fire technology. Designed from the ground up for HK roller-delayed platforms.

The ARHK installs directly into factory OEM polymer housings with no modifications required. Ejector comes pre-installed, no additional trips, buffers, or auxiliary parts needed in the host.

Three-position selector. Safe / Semi / Active Reset. Aligned with Navy-style housing markings (SEF to follow soon). Semi mode is fully disengaged with no active reset, giving you a standard trigger pull in the second position. Flip to the third position to engage the ARC-Fire clutch for active reset.

Platform compatibility:

MP5 · MP5K · AP53 · G3/91 · HK21 · HK31 · HK11 · HK32 · HK33 clones and other variants. Not recommended for use with CETME

Works with all bolt carrier types. Full-auto carriers are not required, but full compatibility is maintained if your host runs one.

VIKINGCLOUD ASSURANCE CARD

ARHK Update (6/16)

7/12 of the parts have been finalized and we are starting production on them today.

We are still finalizing the detent bar, cam, transfer lever, and trigger (and one part that cannot be revealed). We are receiving what we hope to be final samples today and will be doing rigorouus testing for the rest of the week. If testing goes well, the rest of the parts will enter production Monday.

We have these running incredibly well in everything except one of our 308 hosts that is particularly brutal on testing but we want these to be able to hold up in anything you guys will put them in.

We expect production to take roughly 8 weeks and assembly for the first batch will take 2 weeks on top of that. Yes, this means we will not hit our end of July ETA. We understand that this is frustrating for those of you who are waiting but we need to be sure this is 100% ready to take to market before we launch.

We are planning to have 1500 available ready to ship on the drop day. Assuming testing goes well this weekend and production goes according to schedule we are hoping the drop will be early August. As always, this is not a guarantee and quality is our number one priority so we will not rush a drop and sell an inferior product.

A fully self-contained drop-in cassette trigger unit built on our ARC-Fire technology. Designed from the ground up for HK roller-delayed platforms.

The ARHK installs directly into factory OEM polymer housings with no modifications required. Ejector comes pre-installed, no additional trips, buffers, or auxiliary parts needed in the host.

Three-position selector. Safe / Semi / Active Reset. Aligned with Navy-style housing markings (SEF to follow soon). Semi mode is fully disengaged with no active reset, giving you a standard trigger pull in the second position. Flip to the third position to engage the ARC-Fire clutch for active reset.

Platform compatibility:

MP5 · MP5K · AP53 · G3/91 · HK21 · HK31 · HK11 · HK32 · HK33 clones and other variants. Not recommended for use with CETME

Works with all bolt carrier types. Full-auto carriers are not required, but full compatibility is maintained if your host runs one.

VIKINGCLOUD ASSURANCE CARD



Authorize.Net Verified Merchant
Verified by VIKINGCLOUD

© 2026 AS Designs | Sitemap

VISA DISCOVER

Manage Website Data Collection Preferences

Document title: ARHK
Capture URL: https://activesafetydesigns.com/mp5/arhk/
Capture timestamp (UTC): Tue, 07 Jul 2026 21:41:45 GMT