# EXHIBIT 20

**Page 1**
**Instagram**
**https://www.instagram.com/p/DNJtM8yu4of/**




asdesignsfrts • Follow

**asdesignsfrts** The one and only Rare Breed stopped by the booth at GOALS to give us a "gift" nice meeting you guys! See you soon.

#rarebreed #asdesigns #goals #ARCFire

35w

**just.a.gun.guy** Was this during the media only event or the live public one today? I didnt see them at the media event, but wow.. talk about disrespect

35w 6 likes Reply

**matthewkarlovic** @just.a.gun.guy public day.

35w Reply

Hide replies

**soconnoriv** Super Safety will win because of this

Liked by **l36uv** and **others**

August 9, 2025

Add a comment... Post

Captured by FireShot Pro: 16 April 2026, 08:02:06 PM
https://getfireshot.com




asdesignsfrts • Follow

**middleton_made** What a day today has been

35w 13 likes Reply

**levi.blank** Rare Breed sure knows how to make friends, don't they? I'm glad to see more people realize that their "win" was just them agreeing to do the government's dirty work of restricting FRTs in exchange for immunity. They're like the prison snitches of our community. I'm happy to support their competitors!

35w 108 likes Reply

**theken206** @levi.blank the thing is. They have never even shown that to be part of their agreement. At this point its just the word of a bunch of shady fucks, with a bunch of incestuous buisness relationships. Someone pointed out, when has the government ever demanded people patent troll and "aggressively defend" their patents.

Liked by **l36uv** and **others**

August 9, 2025

Add a comment... Post

Captured by FireShot Pro: 16 April 2026, 08:03:33 PM
https://getfireshot.com




asdesignsfrts • Follow

tlicious556.2 @levi.blank 😂😂😂😂😂😂😂
Y'all are never happy. It's funny
35w Reply

Hide replies

tactiwop Yeeeeaaahhh... Certainly exactly what I expected a dude to look like that's doing ghey shit like that.
35w 42 likes Reply

samcro817 @tactiwop Exactly! Why am I not the Least bit surprised homeboy is a fry away from diabetes?
30w 2 likes Reply

tactiwop @samcro817 preach it dude
30w 1 like Reply

Liked by l36uv and others
August 9, 2025

Add a comment... Post




**asdesignsfrts** • Follow

**printshootrepeat** That's not very cash money of them

35w 193 likes Reply

**asdesignsfrts** @printshootrepeat nah its ok cuz they started it with "we arent the assholes everyone thinks we are" and "we arent trying to cause a scene this is just formality"

35w 88 likes Reply

**josephlikesturtles** @asdesignsfrts yea c&d are definitely we do t want any trouble vibes.

35w 21 likes Reply

**stclaircountyyrs** @printshootrepeat Or maybe too cash money? Because he's a greedy not so little piggy.

35w 12 likes Reply

View replies (7)

Liked by **l36uv** and **others**

August 9, 2025

Add a comment... Post




asdesignsfrts • Follow

**stclaircountyyrs** @printshootrepeat Or maybe too cash money? Because he's a greedy not so little piggy.

35w 12 likes Reply

**armed_meme_dealer** @asdesignsfrts I feel like doing it behind closed doors would've been the better choice over at a fucking 2A event in front of everyone when they know theyre on the shit list

35w 21 likes Reply

**adamsa58** @asdesignsfrts "We dont want to cause a scene" Then send it to their attorney's office you unprofessional clowns

35w 45 likes Reply

**floridagunlawyerspl** @printshootrepeat sue them first for declaratory relief. Crowd fund your legal bills. Put them out of business. LFG!!!!

Liked by **l36uv** and **others**

August 9, 2025

Add a comment... Post

**Page 1**
**Instagram**
**https://www.instagram.com/p/DNJtM8yu4of/**




asdesignsfrts • Follow

**alexvdubluke** @asdesignsfrts yeaaaaah so there for sure was a handshake with the ATF that they would sue anyone else trying to implement the "totally ok and approved" new tech 😂

35w 1 like Reply

**thetonygoodwin** @alexvdubluke it's literally in the settlement document. No handshake aspect. They have to actively enforce their patent

35w 2 likes Reply

**theken206** No, they really dont. They could easily say they have no good faith argument that super safeties infringe on the 223 patent( which considering how often they reference all the other magical patents ABC claims to have isnt a stretch). Per the agreement only the '223 patent needs to be defended. Let's not pretend that Lawrence, Cole and the rest

Liked by **l36uv** and **others**
August 9, 2025

Add a comment... Post

Captured by FireShot Pro: 16 April 2026, 08:07:54 PM
https://getfireshot.com

**Page 1**
**Instagram**
**https://www.instagram.com/p/DNJtM8yu4of/**




asdesignsfrts • Follow

**theken206** No, they really dont. They could easily say they have no good faith argument that super safeties infringe on the 223 patent( which considering how often they reference all the other magical patents ABC claims to have isnt a stretch). Per the agreement only the '223 patent needs to be defended. Let's not pretend that Lawrence, Cole and the rest of those cucks did anything for the good of the American gun owner. That shit is laughable. They did what they did to protect their livelihoods, and the original 28 million dollars they made lol. If they cared about our community and spreading freedom. Literally all they would have to do is say the Hoffman designs dont encroach the '223 patent 🤷 🤷 🤷

35w 3 likes Reply

**skylers_exotics** Boycott Rare Breed

35w 5 likes Reply

Liked by **l36uv** and **others**
August 9, 2025

Add a comment... Post

Page 1
Instagram
https://www.instagram.com/p/DNJtM8yu4of/




asdesignsfrts • Follow

**stclaircountyyrs** We enjoyed very much speaking with you and Hoffman both during the Media day and Range day. This is an absolutely unconscionable thing to do and we would like to support you in any way we can.

35w 9 likes Reply

**_j.p.4** Ah hell yeah the fall of RB

35w 10 likes Reply

**greese44** "Snitches get stitches" or something like that

35w 6 likes Reply

**tannerbseymour** You've got to be kidding me... This is going too far.

35w 95 likes Reply

View replies (6)

Liked by **l36uv** and **others**

August 9, 2025

Add a comment... Post




asdesignsfrts • Follow

**tannerbseymour** You've got to be kidding me... This is going too far.

35w 95 likes Reply

**balkenbrij_** @ink2iron wrong, they were the only ones to get their case heard. You dick ride these guys waaaaaay too much (but I think the roids probably plays a part in that)

35w 12 likes Reply

**regulatedarmament** @ink2iron That doesn't change the nature of patents, IP, and mechanics.

35w 3 likes Reply

**balkenbrij_** @ink2iron fantastic comeback man, really good thought process and points made with that one.

35w 1 like Reply

View replies (3)

Liked by **l36uv** and **others**

August 9, 2025

Add a comment... Post




asdesignsfrts • Follow

**balkenbrij_** @ink2iron fantastic comeback man, really good thought process and points made with that one.

35w 1 like Reply

**blyyat_** @balkenbrij_ he deleted all of his comments 😂😂😂

35w 4 likes Reply

**nolaccin__a** @balkenbrij_ womp womp no one wants to give money to a company who circle jerks with the atf

35w 1 like Reply

**balkenbrij_** @nolaccin__a exactly, rare breed are trash

35w 1 like Reply

Hide replies

Liked by **l36uv** and **others**

August 9, 2025

Add a comment... Post




asdesignsfrts • Follow

justinharris_97 Raregreed Triggers back at it (please don't c&d my comment)
35w 14 likes Reply

Hide replies

mod0memes By gift you mean C&D right? 🥴
35w 65 likes Reply

thegunnygal If that's a C&D that's Gay&Lame
35w 49 likes Reply

theken206 Hopefully Rare Breed ends up out a million bucks 13x for allegedly breaking the terms of the big daddy settlement. AND loses the patent challenge that is about to happen 😂😂😂
35w 4 likes Reply

View replies (1)

Liked by l36uv and others
August 9, 2025

Add a comment... Post

**Page 1**
**Instagram**
**https://www.instagram.com/p/DNJtM8yu4of/**




asdesignsfrts • Follow

**theken206** Hopefully Rare Breed ends up out a million bucks 13x for allegedly breaking the terms of the big daddy settlement. AND loses the patent challenge that is about to happen 😂😂😂

35w 4 likes Reply

**inkw8ll** @theken206 I can totally see the government getting them to stop all these small businesses and finding a way to put them in jail afterwards. And voila, no more FRTs or super safeties

35w Reply

Hide replies

**rgw_74** Can we ban rare breed from GOA indefinitely for this shit

35w 60 likes Reply

Liked by **l36uv** and **others**
August 9, 2025

Add a comment... Post

Captured by FireShot Pro: 16 April 2026, 08:13:30 PM
https://getfireshot.com

**Page 1**
**Instagram**
**https://www.instagram.com/p/DNJtM8yu4of/**




asdesignsfrts • Follow

**jerrycurld** They are the worst.
35w 34 likes Reply

**ink2iron** Beg to differ.
35w 1 like Reply

**jerrycurld** @ink2iron I didn't ask or care about your opinion 🤣
35w 30 likes Reply

**ink2iron** @danielpatterson11795 this is social media. Toughen up pusscke
35w 1 like Reply

**jerrycurld** @ink2iron 🤣 exactly toughen up and stay quiet when people don't care what you have to say 💀 💀
35w 30 likes Reply

**armed_meme_dealer** @ink2iron theyre not

Liked by **l36uv** and **others**
August 9, 2025

Add a comment... Post




asdesignsfrts • Follow

**armed_meme_dealer** @ink2iron theyre not gonna let you hit lil bro, quit meat riding them
35w 17 likes Reply

Hide replies

**adv_rider22** Lawrence has smol pp energy
35w 2 likes Reply

**theken206** Hopefully Rare Breed ends up out a million bucks 13x for allegedly breaking the terms of the big daddy settlement. AND loses the patent challenge that is about to happen 😂😂😂
35w 4 likes Reply

View replies (1)

**thebrokenasianguns** Well they can shit in their hands and clap now

Liked by **l36uv** and **others**
August 9, 2025

Add a comment... Post




asdesignsfrts • Follow

**thebrokenasianguns** Well they can shit in their hands and clap now
35w 12 likes Reply

**falloutpropguy11** What scum fr
35w 2 likes Reply

**jeermmm** That man definitely doesn't shoot 😂
35w 9 likes Reply

**josephlikesturtles** This picture tells me all I need to know about them.
35w 5 likes Reply

**viles_nemo** @guns_and_gadgets @appalachiabees
35w 1 like Reply

**gadgetguy1288** They're deleting comments off their IG

Liked by **l36uv** and **others**
August 9, 2025

Add a comment... Post

**Page 1**
**Instagram**
**https://www.instagram.com/p/DNJtM8yu4of/**




asdesignsfrts • Follow ...

gadgetguy1288 They're deleting comments off their IG posts now too 😂
35w 51 likes Reply

_noah.2 Are they coming after the new arc trigger you guys are making and if so will it slow you guys down at all looking forward to picking one up
35w 1 like Reply

k_rad_44


35w 5 likes Reply

Liked by l36uv and others
August 9, 2025

Add a comment... Post




asdesignsfrts • Follow

**jonsnow338** @k_rad_44 never the hero. He's always been a dick.

35w 1 like Reply

Hide replies

**mothmangroup**




35w 65 likes Reply

Liked by **l36uv** and **others**

August 9, 2025

Add a comment... Post

**Page 1**
**Instagram**
**https://www.instagram.com/p/DNJtM8yu4of/**




asdesignsfrts • Follow

...

**awk15mo** If its the dude in the middle maybe he is going around handing them out as a form of exercise? You helped an obese man get some exercise! Way to go!

35w 5 likes Reply

**shutty_boy93** @awk15mo baldy on the right is the owner or Rarebreed

35w Reply

—— Hide replies

**reddirtrecoil** I wouldn't piss on Lawrence if he was on fire.

35w 58 likes Reply

**spike.2475** @reddirtrecoil same here, however I would have pissed on the floor next to him just to show that I could have pissed on him if

Liked by **l36uv** and **others**

August 9, 2025

Add a comment... Post

**Captured by FireShot Pro: 16 April 2026, 08:18:30 PM**
**https://getfireshot.com**

**Page 1**
**Instagram**
**https://www.instagram.com/p/DNJtM8yu4of/**




asdesignsfrts • Follow

reddirtrecoil I wouldn't piss on Lawrence if he was on fire.

35w 58 likes Reply

spike.2475 @reddirtrecoil same here, however I would have pissed on the floor next to him just to show that I could have pissed on him if I wanted to

35w 19 likes Reply

Hide replies

csutcliff8 I will never buy another one of their products, and I'm ashamed to say i have. I actively recommend anything else when they're mentioned.

35w 8 likes Reply

Liked by l36uv and others

August 9, 2025

Add a comment... Post

**Page 1**
**Instagram**
**https://www.instagram.com/p/DNJtM8yu4of/**




asdesignsfrts • Follow

halsey_libertyordeath_1776 Fuck rare breed
35w 3 likes Reply

griffxj Fuck RareGreed
35w 1 like Reply

lean_lantern




35w 8 likes Reply

Liked by l36uv and others
August 9, 2025

Add a comment... Post

**Page 1**
**Instagram**
**https://www.instagram.com/p/DNJtM8yu4of/**




asdesignsfrts • Follow

**noahl5p** Eff them, who goes to a 2a advocacy event to hand out C&D
35w 3 likes Reply

**derringerdoc** @asdesignsfrts is this going to affect shipping of orders placed months ago?
35w Reply

**matthewkarlovic** @derringerdoc no
35w Reply

**derringerdoc** @matthewkarlovic is it too much to say ,"I love you?" I love you!
35w Reply

**derringerdoc** @matthewkarlovic I used to respect RareBreed and have one of their AR triggers. They just lost me with this. I don't care if they come out with an MP5 drop in trigger cartridge. I'm done with them.

Liked by **l36uv** and **others**
August 9, 2025

Add a comment... Post




asdesignsfrts • Follow

**derringerdoc** @matthewkarlovic I used to respect RareBreed and have one of their AR triggers. They just lost me with this. I don't care if they come out with an MP5 drop in trigger cartridge . I'm done with them. TuckFhem

35w 1 like Reply

Hide replies

**z3ke_96** why does their page only have pictures of the dude with his fist up like he's fighting for UFC LOL

35w 1 like Reply

**abbeeman** ATF said!

35w 5 likes Reply

**gear_whore_** W I D E breed firearms

35w 17 likes Reply

Liked by **l36uv** and **others**

August 9, 2025

Add a comment... Post




asdesignsfrts • Follow

**sgt_garrett_barlo** Can someone explain please 🙏 thanks in advance!
35w Reply

**z_4t_seven** @sgt_garrett_barlo so rare b guys are chin checking everyone selling anything FRT with C.D orders
35w 3 likes Reply

Hide replies

**lsxgto** He's like the snitch from recess
35w 4 likes Reply

**lean_lantern** Tits McGhee is just mad @asdesignsfrts
35w 4 likes Reply

**hub.six** I had to look back to this post since RBT was

Liked by **l36uv** and **others**
August 9, 2025

Add a comment... Post

**Page 1**
**Instagram**
**https://www.instagram.com/p/DNJtM8yu4of/**




asdesignsfrts • Follow

rubistellarose 🐷
11w Reply

corneliusrangerat You don't get creases in shorts like that from single day of wear. Greasy fatback and nasty. Atrius and ARC go hard
11w Reply

gymjjb Stop buying rare breed to force this dude to go on a diet
11w Reply

zle_bounce Fuckin maggots hope you guys the best man waiting on that m249 lower 😨
11w Reply

panic.in.hispanic__ Tell him you'll do it if he can squat 200 below parallel

Liked by l36uv and others
August 9, 2025

Add a comment... Post




asdesignsfrts • Follow

man waiting on that m249 lower 😳

11w Reply

**panic.in.hispanic__** Tell him you'll do it if he can squat 200 below parallel

35w Reply

**tom.nelson.1999** If they didn't want to cause a scene, they should have sent this through the proper channels. This is a trade show, not a business meeting.

35w Reply

**bmoney1500** Who are the three people in the middle?

35w Reply

View hidden comments

These comments were hidden because they may be misleading, offensive or spam. People can still tap to view them.

Liked by **l36uv** and **others**

August 9, 2025

Add a comment... Post




asdesignsfrts • Follow

Hidden by Instagram

ethan_rascal_aiello I'm in favor of expelling Cohen and DeMonico from the firearms industry. One is essentially a rat and the other is a criminal. Both fueled by greed and fear.

35w 4 likes Reply

theken206 And that cuck Cole, and everyone else involved in gay breeds incestuous buisness arrangements

35w 3 likes Reply

ethan_rascal_aiello @theken206 This industry is literally a bunch of chuds masking as 2A advocates.

35w 1 like Reply

Hide replies

Liked by l36uv and others

August 9, 2025

Add a comment... Post




asdesignsfrts • Follow

**call_me_ak** lawrence is a trash human being

35w 3 likes Reply

**c.l.3267** So Brandon Herrera announces he's running for congress again, Sig is still shit, and now rare breeds being a loser

35w 4 likes Reply

**heathen.actually** Is Rare Breed the fat, gross, soft body in the picture?

35w 5 likes Reply

**thomas_campbell97** @heathen.actually No, the dude on the right

35w 1 like Reply

Hide replies

Liked by **l36uv** and **others**

August 9, 2025

Add a comment... Post

**Page 1**
**Instagram**
**https://www.instagram.com/p/DNJtM8yu4of/**




asdesignsfrts • Follow

**eriktheodorevic** That fellow is morbidly obese.
35w 2 likes Reply

**gunsandsharpthings_v2** Obese Breed
35w 4 likes Reply

**quadzillaharrison** Disgusting
35w 2 likes Reply

**that_merch_trex** Fuck those guys!
35w 1 like Reply

**na_90_93** #fuckrarebreed
7w Reply

**jonarbuckle718** What a bunch of ATF cucks
8w Reply

Liked by **l36uv** and **others**
August 9, 2025

Add a comment... Post

Captured by FireShot Pro: 16 April 2026, 08:25:36 PM
https://getfireshot.com

**Page 1**
**Instagram**
**https://www.instagram.com/p/DNJtM8yu4of/**




**asdesignsfrts** • Follow

**jrider600rr** They did the same shit this SHOT show. These guys are total shit bags. They look like shit bags too.

11w Reply

**arms_investor** He's too busy handing out C&Ds to manufacture his own products. Since their "win," they've only been selling other people's triggers that they've seized via lawsuits. Lawrence is a grifter scumbag who thinks way too highly of himself, I wouldn't even buy a damn tshirt from that loser.

35w 2 likes Reply

**carbon_bootprint** At the end of the day he's a morbidly obese incel. You win.

35w Reply

**207.shooterz** hate those phggtts

35w Reply

Liked by **l36uv** and **others**

August 9, 2025

Add a comment... Post

**Captured by FireShot Pro: 16 April 2026, 08:26:05 PM**
**https://getfireshot.com**

**Page 1**
**Instagram**
**https://www.instagram.com/p/DNJtM8yu4of/**




asdesignsfrts • Follow

**al_bandoflage** Faggots. I knew that dude was pro-2a advocate as long as it was 'cash money' for him when he was with Big Daddy Unlimited. Lawsuits suck, even more so when Daddy Gubment is involved, but holy freak a molé, agreeing to a patent monopoly is next level scumlord.
35w 2 likes Reply

**virtus_martius** Why is that guy so fat?
35w Reply

**jeremiahbull06** What a fat piece of shit
35w 3 likes Reply

**thejoshston** They are one of the biggest faggots in the 2A space.
35w 5 likes Reply

Liked by **l36uv** and **others**
August 9, 2025

Add a comment... Post

Captured by FireShot Pro: 16 April 2026, 08:26:39 PM
https://getfireshot.com