# EXHIBIT 21



asdesignsfrts
Original audio
Follow •••

asdesignsfrts Edited • 29w
ARHK Drop-in coming (somewhat) soon.

The ARHK is a cassette style drop-in solution that utilizes our ARC-Fire technology and can be installed into a factory OEM lower housing (HK/PTR/MKE/Zenith/etc) with no other modifications needed. Price and release date TBD.

Compatibility list
MP5/G3/91/53/33/93/51
Testing 21

4.5K 330 60

February 5

Add a comment...

More posts from **asdesignsfrts**

















Captured by FireShot Pro: 29 August 2026, 02:56:53 PM
https://getfireshot.com