# EXHIBIT 22

AR Sponsor BRAVO COMPANY USA LIFE SAVING TOOLS
Modern
ATF Hacked, Guns For Felons, & Staccato Warranty Update | ARFCOM NEWS
PVS-14 with Photonis ECHO WP 2000-2200 FOM - IN STOCK!

## AS Designs ARHK (Page 1 of 13)



**StealthyBlagga**
Joined: Feb 2002 Posts: 11972
EE: 100% (59) AZ, USA

Posted: 1/20/2026 11:27:39 PM EDT [Last Edit: StealthyBlagga]

Anyone else see the SHOT announcement about the new drop-in cassette trigger for the MP5?

I've had a long-standing pre-order for a PTR version of their MP5 ARC-Fire lower - a project they just abandoned as it didn't meet their longevity requirements. Instead, they will be launching the ARHK, a cassette FRT that drops straight into the OEM grip module.

AS Designs offered to convert my pre-order to an ARHK and refund the difference. They seem like a stand-up bunch. Here is the prototype photo they sent out.



**JTX23**
Member
Joined: Jan 2016 Posts: 6919
EE: 100% (22) TX, USA

Posted: 1/20/2026 11:29:07 PM EDT [#1]

I am apparently not cool enough. What is it?

**ark-and-spark**
Team Member
Joined: Jun 2001 Posts: 8288
EE: 100% (693) OK, USA

Posted: 1/20/2026 11:35:30 PM EDT [#2]

Subscribed




**JTX23**
Member
Joined: Jan 2016 Posts: 6920
EE: 100% (22) TX, USA

Posted: 1/20/2026 11:39:24 PM EDT [#3]

Drops into the existing lowers or a specific after market?







ELittlefield
Member
Joined: Dec 2023 Posts: 7568
EE: 100% (7) USA

Posted: 1/20/2026 11:48:28 PM EDT [#4]

Dang, did ASD hit two grand slams on the same day? What do we have here?




JTX23
Member
Joined: Jan 2016 Posts: 6921
EE: 100% (22) TX, USA
10

Posted: 1/21/2026 12:00:29 AM EDT [#5]

Any pictures?




s3igu2
Joined: Oct 2025 Posts: 48
EE: 0% (0) TX, USA

Posted: 1/21/2026 12:00:51 AM EDT [#6]

Quote History

> Originally Posted By JTX23:
>
> Drops into the existing lowers or a specific after market?

Existing factory housing drop in.



HKH
Member
Joined: May 2006 Posts: 24229
EE: 100% (41) DC, USA
20

Posted: 1/21/2026 12:59:55 AM EDT [#7]

Picto or SEF



HKH
Member
Joined: May 2006 Posts: 24230
EE: 100% (41) DC, USA
20

Posted: 1/21/2026 1:00:56 AM EDT [#8]

Imagine one of these with a CARL in a 4 position picto lower

Pure fuckin tits man



jaqufrost
Member
Joined: Sep 2004 Posts: 64946
EE: 100% (115) OK, USA
20

Posted: 1/21/2026 1:01:18 AM EDT [#9]

Looks good!



ELittlefield
Member
Joined: Dec 2023 Posts: 7573
EE: 100% (7) USA

Posted: 1/21/2026 1:03:16 AM EDT [#10]

Quote History

> Originally Posted By HKH:
>
> Imagine one of these with a CARL in a 4 position picto lower
>
> Pure fuckin tits man







JTX23
Member
Joined: Jan 2016 Posts: 6922
EE: 100% (22) TX, USA
10

Posted: 1/21/2026 7:47:08 AM EDT [#11]

> Originally Posted By StealthyBlagga:
>
> Anyone else see the SHOT announcement about the new drop-in cassette trigger for the MP5?
>
> I've had a long-standing pre-order for a PTR version of their MP5 ARC-Fire lower - a project they just abandoned as it didn't meet their longevity requirements. Instead, they will be launching the ARHK, a cassette FRT that drops straight into the OEM grip module.
>
> AS Designs offered to convert my pre-order to an ARHK and refund the difference. They seem like a stand-up bunch. Here is the prototype photo they sent out.
>
> https://i.imgur.com/p73mVWk.jpeg

Ok, that's awesome. Thanks for the update OP!




**Chisel**

Joined: Aug 2011 Posts: 586
EE: 100% (26) OH, USA

Posted: 1/21/2026 9:14:25 AM EDT [#12]

I just cancelled my PTR lower last week and they refunded me. I couldn't keep waiting and I read about the durability issues with that design. I should have waited to get mine converted to the new pack.

Does anyone know if it will work with rifle calibers? Do you still have to use a slip trip?




**StealthyBlagga**

Joined: Feb 2002 Posts: 11976
EE: 100% (59) AZ, USA

Posted: 1/21/2026 11:13:57 AM EDT [Last Edit: StealthyBlagga] [#13]

Quote History

> Originally Posted By Chisel:
>
> I just cancelled my PTR lower last week and they refunded me. I couldn't keep waiting and I read about the durability issues with that design. I should have waited to get mine converted to the new pack.
>
> Does anyone know if it will work with rifle calibers? Do you still have to use a slip trip?

My trigger will be going into a PTR 9CT. Their email said the lower project was abandoned because the test samples failed durability testing in the G3 platform. This implies to me that the new cassette trigger pack will work with both MP5 and G3, but I can't be sure because they know I plan to use it in an MP5 clone.



**ELittlefield**
Member

Joined: Dec 2023 Posts: 7579
EE: 100% (7) USA

Posted: 1/21/2026 11:20:16 AM EDT [#14]

Quote History

> Originally Posted By StealthyBlagga:
>
> My trigger will be going into a PTR 9CT. Their email said the lower project was abandoned because the test samples failed durability testing in the G3 platform. This implies to me that the new cassette trigger pack will work with both MP5 and G3, but I can't be sure because they know I plan to use it in an MP5 clone.

View All Quotes

I'd really love to stick this in my PTR 91.



" />



**Bye_Felicia**

Joined: Apr 2003 Posts: 23052
EE: 100% (199) MO, USA

Posted: 1/21/2026 12:36:43 PM EDT [#15]

I'm definitely in for the details.

I won't swap my current guns over but willing to use this in future builds.

"My friend, you would not tell with such high zest
To children ardent for some desperate glory,
The old Lie: Dulce et decorum est
Pro patria mori." -Wilfred Owen



**heavyduty**
Throbbing Member

Joined: Nov 2000 Posts: 4976
EE: 100% (44) TX, USA

Posted: 1/21/2026 12:48:50 PM EDT [#16]

I'll be in my bunk. Anyone heard a timeline or pricing?

**StealthyBlagga**
Joined: Feb 2002 Posts: 11979
EE: 100% (59) AZ, USA

**Posted: 1/21/2026 1:49:11 PM EDT** [Last Edit: StealthyBlagga] [#17]

**Quote History**

> Originally Posted By heavyduty:
>
> I'll be in my bunk. Anyone heard a timeline or pricing?

Based on the information sent to me, I'd guess around $500 and 10 weeks. I'm not affiliated with ASD in any way and I don't have any inside info, so don't hold me to this.



**heavyduty**
Throbbing Member
Joined: Nov 2000 Posts: 4977
EE: 100% (44) TX, USA

**Posted: 1/21/2026 2:03:36 PM EDT** [#18]

Is this going to be two or three position?

**s3igu2**
Joined: Oct 2025 Posts: 53
EE: 0% (0) TX, USA

**Posted: 1/21/2026 2:04:33 PM EDT** [#19]

**Quote History**

> Originally Posted By heavyduty:
>
> Is this going to be two or three position?

Its 3 positions.



**d16man**
pickin' and grinnin'
Joined: Feb 2013 Posts: 175145
EE: 100% (63) SC, USA

**Posted: 1/21/2026 2:20:32 PM EDT** [#20]

I have a FRT from them as they were at The Gathering last year. This year I will have cash like last year to buy on the spot if they have this.

"Some people have issues. Sounds like he signed up for an entire subscription." ~Brohawk
Proud member of Team Ranstad.
Arfcom St Jude Mafia 3 years
Arfcom callsign: trenchfoot



**Bye_Felicia**
Joined: Apr 2003 Posts: 23054
EE: 100% (199) MO, USA

**Posted: 1/21/2026 2:27:06 PM EDT** [#21]

**Quote History**

> Originally Posted By s3igu2:
>
> Its 3 positions.

View All Quotes

Did you design this one also?
Planning for this to work in 91s, 93s, etc with an ejector change plus trip?

"My friend, you would not tell with such high zest
To children ardent for some desperate glory,
The old Lie: Dulce et decorum est
Pro patria mori." -Wilfred Owen

**s3igu2**
Joined: Oct 2025 Posts: 54
EE: 0% (0) TX, USA

**Posted: 1/21/2026 2:37:55 PM EDT** [#22]

**Quote History**

> Originally Posted By Bye_Felicia:
>
> Did you design this one also?
> Planning for this to work in 91s, 93s, etc with an ejector change plus trip?

Yes and it currently works with basically everything by swapping ejectors except 7.62x39, no FA carrier required and no trip in the upper its all fully contained in the lower.

**ark-and-spark**
Team Member
Joined: Jun 2001 Posts: 8290
EE: 100% (693) OK, USA

**Posted: 1/21/2026 2:48:02 PM EDT** [#23]

**Quote History**

> Originally Posted By s3igu2:
>
> Yes and it currently works with basically everything by swapping ejectors except 7.62x39, no FA carrier required and no trip in the upper its all fully contained in the lower.





Bye_Felicia
Joined: Apr 2003 Posts: 23055
EE: 100% (199) MO, USA

Posted: 1/21/2026 2:50:02 PM EDT [#24]

Quote History

Originally Posted By s3igu2:

Yes and it currently works with basically everything by swapping ejectors except 7.62x39, no FA carrier required and no trip in the upper its all fully contained in the lower.

View All Quotes

That's awesome. Sooooo HK21 chance?

"My friend, you would not tell with such high zest
To children ardent for some desperate glory,
The old Lie: Dulce et decorum est
Pro patria mori." -Wilfred Owen



mak0
Member
Joined: May 2007 Posts: 16970
EE: 100% (63) PA, USA

Posted: 1/21/2026 2:56:01 PM EDT [#25]

Quote History

Originally Posted By HKH:

Picto or SEF

Hopefully they offer both



HKH
Member
Joined: May 2006 Posts: 24231
EE: 100% (41) DC, USA

Posted: 1/21/2026 3:20:14 PM EDT [#26]

Quote History

Originally Posted By s3igu2:

Yes and it currently works with basically everything by swapping ejectors except 7.62x39, no FA carrier required and no trip in the upper its all fully contained in the lower.

Bro

You're saying the 53 will run this?



Bye_Felicia
Joined: Apr 2003 Posts: 23056
EE: 100% (199) MO, USA

Posted: 1/21/2026 3:21:08 PM EDT [Last Edit: Bye_Felicia] [#27]

Quote History

Originally Posted By HKH:

Bro

You're saying the 53 will run this?

View All Quotes

Ya, I need to pick up a Century MKE 53 it seems.

"My friend, you would not tell with such high zest
To children ardent for some desperate glory,
The old Lie: Dulce et decorum est
Pro patria mori." -Wilfred Owen



HKH
Member
Joined: May 2006 Posts: 24232
EE: 100% (41) DC, USA

Posted: 1/21/2026 3:29:38 PM EDT [#28]







s3igu2
Joined: Oct 2025 Posts: 55
EE: 0% (0) TX, USA

Posted: 1/21/2026 3:31:06 PM EDT [Last Edit: s3igu2] [#29]

Quote History

Originally Posted By HKH:

Bro

You're saying the 53 will run this?

Correct we will also be testing the 21 soon.



ELittlefield
Member
Joined: Dec 2023 Posts: 7592
EE: 100% (7) USA

Posted: 1/21/2026 3:44:55 PM EDT [#30]

I'm nowhere near as knowledgeable about HK as ARs. Will it work in my PTR 91?



MHIDPA
Member
Joined: Oct 2004 Posts: 4518
EE: 100% (6) TN, USA

Posted: 1/21/2026 4:02:34 PM EDT [#31]

Quote History

Originally Posted By mak0:

Hopefully they offer both

Either, it's a drop in trigger pack




JTX23
Member
Joined: Jan 2016 Posts: 6923
EE: 100% (22) TX, USA

Posted: 1/21/2026 4:28:36 PM EDT [#32]

Quote History

Originally Posted By s3igu2:

Yes and it currently works with basically everything by swapping ejectors except 7.62x39, no FA carrier required and no trip in the upper its all fully contained in the lower.

View All Quotes

@s3igu2
Is the ejector going to be included or do we need to pick one up? If the latter, what do we need to get?




s3igu2
Joined: Oct 2025 Posts: 56
EE: 0% (0) TX, USA

Posted: 1/21/2026 5:00:39 PM EDT [#33]

Quote History

Originally Posted By JTX23:

@s3igu2
Is the ejector going to be included or do we need to pick one up? If the latter, what do we need to get?

As i understand they will be selling it with the ejector installed for whatever you pick at checkout, you can use the factory uncut ejectors also no need to cut the ejector anymore, so if you later decide you wanna swap the ARHK from like a MP5 to a g3 then you just swap the ejectors also from your g3 into the ARHK or buy a new ejector.



Bye_Felicia
Joined: Apr 2003 Posts: 23057
EE: 100% (199) MO, USA

Posted: 1/21/2026 5:20:36 PM EDT [#34]

Quote History

Originally Posted By s3igu2:

As i understand they will be selling it with the ejector installed for whatever you pick at checkout, you can use the factory uncut ejectors also no need to cut the ejector anymore, so if you later decide you wanna swap the ARHK from like a MP5 to a g3 then you just swap the ejectors also from your g3 into the ARHK or buy a new ejector.

View All Quotes

I can't wait to get my hands on one of these!

"My friend, you would not tell with such high zest
To children ardent for some desperate glory,
The old Lie: Dulce et decorum est
Pro patria mori." -Wilfred Owen



Jeeps-And-Guns
Member
Joined: Jan 2017 Posts: 3852
EE: 100% (60) AL, USA

Posted: 1/21/2026 5:22:19 PM EDT [#35]

Very interesting.
Any chance the selectors will line up with the marks on original lowers?



cms81586
Member
Joined: Feb 2001 Posts: 32954
EE: 100% (73) USA

Posted: 1/21/2026 5:34:32 PM EDT [#36]

The value of HK-21 kits will double when a functioning HK FRT hits the market.

Attached File



BlackbirdRider
Member
Joined: Apr 2014 Posts: 681
EE: 100% (1) MI, USA

Posted: 1/21/2026 5:40:05 PM EDT [#37]

Quote History

Originally Posted By s3igu2:

Yes and it currently works with basically everything by swapping ejectors except 7.62x39, no FA carrier required and no trip in the upper its all fully contained in the lower.

this might be more interesting than the Arc 45/90 for the mp5...so standard lowers, factory and Mag-pul or just factory?




s3igu2
Joined: Oct 2025 Posts: 57
EE: 0% (0) TX, USA

Posted: 1/21/2026 5:41:58 PM EDT [#38]

Quote History

Originally Posted By Jeeps-And-Guns:

Very interesting.
Any chance the selectors will line up with the marks on original lowers?

As of now they will line up with and look the best with the Navy 3 position markings. Down the road we will probably have more selector style options to better fit the look of the other style housings depending on demand for those.




s3igu2
Joined: Oct 2025 Posts: 58
EE: 0% (0) TX, USA

Posted: 1/21/2026 5:43:02 PM EDT [#39]

Quote History

Originally Posted By BlackbirdRider:

this might be more interesting than the Arc 45/90 for the mp5...so standard lowers, factory and Mag-pul or just factory?

I haven't put it in the magpul housing to say for sure but yes i think it will work fine in that housing also.

MEMBER
**Heartbreak3r**
Joined: Sep 2015 Posts: 205
EE: 100% (14) OH, USA

Posted: 1/21/2026 6:58:05 PM EDT [#40]

Is there a projected price yet? I need to start saving for this.

---



**mak0**
Member
Joined: May 2007 Posts: 16971
EE: 100% (63) PA, USA

Posted: 1/21/2026 7:10:04 PM EDT [#41]

Quote History
Originally Posted By MHIDPA:
Either, it's a drop in trigger pack
View All Quotes

If it's one pack designed to work in either housing that would be terrific. Is there any confirmation of this?

---

MEMBER
**s3igu2**
Joined: Oct 2025 Posts: 60
EE: 0% (0) TX, USA

Posted: 1/21/2026 7:12:28 PM EDT [#42]

Quote History
Originally Posted By Heartbreak3r:
Is there a projected price yet? I need to start saving for this.

I have no idea about the price yet i just do the dev work on some of the projects, i will say tho that its a fully custom assembly everything is specifically designed from the ground up for the HK housings. So a custom ARC assembly with a new universal trip system contained in the drop in housing and also the FCG parts are all designed specifically for this project.

---



**BlackbirdRider**
Member
Joined: Apr 2014 Posts: 682
EE: 100% (1) MI, USA

Posted: 1/21/2026 7:15:50 PM EDT [#43]

Quote History
Originally Posted By s3igu2:
I haven't put it in the magpul housing to say for sure but yes i think it will work fine in that housing also.

I have one and would be happy to try it in mine if that would help out the cause...😀

---

MEMBER
**Alpha-17**
Joined: Sep 2023 Posts: 355
EE: 100% (2) KS, USA

Posted: 1/21/2026 8:36:40 PM EDT [#44]

Welp, I'll start saying goodbye to my leftover stash of steel case .308. My PTR's appetite sounds like it'll be increasing.

---

TEAM MEMBER
**cherenkov**
Member
Joined: Jan 2009 Posts: 8546
EE: 100% (43) USA

Posted: 1/21/2026 9:25:25 PM EDT [Last Edit: cherenkov] [#45]

Quote History
Originally Posted By Alpha-17:
Welp, I'll start saying goodbye to my leftover stash of steel case .308. My PTR's appetite sounds like it'll be increasing.

Are they taking pre-orders - +1 on the stash that needs burning up I have a ton of stashed 308 ammo I need to dust off form the late 80s forward- I'm too old not to start FRTing it away.

I literally have two cases of Chinese 308 Fake Radway Green and some old Norinco I haven't had the heart to bother opening and a few more thousand rounds of plastic 308 with the training bolt!!!! Plastic 308 and an FRT!!!!

---



**STJ**
Thumbs Up
Joined: Oct 2006 Posts: 10031
EE: 100% (57) MI, USA

Posted: 1/21/2026 10:08:11 PM EDT [#46]

So is there a process to change my lower and arc fire order?

I guess I will sending be them an email at least.

---

TEAM MEMBER
**cherenkov**
Member
Joined: Jan 2009 Posts: 8547
EE: 100% (43) USA

Posted: 1/21/2026 11:56:47 PM EDT [#47]

As a drop in - It should work with both Shelf and push pin lowers or not?

I have both set ups - It would be handy to know if it only works with only push pin (AP5, POF, MAC) or Shelf (PTR, HK, early Century 91 clones, C93 etc)

---

MEMBER
**StealthyBlagga**
Joined: Feb 2002 Posts: 11981
EE: 100% (59) AZ, USA

Posted: 1/22/2026 1:22:49 AM EDT [#48]

Quote History
Originally Posted By cherenkov:
As a drop in - It should work with both Shelf and push pin lowers or not?
I have both set ups - It would be handy to know if it only works with only push pin (AP5, POF, MAC) or Shelf (PTR, HK, early Century 91 clones, C93 etc)

I believe it's expected to drop into both types.

**cherenkov**
Member
Joined: Jan 2009 Posts: 8548
EE: 100% (43) USA

15

Posted: 1/22/2026 8:51:14 AM EDT [#49]

**Quote History**

> Originally Posted By StealthyBlagga:
>
> I believe it's expected to drop into both types.

Thanks - It helps to know if I must buy one or two.

Special Thanks to the developers!!!!

**Jeeps-And-Guns**
Member
Joined: Jan 2017 Posts: 3855
EE: 100% (60) AL, USA

5

Posted: 1/22/2026 8:51:32 AM EDT [#50]

This could push me over the edge to make me finally break down and buy a MP5 clone.

## Sign up to continue the discussion

Create a free account to share your thoughts, follow topics, and connect with the AR15.COM community.

Register to Reply

Already a member? Sign In

Previous Page 1 / 13 Next Page

## AS Designs ARHK (Page 1 of 13)

Home / AR-15 / Rate of Fire Triggers

AR Sponsor BRAVO COMPANY USA LIFE SAVING TOOLS

Modern

Active Topics Newest Topics Code of Conduct

**AR15.COM**

The world's largest firearm community and is a gathering place for firearm enthusiasts of all types.
From hunters and military members, to competition shooters and general firearm enthusiasts, we welcome anyone who values and respects the way of the firearm.

GIFs on this site are Powered by GIPHY

**Quick Links**

- Blog
- Deals
- Equipment Exchange
- Forums
- Memberships

**Info**

- About
- Advertising
- DMCA
- Help
- Privacy Policy
- Your Privacy Choices

**Stay Updated**

Subscribe to our monthly Newsletter to receive firearm news, product discounts from your favorite Industry Partners, and more.

Email Address

Subscribe

© 1996-2026 AR15.COM LLC. All rights reserved.