# EXHIBIT 23



**asdesignsfrts** Follow ···
Original audio

**asdesignsfrts** 9w
ARHK finally passed torture testing with the newest revisions. 1200+ rounds through the AP51 with no damage is nothing short of incredible for how brutal of a platform it is. We are fine tuning timing and we should be completing testing and entering production on Tuesday. As always there are no guarantees in manufacturing and this is an incredibly complex project but we are confident that this is it.

I want to thank everyone for their patience. I know 6 months of R&D seems like a lot but I think that our team has done an incredible job with this one.

Huge shoutout to @s3igu2 for taking lead on design for this project.

1.9K 131 32

June 25

Add a comment...

More posts from **asdesignsfrts**

















Captured by FireShot Pro: 29 August 2026, 03:41:20 PM
https://getfireshot.com