# EXHIBIT 24

reddit
r/MP5 Search in r/MP5
Create

Home
Popular
News
Explore
Start a community

GAMES ON REDDIT
Rock Bottom NEW
It's climb time!
UnRiddle
Auto Forge — idle R...
Wordspire
Discover More

CUSTOM FEEDS
Create Custom Feed

COMMUNITIES
Manage Communities

r/MP5 • 16d ago
PakedBrotato

# AS Designs ARHK vs. RB FRT-RD3

Question

Does anyone have any idea if the new AS Designs ARHK Drop in for the SP5 going to have an improve trigger pull in the semi? On their website it just says "standard trigger pull"

As far as I know I think the RD3 in semi the trigger pull is a lot better compared to stock trigger.

I'd prefer to not give my money to Rare Greed but AS Designs been really dragging their feet on this.

11 | 36 | Share

Join the conversation

Sort by: Best | Search Comments

**Vegetable_Coat8416** • 16d ago

Here's an answer from the designer from the ARHK post a few days back:


jonnyshtknuckls 1d

Not sure how many people will actually care since they want the FRT mode.

How is the semi auto trigger pull compared to the factory and clone trigger packs?

4

s3igu2 1d

It feels better than ar15 mil spec while not being overly light, it will also break in really nice. I tried to keep a balance of feeling good but also not being overly light, it's a massive upgrade over the factory HK trigger packs and I think it's a good balance for all the calibers and platforms supported.

8

20 Reply Share ···

**nope_noway_** • 16d ago

Real question is will it be single or two stage?

Honestly not a fan of the 2 stage on the RB....

This platform really shines with single stage

2 Reply Share ···

**s3igu2** • 16d ago

Single stage for this configuration of ARHK.

11 Reply Share ···

**nope_noway_** • 16d ago

Thank god

1 Reply Share ···

**s3igu2** • 16d ago

Trigger pull is much cleaner than the factory HK trigger packs, like night and day, it's also in my opinion a better feel then standard ar15 mil spec. That said I would not classify it as light. It's still around 4 to 5 pounds with full power springs before break in which when using it in some of the larger caliber platforms like the g3 and hk21it feels perfect imo.

That said trigger feel is subjective some people might want it lighter or heavier so alternative spring kits for mp5 might be a option if you wanna drop the weight and don't plan on using it in larger caliber stuff.

8 Reply Share ···

**Soulshot96** • 16d ago
H&K

> That said trigger feel is subjective some people might want it lighter or heavier so alternative spring kits for mp5 might be a option if you wanna drop the weight and don't plan on using it in larger caliber stuff.

Please do. ARHK sounds near perfect to me as is, but the semi auto pull is one area where I'm a bit concerned coming from a tuned ShootingSight pack right now.

1 Reply Share ···

**csbassplayer2003** • 16d ago

It is all speculation until the product hits the market. Can confirm the RD3 semi trigger is better than stock. Its got some "mush" to it IMO but it is predictable enough after a few rounds. It is absolutely lighter in pull if that matters, probably 2-3lbs lighter than stock (my MAC 5K had a 7-8lbs pull from the box, this is closer to 5lbs).

7 Reply Share ···

**IndependenceCold5611** • 16d ago • Edited 15d ago

Its called patience, and you are and will be a better human being for exercising it.

I have no dog in the fight, I bought a leber V2 lower, shot a few mags through it, and realized fast firing didnt blow up my skirt.

12 Reply Share ···

r/MP5 Join
MP5: Roller-Delayed Blowback subgun
Home of the HK MP5
Created Nov 7, 2015
Public
27K Weekly visitors
1.6K Weekly contributions

USER FLAIR
JSoucek77

COMMUNITY BOOKMARKS
Wiki

R/MP5 RULES
1 Off-topic
2 No Airsoft/video game rendering
3 Low Effort / Uncivil Behavior
4 No Buying/Selling/Trading not even as a Joke.
5 No politics
6 Moderator discretion
7 No Airsoft Guns or Parts

WIKI AND FAQS
Check out the Wiki for company contact info, buyer's guides, step-by-step guides and other useful resources.
Frequently Asked Questions
HK MP5 Operator's Manual (text only)

RELATED SUBS
r/ak47 227,883 members
r/GunPorn 278,559 members
r/retroguns 4,947 members
r/FNFAL 13,278 members
r/NFA 278,717 members

MODERATORS
Message Mods
u/ChogolateMilk HNIC
u/Kingkobb208
u/cooltreasures
u/LynchMob_Lerry
u/condavour
u/hive-protect
View all moderators

INSTALLED APPS
Hive Protector

Reddit Rules Privacy Policy User Agreement
Your Privacy Choices Accessibility

Reddit, Inc. © 2026. All rights reserved.

**Knight-7191** • 16d ago

That's cool. Shooting the SS/FRT, etc is isn't for everyone's taste. I've had a SS in my AP5 and AP5-P since July of last year (AS Designs lowers) and a SS in my 11.5" 5.56 since January/February of '24. When I first got it, it was so much fun. So excited. However, about 6/7 months later and many rounds down range, I've slowed down considerably shooting my AR in SS. With my AP5's, I also don't shoot as much in SS as before. It's still fun letting family and friends shoot with the SS but other than that, it's pretty much in semi. Even when using SS, it's more burst action vs mag dumping. Now, if AS Designs comes out with their new ARC-Fire to work with the C.A.R.L, that will be pretty cool. To have safe-semi-3 round burst semi and full SS/FRT would be pretty neat.

2 Reply Share ···

**Disastrous-Ball-1574** • 15d ago

Hi, that's what I've realized too after about two months and 500 rounds. I never really mag dumped, mostly burst fire. The thing I'm honestly most excited for is the geiselle trigger and the AR pistol grip. It makes the gun so much nicer to shoot in my opinion. And it's why I didn't wait for the ARHK.

1 Reply Share ···

**Knight-7191** • 15d ago

Oh man! Your going to love the Geissele trigger! I'm running the SD-E in both my AP5 and AP5-P. Using the AS Designs lowers. I'm even running the SSAE-X in my 11.5" 556.



3 Reply Share ···

**Knight-7191** • 15d ago

Better pic of my MKE's.



2 Reply Share ···

**breck3** • 15d ago

People really don't have any idea how long R&D, testing, and validation takes on a product that will endure several thousand high frequency cycling.

I'd rather wait on a high quality product than get a shitty rushed one.

2 Reply Share ···

**securitycat69** • 16d ago
AP5P

In the same boat, but im holding out till they drop it. fuck rare greed. gives you more time to save up for a can, and ammo to feed it.

10 Reply Share ···

**PakedBrotato** OP • 16d ago

I have everything for it even the KAC RAS which I thought was going to be the last piece of the puzzle but here we are lol

4 Reply Share ···

**securitycat69** • 16d ago
AP5P



I have a full size and another ap5p i wanna drop the arhk in, all set up and waiting. luckily i have the asd lower on my other ap5p so at least i get to do some frt action

2 Reply Share ···

**Thatfuckinguy1er** • 16d ago • Edited 16d ago

The cry babies here are going to Stan for AS Designs no matter what and whine and moan if you mention the RB RD3.

Who knows when AS Designs will, if ever, release theirs.

The RD3 is super solid and just works.

Rhetorically speaking; do I own things from companies I don't whole heartedly agree with all the things they do? Most likely. I bet everyone does. Or they are just being delusional.

The fact is the RB RD3 exists, is available and works.

Everything else is an opinion and you know what they say bout those...

4 Reply Share ···

**IndependenceCold5611** • 16d ago

" I have the RB RD3 because who knows when AS Designs will if ever release theirs and the laws change so frequently that I'd rather have one than not."

Aka you wanted your giggle toy so badly that you were willing to give money to turncoats.

7 Reply Share ···

**Soulshot96** • 16d ago
H&K

For real. Dude's claiming that we're losers because...we have some patience, and don't want to support a company literally *working with* the anti rights government agency that is the ATF?

RB is basically their puppet, running around trying to impede or destroy as many FRT manufacturers as possible, most of which they have no legal claim to the design of. And less than an hour of research, a dash of common sense and even a hint of morals would lead any reasonable person to a similar conclusion.

It's one thing to figure that all out and still want it more than you care about the implications of supporting them, but it's another entirely to come on the internet and defend them like they're your family. If I didn't think people this dumb actually existed, I would swear this dude's just a government mouthpiece...unfortunately, there's no short supply of losers who are all too willing to bend over and take it like this.

6 Reply Share ···

**lostmenoggin** • 14d ago

Only cucks buy Rare Breed. It's hilarious watching them double down on being a cuck and lashing out at people with patience and higher standards. Congrats for giving a shit ton of money to a company that is actively working with the ATF to subvert the 2A. Fucking sheep.

3 Reply Share ···

**guns_not_groceries** • 16d ago

Oh boy, he's going to get you so good with some juvenile comeback, proving there is no substance to his argument and he's a coping man child. You just wait sir 🤣

3 Reply Share ···

**Soulshot96** • 16d ago
H&K

I honestly expected it to have arrived in my inbox by now lol. I'm disappointed.

3 Reply Share ···

**GrilledCheezManicott** • 16d ago
H&K SP5K

I've also blocked them a while ago for being one of the people constantly talking shit to me for having an RD3 and now look at them, they're a poser. I unblocked them just so I could post this.

u/Thatfuckinguy1er you're a fucking poser ass-wipe bitch.

-3 Reply Share ···

**Thatfuckinguy1er** • 16d ago

Oh no blocked 😔

0 Reply Share ···

**[deleted]** • 16d ago

**Knight-7191** • 16d ago

Exactly.

4 Reply Share ···

**Thatfuckinguy1er** • 16d ago

**Limp-Conflict-2309** • 16d ago

arhk will be better than ar15 milspec. ar15 milspec is my benchmark for an amazing trigger so for me; it'll probably be perfect.

0 Reply Share ···

Captured by FireShot Pro: 29 August 2026, 06:04:58 PM
https://getfireshot.com