# EXHIBIT 25







## AS Designs ARHK (Page 12 of 13)

Previous Page 12 / 13 Next Page

---

**networkguru** — Joined: Nov 2018 Posts: 9034 EE: 100% (3) SC, USA

Posted: 7/25/2026 10:59:28 PM EDT [#1]

I cant wait to get a couple ARKH's.

Made by real Americans.

---

**BKenton** — Joined: Feb 2014 Posts: 230 EE: 100% (8) AR, USA

Posted: 7/26/2026 1:42:25 AM EDT [#2]

Quote History

> Originally Posted By HKH:
>
> Got the same gun. I finally found a way to convert those wonky threads to a HUB compatible mount.
>
> Tapered barrel so I'm using a tapered ring that gives me a solid shoulder. I'm still not that comfortable shooting my can on it.
>
> If I ever do it will be the jailbroken SDN6 and not the PTR Vent 1 or my Speakeasy

Yeah...I don't exactly trust that barrel with a can on. Sandman X could handle it fine (no barrel length or ROF restrictions for warranty), would probably be a blast. I guess if everything is rocksett and an alignment rod clears, it should be ok...

I'd feel more comfortable with a cheaper can...maybe a larger bore.

Pretty soft-shooting for a G3 build ime. I've shot a couple that were not. Not really sure what the difference would be.

I sort of want to know what you worked out to get the thread pitch sorted...and sort of want to maybe have the threads redone.




---

**Fire4Fxt** — Joined: Jul 2008 Posts: 276 EE: 100% (20) GA, USA

Posted: 7/26/2026 8:46:15 AM EDT [#3]

Not so sure I'd want to be nearby when you go FRTing any can on a 9 inch .308......

---



**cccpNyC** — M18 Smoke Ninja — Joined: Feb 2014 Posts: 10353 EE: 100% (37) UT, USA

Posted: 7/27/2026 1:14:44 AM EDT [#4]

Quote History

> Originally Posted By Fire4Fxt:
>
> Not so sure I'd want to be nearby when you go FRTing any can on a 9 inch .308......

I was in the next room (each room had like 5 or 6 lanes) when Joseph Meaux from the old TV show Sons of Guns was shooting a SBR'ed full auto 308. I heard that shit through the door and my ear pro.

"That pistol just kept saying, let go of my ears, you don't know what you're doing." - thehellbringer

---

**BKenton** — Joined: Feb 2014 Posts: 232 EE: 100% (8) AR, USA

Posted: 7/27/2026 5:38:37 PM EDT [Last Edit: BKenton] [#5]

Quote History

> Originally Posted By Fire4Fxt:
>
> Not so sure I'd want to be nearby when you go FRTing any can on a 9 inch .308......

Yeah...me either.
"no barrel length restrictions" doesn't mean 1"-2" would be ok...does it even stabilize at 9"?

I may skip the can here.
I don't think it is much more powerful than 7.62x39 out of this length...sort of like a snub-nose .357. Weird gun.

---

**mikego_34** — Joined: Jan 2012 Posts: 1250 EE: 100% (2) TX, USA

Posted: 7/30/2026 8:13:30 PM EDT [#6]

@s3igu2

Can you explain high level why AS Designs ARHK has a more robust mechanism than the Rare Breed RD3? Longevity concerns me the most with these various FRTs

That might help to hold some of us over!



**fulautotank**
Neque Sanctiores Porcos
Joined: Nov 2007 Posts: 4159
EE: 100% (148) SC, USA

**Posted: 7/30/2026 8:58:23 PM EDT** [#7]

I never shot my Vector 51 FA with a suppressor. Just not enough barrel left in front of a chambered round. Disaster waiting to happen.

An armed society is a polite society.

---




**s3igu2**
Joined: Oct 2025 Posts: 112
EE: 0% (0) TX, USA

**Posted: 7/31/2026 4:50:48 AM EDT** [#8]

**Quote History**

> Originally Posted By mikego_34:
>
> @s3igu2
>
> Can you explain high level why AS Designs ARHK has a more robust mechanism than the Rare Breed RD3? Longevity concerns me the most with these various FRTs
>
> That might help to hold some of us over!

Honestly, I'm glad longevity concerns you, it should imo, because way too many people and companies are focused on "easy install" or "hot swappable" or "drop in" slop, rushing designs to the market as fast as possible without considering anything about durability past "will it hold up a few 1000 rounds" at most. The FRT space has kind of slowly become one of the lowest quality areas of the firearm space, most of the designs out there are surprisingly bad in terms of durability, but nobody really knows it because most people shoot fewer than 500 rounds a year, so they never really push anything.

All that said, we take durability very seriously. I'd rather delay the project as many times as it takes even if it means fixing issues only 1% of the users will likely run into. For example, ARHK was specifically built to hold up to thousands of rounds in a suppressed HK 51 running absurdly hard due to a out of spec bolt gap. I mean, how many people are realistically going to shoot thousands of rounds of .308 through a out of spec suppressed 51 lol, I'd say slim to none, but imo it should be able to hold up to that. Once you see the scale of the parts i think its going to be clear what i mean but everything is scaled up for the 51 and 21 compared to the AR15 version of ARC which already has a very low failure rate even when used in 308. At this point I'm very happy with ARHKs durability and its in production now so hopefully not much longer to wait.

---



**ScottS**
Member
Joined: Feb 2002 Posts: 4450
EE: 100% (22) NH, USA

**Posted: 7/31/2026 9:29:59 AM EDT** [#9]

**Quote History**

> Originally Posted By s3igu2:
>
> Honestly, I'm glad longevity concerns you, it should imo, because way too many people and companies are focused on "easy install" or "hot swappable" or "drop in" slop, rushing designs to the market as fast as possible without considering anything about durability past "will it hold up a few 1000 rounds" at most. The FRT space has kind of slowly become one of the lowest quality areas of the firearm space, most of the designs out there are surprisingly bad in terms of durability, but nobody really knows it because most people shoot fewer than 500 rounds a year, so they never really push anything.
>
> All that said, we take durability very seriously. I'd rather delay the project as many times as it takes even if it means fixing issues only 1% of the users will likely run into. For example, ARHK was specifically built to hold up to thousands of rounds in a suppressed HK 51 running absurdly hard due to a out of spec bolt gap. I mean, how many people are realistically going to shoot thousands of rounds of .308 through a out of spec suppressed 51 lol, I'd say slim to none, but imo it should be able to hold up to that. Once you see the scale of the parts i think its going to be clear what i mean but everything is scaled up for the 51 and 21 compared to the AR15 version of ARC which already has a very low failure rate even when used in 308. At this point I'm very happy with ARHKs durability and its in production now so hopefully not much longer to wait.

View All Quotes

These are all good points, and I don't disagree with the conclusion at all. I do, however, think you're wrong in one area:

> ...because most people shoot fewer than 500 rounds a year, so they never really push anything.

FRTs really change the calculus here. While the average user *used* to shoot no more than 500 rounds a year, the average *FRT user* is pushing that in a weekend (or a range session). I think one advantage in terms of "in the field R&D" is that the average FRT user is beating his gun pretty hard, and things like bad heat-treating, poor quality control, or just plain poor design show up pretty quickly. In a 500rd/year paradigm, it might take years for that to surface, if it even ever does.

---




**mikego_34**
Joined: Jan 2012 Posts: 1251
EE: 100% (2) TX, USA

**Posted: 7/31/2026 9:43:46 AM EDT** [#10]

Im sure ammo sales might increase asa result.

I agree that average users are putting more rounds down range. I see it as a total time spent equation. If someone is out on range for an hour and theyre shooting an frt that's typically going to result in alot more ammo use.... vs shooting non forced reset stuff

---




**mikego_34**
Joined: Jan 2012 Posts: 1252
EE: 100% (2) TX, USA

**Posted: 7/31/2026 9:50:15 AM EDT** [#11]

Appreciate the insight @s3igu2

Can you speak more to the specifics of the mechanism driving the reset and what might make yall's design withstand more wear and tear than your competitors?

---




**s3igu2**
Joined: Oct 2025 Posts: 114
EE: 0% (0) TX, USA

**Posted: 7/31/2026 10:52:22 AM EDT** [#12]

**Quote History**

> Originally Posted By mikego_34:
>
> Appreciate the insight @s3igu2
>
> Can you speak more to the specifics of the mechanism driving the reset and what might make yall's design withstand more wear and tear than your competitors?

It's hard to compare the 2 designs they are just fundamentally very different. ARHK uses ARC similar to the AR15 version at its core to handle reset, locking the trigger, and mode selection, but it's a scaled up version with larger cam surfaces, a thicker detent bar and transfer lever. The AR15 version of ARC was already overkill for the AR15. When you have larger surface areas for all the ARC parts, you do get significantly more durability since the forces are more evenly distributed. The main advantages of using ARC for reset aren't the durability benefits but the disengaged semi mode, meaning no bump in semi, but the big relevant one here is near zero trigger slap. You're still getting the same reset its just happening more gradually and less aggressively.

The real special part about ARHK is the trip system, which, while we do have the patent pending, I'm not going to say anything about it at this time. What I will say is I have already put the same trip system in the G36 and SCAR, and it's an extremely durable trip system, as it has to be in order to handle stuff like the HK51.



**drobs**
Member
Joined: May 2003 Posts: 14197
EE: 100% (6) MO, USA

Posted: 7/31/2026 12:02:39 PM EDT [#13]

Quote History

> Originally Posted By s3igu2:
>
> It's hard to compare the 2 designs they are just fundamentally very different. ARHK uses ARC similar to the AR15 version at its core to handle reset, locking the trigger, and mode selection, but it's a scaled up version with larger cam surfaces, a thicker detent bar and transfer lever. The AR15 version of ARC was already overkill for the AR15. When you have larger surface areas for all the ARC parts, you do get significantly more durability since the forces are more evenly distributed. The main advantages of using ARC for reset aren't the durability benefits but the disengaged semi mode, meaning no bump in semi, but the big relevant one here is near zero trigger slap. You're still getting the same reset its just happening more gradually and less aggressively.
>
> The real special part about ARHK is the trip system, which, while we do have the patent pending, I'm not going to say anything about it at this time. What I will say is I have already put the same trip system in the G36 and SCAR, and it's an extremely durable trip system, as it has to be in order to handle stuff like the HK51.

Will it be a separate trip like what's needed to run the AS Designs lower?

I learned the Rare Greed HK trigger doesn't use a slip trip.




**s3igu2**
Joined: Oct 2025 Posts: 115
EE: 0% (0) TX, USA

Posted: 7/31/2026 12:10:37 PM EDT [#14]

Quote History

> Originally Posted By drobs:
>
> Will it be a separate trip like what's needed to run the AS Designs lower?
>
> I learned the Rare Greed HK trigger doesn't use a slip trip.

No the trip system is built into the drop in with ARHK.



**drobs**
Member
Joined: May 2003 Posts: 14199
EE: 100% (6) MO, USA

Posted: 7/31/2026 12:12:04 PM EDT [#15]

Quote History

> Originally Posted By s3igu2:
>
> No the trip system is built into the drop in with ARHK.

Ahhh thanks!




**mikego_34**
Joined: Jan 2012 Posts: 1253
EE: 100% (2) TX, USA

Posted: 7/31/2026 12:34:04 PM EDT [#16]

Thanks for the explanation @s3igu2!

As far as the trip mechanism is concerned, is there concerns with longevity of those parts or is it more with the parts directly associated with the reset portion?

It sounds like the benefit to the ARHK is that the trip is compatible with several other roller locks, but do you think there is also a benefit in the durability aspects of the trip mechanism relative to your competitors?

I ask because Im someone who will use it only for 9mm roller locks so wondering if there will appreciable gain in durability in the ARHK....



**HK94dude**
Heavily-armed extremist
Joined: May 2004 Posts: 6821
EE: 100% (439) USA

Posted: 7/31/2026 1:06:02 PM EDT [#17]

Quote History

> Originally Posted By s3igu2:
>
> It's hard to compare the 2 designs they are just fundamentally very different. ARHK uses ARC similar to the AR15 version at its core to handle reset, locking the trigger, and mode selection, but it's a scaled up version with larger cam surfaces, a thicker detent bar and transfer lever. The AR15 version of ARC was already overkill for the AR15. When you have larger surface areas for all the ARC parts, you do get significantly more durability since the forces are more evenly distributed. The main advantages of using ARC for reset aren't the durability benefits but the disengaged semi mode, meaning no bump in semi, but the big relevant one here is near zero trigger slap. You're still getting the same reset its just happening more gradually and less aggressively.
>
> The real special part about ARHK is the trip system, which, while we do have the patent pending, I'm not going to say anything about it at this time. What I will say is I have already put the same trip system in the ***G36 and SCAR***, and it's an extremely durable trip system, as it has to be in order to handle stuff like the HK51.

I need this in my life

Stolen Firearm: Colt AR15, Serial # SP342380, 16" carbine. Stolen in California by Kevin Ayres, and taken to Missouri.



**HKH**
Member
Joined: May 2006 Posts: 24782
EE: 100% (41) DC, USA

Posted: 7/31/2026 1:49:22 PM EDT [#18]

Quote History

> Originally Posted By mikego_34:
>
> I ask because Im someone who will use it only for 9mm roller locks so wondering if there will appreciable gain in durability in the ARHK....

You say that

But having this is like having a registered DLO pack that you swap ejectors for different hosts. That induces you to buy all the hosts 😁




**fordkicksass**
Member
Joined: Jun 2008 Posts: 6164
EE: 100% (228) USA

Posted: 7/31/2026 2:16:32 PM EDT [#19]

Quote History

> Originally Posted By HKH:
>
> You say that
>
> But having this is like having a registered DLO pack that you swap ejectors for different hosts. That induces you to buy all the hosts 😁

Yeah, that mentality is already creeping in and I don't even have it yet.




TheFaz
Joined: Jan 2004 Posts: 988
EE: 100% (19) NH, USA

Posted: 8/1/2026 4:35:15 PM EDT [#20]

Quote History

Originally Posted By s3igu2:

No the trip system is built into the drop in with ARHK.

I have an oddball question regarding that trip. Will it work with the HK G3 .22 conversion kits?



Dr_Nimslow
Member
Joined: May 2001 Posts: 5390
EE: 100% (73) TX, USA

Posted: 8/1/2026 11:59:33 PM EDT [#21]

My wallet is ready. My hopefully soon to be SBR 'd AP53 needs this, badly. Hopefully I'm not working out of the country on drop day.




Capt-Planet
Code Name Orphan Crippler
Joined: May 2007 Posts: 24683
EE: 100% (2) PAK

Posted: 8/2/2026 2:29:22 PM EDT [#22]

It's August and I don't have one of these yet. Unacceptable!

Remember kids, the first rule of gun safety is to have fun.




LineHaul
Joined: Jan 2021 Posts: 1646
EE: 100% (17) NC, USA

Posted: 8/2/2026 7:43:52 PM EDT [#23]

Initial drop of 1500 units is NOT going to last long. Hopefully there is a second batch coming immediately after the first...not three months later.



Jeeps-And-Guns
Member
Joined: Jan 2017 Posts: 4380
EE: 100% (60) AL, USA

Posted: 8/3/2026 7:57:07 AM EDT [#24]

Quote History

Originally Posted By LineHaul:

Initial drop of 1500 units is NOT going to last long. Hopefully there is a second batch coming immediately after the first...not three months later.

Add a zero the the end of that number and they MIGHT be able to keep up with demand for a few days.

With only 1500 units, they will be gone within seconds of them going live.
It will break their site and payment processor I'm sure.




DoctorMRG
Member
Joined: Jan 2025 Posts: 97
EE: 100% (3) OH, USA

Posted: 8/3/2026 4:50:03 PM EDT [#25]

Quote History

Originally Posted By HKH:

You say that

But having this is like having a registered DLO pack that you swap ejectors for different hosts. That induces you to buy all the hosts

Truer words have never been spoken... LOL




JTX23
Member
Joined: Jan 2016 Posts: 7357
EE: 100% (22) TX, USA

Posted: 8/5/2026 7:23:32 PM EDT [#26]

What's the current drop date for these?



fulautotank
Neque Sanctiores Porcos
Joined: Nov 2007 Posts: 4172
EE: 100% (148) SC, USA

Posted: 8/5/2026 7:31:11 PM EDT [#27]

All I know is everybody needs to wait until I get mine first.

An armed society is a polite society.




slap_shot
Joined: Sep 2005 Posts: 1070
EE: 100% (31) VA, USA

Posted: 8/10/2026 10:08:39 PM EDT [#28]

Any updates lately? I checked the website and dont see anything there either. The wait is killing me!

**mikego_34**
Joined: Jan 2012 Posts: 1256
EE: 100% (2) TX, USA

Posted: 8/10/2026 10:29:11 PM EDT [Last Edit: mikego_34] [#29]

The product listing on their website says August release but there is contrary info on their production updates page thats says update 7/27 and proceeds to say 8 weeks + 2 weeks assembly, which puts the release somewhere closer to late September assuming there is some buffer. No buffer puts the release at early October. Who knows....

Would be nice to get word here to hold us over a bit....

---



**BuckeyeRifleman**
Member
Joined: Feb 2005 Posts: 24183
EE: 100% (62) OH, USA

Posted: 8/19/2026 6:00:49 PM EDT [#30]

Quote History

> Originally Posted By slap_shot:
>
> Any updates lately? I checked the website and dont see anything there either. The wait is killing me!



How I feel waiting for the ARHK...

I think the wait is gonna be worth it but not gonna lie it's killing me.

The posts made on this forum are purely my private opinion and don't represent any employer or entity I am professionally associated with.

---




**JTX23**
Member
Joined: Jan 2016 Posts: 7374
EE: 100% (22) TX, USA

Posted: 8/19/2026 6:42:53 PM EDT [#31]

Quote History

> Originally Posted By BuckeyeRifleman:
>
> https://media1.giphy.com/media/H6cmWzp6LGFvqjidB7/200.webp?cid=8dc8958cqm8tz9n44h2yn7sqvax3p2nm9nvhddv25y7jicir&ep=v1_gifs_search&rid=200.webp&ct=g
>
> How I feel waiting for the ARHK...
>
> I think the wait is gonna be worth it but not gonna lie it's killing me.

Yea, I am really looking forward to this release.

---

**Jake1989**
Joined: May 2022 Posts: 416
EE: 100% (119) USA

Posted: 8/19/2026 8:26:56 PM EDT [#32]

@s3igu2

I apologize if this has already been asked, but does the ARHK have the fire rate matched to the real deal like Rare Breed's trigger? I heard the MP5 is meant to cycle at a certain rate and anything above that can introduce problems such as reliability issues and parts wear.

---

**s3igu2**
Joined: Oct 2025 Posts: 120
EE: 0% (0) TX, USA

Posted: 8/19/2026 9:31:34 PM EDT [#33]

Quote History

> Originally Posted By Jake1989:
>
> @s3igu2
>
> I apologize if this has already been asked, but does the ARHK have the fire rate matched to the real deal like Rare Breed's trigger? I heard the MP5 is meant to cycle at a certain rate and anything above that can introduce problems such as reliability issues and parts wear.

The timing is the same as a full auto pack so as long as you use a 100 degree LP it will have the same ROF. Range 800 to 900 depending on K vs full size also if using a can or not.

---



**drobs**
Member
Joined: May 2003 Posts: 14285
EE: 100% (6) MO, USA

Posted: 8/20/2026 7:44:41 AM EDT [#34]

Anything new on the release date?

It's really hard to recommend a product that doesn't exist. Was just in a gun shop last week where another gent was showing off his MKE AP5 with Rare Greed FRT.

---

**fulautotank**
Joined: Nov 2007 Posts: 4180
EE: 100% (148) SC, USA

Posted: 8/20/2026 9:50:53 AM EDT [#35]

Quote History

> Originally Posted By drobs:
>
> Anything new on the release date?
>
> It's really hard to recommend a product that doesn't exist. Was just in a gun shop last week where another gent was showing off his MKE AP5 with Rare Greed FRT.

For those that want a pack that will work with multiple platforms and calibers, rare greed does not make.

---



**BullpupFan**
Member
Joined: Dec 2012 Posts: 14339
EE: 100% (31) CO, USA

Posted: 8/20/2026 10:36:10 AM EDT [#36]

Quote History

> Originally Posted By fulautotank:
>
> For those that want a pack that will work with multiple platforms and calibers, rare greed does not make.

I mean, to be fair, neither does ASD at this point...




fulautotank
Joined: Nov 2007 Posts: 4181
EE: 100% (148) SC, USA

Posted: 8/20/2026 11:24:09 AM EDT [#37]

Quote History

Originally Posted By BullpupFan:
I mean, to be fair, neither does ASD at this point

Patience is a virtue.




Capt-Planet
Code Name Orphan Crippler
Joined: May 2007 Posts: 24738
EE: 100% (2) PAK

Posted: 8/20/2026 11:45:54 AM EDT [#38]

Quote History

Originally Posted By fulautotank:
For those that want a pack that will work with multiple platforms and calibers, rare greed does not make.

Yeah, but I don't want that. I just want an MP5 pack that isn't morally corrupt and maintains the look of the lower.

Remember kids, the first rule of gun safety is to have fun.




Malum-Prohibitum
Joined: Apr 2007 Posts: 2681
EE: 0% (0) GA, USA

Posted: 8/20/2026 11:47:42 AM EDT [#39]

Quote History

Originally Posted By Capt-Planet:
Yeah, but I don't want that. I just want an MP5 pack that isn't morally corrupt and maintains the look of the lower.

Me, three!



BullpupFan
Member
Joined: Dec 2012 Posts: 14340
EE: 100% (31) CO, USA

Posted: 8/20/2026 12:12:14 PM EDT [#40]

Quote History

Originally Posted By fulautotank:
Patience is a virtue.

View All Quotes

Spoken like someone whose state did NOT go on the "Will not ship to list" after several missed promised delivery dates...




fulautotank
Joined: Nov 2007 Posts: 4182
EE: 100% (148) SC, USA

Posted: 8/20/2026 12:14:10 PM EDT [#41]

Quote History

Originally Posted By BullpupFan:
Spoken like someone whose state did NOT go on the "Will not ship to list" after several missed promised delivery dates...

View All Quotes

I do live in a free state, fortunately



BullpupFan
Member
Joined: Dec 2012 Posts: 14341
EE: 100% (31) CO, USA

Posted: 8/20/2026 12:38:21 PM EDT [#42]

Quote History

Originally Posted By fulautotank:
I do live in a free state, for~~tunately~~ now

FIFY




fulautotank
Joined: Nov 2007 Posts: 4183
EE: 100% (148) SC, USA

Posted: 8/20/2026 1:02:32 PM EDT [#43]

Quote History

Originally Posted By BullpupFan:
FIFY



AR4U
Tester of Things
Joined: May 2004 Posts: 37029
EE: 0% (0) NC, USA

Posted: 8/21/2026 9:59:52 PM EDT [#44]

Quote History

Originally Posted By drobs:
Anything new on the release date?
It's really hard to recommend a product that doesn't exist. Was just in a gun shop last week where another gent was showing off his MKE AP5 with Rare Greed FRT.

The AS Design lower and trigger exist and are very nice.

"During the second 100 days, we will design, build and open a library dedicated to my first 100 days." -Barack Obama, May 9 2009



**mini14jac**
Member
Joined: Feb 2001 Posts: 5136
EE: 100% (169) TN, USA

**Posted: 8/24/2026 7:13:57 AM EDT** [#45]

> Originally Posted By Capt-Planet:
>
> Yeah, but I don't want that. I just want an MP5 pack that isn't morally corrupt and maintains the look of the lower.

I mentioned this waaaaay back when ASD announced that they were holding release of their trigger pack until it would work in 5.56 guns.

The responses to my post seemed to indicate that a lot of guys wanted them to wait for the multi caliber compatibility.

I suspect there are 5-10 times more people with 9mm clones than 5.56 guns.
ASD could have made a significant amount of money by now selling a MP5 version while working on other projects.

I know RB has made some cash in the last few months.

Whatever.
I've got two MP5s with RB packs and they work great.

---

MEMBER

**s3igu2**
Joined: Oct 2025 Posts: 121
EE: 0% (0) TX, USA

**Posted: 8/24/2026 8:43:22 AM EDT** [#46]

Quote History

> Originally Posted By mini14jac:
>
> I mentioned this waaaaay back when ASD announced that they were holding release of their trigger pack until it would work in 5.56 guns.
>
> The responses to my post seemed to indicate that a lot of guys wanted them to wait for the multi caliber compatibility.
>
> I suspect there are 5-10 times more people with 9mm clones than 5.56 guns.
> ASD could have made a significant amount of money by now selling a MP5 version while working on other projects.
>
> I know RB has made some cash in the last few months.
>
> Whatever.
> I've got two MP5s with RB packs and they work great.

We held the release until it functioned correctly in all platforms and calibers, not just 556. I don't understand why anyone would want us to make a worse product overall just to get it a few months faster. Sure you might not ever use it in the larger calibers, but you still benefit from the additional testing and the added durability, and who knows, maybe one day you might want to try it in something other than an MP5.

Also are we then expected to offer some sort of upgrade kit for the people who bought ARHK early (what if thats not possible)? Are we also expected to support multiple versions of ARHK long term? How are all the people who bought an MP5 only version of ARHK going to feel if 5 months later a version comes out that works in all platforms, including MP5s? I just don't see how this benefits the customer at all other than being a few months faster, it just complicates things and limits our capacity long term for other projects, having to deal with 2 entire versions of ARHK.

---



**bkpkr**
#6packclub
Joined: May 2007 Posts: 34171
EE: 100% (338) TN, USA

**Posted: 8/24/2026 8:54:18 AM EDT** [#47]

Rare Greed shills.

---

MEMBER

**Malum-Prohibitum**
Joined: Apr 2007 Posts: 2682
EE: 0% (0) GA, USA

**Posted: 8/24/2026 9:00:24 AM EDT** [#48]

Quote History

> Originally Posted By s3igu2:
>
> We held the release until it functioned correctly in all platforms and calibers

Held, past tense. Does this mean it is out yet?

---

MEMBER

**networkguru**
Joined: Nov 2018 Posts: 9136
EE: 100% (3) SC, USA

**Posted: 8/24/2026 9:08:50 AM EDT** [#49]

Quote History

> Originally Posted By bkpkr:
>
> Rare Greed shills.

Yep, In their mind, 20$ is 20$.

---

MEMBER

**1BMF**
Joined: Mar 2003 Posts: 10549
EE: 100% (33) TX, USA

**Posted: 8/24/2026 9:12:59 AM EDT** [#50]

Quote History

> Originally Posted By s3igu2:
>
> We held the release until it functioned correctly in all platforms and calibers, not just 556. I don't understand why anyone would want us to make a worse product overall just to get it a few months faster. Sure you might not ever use it in the larger calibers, but you still benefit from the additional testing and the added durability, and who knows, maybe one day you might want to try it in something other than an MP5.
>
> Also are we then expected to offer some sort of upgrade kit for the people who bought ARHK early (what if thats not possible)? Are we also expected to support multiple versions of ARHK long term? How are all the people who bought an MP5 only version of ARHK going to feel if 5 months later a version comes out that works in all platforms, including MP5s? I just don't see how this benefits the customer at all other than being a few months faster, it just complicates things and limits our capacity long term for other projects, having to deal with 2 entire versions of ARHK.

View All Quotes

This is why I will be buying the ARHK over anything else. I have a ptr 91 that will likely bankrupt me in FRT but I've wanted a select fire one for decades.

I plan on buying at least five. Whatever I buy I have to purchase in pairs, the wife wants her own too

B I S U A₂ A²

Sign up to continue the discussion

Create a free account to share your thoughts, follow topics, and connect with the AR15.COM community.

Register to Reply

Already a member? Sign In

< Previous Page 12 / 13 Next Page >

AS Designs ARHK (Page 12 of 13)

Home / AR-15 / Rate of Fire Triggers

AR Sponsor BRAVO COMPANY USA LIFE SAVING TOOLS Modern

Active Topics Newest Topics Code of Conduct

AR15.COM

The world's largest firearm community and is a gathering place for firearm enthusiasts of all types.
From hunters and military members, to competition shooters and general firearm enthusiasts, we welcome anyone who values and respects the way of the firearm.

GIFs on this site are Powered by GIPHY

Quick Links
Blog
Deals
Equipment Exchange
Forums
Memberships

Info
About
Advertising
DMCA
Help
Privacy Policy
Your Privacy Choices

Stay Updated
Subscribe to our monthly Newsletter to receive firearm news, product discounts from your favorite Industry Partners, and more.

Email Address
Subscribe

© 1996-2026 AR15.COM LLC. All rights reserved.