# EXHIBIT 26

NEW AIMPOINT® COA®
LEARN MORE
Aimpoint
MEETS TRUST.






# [SHOT 2026] AS Designs MP5 Forced Reset Triggers

by Daniel Y

Published: January 24th, 2026




Active Safety Designs, aka AS Designs, had several new Arc-fire forced reset triggers on display at SHOT Show 2026. The quirks of US gun laws mean that this is not a machine gun conversion, though in practice it seems a lot like one. Let's check it out.

SHOT 2026 @ TFB:

- [SHOT 2026] Tricked Out Hi-Power And Affordable MP5 Lights From SDS
- [SHOT 2026] CMP Shows Off New Old Guns
- [SHOT 2026] First Look: Nightforce NX6 Scope Lineup
- [SHOT 2026] Streamlight New Releases
- [SHOT 2026] Bronco Arms SPAS12 "Clone"

The bottom line for AS Designs is that they have a lot of trigger mechanisms in development. If it is a gun that would be fun to run in quasi-full auto, they are probably working on it. They also have a drop-in trigger setup coming soon.

There are a few new updates for the MP-5 platform. AS Designs already made a trigger setup for that gun, but it used an AR-style trigger in a special adapter. This worked, but did not look quite right. Those of you with one of those setups should start celebrating, because there is a new plastic cover that adapts that to make it look much more MP-5ish. It is a simple slip-on grip and cover plate that will be sold directly to consumers, but will be made available for 3D printing as well.






TFBTV Firearms Television
Advertisement: 0:08
NEW AIMPOINT® COA®
TRADE UP TO THE GUN OF YOUR DREAMS
Cabela's
LEARN MORE
NEW AIMPOINT® COA®
SHOP COA™
Aimpoint
YHM SILENCING THE COMPETITION YHM.NET
GLOCK PERFECTION
CZ SCORPION 3/3+ PDW
DEFY LIMITS REC10 BARRETT
IWI ARAD 5 DISCOVER NOW







But now for the actual big news: if you don't already have that style of trigger, get ready because a full HK-style trigger pack is coming as well. This was on display on an MP-5. Plans are in the works for versions for the HK91 series as well.







The Arc-Fire V2 is also on the way, adding several new features. The V2 is compatible with 45/90 and 45/180 selectors. That also opens up some fun opportunities, like some B&T firearms, seen below.







Testing continues on a UMP trigger as well. It is being tested with all clone versions to ensure compatibility.




And H&K lovers have even more reasons to rejoice. Several HK416/417 models were also shown with AS triggers. Running an MR762A4 in super safe was not on






my bingo card for this year, but it could be a lot of fun for someone with deep pockets.










## Recent Articles



Beretta APX A1 Ported Adds Ported Barrel & Optics-...



Springfield's New Tri-Lug Kuna Offers Quick...



POTD: Two Genesis Gen-12 Shotguns - One 1650...

#ShotShow #SHOT2026 #ASDesigns #ForcedResetTrigger



Daniel Y

AKA @fromtheguncounter on Instagram. Gun nerd, reloader, attorney, and mediocre hunter.

More by Daniel Y

ADVERTISEMENT




## Comments

2 of 3 comments See more

A AlexTheGunGuy on Jan 29, 2026

FRT ALL the things!

J Joh85128538 on Feb 18, 2026

Call me when there's an FRT for the FN M249S.

Sign Up to Comment




## You may also be interested in



The Guns Of The Half-Life Series Made No Sense



KAK Industries DBC Bolt Carrier For Forced Reset Triggers




[SHOT 2026] FRT90 Forced Reset Trigger for PS90 from Armory of Kings










Beretta B22 Jaguar: Rimfire Modularity Meets Youth-Focused Competition



Fudd Friday: What Happened To The 16 Gauge?



FALCO Expands Multi-Fit Line With AM03, DM04 Holsters



The BUL Armory x Nightwood Guns EDC Pro Compact



Canik Enters Suppressor Market with VOID Series






POTD: Freedom Ordnance FM-9D Belt Fed 9mm PCC



POTD: Stribog PCC With Spartan-Ronin F/S Dagger



France Orders FN EVOLYS Machine Guns



NEXTORCH Launches "Snow Guard" Winter Tactical Gloves



Ripley Rail - 'cause it'll be dark soon, and they mostly come at night










Sako Enters the AR-15 Market With the Arctic Rifle Generation

Concealed Carry Corner: Customizing Carry Guns

Australia to Provide Thales ACAR to Papua New Guinea Defence Force



POTD: Ruger LCP MAX with ReadyDot Micro Reflex Sight



The HK433 [MARS] and HK433PDW at Enforce Tac 2026



The Rimfire Report: The Classic Pair - Ruger 10/22 + CCI Mini-Mags




Trijicon Adds FDE Finish to VCOG 1-8x28 Riflescope



Black Arrow & Black Spear: History of Anti-Materiel Rifles From Serbia



Updated Magpul ELG Hand Guard: One Part, All Modern Marlin Lever Guns




Lena Miculek Joins Smith & Wesson as a Brand Ambassador




Magnum Research x Iron Monkey: "Dueling Katanas" Desert Eagle



New BASELINE Belts From Safariland And Haley Strategic



TFB Review: Trijicon RMR Type 2 3.25 MOA Green Dot, Adjustable LED




FN Unveils Their Next Generation Rifle - The ARKA



Wheelgun Wednesday: The Last Revolver Samuel Colt Ever Made






Wheelgun Wednesday: Taurus Deputy Dual Cylinder - 3 Calibers in 1 Gun



SK Guns Honors 9/11 with Limited-Edition Custom Commander 1911 9mm



VKTR Industries Opens VK1 Ambi Lower to Stand-Alone Sales



Guns Are Selling: March NICS Numbers Show Trend Reversal



Springfield Armory Adds Garrison Target 1911 in 9mm and .45





Indiana Governor Signs Shooting Range Protection Bill Into Law




Rimfires That Deserve A Reboot



Capital Comrades - Two American 7.62x39 Platforms

TFB THEFIREARMBLOG.COM FIREARMS NOT POLITICS

About Privacy Terms Copyright Forums As seen in Newsletter

Follow us

© 2026 TheFirearmBlog.com