# EXHIBIT 27

FUEL YOUR FREEDOM
SIG SAUER WHERE HUNTING MEETS TACTICAL PRECISION SHOP TANGO-DMR™ RIFLESCOPES





02/04/2026 02:00 AM | ALEXANDER REVILLE

# SHOOT FASTER WITH SUPER SAFETIES & FRTS FROM AS DESIGNS




As super safeties and forced reset triggers have been hot topics lately in the gun world, AS Designs had lots of exciting updates to share with us at SHOT Show 2026.

## ARC FIRE V2

The ARC Fire trigger is one of AS Designs' most popular trigger systems. The Active Reset Clutch forces the trigger's reset, allowing for a more rapid semi-automatic shooting experience. The ARC Fire V2 will offer different options, such as the 45- to 90-degree throw, a B&T 180-degree option, and H&K-style three-position selectors for the clone crowd.

This system is compatible with a variety of platforms, including the **Jakl**, **Kuna**, **Stribog**, **MCX**, and others.

## DROP-IN CASSETTE TRIGGER



AS Designs is helping HK fans finally get the speed the company's guns were originally designed to deliver. (Photo: Seth Rodgers/Guns.com)

The company has made another big advancement with the release of its drop-in cassette triggers for **H&K platforms** and clones. A cassette trigger is a pre-assembled trigger that fits in the standard lower housing, allowing the user to keep the factory lower and housing, which is exciting for fans of clones and OEM parts.

## DESIGNS FOR EVERYONE

AS Designs has systems and triggers for all kinds of platforms, including B&T's **APCs** and **GHMs**, Springfield's Kuna, the Stribog, the PSA Jakl, the SIG MCX and **MPX**, H&K designs, and many more.

The FRT is one of the hottest, fastest-growing areas of the market, and everyone should have a few. AS Designs wants to make its design compatible with as many platforms as possible so that everyone can maximize their Second Amendment rights.

**READ MORE ON:**

Product & Industry News | Shot Show | Videos

### SHOP ALL OUR NEW RELEASES

See All

**STACCATO**
HD C3.6



NEW
$2,587.99

**ARCHON FIREARMS**
TYPE-B OR GEN2 PT (RMR)



NEW
$1,156.99

**KIMBER**
2K11 PRO COMP



NEW
$2,839.00 ~~was $2,939.00~~

**BERETTA**
80X CHEETAH TACTICAL BRONZE

REBATE



NEW
$999.00 ~~was $1,049.00~~

### LATEST NEWS




08/27/2026 | MAX MICHEL

Handgun accuracy isn't just for competition shooters – it's a skill every gun owner can develop with the right approach. Here are som...
Read More




08/26/2026 | MEGAN BRADLEY

California's plan to require all guns sold in the state to use microstamping – microscopic code marks linking cartridges to...
Read More




08/26/2026 | PAUL PETERSON

Canik's titanium Void-9 suppressor is quiet, lightweight, and has no barrel length restrictions for 9mm ammo. It reliably runs standard...
Read More




08/25/2026 | DAVE LUU

The new Canik Prime Radian is an improvement on what was already one of my favorite compact carry pistols: the Mete MC9 Prime. The...
Read More

Stay in the know. Get Guns.com offers and news!!

By continuing, you agree to receive Guns.com emails and to our Terms and Conditions and Privacy Policy.

Enter Your Email | SIGN UP

Follow Us On:

Need Help?
HELP CENTER | TRACK ORDER
HOW TO BUY A GUN ONLINE
CERTIFIED USED GUNS
WE BUY GUNS
THE GUNS.COM PROMISE

**CUSTOMER RESOURCES**
Financing
Hero Discounts
Guns for Sale
Gift Cards
Manage Email Preferences
Auction Licensing

**SELLER RESOURCES**
Join the Guns.com Network
Login to My Seller Dashboard
Contact Business Development
Affiliate Programs

**WHO WE ARE**
About Us
We Give Back
Influencers
Guns.com Careers
Customer Reviews
Advertise With Us
Press

Terms and Conditions | Mobile T&Cs | Privacy Policy | Site Map

GUNS.COM PURVEYORS OF FREEDOM

PO Box 1131, 13800 Nicollet Blvd Burnsville, MN 55337 ©2026 Guns.com. All Rights Reserved