# EXHIBIT 28



asdesignsfrts Follow ···

asdesignsfrts 21w
An overview of the ARHK

A fully self-contained drop-in cassette trigger unit built on our ARC-Fire technology. Designed from the ground up for HK roller-delayed platforms.

The ARHK installs directly into factory OEM polymer housings with no modifications required. Ejector comes pre-installed, no additional trips, buffers, or auxiliary parts needed in the host.

Three-position selector. Safe / Semi / Active Reset. Aligned with Navy-style housing markings (SEF to follow soon). Semi mode is fully disengaged with no active reset, giving you a standard trigger pull in the second position. Flip to the third position to engage the ARC-Fire clutch for active reset

3.2K 316 44

April 4

Add a comment...

More posts from **asdesignsfrts**















Meta About Blog Jobs Help API Privacy Consumer Health Privacy Terms Locations Popular Instagram Lite Meta AI Threads Contact Uploading & Non-Users Meta Verified

English © 2026 Instagram from Meta

Home

Reels

Messages 6

Search

Notifications

Create

Profile

More

Also from Meta



asdesignsfrts Follow ···

**livingwithlloyd** 17w
Late to the comment party...also may have scrolled past with excitement. AP5-SD?
Reply

**strelok47901** 17w
So it's like the rare breed but not from a pos company?
Reply

**rod702** 18w
Will it work with Lee housing lowers ?
Reply

**carlovingkyle** 18w
Will it have the white marking like an HK selector?

3.2K 316 44

April 4

Add a comment...

Messages 6

More posts from **asdesignsfrts**