# EXHIBIT 29

ATF Hacked, Guns For Felons, & Staccato Warranty Update | ARFCOM NEWS
PVS-14 with Photonis ECHO WP 2000-2200 FOM - IN STOCK!

## AS Designs ARHK (Page 9 of 13)



**BuckeyeRifleman**
Member
Joined: Feb 2005 Posts: 23775
EE: 100% (62) OH, USA

Posted: 5/20/2026 1:35:29 PM EDT [#1]

Quote History

> Originally Posted By Alpha-17:
>
> I'm beginning to think that AS Designs is as unreliable as my ARC Fire. It seems they suck at meeting their own timelines and letting people know what's actually happening. When there were rumors of a delay being discussed a couple of weeks ago, their official account on HK Pro said "I don't know who said delayed 2 more months, production is starting.". That was May 4th. Link HERE. Odd that now, a couple of weeks later, production is scheduled to start on May 29th. Delays happen. Lying about it shouldn't.

The arc-Fire is the most reliable FRT on the market. There are generally 3 potential issues, needing a shim to fix timing, an incorrectly cut trigger, and bolt bounce requiring a different buffer.

The only one of those that is the fault of the ARC Fire is the timing one, and that's a 30 second fix with a 25 cent part. My only gripe with the arc Fire is them not including a shim kit. But then again they probably don't want to confuse people who don't need it.

The posts made on this forum are purely my private opinion and don't represent any employer or entity I am professionally associated with.

**Capt-Planet**
Code Name Orphan Crippler
Joined: May 2007 Posts: 24468
EE: 100% (2) PAK

Posted: 5/20/2026 2:31:47 PM EDT [#2]

Quote History

> Originally Posted By Damon_23:
>
> Waiting for a pack that works with 556 and 308 rifles is the only reason I haven't ordered a RB.
> It'll get used in the mp5 95% of the time, but it's worth waiting to be able to drop it in the AP53 or PTR G3k clone. For reasons.

I haven't bought an RB because they're going to keep meticulous records and provide it to the ATF as soon as political winds change.

I also don't care about anything other than my MP5 clones, but I'm willing to wait to get the ARHK.

Remember kids, the first rule of gun safety is to have fun.

ATRIUS INTRODUCING X-SERIES AMBIDEXTROUS FRS FOR MCX + MPX EARLY BIRD PRICE $299 USE CODE ARFCOMX AT CHECKOUT 3-POSITION • AMBIDEXTROUS • MCX + MPX

**Jeeps-And-Guns**
Member
Joined: Jan 2017 Posts: 4202
EE: 100% (60) AL, USA

Posted: 5/20/2026 2:53:45 PM EDT [#3]

Quote History

> Originally Posted By BuckeyeRifleman:
>
> The arc-Fire is the most reliable FRT on the market. There are generally 3 potential issues, needing a shim to fix timing, an incorrectly cut trigger, and bolt bounce requiring a different buffer.
>
> The only one of those that is the fault of the ARC Fire is the timing one, and that's a 30 second fix with a 25 cent part. My only gripe with the arc Fire is them not including a shim kit. But then again they probably don't want to confuse people who don't need it.

There are more factors than just what you mentioned. Some of them are not fully know yet too.
I have one that has refused to run. The trigger was cut by ASD, tried different buffers, and if I try installing the shim, it locks up the arc-fire and safety lever.

**HKH**
Member
Joined: May 2006 Posts: 24582
EE: 100% (41) DC, USA

Posted: 5/20/2026 3:30:53 PM EDT [#4]

I'm all hnnnng over here.



ATRIUS DEVELOPMENT GROUP INTRODUCING X-SERIES AMBIDEXTROUS FRS FOR MCX + MPX EARLY BIRD PRICE $299 USE CODE ARFCOMX AT CHECKOUT 3-POSITION • AMBIDEXTROUS • MCX + MPX
THE MOST ADVANCED 7MM CARTRIDGE INTRODUCING 7MM BACKCOUNTRY TERMINAL ASCENT BUY NOW



**BullpupFan**
Member
Joined: Dec 2012 Posts: 13977
EE: 100% (31) CO, USA
10

**Posted: 5/20/2026 6:31:58 PM EDT** [#5]

**Quote History**

> Originally Posted By ARguy:
>
> Assuming the same trigger pack will work with all of the calibers, Its definitely worth a little bit of delay. The fact is RB's doesn't and AS Designs will have that over them. My 53 is patiently standing by.

Unfortunately I suspect ASD won't ship into Kolorado after August 1st and so the schedule slip pretty much guarantees Koloradoans are SOL.

Does the RB not work in the non-MP5 guns or does RB just not guarantee it for them?




**Alpha-17**
Joined: Sep 2023 Posts: 574
EE: 100% (2) KS, USA

**Posted: 5/20/2026 7:09:25 PM EDT** [#6]

> Originally Posted By s3igu2:
>
> Have you reached out to ASDs support email regarding the issue with your arcfire? They will send you a replacement detnet bar. Or send me the order number and ill have them ship one out.

I've got a range day scheduled for Saturday to test out a few more variables, but if the problem persists, I'll be hitting them up after that. I've heard of them ghosting people after a bit, so I want to be able to have as much info as possible when I start a dialogue with them.

> Originally Posted By BuckeyeRifleman:
>
> The arc-Fire is the most reliable FRT on the market. There are generally 3 potential issues, needing a shim to fix timing, an incorrectly cut trigger, and bolt bounce requiring a different buffer.
>
> The only one of those that is the fault of the ARC Fire is the timing one, and that's a 30 second fix with a 25 cent part. My only gripe with the arc Fire is them not including a shim kit. But then again they probably don't want to confuse people who don't need it.

All I can say is that the gun worked fine with a MARC, but sputters to a stop with the ARC Fire, with the AS Designs cut trigger. I plan on testing a different buffer/spring combo, as well as playing around with my gas setting, in case the ARC Fire is more sensitive than the MARC, but not sure those will have any real impact to my problem. I'm always open to more suggestions as well.

But for "most reliable FRT on the market", my experience isn't great, and the more I've looked, the more reports I've seen of other people having issues. Makes me wonder if constantly calling it the "most reliable" is leading people who have seen them choke to think that all FRTs are like that.



**Jeeps-And-Guns**
Member
Joined: Jan 2017 Posts: 4204
EE: 100% (60) AL, USA
5

**Posted: 5/20/2026 7:58:04 PM EDT** [#7]

**Quote History**

> Originally Posted By Alpha-17:
>
> I've got a range day scheduled for Saturday to test out a few more variables, but if the problem persists, I'll be hitting them up after that. I've heard of them ghosting people after a bit, so I want to be able to have as much info as possible when I start a dialogue with them.
>
> All I can say is that the gun worked fine with a MARC, but sputters to a stop with the ARC Fire, with the AS Designs cut trigger. I plan on testing a different buffer/spring combo, as well as playing around with my gas setting, in case the ARC Fire is more sensitive than the MARC, but not sure those will have any real impact to my problem. I'm always open to more suggestions as well.
>
> But for "most reliable FRT on the market", my experience isn't great, and the more I've looked, the more reports I've seen of other people having issues. Makes me wonder if constantly calling it the "most reliable" is leading people who have seen them choke to think that all FRTs are like that.

Yea I would not call it the most reliable one on the market.
Not sure if I would call any of them that.
The arc-fire seems to be a bit of a lotto.
It either runs perfectly right off the bat, or you are endlessly fighting it to get it working.

Same as you, I had one gun that runs fine with a rare breed 3 position, runs fine with a rave 140 and a atrius, but will not run with a arc-fire.



**BuckeyeRifleman**
Member
Joined: Feb 2005 Posts: 23778
EE: 100% (62) OH, USA
20

**Posted: 5/20/2026 8:01:39 PM EDT** [#8]

**Quote History**

> Originally Posted By Alpha-17:
>
> I've got a range day scheduled for Saturday to test out a few more variables, but if the problem persists, I'll be hitting them up after that. I've heard of them ghosting people after a bit, so I want to be able to have as much info as possible when I start a dialogue with them.
>
> All I can say is that the gun worked fine with a MARC, but sputters to a stop with the ARC Fire, with the AS Designs cut trigger. I plan on testing a different buffer/spring combo, as well as playing around with my gas setting, in case the ARC Fire is more sensitive than the MARC, but not sure those will have any real impact to my problem. I'm always open to more suggestions as well.
>
> But for "most reliable FRT on the market", my experience isn't great, and the more I've looked, the more reports I've seen of other people having issues. Makes me wonder if constantly calling it the "most reliable" is leading people who have seen them choke to think that all FRTs are like that.

View All Quotes

If you can detail what explain what exactly is happening, we can probably help.

"Sputters to a stop"

Does that mean you get a few rounds of active reset and then have to release the trigger to fire again, or are you getting a completely dead trigger?

The posts made on this forum are purely my private opinion and don't represent any employer or entity I am professionally associated with.



**BuckeyeRifleman**
Member
Joined: Feb 2005 Posts: 23779
EE: 100% (62) OH, USA

**Posted: 5/20/2026 8:10:48 PM EDT** [#9]

**Quote History**

> Originally Posted By Jeeps-And-Guns:
>
> Yea I would not call it the most reliable one on the market.
> Not sure if I would call any of them that.
> The arc-fire seems to be a bit of a lotto.
> It either runs perfectly right off the bat, or you are endlessly fighting it to get it working.
>
> Same as you, I had one gun that runs fine with a rare breed 3 position, runs fine with a rave 140 and a atrius, but will not run with a arc-fire.

View All Quotes

I had one arc-fire that required shims. Prior to getting the shims, I could imagine it would drive someone nuts figuring out what was wrong. It even threw me for a loop and I'm a pretty mechanically inclined guy that has been building AR's for 20 years.

Now that I have the shims, it runs like a top just like the rest of my ARC-Fires.

Like I said, I think their only issue is they should've included shims with the trigger from the get go, and included detailed instructions as to when and why they might be needed. The device itself is fine, but in order to function properly it relies on critical dimensions that were never meant to be critical.

The posts made on this forum are purely my private opinion and don't represent any employer or entity I am professionally associated with.



**Alpha-17**
Joined: Sep 2023 Posts: 575
EE: 100% (2) KS, USA

**Posted: 5/20/2026 8:21:48 PM EDT** [#10]

**Quote History**

> Originally Posted By BuckeyeRifleman:
>
> If you can detail what explain what exactly is happening, we can probably help.
>
> "Sputters to a stop"
>
> Does that mean you get a few rounds of active reset and then have to release the trigger to fire again, or are you getting a completely dead trigger?

I've explained it all across several posts in the V2 thread, but, to summarize, yes, it fires for a random number of rounds in FRT mode, then stops, and I have to release the trigger to fire again. The amount of rounds is very random, some times upwards of ten, but others as few as a single round. I have a few videos of the subject HERE, showing the problem. All of these are supposed to be "full send" mag dumps, but turn into a collection of bursts instead. This happens both suppressed and unsuppressed. I have also noticed it when dry firing and manually cycling the action, but I can't verify any particular cause because it is so hit or miss.

As mentioned, I plan on testing out a few variables this weekend, and see if I can figure out the problem.



**BuckeyeRifleman**
Member
Joined: Feb 2005 Posts: 23781
EE: 100% (62) OH, USA

**Posted: 5/20/2026 8:44:34 PM EDT** [#11]

**Quote History**

> Originally Posted By Alpha-17:
>
> I've explained it all across several posts in the V2 thread, but, to summarize, yes, it fires for a random number of rounds in FRT mode, then stops, and I have to release the trigger to fire again. The amount of rounds is very random, some times upwards of ten, but others as few as a single round. I have a few videos of the subject HERE, showing the problem. All of these are supposed to be "full send" mag dumps, but turn into a collection of bursts instead. This happens both suppressed and unsuppressed. I have also noticed it when dry firing and manually cycling the action, but I can't verify any particular cause because it is so hit or miss.
>
> As mentioned, I plan on testing out a few variables this weekend, and see if I can figure out the problem.

View All Quotes

You need a shim kit.

Without a shim one of my V1's wouldn't reset at all without releasing the trigger.

With one shim installed it functioned exactly how you described.

With two installed it functioned perfectly.

The posts made on this forum are purely my private opinion and don't represent any employer or entity I am professionally associated with.



**BuckeyeRifleman**
Member
Joined: Feb 2005 Posts: 23782
EE: 100% (62) OH, USA

**Posted: 5/20/2026 8:47:36 PM EDT** [#12]

@Alpha-17 if you PM me your address I can mail you a few. Mine were for the V1 but I would assume they would work for a V2 as well.

The posts made on this forum are purely my private opinion and don't represent any employer or entity I am professionally associated with.



**glock23c**
Member
Joined: Jan 2002 Posts: 3949
EE: 100% (23) AR, USA

**Posted: 5/20/2026 9:59:02 PM EDT** [#13]

**Quote History**

> Originally Posted By BuckeyeRifleman:
>
> @Alpha-17 if you PM me your address I can mail you a few. Mine were for the V1 but I would assume they would work for a V2 as well.

This is what it's all about. We are all on the same page helping each other out. HKH helped me a while back several months ago when I was having a little problem with my V1. Several others in the FRT forum bend over backwards to help those with problems. Lots of knowledge in this forum.

Just a shout out to those stepping up to the plate. 👍



**HKH**
Member
Joined: May 2006 Posts: 24584
EE: 100% (41) DC, USA

**Posted: 5/20/2026 10:08:35 PM EDT** [#14]

**Quote History**

> Originally Posted By BullpupFan:
>
> Unfortunately I suspect ASD won't ship into Kolorado after August 1st and so the schedule slip pretty much guarantees Koloradoans are SOL.
>
> Does the RB not work in the non-MP5 guns or does RB just not guarantee it for them?

Won't work

I Don't like it but sharp for their business. Caliber specific. I tried it in the 53. No bueno

**NorthPolar** Member
Joined: May 2009 Posts: 41441
EE: 100% (60) AK, USA
15

Posted: 5/20/2026 10:31:33 PM EDT [#15]

Out of curiosity, will this have a different/lighter trigger pull than stock, or stay around the same weight? I'm honestly between a FRT and the Timney 2 stage.

---

MEMBER

**s3igu2**
Joined: Oct 2025 Posts: 104
EE: 0% (0) TX, USA

Posted: 5/20/2026 10:55:03 PM EDT [#16]

Quote History

> Originally Posted By NorthPolar:
>
> Out of curiosity, will this have a different/lighter trigger pull than stock, or stay around the same weight? I'm honestly between a FRT and the Timney 2 stage.

4 to 6 pounds depending on the springs. Its significantly improved over the factory packs.

---

**NorthPolar** Member
Joined: May 2009 Posts: 41442
EE: 100% (60) AK, USA
15

Posted: 5/20/2026 11:12:53 PM EDT [#17]

That certainly has my interest 🙂

---



**BullpupFan** Member
Joined: Dec 2012 Posts: 13979
EE: 100% (31) CO, USA
10

Posted: 5/20/2026 11:17:12 PM EDT [#18]

Quote History

> Originally Posted By HKH:
>
> Won't work
>
> I Don't like it but sharp for their business. Caliber specific. I tried it in the 53. No bueno

View All Quotes

Thanks. Makes me even sadder about the ASD situation though.

---

MEMBER

**HKPDW**
Joined: Jan 2002 Posts: 11662
EE: 100% (33) MOZ
20

Posted: 5/20/2026 11:30:49 PM EDT [#19]

Quote History

> Originally Posted By HKH:
>
> Won't work
>
> I Don't like it but sharp for their business. Caliber specific. I tried it in the 53. No bueno

I assume you installed the 53 ejector...

---



**Jeeps-And-Guns** Member
Joined: Jan 2017 Posts: 4206
EE: 100% (60) AL, USA
5

Posted: 5/21/2026 6:50:41 AM EDT [#20]

Quote History

> Originally Posted By BuckeyeRifleman:
>
> You need a shim kit.
>
> Without a shim one of my V1's wouldn't reset at all without releasing the trigger.
>
> With one shim installed it functioned exactly how you described.
>
> With two installed it functioned perfectly.

I have one carbine that I am having a hard time getting running. It has a V1 and a $G trigger cut by ASD.
I bought some of the shims and when I install one, the safety and arc fire both lock up. It makes things way too tight.

---



**Vector6** Member
Joined: May 2016 Posts: 364
EE: 100% (22) MO, USA
10

Posted: 5/21/2026 12:30:13 PM EDT [#21]

I saw a question about Magpul ESK working with the ARHK but didn't see it get answered. If not, is there plans for an extended safety? Or are we looking at standard style safeties?

I have a Navy 4 position (0, 1, 3, F markings) and HK parts wants $300 for an extended left side safety. While I would normally consider it, there is no way I'm paying that since the ARHK was announced.

---

MEMBER

**Alpha-17**
Joined: Sep 2023 Posts: 576
EE: 100% (2) KS, USA

Posted: 5/21/2026 1:37:51 PM EDT [#22]

Quote History

> Originally Posted By BuckeyeRifleman:
>
> @Alpha-17 if you PM me your address I can mail you a few. Mine were for the V1 but I would assume they would work for a V2 as well.

PM sent. Since unless you live two blocks down, I won't have the correct shims to test out by Saturday, does anyone know of a brick and mortar store that sells appropriate shims? Tried looking online, but my Google Fu is failing me on this.



**BuckeyeRifleman**
Member
Joined: Feb 2005 Posts: 23806
EE: 100% (62) OH, USA

Posted: 5/21/2026 2:48:58 PM EDT [Last Edit: BuckeyeRifleman] [#23]

Quote History

> Originally Posted By Jeeps-And-Guns:
>
> I have one carbine that I am having a hard time getting running. It has a V1 and a $G trigger cut by ASD.
> I bought some of the shims and when I install one, the safety and arc fire both lock up. It makes things way too tight.

View All Quotes

I don't know what's going on there. Maybe someone else has some input, but I'd need more details on exactly what is happening. It certainly doesn't sound like timing is an issue if the shims are causing it to lock up.

The "flaw" with the arc-fire is that certain lower/hammer/trigger/disconnector dimensions that were never meant to be critical on a semi auto AR suddenly become critical. Given the number of different parts manufacturers out there, that's not necessarily the fault of AS designs.

As such it can take some diagnostics/parts swapping/shims to get running.

I'll stand by my statement though that I think once you get that figured out, it's the best FRT on the market. There are no springs to break and it's near impossible to overcome the force of the lever/cam. Combine that with being able to use a G$ trigger and it's easily the king of the FRT mountain IMO.

The posts made on this forum are purely my private opinion and don't represent any employer or entity I am professionally associated with.



**HKH**
Member
Joined: May 2006 Posts: 24585
EE: 100% (41) DC, USA

Posted: 5/21/2026 8:36:18 PM EDT [#24]

Quote History

> Originally Posted By HKPDW:
>
> I assume you installed the 53 ejector...

Nope

Never ever in my 25 years of having NFA 90x series guns would I have ever even thought to swap out the ejector!




**HKPDW**
Joined: Jan 2002 Posts: 11676
EE: 100% (33) UT, USA

Posted: 5/21/2026 10:10:34 PM EDT [#25]

Quote History

> Originally Posted By HKH:
>
> Nope
>
> Never ever in my 25 years of having NFA 90x series guns would I have ever even thought to swap out the ejector!

So, why isn't the pack working? I ask because I plan to add a FRT in an AP53...



**krdt**
Imperator Caesar Divi Filius kurdticus
Joined: Apr 2005 Posts: 4662
EE: 100% (159) AZ, USA

Posted: 5/21/2026 10:27:27 PM EDT [Last Edit: krdt] [#26]

Edit: Oops, thought I was in the V2 thread.

Practice, the master of all things. - Augustus
IG: @cqbr.kurdt
Looking for: Savannah Mk18 RIS II in light blonde/bronze - LMT SOPMOD Gen 1 Tan



**BullpupFan**
Member
Joined: Dec 2012 Posts: 13988
EE: 100% (31) CO, USA

Posted: 5/22/2026 12:05:37 AM EDT [#27]

Quote History

> Originally Posted By HKH:
>
> Nope
>
> Never ever in my 25 years of having NFA 90x series guns would I have ever even thought to swap out the ejector!

View All Quotes

What ejector did you install in the pack then? Any? The RB pack doesn't come with an ejector at all... AFAIK there are different ones for each caliber, but that was the only difference I knew of between calibers. If you had a sear pack, wouldn't you have had to swap ejectors going between different caliber hosts???



**HKH**
Member
Joined: May 2006 Posts: 24587
EE: 100% (41) DC, USA

Posted: 5/22/2026 1:38:39 AM EDT [Last Edit: HKH] [#28]

Guys

It's not a sear pack and the one out now is only compatible with the MP5 and mp5k.

If you don't believe me the ambi is in stock - buy it, toss in your 53 ejector and slap it in your 556 gun.

Don't say I didn't warn you









**s3igu2**
Joined: Oct 2025 Posts: 105
EE: 0% (0) TX, USA

Posted: 5/22/2026 7:03:49 AM EDT [#29]

The rarebreed RD3 uses a trip system that is caliber specific, meaning they will likely need to make a version dedicated for 556 / 308 and one for the HK21. The current 9MM / 40S&W / 10MM version doesn't work with any larger calibers regardless of the ejector used, the trip bar has nothing to catch onto on the larger calibers. ARHK on the other hand, uses a new trip system that works with all calibers.

It's also not as simple as just swapping the ejector and modifying the locking / trip bar to make something that works with the larger caliber stuff. 308 is a monster then on top of that suppressed 308 is unlike anything else. You really have to design something from the ground up (like ARHK) to account for 308 durability, trigger slap and the carrier's forward force, especially on the HK21. The way ARHK actually handles some of those issues is pretty cool and hasn't been seen anywhere else before, it's going to be worth the wait.



**BullpupFan**
Member
Joined: Dec 2012 Posts: 13989
EE: 100% (31) CO, USA

Posted: 5/22/2026 7:30:06 AM EDT [#30]

**Quote History**

> Originally Posted By HKH:
>
> Guys
>
> It's not a sear pack and the one out now is only compatible with the MP5 and mp5k.
>
> If you don't believe me the ambi is in stock - buy it, toss in your 53 ejector and slap it in your 556 gun.
>
> Don't say I didn't warn you
>
> https://www.ar15.com/media/mediaFiles/99571/IMG_9796-3766189.jpg
>
> https://www.ar15.com/media/mediaFiles/99571/IMG_9797-3766194.jpg

The sear pack question was in response to your statement "Never ever in my 25 years of having NFA 90x series guns would I have ever even thought to swap out the ejector!" which is at odds with how I understand sear packs to work. Sorry for any confusion!

**DoctorMRG**
Member
Joined: Jan 2025 Posts: 48
EE: 100% (3) OH, USA

**Posted: 5/22/2026 7:31:09 AM EDT** [#31]

Thanks for the update!

---

**BullpupFan**
Member
Joined: Dec 2012 Posts: 13990
EE: 100% (31) CO, USA

**Posted: 5/22/2026 7:32:12 AM EDT** [#32]

**Quote History**

> Originally Posted By s3igu2:
>
> The rarebreed RD3 uses a trip system that is caliber specific, meaning they will likely need to make a version dedicated for 556 / 308 and one for the HK21. The current 9MM / 40S&W / 10MM version doesn't work with any larger calibers regardless of the ejector used, the trip bar has nothing to catch onto on the larger calibers. ARHK on the other hand, uses a new trip system that works with all calibers.
>
> It's also not as simple as just swapping the ejector and modifying the locking / trip bar to make something that works with the larger caliber stuff. 308 is a monster then on top of that suppressed 308 is unlike anything else. You really have to design something from the ground up (like ARHK) to account for 308 durability, trigger slap and the carrier's forward force, especially on the HK21. The way ARHK actually handles some of those issues is pretty cool and hasn't been seen anywhere else before, it's going to be worth the wait.

Thanks for the detailed explanation! I appreciate now understanding the issues.

My concern is that unless ASD does early shipping for Kolorado we're likely not going to be able to get them in hand before August 1st.

---

**HKPDW**
Joined: Jan 2002 Posts: 11678
EE: 100% (33) UT, USA

**Posted: 5/22/2026 8:19:40 AM EDT** [#33]

**Quote History**

> Originally Posted By s3igu2:
>
> The rarebreed RD3 uses a trip system that is caliber specific, meaning they will likely need to make a version dedicated for 556 / 308 and one for the HK21. The current 9MM / 40S&W / 10MM version doesn't work with any larger calibers regardless of the ejector used, the trip bar has nothing to catch onto on the larger calibers. ARHK on the other hand, uses a new trip system that works with all calibers.
>
> It's also not as simple as just swapping the ejector and modifying the locking / trip bar to make something that works with the larger caliber stuff. 308 is a monster then on top of that suppressed 308 is unlike anything else. You really have to design something from the ground up (like ARHK) to account for 308 durability, trigger slap and the carrier's forward force, especially on the HK21. The way ARHK actually handles some of those issues is pretty cool and hasn't been seen anywhere else before, it's going to be worth the wait.

👍

---

**airgunner**
Si Vis Pacem, Para Bellum
Joined: Aug 2003 Posts: 12692
EE: 100% (170) KY, USA

**Posted: 5/22/2026 9:02:38 AM EDT** [#34]

I apologize if this was discussed already and I missed it...

What's the trigger pull going to be like with the ARHK? One of the appealing aspects of the Rare Breed version is it reportedly provides clean/crisp 3.5 to 4 lbs trigger pull which is a really nice upgrade for a MP5 even in semi. How will the ARHK compare in that regard?

On going to war over religion: "You're basically killing each other to see who's got the better imaginary friend." - Richard Jeni

---

**s3igu2**
Joined: Oct 2025 Posts: 106
EE: 0% (0) TX, USA

**Posted: 5/22/2026 9:54:17 AM EDT** [#35]

**Quote History**

> Originally Posted By airgunner:
>
> I apologize if this was discussed already and I missed it...
>
> What's the trigger pull going to be like with the ARHK? One of the appealing aspects of the Rare Breed version is it reportedly provides clean/crisp 3.5 to 4 lbs trigger pull which is a really nice upgrade for a MP5 even in semi. How will the ARHK compare in that regard?

4 to 6 pounds typically towards the lower side of that. Since we are supporting stuff like the HK21 and G3s that require slightly higher power springs. That said, the trigger pull feels good it's nothing like the MP5 pull. I don't think there will be any complaints with the trigger, even more so since ARHK also handles trigger slap extremely well.

---

**fordkicksass**
Member
Joined: Jun 2008 Posts: 6110
EE: 100% (228) USA

**Posted: 5/22/2026 11:40:54 AM EDT** [#36]

**Quote History**

> Originally Posted By s3igu2:
>
> 4 to 6 pounds typically towards the lower side of that. Since we are supporting stuff like the HK21 and G3s that require slightly higher power springs. That said, the trigger pull feels good it's nothing like the MP5 pull. I don't think there will be any complaints with the trigger, even more so since ARHK also handles trigger slap extremely well.

Thanks for providing info in this subforum. This sounds absolutely wonderful and I cannot wait!

---

**airgunner**
Si Vis Pacem, Para Bellum
Joined: Aug 2003 Posts: 12693
EE: 100% (170) KY, USA

**Posted: 5/22/2026 2:52:19 PM EDT** [#37]

**Quote History**

> Originally Posted By s3igu2:
>
> 4 to 6 pounds typically towards the lower side of that. Since we are supporting stuff like the HK21 and G3s that require slightly higher power springs. That said, the trigger pull feels good it's nothing like the MP5 pull. I don't think there will be any complaints with the trigger, even more so since ARHK also handles trigger slap extremely well.

Cool - Looking forward to it being available

On going to war over religion: "You're basically killing each other to see who's got the better imaginary friend." - Richard Jeni



**BuckeyeRifleman**
Member
Joined: Feb 2005 Posts: 23811
EE: 100% (62) OH, USA

Posted: 5/22/2026 3:33:41 PM EDT [#38]

Quote History

> Originally Posted By s3igu2:
>
> 4 to 6 pounds typically towards the lower side of that. Since we are supporting stuff like the HK21 and G3s that require slightly higher power springs. That said, the trigger pull feels good it's nothing like the MP5 pull. I don't think there will be any complaints with the trigger, even more so since ARHK also handles trigger slap extremely well.

View All Quotes

I'm sorta glad it's still gonna "feel" like an MP5.

If I want my AP5 to have a G$ trigger feel, there are options for that. I want it to feel like a HK.

The posts made on this forum are purely my private opinion and don't represent any employer or entity I am professionally associated with.




**networkguru**
Joined: Nov 2018 Posts: 8834
EE: 100% (3) SC, USA

Posted: 5/22/2026 4:02:34 PM EDT [Last Edit: networkguru] [#39]

Hopefully the ARKH has started production.




**networkguru**
Joined: Nov 2018 Posts: 8864
EE: 100% (3) SC, USA

Posted: 5/30/2026 10:27:38 PM EDT [#40]

ARKH



**cms81586**
Member
Joined: Feb 2001 Posts: 33100
EE: 100% (73) USA

Posted: 5/31/2026 12:52:02 AM EDT [Last Edit: cms81586] [#41]

Still no HK21 video and no FRT. I wonder if these guys are affiliated with Cryostructure.




**gurn-blanston**
Joined: Feb 2002 Posts: 1960
EE: 100% (270) TN, USA

Posted: 5/31/2026 7:40:46 AM EDT [#42]

"Enters production 5/29. Estimated drop date late July."

AS has delivered great products so far. I hope I can get one of these too.




**Capt-Planet**
Code Name Orphan Crippler
Joined: May 2007 Posts: 24488
EE: 100% (2) PAK

Posted: 5/31/2026 8:30:36 AM EDT [Last Edit: Capt-Planet] [#43]

Quote History

> Originally Posted By gurn-blanston:
>
> "Enters production 5/29. Estimated drop date late July."
>
> AS has delivered great products so far. I hope I can get one of these too.

The problem is that used to say "Enters production 5/1. Estimated drop late June."

I mean, I'm still going to wait, but I really hope the issue still isn't the HK-21 compatibility and all that. I'm intending on having one live full time in an MP5K clone and another being used with my MP5A3 and MP5SD clones, so I don't care about compatibility with other calibers.

Remember kids, the first rule of gun safety is to have fun.




**timepilot**
Joined: Jan 2007 Posts: 2029
EE: 100% (23) PA, USA

Posted: 5/31/2026 9:08:53 AM EDT [#44]

Attached File




**fordkicksass**
Member
Joined: Jun 2008 Posts: 6121
EE: 100% (228) USA

Posted: 5/31/2026 12:52:38 PM EDT [Last Edit: fordkicksass] [#45]

Quote History

> Originally Posted By cms81586:
>
> Still no HK21 video and no FRT. I wonder if these guys are affiliated with Cryostructure.

I found this reddit VIDEO earlier in the month on HKpro. They run it on various flavors of AP5, G3, HK21, etc. Looks good, hopefully the production devices function that well.




**Alpha-17**
Joined: Sep 2023 Posts: 607
EE: 100% (2) KS, USA

Posted: 5/31/2026 1:02:30 PM EDT [#46]

Quote History

> Originally Posted By Capt-Planet:
>
> The problem is that used to say "Enters production 5/1. Estimated drop late June."

And it should be pointed out that when rumors first started about the 5/1 production date being pushed back, they denied it, before quietly pushing the production date back to 5/29 a couple of weeks later. They also repeatedly pushed the ARC Fire v2 release date back, and once it was released, didn't ship the 0/45/90s for nearly two weeks.

Their products do seem to be good, but holy hell, they can't make a release date to save their skins. On the plus side, they aren't suing the entire industry, so there's that.



**HKH**
Member
Joined: May 2006 Posts: 24604
EE: 100% (41) DC, USA

Posted: 5/31/2026 4:11:50 PM EDT [#47]

Dude

They started as like a two man operation.

They are about as solid as they come though. Growing pains are a bitch for customers to deal with but these guys deliver a quality product.

Honestly I'd be out driving my seven different Lambos every day of the week instead of worrying about an item that I was beaten to market with. They've printed money with the Arc Fire. They are set for life and yet they are still fighting the good fight.

Vendors (machine shops suck mostly I've found out. It's like hiring a quality painter Sub if you're a GC. Good luck). They've had to change several times I imagine.

Yet we're going to get a pack that will in essence turn RBs into an obsolete potato overnight. RBs is only for two guns and ASD is for most all. That will turn off the money spout for RB. These guys are fully in the fight and will strike a major victory with the ARHK release. I just wish they'd have been able to get it out first. Lots of dollars missed and RB is hinting at a new HK release. If it's universal that's really going to suck for ASD.




**NWRed**
Amateur Ammo Fort Constructor
Joined: Apr 2002 Posts: 12499
EE: 100% (368) ID, USA

Posted: 5/31/2026 4:41:23 PM EDT [Last Edit: NWRed] [#48]

Quote History

> Originally Posted By cms81586:
>
> Still no HK21 video and no FRT. I wonder if these guys are affiliated with Cryostructure.

Are you not on X, or do you just not follow S3igu2? HK 21 video from April

Unlike Paul Russ and cryostructure who are well documented thieves and scammers. ASD isn't taking pre-payment that I'm aware of and they aren't a year behind on their release dates.

https://x.com/i/status/2044542920259244113

"Kid you're so lost, even I can't bring you home" - The North Star



**cms81586**
Member
Joined: Feb 2001 Posts: 33102
EE: 100% (73) USA

Posted: 5/31/2026 7:18:30 PM EDT [Last Edit: cms81586] [#49]

Quote History

> Originally Posted By NWRed:
>
> Are you not on X, or do you just not follow S3igu2? HK 21 video from April
>
> Unlike Paul Russ and cryostructure who are well documented thieves and scammers. ASD isn't taking pre-payment that I'm aware of and they aren't a year behind on their release dates.
>
> https://x.com/i/status/2044542920259244113

I'm not on every social media page. He said they'd post it here once they tested it in a 21 and I never saw a video. Hopefully it isn't just vaporware and it actually hits the market. Thanks for the link.

LIBERTY

**Hanz**
What are you prepared to do?
Joined: Oct 2001 Posts: 5277
EE: 100% (13) MO, USA

Posted: 6/3/2026 6:14:25 PM EDT [Last Edit: Hanz] [#50]

RCM 80 and 90 degree locking pieces are presently available on AS Design's website.

Know Guns, Know Peace, Know Safety...No Guns, No Peace, No Safety

## Sign up to continue the discussion

Create a free account to share your thoughts, follow topics, and connect with the AR15.COM community.

Register to Reply

Already a member? Sign In

< Previous Page 9 / 13 Next Page >

AS Designs ARHK (Page 9 of 13)

Home / AR-15 / Rate of Fire Triggers

AR Sponsor BRAVO COMPANY USA LIFE SAVING TOOLS

Modern

Active Topics Newest Topics Code of Conduct

AR15.COM

The world's largest firearm community and is a gathering place for firearm enthusiasts of all types.
From hunters and military members, to competition shooters and general firearm enthusiasts, we welcome anyone who values and respects the way of the firearm.

GIFs on this site are Powered by GIPHY

Quick Links
Blog
Deals
Equipment Exchange
Forums
Memberships

Info
About
Advertising
DMCA
Help
Privacy Policy
Your Privacy Choices

Stay Updated
Subscribe to our monthly Newsletter to receive firearm news, product discounts from your favorite Industry Partners, and more.
Email Address
Subscribe

© 1996-2026 AR15.COM LLC. All rights reserved.