# EXHIBIT 30




Ad removed.
Show details



## AS Designs ARHK (Page 11 of 13)



**BullpupFan** Member
Joined: Dec 2012 Posts: 14151
EE: 100% (31) CO, USA

Posted: 6/27/2026 9:13:14 AM EDT [#1]

Quote History
> Originally Posted By cherenkov:
>
> That is like 90% of the build effort- So a big ask and places like PTR /Century just go a few steps further and complete the kit.

View All Quotes

I confess to having similar questions - is the idea to use with a parts kit? If such an offering were 70-80% of the cost of a complete gun would there even be any interest? (I made up the percentage but as noted it seems like this is the bulk of the cost and felt consistent with AK offerings for instance.)

---

**stiglitz_actual** Member
Joined: Jul 2017 Posts: 3945
EE: 100% (63) DEU

Posted: 6/27/2026 9:22:12 AM EDT [#2]

Atlantic has a vendor forum here for questions about products, sales, etc -
https://www.ar15.com/forums/Industry/Atlantic-Firearms/158/




---

**Alpha-17** Friendly Neighborhood Extremist
Joined: Sep 2023 Posts: 654
EE: 100% (2) KS, USA

Posted: 6/30/2026 11:34:54 PM EDT [#3]

Don't think this has been shared yet. Officially August now.

Instagram Video

DEUS VULT

---

**BullpupFan** Member
Joined: Dec 2012 Posts: 14167
EE: 100% (31) CO, USA

Posted: 7/1/2026 12:14:26 AM EDT [#4]

Quote History
> Originally Posted By Alpha-17:
>
> Don't think this has been shared yet. Officially August now.
>
> Instagram Video

What year?

---

**Malum-Prohibitum**
Joined: Apr 2007 Posts: 2604
EE: 0% (0) GA, USA

Posted: 7/3/2026 2:20:08 PM EDT [#5]

Honestly, I wish they would just sell it as an MP5 compatible unit and tell us that another version will be coming in the future for G3 and HK21 and whatever else with .308 in it. Plus they could be making money on the 9mm version right now.

---

**tac556** Member
Joined: Jun 2002 Posts: 13337
EE: 100% (114) USA

Posted: 7/4/2026 2:31:42 PM EDT [Last Edit: tac556] [#6]

Quote History
> Originally Posted By Malum-Prohibitum:
>
> Honestly, I wish they would just sell it as an MP5 compatible unit and tell us that another version will be coming in the future for G3 and HK21 and whatever else with .308 in it. Plus they could be making money on the 9mm version right now.

Something to be said from a manufacturing point of view for just doing it simpler with one model. BTDT back when I was doing engineering, we shrunk a machine down in width capability because my boss sold it as a smaller version. It wasn't actually smaller, except by 6", (on a full layout of machines that were 15 feet wide and over 100 feet long).

The engineering time to shrink down the frame, drive shafts, etc, plus having to now stock spare parts in 2 different lengths was far more expensive than if we had just shipped them the standard machine.

Plus if someone bought an MP5 only FRT that fit and kind of worked with a .308, you know people would be doing it and breaking them eventually and bitching about it and wanting it warrantied....

a loaded gun won't set you free, so you say...

---

**StealthyBlagga**
Joined: Feb 2002 Posts: 12126
EE: 100% (59) AZ, USA

Posted: 7/4/2026 3:01:43 PM EDT [#7]

With the project delays, what are the prospects of a SEF selector being available at launch?




**slap_shot**
Joined: Sep 2005 Posts: 1057
EE: 100% (31) VA, USA
20

Posted: 7/5/2026 1:44:47 PM EDT [#8]

I know i am just a random guy on the internet, and my opinion is worth is exactly what you paid for it, but I think they have kind of missed the boat on the 9mm mp5 version.   Many folks held out as long as they could from buying a rare breed due to the politics, but I bet that number gets smaller every day.

However, I think they could absolutely rake in the money if they focused on the 308 caliber  (hk91 /g3 /hk21 platform) and were the first to bring it to market.




**JTX23**
Member
Joined: Jan 2016 Posts: 7306
EE: 100% (22) TX, USA
10

Posted: 7/5/2026 6:48:47 PM EDT [#9]

Quote History

> Originally Posted By slap_shot:
>
> I know i am just a random guy on the internet, and my opinion is worth is exactly what you paid for it, but I think they have kind of missed the boat on the 9mm mp5 version.   Many folks held out as long as they could from buying a rare breed due to the politics, but I bet that number gets smaller every day.
>
> However, I think they could absolutely rake in the money if they focused on the 308 caliber  (hk91 /g3 /hk21 platform) and were the first to bring it to market.

Na, RB is 2A AIDS.  Aside from that ASD makes much better products.  There really isn't a reason to not put your money on this.



**Jkees**
Resident Zoomer
Joined: Feb 2022 Posts: 1976
EE: 100% (13) MO, USA

Posted: 7/5/2026 8:17:13 PM EDT [#10]

Quote History

> Originally Posted By JTX23:
>
> Na, RB is 2A AIDS.  Aside from that ASD makes much better products.  There really isn't a reason to not put your money on this.

I like my asd arc fires,
But i've also put almost 5k rounds through a rare breed mp5 frt in the past 3 months ive waited for the arhk to come out, and had no issues with it at all.
Its not a worse product if within the scope of the production intention. Time is valuable, and more frt exposure before change of administration is important if we want the nfa to crumble.
Just a data point, you can critique their legal strategy, but the product is not shit.

That being said, still gonna buy the arhk on launch.



**BullpupFan**
Member
Joined: Dec 2012 Posts: 14184
EE: 100% (31) CO, USA
10

Posted: 7/5/2026 8:53:11 PM EDT [#11]

Quote History

> Originally Posted By JTX23:
>
> Na, RB is 2A AIDS.  Aside from that ASD makes much better products.  There really isn't a reason to not put your money on this.

Well "it won't ship before Kolorado bans it" would be a solid reason not to put my money on this.  I wish it were otherwise but unless ASD does something special for us to buy early, I expect no Koloradoans will get these.



**cms81586**
Member
Joined: Feb 2001 Posts: 33118
EE: 100% (73) USA
25

Posted: 7/5/2026 9:18:37 PM EDT [Last Edit: cms81586] [#12]

Quote History

> Originally Posted By slap_shot:
>
> I know i am just a random guy on the internet, and my opinion is worth is exactly what you paid for it, but I think they have kind of missed the boat on the 9mm mp5 version.   Many folks held out as long as they could from buying a rare breed due to the politics, but I bet that number gets smaller every day.
>
> However, I think they could absolutely rake in the money if they focused on the 308 caliber  (hk91 /g3 /hk21 platform) and were the first to bring it to market.

I'm going to try it if they ever come out in SEF and I'm actually able to get my hands on one that's not scalper priced...but I have doubts it will last long in one of these. They're pretty nasty in parts. That said...I'd love to try to wear one out.

Attached File

Attached File



**cms81586**
Member
Joined: Feb 2001 Posts: 33119
EE: 100% (73) USA
25

Posted: 7/5/2026 9:21:01 PM EDT [#13]

Quote History

> Originally Posted By StealthyBlagga:
>
> With the project delays, what are the prospects of a SEF selector being available at launch?

Probably zero. Only because it's what I need. Not buying another c/p lower.




**StealthyBlagga**
Joined: Feb 2002 Posts: 12132
EE: 100% (59) AZ, USA
20

Posted: 7/5/2026 10:31:48 PM EDT [#14]

Quote History

> Originally Posted By cms81586:
>
> Probably zero. Only because it's what I need. Not buying another c/p lower.

I'm trying to hold off on buying another RB for my SEF gun, but I may have to if ASD drag their feet on that version.



**BullpupFan**
Member
Joined: Dec 2012 Posts: 14185
EE: 100% (31) CO, USA
10

Posted: 7/6/2026 12:41:05 AM EDT [#15]

Quote History

> Originally Posted By StealthyBlagga:
>
> I'm trying to hold off on buying another RB for my SEF gun, but I may have to if ASD drag their feet on that version.

View All Quotes

I sympathize but given the cost of ammunition will greatly outweigh a new lower...




**BKenton**
Joined: Feb 2014 Posts: 48
EE: 100% (8) AR, USA
10

Posted: 7/7/2026 7:25:10 PM EDT [#16]

Quote History

> Originally Posted By cherenkov:
>
> That is like 90% of the build effort- So a big ask and places like PTR /Century just go a few steps further and complete the kit.
>
> I'd be curious if just pressing new barrels into a trunion would be an item to offer then just weld (or get a welder) to weld it into the receiver.
>
> you could avoid the press and my experience in the 90s was they were not so easy to press out of the old Portuguese kits.

Most miserable build I have ever done. Cutting the old trunion welds off...that sucked ass. Pressing them in sucked (bottle jack...worked)...not fun.




**cherenkov**
Member
Joined: Jan 2009 Posts: 8990
EE: 100% (43) USA
15

Posted: 7/8/2026 6:39:35 AM EDT [#17]

Quote History

> Originally Posted By BKenton:
>
> Most miserable build I have ever done. Cutting the old trunion welds off...that sucked ass. Pressing them in sucked (bottle jack...worked)...not fun.

@bkenton - As a hack I'd be curious how you arranged a bottle jack into a press. I had thought about simply mounting a 20 ton jack (already have one) to a scrap bar then bolting a heavier gauge steel square tubing to the sides. Back in the 90s a buddy had a large 50 ton press and I can remember the popping sound of a G3 barrel from a "$79 Special" Federal arms worn barrel kit. barrel was indeed shot out and had to go.




**BKenton**
Joined: Feb 2014 Posts: 50
EE: 100% (8) AR, USA
10

Posted: 7/8/2026 7:10:03 AM EDT [#18]

Quote History

> Originally Posted By cherenkov:
>
> @bkenton - As a hack I'd be curious how you arranged a bottle jack into a press. I had thought about simply mounting a 20 ton jack (already have one) to a scrap bar then bolting a heavier gauge steel square tubing to the sides. Back in the 90s a buddy had a large 50 ton press and I can remember the popping sound of a G3 barrel from a "$79 Special" Federal arms worn barrel kit. barrel was indeed shot out and had to go.

So it has been 20 years and I was a kid back then...but as I recall my dad rigged a large bottle jack (that he used for lifting a house...10 or 20 tons I think, 12-20 is the spec for a press for the build as I recall) into something at least in principle like the Harbor Freight presses. I have one of these now, have not used it on a G3, works for AKs well.

https://www.harborfreight.com/20-ton-h-frame-floor-shop-press-70603.html

I believe he welded a frame out of angle iron and welded tubing like you mention to strengthen it...like I said, it's been a minute. It's a little hazy, I remember grinding and chiseling the factory welds to get the barrel out...that sucked so bad.

I think your idea would work just fine.



**MHIDPA**
Member
Joined: Oct 2004 Posts: 4646
EE: 100% (6) TN, USA
20

Posted: 7/9/2026 8:26:16 AM EDT [#19]

Can you elaborate on why the CETME isn't recommended?




**LineHaul**
Joined: Jan 2021 Posts: 1618
EE: 100% (17) NC, USA
5

Posted: 7/9/2026 2:30:31 PM EDT [#20]

Is this the AS Designs ARHK thread or a G3 kit build thread




**BKenton**
Joined: Feb 2014 Posts: 69
EE: 100% (8) AR, USA
10

Posted: 7/9/2026 4:49:01 PM EDT [#21]

Quote History

> Originally Posted By LineHaul:
>
> Is this the AS Designs ARHK thread or a G3 kit build thread

Well...like all threads on the internet, it's going to be a little circuitous especially when there is not much info on the specific topic of the OP...it's sort of a natural and related topic to drift to...keeps the threads alive, they can die off if they are policed too strictly but there is no news on topic.

I think you could ask think about most threads here...sort of a non sequiter imo. It's a ARHK thread which pretty obviously is going to contain a decent amount of build talk. When there is ARHK to discuss it seems to have no issue cutting through the noise.

It will all be ok.



**triode**
Member
Joined: Mar 2010 Posts: 3579
EE: 100% (9) USA

Posted: 7/10/2026 6:04:02 AM EDT [#22]

It will turn back into an ARHK thread once that becomes available- in the mean time, have at it.




**KalmanPhilter**
Joined: Dec 2017 Posts: 11804
EE: 100% (2) AZ, USA

Posted: 7/10/2026 2:10:09 PM EDT [#23]

Quote History

> Originally Posted By triode:
> It will turn back into an ARHK thread once that becomes available- in the mean time, have at it.

HK throttling US sales of SP5s. Probably not good for ARHK sales.

https://www.ar15.com/forums/General/HK-pausing-US-shipments-of-SP5-and-MR556-due-to-global-demand/5-2850886/?page=1




**BKenton**
Joined: Feb 2014 Posts: 74
EE: 100% (8) AR, USA

Posted: 7/10/2026 3:28:18 PM EDT [#24]

Quote History

> Originally Posted By cms81586:
> @StealthyBlagga when will you guys have PTR-91 receivers available. Not enough info on the ST G3 receivers yet to trust them.

I may have 6-8 stamped/folded in the white. Will throw them on the EE if I get rid of them.



**RamaSita**
Member
Joined: Mar 2018 Posts: 13634
EE: 0% (0) IND

Posted: 7/10/2026 4:44:29 PM EDT [#25]

Quote History

> Originally Posted By KalmanPhilter:
> HK throttling US sales of SP5s. Probably not good for ARHK sales.
> https://www.ar15.com/forums/General/HK-pausing-US-shipments-of-SP5-and-MR556-due-to-global-demand/5-2850886/?page=1

I would imagine many or most are going into turkish clones anyway




**Capt-Planet**
Code Name Orphan Crippler
Joined: May 2007 Posts: 24606
EE: 100% (2) PAK

Posted: 7/10/2026 6:56:54 PM EDT [#26]

Quote History

> Originally Posted By KalmanPhilter:
> HK throttling US sales of SP5s. Probably not good for ARHK sales.
> https://www.ar15.com/forums/General/HK-pausing-US-shipments-of-SP5-and-MR556-due-to-global-demand/5-2850886/?page=1

View All Quotes

I doubt they will have any problem selling every single ARHK trigger they can build in the first few months.

Remember kids, the first rule of gun safety is to have fun.



**Jeeps-And-Guns**
Member
Joined: Jan 2017 Posts: 4316
EE: 100% (60) AL, USA

Posted: 7/10/2026 8:02:48 PM EDT [#27]

Quote History

> Originally Posted By Capt-Planet:
> I doubt they will have any problem selling every single ARHK trigger they can build ~~in the first few months~~.

Fixed it for you



**Deny_Everything**
For Death and Glory
Joined: Oct 2014 Posts: 1241
EE: 100% (54) USA

Posted: 7/10/2026 9:02:57 PM EDT [#28]

Quote History

> Originally Posted By Jeeps-And-Guns:
> Fixed it for you

View All Quotes

For sure, I'm in for 2 at least, maybe 3, but I don't know if FRT G3 PDW is a good idea.

**fulautotank**
Neque Sanctiores Porcos
Joined: Nov 2007 Posts: 4099
EE: 100% (148) SC, USA
15

Posted: 7/10/2026 9:11:31 PM EDT [#29]

I'll be in for at least one



An armed society is a polite society.

---

**HKPDW**
Joined: Jan 2002 Posts: 12018
EE: 100% (33) UT, USA
20

Posted: 7/10/2026 9:59:57 PM EDT [#30]

Quote History

> Originally Posted By KalmanPhilter:
>
> HK throttling US sales of SP5s. Probably not good for ARHK sales.
>
> https://www.ar15.com/forums/General/HK-pausing-US-shipments-of-SP5-and-MR556-due-to-global-demand/5-2850886/?page=1

MKEs selling at 1/3 the price killed it.

---

**cccpNyC**
M18 Smoke Ninja
Joined: Feb 2014 Posts: 10328
EE: 100% (37) UT, USA
10

Posted: 7/10/2026 11:20:37 PM EDT [#31]

Atlantic restocked on the MKE mp5 SD.

$1340

"That pistol just kept saying, let go of my ears, you don't know what you're doing." - **thehellbringer**

---

**Alpha-17**
Friendly Neighborhood Extremist
Joined: Sep 2023 Posts: 659
EE: 100% (2) KS, USA

Posted: 7/11/2026 7:08:56 AM EDT [#32]

HK SP5s are a drop in the bucket of the MP5 market, or rather, the cream on top. Plenty of other options. PTR, POF, MKE, Zenith, and MAC all make their own versions with varying quality. And that's just for MP5s. Plenty of other HK91/G3 clones to keep them busy as well as all the other variants. The ARHK will do fine.

DEUS VULT

---

**cherenkov**
Member
Joined: Jan 2009 Posts: 8994
EE: 100% (43) USA
15

Posted: 7/11/2026 9:11:23 AM EDT [#33]

Quote History

> Originally Posted By Alpha-17:
>
> HK SP5s are a drop in the bucket of the MP5 market, or rather, the cream on top. Plenty of other options. PTR, POF, MKE, Zenith, and MAC all make their own versions with varying quality. And that's just for MP5s. Plenty of other HK91/G3 clones to keep them busy as well as all the other variants. The ARHK will do fine.

HK Could foresee the market and adapt to US manufacturing and avoid Tarriffs, and find some OEM - but requires infrastructure. Columbus GA operation could be at least considered for assembly - but its largely a Logistics operation. Would be nice if they incorporated some OEM US based fabrication to "HK" specs. If the dies are made to HK specs, The flats, etc once done could be used and then US added effort to consider it with some German parts to make a real HK marked product.

Nonetheless, they should be enjoying some market interest with FRTs like this one because FRTs build enthusiasm for HK products and brand. If they bring out an MP7 people will buy simply because they can (Hopefully) get an FRT of an HK for which there are zero transferable MGs to buy. So even buying at an HK price point its a "value".

---

**BKenton**
Joined: Feb 2014 Posts: 113
EE: 100% (8) AR, USA
10

Posted: 7/11/2026 9:30:30 AM EDT [#34]

Quote History

> Originally Posted By Alpha-17:
>
> HK SP5s are a drop in the bucket of the MP5 market, or rather, the cream on top. Plenty of other options. PTR, POF, MKE, Zenith, and MAC all make their own versions with varying quality. And that's just for MP5s. Plenty of other HK91/G3 clones to keep them busy as well as all the other variants. The ARHK will do fine.

Yep. Have a 9" vector arms (ptr) V51 sbr. I guess it's pretty ballistically dogshit at 9" but it makes a big fireball.

---

**ARHank**
Master Debater
Joined: Apr 2008 Posts: 6524
EE: 100% (1) AZ, USA
15

Posted: 7/13/2026 1:24:17 PM EDT [#35]

Quote History

> Originally Posted By fulautotank:
>
> I'll be in for at least onehttps://www.ar15.com/media/mediaFiles/138939/1873-3773027.jpg




I've been told I have an abrasive personality.

**EnablerNo1**
Joined: Aug 2003 Posts: 8634
EE: 100% (33) MP, USA

**Posted: 7/13/2026 2:09:01 PM EDT** [#36]

**Quote History**

> Originally Posted By HKPDW:
>
> MKEs selling at 1/3 the price killed it.

My distributors sell every SP5 and SP5K-PDW that they get in. I think they sell just fine.



**HKH**
Member
Joined: May 2006 Posts: 24742
EE: 100% (41) DC, USA

**Posted: 7/13/2026 6:16:15 PM EDT** [#37]

**Quote History**

> Originally Posted By BKenton:
>
> Yep. Have a 9" vector arms (ptr) V51 sbr. I guess it's pretty ballistically dogshit at 9" but it makes a big fireball.

Got the same gun. I finally found a way to convert those wonky threads to a HUB compatible mount.

Tapered barrel so I'm using a tapered ring that gives me a solid shoulder. I'm still not that comfortable shooting my can on it.

If I ever do it will be the jailbroken SDN6 and not the PTR Vent 1 or my Speakeasy

**AK74-U**
Joined: Feb 2026 Posts: 28
EE: 0% (0) PA, USA

**Posted: 7/13/2026 7:42:22 PM EDT** [#38]

**Quote History**

> Originally Posted By BKenton:
>
> Yep. Have a 9" vector arms (ptr) V51 sbr. I guess it's pretty ballistically dogshit at 9" but it makes a big fireball.

View All Quotes

That's basically an MP5 in 556? Does it run nice in FA/FRT?



**HK94dude**
Heavily-armed extremist
Joined: May 2004 Posts: 6796
EE: 100% (439) USA

**Posted: 7/13/2026 7:49:45 PM EDT** [Last Edit: HK94dude] [#39]

**Quote History**

> Originally Posted By AK74-U:
>
> That's basically an MP5 in ~~556?~~ **.308**? Does it run nice in FA/FRT?

View All Quotes

Stolen Firearm: Colt AR15, Serial # SP342380, 16" carbine. Stolen in California by Kevin Ayres, and taken to Missouri.



**HKH**
Member
Joined: May 2006 Posts: 24743
EE: 100% (41) DC, USA

**Posted: 7/13/2026 7:57:24 PM EDT** [Last Edit: HKH] [#40]

**Quote History**

> Originally Posted By AK74-U:
>
> That's basically an MP5 in 556? Does it run nice in FA/FRT?

No it's 7.62x51

Nobody knows... waiting on the ARHK

But it is absolutely nasty with a Fleming sear in a SEF pack

**FightingHellfish**
Joined: Dec 2004 Posts: 62297
EE: 100% (1) AZ, USA

**Posted: 7/13/2026 8:59:45 PM EDT** [Last Edit: FightingHellfish] [#41]

I'm just hoping when the ARHK SEF selector is released they make it ambidextrous and similar in profile to the Magpul selector.



**krdt**
Imperator Caesar Divi Filius kurdticus
Joined: Apr 2005 Posts: 4719
EE: 100% (159) AZ, USA

**Posted: 7/15/2026 10:17:17 PM EDT** [#42]

I keep trying to find an excuse to buy an ARHK when it drops, because I love the stock HK ambi lower. But, until they offer it with a 3lbs rolling break, I'm gonna stick with the ASD lower and an S3G ;p.

Now, if they ever release the grip I've heard is in development for the ASD AR lower that basically converts it to a Leber V2 style appearance, and couple it with the yet to be available HK-style levers... that I'm in for, lol. Hurry up, ASD, I want to give you money.

Practice, the master of all things. - Augustus
IG: @cqbr.kurdt
Looking for: Savannah Mk18 RIS II in light blonde/bronze - LMT SOPMOD Gen 1 Tan - Aimpoint Comp M3 w/ Lens Covers

**slap_shot**
Joined: Sep 2005 Posts: 1067
EE: 100% (31) VA, USA

**Posted: 7/25/2026 12:20:37 AM EDT** [#43]

Any news lately? I have my credit card in hand for at least 2 ARHK's! Just tell me when!

**BullpupFan**
Member
Joined: Dec 2012 Posts: 14243
EE: 100% (31) CO, USA

Posted: 7/25/2026 8:19:47 AM EDT [#44]

Quote History

> Originally Posted By slap_shot:
>
> Any news lately? I have my credit card in hand for at least 2 ARHK's! Just tell me when!




---

**mikego_34**
Joined: Jan 2012 Posts: 1247
EE: 100% (2) TX, USA

Posted: 7/25/2026 10:45:23 AM EDT [Last Edit: mikego_34] [#45]

So my understanding from this thread is AS designs is making ONE pack that works with both SEF and Ambi housings, you just need to change the selector lever for "optimal" compatibility with whatever housing you'll be using?

If thats the case, I think thats a huge selling point over the rarebreeds needing pack specifc housings....

---

**StealthyBlagga**
Joined: Feb 2002 Posts: 12162
EE: 100% (59) AZ, USA

Posted: 7/25/2026 12:11:25 PM EDT [Last Edit: StealthyBlagga] [#46]

Quote History

> Originally Posted By mikego_34:
>
> So my understanding from this thread is AS designs is making ONE pack that works with both SEF and Ambi housings, you just need to change the selector lever for "optimal" compatibility with whatever housing you'll be using?
>
> If thats the case, I think thats a huge selling point over the rarebreeds needing pack specifc housings....

I'm not sure your statement about the RB is correct - the trigger packs look externally identical other than the selector, and that would make sense from a manufacturing perspective. RB gets a lot of negative press here, but they seem to make prudent design decisions.

My understanding is that ARHK will launch only with the Ambi selector. I've not seen any confirmation of when the SEF selector will be available. I'd like to know because I have a SEF gun.

---

**mikego_34**
Joined: Jan 2012 Posts: 1248
EE: 100% (2) TX, USA

Posted: 7/25/2026 12:29:41 PM EDT [Last Edit: mikego_34] [#47]

Quote History

> Originally Posted By StealthyBlagga:
>
> I'm not sure your statement about the RB is correct - the trigger packs look externally identical other than the selector, and that would make sense from a manufacturing perspective. RB gets a lot of negative press here, but they seem to make prudent design decisions.
>
> My understanding is that ARHK will launch only with the Ambi selector. I've not seen any confirmation of when the SEF selector will be available. I'd like to know because I have a SEF gun.

View All Quotes

Why not just sell 1 pack and the conversion parts separately then?

I could think of why but only for reasons related to making more $

---

**StealthyBlagga**
Joined: Feb 2002 Posts: 12163
EE: 100% (59) AZ, USA

Posted: 7/25/2026 1:56:34 PM EDT [#48]

Quote History

> Originally Posted By mikego_34:
>
> Why not just sell 1 pack and the conversion parts separately then?
>
> I could think of why but only for reasons related to making more $

Simplicity - how many buyers want to switch selectors? Also $$$.

---

**mikego_34**
Joined: Jan 2012 Posts: 1249
EE: 100% (2) TX, USA

Posted: 7/25/2026 3:41:20 PM EDT [Last Edit: mikego_34] [#49]

Can anyone comfirm who has both rare breed ambi and sef packs if the sef parts can go on an ambi pack? Effectively making the ambi pack an sef one...

---

**cms81586**
Member
Joined: Feb 2001 Posts: 33123
EE: 100% (73) USA

Posted: 7/25/2026 6:18:52 PM EDT [#50]

Quote History

> Originally Posted By StealthyBlagga:
>
> I'm not sure your statement about the RB is correct - the trigger packs look externally identical other than the selector, and that would make sense from a manufacturing perspective. RB gets a lot of negative press here, but they seem to make prudent design decisions.
>
> My understanding is that ARHK will launch only with the Ambi selector. I've not seen any confirmation of when the SEF selector will be available. I'd like to know because I have a SEF gun.

Same. My SD and my 21 are both SEF. Not buying new trigger housings...so....

**Sign up to continue the discussion**

Create a free account to share your thoughts, follow topics, and connect with the AR15.COM community.

Register to Reply

Already a member? Sign In

< Previous Page 11 / 13 Next Page >

**AS Designs ARHK** (Page 11 of 13)

Home / AR-15 / Rate of Fire Triggers

AR Sponsor BRAVO COMPANY USA LIFE SAVING TOOLS Modern

Active Topics Newest Topics Code of Conduct

**AR15.COM**

The world's largest firearm community and is a gathering place for firearm enthusiasts of all types.
From hunters and military members, to competition shooters and general firearm enthusiasts, we welcome anyone who values and respects the way of the firearm.

GIFs on this site are Powered by GIPHY

**Quick Links**

- Blog
- Deals
- Equipment Exchange
- Forums
- Memberships

**Info**

- About
- Advertising
- DMCA
- Help
- Privacy Policy
- Your Privacy Choices

**Stay Updated**

Subscribe to our monthly Newsletter to receive firearm news, product discounts from your favorite Industry Partners, and more.

Email Address

Subscribe

© 1996-2026 AR15.COM LLC. All rights reserved.