# EXHIBIT 31

AR Sponsor BRAVO COMPANY USA LIFE SAVING TOOLS

ATF Hacked, Guns For Felons, & Staccato Warranty Update | ARFCOM NEWS
PVS-14 with Photonis ECHO WP 2000-2200 FOM - IN STOCK!

## AS Designs ARHK (Page 13 of 13)



**cccpNyC**
M18 Smoke Ninja
Joined: Feb 2014 Posts: 10436
EE: 100% (37) UT, USA

Posted: 8/24/2026 9:21:37 AM EDT [Last Edit: cccpNyC] [#1]

Quote History

> Originally Posted By mini14jac:
>
> I mentioned this waaaaay back when ASD announced that they were holding release of their trigger pack until it would work in 5.56 guns.
>
> The responses to my post seemed to indicate that a lot of guys wanted them to wait for the multi caliber compatibility.
>
> I suspect there are 5-10 times more people with 9mm clones than 5.56 guns.
> ASD could have made a significant amount of money by now selling a MP5 version while working on other projects.
>
> I know RB has made some cash in the last few months.
>
> Whatever.
> I've got two MP5s with RB packs and they work great.

View All Quotes

It still amazes me how many cockle RB balls even after knowing how horrible they are. Instant gratification mentality over principals I guess.

I'll be waiting for AS Designs.

"That pistol just kept saying, let go of my ears, you don't know what you're doing." - **thehellbringer**

**ELittlefield**
Member
Joined: Dec 2023 Posts: 11650
EE: 100% (7) USA

Posted: 8/24/2026 10:54:05 AM EDT [#2]

Quote History

> Originally Posted By s3igu2:
>
> We held the release until it functioned correctly in all platforms and calibers, not just 556. I don't understand why anyone would want us to make a worse product overall just to get it a few months faster. Sure you might not ever use it in the larger calibers, but you still benefit from the additional testing and the added durability, and who knows, maybe one day you might want to try it in something other than an MP5.
>
> Also are we then expected to offer some sort of upgrade kit for the people who bought ARHK early (what if thats not possible)? Are we also expected to support multiple versions of ARHK long term? How are all the people who bought an MP5 only version of ARHK going to feel if 5 months later a version comes out that works in all platforms, including MP5s? I just don't see how this benefits the customer at all other than being a few months faster, it just complicates things and limits our capacity long term for other projects, having to deal with 2 entire versions of ARHK.

View All Quotes

The vast majority of your customers understand. Late and good is better than on time and shitty.

I don't see no Americans. I see trespassers.

ATRIUS DEVELOPMENT GROUP INTRODUCING X-SERIES AMBIDEXTROUS FRS FOR MCX + MPX EARLY BIRD PRICE $299 USE CODE ARFCOMX AT CHECKOUT 3-POSITION • AMBIDEXTROUS • MCX + MPX

**fordkicksass**
Member
Joined: Jun 2008 Posts: 6195
EE: 100% (228) USA

Posted: 8/24/2026 11:07:28 AM EDT [#3]

Quote History

> Originally Posted By ELittlefield:
>
> The vast majority of your customers understand. Late and good is better than on time and shitty.

100% this. I'm excited to get one, but I've gone my whole life without the ARHK just fine. Another couple months is whatever. If someone needs a reliable FRT RIGHT NOW just for an MP5, there is an option for that. The ARC was worth waiting for so I have a sneaky suspicion this will be too.

**Bye_Felicia**
Joined: Apr 2003 Posts: 23373
EE: 100% (199) MO, USA

Posted: 8/24/2026 11:11:02 AM EDT [#4]

Short sighted people who need it now should be ignored.

**Jeeps-And-Guns**
Member
Joined: Jan 2017 Posts: 4452
EE: 100% (60) AL, USA

Posted: 8/24/2026 1:19:43 PM EDT [#5]

To play devils advocate a little.

I have always heard the old saying "when you try and make something do too many things, it does none of them well".

Sometimes I worry that trying to make it do too much, may add un needed complication and possible issues.

I do wonder if it would have been better to make a couple different versions.

ATRIUS DEVELOPMENT GROUP INTRODUCING X-SERIES AMBIDEXTROUS FRS FOR MCX + MPX EARLY BIRD PRICE $299 USE CODE ARFCOMX AT CHECKOUT 3-POSITION • AMBIDEXTROUS • MCX + MPX
WITH SELECTABLE RETICLE SHOP NOW Aimpoint




**fulautotank**
Joined: Nov 2007 Posts: 4188
EE: 100% (148) SC, USA

Posted: 8/24/2026 1:37:21 PM EDT [#6]

Quote History

> Originally Posted By Jeeps-And-Guns:
>
> To play devils advocate a little.
>
> I have always heard the old saying "when you try and make something do too many things, it does none of them well".
>
> Sometimes I worry that trying to make it do too much, may add un needed complication and possible issues.
>
> I do wonder if it would have been better to make a couple different versions.

HK trigger packs work with 9mm, 5.56 and 308 with just an ejector swap. So I don't see why it wouldn't be possible for the ARHK to do the same.
FRT could be different in this aspect




**Capt-Planet**
Code Name Orphan Crippler
Joined: May 2007 Posts: 24752
EE: 100% (2) PAK

Posted: 8/24/2026 3:11:53 PM EDT [#7]

Quote History

> Originally Posted By s3igu2:
>
> We held the release until it functioned correctly in all platforms and calibers, not just 556. I don't understand why anyone would want us to make a worse product overall just to get it a few months faster. Sure you might not ever use it in the larger calibers, but you still benefit from the additional testing and the added durability, and who knows, maybe one day you might want to try it in something other than an MP5.
>
> Also are we then expected to offer some sort of upgrade kit for the people who bought ARHK early (what if thats not possible)? Are we also expected to support multiple versions of ARHK long term? How are all the people who bought an MP5 only version of ARHK going to feel if 5 months later a version comes out that works in all platforms, including MP5s? I just don't see how this benefits the customer at all other than being a few months faster, it just complicates things and limits our capacity long term for other projects, having to deal with 2 entire versions of ARHK.

If I bought an MP5-only version a few months earlier than the all-calibers version I would expect that I would get what I paid for and that the manufacturer would incorporate lessons learned from the release of the MP5-only version into the new iterations. I wouldn't expect there to be an MP5-only version in perpetuity if the statement was put out that the goal is to eventually be an all-calibers version. If there was a manufacturing defect that would normally get it replaced with a new one but the MP5-only version was phased out, I'd expect to get it replaced with the all-calibers version. But I wouldn't expect an upgrade just because a new version was released. If I want to put a trigger in a '53 but I had bought the MP5 version I'd probably just buy an additional trigger.

Of course, I also expect that when a timeline is put out in public that the timeline is actually realistic and a plan exists to adhere to that timeline. I'm not a fan of waiting until the timeline has passed and then replacing the date on the public statement.

I'd also rather put money in ASDesign's pocket now and get ahead of any potential legal issues, be it a lawsuit or legislation. I will never buy a RB product.

Remember kids, the first rule of gun safety is to have fun.




**Capt-Planet**
Code Name Orphan Crippler
Joined: May 2007 Posts: 24753
EE: 100% (2) PAK

Posted: 8/24/2026 3:20:18 PM EDT [#8]

Quote History

> Originally Posted By Bye_Felicia:
>
> Short sighted people who need it now should be ignored.

It's less of an "I need it now" and more of a "the product was shadow delayed and the justification eventually put out for the delay is for a complication that I have no interest in using".

"Our refrigerator is coming out in June!"
**Nice. I need to cool my food.**
*July*
"Our refrigerator is now delayed until September so we can add wifi capability to the refrigerator!"
**I don't need wifi on my refrigerator...**
"Shill!"

Remember kids, the first rule of gun safety is to have fun.



**BullpupFan**
Member
Joined: Dec 2012 Posts: 14344
EE: 100% (31) CO, USA

Posted: 8/24/2026 5:36:02 PM EDT [#9]

Quote History

> Originally Posted By s3igu2:
> I don't understand why anyone would want us to make a worse product overall just to get it a few months faster.

Well people in Kolorado are no longer potential customers because you missed your initial promises, so it's not "get it a few months faster" it's "get it at all".




**PlaysWithAtoms**
Joined: Dec 2006 Posts: 2872
EE: 100% (4) USA

Posted: 8/24/2026 5:42:53 PM EDT [Last Edit: PlaysWithAtoms] [#10]

This thread is why I avoid interacting with non-business customers in the firearms industry.




**JTX23**
Member
Joined: Jan 2016 Posts: 7384
EE: 100% (22) TX, USA

Posted: 8/24/2026 6:56:55 PM EDT [#11]

This thread is sliding. They were up front with the goal. The goal was for this to make a pack that worked with pretty much everything. Why would they change the stated goal?

I appreciate that they are making sound decisions and not just chasing the wind.

**s3igu2**
Joined: Oct 2025 Posts: 122
EE: 0% (0) TX, USA

Posted: 8/24/2026 8:37:07 PM EDT [#12]

Quote History

> Originally Posted By Jeeps-And-Guns:
>
> To play devils advocate a little.
>
> I have always heard the old saying "when you try and make something do too many things, it does none of them well".
>
> Sometimes I worry that trying to make it do too much, may add un needed complication and possible issues.
>
> I do wonder if it would have been better to make a couple different versions.

In this case with ARHK specifically, all versions would still be the same thing no platform is being compromised on in terms of function for other platforms to be supported. It's more along the lines of this part needs to hold up to 308, but it being able to hold up to 308 has no negative impact on the MP5s.

Also tbh the larger caliber stuff, once we worked out the durability and how the parts interact with each carrier correctly, it was relatively simple, the only platform that could be blamed most for the delays would be the MP5K as it's by far the hardest platform to get working correctly.



**HKH**
Member
Joined: May 2006 Posts: 24867
EE: 100% (41) DC, USA

Posted: 8/24/2026 9:15:42 PM EDT [#13]

That's wild

Who woulda thunk it? That baby K was more of a bear than a 51k or 21! Never would have considered that.

**BlackHills**
Joined: Feb 2018 Posts: 582
EE: 100% (3) SD, USA

Posted: 8/24/2026 9:32:41 PM EDT [#14]

Has there been any updates on a potential release date? I know end of this month was mentioned a while back, patiently waiting for this to release for my SP5 and PTR

**s3igu2**
Joined: Oct 2025 Posts: 123
EE: 0% (0) TX, USA

Posted: 8/24/2026 9:33:33 PM EDT [#15]

Quote History

> Originally Posted By HKH:
>
> That's wild
>
> Who woulda thunk it? That baby K was more of a bear than a 51k or 21! Never would have considered that.

With the K, it's not so much durability, the durability work was the larger caliber / platforms which was time consuming to work out but not necessarily hard, but in terms of the actual function, like making sure ARHK runs well, the K with all the ammo types, locking pieces, and suppressors is by far the hardest to get right. The Ks basically require near perfection in terms of the function of arhk.



**mini14jac**
Member
Joined: Feb 2001 Posts: 5139
EE: 100% (169) TN, USA

Posted: 8/24/2026 9:51:31 PM EDT [#16]

Quote History

> Originally Posted By bkpkr:
>
> Rare Greed shills.

I've had Super Safeties, I have a Disruptor.

I've had two AZR15s.

Nobody's shill, just commenting on a thread in a technical forum.

**fordkicksass**
Member
Joined: Jun 2008 Posts: 6196
EE: 100% (228) USA

Posted: 8/24/2026 10:05:17 PM EDT [#17]

Quote History

> Originally Posted By s3igu2:
>
> With the K, it's not so much durability, the durability work was the larger caliber / platforms which was time consuming to work out but not necessarily hard, but in terms of the actual function, like making sure ARHK runs well, the K with all the ammo types, locking pieces, and suppressors is by far the hardest to get right. The Ks basically require near perfection in terms of the function of arhk.

This is super interesting to follow. Can you comment on the easiest angle locking piece to work with on the MP5K type platform from these experiments?

**s3igu2**
Joined: Oct 2025 Posts: 124
EE: 0% (0) TX, USA

Posted: 8/24/2026 11:30:19 PM EDT [#18]

Quote History

> Originally Posted By fordkicksass:
>
> This is super interesting to follow. Can you comment on the easiest angle locking piece to work with on the MP5K type platform from these experiments?

So assuming the bolt gap is in spec, the full size MP5s are easy just run a 100 degree, can or no can, and all ammo types. Don't try and run a 90 in the full size, just make sure the bolt gap is in spec and run a 100 degree, ROF should be around 800 +/- 50. Now for the K things are mostly the same with some exceptions, for all the Ks I tested the best LP regardless of ammo type and can or no can was the 100 degree, that's where I got the normal 900 ROF suppressed and perfect reliability unsuppressed and suppressed. Where the K gets wonky is when people try and correct an out of spec bolt gap by using a lower degree LP, or using an out of spec LP that causes an out of spec bolt gap.

The best advice I can give is buy a 100 degree LP if you don't already have one installed, check the bolt gap to verify it's in spec, and then run a mag and verify the ROF is around 900 RPM +/- 50 suppressed or unsuppressed. The only time you should really consider trying a 90 degree or a 80 degree is when you plan to exclusively shoot 147 grain or higher ammo suppressed.




**fordkicksass**
Member
Joined: Jun 2008 Posts: 6197
EE: 100% (228) USA

Posted: 8/24/2026 11:38:38 PM EDT [#19]

Quote History

> Originally Posted By s3igu2:
>
> So assuming the bolt gap is in spec, the full size MP5s are easy just run a 100 degree, can or no can, and all ammo types. Don't try and run a 90 in the full size, just make sure the bolt gap is in spec and run a 100 degree, ROF should be around 800 +/- 50. Now for the K things are mostly the same with some exceptions, for all the Ks I tested the best LP regardless of ammo type and can or no can was the 100 degree, that's where I got the normal 900 ROF suppressed and perfect reliability unsuppressed and suppressed. Where the K gets wonky is when people try and correct an out of spec bolt gap by using a lower degree LP, or using an out of spec LP that causes an out of spec bolt gap.
>
> The best advice I can give is buy a 100 degree LP if you don't already have one installed, check the bolt gap to verify it's in spec, and then run a mag and verify the ROF is around 900 RPM +/- 50 suppressed or unsuppressed. The only time you should really consider trying a 90 degree or a 80 degree is when you plan to exclusively shoot 147 grain or higher ammo suppressed.

Thank you for the detailed reply, your input is very much appreciated!



**krdt**
Imperator Caesar Divi Filius kurdticus
Joined: Apr 2005 Posts: 4808
EE: 100% (159) AZ, USA

Posted: 8/25/2026 2:21:44 AM EDT [#20]

Well, I can't say anything regarding the ARHK for obvious reasons, but for my MKE AP5P/MP5K, I've used everything from the 115-120ish stock LP (they're machined so rough, I don't even know that MKE themselves could tell you what their default is), down to a 100 -- which slowed things down significantly -- to a 90, and finally an 80 LP.

I can only say that I've found the 80 to be absolutely perfect. With the stock LP, I was running in the range of 1300RPM+.

It's also worth mentioning that I don't use 147gr at all; I shoot 115gr and 124gr almost exclusively. Currently, I shoot 100% suppressed with an Omega 9k, but I thoroughly tested every load both suppressed/unsuppressed to verify reliability.

I've burned through nearly 2k of 115gr factory ammo I had on hand, and I'm currently shooting 124gr reloads exclusively, ranging from a subsonic 4.1gr of Autocomp to full-power 5.1gr. All function 100% with the 80-degree LP, both suppressed/unsuppressed. Best of all, the ROF is an almost perfect 950RPM when suppressed.

For context, I'm using an ASD stripped lower, Geissele S3G, Arcfire V2 45/90 degree, ASD ejector, and titanium slip trip. Function with the 80-degree has been absolutely flawless. Point of fact, I haven't had a single malfunction since I switched from the factory lower to the ASD lower I built, regardless of load or LP. Zero, none. It has been damn impressive.

My bolt gap was on the high end from the beginning, and remained well within spec with each LP change -- varying between 0.30mm and 0.45mm. If I recall correctly, it's currently sitting at 0.35mm or 0.40mm with the 80-degree. I'd have to double-check to give an exact number.

In any case, an 80-degree might not work for everyone, but I'd advise not being afraid to try LPs below 100 degrees. You might be pleasantly surprised. I'd say it's well worth the relatively low cost to test, and you may find your MP5K is like mine and quite likes an 80 or 90-degree LP.

After all, getting your ROF down to a stock range when suppressed should be the goal, and is the best possible situation. It makes your MP5K more controllable, reduces gas back pressure when suppressed, and just makes for an altogether more enjoyable FA/FRT gun to shoot.

Practice, the master of all things. - Augustus
IG: @cqbr.kurdt
Want To Buy: Savannah Mk18 RIS II in light blonde/bronze - LMT SOPMOD Gen 1 Tan - Geissele S3G



**drobs**
Member
Joined: May 2003 Posts: 14305
EE: 100% (6) MO, USA

Posted: 8/25/2026 7:06:47 AM EDT [#21]

I noticed some movement on the ARHK page yesterday. It listed different ejector choices briefly. Now it's back to the way it was.
https://activesafetydesigns.com/mp5/arhk/




**cherenkov**
Member
Joined: Jan 2009 Posts: 9068
EE: 100% (43) USA

Posted: 8/25/2026 12:07:41 PM EDT [#22]

For Platform compatibility - will there be a menu to to select the ejector for the size you want (e.g. .308, 5.56/.223, 9mm)? or is the buyer responsible for adding ejector or buy it as 9mm and add the caliber?



**hrt4me**
Member
Joined: Jan 2001 Posts: 27859
EE: 100% (136) TX, USA

Posted: 8/25/2026 12:37:31 PM EDT [#23]

Quote History

> Originally Posted By s3igu2:
>
> So assuming the bolt gap is in spec, the full size MP5s are easy just run a 100 degree, can or no can, and all ammo types. Don't try and run a 90 in the full size, just make sure the bolt gap is in spec and run a 100 degree, ROF should be around 800 +/- 50. Now for the K things are mostly the same with some exceptions, for all the Ks I tested the best LP regardless of ammo type and can or no can was the 100 degree, that's where I got the normal 900 ROF suppressed and perfect reliability unsuppressed and suppressed. Where the K gets wonky is when people try and correct an out of spec bolt gap by using a lower degree LP, or using an out of spec LP that causes an out of spec bolt gap.
>
> The best advice I can give is buy a 100 degree LP if you don't already have one installed, check the bolt gap to verify it's in spec, and then run a mag and verify the ROF is around 900 RPM +/- 50 suppressed or unsuppressed. The only time you should really consider trying a 90 degree or a 80 degree is when you plan to exclusively shoot 147 grain or higher ammo suppressed.

thanks for interesting insight




**Malum-Prohibitum**
Joined: Apr 2007 Posts: 2684
EE: 0% (0) GA, USA

Posted: 8/25/2026 1:07:46 PM EDT [#24]

Just on the off chance that anybody else is reading 90 degree or 100 degree LP and wondering what in the world, like I was, here is the LP and where it goes.




https://www.youtube.com/watch?v=ptlCvmkg8Q8

cccpNyC
M18 Smoke Ninja
Joined: Feb 2014 Posts: 10460
EE: 100% (37) UT, USA

Posted: 8/25/2026 3:53:41 PM EDT [#25]

Quote History

Originally Posted By Malum-Prohibitum:
Just on the off chance that anybody else is reading 90 degree or 100 degree LP and wondering what in the world, like I was, here is the LP and where it goes.
https://www.youtube.com/watch?v=ptlCvmkg8Q8

That is cool. The first time I took apart the bolt trying to get it back on I was like wtf this isn't going back together

"That pistol just kept saying, let go of my ears, you don't know what you're doing." - thehellbringer

macloud
Joined: Oct 2001 Posts: 1106
EE: 100% (28) IN, USA

Posted: 8/25/2026 9:59:52 PM EDT [#26]

September is coming soon, any updates? Website still shows August.

jerz_subbie
Acronym & abbreviation whore :-)
Joined: Jan 2007 Posts: 11370
EE: 100% (515) NC, USA

Posted: 8/26/2026 3:04:56 PM EDT [#27]

I'm refreshing multiple times per day to try to catch them, in case their email notification is delayed. Hopefully they don't wait until the 31st to say "sorry, it'll be another 4-6wk", but we'll see.

"When will the economy get better?" When you start spending!
"Grammar: the difference between knowing your sh*t and knowing you're sh*t!"

jerz_subbie
Acronym & abbreviation whore :-)
Joined: Jan 2007 Posts: 11371
EE: 100% (515) NC, USA

Posted: 8/27/2026 8:13:39 PM EDT [#28]

3 days ago ASD said on IG "should be just a few more weeks. We are full swing in production"

Looks like we're in the home stretch! Mid-Sept I guess.

"When will the economy get better?" When you start spending!
"Grammar: the difference between knowing your sh*t and knowing you're sh*t!"

50cal
Useful posts.....13
Joined: Nov 2000 Posts: 61222
EE: 100% (235) TN, USA

Posted: Today 12:37:58 PM EDT [#29]

Quote History

Originally Posted By jerz_subbie:
3 days ago ASD said on IG "should be just a few more weeks. We are full swing in production"
Looks like we're in the home stretch! Mid-Sept I guess.

Hell yeah! Signed up for the "notify me" list.

I hated going to weddings. All the grandmas would poke me and say "You're next". They stopped that when I started doing it to them at funerals.
Sic semper evello mortem tyrannis

## Sign up to continue the discussion

Create a free account to share your thoughts, follow topics, and connect with the AR15.COM community.

Register to Reply

Already a member? Sign In

Previous Page 13 / 13 Next Page

AS Designs ARHK (Page 13 of 13)

Home / AR-15 / Rate of Fire Triggers

AR Sponsor BRAVO COMPANY USA LIFE SAVING TOOLS

Modern

Active Topics Newest Topics Code of Conduct

AR15.COM

The world's largest firearm community and is a gathering place for firearm enthusiasts of all types.
From hunters and military members, to competition shooters and general firearm enthusiasts, we welcome anyone who values and respects the way of the firearm.

GIFs on this site are Powered by GIPHY

Quick Links
Blog
Deals
Equipment Exchange
Forums
Memberships

Info
About
Advertising
DMCA
Help
Privacy Policy
Your Privacy Choices

Stay Updated
Subscribe to our monthly Newsletter to receive firearm news, product discounts from your favorite Industry Partners, and more.
Email Address
Subscribe

© 1996-2026 AR15.COM LLC. All rights reserved.