# EXHIBIT 32




MP5 comments

JSoucek77 (1) | | | | preferences | logout



Media **Rare Breed FRT** (old.reddit.com)

submitted 3 months ago by NitrousDaily13
53 comments share save hide report crosspost



Just couldn't wait on AS Designs anymore and just happened to catch the Rare Breed in stock and jumped on it. Also ordered HK single position navy lower from HKParts and plan on sending it to DSM as they will engrave/ paint fill the third position to line up with the Rare Breed.

I did notice that the trigger pack fits really snug and pushes outward ever so slightly, seems to catch on the selectors causing them to feel mushy. You can pull the pack and the selector has a great click, already tried to tighten the rear set screw. Will look into lightly sanding the lower or selectors to let them move more smoothly.

Installed the trigger pack on my Zenith/MKE Z5RS with no issues lower sets right in and pins line up. Can't wait to get this out to the range, still waiting on a form 4 to get back for a OCL Milkman.

all 53 comments
sorted by: best

save content policy formatting help

[–] ProceduralShooter 6 points 3 months ago
I need SEF. I'd like an AS designs, but i have zero faith in getting one before they're made "illegal" again by the next ATF or administration. I'm buying the RB or the AS whichever i can get first.
permalink embed save report reply

> [–] WetCmenRag 2 points 3 months ago
> Sef in stock right now.
> permalink embed save parent report reply
>
> > [–] ProceduralShooter 2 points 3 months ago
> > thanks homie, i was able to snag one shortly after making that comment a couple weeks back! the thing rips!
> > permalink embed save parent report reply

[–] RollerSkater2023 6 points 3 months ago
Mine fits in there super tight but works great
permalink embed save report reply

> [–] RollerSkater2023 4 points 3 months ago
> Milkman is sick also. I just bought a AP5-SD last week, a RCM SD supressor and now trying to scrounge up cash to get it converted lol
> <image>
> permalink embed save parent report reply
>
> > [–] Next_Entertainer_404 H&K SP5 3 points 3 months ago
> > Mannn I think I need a milkman. I'm torn between it and a 9mm Tisha or the boe incolite. Here's my 5.56 Tisha just for the look.
> > <image>
> > permalink embed save parent report reply
> >
> > > [–] NitrousDaily13 [S] 1 point 3 months ago
> > > Andrew and the guys over at OCL are amazing and wouldn't hesitate on ordering their cans!
> > > permalink embed save parent report reply
> >
> > [–] NitrousDaily13 [S] 2 points 3 months ago
> > <image>
> > I borrowed on last time at the range, I was shocked at how soft shooting it was with the can.
> > permalink embed save parent report reply
>
> [–] NitrousDaily13 [S] 1 point 3 months ago
> How is the selector on yours?
> permalink embed save parent report reply
>
> > [–] RollerSkater2023 1 point 3 months ago
> > It's clicky and tactile. I haven't had any issues with it
> > permalink embed save parent report reply

[–] TuggerNutz8 3 points 3 months ago
When time did you buy frt and what time zone did it happen in? I can never hit the restock times correctly.
permalink embed save report reply

> [–] NitrousDaily13 [S] 1 point 3 months ago
> Was like a Wednesday night around 8:30 eastern, just check every day at different times. It was a fluke I even went on RB.
> permalink embed save parent report reply
>
> [–] ProceduralShooter 1 point 3 months ago
> i finally got one today using the Distil chrome extension. looks like they are still in stock now.
> permalink embed save parent report reply

[–] Woodpusherpro 11 points 3 months ago




permalink embed save report reply

[–] SquantoMcNaulty 16 points 3 months ago
I have one as well and it runs like a champ. Everyone loves to shit on rare breed but they forget that if it wasn't for rare breed spending their own time and money to fight a legal battle with the atf there would be no legal frt triggers at all.
permalink embed save report reply

> [–] QTip_Foto 4 points 3 months ago
> This
> permalink embed save parent report reply
>
> [+] *[deleted] 3 months ago (3 children)*

[–] 3redpapa 7 points 3 months ago
Unfortunately, I felt your pain about waiting for ASD 2 months ago. Got 3 ASD lowers last summer and they ran great on SP5k, 9kt & SDM. Tried an RB 2 months ago and love simplicity having less moving parts (no slip trip) and it just flat works.

Pile on the grief here:
permalink embed save report reply

search

this post was submitted on 13 May 2026
**0 points** (50% upvoted)
shortlink: https://redd.it/1tbk7nz

Submit a new link

Submit a new text post

## MP5

join

Show my flair on this subreddit. It looks like:
JSoucek77 (edit)

This Subreddit is dedicated to the MP5 submachine gun, its variants and clones. This includes the MP5, MP5K, MP5/40, MP5/10, MP5K-PDW and MP5SD series.

Check out the Wiki for manuals, frequently asked questions, and instructional guides.

### Rules

- Off topic posts not related to MP5s, clones, accessories (including compatible suppressors), or MP5 manufacturing companies (news or otherwise) will be removed. No airsoft products or toy discussions permitted.
- If a post or comment makes no attempt at being constructive for the subreddit, it will be removed. "this" "lol" and "k" are examples of low effort rule violations.
- If you have nothing nice to say, it's best not to say anything at all. Be respectful and treat others the way you want to be treated.
- Buying, selling, trading is prohibited in this subreddit. Please use r/gunaccessoriesforsale, HK Pro or Sturmgewehr for any private sales.

created by asillasitgets a community for 10 years

MODERATORS

MESSAGE THE MODS

ChogolateMilk HNIC
Kingkobb208
cooltreasures
LynchMob_Lerry
condavour
hive-protect

about moderation team »

account activity

[–] NitrousDaily13 [S] 3 points 3 months ago
For sure, the ability to just drop it in and just run is the way to go.
permalink embed save parent report reply

[–] 3redpapa 1 point 3 months ago
Amazed me...
permalink embed save parent report reply

[–] jonny-utah-79 4 points 3 months ago
👍 enjoy it, they work exactly how you'd hope that they do. Mine has ran flawlessly since day one and got even better after I dropped from the stock 120 deg to the 100 deg locking piece. I was able to pick up an 80 deg and 90 deg last week and will try them both out this weekend.
permalink embed save report reply

[–] Educational_Car_876 7 points 3 months ago
I hope it breaks 🤪
permalink embed save report reply

[–] jdavis13356 AP5 4 points 3 months ago
Friends dont let friends buy rare greed
permalink embed save report reply

[–] InadvertentObserver H&K 5 points 3 months ago
Best FRT out there. Runs like a raped ape. RB FRT in the hand is better than ASD vaporware in the bush.
permalink embed save report reply

[–] BestAdamEver 1 point 3 months ago
Don't know if I'm willing to give rare greed my money but the gun looks sick. I'm going to SBR my PTR9ct and put a fixed stock on it.
permalink embed save report reply

[–] NitrousDaily13 [S] 1 point 3 months ago
The A2 stock really completes the OG swat vibes, just wish the Surefire handguards weren't crazy
permalink embed save parent report reply

[–] BestAdamEver 1 point 3 months ago
Yeah, I'll get one of those at some point also but I would get an airsoft knockoff if I could find one that was decent.
permalink embed save parent report reply

[–] baby_hot_line H&K SP5 1 point 3 months ago
What sight is that?
permalink embed save report reply

[–] NitrousDaily13 [S] 0 points 3 months ago
Trijicon MRO HD
permalink embed save parent report reply

[–] Kaylid 1 point 3 months ago
Dude, I just bought one, went to try and install and I don't have a set screw? Am I retarded or what?
<image>
permalink embed save report reply

[–] Kaylid 2 points 3 months ago
Never mind i'm fucking retarded, it's in there.
For anyone as dumb as me if you think your FRT-RD3 AMBI is missing the set screw: it's not. **The set screw is already installed.**
permalink embed save parent report reply

[–] 1985Honda200x 1 point 1 month ago
Rare breed is better because it doesn't change the look of the firearm. There's no point in having an MP5 that doesn't look right. I love all my super safetys but it's not meant for the MP5 platform. I'm saving up for my mine 700 is a steep price
permalink embed save report reply

[–] Low-Reception144 1 point 3 months ago
Might as well get a Q to complete the ensemble!! lol
permalink embed save report reply

[–] smokeytrue01 0 points 3 months ago
Fuck rare breed
permalink embed save report reply

[–] Civil_Trade_8996 4 points 3 months ago
Awwwwww...you gonna be ok?
permalink embed save parent report reply

[–] smokeytrue01 -4 points 3 months ago
Why is a government cuck on a firearms page? Don't you know they don't want you to have guns?
permalink embed save parent report reply

[–] Civil_Trade_8996 2 points 3 months ago
Lol wtf you going on about? I am far from a government cuck. Just find it funny a full grown ass man is crying over a company that fought the atf and won. But you do you pal.
permalink embed save parent report reply

[–] smokeytrue01 1 point 3 months ago
They won by begging for money and using that money in order to sue every company who does the same thing they do after they bowed down to the ATF. Fuck them
permalink embed save parent report reply

[–] Civil_Trade_8996 2 points 3 months ago
Lol you do you. Thankfully we are in the usa and have the freedoms to do what we want. I have an as designs super safety in my sp5k and a war hammer armaments super safety in my ar. I hate the push button so I want to change them to FRTs. But I am not waiting months like I did with as designs when I decide to buy.
permalink embed save parent report reply

[–] Fancy-Reaction-541 1 point 3 months ago
Is the war hammer lower good? I was planing on getting it but reviews seems mixed
permalink embed save parent report reply

[–] Civil_Trade_8996 1 point 3 months ago
I didnt have any issues with it. But I changed it to a FRT now so I have a selector instead of a button. I like the selector alot more.
permalink embed save parent report reply

[–] Fancy-Reaction-541 1 point 3 months ago
Thanks man, do you recommend AS design super safety or war hammer for an SP5?
permalink embed save parent report reply

[–] Civil_Trade_8996 1 point 3 months ago
As designs runs flawlessly!!! I have had zero issues and have about 2500 rounds through it.
permalink embed save parent report reply

continue this thread →

[+] [deleted] 3 months ago (2 children)

[–] Severe_Beast 1 point 3 months ago
I can't believe you've done this!
permalink embed save report reply

about
blog
about
advertising
careers

help
site rules
Reddit help center
reddiquette
mod guidelines
contact us

apps & tools
Reddit for iPhone
Reddit for Android
mobile website

<3
reddit premium

Use of this site constitutes acceptance of our User Agreement and Privacy Policy. © 2026 reddit inc. All rights reserved.
REDDIT and the ALIEN Logo are registered trademarks of reddit inc.