# EXHIBIT 33








MP5 Drop-In Cassette Trigger - AS Designs - Delay

• 1 reading

27K views 391 replies 101 participants last post by Problem Aug 20, 2026

Jump to Latest

USMCsilver Discussion starter
724 posts · Joined 2002

#1 · Jan 22, 2026

Take. My. Money!




The **Original** USMCsilver©.
"Kiss my ass, I bought a boat! I'm goin' out to sea..." (Jimmy Buffett covering Lovett)

BenBaller334, BurtonRider, Avi8or406 and 22 others

Reply Like Save Share

Advertisement




Sort by Oldest first

1 1 of 6 6




Explore Our Forums

HK HANDGUN TALK
HK CLONE TALK
HK LONG GUN TALK
HK NFA TALK
HK TALK

Camera Land, Inc
SPORTS OPTICS
516-217-1000
www.cameralandny.com
cameraland@aol.com

Brands in our community
View All

S
ShootingSight LLC
Supporting vendor

kbinmt
6,949 posts · Joined 2015
#2 · Jan 22, 2026



Thanks for finding video!

The future is certain; it is only the past that is unpredictable.

BenBaller334, Snafu_1989, lesa125 and 6 others

Reply Like Save Share

USMCsilver Discussion starter
724 posts · Joined 2002
#3 · Jan 22, 2026

I wish I knew where the lever would throw, exactly, so I could send my SP5 housing out for a 3rd picto.

My ASD lower is essentially going to become a paperweight. I knew this time would eventually come; didn't know it would be so soon.

The **Original** USMCsilver©.
"Kiss my ass, I bought a boat! I'm goin' out to sea..." (Jimmy Buffett covering Lovett)

Hoodlum, hrt4me, Mkupka and 1 other person

Reply Like Save Share

Yetiman
49 posts · Joined 2012
#7 · Jan 22, 2026

> USMCsilver said:
> My ASD lower is essentially going to become a paperweight. I knew this time would eventually come; didn't know it would be so soon.

Likewise. And I don't even have mine yet 😲. another 2 weeks out or so. And now this.

At least the Geissele SSAe should be nice.

USMC-F4

Reply Like Save Share

Show more replies

1 Reply

Buds Gun Shop · Ad
**5 Million Customers Since 2003. We're Giving $2,500 Back to Say Thanks.**
Since 2003 we've served five million customers. To celebrate, eight of them are getting a piece of $2,500. Free to enter, open to all 18+




Learn More

+ Add your business

Top Contributors this Month
View All →
German
275 Replies
skullbox
107 Replies
JoshNC
100 Replies




Recommended Communities
Tech Support Guy
973K members
AVS Forum
1.6M members
Land Rover Defender Sport
10 members

Sextus
3,316 posts · Joined 2014
#4 · Jan 22, 2026

That's wild. I was there yesterday and I did t see that at all.

A few of 'em

Reply Like Save Share

HD
197 posts · Joined 2002
#5 · Jan 22, 2026

I've been waiting for someone to do this.

Reply Like Save Share

srgwml
911 posts · Joined 2019
#6 · Jan 22, 2026

I need it like yesterday

"I just want to offer my sincere thanks to you guys for never disappointing and - as expected - turning every discussion...into a dumpster fire. So here's to you - you tiny pyromaniacs!" - omega21

HKtrust

Reply Like Save Share

Flashpoint
62 posts · Joined 2013
#8 · Jan 22, 2026

It will work with rifle calibers too.

hrt4me and grimaila

Reply Like Save Share

Venture Surplus · Ad
New Stock Drops Weekly at Venture Surplus
Genuine-issue surplus, graded and photographed. One-batch-only lots. Free shipping over $80.
Learn More



Hami
652 posts · Joined 2009
#10 · Jan 22, 2026

A member of the project team said on an AR15.com thread that it should line up well with the selector markings on 3 position navy housings.

thatdude1er, hrt4me, BurtonRider and 4 others

Reply Like Save Share

RJS_Racing
23 posts · Joined 2024
#13 · Jan 22, 2026

RareGreed is gonna be big mad! Someone beat them to market with an idea!

Yes, I know it's likely a different mechanism but still....

USMC-F4, HK556WI and USMCsilver

Reply Like Save Share

lakelbj
133 posts · Joined 2013
#17 · Jan 22, 2026

> RJS_Racing said:
> RareGreed is gonna be big mad! Someone beat them to market with an idea!
>
> Yes, I know it's likely a different mechanism but still....

No one has beaten anyone to market yet.

GDI-3D, Gargoyle, Hogger63 and 2 others

Reply Like Save Share

HK556WI
2,337 posts · Joined 2010
#14 · Jan 22, 2026

TAKE MA MONEY

Lighting the Darkness

kbinmt and USMC-F4

Reply Like Save Share

Hijeffrey95
462 posts · Joined 2013
#15 · Jan 22, 2026

I wonder if these will work with the magpul MP5 lower...

Reply Like Save Share

Hami
652 posts · Joined 2009
#16 · Jan 22, 2026

I believe the same employee I spoke about earlier said it should work on the Magpul although he never actually installed one.

Reply Like Save Share

1 Reply

Sextus
3,316 posts · Joined 2014
#18 · Jan 22, 2026

I have the owners info and I need to drop him a line anyway for my own reasons. So I'll ask about these bad boys.

A few of 'em

hrt4me, birdmang, Frankwhite and 1 other person

Reply Like Save Share

kyplinkn
20 posts · Joined 2024
#19 · Jan 22, 2026

I watched this video earlier and didn't pickup that's what they were showing. This is great news though. Can't wait.

Reply Like Save Share

mp5mannie
961 posts · Joined 2019
#20 · Jan 22, 2026

I watched the whole video which one was @kbinmt?

Reply Like Save Share

kbinmt
6,949 posts · Joined 2015
#21 · Jan 22, 2026

@mp5mannie

I am not affiliated and witsec rules don't allow my likness to be captured

I was glad that there was a public announcement, that's all. The video did not disclose much of anything. That's why I asked Cal if I could share a snippet of our correspondence.

The future is certain; it is only the past that is unpredictable.

JoshNC, USMC-F4, mp5mannie and 2 others

Reply Like Save Share

cruzie27
561 posts · Joined 2008
#22 · Jan 22, 2026

I'm gonna need three or four of these!

Reply Like Save Share

sometimescompromises
58 posts · Joined 2009
#23 · Jan 22, 2026

Want!

I'm glad someone was able to get these to the market. I am an HK priss who doesn't want to run an AR style lower.

DesertWalker

Reply Like Save Share

hahnmgh63
16 posts · Joined 2010
#24 · Jan 22, 2026

I agree. I was about to drop the money on the AS lower due to positive feedback here on the forum but now I'll wait until this shows up on their website.

BurtonRider

Reply Like Save Share

dtibbals
801 posts · Joined 2007
#26 · Jan 22, 2026

Cal is going to make more money than a drug lord! No one is doing what AS Designs is doing. Key is to win the lawsuit or find a way to settle and pay a license fee etc. can't get product out to the market fast enough.

Reply Like Save Share

USMCsilver Discussion starter
724 posts · Joined 2002
#27 · Jan 23, 2026

Being illegal in about 20 states sucks; becoming illegal in even more states doesn't make for a very good business model.

Strike while the iron's hot and get in while the gettin's good.

And, yes, I wish them (and our fellow free states) all the luck in the world!

The **Original** USMCsilver©.
"Kiss my ass, I bought a boat! I'm goin' out to sea..." (Jimmy Buffett covering Lovett)

Alamo1537, Vance456, Caverpete and 3 others

Reply Like Save Share

Show more replies

1 Reply

Hijeffrey95
462 posts · Joined 2013
#30 · Jan 23, 2026

Do I hear HKPro group buy?

BurtonRider, Alamo1537, 4x4dump and 6 others

Reply Like Save Share

ContingencyPlan
231 posts · Joined 2025
#31 · Jan 23, 2026

https://media4.giphy.com/media/v1.Y...Yno0aWNheiZlcD12MV9pbnRlcm5hbF9naWZfYnlfaWQmY3Q9Zw/3ohzdD58rieeeS538c/giphy.gif

Reply Like Save Share

3 Replies

19Charlie_84
341 posts · Joined 2011
#35 · Jan 23, 2026

I seen't it, young kid at the booth wouldn't let me pop the pins and take a peek. Not that I'm gonna make one, I was just so curious. He did say it does not use the ejector to force reset and doesn't use one of those add-on parts that others use. I told them to make the lever slimmer and look exactly like a factory one, ambi and right handed only. He also had a UMP lower and working on a G36 lower that uses the AR style mechanism.

19charlietactical.com
07/02 SOT
(507) 556-1911

NUARTYBOY, HD and dtibbals

Reply Like Save Share

USMCsilver Discussion starter
724 posts · Joined 2002
#36 · Jan 24, 2026

I am sure it'll 1st release with left side only. Then, an ambi version will come out so they can capitalize on people twice.

They're in business to make money, and that is a solid business model.

The **Original** USMCsilver©.
"Kiss my ass, I bought a boat! I'm goin' out to sea..." (Jimmy Buffett covering Lovett)

dtibbals and HKtrust

Reply Like Save Share

Hox013
55 posts · Joined 2025
#37 · Jan 24, 2026

These will be hard to come by for awhile without paying scalper prices I'd imagine. But I WILL have one. I'm glad I waited and didn't cave for a hybrid lower.

srgwml

Reply Like Save Share

demainz
98 posts · Joined 2019
#38 · Jan 24, 2026

Parabellum Combat Systems has one in the works as well. Hopefully, that will be available soon.

https://www.hkpro.com/threads/pcs-frt-force-engagement-trigger-system.592695/?post_id=4334265#post-4334265

MikeFL86

Reply Like Save Share

Mkupka
17 posts · Joined 2026
#39 · Jan 25, 2026

Any idea on the price? The AS lower runs $700, and everything HK related seems to be priced at a premium. I won't be surprised it it lists for $500.

Reply Like Save Share

Hox013
55 posts · Joined 2025
#41 · Jan 25, 2026

Ill be shocked if it's less than $500.

Yetiman, HD and Mkupka

Reply Like Save Share

Show more replies

1 Reply

Juday
145 posts · Joined 2021
#40 · Jan 25, 2026

Count me in! Finally, my dreams are coming true!

cruzie27

Reply Like Save Share

1 1 of 6 6

Write your reply...

Post Reply

## Related Threads

HK PARTS AND ACCESSORIES FOR SALE
gumby510 · Aug 4, 2024

For Sale **Mp5 40/10 trigger housing, 2 mags and hk bolt and carrier**
$400.00 Appleton, Wisconsin



12 1.2K gumby510 replied Aug 10, 2026




The Smith & Wesson® Bodyguard® 2.0 - Now with a Green Dot!

The Smith & Wesson® Bodyguard® 2.0 sets out to change expectations around what is possible with a micro handgun. Focused on setting a new bar for shootability, the Bodyguard 2.0 leverages superior ergonomics, an enhanced trigger to elevate performance - and now comes with a Viridian® RFX1™ from the factory.

Smith & Wesson® Learn More.


HK LONG GUN TALK
JohnGrey · Nov 28, 2024

**Trigger Housing Compatibility for MP5-10**

Hello, I've got an MP5 10mm semi conversion that I've augmented with a Franklin Armory binary trigger, and I'd like to have a trigger housing; preferably a 0,1,2; to accurately reflect its capabilities. So far as I'm aware, the ejector and ejector spring are the differentiator between the...

8 · 642 · E-11Blaster replied Jul 25, 2026

HK LONG GUN TALK
msmp5 · Jan 29, 2025

**MP5 Trigger Groups from HKParts - Now "Restricted"??**

Check out the narrative in the below link to an ad from HKParts. It says that these MP5 Trigger Groups are now "restricted" ........ https://hkparts.net/all-parts/h-k-mp5-4-position-burst-trigger-group-0-1-3-f/ "Only a few on hand and once they are all gone there will be n...

6 · 1.3K · American Aficionado replied Feb 26, 2026

HK PARTS AND ACCESSORIES FOR SALE
Carrera · Apr 1, 2025

**For Sale MP5 Navy Trigger Group 0/1/Full Pictogram BRAND NEW HK Germany Ext. Lever**

$1,750.00 Broken Arrow, Oklahoma

1 · 762 · Carrera replied Apr 20, 2026






HK/Clone FRT,Super Safety,Binary,et al Discussion
wdritchey · Jul 29, 2025

**MP5 FRT**

I've been seeing a lot about FRT lately in AR. Most interestingly was when Juicey Media posted his video with a super safe MP5. More recently, Garand Thumb has as well. I believe both of them were using the Lees Sporting Lower from Warhammer Armament. I don't love that it's...

158 · 22K · mikesxpress replied Jan 31, 2026

HK PARTS AND ACCESSORIES FOR SALE
Countryboycansurvive · Oct 9, 2025

**For Sale MP5 / MP5K Navy and Burst Trigger Housings**

$285.00 Columbia, Pennsylvania

5 · 799 · EmbarkChief replied Feb 18, 2026

New Member Introductions
AS Designs · Oct 24, 2025

**Hello from AS Designs!**

Hey everyone, I'm the owner of AS Designs and we just wanted to go ahead and sign up as a supporting vendor so that we can be more active here without crossing any lines as well as supporting a very valuable resource like HKPRO (can't tell you how many times I've opened an old...

62 · 2.5K · Jpr replied Apr 18, 2026

HK/Clone FRT,Super Safety,Binary,et al Discussion
dtibbals · Nov 13, 2025

**SP5 AS Designs Lower with Arc Fire and Geiselle SSA**

I received the AS Designs FRT for the SP5 this week and so far I've got just about 500 rounds through it. I've had 3 others shoot it and it always ends with lots of smiles. My opinion so far is it's worth the money but so far one thing I'd like to change is the safety levers. They don't feel up...

12 · 1.2K · dlar9612 replied Jul 11, 2026

HK/Clone FRT,Super Safety,Binary,et al Discussion
LFOD1776 · Jan 9, 2026

**MP5-K or "Reverse Stretch" for an FRT setup?**

I made a New Year's resolution to finally take the plunge on putting together an MP5 clone with a forced reset trigger. My plan is to use the AS Designs "full kit", as it's as much of a drop-in/plug-and-play system as you can get. I want to go with a short barrel (my plan is to SBR the...

10 · 530 · AS Designs replied Jan 12, 2026

HK/Clone FRT,Super Safety,Binary,et al Discussion
wdritchey · Feb 15, 2026

**Rare Breed FRT for MP5 on site!**

Was just browsing and noticed Rare Breed has MP5 FRT listed! No price shown. I didn't think they officially released them yet - my guess is they're getting the products set up on the site now and setting them live later. The descriptions state...



4 · 2.9K · HKtrust replied Feb 15, 2026

HK PARTS AND ACCESSORIES FOR SALE
msmp5 · Feb 17, 2026

For Sale **MP5 3RB (0,1,3,F) Trigger Group**

$1,995.00 Las Vegas, Nevada



4 · 282 · msmp5 replied Aug 13, 2026

HK/Clone FRT,Super Safety,Binary,et al Discussion
jdp83 · Feb 22, 2026

**Help fitting the AS Designs AR MP5-K lower onto my DJ Getz 89K**

I need some help fitting the AS Designs AR MP5-K lower onto my DJ Getz 89K from 2015. I originally ordered the H&K SP5K/SP5K-PDW version and then found out that the ears aren't wide enough so re-ordered the PTR 9KT version. The...



4 · 157 · jdp83 replied Feb 24, 2026

HK PARTS AND ACCESSORIES FOR SALE
HKtrust · Mar 1, 2026

For Sale **MP5 Trigger Groups/packs/housings (Prices reduced)**

$250.00



6 · 815 · HKtrust replied Apr 5, 2026

HK PARTS AND ACCESSORIES FOR SALE
MagicMike69 · Mar 18, 2026

Sold **MP5 0-1-3-F Trigger Group**

$1,350.00 Livonia, Michigan

2 · 300 · MagicMike69 replied Mar 18, 2026

HK/Clone FRT,Super Safety,Binary,et al Discussion
The Takedown Tools · Apr 10, 2026

**FRT & Trigger Upgrades for HK Platforms — ARC-Fire V2, Partisan Disruptor, Super Safety & More [Authorized Dealer]**

Putting this together for the HKPro community since HK platform compatibility on modern trigger systems is scattered across a dozen threads and hard to track down in one place. We're an authorized dealer for Partisan Triggers, AS Designs, and Hoffman Tactical. Here's what's...

7 · 639 · Jacobm replied Apr 21, 2026

HK CLONE TALK
blackops01 · Apr 15, 2026

**HK33/MP5 German Walnut A2 Wood Stock (HKP) — MKE Receiver Fitment Experience?**

Hey all, Building a suppressed MP5 SBR on a WHA build (MKE receiver). I've been eyeing the HK German walnut A2 wood fixed stock from HK Parts — the vintage German military surplus walnut listed as compatible with HK33/HK53/HK93/HK94 and MP5 with minor modifications. I'v...

4 · 172 · blackops01 replied Apr 16, 2026




HK LONG GUN TALK
wdritchey · Apr 18, 2026

**Timney MP5 Trigger compatibility in a G3**

Timney make a nice 2-stage trigger for the MP5. Depending on the website, the model compatibility is mixed and I emailed them and they said it "should" work in any roller delayed SEF housing. I want to know if anyone can confirm if their MP5 trigger works in a G3 - I am having a par...

2 · 72 · treywhite82 replied Apr 18, 2026

HK PARTS AND ACCESSORIES FOR SALE
ContingencyPlan · May 11, 2026

Sold **MP5 / AP5 Parts Blowout – MKE Trigger Housings, Flash Hider, Mounts & More**

$35.00 Houston, Texas

3 · 417 · ContingencyPlan replied May 23, 2026

HK PARTS AND ACCESSORIES FOR SALE
grimaila · Jun 16, 2026

Sold **MP5 FRT Leber V2 Complete Active Reset Lower for the MAC 5 (and other Full-Size front pin MP5 clones)**

$240.00 Dayton, Ohio



2 · 85 · grimaila replied Jun 27, 2026

NON HK ACCESSORIES FOR SALE
Vegeta_HK · Aug 14, 2026

For Sale **MP5/K Super Safety Parts / War Hammer / AS Designs / Geisselle**

$50.00

0 · 43 · Vegeta_HK replied Aug 14, 2026

Home > Forums > HKPRO INFORMATIONAL FORUMS > **HK/Clone FRT,Super Safety,Binary,et al Discussion** >

Home About Us Terms of Use Privacy Policy Help Business Directory Contact Us | Grow Your Business | Get the Fora App NEW

When you purchase through links on our site, we may earn an affiliate commission, which supports our community. The Fora platform includes forum software by XenForo. Second Media Corp., 111 Peter Street, Suite 600, Toronto, Ontario, M5V 2H1, Canada

fora

Your Privacy Choices

# MP5 Drop-In Cassette Trigger - AS Designs - Delay








**grimaila**
Plus Member
Joined Oct 1, 2024
555 Posts

#381 · Aug 19, 2026

ASD Production Status

I think ASD wants to build as much inventory before releasing the ARHK. I suspect that as soon as they start shipping, RB will file an injunction to try to prevent them from selling.

Reply Quote Like Save Share

Advertisement




**ContingencyPlan**
Registered
Joined Apr 16, 2025
231 Posts

#382 · Aug 19, 2026

2027

Projects in development during the Fall rarely get finished before the holidays. This is my estimate.

*(But please prove me wrong AS Designs!)*

Reply Quote Like Save Share

**Problem**
Registered
Usp|P2000|CC9|Sp5/MP5-SD|Beretta...
Joined Aug 18, 2026
57 Posts

#383 · Aug 19, 2026

> grimaila said:
> ASD Production Status
> I think ASD wants to build as much inventory before releasing the ARHK. I suspect that as soon as they start shipping, RB will file an injunction to try to prevent them from selling.

They'll file another lawsuit you mean. They've been at it since December 2025, shocker 😒.

https://www.courtlistener.com/docket/73184099/rare-breed-triggers-inc-v-as-designs-llc/

Reply Quote Like Save Share

**HK556WI**
Registered
Joined Jul 14, 2010
2,337 Posts

#384 · Aug 19, 2026

It should be AS Designs Just Strings Us Along

I want to buy 2 of them. But, I would bet I don't even see 1.

I guess maybe I should just by the Inbreeder Trigger.

Lighting the Darkness

Chargerdude70 and Villuj_idiot

Reply Quote Like Save Share

## About this Discussion

39 Replies
Last post: Probl...







lost), we are a forum dedicated to and laser-focused on Heckler & Koch firearms, Heckler & Koch accessories and the owners and enthusiasts that love them! Come join the discussion regarding HK pistols, long arms, NFA arms, HK accessories, HK history and trivia and more.

Full Forum Listing →

**Explore Our Forums**

HK HANDGUN TALK
HK CLONE TALK
HK LONG GUN TALK
HK NFA TALK
HK TALK

Sponsor the forum

KCI USA

**Brands in our community**
View All →

LGA Systems, LLC
Premium vendor

Cabela's
Ad
Built for a Lifetime: Performance When Seconds Count.
15% off all Vortex & enter to win a $15,000 Elk Hunt or 1 of 4 prize packages!
Learn More.

+ Add your business

HK556WI
Registered
Joined Jul 14, 2010
2,337 Posts

#385 · Aug 19, 2026

Crap production update 7/27 for triggers to be sold.

How much do you have to produce to delay it that far.

BTW it is more than likely a typo. I just like to complain.

Lighting the Darkness

Reply Quote Like Save Share

Problem
Registered
Usp|P2000|CC9|Sp5/MP5-SD|Beretta...
Joined Aug 18, 2026
57 Posts

#386 · Aug 19, 2026

> HK556WI said:
> It should be AS Designs Just Strings Us Along
>
> I want to buy 2 of them. But, I would bet I don't even see 1.
>
> I guess maybe I should just by the Inbreeder Trigger.

You and me both.

Can you go to the FRT for the MP5 Thread and chime in for shattered mind on the animosity towards Rare Breed? My knowledge is surface level at best.

Reply Quote Like Save Share

Chargerdude70
HK= NFG 4 the Wallet
Joined Oct 26, 2019
1,856 Posts

#387 · Aug 19, 2026 (Edited)

> HK556WI said:
> It should be AS Designs Just Strings Us Along
>
> I want to buy 2 of them. But, I would bet I don't even see 1.
>
> I guess maybe I should just by the Inbreeder Trigger.

I been biding my time hoping this goes to fruit but as time goes by my bank account is itching to get a rare greed just to satisfy its wants, and I do not want to give them one f'g dime. I can not afford a 50k toy at this stage in life and these FRT's are the next best option.

jimk23, grimaila and TacticalMedic

Reply Quote Like Save Share

grimaila
Plus Member
Joined Oct 1, 2024
555 Posts

#388 · Aug 19, 2026

I think everyone will get a laugh out of this one... One of the guys at my range who purchased an ASD lower is convinced that they licensed (or made a deal with RB) to make the ARHK without interference... LOL I think that is highly unlikely!!! In any case, I want a ARHK in my collection.

USMCsilver

Reply Quote Like Save Share

Problem
Registered
Usp|P2000|CC9|Sp5/MP5-SD|Beretta...
Joined Aug 18, 2026
57 Posts

Joined Aug 18, 2026
57 Posts
57 Posts

#389 · Aug 19, 2026

> grimaila said:
> I think everyone will get a laugh out of this one... One of the guys at my range who purchased an ASD lower is convinced that they licensed (or made a deal with RB) to make the ARHK without interference... LOL I think that is highly unlikely!!! In any case, I want a ARHK in my collection.

Bless their heart.

Let them know that RB is actively suing ASD for almost a year now.

They'll file another lawsuit you mean. They've been at it since December 2025, shocker 😒.

Let them know that RB is actively suing ASD for almost a year now.

Reply Quote Like Save Share

grimaila
Plus Member
Joined Oct 1, 2024
555 Posts

#390 · Aug 19, 2026

> Problem said:
>
> > grimaila said:
> > I think everyone will get a laugh out of this one... One of the guys at my range who purchased an ASD lower is convinced that they licensed (or made a deal with RB) to make the ARHK without interference... LOL I think that is highly unlikely!!! In any case, I want a ARHK in my collection.
>
> Bless their heart.
>
> Click to expand...

Lol... They know that... but that is where conspiracy theories are hatched. Go figure.

Reply Quote Like Save Share

Destructo6
Registered
Joined Apr 23, 2000
119 Posts

#391 · Aug 20, 2026

The latest update I see is from 7/27, on the "Production Status," page and it reads:

> **ARHK**
> **UPDATE 7/27**
>
> Parts have been finalized and we are starting production on them today.
>
> Click to expand...

My quick calculation shows that the earliest they would be shipping is in the first week of October.

I'll admit to being a little impatient and breaking down for the RB, a bird in the hand sort of thing.

God gave you a soul.
Your parents, a body.
Your country, a rifle.

jimk23

Reply Quote Like Save Share

Top Contributors this Month
View All →
German
266 Replies
skullbox
108 Replies
JoshNC
99 Replies

ONCE HUMAN
NEW COSMETICS NOW AVAILABLE!
PLAY FREE NOW

Recommended Communities
Tech Support Guy
973K members
AVS Forum
1.6M members
Land Rover Defender Sport
10 members



Problem
Registered
Usp|P2000|CC9|Sp5/MP5-SD|Beretta...
Joined Aug 18, 2026
57 Posts

#392 · Aug 20, 2026

> Destructo6 said:
> The latest update I see is from 7/27, on the "Production Status," page and it reads:
>
> My quick calculation shows that the earliest they would be shipping is in the first week of October.
>
> I'll admit to being a little impatient and breaking down for the RB, a bird in the hand sort of thing.

As long as we get something that works with minimal to no modification, reliable and with good part support is what matters.

I'm waiting for an SEF version if I wanted to go ASD anyways so this doesn't affect me too much.

jimk23, raëlianoperator and grimaila

Reply Quote Like Save Share

381 - 392 of 392 Posts

1 20 of 20 20

Write your reply...

Post Reply

## Related Threads

HK PARTS AND ACCESSORIES FOR SALE
gumby510 · Aug 4, 2024
**For Sale Mp5 40/10 trigger housing, 2 mags and hk bolt and carrier**
$400.00 Appleton, Wisconsin



12 1.2K gumby510 replied Aug 10, 2026

HK LONG GUN TALK
JohnGrey · Nov 28, 2024
**Trigger Housing Compatibility for MP5-10**
Hello, I've got an MP5 10mm semi conversion that I've augmented with a Franklin Armory binary trigger, and I'd like to have a trigger housing; preferably a 0,1,2; to accurately reflect its capabilities. So far as I'm aware, the ejector and ejector spring are the differentiator between the...
8 642 E-11Blaster replied Jul 25, 2026

HK LONG GUN TALK
msmp5 · Jan 29, 2025
**MP5 Trigger Groups from HKParts - Now "Restricted"??**
Check out the narrative in the below link to an ad from HKParts. It says that these MP5 Trigger Groups are now "restricted" ........ https://hkparts.net/all-parts/h-k-mp5-4-position-burst-trigger-group-0-1-3-f/ "Only a few on hand and once they are all gone there will be no more as they are...
6 1.3K American Aficionado replied Feb 26, 2026

HK PARTS AND ACCESSORIES FOR SALE
Carrera · Apr 1, 2025
**For Sale MP5 Navy Trigger Group 0/1/Full Pictogram BRAND NEW HK Germany Ext. Lever**
$1,750.00 Broken Arrow, Oklahoma
1 762 Carrera replied Apr 20, 2026

HK/Clone FRT,Super Safety,Binary,et al Discussion
wdritchey · Jul 29, 2025
**MP5 FRT**
I've been seeing a lot about FRT lately in AR. Most interestingly was when Juicey Media posted his video with a super safe MP5. More recently, Garand Thumb has as well. I believe both of them were using the Lees Sporting Lower from Warhammer Armament. I don't love that it's essentially an AR...
158 22K mikesxpress replied Jan 31, 2026

HK PARTS AND ACCESSORIES FOR SALE
Countryboycansurvive · Oct 9, 2025
**For Sale MP5 / MP5K Navy and Burst Trigger Housings**
$285.00 Columbia, Pennsylvania
5 799 EmbarkChief replied Feb 18, 2026

New Member Introductions
AS Designs · Oct 24, 2025
**Hello from AS Designs!**
Hey everyone, I'm the owner of AS Designs and we just wanted to go ahead and sign up as a supporting vendor so that we can be more active here without crossing any lines as well as supporting a very valuable resource like HKPRO (can't tell you how many times I've opened an old thread for...
62 2.5K Jpr replied Apr 18, 2026

HK/Clone FRT,Super Safety,Binary,et al Discussion
dtibbals · Nov 13, 2025
**SP5 AS Designs Lower with Arc Fire and Geiselle SSA**
I received the AS Designs FRT for the SP5 this week and so far I've got just about 500 rounds through it. I've had 3 others shoot it and it always ends with lots of smiles. My opinion so far is it's worth the money but so far one thing I'd like to change is the safety levers. They don't feel up...
12 1.2K dlar9612 replied Jul 11, 2026

HK/Clone FRT,Super Safety,Binary,et al Discussion
LFOD1776 · Jan 9, 2026

**MP5-K or "Reverse Stretch" for an FRT setup?**

I made a New Year's resolution to finally take the plunge on putting together an MP5 clone with a forced reset trigger. My plan is to use the AS Designs "full kit", as it's as much of a drop-in/plug-and-play system as you can get. I want to go with a short barrel (my plan is to SBR the...

10 · 530 · AS Designs replied Jan 12, 2026

---

HK/Clone FRT,Super Safety,Binary,et al Discussion
wdritchey · Feb 15, 2026

**Rare Breed FRT for MP5 on site!**

Was just browsing and noticed Rare Breed has MP5 FRT listed! No price shown. I didn't think they officially released them yet - my guess is they're getting the products set up on the site now and setting them live later. The descriptions state that it's a drop-in for all HK roller-delayed...



4 · 2.9K · HKtrust replied Feb 15, 2026

---

HK PARTS AND ACCESSORIES FOR SALE
msmp5 · Feb 17, 2026

For Sale **MP5 3RB (0,1,3,F) Trigger Group**

$1,995.00 Las Vegas, Nevada



4 · 282 · msmp5 replied Aug 13, 2026

---

HK/Clone FRT,Super Safety,Binary,et al Discussion
jdp83 · Feb 22, 2026

**Help fitting the AS Designs AR MP5-K lower onto my DJ Getz 89K**

I need some help fitting the AS Designs AR MP5-K lower onto my DJ Getz 89K from 2015. I originally ordered the H&K SP5K/SP5K-PDW version and then found out that the ears aren't wide enough so re-ordered the PTR 9KT version. The lower rear push pin won't quite go in and I'm not sure if I should...



4 · 157 · jdp83 replied Feb 24, 2026

---

HK PARTS AND ACCESSORIES FOR SALE
HKtrust · Mar 1, 2026

For Sale **MP5 Trigger Groups/packs/housings (Prices reduced)**

$250.00



6 · 815 · HKtrust replied Apr 5, 2026

---

HK PARTS AND ACCESSORIES FOR SALE
MagicMike69 · Mar 18, 2026

Sold **MP5 0-1-3-F Trigger Group**

$1,350.00 Livonia, Michigan

2 · 300 · MagicMike69 replied Mar 18, 2026

---

HK/Clone FRT,Super Safety,Binary,et al Discussion
The Takedown Tools · Apr 10, 2026

**FRT & Trigger Upgrades for HK Platforms — ARC-Fire V2, Partisan Disruptor, Super Safety & More [Authorized Dealer]**

Putting this together for the HKPro community since HK platform compatibility on modern trigger systems is scattered across a dozen threads and hard to track down in one place. We're an authorized dealer for Partisan Triggers, AS Designs, and Hoffman Tactical. Here's what's actually...

7 · 639 · Jacobm replied Apr 21, 2026

---

HK CLONE TALK
blackops01 · Apr 15, 2026

**HK33/MP5 German Walnut A2 Wood Stock (HKP) — MKE Receiver Fitment Experience?**

Hey all, Building a suppressed MP5 SBR on a WHA build (MKE receiver). I've been eyeing the HK German walnut A2 wood fixed stock from HK Parts — the vintage German military surplus walnut listed as compatible with HK33/HK53/HK93/HK94 and MP5 with minor modifications. I've seen mixed reports in...

4 · 172 · blackops01 replied Apr 16, 2026


cisco.com
Distributed Security Fabric - Protect Hybrid Workforces - Security That Scales

HK LONG GUN TALK
wdritchey · Apr 18, 2026

**Timney MP5 Trigger compatibility in a G3**

Timney make a nice 2-stage trigger for the MP5. Depending on the website, the model compatibility is mixed and I emailed them and they said it "should" work in any roller delayed SEF housing. I want to know if anyone can confirm if their MP5 trigger works in a G3 - I am having a parts kit put...

2 · 72 · treywhite82 replied Apr 18, 2026

---

HK PARTS AND ACCESSORIES FOR SALE
ContingencyPlan · May 11, 2026

Sold **MP5 / AP5 Parts Blowout – MKE Trigger Housings, Flash Hider, Mounts & More**

$35.00 Houston, Texas

3 · 417 · ContingencyPlan replied May 23, 2026

---

HK PARTS AND ACCESSORIES FOR SALE
grimaila · Jun 16, 2026

Sold **MP5 FRT Leber V2 Complete Active Reset Lower for the MAC 5 (and other Full-Size front pin MP5 clones)**

$240.00 Dayton, Ohio



2 · 85 · grimaila replied Jun 27, 2026

---

NON HK ACCESSORIES FOR SALE
Vegeta_HK · Aug 14, 2026

For Sale **MP5/K Super Safety Parts / War Hammer / AS Designs / Geissele**

$50.00

0 · 43 · Vegeta_HK replied Aug 14, 2026

Home About Us Terms of Use Privacy Policy Help Business Directory Contact Us | Grow Your Business | Get the Fora App NEW

When you purchase through links on our site, we may earn an affiliate commission, which supports our community. The Fora platform includes forum software by XenForo. Second Media Corp., 111 Peter Street, Suite 600, Toronto, Ontario, M5V 2H1, Canada

fora
ACCREDITED BUSINESS
Your Privacy Choices

Captured by FireShot Pro: 29 August 2026, 06:25:07 PM
https://getfireshot.com