# EXHIBIT 34




MP5 | comments

JSoucek77 (1) | preferences | logout

Question **I know F rare breed but do you use** (self.MP5)
submitted 2 months ago by gqllc007

a buffer with the rare breed 3 Pos Ambi trigger in a SP5 like you would with a SS?

20 comments share save hide report crosspost

all 20 comments
sorted by: best

save | content policy | formatting help

[–] ineedaporsche 6 points 2 months ago
You don't
permalink embed save report reply

[–] helas9 3 points 2 months ago
Nope
permalink embed save report reply

[–] InadvertentObserver H&K 6 points 2 months ago
Drop in and rock and roll.
permalink embed save report reply

[–] ILiketoSteponLegos 2 points 2 months ago
I use a 90 LP but only run supressed
permalink embed save report reply

> [–] gqllc007 [S] -1 points 2 months ago
> Is that on the SP5 or the SP5k? I didn't know that it needed to be changed on the SP5
> permalink embed save parent report reply
>
> > [–] ILiketoSteponLegos 0 points 2 months ago
> > Not a true sp5 but a mac5k. Never had any issues. The thing just runs. It was the easiest install. Shoots soft. If your full size you should be fine from what I see regularly but if it'll run a 90 is nice
> > permalink embed save parent report reply
> >
> > > [–] gqllc007 [S] 1 point 2 months ago
> > > Ok thanks. Yes mine is a full size
> > > permalink embed save parent report reply

[–] HK_Shooter_1301 3 points 2 months ago
It's amusing , when the rare breed cassettes came out three months ago everyone and their mother was "fuck rare breed". Now that AS Designs has once again dropped the ball everyone can't buy the rare breed cassettes fast enough. Fucking reddit neckbearda
permalink embed save report reply

> [–] Sqwhirrly91 5 points 2 months ago
> I'll still hold out for AS Designs. Rare Breed can suck my taint
> permalink embed save parent report reply
>
> > [–] NoOneBitch 0 points 2 months ago
> > Lmaooo not the taint
> > permalink embed save parent report reply
> >
> > > [–] Sqwhirrly91 0 points 2 months ago
> > > Is a spicy time.
> > > permalink embed save parent report reply
>
> [+] *[deleted] 2 months ago (1 child)*

[–] McDorkin 3 points 2 months ago
I like my 3pos ambi even though the haters hate.
permalink embed save report reply

[–] Ar159mm 2 points 2 months ago
Say what you want about, rare breed, but they don't seem to have any problems with sales, all ways out stock. All most But I snagged 1 let say it's so smooth it put a smile your face .
permalink embed save report reply

[+] *ControlAltDel69 comment score below threshold (7 children)*

search

this post was submitted on 01 Jun 2026
**0 points** (31% upvoted)
shortlink: https://redd.it/1ttxbrj

Submit a new link

Submit a new text post

**MP5**

join

Show my flair on this subreddit. It looks like:
JSoucek77 (edit)

This Subreddit is dedicated to the MP5 submachine gun, its variants and clones. This includes the MP5, MP5K, MP5/40, MP5/10, MP5K-PDW and MP5SD series.

Check out the Wiki for manuals, frequently asked questions, and instructional guides.

**Rules**

- Off topic posts not related to MP5s, clones, accessories (including compatible suppressors), or MP5 manufacturing companies (news or otherwise) will be removed. No airsoft products or toy discussions permitted.
- If a post or comment makes no attempt at being constructive for the subreddit, it will be removed. "this" "lol" and "k" are examples of low effort rule violations.
- If you have nothing nice to say, it's best not to say anything at all. Be respectful and treat others the way you want to be treated.
- Buying, selling, trading is prohibited in this subreddit. Please use r/gunaccessoriesforsale, HK Pro or Sturmgewehr for any private sales.

created by asillasitgets a community for 10 years

MODERATORS

MESSAGE THE MODS

ChogolateMilk HNIC
Kingkobb208
cooltreasures
LynchMob_Lerry
condavour
hive-protect

about moderation team »

account activity



Use of this site constitutes acceptance of our User Agreement and Privacy Policy. © 2026 reddit inc. All rights reserved.
REDDIT and the ALIEN Logo are registered trademarks of reddit inc.

Captured by FireShot Pro: 29 August 2026, 06:12:48 PM
https://getfireshot.com