# EXHIBIT 36

AR Sponsor BRAVO COMPANY USA LIFE SAVING TOOLS

Modern

ATF Hacked, Guns For Felons, & Staccato Warranty Update | ARFCOM NEWS
PVS-14 with Photonis ECHO WP 2000-2200 FOM - IN STOCK!

# For those who don't hate Rare Breed Triggers....They've posted their MP5 Trigger

**PursuitSS**
...believe in me, I'm with the High Command.
Joined: May 2006 Posts: 16721
EE: 100% (35) MO, USA

Posted: 2/24/2026 7:22:38 PM EDT

It's listed

"When trading bullets it is better to give than to receive"

"People sleep peaceably in their beds at night only because rough men stand ready to do violence on their behalf." - George Orwell

---

**Bye_Felicia**
Joined: Apr 2003 Posts: 23276
EE: 100% (199) MO, USA

Posted: 2/24/2026 7:26:21 PM EDT [#1]

Did you order one?

Me? Fuck Rare Breed and fuck $625 for one.

"My friend, you would not tell with such high zest
To children ardent for some desperate glory,
The old Lie: Dulce et decorum est
Pro patria mori." -Wilfred Owen

---

**PursuitSS**
...believe in me, I'm with the High Command.
Joined: May 2006 Posts: 16722
EE: 100% (35) MO, USA

Posted: 2/24/2026 7:37:53 PM EDT [#2]

Quote History

> Originally Posted By Bye_Felicia:
>
> Did you order one?
>
> Me? Fuck Rare Breed and fuck $625 for one.

I purchased a Rare Breed when they first came out!

I later purchased a Delta Team Tactical 3 position AR trigger (I suspect it was actually Rare Breed, too high of quality)

Watching several videos on the subject of Rare Breed, he's not the monster he's made out to be.

Plus $750+++ for a Super Safety for a MP5, with no guarantee it will work without a lot of tinkering and a higher than normal cyclic rate.....No Thank You.

"When trading bullets it is better to give than to receive"

"People sleep peaceably in their beds at night only because rough men stand ready to do violence on their behalf." - George Orwell

Be Better.

---

**PursuitSS**
...believe in me, I'm with the High Command.
Joined: May 2006 Posts: 16723
EE: 100% (35) MO, USA

Posted: 2/24/2026 7:44:16 PM EDT [#3]

Already GONE!!!

"When trading bullets it is better to give than to receive"

"People sleep peaceably in their beds at night only because rough men stand ready to do violence on their behalf." - George Orwell

---

**DoctorMRG**
Member
Joined: Jan 2025 Posts: 2
EE: 100% (3) OH, USA

Posted: 2/24/2026 9:19:58 PM EDT [#4]

Check back tomorrow...

If its like their other triggers, just keep checking back everyday as they have rolling production.

They will only let you order if they have units in stock ready to ship.

---

**cryo_tech**
Joined: Feb 2012 Posts: 8699
EE: 100% (41) VA, USA

Posted: 2/24/2026 9:37:35 PM EDT [#5]

Hope Partisan is close - or ASD. I dont want to support RB

---

**cryo_tech**
Joined: Feb 2012 Posts: 8700
EE: 100% (41) VA, USA

Posted: 2/24/2026 9:43:21 PM EDT [#6]

Hope Partisan is close - or ASD. I dont want to support RB

ATRIUS DEVELOPMENT GROUP INTRODUCING X-SERIES AMBIDEXTROUS FRS FOR MCX • MPX EARLY BIRD PRICE $299 USE CODE ARFCOMX AT CHECKOUT
ARMSLIST AMERICA'S FIREARMS MARKETPLACE BUY SELL TRADE JOIN NOW!




**networkguru**
Joined: Nov 2018 Posts: 8550
EE: 100% (3) SC, USA
5

Posted: 2/24/2026 9:45:05 PM EDT [#7]

ARKH is the way.



**NWRed**
Amateur Ammo Fort Constructor
Joined: Apr 2002 Posts: 12454
EE: 100% (368) ID, USA
20

Posted: 2/24/2026 10:04:11 PM EDT [#8]

Quote History

> Originally Posted By PursuitSS:
>
> Watching several videos on the subject of Rare Breed, he's not the monster he's made out to be.

They knowingly acquired from Cameron Smith a fraudulently obtained patent and then used that patent in a lawsuit against the actual inventor. I'm quite certain that everyone involved with ABC/Rare Greed/Twin Bros are fucking trash even if you completely ignore everything else they've done and only looked at how they obtained, and have used the supersafety patent so far.

"Kid you're so lost, even I can't bring you home" - The North Star



**ELittlefield**
Member
Joined: Dec 2023 Posts: 8576
EE: 100% (7) USA

Posted: 2/24/2026 11:16:53 PM EDT [#9]

Quote History

> Originally Posted By PursuitSS:
>
> I purchased a Rare Breed when they first came out!
>
> I later purchased a Delta Team Tactical 3 position AR trigger (I suspect it was actually Rare Breed, too high of quality)
>
> Watching several videos on the subject of Rare Breed, he's not the monster he's made out to be.
>
> Plus $750+++ for a Super Safety for a MP5, with no guarantee it will work without a lot of tinkering and a higher than normal cyclic rate.....No Thank You.

View All Quotes

Correct. He's worse.




**D_Man**
Well Lubricated
Joined: May 2008 Posts: 14304
EE: 100% (17) OH, USA
15

Posted: 2/25/2026 11:48:09 AM EDT [#10]

I can't wait to cyberbully the people who buy this.




**Corn-fed-556**
Joined: Mar 2025 Posts: 80
EE: 0% (0) KS, USA

Posted: 2/25/2026 12:14:50 PM EDT [#11]

Wouldn't surprise me if they had a limited amount in-stock and weren't planning on releasing yet, but their hand was forced by ASD. Also they probably wanted to be sure they were "first to market" so when they sue ASD for their ARKH it's more easily defensible for the lawyer.



**dredeagle**
Member
Joined: Aug 2025 Posts: 95
EE: 0% (0) TX, USA

Posted: 2/25/2026 12:36:40 PM EDT [#12]

Quote History

> Originally Posted By NWRed:
>
> They knowingly acquired from Cameron Smith a fraudulently obtained patent and then used that patent in a lawsuit against the actual inventor. I'm quite certain that everyone involved with ABC/Rare Greed/Twin Bros are fucking trash even if you completely ignore everything else they've done and only looked at how they obtained, and have used the supersafety patent so far.

I believe it is also important to consider the order of events: they acquired the fraudulent patent for a design Hoffman had already given to the public domain only after settling with DOJ.

If correct, it is clear and apparent that ABC/RB is not even trying to serve the best interests of the 2a community. Instead, I'd describe their behavior as predatory just seeking dollars.

I think these guys are trying to collect $300 Royalty for every gizmo that forces reset on an autoloader.

So, now they're try'g to out hate HK.



**Disguy**
Member
Joined: Aug 2025 Posts: 105
EE: 0% (0) PA, USA

Posted: 2/26/2026 2:47:57 AM EDT [#13]

FRB



**stiglitz_actual**
Member
Joined: Jul 2017 Posts: 3591
EE: 100% (63) DEU
5

Posted: 2/26/2026 4:23:35 AM EDT [Last Edit: stiglitz_actual] [#14]

There's already been no less than three shill-esque threads about this here, GD, and the HK forum

RB is dead, and the ATF is masquerading with their carcass
Don't give them a dime

If you got money to spare, donate to the legal fight against RB



**Karankawa**
Easily distracted
Joined: Mar 2003 Posts: 11440
EE: 100% (5) TX, USA

Posted: 2/26/2026 4:30:32 AM EDT [#15]

Quote History

> Originally Posted By stiglitz_actual:
>
> There's already been no less than three shill-esque threads about this here, GD, and the HK forum
>
> RB is dead, and the ATF is masquerading with their carcass
> Don't give them a dime
>
> If you got money to spare, donate to the legal fight against RB

This

---

**cryo_tech**
Joined: Feb 2012 Posts: 8705
EE: 100% (41) VA, USA

Posted: 2/26/2026 6:04:00 PM EDT [#16]

Yup - I want 3 HK FRTs in a bad way, but damn if I'll give RB anything. Id rather go against what I want with an AR style lower (gross) first

---



**amos1909**
America, turn to God because only He can save us!
Joined: Apr 2008 Posts: 33067
EE: 100% (341) TN, USA

Posted: 2/27/2026 9:03:11 AM EDT [Last Edit: amos1909] [#17]

Quote History

> Originally Posted By stiglitz_actual:
>
> There's already been no less than three shill-esque threads about this here, GD, and the HK forum
>
> RB is dead, and the ATF is masquerading with their carcass
> Don't give them a dime
>
> If you got money to spare, donate to the legal fight against RB

And it shall come to pass that whosoever shall call on the name of the Lord shall be saved.-- Acts 2:21

"The only reason after 250 years that the Government now wants to disarm you, is they intend to do something you would shoot them for."

---

**vt357**
Joined: Feb 2008 Posts: 125
EE: 100% (2) VA, USA

Posted: 2/27/2026 8:51:34 PM EDT [#18]




---

**Xerith**
Joined: Dec 2010 Posts: 1082
EE: 100% (1) KY, USA

Posted: 2/28/2026 5:40:44 AM EDT [#19]

Surprised they sold out so fast for that price. I'm guessing mostly resellers than are in for a rude awaking when they are stuck with them for a bit.

---

**arashi**
Joined: Nov 2004 Posts: 4166
EE: 100% (28) NV, USA

Posted: 2/28/2026 6:25:48 AM EDT [#20]

Quote History

> Originally Posted By Bye_Felicia:
>
> Did you order one?
>
> Me? Fuck Rare Breed and fuck $625 for one.

---



**mini14jac**
Member
Joined: Feb 2001 Posts: 5020
EE: 100% (169) TN, USA

Posted: 2/28/2026 7:16:46 AM EDT [Last Edit: mini14jac] [#21]

> Originally Posted By Xerith:
>
> Surprised they sold out so fast for that price. I'm guessing mostly resellers than are in for a rude awaking when they are stuck with them for a bit.

That's about what a Franklin Armory binary trigger for the MP5 costs, so it's not ridiculous.
MP5 binary

(I've had a couple of those and a Super Safety or other FRT beats binary every day and twice on Sunday.)

And a lot of people that don't read Arf may not realize that RB is suing everybody and their grandmother.

They will probably sell out frequently until some of the other MP5 FRTs show up on the market.



**HKH**
Member
Joined: May 2006 Posts: 24325
EE: 100% (41) DC, USA
20

**Posted: 2/28/2026 8:57:42 AM EDT** [#22]

**Quote History**

> Originally Posted By Xerith:
>
> Surprised they sold out so fast for that price. I'm guessing mostly resellers than are in for a rude awaking when they are stuck with them for a bit.




**ark-and-spark**
Team Member
Joined: Jun 2001 Posts: 8368
EE: 100% (693) OK, USA
25

**Posted: 2/28/2026 9:23:12 AM EDT** [#23]

> Originally Posted By HKH:

Yeah, I think rare breed could sacrifice children on tv and still sell out.



**SSG-69**
Thick Member
Joined: Jul 2024 Posts: 1188
EE: 100% (19) NM, USA

**Posted: 3/2/2026 11:44:52 PM EDT** [Last Edit: SSG-69] [#24]

I hate to admit it...

...but a 3-pos drop-in that fits a standard grip frame, uses an HK pattern safety, & doesn't require a trip install on the carrier...

...fits my SBR plans.

We'll see what the reviews say.




https://www.youtube.com/watch?v=H1R-iEk5FPs

Pretty much focused on off-grid property, acquisition of needed things for an uncertain future, and lightening the load of things.



**bkpkr**
#6packclub
Joined: May 2007 Posts: 33903
EE: 100% (338) TN, USA
15

**Posted: 3/3/2026 12:40:49 AM EDT** [#25]

**Quote History**

> Originally Posted By SSG-69:
>
> I hate to admit it...
>
> ...but a 3-pos drop-in that fits a standard grip frame, uses an HK pattern safety, & doesn't require a trip install on the carrier...
>
> ...fits my SBR plans.
>
> We'll see what the reviews say.
>
> https://www.youtube.com/watch?v=H1R-iEk5FPs

Lucky for us there are other options. Fuck rare breed. This is the thread you seek.



**Jeeps-And-Guns**
Member
Joined: Jan 2017 Posts: 3964
EE: 100% (60) AL, USA
5

**Posted: 3/4/2026 9:38:22 AM EDT** [#26]

I'll wait for the ASD version.



**jerz_subbie**
Acronym & abbreviation whore :-)
Joined: Jan 2007 Posts: 11358
EE: 100% (515) NC, USA
15

**Posted: 3/4/2026 9:42:58 AM EDT** [#27]

**Quote History**

> Originally Posted By Jeeps-And-Guns:
>
> I'll wait for the ASD version.

Same here. I'm fine with the $600 price point, but of course hoping ASD comes in a little lower. I'll be grabbing 2 for sure.

"When will the economy get better?" When you start spending!

"Grammar: the difference between knowing your sh*t and knowing you're sh*t!"



**SSG-69**
Thick Member
Joined: Jul 2024 Posts: 1202
EE: 100% (19) NM, USA

**Posted: 3/4/2026 10:02:12 AM EDT** [#28]

Thanks, subscribed to the AS Designs thread also.

Failing arfcom purity tests. I was an early adopter of the first RB FRT, never installed it due to time, and eventually got a MSA upgrade kit for it.

The FRT from a neighboring westerly state that shall not be named did run like a raped ape in my 733 clone.

Pretty much focused on off-grid property, acquisition of needed things for an uncertain future, and lightening the load of things.




**rb889**
Joined: Mar 2014 Posts: 17640
EE: 100% (9) VA, USA

Posted: 3/5/2026 5:54:45 AM EDT [#29]

Quote History

> Originally Posted By jerz_subbie:
>
> Same here. I'm fine with the $600 price point, but of course hoping ASD comes in a little lower. I'll be grabbing 2 for sure.

View All Quotes

Yup, plan on building a fun blaster. Also hoping for a G36 version for an S5 clone, ASD has been making one of those, as well.

---



**SSG-69**
Exceptionally Thick Member
Joined: Jul 2024 Posts: 1540
EE: 100% (19) USA

Posted: 5/26/2026 10:48:59 PM EDT [Last Edit: SSG-69] [#30]

Attached File
Attached File

Attached File

---



**SSG-69**
Exceptionally Thick Member
Joined: Jul 2024 Posts: 1545
EE: 100% (19) USA

Posted: 5/30/2026 7:30:10 PM EDT [#31]

Shot the AP5 with SEF FRT and it ran like a raped ape. Four mags, MKE and HK, 115gr CBC ball. Love it!

---




**HKPDW**
Joined: Jan 2002 Posts: 11764
EE: 100% (33) UT, USA

Posted: 5/30/2026 7:46:34 PM EDT [Last Edit: HKPDW] [#32]

Quote History

> Originally Posted By SSG-69:
>
> Shot the AP5 with SEF FRT and it ran like a raped ape. Four mags, MKE and HK, 115gr CBC ball. Love it!

I can't bring myself to go with RB.

Ill just wait it out for ASD.

---



**SSG-69**
Exceptionally Thick Member
Joined: Jul 2024 Posts: 1549
EE: 100% (19) USA

Posted: 5/31/2026 9:23:32 PM EDT [#33]

Quote History

> Originally Posted By HKPDW:
>
> I can't bring myself to go with RB.
>
> Ill just wait it out for ASD.

View All Quotes

I'd post a video but I hate putting images of myself on the internet. Shot the MP5 and MP5k a fair amount in a course years ago and fell in love, like most of us.

Rate of fire is equivalent to the real thing. I could feel the trigger forced reset if I was feeling for it but if you're focused on the front sight and driving the gun and the target, you don't notice.

I appreciate everyone'a principles... but I didn't want to wait.

---




**HKPDW**
Joined: Jan 2002 Posts: 11777
EE: 100% (33) UT, USA

Posted: 5/31/2026 9:57:35 PM EDT [#34]

Quote History

> Originally Posted By SSG-69:
>
> I'd post a video but I hate putting images of myself on the internet. Shot the MP5 and MP5k a fair amount in a course years ago and fell in love, like most of us.
>
> Rate of fire is equivalent to the real thing. I could feel the trigger forced reset if I was feeling for it but if you're focused on the front sight and driving the gun and the target, you don't notice.
>
> I appreciate everyone'a principles... but I didn't want to wait.

I'm sure it's a fine trigger.

---



**mini14jac**
Member
Joined: Feb 2001 Posts: 5078
EE: 100% (169) TN, USA

Posted: 6/1/2026 8:02:55 AM EDT [Last Edit: mini14jac] [#35]

> Originally Posted By SSG-69:
>
> I'd post a video but I hate putting images of myself on the internet. Shot the MP5 and MP5k a fair amount in a course years ago and fell in love, like most of us.
>
> Rate of fire is equivalent to the real thing. I could feel the trigger forced reset if I was feeling for it but if you're focused on the front sight and driving the gun and the target, you don't notice.
>
> I appreciate everyone'a principles... but I didn't want to wait.

I'm in the same boat.
I hope we can all agree to disagree.

The Rare Breed MP5 triggers cost almost exactly what I've paid for binary MP5 triggers and they weren't nearly as much fun.

I waited a couple of months when different vendors said they were coming out with MP5 units.
Finally "pulled the trigger" on a RB SEF module for my AP5-P.
It really rocks!
I had a Super Safety in there so I was used to the "fully semiauto" function, but having that in an HK lower with a three position switch really puts a smile on your face.

When I randomly clicked on the RB website and they had SEF units in stock again, I grabbed one for my POF full size.

I do support as many of the FRT manufacturers as I possibly can.
I have bought Super Safeties from Deez Nuts and Grey Market, FRTs from Partisan, CornFire, and Arizona Regulator, in addition to Rare Breed.

I intend to turn cash into noise as long as I can afford to, or until these get legislated out of existence.

If that happens I will go back to being legal, and owning guns that only look like machine guns.

Sign up to continue the discussion

Create a free account to share your thoughts, follow topics, and connect with the AR15.COM community.

Register to Reply

Already a member? Sign In

For those who don't hate Rare Breed Triggers....They've posted their MP5 Trigger

Home / AR-15 / Rate of Fire Triggers

AR Sponsor BRAVO COMPANY USA LIFE SAVING TOOLS Modern

Active Topics Newest Topics Code of Conduct

AR15.COM

The world's largest firearm community and is a gathering place for firearm enthusiasts of all types. From hunters and military members, to competition shooters and general firearm enthusiasts, we welcome anyone who values and respects the way of the firearm.

GIFs on this site are Powered by GIPHY

Quick Links
Blog
Deals
Equipment Exchange
Forums
Memberships

Info
About
Advertising
DMCA
Help
Privacy Policy
Your Privacy Choices

Stay Updated
Subscribe to our monthly Newsletter to receive firearm news, product discounts from your favorite Industry Partners, and more.

Email Address
Subscribe

© 1996-2026 AR15.COM LLC. All rights reserved.