# EXHIBIT 37






0

News **Rarebreed Ambi RD3 in stock now** (self.MP5)
submitted 4 months ago by born2rock4life

Just saw they are in stock after checking their website and wanted to pass along the info. I know RB is not loved by most of the community, so do with this information what you will. Hope everyone gets their ideal FRT regardless of who makes it. For those who are willing to wait, the ASD drop-in cassette is expected in the next few months.

https://rarebreedtriggers.com/product/frt-rd3-ambi/

17 comments share save hide report crosspost

all 17 comments
sorted by: best

save content policy formatting help

[–] Troughbomber 20 points 4 months ago
Holding out for ASD. I can't support the ATF's lapdog.
permalink embed save report reply

> [–] WraxJax H&K SP5 1 point 4 months ago
> is it called the ARHK?
> permalink embed save parent report reply
>
> > [–] Just-Entrepreneur-66 1 point 3 months ago
> > Yes
> > permalink embed save parent report reply

[–] marvinfuture 13 points 4 months ago
Fuck rare greed. It's more expensive than ASD anyway
permalink embed save report reply

> [–] Limp-Conflict-2309 2 points 4 months ago
> and only works on mp5 and mp5k models...no g3, hk21 etc functionality
> permalink embed save parent report reply

[–] GodGunCountry 7 points 4 months ago
Fuck rb.
permalink embed save report reply

[–] Knight-7191 8 points 4 months ago
If you know they are hated by this community, why post for these assholes? Don't give any light to these douche bags.
permalink embed save report reply

[–] LonelyKaizen 6 points 4 months ago
Negative karma for you 🙏
permalink embed save report reply

[–] CompleteChaosPodcast 6 points 4 months ago
$620 and it's not even 4 position?
permalink embed save report reply

> [–] Next_Entertainer_404 H&K SP5 5 points 4 months ago
> I don't get the obsession with 3 round burst. Literally just hold the trigger less long and, voila! 3 round burst for free.
> permalink embed save parent report reply

[–] REBEL_9999 4 points 4 months ago
fuck them
permalink embed save report reply

[–] Nvega1997 2 points 2 months ago
Does this drop directly into the HK SP5, or would I need to get a new lower?
permalink embed save report reply

[–] Weldpipe82 3 points 4 months ago
Tell us you're gay without telling us you're gay
permalink embed save report reply

[–] Adrenaline-Junkie187 1 point 4 months ago
FTG and the people that support them.
permalink embed save report reply

[–] Few-Entrepreneur-316 1 point 4 months ago
best product ever
permalink embed save report reply

[–] Klutzy-Difference278 -10 points 4 months ago
Just ordered mine
permalink embed save report reply

search

this post was submitted on 28 Apr 2026
**0 points** (35% upvoted)
shortlink: https://redd.it/1syh02z

Submit a new link

Submit a new text post

## MP5

join

Show my flair on this subreddit. It looks like:
JSoucek77 (edit)

This Subreddit is dedicated to the MP5 submachine gun, its variants and clones. This includes the MP5, MP5K, MP5/40, MP5/10, MP5K-PDW and MP5SD series.

Check out the Wiki for manuals, frequently asked questions, and instructional guides.

### Rules

- Off topic posts not related to MP5s, clones, accessories (including compatible suppressors), or MP5 manufacturing companies (news or otherwise) will be removed. No airsoft products or toy discussions permitted.
- If a post or comment makes no attempt at being constructive for the subreddit, it will be removed. "this" "lol" and "k" are examples of low effort rule violations.
- If you have nothing nice to say, it's best not to say anything at all. Be respectful and treat others the way you want to be treated.
- Buying, selling, trading is prohibited in this subreddit. Please use r/gunaccessoriesforsale, HK Pro or Sturmgewehr for any private sales.

created by asillasitgets a community for 10 years

MODERATORS

MESSAGE THE MODS

ChogolateMilk HNIC
Kingkobb208
cooltreasures
LynchMob_Lerry
condavour
hive-protect

about moderation team »

account activity



Use of this site constitutes acceptance of our User Agreement and Privacy Policy. © 2026 reddit inc. All rights reserved.
REDDIT and the ALIEN Logo are registered trademarks of reddit inc.

Captured by FireShot Pro: 31 August 2026, 10:29:31 PM
https://getfireshot.com