# EXHIBIT 38

Active Topics Newest Topics Code of Conduct 7823 Online

AR15.COM Forums Equipment Exchange Blog Gear Deals Store All Forums Search... Login / Register

Home / General / General Discussion Modern

ATF Hacked, Guns For Felons, & Staccato Warranty Update | ARFCOM NEWS
PVS-14 with Photonis ECHO WP 2000-2200 FOM - IN STOCK!







## Rare breed filing lawsuits - ATF now supporting rare greed in court (Page 22 of 24)

Previous Page 22 / 24 Next Page



**D_Man**
Well Lubricated
Joined: May 2008 Posts: 14947
EE: 100% (17) OH, USA

Posted: 7/14/2026 10:01:14 PM EDT [#1]

Quote History

> Originally Posted By FlatlandBusa:
>
> Easiest and best is your subjective opinion.
>
> People like you are supporting their lawfair. Period.



**FlatlandBusa**
Let's GO!
Joined: Nov 2016 Posts: 2276
EE: 0% (0) NE, USA

Posted: 7/14/2026 10:13:01 PM EDT [#2]

Quote History

> Originally Posted By HillaryClinton:
>
> You're reading his post wrong. He's mocking the people who buy from Rare Greed.
>
> Frankly I don't know how anyone could buy from that shitbag company, yet plenty of people here still do. Although they make the best current MP5 FRT, I refuse to buy it. I'll wait for AS Designs to release their new FRT.

I missed the quotes the first time I read his post. I have edited my post. Apologies @D_Man

Middleofnowhere, Nebraska






**TheOtherDave**
Member
Joined: Jan 2004 Posts: 58275
EE: 100% (9) MI, USA

Posted: 7/15/2026 2:44:52 AM EDT [#3]

Quote History

> Originally Posted By JosephTurrisi:
>
> Where is the money coming from that they can afford to file all these suits

This is where I wonder out loud again if the DOJ is giving RG help in kind by writing and helping file all of these lawsuits with DOJ attorneys....

Never make another person a priority when they merely see you as an option...

"Some People Are Like Slinkies. They're Not Really Good For Anything, But They Bring a Smile To Your Face When Pushed Down The Stairs."



**Coffin-Nail**
Member
Joined: Jul 2004 Posts: 41586
EE: 100% (5) GA, USA

Posted: 7/15/2026 6:30:07 AM EDT [#4]

Quote History

> Originally Posted By TheOtherDave:
>
> This is where I wonder out loud again if the DOJ is giving RG help in kind by writing and helping file all of these lawsuits with DOJ attorneys....

View All Quotes

They had something in the neighborhood of 39 million when all of this started and they're still selling triggers. I don't think they need much help.



**Jeeps-And-Guns**
Member
Joined: Jan 2017 Posts: 4333
EE: 100% (60) AL, USA

Posted: 7/15/2026 7:54:39 AM EDT [#5]

So they are just suing any retailer who has ever sold any type of FRT?

**TZLVredmist**
www.inoculum-group.com
Joined: Dec 2003 Posts: 14093
EE: 100% (30) ID, USA

Posted: 7/15/2026 8:30:00 AM EDT [Last Edit: TZLVredmist] [#6]

Quote History

> Originally Posted By Jeeps-And-Guns:
>
> So they are just suing any retailer who has ever sold any type of FRT?

Yes, looks that way.



**Plumber576**
Member
Joined: Apr 2005 Posts: 16596
EE: 100% (10) OH, USA

Posted: 7/16/2026 1:42:28 PM EDT [Last Edit: Plumber576] [#7]

RECOIL Magazine on Facebook (Only other souce I've seen is Instagram).

> Big news! Rare Breed Triggers and B&T USA Announce Strategic Partnership: B&T USA SPC9, GHM9 and GHM45 platforms will now be offered with the patented Rare Breed FRT-SG3 Forced Reset Trigger installed directly from the factory.



**Coffin-Nail**
Member
Joined: Jul 2004 Posts: 41603
EE: 100% (5) GA, USA

Posted: 7/16/2026 4:10:36 PM EDT [#8]

Quote History

> Originally Posted By Plumber576:
> RECOIL Magazine on Facebook (Only other souce I've seen is Instagram).

View All Quotes

Is that the mothership making that deal or the cunts who are going to have to give up the company because they wouldn't pay their bills.



**ridinshotgun**
Whatever
Joined: Oct 2002 Posts: 3529
EE: 100% (66) USA

Posted: 7/16/2026 6:01:40 PM EDT [#9]

Quote History

> Originally Posted By Plumber576:
> RECOIL Magazine on Facebook (Only other souce I've seen is Instagram).

View All Quotes

Well I had been eyeing some B&T suppressors and was waiting for the dust to settle from the corporate shitshow. Guess I don't have to worry about that now that they are in bed with RG.

Be a hard-ass. Every day should be like his first day in prison, and he's all alone in the yard without a shiv.




**broken_reticle**
Joined: Aug 2009 Posts: 28843
EE: 100% (2) USA

Posted: 7/20/2026 10:03:18 AM EDT [#10]

Tippmann just announced new rifles with RB triggers.




**T1NMAN**
Joined: Feb 2008 Posts: 9426
EE: 0% (0) GA, USA

Posted: 7/20/2026 10:19:44 AM EDT [#11]

Quote History

> Originally Posted By handyandy:
> So, it seems to me that Rare Breed is a vassal company being used as a front for the ATF to sue legitimate businesses. Have the shitheads at RB ever publicly commented on their actions?

I'm going with this as well.

Think about the logistics of trying to track triggers once they are being sold by dozens and dozens of companies.
My opinion, this is all about three letters wanting a clean pipeline to data collection.



**HKH**
Member
Joined: May 2006 Posts: 24757
EE: 100% (41) DC, USA

Posted: 7/20/2026 11:17:55 AM EDT [#12]

Quote History

> Originally Posted By T1NMAN:
> I'm going with this as well.
> Think about the logistics of trying to track triggers once they are being sold by dozens and dozens of companies.
> My opinion, this is all about three letters wanting a clean pipeline to data collection.

Well

No use in shutting the barn doors now. All the horses have already run off.



**Coffin-Nail**
Member
Joined: Jul 2004 Posts: 41681
EE: 100% (5) GA, USA

Posted: 7/20/2026 11:32:39 AM EDT [#13]

Quote History

> Originally Posted By broken_reticle:
> Tippmann just announced new rifles with RB triggers.

Gross, I'd rather not have factory options for FRT's than to fund these assholes.

This is just proof their lawfair is working.



**NWRed**
Amateur Ammo Fort Constructor
Joined: Apr 2002 Posts: 12527
EE: 100% (368) ID, USA

Posted: 7/20/2026 2:59:45 PM EDT [Last Edit: NWRed] [#14]

Quote History

> Originally Posted By broken_reticle:
>
> Tippmann just announced new rifles with RB triggers.

I don't know anyone that has a Tippmann 22 AR. They were like $450 I thought?

ETA: $450/shipping/transfer fee from Buds
https://www.budsgunshop.com/product_info.php/products_id/185337/tippmann+arms+company+m4-22+lte+semi-automatic+rifle.22+lr+16+25rd+black

Attached File

Attached File
Attached File

"Kid you're so lost, even I can't bring you home" - The North Star




**Goosemaster**
Joined: Feb 2013 Posts: 20598
EE: 0% (0) MT, USA

Posted: 7/20/2026 3:08:16 PM EDT [#15]

Quote History

> Originally Posted By NWRed:
>
> I don't know anyone that has a Tippmann 22 AR. They were like $450 I thought?
>
> ETA: $450/shipping/transfer fee from Buds
> https://www.budsgunshop.com/product_info.php/products_id/185337/tippmann+arms+company+m4-22+lte+semi-automatic+rifle.22+lr+16+25rd+black
>
> https://www.ar15.com/media/mediaFiles/22018/Screenshot__105__png-3798421.JPG
> https://www.ar15.com/media/mediaFiles/22018/Screenshot__106__png-3798422.JPG
> https://www.ar15.com/media/mediaFiles/22018/Screenshot__107__png-3798423.JPG

That's one hell of a markup to add an FRT, but if they are reliable that is something.



**Coffin-Nail**
Member
Joined: Jul 2004 Posts: 41701
EE: 100% (5) GA, USA

Posted: 7/20/2026 3:10:57 PM EDT [#16]

Quote History

> Originally Posted By NWRed:
>
> I don't know anyone that has a Tippmann 22 AR. They were like $450 I thought?
>
> ETA: $450/shipping/transfer fee from Buds
> https://www.budsgunshop.com/product_info.php/products_id/185337/tippmann+arms+company+m4-22+lte+semi-automatic+rifle.22+lr+16+25rd+black
>
> https://www.ar15.com/media/mediaFiles/22018/Screenshot__105__png-3798421.JPG
> https://www.ar15.com/media/mediaFiles/22018/Screenshot__106__png-3798422.JPG
> https://www.ar15.com/media/mediaFiles/22018/Screenshot__107__png-3798423.JPG

View All Quotes

I know at least half a dozen people with them, they're very popular with my friends that are shooting steel challenge.



**ridinshotgun**
Whatever
Joined: Oct 2002 Posts: 3530
EE: 100% (66) USA

Posted: 7/20/2026 3:17:10 PM EDT [Last Edit: ridinshotgun] [#17]

Quote History

> Originally Posted By NWRed:
>
> I don't know anyone that has a Tippmann 22 AR. They were like $450 I thought?
>
> ETA: $450/shipping/transfer fee from Buds
> https://www.budsgunshop.com/product_info.php/products_id/185337/tippmann+arms+company+m4-22+lte+semi-automatic+rifle.22+lr+16+25rd+black
>
> https://www.ar15.com/media/mediaFiles/22018/Screenshot__105__png-3798421.JPG
> https://www.ar15.com/media/mediaFiles/22018/Screenshot__106__png-3798422.JPG
> https://www.ar15.com/media/mediaFiles/22018/Screenshot__107__png-3798423.JPG

It takes a lot of money (and dumbass rubes and traitors) to keep the lawsuit printer going.

Be a hard-ass. Every day should be like his first day in prison, and he's all alone in the yard without a shiv.



**HKH**
Member
Joined: May 2006 Posts: 24758
EE: 100% (41) DC, USA

Posted: 7/20/2026 4:11:44 PM EDT [#18]

Quote History

> Originally Posted By Coffin-Nail:
>
> I know at least half a dozen people with them, they're very popular with my friends that are shooting steel challenge.

Question is do they run ? If so - lights out or sporadically?




**NWRed**
Amateur Ammo Fort Constructor
Joined: Apr 2002 Posts: 12528
EE: 100% (368) ID, USA
20

Posted: 7/20/2026 10:12:44 PM EDT [#19]

Quote History

> Originally Posted By HKH:
>
> Question is do they run ? If so - lights out or sporadically?

In semi probably 98% like any other decent 22lr, none of them run ever 100%. With a raregreed frt ? It'll be interesting to see how they countered bolt bounce. I think the tippmann bolt is quite a bit more substantial than the cmmg bolt and wasn't easily adapted to use a supersafety/arcfire/atrius , same issue with the m&p15-22, design issues that preventing them from being easily adapted otherwise you'd see frts for all the weird "ar style" firearms in 22lr not just for the cmmgs

i wonder if raregreeds next partnership will be some other non-mainstream manufacturer like Rock Island, G force, Rossi, Chiappa

"Kid you're so lost, even I can't bring you home" - The North Star

---



**ELittlefield**
Member
Joined: Dec 2023 Posts: 11013
EE: 100% (7) USA

Posted: 7/20/2026 10:16:37 PM EDT [#20]

Quote History

> Originally Posted By NWRed:
>
> In semi probably 98% like any other decent 22lr, none of them run ever 100%. With a raregreed frt ? It'll be interesting to see how they countered bolt bounce. I think the tippmann bolt is quite a bit more substantial than the cmmg bolt and wasn't easily adapted to use a supersafety/arcfire/atrius , same issue with the m&p15-22, design issues that preventing them from being easily adapted otherwise you'd see frts for all the weird "ar style" firearms in 22lr not just for the cmmgs
>
> i wonder if raregreeds next partnership will be some other non-mainstream manufacturer like Rock Island, G force, Rossi, Chiappa

View All Quotes

Tippman better test them pretty thoroughly, and recommend a specific ammo to use, or there will be a lot of pissed off people demanding repairs. 22LR is damn hard to keep running for long.

It was not preached to the crowd,
It was not taught by the State.
No man spoke it aloud,
When the English began to hate.

---



**Coffin-Nail**
Member
Joined: Jul 2004 Posts: 41720
EE: 100% (5) GA, USA
20

Posted: 7/20/2026 10:18:34 PM EDT [Last Edit: Coffin-Nail] [#21]

Quote History

> Originally Posted By HKH:
>
> Question is do they run ? If so - lights out or sporadically?

View All Quotes

They're more reliable than the 15/22's and 10/22's they had been using so I'd say yes.

ETA: Most, if not all of them are running the RCR.

https://tippmannarms.com/tippmann-arms-m4-22-rcr-26-black/

---




**networkguru**
Joined: Nov 2018 Posts: 9008
EE: 100% (3) SC, USA
5

Posted: 7/20/2026 11:14:41 PM EDT [#22]

Fuck rare greed and any who chose to do business with them.

---




**broken_reticle**
Joined: Aug 2009 Posts: 28851
EE: 100% (2) USA
15

Posted: 7/21/2026 2:24:48 PM EDT [Last Edit: broken_reticle] [#23]

The Tippmann M4-22 is very accurate and reliable.

There is a reason they are endorsed by the Appleseed Project.

They feel much more like a standard AR than some of the other dedicated 22s. They use a standard AR trigger. However, not a standard bolt, so it requires a specific FRT.

Probably won't make a bit of difference, but I did send Tippmann an email.

---



**DogtownTom**
Team Member
Joined: Mar 2007 Posts: 18022
EE: 100% (21) TX, USA
15

Posted: 7/21/2026 3:19:08 PM EDT [#24]

Quote History

> Originally Posted By broken_reticle:
>
> The Tippmann M4-22 is very accurate and reliable.
>
> There is a reason they are endorsed by the Appleseed Project....

Is Tippmann endorsed by Appleseed Project because they are so accurate and reliable or because they are a sponsor of Appleseed? 😐

I can't find anything on the AP website where they "endorse" any particular firearm.

Plano, Texas..........the Gun Nut Capitol of Gun Culture, USA
https://www.youtube.com/watch?v=pELwCqz2JfE

---




**broken_reticle**
Joined: Aug 2009 Posts: 28853
EE: 100% (2) USA
15

Posted: 7/21/2026 3:49:02 PM EDT [#25]

Quote History

> Originally Posted By DogtownTom:
>
> Is Tippmann endorsed by Appleseed Project because they are so accurate and reliable or because they are a sponsor of Appleseed?😐
>
> I can't find anything on the AP website where they "endorse" any particular firearm.

View All Quotes

I can't speak for exactly why. I can say it is quite a bit more accurate than my M&P 15-22.

https://mailchi.mp/tippmannarms.com/projectappleseedm4-22_member



**ChaosSquared**
Member
Joined: Nov 2008 Posts: 5755
EE: 100% (1) OH, USA

Posted: 7/23/2026 11:25:17 AM EDT [#26]

According to a post on Facebook RG has sued Arizona regulator on or around July 9.

---



**TheOtherDave**
Member
Joined: Jan 2004 Posts: 58402
EE: 100% (9) MI, USA

Posted: 7/23/2026 11:37:02 AM EDT [#27]

Quote History

> Originally Posted By ChaosSquared:
> According to a post on Facebook RG has sued Arizona regulator on or around July 9.

They don't know what hell they just roped up....lol!

Never make another person a priority when they merely see you as an option...

"Some People Are Like Slinkies. They're Not Really Good For Anything, But They Bring a Smile To Your Face When Pushed Down The Stairs."

---




**broken_reticle**
Joined: Aug 2009 Posts: 28862
EE: 100% (2) USA

Posted: 7/23/2026 11:38:06 AM EDT [#28]

Quote History

> Originally Posted By ChaosSquared:
> According to a post on Facebook RG has sued Arizona regulator on or around July 9.

They done stepped in it now.

---



**HillaryClinton**
Member
Joined: Sep 2015 Posts: 13218
EE: 100% (2) VA, USA

Posted: 7/23/2026 11:48:34 AM EDT [#29]

Quote History

> Originally Posted By ChaosSquared:
> According to a post on Facebook RG has sued Arizona regulator on or around July 9.

Oh boy!

I ain't in no ways tired of winning yet!

---



**ridinshotgun**
Whatever
Joined: Oct 2002 Posts: 3537
EE: 100% (66) USA

Posted: 7/23/2026 12:01:12 PM EDT [#30]

Has anything gone on with peak and their countersuit? Last of anything I can find was March. Crickets since then.

Be a hard-ass. Every day should be like his first day in prison, and he's all alone in the yard without a shiv.

---




**NWRed**
Amateur Ammo Fort Constructor
Joined: Apr 2002 Posts: 12529
EE: 100% (368) ID, USA

Posted: 7/23/2026 12:07:58 PM EDT [#31]

Quote History

> Originally Posted By ChaosSquared:
> According to a post on Facebook RG has sued Arizona regulator on or around July 9.

https://dockets.justia.com/browse/state-arizona/court-azdce/noscat-10

ABC IP LLC et al v. Winland
Filed: July 9, 2026 as 2:2026cv04798
Plaintiff: ABC IP LLC, Rare Breed Triggers Incorporated and RBTM LLC
Defendant: Jeremy David Winland an individual doing business as Arizona Regulator
Cause Of Action: 35 U.S.C. § 271 Patent Infringement
Court: Ninth Circuit › Arizona › U.S. District Court for the District of Arizona
Type: Intellectual Property › Property Rights: Patent

"Kid you're so lost, even I can't bring you home" - The North Star

---




**networkguru**
Joined: Nov 2018 Posts: 9020
EE: 100% (3) SC, USA

Posted: 7/23/2026 12:20:52 PM EDT [Last Edit: networkguru] [#32]

Lol, The AZR isnt even close to infringing on anything pure greed is making.
The 2 position isnt even a trigger and the 3pos uses a milspec trigger.
A milspec hammer.
And his 2 pos reset cam.
I guess pure greed is going after Schmidt next because they make mil spec trigger parts.

Why arent all these vendors teaming up to counter sue ?

---



**Hking**
Member
Joined: Aug 2013 Posts: 15714
EE: 100% (20) SD, USA

Posted: 7/23/2026 12:23:25 PM EDT [#33]

Quote History

> Originally Posted By networkguru:
> Lol, The AZR isnt even close to infringing on anything pure greed is making.
>
> Why arent all these vendors teaming up to counter sue ?

From what I can tell they are claiming they own the patent on force resetting a trigger, regardless of how its mechanically achieved.

**networkguru**
Joined: Nov 2018 Posts: 9021
EE: 100% (3) SC, USA
5

Posted: 7/23/2026 12:24:24 PM EDT [#34]

Quote History

> Originally Posted By Hking:
>
> From what I can tell they are claiming they own the patent on force resetting a trigger, regardless of how its mechanically achieved.

View All Quotes

LOL

---

**broken_reticle**
Joined: Aug 2009 Posts: 28864
EE: 100% (2) USA
15

Posted: 7/23/2026 12:26:51 PM EDT [#35]

Rumor is they are suing Bonnie Blue next for claiming to own the title to "World's Biggest Cocksucker".

---

**Ben**
Do not have fear.
Joined: Apr 2005 Posts: 22324
EE: 100% (14) MT, USA
20

Posted: 7/23/2026 12:50:18 PM EDT [Last Edit: Ben] [#36]

Quote History

> Originally Posted By ridinshotgun:
>
> Has anything gone on with peak and their countersuit? Last of anything I can find was March. Crickets since then.

ABC IP vs Peak was kind of (in layman's terms) in limbo for a while pending a decision from the Multi-District Litigation Panel on whether it, along with multiple other cases, was going to be consolidated into Texas. That has since happened and things are starting to move again.

There is an hearing scheduled 10 September in Washington, DC for RBs appeal over getting denied a preliminary injunction.

Twitter/Instagram: benunsuppressed
**https://americanpioneercorps.org**

---




**CoyoteGray**
Jack Of All Trades Problem Solver
Joined: Dec 2001 Posts: 10758
EE: 0% (0) OK, USA
25

Posted: 7/23/2026 12:58:11 PM EDT [#37]

Quote History

> Originally Posted By TheOtherDave:
>
> They don't know what hell they just roped up....lol!

View All Quotes

Ya, He will burn it all down before giving in.

I don't need therapy. I just need someone to rob me at the gas station so I can let it all out.

---



**Coffin-Nail**
Member
Joined: Jul 2004 Posts: 41803
EE: 100% (5) GA, USA
20

Posted: 7/23/2026 1:01:23 PM EDT [#38]

Quote History

> Originally Posted By ChaosSquared:
>
> According to a post on Facebook RG has sued Arizona regulator on or around July 9.



---



**Coffin-Nail**
Member
Joined: Jul 2004 Posts: 41804
EE: 100% (5) GA, USA
20

Posted: 7/23/2026 1:06:27 PM EDT [#39]

If you want to read a rambling stream of consciousness post with JD talking about himself in third person he evidently has filed for a patent of his own. I was hoping for a crazy diatribe about the lawsuit, though I'm sure one is coming.

https://arizonaregulator.com/arizona-regulator-news/how-the-arizona-regulator-known-as-americas-trigger-came-to-be/

---



**ELittlefield**
Member
Joined: Dec 2023 Posts: 11069
EE: 100% (7) USA

Posted: 7/23/2026 1:20:11 PM EDT [#40]

Quote History

> Originally Posted By broken_reticle:
>
> Rumor is they are suing Bonnie Blue next for claiming to own the title to "World's Biggest Cocksucker".

Okay I LOL'd.

It was not preached to the crowd,
It was not taught by the State.
No man spoke it aloud,
When the English began to hate.




**broken_reticle**
Joined: Aug 2009 Posts: 28866
EE: 100% (2) USA
15

Posted: 7/23/2026 1:30:02 PM EDT [#41]

Quote History

> Originally Posted By Coffin-Nail:
>
> If you want to read a rambling stream of consciousness post with JD talking about himself in third person he evidently has filed for a patent of his own. I was hoping for a crazy diatribe about the lawsuit, though I'm sure one is coming.
>
> https://arizonaregulator.com/arizona-regulator-news/how-the-arizona-regulator-known-as-americas-trigger-came-to-be/

I love that dude. Not in a Navy sort of way.



**Ghostface**
.40 S&W advocate
Joined: Mar 2001 Posts: 11814
EE: 100% (75) IN, USA
25

Posted: 7/23/2026 1:30:38 PM EDT [#42]

I haven't read every post on all the pages here but I have a question and I doubt that anyone here would have the answer to it but here it goes. I would like to know where Rearbreed a has all of this money to go after all of these companies. I know it wasn't cheap for them to take on the U.S. Govt in its defense of itself and now they can go after all of these companies that are coming out with FRTs? Where do they get all of this money from?

If a 147 grn 9mm at 1000 FPS is the hammer of Thor then a 165 grn. 40 at 1200 fps must a lightening bolt from Zeus!



**ChaosSquared**
Member
Joined: Nov 2008 Posts: 5757
EE: 100% (1) OH, USA
15

Posted: 7/23/2026 2:51:50 PM EDT [#43]

Quote History

> Originally Posted By Ghostface:
>
> I haven't read every post on all the pages here but I have a question and I doubt that anyone here would have the answer to it but here it goes. I would like to know where Rearbreed a has all of this money to go after all of these companies. I know it wasn't cheap for them to take on the U.S. Govt in its defense of itself and now they can go after all of these companies that are coming out with FRTs? Where do they get all of this money from?

A few people have crunched available numbers and numbers from court filings and they have made several 10s of millions of dollars so far. Nevermind likely having DOJ support as well



**Coffin-Nail**
Member
Joined: Jul 2004 Posts: 41809
EE: 100% (5) GA, USA
20

Posted: 7/23/2026 3:05:28 PM EDT [#44]

Quote History

> Originally Posted By broken_reticle:
>
> I love that dude. Not in a Navy sort of way.

View All Quotes

He's completely insane and has criminal issues on top.



**Coffin-Nail**
Member
Joined: Jul 2004 Posts: 41810
EE: 100% (5) GA, USA
20

Posted: 7/23/2026 3:06:30 PM EDT [#45]

Quote History

> Originally Posted By ChaosSquared:
>
> A few people have crunched available numbers and numbers from court filings and they have made several 10s of millions of dollars so far. Nevermind likely having DOJ support as well

View All Quotes

They're acting as the enforcement arm of the gov't, I can't wait for that little bit to finally get adjudicated.




**D_Man**
Well Lubricated
Joined: May 2008 Posts: 14996
EE: 100% (17) OH, USA
15

Posted: 7/23/2026 3:09:17 PM EDT [#46]

Quote History

> Originally Posted By ChaosSquared:
>
> A few people have crunched available numbers and numbers from court filings and they have made several 10s of millions of dollars so far. Nevermind likely having DOJ support as well

This, they have a shitload of money, mainly from sales.

I'm fairly certain RB is a pretty small operation, just the owners and maybe a handful of staff to handle packing and shipping stuff. Their stated physical address is a UPS Store, so they might just operate out of a U-store-it type place where they keep their inventory.

They almost certainly don't actually make the triggers, and depending on where they contract to have them machined, at the $450-650 sell price they could have a huge markup.



**Coffin-Nail**
Member
Joined: Jul 2004 Posts: 41811
EE: 100% (5) GA, USA
20

Posted: 7/23/2026 3:11:33 PM EDT [#47]

Quote History

> Originally Posted By D_Man:
>
> This, they have a shitload of money, mainly from sales.
>
> I'm fairly certain RB is a pretty small operation, just the owners and maybe a handful of staff to handle packing and shipping stuff. Their stated physical address is a UPS Store, so they might just operate out of a U-store-it type place where they keep their inventory.
>
> They almost certainly don't actually make the triggers, and depending on where they contract to have them machined, at the $450-650 sell price they could have a huge markup.

View All Quotes

It's been a while, but I think their cost was in the 125-150 range. It was mentioned in the deposition with Partisan at some point, the youtube videos with the transcripts are now gone though.



**pasquale91**
NorCal_LEO call sign: Radio
Joined: Apr 2009 Posts: 6942
EE: 0% (0) TX, USA

Posted: 7/23/2026 3:11:46 PM EDT [#48]

Quote History

> Originally Posted By D_Man:
>
> This, they have a shitload of money, mainly from sales.
>
> I'm fairly certain RB is a pretty small operation, just the owners and maybe a handful of staff to handle packing and shipping stuff. Their stated physical address is a UPS Store, so they might just operate out of a U-store-it type place where they keep their inventory.
>
> They almost certainly don't actually make the triggers, and depending on where they contract to have them machined, at the $450-650 sell price they could have a huge markup.

That ups store is close by my house. A friend on the rig mentioned coming up on days off to get a trigger from them.
I mentioned that the address was a UPS Store, he just shook his head. I mentioned there were other folks he could be supporting instead of RB.



**1Andy2**
Member
Joined: Jul 2004 Posts: 124555
EE: 100% (71) TX, USA

Posted: 7/23/2026 3:17:12 PM EDT [#49]

Quote History

> Originally Posted By Coffin-Nail:
>
> He's completely insane and has criminal issues on top.

View All Quotes

Thats what makes this particular suit exciting.

Never confuse faith that you will prevail in the end—which you can never afford to lose—with the discipline to confront the most brutal facts of your current reality, whatever they might be. - Adm James Stockdale



**Coffin-Nail**
Member
Joined: Jul 2004 Posts: 41812
EE: 100% (5) GA, USA

Posted: 7/23/2026 3:23:40 PM EDT [#50]

Quote History

> Originally Posted By 1Andy2:
>
> Thats what makes this particular suit exciting.

View All Quotes

Oh yeah, it just seems some folks don't know how nutty he gets.

## Sign up to continue the discussion

Create a free account to share your thoughts, follow topics, and connect with the AR15.COM community.

Register to Reply

Already a member? Sign In

Previous Page 22 / 24 Next Page

**Rare breed filing lawsuits - ATF now supporting rare greed in court** (Page 22 of 24)

Home / General / General Discussion Modern

Active Topics Newest Topics Code of Conduct

**AR15.COM**

The world's largest firearm community and is a gathering place for firearm enthusiasts of all types.
From hunters and military members, to competition shooters and general firearm enthusiasts, we welcome anyone who values and respects the way of the firearm.

GIFs on this site are Powered by GIPHY

**Quick Links**
Blog
Deals
Equipment Exchange
Forums
Memberships

**Info**
About
Advertising
DMCA
Help
Privacy Policy
Your Privacy Choices

**Stay Updated**
Subscribe to our monthly Newsletter to receive firearm news, product discounts from your favorite Industry Partners, and more.
Email Address
Subscribe

© 1996-2026 AR15.COM LLC. All rights reserved.