# EXHIBIT 39



Search Community
Create thread New Forums More Login / Join

Home › Forums › HKPRO INFORMATIONAL FORUMS › HK/Clone FRT,Super Safety,Binary,et al Discussion ›






## FRT options and compatibility (3 options), please school me

Jump to Latest

• 3 reading

7.3K views · 14 replies · 10 participants · last post by Bob-O Apr 28, 2026

**Vitamin G** · Discussion starter
3 posts · Joined 2018

#1 · Feb 28, 2026

So, Which option would be the best for me?

I want a drop-in FRT setup, as i have no aptitude or patience to install tiny parts myself.

I have an H&K sp5 and POF mp5k (reverse stretch), both of which have been SBR'd. I also have one of the AP5-SD pistols from century, which i probably will SBR at some point.

Is there an option that will work for all of them? Or 2 out of 3? Because the POF is a reverse stretch, would that cycle at the same rate as the sp5?

Reply Like Save Share

Advertisement





Sort by Oldest first

**dtibbals**
801 posts · Joined 2007

#2 · Feb 28, 2026

Well you have two choices. AS Designs and use their lower and Arch fire. Order it built and simply install the lower and they run.
The second choice is rare breed now has a cassette trigger which uses your existing lower. They have two styles and I'm not sure either option supports all of your guns with just one choice.
I'm running AS Designs on genuine HK SP5 models. Clones can often have challenges with FRT and likely because of being out of spec. AS Designs does offer different models to support the different clones.
No one has shot the rare breeds yet as they just came out last week. Many of us have them coming and I'm looking forward to comparing the two systems. I've got over 4k trouble free rounds through and AS Designs SP5 set up and frankly rare breed has a big hill to climb to be better.
The only real reason to buy the rare breed in my opinion is to keep the original look of the MP5.
Side note is AS Designs is also coming out with a cassette style trigger for the MP5 platform however we haven't seen them, tried them, know cost or when we can get them. Other potential issue is rare breeds ongoing lawsuits against FRT companies including AS Designs. Hopefully they don't get any type of restraining order keeping AS Designs from selling products during the suit.

Yetiman and Vitamin G

Reply Like Save Share

**kbinmt**
6,947 posts · Joined 2015

#3 · Feb 28, 2026

RB pack i would say as the sp5 and pof have different lowers/shelves

The ap5 and pof could share an asd lower

I would not expect rs to cycle the same with its shorter bbl and presumably K type carrier

The future is certain; it is only the past that is unpredictable.

Yetiman

Reply Like Save Share

**Vitamin G** · Discussion starter
3 posts · Joined 2018

#4 · Feb 28, 2026

Could you go into some detail as to what you mean? I'm not sure if you're using acronyms that i'm unfamiliar with. What is an RB pack? what is an ASD lower? (I got that RS means reverse stretch)

Reply Like Save Share






Explore Our Forums

HK HANDGUN TALK
HK CLONE TALK
HK LONG GUN TALK
HK NFA TALK
HK TALK

Sponsor the forum

Match Weight

Brands in our community
View All →

Praetorian Laser WRX
Premium vendor

+ Add your business

Top Contributors this Month
View All →

German
266 Replies

skullbox
108 Replies

JoshNC
99 Replies









Recommended Communities

Doc44ga
1,399 posts · Joined 2018
#5 · Feb 28, 2026

RB = https://rarebreedtriggers.com/product/frt-rd3-ambi/

ASD = AS Designs

RB currently has a cassette trigger pack that will work in your lowers. It is out of stock.
ASD will have one soon. But also sells complete housing with either their SS (Super Safety) or ARC-Fire (Active Reset Clutch)

If you are not in a hurry wait on the cassette. You can use your lower and the same style safety controls.
if you are in a hurry I suggest ASD ARC-Fire with the lower that fits most of your requirements.
Doc

Yetiman, safearm and kbinmt

Reply Like Save Share

89actual
21 posts · Joined 2026
#6 · Mar 11, 2026

Has anyone tried the mars trigger complete lower? Kinda steep at $599.
Still, I'm interested

Reply Like Save Share

99HMC4
1,103 posts · Joined 2008
#7 · Mar 12, 2026

Go with the Rare Breed RD3. It's drop in for ANY MP5 pattern gun, any brand, any model. It was designed from the ground up to be an HK trigger, correct timing, hammer shape profile and selectors. It fit any grip housing, it keeps the factory look and ergonomics of the MP5. It's built better than the SS set ups, was designed to last. The SS set ups have issue with timing and hammers because the AR15 trigger was never ment to be out into theHK platform. Just because you can "make it" fit, doesn't meant it's a good idea. 99% of the guys recommending them use price as their justification metric. We really need to stop that in this industry and start giving quality components and seeding the respect it deserves.

89actual, bgrose, Yetiman and 1 other person

Reply Like Save Share

Join_NRA
1,256 posts · Joined 2014
#9 · Apr 27, 2026

> 99HMC4 said:
> Just because you can "make it" fit, doesn't meant it's a good idea. 99% of the guys recommending them use price as their justification metric. We really need to stop that in this industry and start giving quality components and seeding the respect it deserves.

This ^^^
People keep bringing Swap Meet, home built, crap quality FRTs into our shop to install. Sometimes the host is a decent quality gun, sometimes it's a s#!+box. We find ourselves screaming (internally) to stop buying junk at garage sales and paying to have someone else jam it into their pew. That's money that SHOULD'VE gone towards ammo.
The end result is that ALL FRTs end up looking bad. We try to explain to our customers that there ARE good ones, but can be difficult to find. The 22-year old working the table at the gun show who downloaded code for the 4-axis mill at his Dad's shop, selling parts in a 1-time use pouch from Amazon is a clue. We all start somewhere, but, dang, man.
After watching @Grease Gunner, I think I can convince my fiancé about popping for an SP5, something we've both wanted, and an FRT. But somewhere between people cranking them out as fast as possible (and going on to make shiny exhaust tips for Kias and vape canisters) before we aren't allowed to have them and a well designed product being developed might be a small window.

Reply Like Save Share

s3igu2
26 posts · Joined 2025
#8 · Mar 12, 2026

Id just wait for the ARHK it has a true disengaged semi mode meaning you don't get forced reset in the normal semi mode, works in basically every roller delayed host (HK21, G3, HK53/AP53, 10MM, 9MM basically anything that takes a HK trigger pack) by just pushing the ejector pin out and swapping to whatever ejector you need, the reset is extremely smooth and gradual so it doesn't slap the hell out of your finger even in a G3 and the ROF is the same as the factory FA guns. It doesn't require a FA carrier tho it does still work with FA carriers and it's fully contained no trip or buffer in the upper. Also comes with the ejector so you dont need to install ur own, just drop the housing in put the selectors on and ur done.

HKtrust

Reply Like Save Share

Join_NRA
1,256 posts · Joined 2014
#10 · Apr 27, 2026

This sounds perfect... link to where to watch for availability?
I would love to see it in my 91 with the 22-conversion kit, but would drop it into an SP5 if it was reliable (absolutely ZERO patience for expensive s#!+ that doesn't work properly).

Reply Like Save Share

1 Reply

Join_NRA
1,256 posts · Joined 2014
Learn More.

Join_NRA
1,256 posts · Joined 2014
#11 · Apr 27, 2026

@s3igu2
Trying to fit the puzzle pieces together.
And SP5, plus This, and an FRT from whom (link)?

Reply Like Save Share

Join_NRA
1,256 posts · Joined 2014
#14 · Apr 28, 2026

Thank you 🙏

Reply Like Save Share

Bob-O
64 posts · Joined 2024
#15 · Apr 28, 2026

Thanks

Reply Like Save Share

Tech Support Guy
973K members

AVS Forum
1.6M members

Land Rover Defender Sport
10 members

Write your reply...

Post Reply

## Related Threads

HK/Clone FRT,Super Safety,Binary,et al Discussion
jakjakman · Jul 28, 2025

**My HK416 clone experience, or how I got my BRN-4 10" FRT working**

After the Rare Breed legal settlement with the ATF and FRT triggers I wanted to realize my dream of having something as close to a loud (un-suppressed) select-fire shorty Hk416 as possible. I decided to go the Brownells BRN-4 route to keep the price down, but after the headache ...

22 · 1.5K · poopshoot replied Jun 16, 2026


cisco.com
Protect Hybrid Workforces - Distributed Security Fabric - Unified Security Management

HK/Clone FRT,Super Safety,Binary,et al Discussion
wdritchey · Jul 29, 2025

**MP5 FRT**

I've been seeing a lot about FRT lately in AR. Most interestingly was when Juicey Media posted his video with a super safe MP5. More recently, Garand Thumb has as well. I believe both of them were using the Lees Sporting Lower from Warhammer Armament. I don't love that it's...

158 · 22K · mikesxpress replied Jan 31, 2026

HK/Clone FRT,Super Safety,Binary,et al Discussion
bellavite1 · Aug 15, 2025

**FRT for the AP5-M**

Hello folks. Just jumping into the MP5 clones arena and considering an FRT for my soon-to-be delivered Century Arms (MKE) AP5-M. I understand that the trigger housing on MP5K clones (like mine) is shorter than a full size MP5, so I am seeking advice on FRT-ing (is that eve...

9 · 6.2K · Gsyp replied Jan 16, 2026

HK/Clone FRT,Super Safety,Binary,et al Discussion
GUNPLAYtv · Oct 29, 2025

**FRT with MR556 A4 (Rarebreed / DTT)**

Hi All - Been following these rifles and the FRT discussion for a while now, and finally own an example of both. I'm wanting to use the good ol' DTT/RB trigger so as to have a drop in solution. My question is, has anyone out there removed the Firing Pin Safety on their A4 BCG? From...

13 · 1.1K · GUNPLAYtv replied Nov 22, 2025

HK/Clone FRT,Super Safety,Binary,et al Discussion
Franklin1790 · Nov 19, 2025

**Options For Slowing Down My Super Safe SP5?**



Before I go into my SP5 I'll preface by saying I intend to obtain finally a registered sear/pack/host combo in the not too distant future. As I pucker in anticipation of that purchase, I've been experimenting with this super safety kit pictured...

10 · 699 · Franklin1790 replied Nov 23, 2025

HK/Clone FRT,Super Safety,Binary,et al Discussion
The2APA · Dec 15, 2025

**FRT options for G3/HK91 platforms?**

I have been trying to find a trigger housing for the G3 platform that allow use of an FRT. So far I am only seeing the AS Designs Aluminum housing that allow use of an AR FCG and SS/Arc Fire. Are there any other options, including 3d printed designs? I saw what must have been ...

8 · 3.6K · Aerohokie replied May 10, 2026

HKPRO Group Buys
gator33 · Dec 19, 2025

**For Sale CLOSED - Group Buy: Improved Mark 23 holster: light, suppressor, and red dot compatibility**



$200.00 · Orange Park, Florida

31 · 1.4K · gator33 replied Aug 3, 2026

HK/Clone FRT,Super Safety,Binary,et al Discussion
LFOD1776 · Jan 9, 2026

**MP5-K or "Reverse Stretch" for an FRT setup?**

I made a New Year's resolution to finally take the plunge on putting together an MP5 clone with a forced reset trigger. My plan is to use the AS Designs "full kit", as it's as much of a drop-in/plug-and-play system as you can get. I want to go with a short barrel (my plan is to SBR the...

10 · 527 · AS Designs replied Jan 12, 2026

HK/Clone FRT,Super Safety,Binary,et al Discussion
wdritchey · Jan 17, 2026

**Rare Breed HK MR FRT - Did you get one?**

Yesterday Rare Breed posted that the MR556 FRT were available on their site, but the curved trigger version sold out in a few hours - before I went to checkout... The flat trigger version is still available, but I'm not a fan of flat triggers in rifles. The price is $525 which includes two...

52 · 2.3K · Hkusp9expert replied May 1, 2026

HK/Clone FRT,Super Safety,Binary,et al Discussion
gkgeiger · Jan 31, 2026

**Which FRT?**

I have a Lee lower with a BE Accurized trigger. If I wanted to go FRT what are my options and your recommendations. Thanks in advance

20 · 789 · jdgsr replied Feb 24, 2026

HK/Clone FRT,Super Safety,Binary,et al Discussion
HKBertch · Mar 15, 2026

**MARC FRT compatibility for MR556**

I tried installing a Cornfire MARC in my MR556A1 with factory trigger group, after hearing someone had success running it in theirs. Upon dry cycling, the safety moves into safe, semi, frt seemingly ok, with frt requiring a bit more force which I don't know if that's normal. However wit...

2 · 150 · airborneAlpha-17 replied Mar 19, 2026

HK CLONE TALK
raëlianoperator · Apr 3, 2026

**UMP Options in 2026**



I've been going down a rabbit hole trying to wrap my head around how to obtain a semiauto UMP clone. It seems like in recent years, UMP parts have been drying up. On the increasingly rare occasions they show up, prices have been...

58 · 1.6K · Aphex replied Jun 23, 2026

HK/Clone FRT,Super Safety,Binary,et al Discussion
The Takedown Tools · Apr 10, 2026

**FRT & Trigger Upgrades for HK Platforms — ARC-Fire V2, Partisan Disruptor, Super Safety & More [Authorized Dealer]**

Putting this together for the HKPro community since HK platform compatibility on modern trigger systems is scattered across a dozen threads and hard to track down in one place. We're an authorized dealer for Partisan Triggers, AS Designs, and Hoffman Tactical. Here's what's...

7 · 578 · Jacobm replied Apr 21, 2026

HK CLONE TALK
blackops01 · Apr 15, 2026

**Cadex MP5 RAS / KAC 97198 — Telescoping Rod Stock & Brace Clearance Issue?**

Hey all, Running a Cadex MP5 RAS handguard (dimensionally equivalent to KAC 97198) on a full-size suppressed MP5 SBR build and trying to nail down stock/brace compatibility before purchasing. I came across a TFB review that documented the B&T BT-200590 telescopic stock's...

0 · 106 · blackops01 replied Apr 15, 2026

HK/Clone FRT,Super Safety,Binary,et al Discussion
JadedPencil · Apr 17, 2026

**FRT/Binary Options for the UMP?**

I figured I should ask, are there any solid options for FRT or binary triggers for the USC/UMP on the market at the moment? Hoping to pick one up before July if they do exist, but haven't really seen much from a basic search.

8 · 884 · AS Designs replied Apr 17, 2026

HK/Clone FRT,Super Safety,Binary,et al Discussion
NOVA4525 · May 1, 2026

**FRT/Trigger compatibility MR556A4**

I have plans to install an FRT on to my MR556 A4 but I was thinking about getting the BRN-4 BOLT CARRIER GROUP and get the AS designs GEISSELE SSP FLAT - PRECUT TRIGGER but I'm not sure if you are even able to install mill spec trigger with the MR lower or the BRN-4 BCG...

9 · 336 · LaRat replied Jun 12, 2026

HK/Clone FRT,Super Safety,Binary,et al Discussion
jla956 · May 15, 2026

**FRT in a AP5?**



I have a Century Arms AP5 and would like to install a Rare Breed FRT in it. I've attached a photo of my existing lower, so please let me know if their FRT would work in it, and if it won't, what my options might be. TIA

5 · 509 · Kaethias replied May 17, 2026

HK/Clone FRT,Super Safety,Binary,et al Discussion
Bigbuck1 · Jun 11, 2026

**PTR 9CT FRT options?**

So I purchased a new ptr ct9 about 4 years ago and just kinda threw it in the safe and forgot about it, a few days ago a good pal of mine showed up with his and he had installed a war hammer frt lower, I have since then decided to go that route also but was not impressed with t...

7 · 383 · whiterabbit replied Aug 12, 2026

HK/Clone FRT,Super Safety,Binary,et al Discussion
WaA801 · Jun 12, 2026

**HK53/33/93 FRTs?**

Maybe I'm an idiot but I couldn't find anything about 5.56/.223 roller gun options for FRT's. Are the G3/HK 91 drop-ins compatible, or is there something else in the works? For context, I have a Z43p (HK33k clone) I would love to have an SS/FRT for. Sorry if this has been covered, I...

18 · 484 · ilikehk416 replied Jun 16, 2026

HK/Clone FRT,Super Safety,Binary,et al Discussion
Missourigunguy · Jun 24, 2026

**FRT options**

I currently have an AS designs lower full kit upgraded to ARC-fire and Geissele G2S trigger that I have yet to put on my SP5. I also have a SEF navy lower not being used for anything and was thinking of getting the Rare Breed frt. The Rare Breed should just drop in that navy lower...

5 · 219 · Bob-O replied Jun 24, 2026

Home › Forums › HKPRO INFORMATIONAL FORUMS › **HK/Clone FRT,Super Safety,Binary,et al Discussion** ›

Home About Us Terms of Use Privacy Policy Help Business Directory Contact Us | Grow Your Business | Get the Fora App NEW

When you purchase through links on our site, we may earn an affiliate commission, which supports our community. The Fora platform includes forum software by XenForo. Second Media Corp., 111 Peter Street, Suite 600, Toronto, Ontario, M5V 2H1, Canada

fora
BBB ACCREDITED BUSINESS
Your Privacy Choices