# EXHIBIT 40

ATF Hacked, Guns For Felons, & Staccato Warranty Update | ARFCOM NEWS
PVS-14 with Photonis ECHO WP 2000-2200 FOM - IN STOCK!







## AS Designs ARHK (Page 8 of 13)



**bmg2** Member
Joined: Nov 2008 Posts: 205
EE: 100% (4) ID, USA

Posted: 4/25/2026 10:50:47 AM EDT [#1]

Apparently the Rare Breed still resets the trigger even in Semi mode. The issue with this is that too much force pressing back on the trigger could potentially cause a malfunction even in Semi mode. Does the ARHK assembly affect the trigger when in Semi mode, or only in FRT mode?

---

**s3igu2**
Joined: Oct 2025 Posts: 95
EE: 0% (0) TX, USA

Posted: 4/25/2026 10:53:49 AM EDT [#2]

Quote History

> Originally Posted By bmg2:
>
> Apparently the Rare Breed still resets the trigger even in Semi mode. The issue with this is that too much force pressing back on the trigger could potentially cause a malfunction even in Semi mode. Does the ARHK assembly affect the trigger when in Semi mode, or only in FRT mode?

ARHK has a fully disengaged second position (normal semi mode) meaning you wont get any forced reset in the second position, it will just feel like normal semi.




---

**bmg2** Member
Joined: Nov 2008 Posts: 206
EE: 100% (4) ID, USA

Posted: 4/25/2026 12:23:36 PM EDT [#3]

Quote History

> Originally Posted By s3igu2:
>
> ARHK has a fully disengaged second position (normal semi mode) meaning you wont get any forced reset in the second position, it will just feel like normal semi.

Awesome! I'll be buying 2.

---

**Jeeps-And-Guns** Member
Joined: Jan 2017 Posts: 4121
EE: 100% (60) AL, USA

Posted: 4/25/2026 12:34:30 PM EDT [#4]

Quote History

> Originally Posted By 07MDRubi:
>
> Will these go into safe without needing to cock the gun? I messed around with the RB pack and it would be nice if it would just go into safe.
>
> I read back through the tread and did not see this discussed so apologies if it has already been answered.

Why would you want it to go on safe if it is not cocked?

---

**HKH** Member
Joined: May 2006 Posts: 24504
EE: 100% (41) DC, USA

Posted: 4/25/2026 12:35:02 PM EDT [#5]

Quote History

> Originally Posted By s3igu2:
>
> I don't think that's a fair comparison, we are supporting significantly more platforms like the HK51, AP53, G3, HK21, PTR 32 and basically all other variants in between. We could have also rushed out a MP5 only version to capture the sells but we didn't.

I'd have rather given y'all my 1200 dollars.

As it stands I've got store credit with you guys waiting on the 53 pack. It will probably unobtainable initially and I'll be stuck with my money sitting in credit as I couldn't pre buy it from you. Meanwhile those jackasses in Wichita Falls will get the 53 version out and I'll probably end up in that camp feeling like I need to take a shower after I submit the order.

I'll then just piecemeal my credit buying selectors or hoping the B&T lowers hit the market and maybe I can get one of those.

Yall may want to hurry as I'm hearing Partisan is really close to getting the disrupter ready for the B&T series.

It's just tough situation and folks frustrations come out. I think it's mainly we hate doing business with them but when they're the only game in town.....

---

**bkpkr** #6packclub
Joined: May 2007 Posts: 34018
EE: 100% (338) TN, USA

Posted: 4/25/2026 1:08:56 PM EDT [#6]

I would simply rather not have it then give money to RB who works with the ATF to stifle the frt market, quite possibly while even being funded by taxpayer money to support their lawfare.

---

**heavyduty** Throbbing Member
Joined: Nov 2000 Posts: 5128
EE: 100% (44) TX, USA

Posted: 4/25/2026 1:20:06 PM EDT [#7]

Quote History

> Originally Posted By Jeeps-And-Guns:
>
> Why would you want it to go on safe if it is not cocked?

View All Quotes

Speaking for myself, I prefer charging an on-safe weapon if the system allows for it. One of the reasons I always cock and safe my ARs before loading.

---

**s3igu2**
Joined: Oct 2025 Posts: 96
EE: 0% (0) TX, USA

Posted: 4/25/2026 1:33:48 PM EDT [#8]

Quote History

> Originally Posted By HKH:
>
> I'd have rather given y'all my 1200 dollars.
>
> As it stands I've got store credit with you guys waiting on the 53 pack. It will probably unobtainable initially and I'll be stuck with my money sitting in credit as I couldn't pre buy it from you. Meanwhile those jackasses in Wichita Falls will get the 53 version out and I'll probably end up in that camp feeling like I need to take a shower after I submit the order.
>
> I'll then just piecemeal my credit buying selectors or hoping the B&T lowers hit the market and maybe I can get one of those.
>
> Yall may want to hurry as I'm hearing Partisan is really close to getting the disrupter ready for the B&T series.
>
> It's just tough situation and folks frustrations come out. I think it's mainly we hate doing business with them but when they're the only game in town.....

The good news is we have 1 version of ARHK to make, meaning one set of parts for all platforms. No picking what FCG or grip or shelf option just one drop in for everything. This will significantly help us keep up with demand not needing to custom make a million combinations of lowers and parts. So far we have been able to keep the ARC v2 in stock and i don't see any reason we wont be able to keep up with the demand of ARHK.

As for B&T stuff those aren't my projects so i have no idea what the status is on them.

**07MDRubi** — Member
Joined: Sep 2013 Posts: 193
EE: 100% (3) VA, USA

Posted: 4/25/2026 4:18:55 PM EDT [Last Edit: 07MDRubi] [#9]

Sorry. Probably a poor choice in terms of on the RB trigger you have to run the charging handle and lock it back to put it on safe after shooting. So going between safe and fire in a string of shooting has the added step of having to charge and lock the bolt back.

Edit

Disregard. I am an idiot, I just confirmed with my buddy who had it that the RB one will go to safe with the hammer cocked. I was trying to go to safe with a dead trigger. I am still going to try to grab this trigger but don't want wrong information out there on the RB operation.

---

**s3igu2**
Joined: Oct 2025 Posts: 97
EE: 0% (0) TX, USA

Posted: 4/25/2026 4:25:32 PM EDT [#10]

Quote History

> Originally Posted By 07MDRubi:
>
> Sorry. Probably a poor choice in terms of on the RB trigger you have to run the charging handle and lock it back to put it on safe after shooting. So going between safe and fire in a string of shooting has the added step of having to charge and lock the bolt back.

That is strange, this selector works exactly like an AR15 selector. You can put it on safe between shots without locking the carrier back. Basically as long as the hammer is in the ready to fire position the gun can be put on safe with ARHK.

---

**HKH** — Member
Joined: May 2006 Posts: 24508
EE: 100% (41) DC, USA

Posted: 4/25/2026 4:36:50 PM EDT [#11]

Quote History

> Originally Posted By bkpkr:
>
> I would simply rather not have it then give money to RB who works with the ATF to stifle the frt market, quite possibly while even being funded by taxpayer money to support their lawfare.

I hear you man. I hear you.

But on the off chance something wild happens and these get acted upon while we wait... do you know what the going rate is on a DLO trigger pack?

I looked at it as a matter of risk. While I do not prefer to spend it with them - every day without one my chances of not being able to buy one in the future goes up.

Thanks to ASD the RB AR business took an incredible hit I'd imagine, but with eclectic guns like the Boombox, HB SD, B&T APC 10 & GHM9SD once again RB is the only game in town.

Luckily I was able to buy partisan and grind on the rear of the packs for the Q guns so I didn't have to spend the dollars with the other Guys.

In uncertain times I'm making the decision to obtain what I can as often as I can from who I can. If RB dropped the 53 pack tomorrow, unfortunately I'd buy it and then shower.

Carpe Diem

---

**BullpupFan** — Member
Joined: Dec 2012 Posts: 13862
EE: 100% (31) CO, USA

Posted: 4/25/2026 7:52:59 PM EDT [#12]

Quote History

> Originally Posted By HKH:
>
> I looked at it as a matter of risk. While I do not prefer to spend it with them - every day without one my chances of not being able to buy one in the future goes up.

This is well said. I don't want to go into the RB mess in another company's product thread but lots of people remember history and that affects a lot of decisions - both pro and con.

---

**M4-Shooter**
Joined: Apr 2003 Posts: 135
EE: 0% (0) IN, USA

Posted: 4/25/2026 9:59:32 PM EDT [#13]

this is one thing i miss with the rare breed pack, but since its had to insert a full mag on a closed bolt anyway with a mp5 i guess its ok...but i still miss it.

---

**07MDRubi** — Member
Joined: Sep 2013 Posts: 194
EE: 100% (3) VA, USA

Posted: 4/26/2026 6:26:54 AM EDT [#14]

Quote History

> Originally Posted By s3igu2:
>
> That is strange, this selector works exactly like an AR15 selector. You can put it on safe between shots without locking the carrier back. Basically as long as the hammer is in the ready to fire position the gun can be put on safe with ARHK.

Yeah it was odd and very annoying. I'll hopefully be able to get one of the ARHK triggers when they come out.

---

**ARKAR** — Member
Joined: Mar 2004 Posts: 4951
EE: 100% (16) AR, USA

Posted: 4/26/2026 7:49:11 AM EDT [#15]

I could have purchased a RB pack a few nights ago. But I decided I will wait and spend my money with AS Designs.

NRA Life Member

I can see where you're coming from, 'cause I know where you've been and I can see where you're going 'cause I can see the direction you're headed in. I just don't know where the hell you're at right now.

---

**jfcook119**
Joined: Aug 2023 Posts: 7
EE: 0% (0) TN, USA

Posted: 4/26/2026 2:33:43 PM EDT [#16]

Do you have any rough idea how long it will be before you start production on the SEF version?

---

**dredeagle** — Member
Joined: Aug 2025 Posts: 154
EE: 0% (0) TX, USA

Posted: 4/27/2026 4:09:50 PM EDT [#17]

@asdesigns ...

I'm looking hard at an HK MP5SD - that was a lie. I will take a hard look at this 22lr plinker if your soon to release drop-in will drive it.

Can you offer insights?

---

**TxRabbitBane** — Fishing > Work
Joined: Feb 2005 Posts: 70416
EE: 100% (1) TX, USA

Posted: 4/27/2026 4:53:27 PM EDT [Last Edit: TxRabbitBane] [#18]

Quote History

> Originally Posted By bkpkr:
>
> I would simply rather not have it then give money to RB who works with the ATF to stifle the frt market, quite possibly while even being funded by taxpayer money to support their lawfare.

If it would give me reliable and durable SEF FRT triggers that worked on my G3A3, SP5, and PTR-32 today, I'd buy it directly from Nancy Pelosi. I'd throw in a rimjob for a 3-pos that worked on my MPX without tearing anything up.

Not fly enough to be halal....

---

**BullpupFan** — Member
Joined: Dec 2012 Posts: 13875
EE: 100% (31) CO, USA

Posted: 4/27/2026 5:23:47 PM EDT [#19]

Quote History

> Originally Posted By dredeagle:
>
> @asdesigns ...
>
> I'm looking hard at an HK MP5SD - that was a lie. I will take a hard look at this 22lr plinker if your soon to release drop-in will drive it.
>
> Can you offer insights?

None of the 22LR guns from Walther/Umarex or even GSG will work with normal trigger packs so I can't imagine any of them working with any normal FRT.

I have a couple of the GSG5 family guns and would be tickled pink to get an FRT for those!




**NWRed**
Amateur Ammo Fort Constructor
Joined: Apr 2002 Posts: 12486
EE: 100% (368) ID, USA

Posted: 4/27/2026 7:31:22 PM EDT [#20]

Quote History

> Originally Posted By BullpupFan:
>
> None of the 22LR guns from Walther/Umarex or even GSG will work with normal trigger packs so I can't imagine any of them working with any normal FRT.
>
> I have a couple of the GSG5 family guns and would be tickled pink to get an FRT for those!

https://www.gunbroker.com/all/search?keywords=mp5%20frt&sort=13




https://www.youtube.com/shorts/Huwa4lom0jo

"Kid you're so lost, even I can't bring you home" - The North Star

---



**Jeeps-And-Guns**
Member
Joined: Jan 2017 Posts: 4135
EE: 100% (60) AL, USA

Posted: 4/27/2026 7:47:03 PM EDT [#21]

Quote History

> Originally Posted By NWRed:
>
> https://www.gunbroker.com/all/search?keywords=mp5%20frt&sort=13
>
> https://www.youtube.com/shorts/Huwa4lom0jo

But is it reliable and easy to get working. If so I would gladly get one of those guns and ditch my dedicated AR 22lr upper.
My AR22 has been a nightmare to get running and still does not run to this day.

---




**jclendineng**
Joined: Nov 2025 Posts: 50
EE: 0% (0) USA

Posted: 4/27/2026 8:23:41 PM EDT [Last Edit: jclendineng] [#22]

Quote History

> Originally Posted By Jeeps-And-Guns:
>
> But is it reliable and easy to get working. If so I would gladly get one of those guns and ditch my dedicated AR 22lr upper.
> My AR22 has been a nightmare to get running and still does not run to this day.

Negative

https://www.hkpro.com/threads/umarex-hk-mp5-22lr-drop-in-frt.591520/

---



**AR4U**
Tester of Things
Joined: May 2004 Posts: 36462
EE: 0% (0) NC, USA

Posted: 4/27/2026 9:51:39 PM EDT [#23]

Quote History

> Originally Posted By drobs:
>
> Day 96 no product release.
>
> Meanwhile Rare Greed has a drop in MP5 trigger in 2 flavors, SEF and Ambi.
>
> https://www.ar15.com/media/mediaFiles/41568/Rare_Greed-3752150.jpg

View All Quotes

Who gives a fuck if they're selling 10 dollar machine guns that come with a free BJ?

"During the second 100 days, we will design, build and open a library dedicated to my first 100 days." -Barack Obama, May 9 2009

---



**ScottS**
Member
Joined: Feb 2002 Posts: 4429
EE: 100% (22) NH, USA

Posted: 4/28/2026 11:54:09 AM EDT [#24]

Quote History

> Originally Posted By AR4U:
>
> Who gives a fuck if they're selling 10 dollar machine guns that come with a free BJ?

Ooooo...I'd care about that.

---




**networkguru**
Joined: Nov 2018 Posts: 8761
EE: 100% (3) SC, USA

Posted: 4/28/2026 2:58:03 PM EDT [#25]

Quote History

> Originally Posted By ScottS:
>
> Ooooo...I'd care about that.

View All Quotes

cool but its a prison tranny giving them.

---




**rb889**
Joined: Mar 2014 Posts: 17971
EE: 100% (9) VA, USA

Posted: 4/28/2026 5:57:18 PM EDT [#26]

Quote History

> Originally Posted By TxRabbitBane:
>
> If it would give me reliable and durable SEF FRT triggers that worked on my G3A3, SP5, and PTR-32 today, I'd buy it directly from Nancy Pelosi. I'd throw in a rimjob for a 3-pos that worked on my MPX without tearing anything up.

View All Quotes

But then you wouldn't be able to enjoy any of it.

You'd be dead of alcohol poisoning.

---



**ScottS**
Member
Joined: Feb 2002 Posts: 4430
EE: 100% (22) NH, USA

Posted: 4/29/2026 10:29:18 AM EDT [#27]

Quote History

> Originally Posted By networkguru:
>
> cool but its a prison tranny giving them.

Oh, that wasn't in the brochure.

---



**cccpNyC**
M18 Smoke Ninja
Joined: Feb 2014 Posts: 10240
EE: 100% (37) UT, USA

Posted: 5/3/2026 2:26:30 AM EDT [#28]

Quote History

> Originally Posted By jclendineng:
>
> Negative
>
> https://www.hkpro.com/threads/umarex-hk-mp5-22lr-drop-in-frt.591520/

View All Quotes

Damn, I was thnking my Walther / Umarex g36 and the trigger pack looks pretty damn close to that. I'll have to take it down tomorrow and see. That would be tits.

"That pistol just kept saying, let go of my ears, you don't know what you're doing." - **thehellbringer**

**Capt-Planet**
Code Name Orphan Crippler
Joined: May 2007 Posts: 24410
EE: 100% (2) PAK

Posted: 5/3/2026 8:45:37 AM EDT [#29]

How is production going?

Remember kids, the first rule of gun safety is to have fun.

---

**cryo_tech**
Joined: Feb 2012 Posts: 8896
EE: 100% (41) VA, USA

Posted: 5/3/2026 9:33:46 AM EDT [#30]

Been a lot of silence on this one for sure since they hype of announcement.

---

**bkpkr**
#6packclub
Joined: May 2007 Posts: 34032
EE: 100% (338) TN, USA

Posted: 5/3/2026 9:46:33 AM EDT [#31]

Quote History

> Originally Posted By cryo_tech:
> Been a lot of silence on this one for sure since they hype of announcement.

Silence from who? They've answered everyone's questions in this thread. They posted a production start date (5/1) and sales ETA (late June). What more would you like?

---

**Gullskjegg**
Pax Domini sit semper vobiscum
Joined: Feb 2009 Posts: 8458
EE: 100% (78) TN, USA

Posted: 5/3/2026 3:06:36 PM EDT [#32]

Quote History

> Originally Posted By cryo_tech:
> Been a lot of silence on this one for sure since they hype of announcement.

They haven't been sending you the daily production numbers, and underlying data reports? The rest of us have been getting them around 6 pm or so each day.

Give me that old time religion

---

**MHIDPA**
Member
Joined: Oct 2004 Posts: 4616
EE: 100% (6) TN, USA

Posted: 5/3/2026 9:14:24 PM EDT [#33]

Quote History

> Originally Posted By Gullskjegg:
> They haven't been sending you the daily production numbers, and underlying data reports? The rest of us have been getting them around 6 pm or so each day.

I've been reviewing PPAPs all week.

---

**rb889**
Joined: Mar 2014 Posts: 18055
EE: 100% (9) VA, USA

Posted: 5/8/2026 9:49:36 PM EDT [#34]

Just checked to see how things are going, saw they abandoned the AUG trigger. Sad day.

---

**lil_Sig**
Member
Joined: Dec 2022 Posts: 8037
EE: 0% (0) OK, USA

Posted: 5/9/2026 4:13:27 PM EDT [#35]

Quote History

> Originally Posted By 07MDRubi:
> Sorry. Probably a poor choice in terms of on the RB trigger you have to run the charging handle and lock it back to put it on safe after shooting. So going between safe and fire in a string of shooting has the added step of having to charge and lock the bolt back.
>
> Edit
>
> Disregard. I am an idiot, I just confirmed with my buddy who had it that the RB one will go to safe with the hammer cocked. I was trying to go to safe with a dead trigger. I am still going to try to grab this trigger but don't want wrong information out there on the RB operation.

Attached File

---

**billth777**
Member
Joined: Oct 2014 Posts: 8084
EE: 100% (2) GA, USA

Posted: 5/13/2026 1:11:38 PM EDT [#36]

As a total novice on AS and FRT in general. I just sold my m11/9 as the values are already being impacted by FRTs and I want a 3 position MP5 FRT in the factory lower.

Am I correct in seeing that RB is the only one currently on the market, but AS is 'coming soon' ?

---

**HKPDW**
Joined: Jan 2002 Posts: 11612
EE: 100% (33) MOZ

Posted: 5/13/2026 2:43:57 PM EDT [Last Edit: HKPDW] [#37]

Will this work in an MKE lower?

---

ETA: It appears the original MKE housing is a clone of the HK SEF housing and should be compatible with the SEF version of the ARHK cassette.

---

**bmg2**
Member
Joined: Nov 2008 Posts: 210
EE: 100% (4) ID, USA

Posted: 5/13/2026 3:27:55 PM EDT [#38]

Is ASDesigns going to have both SEF and Navy versions available? Any status updates? Hopefully production has started. :)

---

**stiglitz_actual**
Member
Joined: Jul 2017 Posts: 3803
EE: 100% (63) DEU

Posted: 5/13/2026 5:47:01 PM EDT [Last Edit: stiglitz_actual] [#39]

All of these questions have already been asked and answered multiple times
I know site search sucks but at least read a page or two back in tech threads like this before commenting, it's not GD

Yes, Yes, Yes, No to the last 3 posts

**bmg2** Member
Joined: Nov 2008 Posts: 211
EE: 100% (4) ID, USA

Posted: 5/13/2026 7:48:12 PM EDT [Last Edit: bmg2] [#40]

Quote History

> Originally Posted By bmg2:
>
> Is ASDesigns going to have both SEF and Navy versions available? Any status updates? Hopefully production has started. :)

> One of the most common ARHK questions is will it work with SEF or what housings are supported. This is what ARHK looks like in a SEF Housing without the SEF style selectors that will be a option eventually also. pic.twitter.com/5yQ5So6Tqw
>
> s3igu2 (@s3igu2) April 4, 2026

---

**Alpha-17**
Joined: Sep 2023 Posts: 565
EE: 100% (2) KS, USA

Posted: 5/13/2026 8:09:35 PM EDT [#41]

Cool. I'd like to get a Navy lower for my clone eventually, but it's good to know that they work with the SEF I have now.

---

**networkguru**
Joined: Nov 2018 Posts: 8828
EE: 100% (3) SC, USA

Posted: 5/19/2026 6:56:07 PM EDT [#42]

ASD's website says production now starts 5/29.

For sale late July.

---

**fordkicksass** Member
Joined: Jun 2008 Posts: 6107
EE: 100% (228) USA

Posted: 5/19/2026 7:22:04 PM EDT [#43]

Quote History

> Originally Posted By networkguru:
>
> ASD's website says production now starts 5/29.
>
> For sale late July.

I'm pretty excited about this device so it's not great to see the availability date get pushed back but I will certainly live. I just noticed today there is an actual picture of the trigger pack rather than a rendering.

---



**BladedRonin** 1900GOODTIME
Joined: Oct 2007 Posts: 68654
EE: 100% (2) TX, USA

Posted: 5/19/2026 7:30:37 PM EDT [#44]

> Originally Posted By Jeeps-And-Guns:
>
> This could push me over the edge to make me finally break down and buy a MP5 clone.

This. And

I don't like making plans for the day. Because then the word "premeditated" gets thrown around in the courtroom.

---

**Alpha-17**
Joined: Sep 2023 Posts: 573
EE: 100% (2) KS, USA

Posted: 5/20/2026 7:14:51 AM EDT [#45]

Quote History

> Originally Posted By networkguru:
>
> ASD's website says production now starts 5/29.
>
> For sale late July.

I'm beginning to think that AS Designs is as unreliable as my ARC Fire. It seems they suck at meeting their own timelines and letting people know what's actually happening. When there were rumors of a delay being discussed a couple of weeks ago, their official account on HK Pro said "I don't know who said delayed 2 more months, production is starting.". That was May 4th. Link HERE. Odd that now, a couple of weeks later, production is scheduled to start on May 29th. Delays happen. Lying about it shouldn't.

---

**s3igu2**
Joined: Oct 2025 Posts: 103
EE: 0% (0) TX, USA

Posted: 5/20/2026 7:25:38 AM EDT [#46]

Quote History

> Originally Posted By Alpha-17:
>
> I'm beginning to think that AS Designs is as unreliable as my ARC Fire. It seems they suck at meeting their own timelines and letting people know what's actually happening. When there were rumors of a delay being discussed a couple of weeks ago, their official account on HK Pro said "I don't know who said delayed 2 more months, production is starting.". That was May 4th. Link HERE. Odd that now, a couple of weeks later, production is scheduled to start on May 29th. Delays happen. Lying about it shouldn't.

Have you reached out to ASDs support email regarding the issue with your arcfire? They will send you a replacement detnet bar. Or send me the order number and ill have them ship one out.

---



**mini14jac** Member
Joined: Feb 2001 Posts: 5055
EE: 100% (169) TN, USA

Posted: 5/20/2026 10:30:12 AM EDT [#47]

I wonder about the wisdom of holding off sales until the pack can be used in a HK 53.

How many people have a 53 compared to some sort of 9mm MP5 clone?
I suspect the overwhelming majority of users have the MP5.

How much money has Rare Breed made in the last couple of months selling MP5 units?
(About $1400 off of me.)

I would rather have saved money and bought from someone else but I'm not that patient.

Months ago I messaged Partisan about modifying a Disruptor to work in a MP5.
They basically said "Don't worry about it, we are working on a MP5 unit."
But no public announcement since then.

---

**Damon_23**
Joined: Dec 2006 Posts: 907
EE: 100% (11) IN, USA

Posted: 5/20/2026 11:44:24 AM EDT [#48]

Quote History

> Originally Posted By mini14jac:
>
> I wonder about the wisdom of holding off sales until the pack can be used in a HK 53.
>
> How many people have a 53 compared to some sort of 9mm MP5 clone?
> I suspect the overwhelming majority of users have the MP5.
>
> How much money has Rare Breed made in the last couple of months selling MP5 units?
> (About $1400 off of me.)
>
> I would rather have saved money and bought from someone else but I'm not that patient.
>
> Months ago I messaged Partisan about modifying a Disruptor to work in a MP5.
> They basically said "Don't worry about it, we are working on a MP5 unit."
> But no public announcement since then.

Waiting for a pack that works with 556 and 308 rifles is the only reason I haven't ordered a RB.
It'll get used in the mp5 95% of the time, but it's worth waiting to be able to drop it in the AP53 or PTR G3k clone. For reasons.

---

**StealthyBlagga**
Joined: Feb 2002 Posts: 12075
EE: 100% (59) AZ, USA

Posted: 5/20/2026 12:59:03 PM EDT [#49]

I really hope ASD launch the SEF selector alongside the Ambi. A lot of guns, including mine, are SEF and ambi trigger housings are not cheap. A SEF selector would allow use of the Magpul trigger housing too.

TEAM MEMBER

ARguy
Member
Joined: Mar 2001 Posts: 1664
EE: 100% (76) NC, USA

Posted: 5/20/2026 1:22:55 PM EDT [#50]

Quote History

> Originally Posted By mini14jac:
>
> I wonder about the wisdom of holding off sales until the pack can be used in a HK 53.
>
> How many people have a 53 compared to some sort of 9mm MP5 clone?
> I suspect the overwhelming majority of users have the MP5.
>
> How much money has Rare Breed made in the last couple of months selling MP5 units?
> (About $1400 off of me.)
>
> I would rather have saved money and bought from someone else but I'm not that patient.
>
> Months ago I messaged Partisan about modifying a Disruptor to work in a MP5.
> They basically said "Don't worry about it, we are working on a MP5 unit."
> But no public announcement since then.

Assuming the same trigger pack will work with all of the calibers, Its definitely worth a little bit of delay. The fact is RB's doesn't and AS Designs will have that over them. My 53 is patiently standing by.

> They basically said "Don't worry about it, we are working on a MP5 unit."
> But no public announcement since then.

Assuming the same trigger pack will work with all of the calibers, Its definitely worth a little bit of delay. The fact is RB's doesn't and AS Designs will have that over them. My 53 is patiently standing by.

## Sign up to continue the discussion

Create a free account to share your thoughts, follow topics, and connect with the AR15.COM community.

Register to Reply

Already a member? Sign In

Previous Page 8 / 13 Next Page

AS Designs ARHK (Page 8 of 13)

Home / AR-15 / Rate of Fire Triggers

AR Sponsor BRAVO COMPANY USA LIFE SAVING TOOLS

Modern

Active Topics Newest Topics Code of Conduct

AR15.COM

The world's largest firearm community and is a gathering place for firearm enthusiasts of all types.
From hunters and military members, to competition shooters and general firearm enthusiasts, we welcome anyone who values and respects the way of the firearm.

GIFs on this site are Powered by GIPHY

Quick Links
Blog
Deals
Equipment Exchange
Forums
Memberships

Info
About
Advertising
DMCA
Help
Privacy Policy
Your Privacy Choices

Stay Updated
Subscribe to our monthly Newsletter to receive firearm news, product discounts from your favorite Industry Partners, and more.
Email Address
Subscribe

© 1996-2026 AR15.COM LLC. All rights reserved.