# EXHIBIT 41

Page 1
ASDesigns on X: "ARHK has entered full production. We have completed testing on all platforms (MP5, MP5K, G3/91, 11, 21, 23, 33, 51, 53, and 93) and everything is functioning great and held up to our torture testing. We anticipate that our first drop of 1500 units will be in roughly 8 weeks" / X
https://x.com/ASDesignsFRTs/status/2072140289959928065

X

← **Post**

**ASDesigns** @ASDesignsFRTs ···

ARHK has entered full production.

We have completed testing on all platforms (MP5, MP5K, G3/91, 11, 21, 23, 33, 51, 53, and 93) and everything is functioning great and held up to our torture testing.

We anticipate that our first drop of 1500 units will be in roughly 8 weeks and those will all be ready to ship at the time of the drop.

ARHK Key Info
- Drop-in trigger pack for HK roller delayed platforms and clones

- Uses stock lower just replace ejector when switching platforms

- Does not require an external slip trip

- Alligned with Navy and SEF markings (just swap selectors)

- The ARHK works in both Navy and SEF housings (both will be ambi to start) and comes with your choice of Navy or SEF selectors

- Includes your choice of either a 9mm or .308 ejector

- Works with all bolt carrier types

- WILL NOT WORK ON CETME (safety concerns)




9:08 PM · Jun 30, 2026 · **38.4K** Views

53 24 516 156

**Acid Tiger** @AcidTheTiger · Jul 1 ···
Soon I hope.



18 630

**Mrgunsngear** @Mrgunsngear · Jul 1 ···
nice

14 900

**Safing Sector** @Gplavallee72 · Jul 1 ···
G11, you say? 🤔



11 438

**Log in or sign up for X**

See what's happening and join the conversation

Continue with phone

Continue with Apple

Continue with Google

or

Log in with username or email

**Relevant people**

**ASDesigns** @ASDesignsFRTs Follow

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Scan to get the app

Captured by FireShot Pro: 29 August 2026, 04:59:14 PM
https://getfireshot.com