# EXHIBIT 42

FREE SHIPPING ON ALL ORDERS!



# PRODUCTION STATUS

**PRODUCTION STATUS OF CURRENT ITEMS**

**UPDATED 7/27/2026**

**MP5 LOWERS**

Please refer to Shipping Estimates here: https://activesafetydesigns.com/shipping-estimates/

**ASSORTED PRODUCTION SCHEDULES**

**ARHK**

**UPDATE 7/27**

-

**Parts have been finalized and we are starting production on them today.**

-

**We expect production to take roughly 8 weeks and assembly for the first batch will take 2 weeks on top of that. Yes, this means we will not hit our end of July ETA. We understand that this is frustrating for those of you who are waiting but we need to be sure this is 100% ready to take to market before we launch.**

-

**We are planning to have 1500 available ready to ship on the drop day. We are hoping the drop will be late August. As always, this is not a guarantee and quality is our number one priority so we will not rush a drop and sell an inferior product.**

**PTR (G3/91)**

- Lowers abandoned. Support through ARHK is 100% functional. All G3 lower orders have been refunded or replaced with ARHK.

**CENTURY AP53**

- ARHK support is funtional. ARHK enters production 7/2.

**STRIBOG 9A3**

- In-Development - ETA for Pre-Order TBD - ETA for shipping TBD
  - **Functional** - Lower design is finalized. Slip trip has been modified. Testing new samples 8/4.

**STRIBOG 45/10A3**

- In-Development - ETA for Pre-Order TBD - ETA for shipping TBD
  - **Functional** - Lower design is finalized. Slip trip has been modified. Testing new samples 8/4.

**JAKL-10 (.308)**

- In-Development - ETA for Pre-Order TBD - ETA for shipping TBD
  - **Functional** - Doing final testing 7/28.

**JAKL-9 (9MM)**

- In-Development - ETA for Pre-Order TBD - ETA for shipping TBD
  - **Functional** - Waiting on new trip sample, testing should be done by 8/7.

**BRN-180**

- In-Development - ETA for Pre-Order TBD - ETA for shipping TBD
  - **Functional** - To-do: Sample revisions (first samples do not pass) and final stress testing - Updating for ARC - Custom lever required
  - UPDATE (12/5) - Sent for updated samples.
  - UPDATE (12/20) - Samples received, testing beginning.
  - Update (4/4) - Reliability issues encountered. Continuing revisions.

**AUG**

- *Project Abandoned*

**SPRINGFIELD KUNA**

- In-Development - ETA for Pre-Order TBD - ETA for shipping TBD
  - **Functional** - Lower and slip trip have been modified. Testing expected to be done by late August.;

**CMMG DISSENT**

- 5.56/300BLK Models - **FUNCTIONAL** - No ETA - Trip guide breaking, testing new samples.
- 9mm/.45 Models - **FUNCTIONAL** - No ETA - Resampling trip guide, everything else seems to work well.
- .308/8.6BLK Models - Beta - **FUNCTIONAL** - Testing.
- 5.7x28 Model - **FUNCTIONAL** - No ETA - Testing.

**UMP (HKP KIT/S5 TACTICAL, CLONES, AND USC CONVERSIONS)**

- In-Development - Functional
  - Samples arrive ~8/7

**SIG MCX 308/277**

- **NOW AVAILABLE HERE**

**FN M249S**

- In-Development - No ETA
  - Running, refinements needed now.
  - Need to verify if pre-recall models are supported.
  - **UPDATE (12/8) - Awaiting housing samples.**
  - **UPDATE (4/4) - Awaiting housing samples. Functional in plastic. Need to refine.**
  - **UPDATE (5/18) - Restarting project after ARHK enters production.**

**B&T GHM9**

- In-Development - No ETA
  - Running, refinements needed now.
  - **UPDATE (7/10) - On hold until B&T parts can be sourced due to the Iran war as Switzerland cannot export parts until that is resolved.**

**B&T APC9/10/45**

- In-Development - No ETA
  - Running, refinements needed now.
  - **UPDATE (4/4) - Samples arriving 4/21**
  - **UPDATE (5/18) - Functional, making very minor tweajs to lower. Also awaiting parts from B&T.**
  - **UPDATE (7/10) - On hold until B&T parts can be sourced due to the Iran war as Switzerland cannot export parts until that is resolved.**

**B&T APC223**

- In-Development - No ETA
  - Running, refinements needed now.
  - **Sent off for samples 10/21**
  - **11/30 UPDATE - Samples received, testing.**
  - **12/8 UPDATE - Samples passed functions/fitment, small revisions needed.**
  - **12/20 UPDATE - New sample needed, should be final revision.**
  - **4/4 UPDATE - Sample arriving 4/21.**
  - **5/18 UPDATE - Functional, making very minor tweaks to lower. Also awaiting parts from B&T.**
  - **UPDATE (7/10) - On hold until B&T parts can be sourced due to the Iran war as Switzerland cannot export parts until that is resolved.**

**B&T APC308**

- In-Development - No ETA
  - Running, refinements needed now.
  - **Sent off for samples 10/21**
  - **12/30 UPDATE - Samples received, testing.**
  - **4/4 Update - New sample arriving 4/14.**
  - **5/18 Update - Making very minor tweaks to lower, also waiting on parts from B&T.**
  - **UPDATE (7/10) - On hold until B&T parts can be sourced due to the Iran war as Switzerland cannot export parts until that is resolved.**

**B&T SPC9/10/45**

- In research stage, may be supported by APC lower.
  - UPDATE 11/11 - **SPC fits APC lower.**
  - UPDATE 12/8 - **Needs custom lever, sent for samples.**
  - **UPDATE (7/10) - On hold until B&T parts can be sourced due to the Iran war as Switzerland cannot export parts until that is resolved.**

*List of platforms we do not have on our roadmap:*

- *Kriss Vector*
- *CZ Scorpion (any variant)*
- *CZ Bren (any variant)*
- *Uzi*
- *MPA Defender*
- *B&T TP9*



© 2026 AS Designs | Sitemap

Manage Website Data Collection Preferences