# EXHIBIT 43

# MP5 Drop-In Cassette Trigger - AS Designs - Delay








**grimaila**
Plus Member
Joined Oct 1, 2024
555 Posts

#381 · Aug 19, 2026

ASD Production Status

I think ASD wants to build as much inventory before releasing the ARHK. I suspect that as soon as they start shipping, RB will file an injunction to try to prevent them from selling.

Reply Quote Like Save Share

Advertisement




**ContingencyPlan**
Registered
Joined Apr 16, 2025
231 Posts

#382 · Aug 19, 2026

2027

Projects in development during the Fall rarely get finished before the holidays. This is my estimate.

*(But please prove me wrong AS Designs!)*

Reply Quote Like Save Share

**Problem**
Registered
Usp|P2000|CC9|Sp5/MP5-SD|Beretta...
Joined Aug 18, 2026
57 Posts

#383 · Aug 19, 2026

> grimaila said:
> ASD Production Status
> I think ASD wants to build as much inventory before releasing the ARHK. I suspect that as soon as they start shipping, RB will file an injunction to try to prevent them from selling.

They'll file another lawsuit you mean. They've been at it since December 2025, shocker 😒.

https://www.courtlistener.com/docket/73184099/rare-breed-triggers-inc-v-as-designs-llc/

Reply Quote Like Save Share

**HK556WI**
Registered
Joined Jul 14, 2010
2,337 Posts

#384 · Aug 19, 2026

It should be AS Designs Just Strings Us Along

I want to buy 2 of them. But, I would bet I don't even see 1.

I guess maybe I should just by the Inbreeder Trigger.

Lighting the Darkness

Chargerdude70 and Villuj_idiot

Reply Quote Like Save Share

About this Discussion

39
Replie
Last p
Probl







lost), we are a forum dedicated to and laser-focused on Heckler & Koch firearms, Heckler & Koch accessories and the owners and enthusiasts that love them! Come join the discussion regarding HK pistols, long arms, NFA arms, HK accessories, HK history and trivia and more.

Full Forum Listing →

Explore Our Forums

HK HANDGUN TALK
HK CLONE TALK
HK LONG GUN TALK
HK NFA TALK
HK TALK

Sponsor the forum

KCI USA

Brands in our community
View All →

LGA Systems, LLC
Premium vendor

Cabela's
Cabela's
Ad
Built for a Lifetime: Performance When Seconds Count.
15% off all Vortex & enter to win a $15,000 Elk Hunt or 1 of 4 prize packages!
Learn More



**HK556WI**
Registered
Joined Jul 14, 2010
2,337 Posts

#385 · Aug 19, 2026

Crap production update 7/27 for triggers to be sold.

How much do you have to produce to delay it that far.

BTW it is more than likely a typo. I just like to complain.

Lighting the Darkness

Reply Quote Like Save Share

**Problem**
Registered
Usp|P2000|CC9|Sp5/MP5-SD|Beretta...
Joined Aug 18, 2026
57 Posts

#386 · Aug 19, 2026

> HK556WI said:
> It should be AS Designs Just Strings Us Along
>
> I want to buy 2 of them. But, I would bet I don't even see 1.
>
> I guess maybe I should just by the Inbreeder Trigger.

You and me both.

Can you go to the FRT for the MP5 Thread and chime in for shattered mind on the animosity towards Rare Breed? My knowledge is surface level at best.

Reply Quote Like Save Share

**Chargerdude70**
HK= NFG 4 the Wallet
Joined Oct 26, 2019
1,856 Posts

#387 · Aug 19, 2026 (Edited)

> HK556WI said:
> It should be AS Designs Just Strings Us Along
>
> I want to buy 2 of them. But, I would bet I don't even see 1.
>
> I guess maybe I should just by the Inbreeder Trigger.

I been biding my time hoping this goes to fruit but as time goes by my bank account is itching to get a rare greed just to satisfy its wants, and I do not want to give them one f'g dime. I can not afford a 50k toy at this stage in life and these FRT's are the next best option.

jimk23, grimaila and TacticalMedic

Reply Quote Like Save Share

**grimaila**
Plus Member
Joined Oct 1, 2024
555 Posts

#388 · Aug 19, 2026

I think everyone will get a laugh out of this one... One of the guys at my range who purchased an ASD lower is convinced that they licensed (or made a deal with RB) to make the ARHK without interference... LOL I think that is highly unlikely!!! In any case, I want a ARHK in my collection.

USMCsilver

Reply Quote Like Save Share

**Problem**
Registered
Usp|P2000|CC9|Sp5/MP5-SD|Beretta...
Joined Aug 18, 2026
57 Posts
Joined Aug 18, 2026
57 Posts
57 Posts

#389 · Aug 19, 2026

> grimaila said:
> I think everyone will get a laugh out of this one... One of the guys at my range who purchased an ASD lower is convinced that they licensed (or made a deal with RB) to make the ARHK without interference... LOL I think that is highly unlikely!!! In any case, I want a ARHK in my collection.

Bless their heart.

Let them know that RB is actively suing ASD for almost a year now.

They'll file another lawsuit you mean. They've been at it since December 2025, shocker 😒.

Let them know that RB is actively suing ASD for almost a year now.

Reply Quote Like Save Share

**grimaila**
Plus Member
Joined Oct 1, 2024
555 Posts

#390 · Aug 19, 2026

> Problem said:
>
> > grimaila said:
> > I think everyone will get a laugh out of this one... One of the guys at my range who purchased an ASD lower is convinced that they licensed (or made a deal with RB) to make the ARHK without interference... LOL I think that is highly unlikely!!! In any case, I want a ARHK in my collection.
>
> Bless their heart.
>
> Click to expand...

Lol... They know that... but that is where conspiracy theories are hatched. Go figure.

Reply Quote Like Save Share

**Destructo6**
Registered
Joined Apr 23, 2000
119 Posts

#391 · Aug 20, 2026

The latest update I see is from 7/27, on the "Production Status," page and it reads:

> **ARHK**
> **UPDATE 7/27**
>
> Parts have been finalized and we are starting production on them today.
>
> Click to expand...

My quick calculation shows that the earliest they would be shipping is in the first week of October.

I'll admit to being a little impatient and breaking down for the RB, a bird in the hand sort of thing.

God gave you a soul.
Your parents, a body.
Your country, a rifle.

jimk23

Reply Quote Like Save Share

Add your business

Top Contributors this Month
View All →
German
266 Replies
skullbox
108 Replies
JoshNC
99 Replies




Recommended Communities
Tech Support Guy
973K members
AVS Forum
1.6M members
Land Rover Defender Sport
10 members



Problem
Registered
Usp|P2000|CC9|Sp5/MP5-SD|Beretta...

Joined Aug 18, 2026
57 Posts

#392 · Aug 20, 2026

> Destructo6 said:
> The latest update I see is from 7/27, on the "Production Status," page and it reads:
>
> My quick calculation shows that the earliest they would be shipping is in the first week of October.
>
> I'll admit to being a little impatient and breaking down for the RB, a bird in the hand sort of thing.

As long as we get something that works with minimal to no modification, reliable and with good part support is what matters.

I'm waiting for an SEF version if I wanted to go ASD anyways so this doesn't affect me too much.

jimk23, raëlianoperator and grimaila

Reply Quote Like Save Share

381 - 392 of 392 Posts

1 20 of 20 20

Write your reply...

Post Reply

## Related Threads

HK PARTS AND ACCESSORIES FOR SALE
gumby510 · Aug 4, 2024

**For Sale Mp5 40/10 trigger housing, 2 mags and hk bolt and carrier**

$400.00 Appleton, Wisconsin



12 1.2K gumby510 replied Aug 10, 2026

HK LONG GUN TALK
JohnGrey · Nov 28, 2024

**Trigger Housing Compatibility for MP5-10**

Hello, I've got an MP5 10mm semi conversion that I've augmented with a Franklin Armory binary trigger, and I'd like to have a trigger housing; preferably a 0,1,2; to accurately reflect its capabilities. So far as I'm aware, the ejector and ejector spring are the differentiator between the...

8 642 E-11Blaster replied Jul 25, 2026

HK LONG GUN TALK
msmp5 · Jan 29, 2025

**MP5 Trigger Groups from HKParts - Now "Restricted"??**

Check out the narrative in the below link to an ad from HKParts. It says that these MP5 Trigger Groups are now "restricted" ........ https://hkparts.net/all-parts/h-k-mp5-4-position-burst-trigger-group-0-1-3-f/ "Only a few on hand and once they are all gone there will be no more as they are...

6 1.3K American Aficionado replied Feb 26, 2026

HK PARTS AND ACCESSORIES FOR SALE
Carrera · Apr 1, 2025

**For Sale MP5 Navy Trigger Group 0/1/Full Pictogram BRAND NEW HK Germany Ext. Lever**

$1,750.00 Broken Arrow, Oklahoma

1 762 Carrera replied Apr 20, 2026

HK/Clone FRT,Super Safety,Binary,et al Discussion
wdritchey · Jul 29, 2025

**MP5 FRT**

I've been seeing a lot about FRT lately in AR. Most interestingly was when Juicey Media posted his video with a super safe MP5. More recently, Garand Thumb has as well. I believe both of them were using the Lees Sporting Lower from Warhammer Armament. I don't love that it's essentially an AR...

158 22K mikesxpress replied Jan 31, 2026

HK PARTS AND ACCESSORIES FOR SALE
Countryboycansurvive · Oct 9, 2025

**For Sale MP5 / MP5K Navy and Burst Trigger Housings**

$285.00 Columbia, Pennsylvania

5 799 EmbarkChief replied Feb 18, 2026

New Member Introductions
AS Designs · Oct 24, 2025

**Hello from AS Designs!**

Hey everyone, I'm the owner of AS Designs and we just wanted to go ahead and sign up as a supporting vendor so that we can be more active here without crossing any lines as well as supporting a very valuable resource like HKPRO (can't tell you how many times I've opened an old thread for...

62 2.5K Jpr replied Apr 18, 2026

HK/Clone FRT,Super Safety,Binary,et al Discussion
dtibbals · Nov 13, 2025

**SP5 AS Designs Lower with Arc Fire and Geiselle SSA**

I received the AS Designs FRT for the SP5 this week and so far I've got just about 500 rounds through it. I've had 3 others shoot it and it always ends with lots of smiles. My opinion so far is it's worth the money but so far one thing I'd like to change is the safety levers. They don't feel up...

12 1.2K dlar9612 replied Jul 11, 2026

HK/Clone FRT,Super Safety,Binary,et al Discussion
LFOD1776 · Jan 9, 2026

**MP5-K or "Reverse Stretch" for an FRT setup?**

I made a New Year's resolution to finally take the plunge on putting together an MP5 clone with a forced reset trigger. My plan is to use the AS Designs "full kit", as it's as much of a drop-in/plug-and-play system as you can get. I want to go with a short barrel (my plan is to SBR the...

10 · 530 · AS Designs replied Jan 12, 2026

HK/Clone FRT,Super Safety,Binary,et al Discussion
wdritchey · Feb 15, 2026

**Rare Breed FRT for MP5 on site!**

Was just browsing and noticed Rare Breed has MP5 FRT listed! No price shown. I didn't think they officially released them yet - my guess is they're getting the products set up on the site now and setting them live later. The descriptions state that it's a drop-in for all HK roller-delayed...



4 · 2.9K · HKtrust replied Feb 15, 2026

HK PARTS AND ACCESSORIES FOR SALE
msmp5 · Feb 17, 2026

**For Sale MP5 3RB (0,1,3,F) Trigger Group**

$1,995.00 Las Vegas, Nevada



4 · 282 · msmp5 replied Aug 13, 2026

HK/Clone FRT,Super Safety,Binary,et al Discussion
jdp83 · Feb 22, 2026

**Help fitting the AS Designs AR MP5-K lower onto my DJ Getz 89K**

I need some help fitting the AS Designs AR MP5-K lower onto my DJ Getz 89K from 2015. I originally ordered the H&K SP5K/SP5K-PDW version and then found out that the ears aren't wide enough so re-ordered the PTR 9KT version. The lower rear push pin won't quite go in and I'm not sure if I should...



4 · 157 · jdp83 replied Feb 24, 2026

HK PARTS AND ACCESSORIES FOR SALE
HKtrust · Mar 1, 2026

**For Sale MP5 Trigger Groups/packs/housings (Prices reduced)**

$250.00



6 · 815 · HKtrust replied Apr 5, 2026

HK PARTS AND ACCESSORIES FOR SALE
MagicMike69 · Mar 18, 2026

**Sold MP5 0-1-3-F Trigger Group**

$1,350.00 Livonia, Michigan

2 · 300 · MagicMike69 replied Mar 18, 2026

HK/Clone FRT,Super Safety,Binary,et al Discussion
The Takedown Tools · Apr 10, 2026

**FRT & Trigger Upgrades for HK Platforms — ARC-Fire V2, Partisan Disruptor, Super Safety & More [Authorized Dealer]**

Putting this together for the HKPro community since HK platform compatibility on modern trigger systems is scattered across a dozen threads and hard to track down in one place. We're an authorized dealer for Partisan Triggers, AS Designs, and Hoffman Tactical. Here's what's actually...

7 · 639 · Jacobm replied Apr 21, 2026

HK CLONE TALK
blackops01 · Apr 15, 2026

**HK33/MP5 German Walnut A2 Wood Stock (HKP) — MKE Receiver Fitment Experience?**

Hey all, Building a suppressed MP5 SBR on a WHA build (MKE receiver). I've been eyeing the HK German walnut A2 wood fixed stock from HK Parts — the vintage German military surplus walnut listed as compatible with HK33/HK53/HK93/HK94 and MP5 with minor modifications. I've seen mixed reports in...

4 · 172 · blackops01 replied Apr 16, 2026


cisco.com
Distributed Security Fabric - Protect Hybrid Workforces - Security That Scales

HK LONG GUN TALK
wdritchey · Apr 18, 2026

**Timney MP5 Trigger compatibility in a G3**

Timney make a nice 2-stage trigger for the MP5. Depending on the website, the model compatibility is mixed and I emailed them and they said it "should" work in any roller delayed SEF housing. I want to know if anyone can confirm if their MP5 trigger works in a G3 - I am having a parts kit put...

2 · 72 · treywhite82 replied Apr 18, 2026

HK PARTS AND ACCESSORIES FOR SALE
ContingencyPlan · May 11, 2026

**Sold MP5 / AP5 Parts Blowout – MKE Trigger Housings, Flash Hider, Mounts & More**

$35.00 Houston, Texas

3 · 417 · ContingencyPlan replied May 23, 2026

HK PARTS AND ACCESSORIES FOR SALE
grimaila · Jun 16, 2026

**Sold MP5 FRT Leber V2 Complete Active Reset Lower for the MAC 5 (and other Full-Size front pin MP5 clones)**

$240.00 Dayton, Ohio



2 · 85 · grimaila replied Jun 27, 2026

NON HK ACCESSORIES FOR SALE
Vegeta_HK · Aug 14, 2026

**For Sale MP5/K Super Safety Parts / War Hammer / AS Designs / Geissele**

$50.00

0 · 43 · Vegeta_HK replied Aug 14, 2026

When you purchase through links on our site, we may earn an affiliate commission, which supports our community. The Fora platform includes forum software by XenForo. Second Media Corp., 111 Peter Street, Suite 600, Toronto, Ontario, M5V 2H1, Canada

fora

ACCREDITED BUSINESS

Your Privacy Choices