# EXHIBIT 44

reddit
r/MP5 Search in r/MP5
Create

Home
Popular
News
Explore
Start a community

GAMES ON REDDIT
Rock Bottom NEW
It's climb time!
115K monthly players
UnRiddle
Auto Forge — idle R...
Wordspire
Discover More

CUSTOM FEEDS
Create Custom Feed

COMMUNITIES

r/MP5 • 6mo ago
Additional-Home2908

# This is sickening....Rare Greed suing Hoffman and others while releasing a product clearly based on SS for MP5s (It all makes sense...)

News



One of their product pics...This makes me soooo angry. I hope no one supports this nonsense

175 | 103 | Share

Join the conversation

Sort by: Best | Search Comments

**Reasonable-Support35** • 6mo ago




137 Reply Share

**alienwarfare115** • 6mo ago

I can hear this meme

7 Reply Share

**PretendIndependent6** • 6mo ago

Didnt their deal with the government come with the stipulation that rare greed would sue competitors?

78 Reply Share

**WhiskerDizzle** • 6mo ago

They were supposed to "protect their patent", which they could have done by licensing it rather than suing everyone into oblivion.

62 Reply Share

**Vegetable_Coat8416** • 6mo ago

The Super Safety wasn't their patent at the time either. So I don't see how they're compelled to defend a patent they didn't own at the time of the settlement.

32 Reply Share

**Tacitblue83** • 6mo ago

they tried broadening the scope of their patent to include the SS in it, and hoffman called em out on his YT channel! epic.

19 Reply Share

**InadvertentObserver** • 6mo ago
H&K

And Hoffman immediately got slapped with a preliminary injunction. 😂

1 Reply Share

**Tacitblue83** • 6mo ago

yeah cause rare greed wants to shut em down. that means nothing when Hoffman wins the case 🙌

2 Reply Share

**InadvertentObserver** • 6mo ago
H&K

Given just how badly Hoffman's lawyer-on-a-budget has performed so far...get your kleenex ready.

1 Reply Share

**Tacitblue83** • 6mo ago

im amazed you are so far down Rare Greeds shank. bravo. im sure u will receive your free FRT soon!

1 Reply Share

**NikolaiAlexei** • 6mo ago

Yes

14 Reply Share

**irony-identifier-bot** • 6mo ago

r/MP5 Join
MP5: Roller-Delayed Blowback subgun
Home of the HK MP5
Created Nov 7, 2015
Public
28K Weekly visitors
1.7K Weekly contributions

USER FLAIR
JSoucek77

COMMUNITY BOOKMARKS
Wiki

R/MP5 RULES
1 Off-topic
2 No Airsoft/video game rendering
3 Low Effort / Uncivil Behavior
4 No Buying/Selling/Trading not even as a Joke.
5 No politics
6 Moderator discretion
7 No Airsoft Guns or Parts

WIKI AND FAQS
Check out the Wiki for company contact info, buyer's guides, step-by-step guides and other useful resources.
Frequently Asked Questions
HK MP5 Operator's Manual (text only)

RELATED SUBS
r/ak47 227,946 members
r/GunPorn 278,663 members
r/retroguns 4,958 members
r/FNFAL 13,281 members
r/NFA 278,795 members

MODERATORS
Message Mods
u/ChogolateMilk HNIC
u/Kingkobb208
u/cooltreasures
u/LynchMob_Lerry
u/condavour
u/hive-protect
View all moderators

INSTALLED APPS
Hive Protector

Reddit Rules Privacy Policy User Agreement
Your Privacy Choices Accessibility
Reddit, Inc. © 2026. All rights reserved.

**VallettaAwoo** • 6mo ago

Its because they think they own the SS patent, they purchased it from that twin bros dude who patentented it illegally.

58 Reply Share ···

**Additional-Home2908** OP • 6mo ago

What a mess....

25 Reply Share ···

**HKNation** • 6mo ago

What a crappy product to put out after 5 years, too. Inb4 those Allen keys strip the moment you try to tighten them much like the 10/22 BSF III safety selectors

14 Reply Share ···

**Special-Box-1400** • 6mo ago

They are sold out so what does that tell you

13 Reply Share ···

**FishBowlTacoThe2nd** • 6mo ago

Hell I don't think they ever came in stock

17 Reply Share ···

[deleted] • 6mo ago • Edited 6mo ago

**Palehorse67** • 6mo ago
H&K SP5

I don't think anyone has ever seen it in stock. Unless they sold like 2.

3 Reply Share ···

**ThiccCQBR** • 6mo ago

Based on my first order number I had to cancel, and then another order a few minutes before they went out of stock. I'd say there were roughly a few hundred in the first drop.

2 Reply Share ···

**Palehorse67** • 6mo ago
H&K SP5

Thanks for ordering from that scum bag company by the way.

1 Reply Share ···

**ThiccCQBR** • 6mo ago

You're welcome, let me know when you get one from another manufacturer I'd love to see it.

2 Reply Share ···

**Next_Entertainer_404** • 6mo ago
H&K SP5

I'd rather keep my ASD lower with arc fire than go this route

22 Reply Share ···

**securitycat69** • 6mo ago
AP5P

I mean I really wanna keep my ap5 Ns factory lower. Shit is so nice. But I'll be waiting for the ASD version to drop. I will never fund rare greed after they came after my boy Hoffman.

But even if ASD never drops the cassette trigger, I'm still so happy with the ASD lower. I don't even have the arc fire, but even with the Hoffman as it's still my favorite gun

1 Reply Share ···

**TrickyAsian626** • 6mo ago

As much as I want one of these, I ain't paying 600+ for one when I paid 800 for the gun lol. And especially it being rare breed.

10 Reply Share ···

**JKDefense** • 6mo ago

I definitely am with you on the Rare Greed part but let me help you with some perspective: in 1992, I paid $1200 for a SP-89 and $450 (they went up another $200 a few months later) for the transferable new auto sear. I still had to pay a few hundred dollars to get the sear installed into a timed trigger pack.

This is the closest you'll get to those days. If it helps, buy a SP-5 or SP-5K PDW and that will widen the gap. /s

4 Reply Share ···

**Belezibub** • 6mo ago

I'm just going to wait for somebody else to develop one but expect to pay $400 for these at minimum. I'll pay it but not to rare breed

5 Reply Share ···

**witchouse** • 6mo ago

Or alternatively you could just grab a leber v2 kit for ~$200 and avoid giving raregreed any of your hard earned money.

3 Reply Share ···

**JKDefense** • 6mo ago

Nobody is talking about giving money to Rare Greed.

-2 Reply Share ···

**youritalianuncle** • 6mo ago

I'm seeing a few people in the comments here doin it

3 Reply Share ···

**JKDefense** • 6mo ago

The person I originally commented to and I aren't. So, post your accusation elsewhere.

-2 Reply Share ···

**youritalianuncle** • 6mo ago

I didn't accuse you, so pull the stick out, partner lol

3 Reply Share ···

**Severbrix** • 6mo ago

There's a couple people that have

3 Reply Share ···

**JKDefense** • 6mo ago

The person I originally commented to and I aren't. So, post your accusation elsewhere.

1 Reply Share ···

**Severbrix** • 6mo ago

Check the comments bud

2 Reply Share ···

**securitycat69** • 6mo ago • Edited 6mo ago
AP5P

Agree fuck rare greed. I will 100% wait for ASD to drop their cassette trigger to try this design out.

But while I feel you shits expensive, when compared to other s/s methods for the mp5, this isn't that crazy. I mean an ASD lower(a custom designed, mad in America machine part) is 350, add the s/s cam and lever is another 100. Add in another 60 for the slip trip, and asking 150 for assembly, test fitting, r/d and legal costs, and it's not that crazy.

so if this comes out and is 4-600$, I can understand. Shit just their Just legal and r&d costs alone could prolly justify the price tag .

As much as I want chap mp5 gear, I can understand where the cost is coming from.

And like others have said, it's not the only game in town. If your on a budget and wanna learn, you can build leber v2 lowers for 250$~.

1 Reply Share ···

**HK_Shooter_1301** • 6mo ago

So I have got to ask, there are outside of the rare breed option NO MP5 Cassettes that have an FRT function available, so what exactly did they steal?

9 Reply Share ···

**hromanoj10** • 6mo ago

This reminds me a lot of the Nintendo and palworld lawsuit fiasco.

If you're not into video games what it boiled down to is you have company A and company B that share very similar, but not specific game mechanics.

Company A says "I have been doing that since 1997(or so I don't remember), and company B says "well that is rudimentary so why can't anyone do it?"
This resulted in company B winning because its was so widely nuanced it wasn't deemed proprietary.

Nintendo for those less informed in the subject are extremely sue happy, enough so to make peta blush. Anything and everything is theirs no matter what and will sue individuals even.

13 Reply Share ···

**Additional-Home2908** OP • 6mo ago

I could be wrong, I never owned a rare breed product but their original trigger did not use this kind of cam system that the SS is based on. However they sued for patent infringement (at the behest of the federal government) now have a new product that at least to me looks more like SS than anything else they have ever made. This is my opinion and how I see it.

3 Reply Share ···

**xGMxBusidoBrown** • 6mo ago

From the patent the safety only disengages the disconnector. It is not a similar camming action like the super safety. Supposedly it functions like their AR style triggers where the trigger is reset like in FRT in semi mode.

2 Reply Share ···

**Additional-Home2908** OP • 6mo ago

I stand corrected... all this suing and legal stuff has me triggered i guess , no pun intended. But i still hate what they are doing

3 Reply Share ···

**HK_Shooter_1301** • 6mo ago

Rare Breed filed the patent for a MP5 Cassette several months ago

1 Reply Share ···

**HK_Shooter_1301** • 6mo ago




https://patents.google.com/patent/US12169105B1/en

Filed in July of 2024 for those curious

0 Reply Share ···

**xGMxBusidoBrown** • 6mo ago

I'm confused why you only included a picture of the safety and not the trigger itself?

5 Reply Share ···

**Mahlegos** • 6mo ago

Think they just showed the safety portion to point out it looks substantially similar to the super safety.

7 Reply Share ···

**xGMxBusidoBrown** • 6mo ago

Doesn't make any sense since the safety isn't how it functions.

7 Reply Share ···

**Mahlegos** • 6mo ago

I'm not making the argument, just interpreting the intent to answer your question.

4 Reply Share ···

**DrewPcaulk** • 6mo ago

Lol that's just the ambi safety selector for their FRT. $620 gets you the FRT trigger pack, hammer, trigger, springs, selector, etc.. have to reuse your ejector, ejector spring, and ejector axle but that takes less than 5 mins to swap out of your old housing and into the FRT housing.

Compare that to $750 for AS Designs SS lower and it's really not THAT bad of a deal. Mine runs great but I'll eventually pick up a drop in FRT to revert to the classic HK look, although I'd be surprised if AS Designs drop in FRT is much cheaper.

4 Reply Share ···

**Vegetable_Coat8416** • 6mo ago

You don't reuse your ejector on the RB design. Their custom ejector is whats providing the reset.

With the ASD design, you can reuse your ejector.

-1 Reply Share ···

**DrewPcaulk** • 6mo ago

https://vimeo.com/1168874854?fl=pl&fe=ti

Their own install video shows you reusing your ejector, ejector spring, and ejector axle.

5 Reply Share ···

**Vegetable_Coat8416** • 6mo ago

My apologies then. I was going off a statement ASD made on ARFCcom.



AS DESIGNS
ASDesigns
Member
2025 17
0% (0) NC, USA
1/31/2026 5:24:46 PM EST [#11]
Quote History
Originally Posted By cowboyrick:
Been thinking about how to make this work in an HK trigger pack. I keep coming back to the ejector. Since the ejector moves up and down with the bolt, I wonder of the design uses that motion as part of the trigger reset. That would also eliminate the need for a full auto carrier.
That's RB's MP5 patent, so you're not wrong to go down that thought path 😊

2 Reply Share ···

**JRtheDNP** • 6mo ago
AP5P

Oh shit. Say what you want but that's an incredibly easy install for an FRT. if the product actually performs well, it'll be impossible to ignore no matter what your opinion on the business is.

2 Reply Share ···

**ThiccCQBR** • 6mo ago

Nope, it does require you to use your ejector, ejector spring, and ejector axle. Took me about 3-5 minutes last night to set it up and it runs very well.

1 Reply Share ···

**ak907fly** • 6mo ago

This fun has about run its course boys. Get 'em while you can...

3 Reply Share ···

**FishBowlTacoThe2nd** • 6mo ago

Yeah that's why I just got a leber in the hopes of a cassette before/if a ban happens

3 Reply Share ···

**14Three8** • 6mo ago

Vote with your dollars. Stop giving them to rare greed. Work with the atf and go out of business

2 Reply Share ···

**Olewarrior34** • 6mo ago

Theyre selling this shit for 600+? They're fucking insane

2 Reply Share ···

**Vegetable_Coat8416** • 6mo ago

No, this is just the safety. The $620 is for the whole pack. Trigger, hammer, safety, ejector, etc.

Not saying they aren't insane. This just isn't an accurate depiction of what you get for $620.

10 Reply Share ···

**Olewarrior34** • 6mo ago

Fair

1 Reply Share ···

**Additional-Home2908** OP • 6mo ago

I didn't want to show the whole cassette as to not promote the product, but the safety has visible similarities to the cam from the ss, would be very surprised if this portion doesn't help with reset but others can enlighten me if im totally wrong

0 Reply Share ···

**itwhiz100** • 6mo ago

If not ...daddy will come for his entire company. Made a deal with the devil

2 Reply Share ···

**steppinraz0r** • 6mo ago

I don't know why you're surprised by this.

1 Reply Share ···

**InadvertentObserver** • 6mo ago
H&K

I bought one as fast as I could. Feedback is that they are fucking awesome!

1 Reply Share ···

**USAussie2085** • 6mo ago • Edited 6mo ago

I will gladly pay 2-3 times for a competitor's MP5 FRT before I give them a dime.

1 Reply Share ···

**Additional-Home2908** OP • 6mo ago



Check us out!....These definitely run and are certainly not 2-3 times more expensive!

McClane Defense Co

1 Reply Share ···

**Salt-Wish5140** • 4mo ago

Their ambi selector switch looks fairly clone correct. Compared to the SEF version.

1 Reply Share ···

**annabelletails** • 6mo ago

I'm going to order one of the ambi trigger packs as soon as their back in stock

-2 Reply Share ···

**Next_Entertainer_404** • 6mo ago
H&K SP5

So pretty much never.

1 Reply Share ···

**[deleted]** • 6mo ago

Comment removed by moderator

1 Reply Share ···

**Next_Entertainer_404** • 6mo ago
H&K SP5

I'd wager it's not worth spending an extra $600 + supporting a shitty company.

I'll wait for the ARHK

1 Reply Share ···

**annabelletails** • 6mo ago

Why do u say rare breed is a shitty company

0 Reply Share ···

**Next_Entertainer_404** • 6mo ago
H&K SP5

They're actively trying to take down the super safety and FRT market via suing just about anyone that makes or sells ones, even though they weren't even the original designers or owners of the FRT, they're scummy and in bed with the ATF.

3 Reply Share ···

**annabelletails** • 6mo ago

I was able to snag one while they replenished their stock I'm excited for it 😊

1 Reply Share ···

**Next_Entertainer_404** • 6mo ago
H&K SP5

Enjoy being on the ATFs radar next time they try banning them.

0 Reply Share ···

**annabelletails** • 6mo ago

Thanks

1 Reply Share ···

**annabelletails** • 6mo ago

Well I just hope they can replenish their stock so I can buy one

0 Reply Share ···

**[deleted]** • 6mo ago

Comment removed by moderator

1 Reply Share ···

**Next_Entertainer_404** • 6mo ago
H&K SP5

I'm saying I already have ASD lowers setup on both my pistols, no reason to spend $600 on rare breeds solution when I can wait on ASD's for cheaper, if it's even worth it. I'd be interested to see how both the new cassette options feel vs a Geissele.

1 Reply Share ···

**[deleted]** • 6mo ago

Comment removed by moderator

3 Reply Share ···

**Next_Entertainer_404** • 6mo ago
H&K SP5

Fair, but do think I'll sit out the rare greed option for now

2 Reply Share ···

**annabelletails** • 5mo ago

What did the trigger pull weight come in at?

1 Reply Share ···

**[deleted]** • 5mo ago

**annabelletails** • 6mo ago

How did u know when they were back in stock I signed up for reminders but never got anything

0 Reply Share ···

**sadoproject** • 6mo ago

Fuck those clown ass fucks.

1 Reply Share ···

**14Three8** • 6mo ago

Vote with your dollars. Stop giving them to rare greed. Work with the atf and go out of business

1 Reply Share ···

**UpperDecker1776** • 6mo ago

Curious if suing another company over a patent allows for discovery by disclosing name of people that have purchased said item. I have a feeling this is less about money with their government deal then people think.

0 Reply Share ···