# EXHIBIT 45

FREE SHIPPING ON ALL ORDERS!







AS DESIGNS

# ARC-FIRE TRIGGER V2 - AMBI KIT (0° - 45° - 90°)

$249.99

Quantity
1

ADD TO CART

Add to shopping list

## DESCRIPTION

**V2 DIFFERENCES**

**- DIFFERENT SELECTOR ORIENTATIONS AVAILABLE**

**- SMOOTHER DETENT TRACK**

**- LARGER CAM SURFACES**

**- COMES STOCK WITH MILSPEC SELECTORS (PICTURED)**

**INTRODUCING THE AS DESIGNS ARC-FIRE V2- ACTIVE RESET CLUTCH TECHNOLOGY FOR MAXIMUM FIREPOWER**

We're proud to unveil the ARC-Fire, the latest innovation from AS Designs - a cutting-edge ambidextrous selector trigger system featuring our patent-pending Active Reset Clutch (ARC) technology. Designed to dramatically increase your firearm's rate of fire without compromising control or compliance, the ARC-Fire forces the trigger to reset immediately after each shot, enabling rapid, precise follow-up shots - with one round per action of the trigger, every time.

**BUILT FOR SPEED. DESIGNED FOR CONTROL.**

*Multi-Platform Compatibility:* Engineered to support over 10 of the most widely used firearm platforms, with more on the horizon. (AR15, JAKL, MP5, MCX, MPX, SCAR, BRN-180, G3, AP53, UMP, STRIBOG, DISSENT, and more to be added soon)

*Ambidextrous Selector:* Fully ambi design provides fast, intuitive access for both right- and left-handed shooters.

*Three-Position Control:* Selector positions include Safe, Semi, and ARC, putting enhanced speed and performance at your fingertips.

**RELIABLE. TACTILE. RESPONSIVE.**

The ARC-Fire is built for shooters who demand performance and dependability. Our patent-pending design maximizes durability and reliability under sustained use. The selector switch is engineered for positive tactile feedback and effortless transitions - even under stress.

**GO FASTER. STAY IN CONTROL.**

Whether you're running drills, competing, or simply pushing your platform to its limits, the ARC-Fire delivers an unmatched blend of speed, precision, and durability - giving you the edge every time you pull the trigger.

AS Designs ARC-Fire - Reset Redefined.

Includes:
- **M2 tool steel ARC V2 Cam**
- **M2 tool steel ARC V2 Lever**
- **M2 tool steel ARC V2 Detent Bar**
- **4140 steel ARC V2 Primary Selector**
- **4140 steel ARC V2 Ambi Selector**
- **Cam, Lever, and Detent Bar feature DLC coating. Selector Levers feature Black Oxide coating.**
- **Includes pre-cut trigger and KNS safety detent.**

**TRIGGER COMPATIBLITY:**

- Most Mil-Spec Triggers w/ SS Cut
- Geissele Triggers w/ SS Cut*
  - SSA
  - SSA-E
  - SSA-E X Trigger
  - SSA-X
  - SD-E
  - SD3G
  - SDC
  - SSP
  - S3G
  - G2S
- ALG Triggers w/ SS Cut
  - Defense QMS
  - Defense ACT
- BCM PNT Trigger w/ SS Cut
- PSA Enhanced Polished Trigger (EPT) w/ SS Cut
- Aero Precision FCG w/ SS Cut
- CMMG FCG w/ SS Cut
- Anderson Stainless FCG (Cut Hammer Version) w/ SS Cut*

* - Indicates an additional "lever blocker" part is needed to prevent overtravel. We will offer these for an affordable cost in metal as well as provide the STL file if you would prefer to print it.

Known incompatible triggers: LaRue Tactical MBT-2S, CMC Single Stage Flat/Curved, Rise Armament RA-140

**PLATFORM COMPATIBLITY:**

- AR-15 Platform - .223/5.56, 300BO, 9mm, 10mm, .45, and .40
- CMMG Banshee
- MP5 Platform - Fits AR-based MP5 lowers, Leber V2 will require the version with safety selector area cutout, normal model support to come later. **LEE SPORTING SUPPORT NOT GUARANTEED OR WARRANTIED.**
- G3/91 Platform - Same as MP5.
- JAKL-15 - .223/5.56 and 300BO - Requires JAKL-15 Slip Trip Kit
- JAKL-9 - 9mm - Requires JAKL-9 Slip Trip Kit
- MPX - 9mm (excl. Copperhead) - Requires MPX/MCX Slip Trip Kit
- MCX - .223/5.56, 300BO, and 7.62x39 - Requires MPX/MCX Slip Trip Kit
- Kuna - 9mm - Requires AS Designs Kuna Lower Kit (Nexus compatibility unconfirmed)
- Stribog - 9mm, 10mm, and .45 - Requires AS Designs Stribog Lower Kit
- Dissent - .223/5.56, 300BO, 9mm, .45, and 5.7 - Requires Dissent Slip Trip Kit
- Dissent - .308 and 8.6BLK - Requires Dissent Slip Trip Kit and Custom ARC Lever
- HK MR556/416 (All versions) - Milspec AR FCG or precut Geissele needed, doesn't require a different bolt carrier.
- HK MR762/417 (All versions) - Precut MR762 Geissele needed and upcoming 308 ARC Lever suggested, doesn't require a different bolt carrier.

**UPCOMING PLATFORM COMPATIBLITY (FINALIZING):**

- JAKL-10 - .308 - Requires JAKL-10 Slip Trip Kit and Custom ARC Lever
- BRN-180 - .223/5.56 and 300BO - Requires BRN-180 Slip Trip Kit and Custom ARC Lever
- UMP - .45 - Requires AS Designs UMP Lower Kit
- GHM9 - 9mm - Requires AS Designs GHM9 Lower Kit
- APC9 - 9mm - TBD
- APC45 - .45 - TBD
- MCX - .277 and .308 - Requires MCX Heavy Slip Trip Kit and 308 ARC Lever
- SCAR - TBD
- GEN-12 - TBD

We do not ship to the following states: CA, CO, CT, DE, FL, HI, IL, MA, MD, MN, NJ, NV, NY, OR, and RI.

Note: All products are recommended to be installed by a qualified gunsmith.

## RECOMMENDED PRODUCTS



AS Designs
ARC-Fire Trigger V2 - Ambi Kit (0° - 90° - 180°)
$249.99



AS Designs
ARC-Fire Trigger V2 - Ambi Kit (0° - 45° - 180°)
$249.99



AS Designs
ARC-Fire Trigger V2 - Non-Ambi Kit (0° - 90° - 180°)
$199.99



AS Designs
ARC-Fire V1 - Mil-Spec Selectors
$29.99



© 2026 AS Designs | Sitemap

Manage Website Data Collection Preferences