# EXHIBIT 46




reddit

comments | other discussions (5)

JSoucek77 (1) | | | | preferences | logout

This is an archived post. You won't be able to vote or comment.

159



Parts [Parts] Arc-Fire Trigger $209.94 shipped with code 15FRT (combatarmory.com)
submitted 7 months ago by REKetofelt

Brrt brrrt

180 comments share save hide report crosspost

all 180 comments
sorted by: new (suggested)

[–] GunDealsMod BOT [M] [score hidden] 5 months ago - stickied comment
In an effort to help users make informed decisions, we have aggregated the following information on the retailer above. Please note that this is no way an endorsement or guarantee of the retailer or their products.

**Domain Insights:**

combatarmory.com

| | | |
|---|---|---|
| Registered | January 26, 2012 | |
| Times posted | 236 | |
| Feedback rating | 100% | (5 positive, 0 negative, 1 neutral) |

*I am a bot, and this action was performed automatically. Please contact the moderators of this subreddit if you have any questions or concerns.*

permalink embed save report

[–] GunDealsMod BOT [M] 1 point 5 months ago
In an effort to help users make informed decisions, we have aggregated the following information on the retailer above. Please note that this is no way an endorsement or guarantee of the retailer or their products.

**Domain Insights:**

combatarmory.com

| | | |
|---|---|---|
| Registered | January 26, 2012 | |
| Times posted | 236 | |
| Feedback rating | 100% | (5 positive, 0 negative, 1 neutral) |

*I am a bot, and this action was performed automatically. Please contact the moderators of this subreddit if you have any questions or concerns.*

permalink embed save report

[–] GunDealsMod BOT [M] 1 point 5 months ago
In an effort to help users make informed decisions, we have aggregated the following information on the retailer above. Please note that this is no way an endorsement or guarantee of the retailer or their products.

**Domain Insights:**

combatarmory.com

| | | |
|---|---|---|
| Registered | January 26, 2012 | |
| Times posted | 236 | |
| Feedback rating | 100% | (5 positive, 0 negative, 1 neutral) |

*I am a bot, and this action was performed automatically. Please contact the moderators of this subreddit if you have any questions or concerns.*

permalink embed save report

[–] Sea-Worker-5180 1 point 6 months ago
Just got mine in. These come with the updated v1 selectors
permalink embed save report

[–] RoryJSK 1 point 6 months ago
Is this V2?
permalink embed save report

[–] GunDealsMod BOT [M] 1 point 6 months ago
In an effort to help users make informed decisions, we have aggregated the following information on the retailer above. Please note that this is no way an endorsement or guarantee of the retailer or their products.

**Domain Insights:**

combatarmory.com

| | | |
|---|---|---|
| Registered | January 26, 2012 | |
| Times posted | 236 | |
| Feedback rating | 83% | (5 positive, 1 negative, 1 neutral) |

*I am a bot, and this action was performed automatically. Please contact the moderators of this subreddit if you have any questions or concerns.*

permalink embed save report

[–] GunDealsMod BOT [M] 1 point 6 months ago
In an effort to help users make informed decisions, we have aggregated the following information on the retailer above. Please note that this is no way an endorsement or guarantee of the retailer or their products.

**Domain Insights:**

combatarmory.com

| | | |
|---|---|---|
| Registered | January 26, 2012 | |
| Times posted | 236 | |
| Feedback rating | 83% | (5 positive, 1 negative, 1 neutral) |

*I am a bot, and this action was performed automatically. Please contact the moderators of this subreddit if you have any questions or concerns.*

permalink embed save report

[–] GunDealsMod BOT [M] 1 point 6 months ago
In an effort to help users make informed decisions, we have aggregated the following information on the retailer above. Please note that this is no way an endorsement or guarantee of the retailer or their products.

**Domain Insights:**

combatarmory.com

| | | |
|---|---|---|
| Registered | January 26, 2012 | |
| Times posted | 236 | |
| Feedback rating | 83% | (5 positive, 1 negative, 1 neutral) |

*I am a bot, and this action was performed automatically. Please contact the moderators of this subreddit if you have any questions or concerns.*

permalink embed save report

[–] GunDealsMod BOT [M] 1 point 6 months ago
In an effort to help users make informed decisions, we have aggregated the following information on the retailer above. Please note that this is no way an endorsement or guarantee of the retailer or their products.

**Domain Insights:**

search

this post was submitted on 20 Jan 2026

159 karma (95% upvoted)

shortlink: https://redd.it/1qi66m5

Submit a new deal

join

Dealer Rules
Read the /r/gundeals wiki before posting

created by leftnode a community for 16 years

MODERATORS

MESSAGE THE MODS

I922sParkCir
chois
Bartman383
ModeratelyHelpfulBot BOT
KimJongMakeEmSayUn
My only friends are the roaches.
GunDealsMod BOT
AutoModerator
comment-nuke
modrelay
_not2na

about moderation team »

account activity

Captured by FireShot Pro: 29 August 2026, 06:38:18 PM
https://getfireshot.com

combatarmory.com

| | | |
|---|---|---|
| Registered | January 26, 2012 | |
| Times posted | 236 | |
| Feedback rating | 83% | (5 positive, 1 negative, 1 neutral) |

*I am a bot, and this action was performed automatically. Please contact the moderators of this subreddit if you have any questions or concerns.*

permalink embed save report

[–] Competitive_Use7847 1 point 6 months ago

Bullshit. I got the old selectors

permalink embed save report

[–] GunDealsMod BOT [M] 1 point 6 months ago

In an effort to help users make informed decisions, we have aggregated the following information on the retailer above. Please note that this is no way an endorsement or guarantee of the retailer or their products.

**Domain Insights:**

combatarmory.com

| | | |
|---|---|---|
| Registered | January 26, 2012 | |
| Times posted | 236 | |
| Feedback rating | 83% | (5 positive, 1 negative, 1 neutral) |

*I am a bot, and this action was performed automatically. Please contact the moderators of this subreddit if you have any questions or concerns.*

permalink embed save report

[–] GunDealsMod BOT [M] 1 point 6 months ago

In an effort to help users make informed decisions, we have aggregated the following information on the retailer above. Please note that this is no way an endorsement or guarantee of the retailer or their products.

**Domain Insights:**

combatarmory.com

| | | |
|---|---|---|
| Registered | January 26, 2012 | |
| Times posted | 236 | |
| Feedback rating | 83% | (5 positive, 1 negative, 1 neutral) |

*I am a bot, and this action was performed automatically. Please contact the moderators of this subreddit if you have any questions or concerns.*

permalink embed save report

[–] GunDealsMod BOT [M] 1 point 7 months ago

In an effort to help users make informed decisions, we have aggregated the following information on the retailer above. Please note that this is no way an endorsement or guarantee of the retailer or their products.

**Domain Insights:**

combatarmory.com

| | | |
|---|---|---|
| Registered | January 26, 2012 | |
| Times posted | 236 | |
| Feedback rating | 83% | (5 positive, 1 negative, 1 neutral) |

*I am a bot, and this action was performed automatically. Please contact the moderators of this subreddit if you have any questions or concerns.*

permalink embed save report

[–] GunDealsMod BOT [M] 1 point 7 months ago

In an effort to help users make informed decisions, we have aggregated the following information on the retailer above. Please note that this is no way an endorsement or guarantee of the retailer or their products.

**Domain Insights:**

combatarmory.com

| | | |
|---|---|---|
| Registered | January 26, 2012 | |
| Times posted | 236 | |
| Feedback rating | 83% | (5 positive, 1 negative, 1 neutral) |

*I am a bot, and this action was performed automatically. Please contact the moderators of this subreddit if you have any questions or concerns.*

permalink embed save report

[–] GunDealsMod BOT [M] 1 point 7 months ago

In an effort to help users make informed decisions, we have aggregated the following information on the retailer above. Please note that this is no way an endorsement or guarantee of the retailer or their products.

**Domain Insights:**

combatarmory.com

| | | |
|---|---|---|
| Registered | January 26, 2012 | |
| Times posted | 236 | |
| Feedback rating | 83% | (5 positive, 1 negative, 1 neutral) |

*I am a bot, and this action was performed automatically. Please contact the moderators of this subreddit if you have any questions or concerns.*

permalink embed save report

[–] GunDealsMod BOT [M] 1 point 7 months ago

In an effort to help users make informed decisions, we have aggregated the following information on the retailer above. Please note that this is no way an endorsement or guarantee of the retailer or their products.

**Domain Insights:**

combatarmory.com

| | | |
|---|---|---|
| Registered | January 26, 2012 | |
| Times posted | 236 | |
| Feedback rating | 83% | (5 positive, 1 negative, 1 neutral) |

*I am a bot, and this action was performed automatically. Please contact the moderators of this subreddit if you have any questions or concerns.*

permalink embed save report

[–] GunDealsMod BOT [M] 1 point 7 months ago

In an effort to help users make informed decisions, we have aggregated the following information on the retailer above. Please note that this is no way an endorsement or guarantee of the retailer or their products.

**Domain Insights:**

combatarmory.com

| | | |
|---|---|---|
| Registered | January 26, 2012 | |
| Times posted | 236 | |
| Feedback rating | 83% | (5 positive, 1 negative, 1 neutral) |

*I am a bot, and this action was performed automatically. Please contact the moderators of this subreddit if you have any questions or concerns.*

permalink embed save report

[–] GunDealsMod BOT [M] 1 point 7 months ago

In an effort to help users make informed decisions, we have aggregated the following information on the retailer above. Please note that this is no way an endorsement or guarantee of the retailer or their products.

**Domain Insights:**

combatarmory.com

| | |
|---|---|
| Registered | January 26, 2012 |
| Times posted | 236 |
| Feedback rating | 83% (5 positive, 1 negative, 1 neutral) |

*I am a bot, and this action was performed automatically. Please contact the moderators of this subreddit if you have any questions or concerns.*

permalink embed save report

[–] Aware_Donkey_6074 0 points 7 months ago
Have both and prefer Atrius. Customer service is also much better.
permalink embed save report

[–] oo10inz 1 point 7 months ago
So it's been 4 days. How are peoples orders goin?

shipped?

Cancelled?

anything outside the ordinary?
permalink embed save report

> [–] paperkeyboardalt 1 point 7 months ago
> I bought mine on 1.20 and I haven't heard anything from combat armory. Not a single notification other than a receipt of purchase. No shipping or cancellation notification.
> permalink embed save parent report
>
> > [–] oo10inz 1 point 7 months ago
> > damn. i got a shipping notification after i asked to cancel. funny how that works and even though it's moving through USPS the delivery date is still unknown 🤷
> > permalink embed save parent report

[–] Electrical_Swan1842 1 point 7 months ago
Get an additional 5 percent off if you buy two or more. Comes to $403.73 for two.
permalink embed save report

[–] MiseryIndexer 2 points 7 months ago
They're cancelling orders FYI
permalink embed save report

[–] john_connor_T1000 1 point 7 months ago
$212.49 after discount code
permalink embed save report

[–] CMOS_Arch 2 points 7 months ago
Heads-up: AS Designs just announced, demonstrated the Arc-Fire V 2 yesterday :/
permalink embed save report

[–] ultragtr 1 point 7 months ago
Damn. They don't ship to WA State. AS Design ships to WA.
permalink embed save report

[–] RoyalSteele 1 point 7 months ago
I could not get this to work with my Larue lower. Anybody else have this issue?
permalink embed save report

[–] Zlatan192 1 point 7 months ago
Wonder if this will work with a nexus lower on a kuna?
permalink embed save report

[–] LeverandFulcrum 1 point 7 months ago
What is the longevity on these?
permalink embed save report

[–] Sea_Avocado_8190 1 point 7 months ago
Hopefully they didn't come to shot show, because they won't ship to Nevada. The law in Nevada doesn't prohibit SS/FRT, but some blue politicians have made "scary" statements. Ironically, i think FPC is located in Nevada too.
permalink embed save report

[–] DoctorVepr 1 point 7 months ago
They just dropped the news about their v2 coming out in 6-8 weeks. It has a 45 and 90 degree throw. This is still a good deal I'll be getting boffem
permalink embed save report

[–] fake_name417 3 points 7 months ago
Just a thought, tried installing a "Freedom finger" frt in a tx22 yesterday. Purchased from combat armory "on sale". Couldn't get the roll pin through the hole. Messaged freedom fingers and they asked one question. Did you by chance order this from combat armory? and I said yes I did. They then email me back to tell me they have copied there product as well as packaging. Claiming it to be real. Just food for thought before ordering from combat armory. I was fooled thinking damn they have good deals on as designs and freedom fingers compared to direct
permalink embed save report

[–] AssSpackler 3 points 7 months ago
When are yall getting the Arc V2?
permalink embed save report

[–] TazBaz 7 points 7 months ago
FYI they're dumping these because the v2 was just announced
permalink embed save report

[–] TemporaryMaximum5953 29 points 7 months ago
Just announced the V2 today. These will come down in price. HODL
permalink embed save report

> [–] mpsteidle 3 points 7 months ago
> Is there any reason to get V2 if you dont care about 45/90 and want a milspec selector?
> permalink embed save parent report
>
> > [–] TemporaryMaximum5953 5 points 7 months ago
> > The V2 is going to be the new design going forward. None of the parts are backwards compatible. I would want to know how Arc will handle any potential warranty issues for those with the V1 before I committed to buying one. Safer to wait I think.
> > permalink embed save parent report
> >
> > > [–] mpsteidle 2 points 7 months ago
> > > Strange. I'm not interested at 45/90 at all for my ARs. I'll hold off until there's a 180 V2 I guess.
> > > permalink embed save parent report
>
> [–] BlasterDoc 1 point 7 months ago
> Where was this update friendo?
> permalink embed save parent report
>
> > [–] TemporaryMaximum5953 2 points 7 months ago
> > https://youtu.be/7hRZ9_oiNPA?si=ugkys_Wv80QLfyxs
> > permalink embed save parent report
> >
> > > [–] BlasterDoc 1 point 7 months ago
> > > Yeah that dude is on it.. just watched it a couple mins ago.. gonna hold out for the apc9 kit.
> > > permalink embed save parent report
>
> [–] whittyandbored 8 points 7 months ago
> Yep, and none of the new selectors or upgrades are backwards compatible with V1. FML!
>
> https://www.reddit.com/r/MP5/s/fHAZk8lfFH
> permalink embed save parent report
>
> > [–] MarkLarueTheLegend 6 points 7 months ago
> > What are the new updates besides selector stuff? I just got mine days ago 😭
> > permalink embed save parent report

[–] dankvader192 6 points 7 months ago
Thanks and fuck u
permalink embed save report

[–] DisasterDesigner8134 2 points 7 months ago
Curious how this dealer selling cheaper then from AS Designs direct?
permalink embed save report

[–] Key_Chemical_6279 4 points 7 months ago
Wouldn't be surprised if seller is going out of biz. Google "Combat Armory reviews" and read through all of the recent reviews on his Google page. Taking 1+ month to get orders out & doesn't answer calls or emails. Strictly responds to negative Google reviews, lol. Surprised no one has mentioned this.
permalink embed save parent report

[–] OhSixTJ 1 point 7 months ago
I ordered mine from combat armory and they shipped it out same day. This was after cancelling my order direct from AS designs because they went 2 weeks without any movement. Took them another 4 days to respond to my email about shipping status and another email to cancel the order. No one should be taking that long to respond to emails in 2026.
permalink embed save parent report

[–] Key_Chemical_6279 2 points 7 months ago
I ordered a couple Glock barrels from Combat Armory early December, followed up twice in 3 weeks with no replies, saw they were getting flamed on Reddit and Google for doing the same exact thing to everyone else, left a shit Google review, and got an almost immediate response. Still had to dispute the charge with my CC company cuz he never sent them. Like 80%+ of the recent reviews on his Google page are either 1 star because he never fulfilled their order and/or is ignoring them or edited reviews because he hooked them up with free shit for taking so long. Staying incredibly far away from this dude. Imagine the frustration of trying to warranty anything if you run into issues. Good luck soldier 🫡
permalink embed save parent report

[–] ubettercall1 1 point 7 months ago
I have purchased from them probably a dozen times over the last year and never had any issues.
permalink embed save parent report

[–] demesm 2 points 7 months ago
I picked up a 2nd, already got tracking fwiw
permalink embed save parent report

[–] DisasterDesigner8134 5 points 7 months ago
😱 sharing is caring
permalink embed save parent report

[–] demesm 4 points 7 months ago
dumping stock since a new version is coming out
permalink embed save parent report

[–] DisasterDesigner8134 2 points 7 months ago
Hmm..thanks if so I'll wait. Existing version has been well reported on. I'm waiting for these to restock the Geissele triggers. This with the CARL gonna be a sweet setup..got a blem Geissele been waiting to start a project on.
permalink embed save parent report

[–] nope_noway_ 2 points 7 months ago
In for another.. thx OP!
permalink embed save report

[–] tylos57 2 points 7 months ago
I waited too long to order an ap5 lower they price went up 100 bucks.
permalink embed save report

[–] MammothAd7334 3 points 7 months ago
I'm an AK guy and I just bought this. No idea what I need to get it to run. Just gonna buy a deal AR off here and go from there. What parts do I need to buy outside of a stock gun?
permalink embed save report

[–] HauntedHotsauce 1 point 7 months ago
Likely an H3 buffer and blue sprinco spring is the go to. If you're gonna use the trigger it comes with, you'll need a hammer and springs for both and that's about it.
permalink embed save parent report

[–] -1----1- 2 points 7 months ago
I'm almost in your boat. I have a few AR's but im so new to this SS stuff I have no clue what I'm doing lol

This is a direct drop in? What else is needed?
permalink embed save parent report

[–] PinBucket 1 point 7 months ago
Use a torque driver and loctite. It doesn't run if the screws are loose.
permalink embed save parent report

[–] DisasterDesigner8134 3 points 7 months ago
Choose your lower wisely..AS designs lists the low shelf lowers and high shelf lowers..Even provide pics..depending on the lower and trigger either minor or no modification needed..A little time in YouTube university during toilet breaks and you'll be up to speed.
permalink embed save parent report

[–] Top-BrilliantOps 3 points 7 months ago
What's the best trigger you can use with it without compromising reliability?
permalink embed save report

[–] crypto6g 1 point 7 months ago
Go milspec. Almost every problem I've read regarding super safeties involves people using Geissele triggers that they had to cut themselves and they mess up a little and it starts acting weird
permalink embed save parent report

[–] Top-BrilliantOps 1 point 7 months ago
Yes seeing similar anecdotal data. I'm curious about their precut G$ triggers they are now offering directly on their website.

https://activesafetydesigns.com/mp5/geissele-ssa-precut-trigger/

Maybe this will be more reliable? Waiting to see what people find before I jump. It will be damn near $500 all in which it better work flawlessly for that many shekels
permalink embed save parent report

[–] GavinNewsomsP365 5 points 7 months ago
Milspec
permalink embed save parent report

[–] justjaybee16 1 point 7 months ago
Solid price, i picked up a second one. But i'm not sure my ammo budget can handle it.
permalink embed save report

[–] AssSpackler 1 point 7 months ago
awesome deal. ordered one! Thank you!!
permalink embed save report

[–] hornymonk6969 1 point 7 months ago
Anyone know if these will work for an AR10/308?
permalink embed save report

[–] muffinman1604 I commented! 1 point 7 months ago
Seems to work in the LMT (w/ FA BCG) and MR762A4 based off what I've seen/been told. But not Aero.
permalink embed save parent report

[–] fullmann 1 point 7 months ago
greymarketresearch.net is showing a 308 version, push button style though.
permalink embed save parent report

[–] Waldo_R35 4 points 7 months ago
Anybody try their AK version?
permalink embed save report

[–] Micho_Rizzo51 8 points 7 months ago
Im still in shock Florida is lumped in with the communist blue states. DeSantis needs to step up.
permalink embed save report

[–] Julien25 3 points 7 months ago
Anyone use these with a5 buffers? I get bursts with a5h2 and singles with a5h3.
permalink embed save report

[–] Swaggatr0n 3 points 7 months ago
No issues in a 12.5 with a5h2 here
permalink embed save parent report

[–] TheCubanTraveler 2 points 7 months ago
Wha spring are you running? Curious because I've considered one and also have A5 buffer tubes.
permalink embed save parent report

[–] Julien25 3 points 7 months ago
Just the green rifle spring
permalink embed save parent report

[–] NumRickn 3 points 7 months ago
Bought one full price a week ago....ughhhh
permalink embed save report

[–] CallMeShwayze 9 points 7 months ago
Same, but compared to a RB FRT with the 3 position selector (obligatory fuck RB), this is still a huge bargain at $250.
I might buy a couple more just to bring my average price paid down lol
permalink embed save parent report

[–] Last-Ad-2533 -1 points 7 months ago
oos
permalink embed save report

[–] DookieHoused 3 points 7 months ago
Doesn't seem to be
permalink embed save parent report

[–] BadQualityBanana 1 point 7 months ago
3 hours past, I just ordered one no issue!
permalink embed save parent report

[–] Last-Ad-2533 1 point 7 months ago
It let me add to cart but then when I go to checkout there's nothing there. There's a disclaimer at top of screen saying out of stock items won't be added to your cart. It may be a glitch on my end though.
permalink embed save parent report

[–] justjaybee16 1 point 7 months ago
If you're on mobile, there have been some complaints about the links doing this for other people and other sites.
permalink embed save parent report

[–] ClockwiseCarrots 1 point 7 months ago
Still in stock on mobile
permalink embed save parent report

[–] justjaybee16 1 point 7 months ago
The weird error was happening in the carts during checkout.
permalink embed save parent report

[–] CJR1106 9 points 7 months ago
This and a C.A.R.L would be the only option for an a3 clone
permalink embed save report

[–] Highplain-Drifter 4 points 7 months ago
A2
permalink embed save parent report

[–] tylos57 5 points 7 months ago
A4
permalink embed save parent report

[–] Highplain-Drifter 2 points 7 months ago
M4*
permalink embed save parent report

[–] Highplain-Drifter 2 points 7 months ago
Can we get an A5? Anyone? Once, Twice....
permalink embed save parent report

[–] CJR1106 4 points 7 months ago
Don't alot of people call a4s with the m4 carbine buffer tube and stock a5s?
permalink embed save parent report

[–] Highplain-Drifter 1 point 7 months ago
IDK. I'm not really a cloner and I sure as shit don't have all the variants memorized. Are you thinking of the VLTOR A5 buffer tube? I'm sure certain circles have some made up designations like the popular "Mock18".

One thing I am certain of though is, I don't know everything.
permalink embed save parent report

[–] CJR1106 2 points 7 months ago
m16a5 concept
permalink embed save parent report

[–] Highplain-Drifter 2 points 7 months ago
Oh man. I bet that one would create some arguments in a cloner group.
permalink embed save parent report

[–] CJR1106 1 point 7 months ago
What doesn't start arguments in clone groups?
permalink embed save parent report

[–] CJR1106 1 point 7 months ago
My b
permalink embed save parent report

[–] Grunt11B101 4 points 7 months ago
Love mine. They are solid and went together flawlessly. It also functioned without any change to buffers between 5.56 and 300 blackout which was cool
permalink embed save report

[–] anonymousnobody14 5 points 7 months ago
Would love for people to chime in who have one.
permalink embed save report

[–] reconobox 1 point 7 months ago
I put one into a 16" midlength sitting on a plain old carbine RE lower with an H buffer. Runs awesome
permalink embed save parent report

[–] lil_johnny_cake 1 point 7 months ago
I have most of the super safeties, FRTs, and super selectors widely offered right now as I'm an enthusiast — this one seems the most refined version I've seen yet. This is the one I recommend.
permalink embed save parent report

[–] jfree3000 2 points 7 months ago
Put one in my 10.3. No issues at all but I found that the trigger pull was "different" but functioned with zero problems.
permalink embed save parent report

[–] justjaybee16 3 points 7 months ago
Runs like a champ in my PWS long stroke guns w/H3 buffer . Chef recommends!
permalink embed save parent report

[–] SirDukeTX 2 points 7 months ago
I have 2, one in my as designs Sp5 lower and in my 11.5" commando (heat clone). I had to round the hammer for the Sp5. Works great in both calibers so far.
permalink embed save parent report

[–] JO76251 6 points 7 months ago
They're good to go. A great design and well made. I have heard of issues with Atrius so I just stayed away. This is priced lower than I paid
permalink embed save parent report

[–] BZJGTO 8 points 7 months ago
Pricier than other super safeties, but also regarded as the best. Dropped it in my LWRC and it ran flawlessly without having to change a thing (shorter barrels will likely need to change buffers/springs to slow down the RoF).
permalink embed save parent report

[–] crypto6g 0 points 7 months ago
slow down rate of fire? we are pros at blowing money down the drain here, no need to slow it down
permalink embed save parent report

[–] AOWLock1 2 points 7 months ago
2 or 3 position?
permalink embed save parent report

[–] BZJGTO 1 point 7 months ago
Selector works exactly how you'd expect, safe/semi/super.
permalink embed save parent report

[–] yabadabado0 6 points 7 months ago
No tax to AZ. I'm in
permalink embed save report

[–] RoyalSteele 5 points 7 months ago
I paid more. But I like the direction!
permalink embed save report

[–] boner4stoner 5 points 7 months ago
This or a Cornfire MARC?

permalink embed save report

[–] mpsteidle 1 point 7 months ago
Following up, MARC just arrived. It worked perfect right out of the box with a CMMG milspec. Very pleased.
permalink embed save parent report

[–] mpsteidle 3 points 7 months ago
I went MARC because I dont want ambi. Its arriving tomorrow, I'll report back how it runs.
permalink embed save parent report

[–] boner4stoner 3 points 7 months ago
That's kinda where I'm at. The only rifles I'd put these in are my retro ones so ambi just doesn't feel right
permalink embed save parent report

[–] priusrepellent 2 points 7 months ago*
I'm planning on going MARC for my specwar once they release the ambi version. Like the idea of not having to cut my G$ trigger. I do think long term reliability of the ARC may be better though and I like that it is pretty much a super safety which is a proven robust design
permalink embed save parent report

[–] pizzapizzafrenchfry 6 points 7 months ago
what else do i need with this? the cam and lever plus cut trigger/hammer?
permalink embed save report

[–] SirDukeTX 19 points 7 months ago
It comes with a pre-cut trigger, You will need all 4 springs (trigger, hammer, disconnector, detent), hammer, and disconnector. Which I took off the trigger I was replacing.
permalink embed save parent report

[–] Bortjort 7 points 7 months ago
Adding to this it comes with a precut milspec trigger so if you have something else (gs etc)you will need to cut yours (which isn't as scary as it sounds)
permalink embed save parent report

[–] 17eggg 58 points 7 months ago
This and an h3 buffer and I haven't had a single issue.
permalink embed save report

[–] ShatterPoints 1 point 7 months ago
Is the buffer the first thing to look at to fix issues? I installed mine and in SS position it fires, and chambers a new round but the trigger doesn't reset.
permalink embed save parent report

[–] Excellent_Focus_3026 1 point 7 months ago
Perhaps your lower is high shelf?
permalink embed save parent report

[–] AndroidAmongUs 1 point 7 months ago
hey my buddy has one and had the same issues. we put an H2 and it fixed it. if the trigger isn't resetting then yes it's likely that you just need a new buffer.
permalink embed save parent report

[–] brilz13 2 points 7 months ago
On an empty chamber with no mag: Engage your bolt hold open, slo mo record your bolt closing. If you see bolt bounce install an h3 buffer. It's more than likely bolt bounce.
permalink embed save parent report

[–] YXIDRJZQAF 1 point 7 months ago
are you sure it's not a light strike
permalink embed save parent report

[–] ShatterPoints 1 point 7 months ago
I didn't think to check light strike, because the trigger doesn't reset. I'll have to look again.
permalink embed save parent report

[–] YXIDRJZQAF 1 point 7 months ago
you may be suffering from bolt bounce a heavier/deadblow buffer would be what you need in that case
permalink embed save parent report

[–] ShatterPoints 2 points 7 months ago
I'll try that, I'm sure I have an h3 around somewhere. Thanks.
permalink embed save parent report

[–] idatedawhoreonce 1 point 7 months ago
I had the same issue. Once I switched to an h3, all was well
permalink embed save parent report

[–] justjaybee16 2 points 7 months ago
Best video on tuning an frt I've seen
https://youtu.be/hIPaBanf0_M?si=Ad8elpnU8-SH9DkR
permalink embed save parent report

[–] 17eggg 2 points 7 months ago
Im not sure, does your ss pass dry fire function check? If so what does your casing ejection look like?
permalink embed save parent report

[–] ShatterPoints 1 point 7 months ago
Dry fire function works without any issues binding. I have a bootmod BCG because it's a 10.5" suppressed pistol. Ejection is 2 o'clock.
permalink embed save parent report

[–] Top-BrilliantOps 3 points 7 months ago
What trigger do you use?
permalink embed save parent report

[–] 17eggg 9 points 7 months ago
Psa milspec EPT that i took a dremel to
permalink embed save parent report

[–] Notorious21 1 point 7 months ago
Forgive my ignorance, but what do you have to dremel for this to work? Isn't it a trigger and a safety?
permalink embed save parent report

[–] 17eggg 1 point 7 months ago
You need a super safety cut trigger for this. The kit comes with one, I just cut my own.
permalink embed save parent report

[–] Notorious21 1 point 7 months ago
Thanks! I'm new to all this, but curious if it would work with a stock psa without too much trouble.
permalink embed save parent report

[–] Bortjort 1 point 7 months ago
Same
permalink embed save parent report

[–] 5dayoldsushi 2 points 7 months ago
What length gas system?
permalink embed save parent report

[–] 17eggg 1 point 7 months ago
Mid-length
permalink embed save parent report

[–] Predator76x 2 points 7 months ago
Can also vouch for this
permalink embed save parent report

[+] *ItsJustAnotherVoice* *comment score below threshold (6 children)*

[–] cellularresp 59 points 7 months ago
Best SS on the market. I hope people start making after-market selectors for it. The ones that comes with it dont feel or look great and the milspec alternatives ASD offers are another $30 and the screw looks weird. This is all nit-picky stuff though.
permalink embed save report

[–] PoApOi_300AAC 1 point 7 months ago
You can buy MilSpec to replace them on their site.
permalink embed save parent report

[–] cellularresp 1 point 7 months ago
Yes, I know. I mentioned that. I also made the comment before their V2 announcement.
permalink embed save parent report

[+] [deleted] 7 months ago (2 children)

[–] MarbleBun 1 point 7 months ago
Curious how the Partisan trigger will compare
permalink embed save parent report

[–] Bortjort 3 points 7 months ago
I like that the lever is shorter on the right side at least, I prefer that now
permalink embed save parent report

[–] Dane_ol_reddit 1 point 7 months ago
Arizona regulator begs to differ, but this one's also nice.
permalink embed save parent report

[–] justjaybee16 2 points 7 months ago
Runs like a champ in my PWS gun.
permalink embed save parent report

[–] paperkeyboardalt 1 point 7 months ago
What buffer and gas setting are you running? Any modifications like adding quarters or trimming the inside of the upper?
permalink embed save parent report

[–] justjaybee16 2 points 7 months ago
H3 buffer, suppressed on gas setting 3 w/stock spring. I didn't try it without the can.

I have a Springco Blue and Red spring coming in to see if I slow the rate of fire a touch.

No trimming of any kind was needed. But you do have to make sure the cam lever is in the forward position when you pin the upper to the lower, it can rotate backwards enough to interfere with the rear lug on the upper.
permalink embed save parent report

[–] JO76251 20 points 7 months ago
They made a change to the standard ones that are coming with them, they added a little bit of texture, but I still think it's inferior to the milspec style
permalink embed save parent report

[–] OhSixTJ 3 points 7 months ago
Just got mine, is this the old version??
permalink embed save parent report

[–] JO76251 4 points 7 months ago
Yes
permalink embed save parent report

[–] OhSixTJ 1 point 7 months ago
Do you have a pic of the new version?
permalink embed save parent report

[–] JO76251 5 points 7 months ago
https://imgur.com/a/gju14fr
permalink embed save parent report

[–] oo10inz 1 point 7 months ago
but when was that post made lol. i ordered on the 17th. trying to figure out which selectors im getting now
permalink embed save parent report

[–] JO76251 2 points 7 months ago
I took that screenshot today so the 16th
permalink embed save parent report

[–] OhSixTJ 1 point 7 months ago
Thanks for the pic. Maybe I'll use one of them pencil engraver pen things and make some texture on mine.
permalink embed save parent report

[–] OhSixTJ 1 point 7 months ago
Wow.
permalink embed save parent report

[–] Edwardteech 3 points 7 months ago
That sucks for people who already have em
permalink embed save parent report

[–] Error_506 6 points 7 months ago*
I bet if you reach out to them they'll probably hook you up, their CS is pretty dam good

Edit: okay I guess not :(
permalink embed save parent report

[–] CMOS_Arch 1 point 7 months ago
I had a bad experience with AS Design's CS two weeks ago - there's a bug in their cart software: I had two triggers in my cart, added the 10% code they have running., Then I figured I'd better just get one and see how it pans out.

Considering they just released the Version 2 FRT (which this ^^^ is not), I made the right call...

I went back to the cart, changed the quantify from 2 -> 1, checked out, and the 10% off code was gone.

No problem, right? I immediately sent an email to customer service, they replied: sorry, can't help :(
permalink embed save parent report

[–] agentsteve 2 points 7 months ago
Exact same thing happened to me.
permalink embed save parent report

[–] Error_506 2 points 7 months ago
I've got 10% off codes if you need them
permalink embed save parent report

[–] CMOS_Arch 3 points 7 months ago
Thanks but the 10% off disappeared when I bought the $249 AS Designs FRT when I updated the quantity, and AS Designs customer service was unwilling to help, even though I *instantly* emailed them, puzzled and dismayed that the coupon disappeared.

So that bug in their web software cost me $25 :(
permalink embed save parent report

[–] whittyandbored 16 points 7 months ago
Super annoying that they won't ship levers (which they admitted needed redesign) to customers who supported them early on.

Those can't cost more than $5 to make at scale and they are making killer profits. Seems like a bad customer service take.
permalink embed save parent report

[–] DUCK_FACE_JONES 5 points 7 months ago*
i mean they still function fine, i dont think people are using these on their duty rifles or home defense weapons. but i get it that the early adopters took a chance on them so they should at least hook them up. pretty scummy actually
permalink embed save parent report

[–] Edwardteech 3 points 7 months ago
Not with gloves or when wet.
permalink embed save parent report

[–] ubettercall1 15 points 7 months ago
They already said they wont do that.
permalink embed save parent report

[–] GunDealsMod BOT [M] 1 point 7 months ago
In an effort to help users make informed decisions, we have aggregated the following information on the retailer above. Please note that this is no way an endorsement or guarantee of the retailer or their products.

**Domain Insights:**

combatarmory.com

| | | |
|---|---|---|
| Registered | January 26, 2012 | |
| Times posted | 236 | |
| Feedback rating | 83% | (5 positive, 1 negative, 1 neutral) |

*I am a bot, and this action was performed automatically. Please contact the moderators of this subreddit if you have any questions or concerns.*

permalink embed save report

[–] AutoModerator [M] 1 point 7 months ago

Thanks for posting /u/REKetofelt!

/r/GunDeals has updated the **website blacklist**, check it out before making your next purchase!.

Made a gun related purchase recently? Leave a review over at **/r/GunDealsFU** to let others know how it went!

Are you a dealer? Make sure to read the and apply for a dealer flair as soon as possible!

First time to /r/GunDeals? Read up on the **user rules** before you break a rule!

Have a question that isn't answered in our wiki? Send the **/r/GunDeals modteam** a message!

*I am a bot, and this action was performed automatically. Please contact the moderators of this subreddit if you have any questions or concerns.*

permalink embed save report

about
blog
about
advertising
careers

help
site rules
Reddit help center
reddiquette
mod guidelines
contact us

apps & tools
Reddit for iPhone
Reddit for Android
mobile website

<3
reddit premium

Use of this site constitutes acceptance of our User Agreement and Privacy Policy. © 2026 reddit inc. All rights reserved.
REDDIT and the ALIEN Logo are registered trademarks of reddit inc.