# EXHIBIT 47

CALL US ON 318-473-7520 | MY ACCOUNT | GIFT CERTIFICATES | SIGN IN OR CREATE AN ACCOUNT

Search

HOME | ABOUT | SHOP | WISE ARMS LLC | POLICIES | FAQS | DEALERS | CONTACT

# Shop

GENERATIONS HAVE MADE IT POSSIBLE...

Home : AR-15 : ARC-Fire Trigger V2 - Non-Ambi Kit (0° - 90° - 180°)



AS DESIGNS

## ARC-Fire Trigger V2 - Non-Ambi Kit (0° - 90° - 180°)

~~$249.99~~ $169.99

(You save $80.00)

Quantity:

1

ADD TO CART



Save

PRODUCT DESCRIPTION

INTRODUCING THE AS DESIGNS ARC-FIRE V2 NON-AMBI KIT (0° - 90° - 180°) ACTIVE RESET CLUTCH TECHNOLOGY FOR MAXIMUM FIREPOWER
V2 DIFFERENCES
- DIFFERENT SELECTOR ORIENTATIONS AVAILABLE
- SMOOTHER DETENT TRACK
- LARGER CAM SURFACES
- COMES STOCK WITH MILSPEC SELECTORS (PICTURED)

We're proud to unveil the ARC-Fire V2, the latest innovation from AS Designs - a cutting-edge ambidextrous selector trigger system featuring our patent-pending Active Reset Clutch (ARC) technology. Designed to dramatically increase your firearm's rate of fire without compromising control or compliance, the ARC-Fire forces the trigger to reset immediately after each shot, enabling rapid, precise follow-up shots - with one round per action of the trigger, every time.

**Built for Speed. Designed for Control.**

*Multi-Platform Compatibility:* Engineered to support over 10 of the most widely used firearm platforms, with more on the horizon. (AR15, JAKL, MP5, MCX, MPX, SCAR, BRN-180, G3, AP53, UMP, STRIBOG, DISSENT, and more to be added soon)

*Ambidextrous Selector:* Fully ambi design provides fast, intuitive access for both right- and left-handed shooters.

*Three-Position Control:* Selector positions include Safe, Semi, and ARC, putting enhanced speed and performance at your fingertips.

**Reliable. Tactile. Responsive.**

The ARC-Fire is built for shooters who demand performance and dependability. Our patent-pending design maximizes durability and reliability under sustained use. The selector switch is engineered for positive tactile feedback and effortless transitions - even under stress.

**Go Faster. Stay in Control.**

Whether you're running drills, competing, or simply pushing your platform to its limits, the ARC-Fire delivers an unmatched blend of speed, precision, and durability - giving you the edge every time you pull the trigger.

AS Designs ARC-Fire - Reset Redefined.

Includes:

- M2 tool steel ARC Cam
- M2 tool steel ARC Lever
- M2 tool steel ARC Detent Bar
- 4140 steel ARC Primary Selector
- 4140 steel ARC Ambi Selector
- Cam, Lever, and Detent Bar feature DLC coating. Selector Levers feature Black Oxide coating.
- Includes pre-cut trigger and standard safety detent.

Trigger Compatiblity:

- Most Mil-Spec Triggers w/ SS Cut
- Geissele Triggers w/ SS Cut*
  - SSA
  - SSA-E
  - SSA-E X Trigger
  - SSA-X
  - SD-E
  - SD3G
  - SDC

- SSP
- S3G
- G2S
- ALG Triggers w/ SS Cut
  - Defense QMS
  - Defense ACT
- BCM PNT Trigger w/ SS Cut
- PSA Enhanced Polished Trigger (EPT) w/ SS Cut
- Aero Precision FCG w/ SS Cut
- CMMG FCG w/ SS Cut
- Anderson Stainless FCG (Cut Hammer Version) w/ SS Cut*

* - Indicates an additional 'lever blocker' part is needed to prevent overtravel. We will offer these for an affordable cost in metal as well as provide the STL file if you would prefer to print it.

Known incompatible triggers: LaRue Tactical MBT-2S, CMC Single Stage Flat/Curved, Rise Armament RA-140

**Platform Compatiblity:**

- AR-15 Platform - .223/5.56, 300BO, 9mm, 10mm, .45, and .40
- MP5 Platform - Fits AR-based MP5 lowers, Leber V2 will require the version with safety selector area cutout, normal model support to come later. **LEE SPORTING SUPPORT NOT GUARANTEED OR WARRANTIED.**
- G3/91 Platform - Same as MP5.
- JAKL-15 - .223/5.56 and 300BO - Requires JAKL-15 Slip Trip Kit
- JAKL-9 - 9mm - Requires JAKL-9 Slip Trip Kit
- MPX - 9mm (excl. Copperhead) - Requires MPX/MCX Slip Trip Kit
- MCX - .223/5.56, 300BO, and 7.62x39 - Requires MPX/MCX Slip Trip Kit
- Kuna - 9mm - Requires AS Designs Kuna Lower Kit (Nexus compatibility unconfirmed)
- Stribog - 9mm, 10mm, and .45 - Requires AS Designs Stribog Lower Kit
- Dissent - .223/5.56, 300BO, 9mm, .45, and 5.7 - Requires Dissent Slip Trip Kit
- Dissent - .308 and 8.6BLK - Requires Dissent Slip Trip Kit and Custom ARC Lever
- HK MR556A1/A4 - No changes needed, doesn't require a different bolt carrier.

**Upcoming Platform Compatiblity (finalizing):**

- JAKL-10 - .308 - Requires JAKL-10 Slip Trip Kit and Custom ARC Lever
- BRN-180 - .223/5.56 and 300BO - Requires BRN-180 Slip Trip Kit and Custom ARC Lever
- UMP - .45 - Requires AS Designs UMP Lower Kit
- GHM9 - 9mm - Requires AS Designs GHM9 Lower Kit
- APC9 - 9mm - TBD
- APC45 - .45 - TBD
- MCX - .277 and .308 - Requires MCX Heavy Slip Trip Kit and Custom ARC Lever - TBD
- SCAR - TBD

States that have bans on fire rate modifying devices or FRT's Which We Do Not Serve. This includes **Florida, California, Colorado (Broomfield and Boulder County), Connecticut, Delaware, Hawaii, Illinois, Maryland, Massachusetts, Minnesota, Nevada, New Jersey, New York, Oregon, Rhode Island and Washington.**

Legal Notice and Disclaimer: When buying this product you are affirming that you understand all federal, state, and local gun laws that apply to you. Laws surrounding firearms and their parts or accessories vary between each state so it is your responsibility to know what is legal in your area. There are no Refunds on this product.

Wise Arms LLC does not guarantee that our products are legal where you live, and we are not responsible for any misuse, illegal activity, or violations of the law by customers. By completing your purchase, you agree that you are complying with all applicable regulations.You must be at least 18 years old to use this Site. You maybe or are disabling/removing trigger safety lever by replacing with this product. Always point gun in safe direction, always treat gun as loaded, always understand you can harm and or death to yourself or others by using any firearms or parts from Wise Arms LLC. By purchasing you agree we are not responsible for any of the above mentioned.

★ PRODUCT REVIEWS +

FIND SIMILAR PRODUCTS BY CATEGORY +

RELATED PRODUCTS



Fast Action Trigger Kit For Glock

★★★★★

~~$99.99~~ $59.99



AR-15 Super Safety Kit Flat Trigger

★★★★★

~~$199.99~~ $99.99



Fast Action Trigger V2 Flat for Glock

★★★★★

~~$99.99~~ $59.99



Fast Action Trigger V2 Ribbed for Glock

★★★★★

~~$99.99~~ $59.99



Savage Axis Adjustable Trigger Kit

$29.99

HOME | ABOUT | SHOP | POLICIES | FAQS | DEALERS | CONTACT

ALL PRICES ARE IN USD. © 2026 WISE ARMS LLC. ALL RIGHTS RESERVED. SITEMAP

DEVELOPED BY UGLY MUG MARKETING