# EXHIBIT 48

Active Topics Newest Topics Code of Conduct 8170 Online

AR15.COM Forums Equipment Exchange Blog Gear Deals Store All Forums Search... Login / Register

Home / AR-15 / Rate of Fire Triggers

AR Sponsor BRAVO COMPANY USA LIFE SAVING TOOLS Modern

ATF Hacked, Guns For Felons, & Staccato Warranty Update | ARFCOM NEWS
PVS-14 with Photonis ECHO WP 2000-2200 FOM - IN STOCK!






## ARC-Fire Talk (G$ trigger mod instructions inside) (Page 10 of 27)

Previous Page 10 / 27 Next Page

**fenrisulfr**
Joined: Apr 2016 Posts: 170
EE: 100% (1) USA

Posted: 11/11/2025 9:39:23 PM EDT [Last Edit: fenrisulfr] [#1]

Order 906X shipped.

---

**dredeagle**
Member
Joined: Aug 2025 Posts: 50
EE: 0% (0) TX, USA

Posted: 11/12/2025 10:42:37 AM EDT [#2]

Quote History

> Originally Posted By fenrisulfr:
> Order 906X shipped.

Whoop ... I see my 9 series has also shipped.

So, in the end, gonna be a bold faced tie in wait time for Arc Fire v. Atrius.

Looking forward to forming my experiences.




---

**StealthyBlagga**
Joined: Feb 2002 Posts: 11894
EE: 100% (59) AZ, USA

Posted: 11/12/2025 11:01:34 PM EDT [#3]

My ARC Fire measured as in-spec. It installed easily in my New Frontier PCC lower fitted with a 9mm CMMG RDB fixed ejector upper. I fired a couple of drama-free mags today. So far, so good.

---

**Young_Un**
Joined: Jun 2013 Posts: 1623
EE: 98% (48) SC, USA

Posted: 11/13/2025 1:57:40 PM EDT [Last Edit: Young_Un] [#4]

Order #7667, received Saturday, installed Sunday night. Modified my G$ SD3G myself.
Rifle is a 12.5 Rosco carbine gas, SLR Adjustable block, LWRC BCG, H2 JP Silent capture, and a B&T VERS36Ti. Ran great from the rip, about 710 RPM
This uploaded as a short for some reason...
Link

---

**Jeeps-And-Guns**
Member
Joined: Jan 2017 Posts: 3599
EE: 100% (60) AL, USA

Posted: 11/13/2025 9:11:15 PM EDT [#5]

Quote History

> Originally Posted By Young_Un:
> Order #7667, received Saturday, installed Sunday night. Modified my G$ SD3G myself.
> Rifle is a 12.5 Rosco carbine gas, SLR Adjustable block, LWRC BCG, H2 JP Silent capture, and a B&T VERS36Ti. Ran great from the rip, about 710 RPM
> This uploaded as a short for some reason...
> Link

How did you cut your G trigger and did you have to touch the left side of it that engages the arc lever?
Read my posts above about my troubles.

---

**Young_Un**
Joined: Jun 2013 Posts: 1624
EE: 98% (48) SC, USA

Posted: 11/13/2025 11:40:23 PM EDT [#6]

Right side cut you can just follow the scallop, though I just straight chopped it.
Left side I knocked off the tiniest amount and was just comparing it against the trigger body it came with. Worked fine first test fit.

---

**Jeeps-And-Guns**
Member
Joined: Jan 2017 Posts: 3600
EE: 100% (60) AL, USA

Posted: 11/14/2025 8:38:41 AM EDT [#7]

Quote History

> Originally Posted By Young_Un:
> Right side cut you can just follow the scallop, though I just straight chopped it.
> Left side I knocked off the tiniest amount and was just comparing it against the trigger body it came with. Worked fine first test fit.

Yep, that is exactly what I did, but mine is not working.
Its fine on semi auto, but not forced reset.

I'm going to try it with the included trigger and see what happens.
If it still does not work I know it is the arc.

ASD so far is not being any help.

---

**Jeremy2171**
Member
Joined: Mar 2004 Posts: 8028
EE: 100% (92) NC, USA

Posted: 11/14/2025 8:42:01 AM EDT [#8]

Quote History

> Originally Posted By Jeeps-And-Guns:
> Yep, that is exactly what I did, but mine is not working.
> Its fine on semi auto, but not forced reset.
>
> I'm going to try it with the included trigger and see what happens.
> If it still does not work I know it is the arc.
>
> ASD so far is not being any help.

If you go to far on the left side you get what you describe.

What has ASD said?

RIP MSgt Adam F. "Benji" Benjamin (EOD) KIA Helmand Prov 18 Aug 2009 Semper Fi bro' and save me a seat.

NC CCH Instructor
NRA pistol, rifle and shotgun Instructor



**Jeeps-And-Guns** Member
Joined: Jan 2017 Posts: 3603
EE: 100% (60) AL, USA

**Posted: 11/14/2025 2:58:42 PM EDT** [#9]

**Quote History**

> Originally Posted By Jeremy2171:
>
> If you go to far on the left side you get what you describe.
>
> What has ASD said?

At first it would not fire at all. Semi or frt.
I used a sanding drum on the left side as instructed by AS.
I went slow and barely took anything off. It took a couple test fits before I got it to where it would release.
In total I doubt I took more than a couple thousandths off it. I can not imagine with as little as I took off, that I went too far.

As far as their response, even though I told them I was running a rifle length stock/tube, rifle buffer and spring, they wanted to know what weight buffer I was running.
After I explained there is only 1 weight rifle buffer that is a hair over 5 oz, or roughly the same as a H3 carbine buffer, they asked if I could try a heavier buffer?
The rifle buffer I am using does have the steel weights that move.

I mentioned the lever has a LOT of side to side play.

Their latest reply is this:
"If it passes function with the included trigger but doesn't with the Geissele trigger, it sounds like the Geissele trigger may be over/undercut. Could you install that kit using the detent bar from the other (unused) kit and let us know if it cleans up the play in the lever?"

So I am going to try it with the included trigger and see if it works, then I will know if it is a trigger issue or a arc issue.



**Jeremy2171** Member
Joined: Mar 2004 Posts: 8030
EE: 100% (92) NC, USA

**Posted: 11/14/2025 4:02:28 PM EDT** [#10]

I have found out working on these that I did have a gieselle on a SS that I converted to ARC didn't work as the dimensions were slightly different.

Has to cut a new one for the ARC.

Tolerance stack is a thing.

RIP MSgt Adam F. "Benji" Benjamin (EOD) KIA Helmand Prov 18 Aug 2009 Semper Fi bro' and save me a seat.

NC CCH Instructor
NRA pistol, rifle and shotgun Instructor



**Jeeps-And-Guns** Member
Joined: Jan 2017 Posts: 3605
EE: 100% (60) AL, USA

**Posted: 11/14/2025 8:14:00 PM EDT** [#11]

**Quote History**

> Originally Posted By Jeremy2171:
>
> I have found out working on these that I did have a gieselle on a SS that I converted to ARC didn't work as the dimensions were slightly different.
>
> Has to cut a new one for the ARC.
>
> Tolerance stack is a thing.

So what cut/trim jig did you use for the new one, and what was different about the old one that would not work?
I still find it hard to believe the few thousandths I took off was too much.

They did not list any specifics about the SS cut. They just said it would work with ones cut for a SS.
Working with a G trigger and having normal selector levers was the only reason I bought this.
If I have to use the included milspec trigger, then it is pointless and I should have just bought another rare breed 3 position.

I tried the other part like they asked and it made no difference in the side to side play of the lever.
I installed the included milspec trigger and will test it out tomorrow afternoon.
I bench tested it and it passes function tests, but so did my G. The reset on the milspec trigger is much further back than it was with my G trigger.




**gurn-blanston**
Joined: Feb 2002 Posts: 1729
EE: 100% (270) TN, USA

**Posted: 11/14/2025 9:53:50 PM EDT** [Last Edit: gurn-blanston] [#12]

Removed



**Jeeps-And-Guns** Member
Joined: Jan 2017 Posts: 3614
EE: 100% (60) AL, USA

**Posted: 11/15/2025 9:14:28 PM EDT** [#13]

I tested it today with the included milspec trigger.
I loaded up 50 rounds. One full 30 round mag, and 20 in another.
I started with the mag with 20 rounds in it.
I fired 5 semi auto with no issue. I switched to forced reset and it shot the remaining 15 with no issue other than it failed to lock open on the empty mag.
I then tried the full 30 round mag and did a full mag dump with no issue, and locked open on the empty mag.
Funny the cycle rate sped up as the mag got closer to empty. I guess the pressure of the full mag slowed it down some and as it got close to empty with less force, it sped up.
I will say this. Holy crap I love 20 inch barrels on AR's. This thing was so controllable. This was my first time with a FRT in a 20in rifle.
My 16in carbine with a RB FRT is all over the place. But this 20in rifle I could hold the whole mag on target with little issue. Such a big difference.

So now that I know the ARC itself does seem to function fine, now I need to figure out how to make it work with the G triggers.
I still do not feel like I went to far with the trimming on the left side of the G2S, but if I did, then I did. At least it was not a stupid expensive trigger.
Since they said it could be over OR under cut, I wrote them back with my findings to see if they have any suggestions.

I have a SSA-E that I DESPARATELY want to work with this frt. It is still un touched and will stay that way until I get this one figured out.



**Jeeps-And-Guns** Member
Joined: Jan 2017 Posts: 3615
EE: 100% (60) AL, USA

**Posted: 11/16/2025 8:48:05 AM EDT** [#14]

Their customer service sucks ass. Almost no help and just short one sentence replies.

I feel like I just wasted $400 as the one and only reason I bought this fucking kit is because they said they are compatible with Geissele triggers and they have normal rotating levers.
Apparently the dimension on the left side must be within .0000000001 of a inch of a yet unknown dimension or it will not work.
So how the fuck do you properly cut it then?




**jwlaxton** Member
Joined: Aug 2008 Posts: 535
EE: 100% (1) TX, USA

**Posted: 11/16/2025 8:48:30 AM EDT** [Last Edit: jwlaxton] [#15]

**Quote History**

> Originally Posted By Wangstang:
>
> What's the story on the shim?
>
> Update...
> Page 6 and on explain the shims
>
> **https://www.mcmaster.com/99040A408/**
> https://www.mcmaster.com/99040A408/
>
> https://www.ar15.com/media/mediaFiles/114798/1000031540_png-3656119.JPG
>
> In red:
>
> https://www.ar15.com/media/mediaFiles/40084/219_png-3650923.JPG
>
> ***They clean up this slop:***
> https://www.ar15.com/media/mediaFiles/99571/GMP_U2F2ZUdNMDE_-3650997.gif

While the slop seems excessive, does it cause a problem? Mine has a similar amount, but seems to work fine.




**gurn-blanston**
Joined: Feb 2002 Posts: 1732
EE: 100% (270) TN, USA

**Posted: 11/16/2025 12:16:47 PM EDT** [Last Edit: gurn-blanston] [#16]

Removed



**HKH** Member
Joined: May 2006 Posts: 24060
EE: 100% (41) DC, USA

**Posted: 11/16/2025 2:19:44 PM EDT** [Last Edit: HKH] [#17]

The early orders were heavily skewed on the out of spec side. They took care of me and sent two new ones. I was order 5.

The new ones are fine and work well. I haven't altered a G yet as I'm a bit nervous and want to wait on a jig or exact specs from AS Designs even though I bought 3 lever blockers and they are just hanging out in the plastic bag.

They did me so right that I purchased my MP5 lower that's compatible with my AP53 on Monday. So I'm a repeat customer after the initial mix up.

I'm now just waiting on the 53 slip trip. FRT HK53😁




goer001
Joined: May 2012 Posts: 1314
EE: 100% (104) USA

Posted: 11/16/2025 10:32:52 PM EDT [Last Edit: goer001] [#18]

Quote History

> Originally Posted By Jeeps-And-Guns:
>
> Yep, that is exactly what I did, but mine is not working.
> Its fine on semi auto, but not forced reset.
>
> I'm going to try it with the included trigger and see what happens.
> If it still does not work I know it is the arc.
>
> ASD so far is not being any help.

Check the thickness of the wall on the left side. I cut my own and it did this at first, it acted like it was on safe no matter what position the selector was in. It needs to be thinner like the trigger they sent you.

---



Jeeps-And-Guns
Member
Joined: Jan 2017 Posts: 3625
EE: 100% (60) AL, USA

Posted: 11/17/2025 8:56:00 AM EDT [#19]

So the owner of ASD responded to my emails.
He has offered to send me a pre paid shipping label to send in my ARC's and G triggers and they will fit and test them in one of their lowers and send them back to me.
I will update once I get them back.

---



BlackbirdRider
Member
Joined: Apr 2014 Posts: 615
EE: 100% (1) MI, USA

Posted: 11/17/2025 9:04:55 AM EDT [#20]

Quote History

> Originally Posted By Jeeps-And-Guns:
>
> So the owner of ASD responded to my emails.
> He has offered to send me a pre paid shipping label to send in my ARC's and G triggers and they will fit and test them in one of their lowers and send them back to me.
> I will update once I get them back.

that is solid CS...

---



neight
Member
Joined: May 2010 Posts: 1566
EE: 100% (424) GA, USA

Posted: 11/17/2025 10:20:28 AM EDT [#21]

Their next run drops on the 21st.
What is the lever blocker for and should I just get one in case I need it? Currently planing in going in a FN M4 clone, so a G trigger isn't important to me.

---



bkpkr
#6packclub
Joined: May 2007 Posts: 33801
EE: 100% (338) TN, USA

Posted: 11/17/2025 10:37:33 AM EDT [#22]

Quote History

> Originally Posted By neight:
>
> Their next run drops on the 21st.
> What is the lever blocker for and should I just get one in case I need it? Currently planing in going in a FN M4 clone, so a G trigger isn't important to me.

If you're just using the included precut trigger you don't need the lever blocker.

---



Jeeps-And-Guns
Member
Joined: Jan 2017 Posts: 3629
EE: 100% (60) AL, USA

Posted: 11/17/2025 12:55:49 PM EDT [#23]

Quote History

> Originally Posted By neight:
>
> Their next run drops on the 21st.
> What is the lever blocker for and should I just get one in case I need it? Currently planing in going in a FN M4 clone, so a G trigger isn't important to me.

The lever blocker is only for hammers that do not have a tail, like the G triggers.
Regular milspec hammers do not need the lever blocker.
So unless you plan on running a G trigger, you do not need the blocker.

---



Jeremy2171
Member
Joined: Mar 2004 Posts: 8032
EE: 100% (92) NC, USA

Posted: 11/17/2025 1:03:42 PM EDT [#24]

Quote History

> Originally Posted By Jeeps-And-Guns:
>
> So what cut/trim jig did you use for the new one, and what was different about the old one that would not work?
> I still find it hard to believe the few thousandths I took off was too much.
>
> They did not list any specifics about the SS cut. They just said it would work with ones cut for a SS.
> Working with a G trigger and having normal selector levers was the only reason I bought this.
> If I have to use the included milspec trigger, then it is pointless and I should have just bought another rare breed 3 position.
>
> I tried the other part like they asked and it made no difference in the side to side play of the lever.
> I installed the included milspec trigger and will test it out tomorrow afternoon.
> I bench tested it and it passes function tests, but so did my G. The reset on the milspec trigger is much further back than it was with my G trigger.

No jig.

I removed the ramp and made it parallel to the top. Rounded the corner.

That was it...at most a thin cutoff wheel blade thickness.

RIP MSgt Adam F. "Benji" Benjamin (EOD) KIA Helmand Prov 18 Aug 2009 Semper Fi bro' and save me a seat.

NC CCH Instructor
NRA pistol, rifle and shotgun Instructor

---



Jeremy2171
Member
Joined: Mar 2004 Posts: 8033
EE: 100% (92) NC, USA

Posted: 11/17/2025 1:05:45 PM EDT [#25]

Quote History

> Originally Posted By bkpkr:
>
> If you're just using the included precut trigger you don't need the lever blocker.

View All Quotes

The blocker is for geiselle hammers or other styles that don't have a GI profile on the top.

On a gieselle the ARC lever can get under the hammer and bind/break. The blocker limits it's forward travel.

RIP MSgt Adam F. "Benji" Benjamin (EOD) KIA Helmand Prov 18 Aug 2009 Semper Fi bro' and save me a seat.

NC CCH Instructor
NRA pistol, rifle and shotgun Instructor

---



neight
Member
Joined: May 2010 Posts: 1568
EE: 100% (424) GA, USA

Posted: 11/17/2025 1:25:24 PM EDT [#26]

Thanks.
Another dumb question -
Do you get the full Giessele benefit with the mix of parts?

---



Jeremy2171
Member
Joined: Mar 2004 Posts: 8034
EE: 100% (92) NC, USA

Posted: 11/17/2025 1:28:36 PM EDT [#27]

Quote History

> Originally Posted By neight:
>
> Thanks.
> Another dumb question -
> Do you get the full Giessele benefit with the mix of parts?

It's the same geiselle trigger/ hammer combo. So yes.

In semi it's a regular geiselle. In ARC/frt it's full happy with the fast geiselle reset
Sometimes depending on the gun the gieselle is smoother and/or faster rpm than a usgi trigger.

RIP MSgt Adam F. "Benji" Benjamin (EOD) KIA Helmand Prov 18 Aug 2009 Semper Fi bro' and save me a seat.

NC CCH Instructor
NRA pistol, rifle and shotgun Instructor

**Ape_Factory**
Joined: May 2020 Posts: 156
EE: 100% (4) TX, USA

Posted: 11/17/2025 10:57:18 PM EDT [#28]

My ARC-Fire arrived today (#87xx). Just installed it into an AR15 ADM lower I'm using on a PCC setup. Passed the function check just fine where the Atrius doesn't. I have a Geissele to throw in there as well but haven't modified it yet. With a standard mil-spec trigger (Delton), there's a touch of very smooth creep and an ok wall. Using the supplied trigger, it's not quite as good as a plain old super safety with a mil-spec disconnector and hammer.

Conversely, with the AZR three-position, using an SSA-E, it drags in the first stage followed by an audible, tactile click and then a clean break from there. So where the Geissele, without the ARZ has a no drag pre travel, with it, it's "weighted" or you feel the drag so the two setups don't feel the same. Dunno if I need to take a bit off of the AZR's lever or what.

It seems like the ARC-Fire, as others have said, will give you the best feel once it's paired with a Geissele of your choosing. I'm really debating getting another for my Spear LT but the cost of the trigger AND the slip trip is hefty.

I'll still probably throw the AS Designs in the Sig to see if it'll work with the trip bars installed in the upper receiver.

---

**Jeremy2171**
Member
Joined: Mar 2004 Posts: 8035
EE: 100% (92) NC, USA

Posted: 11/18/2025 12:22:58 AM EDT [#29]

Quote History

> Originally Posted By Ape_Factory:
>
> I'll still probably throw the AS Designs in the Sig to see if it'll work with the trip bars installed in the upper receiver.

I shot a spear Lt with ARC/geiselle ...it was smooth as butter at about 900rpm w/ hux flow 556

RIP MSgt Adam F. "Benji" Benjamin (EOD) KIA Helmand Prov 18 Aug 2009 Semper Fi bro' and save me a seat.

NC CCH Instructor
NRA pistol, rifle and shotgun Instructor

---

**ELittlefield**
Member
Joined: Dec 2023 Posts: 5351
EE: 100% (7) USA

Posted: 11/18/2025 7:48:24 PM EDT [#30]

I'll be standing by on the 21st. I'm very eager to add one of these to my FRT lineup.

---

**AKDoc**
Joined: Jun 2013 Posts: 1534
EE: 100% (82) MO, USA

Posted: 11/18/2025 8:44:37 PM EDT [#31]

So if I already have trips in my Mcx upper, these should work? I have not had good luck with the rare breed in my AR lower and MCX upper

---

**ELittlefield**
Member
Joined: Dec 2023 Posts: 5358
EE: 100% (7) USA

Posted: 11/18/2025 11:59:47 PM EDT [#32]

Is this trigger compatible with Bore Buddy style 22 uppers, with a Super Safety trip?

---

**Jeeps-And-Guns**
Member
Joined: Jan 2017 Posts: 3638
EE: 100% (60) AL, USA

Posted: 11/19/2025 8:52:37 AM EDT [#33]

Quote History

> Originally Posted By ELittlefield:
>
> Is this trigger compatible with Bore Buddy style 22 uppers, with a Super Safety trip?

I'm sure it will be compatible, as it is just a super safety with a rotating selector instead of push button.
Now weather it will actually run, that is up to the gun. 22's seem to very hit and miss.

---

**ELittlefield**
Member
Joined: Dec 2023 Posts: 5360
EE: 100% (7) USA

Posted: 11/19/2025 9:29:50 AM EDT [#34]

Quote History

> Originally Posted By Jeeps-And-Guns:
>
> I'm sure it will be compatible, as it is just a super safety with a rotating selector instead of push button.
> Now weather it will actually run, that is up to the gun. 22's seem to very hit and miss.

View All Quotes

Thanks.

---

**Ape_Factory**
Joined: May 2020 Posts: 158
EE: 100% (4) TX, USA

Posted: 11/20/2025 8:39:02 PM EDT [#35]

Quote History

> Originally Posted By AKDoc:
>
> So if I already have trips in my Mcx upper, these should work? I have not had good luck with the rare breed in my AR lower and MCX upper

I've been told that it won't work with the trip bars everyone has installed. AS Designs said they did not know. I currently have the Frankenstein trip bar with the Rare Breed which sucks donkey balls for trigger feel.

I took an hour tonight to whip out an extra Geissele I had lying around. Took some time to modify it so it would function with the ARC-Fire but after four or five installations and removals (tedious!) I finally took off enough material where it worked.

And the best part is the trigger feels like a Geissele.

Tomorrow, if I have time, I'll swap everything over to my Spear LT and function test it. I'm really hesitant to spend another big wad of cash for AS Designs trip bar and then wait and wait and wait...it's all pre-order now. If the existing trip bars work, they're generally $70 less and super easy to install.

---

**AKDoc**
Joined: Jun 2013 Posts: 1535
EE: 100% (82) MO, USA

Posted: 11/20/2025 8:55:28 PM EDT [#36]

Thank you. I'm anxious to hear if it works in your Mcx. I have been disappointed with the rare breed trigger feel and mine has been nonfunctional up to this point in FRT mode with MCX.

---

**jwlaxton**
Member
Joined: Aug 2008 Posts: 537
EE: 100% (1) TX, USA

Posted: 11/20/2025 9:23:25 PM EDT [#37]

I received my AS Designs MCX/MPX trip bar today and tried setting up an Arc Fire to work with an MCX Virtus. The first thing I verified is that it wouldn't work with the typical trip bars in use. In this case it was one from Parker Machine. The back part of the trip bar catches on the Arc Fire Lever and won't let you pull the charging handle all the way back. I removed it and put in the AS Designs trip bar. While it partially seems to work with manual function testing, meaning the hammer/trigger function is as it should be in each selector setting, the trip bar seems to be binding up. I have to work with the charging handle to get it to pull all the way back. I contacted AS Designs but haven't heard anything back yet.

---

**Ape_Factory**
Joined: May 2020 Posts: 159
EE: 100% (4) TX, USA

Posted: 11/21/2025 12:58:02 PM EDT [#38]

Quote History

> Originally Posted By jwlaxton:
>
> I received my AS Designs MCX/MPX trip bar today and tried setting up an Arc Fire to work with an MCX Virtus. The first thing I verified is that it wouldn't work with the typical trip bars in use. In this case it was one from Parker Machine. The back part of the trip bar catches on the Arc Fire Lever and won't let you pull the charging handle all the way back. I removed it and put in the AS Designs trip bar. While it partially seems to work with manual function testing, meaning the hammer/trigger function is as it should be in each selector setting, the trip bar seems to be binding up. I have to work with the charging handle to get it to pull all the way back. I contacted AS Designs but haven't heard anything back yet.

Awesome, you just saved me some time today. The Parker Machine bar looks identical in size/shape to the Frankenstein trip bar so by the law of transitivity, it's not going to work with the Franken trip bar either. Sucks but it is what it is.

Geissele trigger + ARC-Fire+AS trip bar=$$$$$ but you get the best feel and the AS Designs seems to be the best thought out and beefiest of all the offerings if you need ambidextrous selectors. If you don't, a super safety push style with a quality mil-spec will get you 90% of the way there at a significant cost savings.

My Rare Breed works just fine in my Spear LT and it runs like a top but as I've stated, the trigger has zero feel and zero wall when it breaks and the gun fires. Still super fun in FRT mode, especially with subs and you do adapt pretty quickly to the trigger.

**jwlaxton**
Member
Joined: Aug 2008 Posts: 538
EE: 100% (1) TX, USA

Posted: 11/21/2025 1:17:00 PM EDT [#39]

Quote History
Originally Posted By Ape_Factory:
> ***Geissele trigger + ARC-Fire+AS trip bar=$$$$$ but you get the best feel***

This is where I was headed, but I'm skeptical at this point. My AS Designs MCX/MPX trip kit is having tolerance issues where the front upper part, that works with the carrier and upper (notch where typical trip bars catch the carrier and slide in the upper) isn't quite right. I can pull around on the charging handle and usually get it to line up and pull back, but I won't shoot it and risk breaking something. Thinking about it, something sitting in the lower vs attached in the typical fashion (eg. Parker, Midnight, Frankenstein) would be likely to have more tolerance problems. I'll wait a little longer to see if AS Designs comes up with an answer before completely writing it off.

---

**neight**
Member
Joined: May 2010 Posts: 1575
EE: 100% (424) GA, USA

Posted: 11/21/2025 4:07:51 PM EDT [#40]

Did I miss the drop?
Refreshed the page at 15:03 and it now says notify me.

---

**houlster**
Joined: Jul 2001 Posts: 134
EE: 100% (1) AZ, USA

Posted: 11/21/2025 4:10:26 PM EDT [Last Edit: houlster] [#41]

Quote History
Originally Posted By neight:
> Their next run drops on the 21st.

Nvmind, it updated again and was able to order 😅

---

**ELittlefield**
Member
Joined: Dec 2023 Posts: 5427
EE: 100% (7) USA

Posted: 11/21/2025 4:11:34 PM EDT [#42]

They're back up. Get em boys.

---

**Justinandfreyja**
Joined: Jun 2025 Posts: 694
EE: 100% (54) UT, USA

Posted: 11/21/2025 4:14:06 PM EDT [Last Edit: Justinandfreyja] [#43]

CODE: PLEASE GETS YOU 10% OFF

15927 was my order number and I just ordered at 1311 my time.

ETA: I hope I did the right thing verses getting a rare breed. It was half the price and I know nothing about these.

---

**neight**
Member
Joined: May 2010 Posts: 1576
EE: 100% (424) GA, USA

Posted: 11/21/2025 4:17:04 PM EDT [Last Edit: neight] [#44]

Looks like I got one!
Don't forget YES for 20% off.

ETA I think it's 10% was hurrying so I think I miscalculated. Lolz. I'll look now.

---

**neight**
Member
Joined: May 2010 Posts: 1577
EE: 100% (424) GA, USA

Posted: 11/21/2025 4:21:27 PM EDT [Last Edit: neight] [#45]

163xx is my order # and YES is a 10% code.

---

**Justinandfreyja**
Joined: Jun 2025 Posts: 695
EE: 100% (54) UT, USA

Posted: 11/21/2025 4:22:47 PM EDT [#46]

Quote History
Originally Posted By neight:
> 16313 is my order # and YES is a 10% code.

I bet these sell out before 3:30, which is absolutely insane they have 10k units to ship.

---

**spyderboy03**
Joined: Sep 2004 Posts: 9053
EE: 100% (242) MT, USA

Posted: 11/21/2025 4:37:07 PM EDT [Last Edit: spyderboy03] [#47]

Totally forgot to use a coupon code! Dangit! Order 15001

ETA: My order was in at 1:10 MST

---

**ELittlefield**
Member
Joined: Dec 2023 Posts: 5428
EE: 100% (7) USA

Posted: 11/21/2025 4:47:39 PM EDT [#48]

#153xx

3:11 EST

---

**fulautotank**
Neque Sanctiores Porcos
Joined: Nov 2007 Posts: 3853
EE: 100% (148) SC, USA

Posted: 11/21/2025 4:51:54 PM EDT [Last Edit: fulautotank] [#49]

Quote History
Originally Posted By Justinandfreyja:
> I bet these sell out before 3:30, which is absolutely insane they have 10k units to ship.

# 174xx
I just bought one
3:47 EST

An armed society is a polite society.

---

**Turtle556**
Member
Joined: Jan 2007 Posts: 469
EE: 0% (0) TX, USA

Posted: 11/21/2025 4:56:17 PM EDT [#50]

Quote History
Originally Posted By ELittlefield:
> #153xx
>
> 3:11 EST

Going fast, I was 3:09EST order # 142xx

---

Sign up to continue the discussion
Create a free account to share your thoughts, follow topics, and connect with the AR15.COM community.
Register to Reply
Already a member? Sign In

< Previous Page 10 / 27 Next Page >

ARC-Fire Talk (G$ trigger mod instructions inside) (Page 10 of 27)

Home / AR-15 / Rate of Fire Triggers

AR Sponsor BRAVO COMPANY USA LIFE SAVING TOOLS

Modern

Active Topics Newest Topics Code of Conduct

AR15.COM

The world's largest firearm community and is a gathering place for firearm enthusiasts of all types.
From hunters and military members, to competition shooters and general firearm enthusiasts, we welcome anyone who values and respects the way of the firearm.

GIFs on this site are Powered by GIPHY

**Quick Links**

- Blog
- Deals
- Equipment Exchange
- Forums
- Memberships

**Info**

- About
- Advertising
- DMCA
- Help
- Privacy Policy
- Your Privacy Choices

**Stay Updated**

Subscribe to our monthly Newsletter to receive firearm news, product discounts from your favorite Industry Partners, and more.

Email Address

Subscribe

© 1996-2026 AR15.COM LLC. All rights reserved.