# EXHIBIT 49

GET NEW REDDIT MY SUBREDDITS HOME - POPULAR - ALL - USERS | ASKREDDIT - PICS - FUNNY - MOVIES - GAMING - WORLDNEWS - NEWS - TODAYILEARNED - NOTTHEONION - EXPLAINLIKEIMFIVE - MILDLYINTERESTING - DIY - VIDEOS - OLDSCHOOLCOOL - TWOXCHROMOSOMES - TIFU - MUSIC - BOOKS - LIFEPROTIPS - DATAISBEAUTIFUL - AWW - SCIENCE - SPACE - SH EDIT »

reddit FRT15 comments JSoucek77 (1) | | | preferences | logout

# FRT15L3 vs ARC Fire (self.frt15)

2

submitted 11 months ago by MrBlowey

I already have a few Rarebreed FRT 15 L3. Just now seeing the ARC Fire trigger.

It looks pretty damn good as well and the price is significantly lower. In the search for reliability and longevity does anyone have suggestions for which forced reset trigger to go with these days?

12 comments share save hide report crosspost

all 12 comments
sorted by: best

save content policy formatting help

[–] terryr21 3 points 11 months ago
I'm just starting to get into the FRT arena. Here's my Arizona Regulator:
https://www.reddit.com/r/frt15/comments/1nl951y/arizona_regulator/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

I have the AS Designs ARC on order (first run) that'll pair with a cut Geissele trigger in my other AR....will post here how that goes once installed and ran.
permalink embed save report reply

[–] Weary_Archer2491 1 point 11 months ago*
Geissele trigger? It only needs a hammer

Edit: It does infact need the precut
permalink embed save parent report reply

[–] terryr21 2 points 11 months ago
From the AS Designs page:

<image>

Also waiting for the lever blocker.
permalink embed save parent report reply

[–] Weary_Archer2491 2 points 11 months ago
I see, I am wrong and you are right. Thank you for correcting me.
permalink embed save parent report reply

[–] terryr21 2 points 11 months ago
All good sir. Hopefully I didn't sound like a dick as that was totally not my intention.
permalink embed save parent report reply

[–] Weary_Archer2491 2 points 11 months ago
Not at all dude all good brother ur chill
permalink embed save parent report reply

[–] Weary_Archer2491 2 points 11 months ago
https://youtu.be/ZsCZvMbUGz0?si=tzQf3Ie9AMbpw6SU
permalink embed save report reply

[–] terryr21 1 point 11 months ago
Yep looking forward to the ARC.
permalink embed save parent report reply

[–] Weary_Archer2491 1 point 11 months ago
ARC fire is better
permalink embed save report reply

[–] kingofatl 1 point 11 months ago
The trigger with the DTT/Rarebreeds frt feels like total poop. Going to wait for arc fire to drop more and try it with the geissele. Anyone know where I can buy one precut btw?
permalink embed save report reply

[–] Tanodized416 1 point 10 months ago
👍
permalink embed save report reply

[–] [deleted] 1 point 10 months ago
It will be more user serviceable and theoretically be more reliable than a drop in since it's all mil spec. The safety will still work if the lever breaks it will just default to safe semi.
permalink embed save report reply

search

this post was submitted on 21 Sep 2025
2 points (100% upvoted)
shortlink: https://redd.it/1nmxn0l

Submit a new link

Submit a new text post

frt15
join
Show my flair on this subreddit. It looks like:
JSoucek77 (edit)
created by sonofvc a community for 4 years

MODERATORS
MESSAGE THE MODS
sonofvc
about moderation team »

account activity



about
blog
about
advertising
careers

help
site rules
Reddit help center
reddiquette
mod guidelines
contact us

apps & tools
Reddit for iPhone
Reddit for Android
mobile website

<3
reddit premium

Use of this site constitutes acceptance of our User Agreement and Privacy Policy. © 2026 reddit inc. All rights reserved.
REDDIT and the ALIEN Logo are registered trademarks of reddit inc.