# EXHIBIT 50



r/AR15
1959-Now
Vietnam | Lebanon | Grenada | Panama | Gulf War | Somalia | Bosnia | Afghanistan | Iraq

comments



141

# Why much of the community now hates Rare Breed

Moderator Approved (self.ar15)

submitted 5 months ago by AddictedToComedy I do it for the data.

I decided to write this as a quick link to hand people who ask, "Why do people hate Rare Breed?" or "How can you be mad at Rare Breed after they fought for us?"

If you didn't follow the RareBreed litigation and public statements surrounding it, current community hatred towards them might seem unreasonable.

After all, RareBreed achieved an outcome that kept their product available to the community. Not only that, but the ATF was forced to return RB FRTs to people that had been seized. How is that not a huge win?

***Because the outcome completely contradicted countless public statements made by RB about how they were fighting the fight, what they were trying to achieve, and why people should help fund their legal battle.***

---

The timing of their 2025 settlement is especially infuriating, as SCOTUS had published **two** decisions in 2024 that both set ***incredibly*** helpful precedent applicable to RB's case:

- In Garland v. Cargill, SCOTUS ruled that:
  - Bump stocks are not machine guns under the statutory definition
  - Even though the Congress who enacted the NFA almost certainly *would have* considered a bump stocked rifle a machine gun, that doesn't change the statutory text
  - "Single function of the trigger" cannot be ignored
- In Loper Bright Enterprises v. Raimondo, SCOTUS ruled that:
  - "Chevron deference" was no longer law of the land
    - This was a prior precedent - set in 1984 - that courts should defer to federal agencies' reasonable interpretations of ambiguous statutes
      - ATF had leveraged this deference in many prior legal cases, with judges essentially saying, "well... this statute is kind of ambiguous, but the ATF says it should be illegal, so I should take their word for it"
  - Going forward, courts must independently interpret statutes

---

## Rare Breed's statements before the settlement

RB repeatedly framed their fight as important not just to their company, but ***all*** firearms and firearms accessories. They set a clear expectation that they weren't just trying to protect their business: they were trying to set precedent which would protect the 2A community more broadly.

They also encouraged the community to get involved, and solicited donations to their legal fund. People were willing to help, because they believed statements RB made about establishing precedents to protect us all.

Here are various relevant quotes from Lawrence DeMonico, president of Rare Breed:

- "We're going to see this through, because this is a fight to protect not only the second amendment, but really all of our freedoms"
  - Source: https://www.gunsandammo.com/editorial/gun-company-wont-comply-with-atf-order/451223
- "We will not give up the fight. You can bet on it."
  - Source for this quote and all of the ones below it: https://vimeo.com/589573539
- "...sure to be a very long and costly legal battle with the ATF"
- "We have asked the court to rule that the ATF's ... arbitrary and capricious attempt to redefine the definition of a machine gun to reach the FRT will also prohibit the ownership, possession, and use of firearm accessories that are not prohibited by the relevant statutes"
- "The litigation must play out before an actual legal ruling is made on the classification of the FRT15."
- "We've always known the FRT was special and innovative, but I don't think we could have known just how important it was going to be to the 2A community as a whole."
- "While you may or may not like or appreciate the FRT, you've got to understand the significance of our case. Simply put, if the ATF is allowed to prevail in their determination that the FRT is a machine gun, this is guaranteed to be the beginning of the end for gun owners."
- "Having a law enforcement agency such as the ATF creating legislation by simply reinterpreting a law and acting through executive fiat sets a terrifying precedent."
- "We are asking the court to rule that the ATF's attempt to redefine the definition of machine gun... is in excess of the agency's statutory jurisdiction."
- "Contact your congressmen and women, along with your state senators, and have them remind the ATF that they are not a legislative body."
- "If you would like to contribute to the Legal Defense Fund to assist in our fight, you can send a check to..."

---

## Snatching defeat from the jaws of victory

Rare Breed's settlement might have made more sense if (1) a federal district court had not already ruled against the ATF, that the FRT was not a machine gun, and (2) the Cargill and Loper Bright decisions had gone the opposite way. But SCOTUS had ***just*** ruled that bump stocks are not machine guns, "single function of the trigger" is critical text that cannot be sidestepped, and federal agencies no longer have authority to interpret ambiguous statutes.

Those are all *major elements* of what RB was trying to establish in their case, and what DeMonico claimed was at the core of the fight.

Given these SCOTUS rulings, it was a damn good bet that any final judicial ruling on the FRT would have decided it's not a machine gun, *as had already happened in the lower court*. That would have set precedent protecting other forced reset devices, ***as DeMonico heavily implied was his goal***.

Obviously nothing in litigation is guaranteed, but again, DeMonico explicitly said they would "see this through" and "not give up the fight" because "the litigation must play out" so as to prevent "the beginning of the end for gun owners."

---

## Establishing a monopoly and becoming a de facto enforcement agent *on behalf of the ATF*

The terms of the settlement essentially boil down to, "Rare Breed is allowed to keep selling FRTs, but they promise they won't make them for handguns, and they promise to pursue legal action against other companies making forced reset devices, under the guise of ordinary patent enforcement."

So they accepted donations from the public, and said they were fighting on behalf of all of us... then took a deal that gives them a monopoly, and fuck everyone else.

"Thanks for the donations! You helped protect the legal right to buy products from us and only us!"

I know what some of you are thinking:

> But all companies enforce their patents! That's part of owning IP!

If you invent a new mousetrap that uses a spring-loaded bar, you can patent that design.

But that doesn't give you the right to sue someone who invents a mousetrap that works using a completely different mechanism.

Your patent protects your mousetrap design, not the entire concept of catching mice.

Rare Breed is going after ***everyone*** touching the entire concept of forced reset, including Tim Hoffman, who invented the Super Safety and freely released it to the public in 2023.

That seems pretty ridiculous, because the settlement agreement requires that they enforce their 10,514,223 patent, which describes a "trigger mechanism" that "includes a hammer, a trigger member, and a locking bar."

Even if Rare Breed ultimately believes that patent overlaps with the Super Safety, it's hard to believe the ATF would have punished them for failing to sue over a design that doesn't even replace the trigger. I don't think the defense of, "we're just following the terms of the settlement agreement" works here.

---

## A win for the ATF

- The ATF never had to lose a decision in the Fifth Circuit, which would have resulted in *much* larger implications than the loss they had already endured in federal district court.
- Rare Breed now tries to rid the market of all other forced reset devices, without the US Government ever having to spend another dime or day in court, arguing over silly things like the constitution.

42 comments share save hide report crosspost

search

this post was submitted on 13 Mar 2026
**141 points** (94% upvoted)
shortlink: https://redd.it/1rsx5ek

Submit a new link

Submit a new text post

## ar15

join

Show my flair on this subreddit. It looks like:
JSoucek77

**Welcome to /r/AR15! Here for your favorite black gun links, build photos, questions and other tactical or practical info.**

### Click Here for the Wiki Page

Where you can find DIY, FAQ, and more!

### Subreddit Rules

1. **All posts and comments are to be civil.**
   Don't be a jackass.
2. **Images, videos, and links require a descriptive comment.**
   Don't just show us your build, tell us about it.
   No memes, take it to /r/Firearms.
   Low effort shitposts will be removed.
   (This includes toe memes.)
   If your image shows your hunting results then you must mark it as NSFW.
3. **No spam.**
   Don't Spam. If you're a vendor, don't make posts that are glorified ads for a product and ghost. This also applies to products that you sell/manufacture while pretending to be just a curious consumer.
   Do not post links to purchase firearms or to vendors that are not reputable.
   Referral codes/links are prohibited.
   We don't condone shilling on this sub.
4. **No sales, no WTB, no WTT, no WTS, no ISO. NO TRANSACTIONS.**
   Handouts/giveaways require moderator approval and are limited to special occasions. All giveaways will be ran by moderators. If you want to give away your spare parts, take them to GAFS.
5. **Absolutely no 3D printer files allowed.**
6. **Politics and News posts require moderator pre-approval**
   Posts are limited to legislation with a direct impact on the AR15 platform.
7. **This is /r/AR15**, stick to the topic, we don't care about your grandpa's bolt action rifle that was used by Queen Cleopatra to fight off the dinosaurs.

### Remember Firearm Safety

**Everyone is a Range Safety Officer**, if it seems unsafe call it for a cease fire!

- Treat all firearm as if it were loaded.
- Never point a firearm at anything you're not willing to destroy.
- Keep your finger straight and off the trigger until ready to shoot.
- Know your target and what lies beyond.

In addition:

- Ensure the weapon is safe to fire, a gunsmith is cheaper than a hospital visit.
- Only use the ammunition type stamped on the barrel or listed in the user manual.
- Wear eye and ear protection.
- Alcohol, legal and illegal drugs, and firearms are never a good combination. Do not mix!
- Keep weapons out of the reach of children, criminals, and other prohibited persons - it is your responsibility to protect your firearms!

### Related Subreddits

- /r/RetroAR
- /r/300BLK
- /r/68SPC
- /r/AK47
- /r/gundeals
- /r/tacticalgear

### Suicide and Guns

Suicide is a serious problem all around the world. If you or someone you know is considering suicide please help them. There are many resources available for veterans and civilians alike. Don't let yourself or another fall to suicide.

Suicide Prevention Lifeline Website or call them at 1-800-273-8255

For international help please visit Suicide.org's Hotline Finder to get in touch with the assistance available to you in your country.

**You can make all the difference in someone's life.**

MODERATORS

MESSAGE THE MODS

chois Sub Founder
AutoModerator
autosear Gunnit's Most Wanted
Bartman383
KimJongMakeEmSayUn Authoritarian Dicktaster
FullAutoMod
comment-nuke
modrelay
_not2na
modmail-userinfo
...and 2 more »

account activity

all 42 comments
sorted by: best

save content policy formatting help

[–] TresCeroOdio 80 points 5 months ago
Not enough of the community hates rare breed. I'd straight pull bolt gun all my ARs before giving rare breed a penny.
permalink embed save report reply

[–] sadoproject 107 points 5 months ago
All my homeys hate RareGreed
permalink embed save report reply

[–] Party_Rifle1471 73 points 5 months ago
In not reading all that.
Fuck Rare Breed.
permalink embed save report reply

[–] nochilljosh 47 points 5 months ago
Because they could of outright won their case for FRTs for everyone, but instead took a deal with the devil to become a monopoly.
permalink embed save report reply

[+] [deleted] 5 months ago* (2 children)

[–] Figdudeton 50 points 5 months ago
I'd never touch a FRT again before buying Rare Breed.
I'd probably rather just stop shooting in general than give them money.
permalink embed save report reply

[–] Entry-Level-Cowboy 15 points 5 months ago
Data on this too? Legend
permalink embed save report reply

[–] theogstarfishgaming1 13 points 5 months ago
Lawrence demonico can lick the salt off my nuts
permalink embed save report reply

> [–] [deleted] 3 points 5 months ago
> No tequila
> permalink embed save parent report reply

[–] Smallie_Slayer 25 points 5 months ago
Can we all print this off and then all individually mail this to rare greed? Imagine getting thousands of mailers reminding you how shitty you are.
permalink embed save report reply

> [–] JxDub 15 points 5 months ago
> Here's an even better solution.
> permalink embed save parent report reply
>
> > [–] [deleted] 9 points 5 months ago
> > Thanks for sharing. Threw a few bucks their way.
> > permalink embed save parent report reply
> >
> > > [–] theken20688 6 points 5 months ago
> > > My man. Thank you!
> > > permalink embed save parent report reply

[–] No-Appointment-9483 10 points 5 months ago
All of this aside, I still don't understand why anyone would choose the RB drop in over the ARC at half the price (or ARC+G$ for the same price)
permalink embed save report reply

> [–] Remarkable-Cow1062 3 points 5 months ago
> I have both, the RB works and the other doesn't. Tried everything in the sun, different triggers, some dremel gunsmiph, still doesn't work. Fuck Rarebreed but the shit just works.
> permalink embed save parent report reply
>
> > [–] s3igu2 1 point 5 months ago
> > Are you having issues with arc fire specifically or another selector style frt? Have you reached out to ASD support because if that's arc then something is likely defective and they would replace it.
> > permalink embed save parent report reply
> >
> > > [–] Remarkable-Cow1062 0 points 5 months ago
> > > The ASD three position. I haven't reached out to them. Got tired of messing with it and sold it at a gun show.
> > > permalink embed save parent report reply

[–] JxDub 16 points 5 months ago
Fuck Rare Greed
Donate a dollar or a dime, I don't fucking care Just do your part and spread the word.
permalink embed save report reply

> [–] [deleted] 6 points 5 months ago
> Done
> permalink embed save parent report reply

[–] mandoismetal 8 points 5 months ago
Thought you were talking about bourbon
permalink embed save report reply

[–] 13NeverEnough 3 points 5 months ago
We don't need an article to tell us why they suck
permalink embed save report reply

[–] alrashid2 0 points 5 months ago


permalink embed save report reply

[+] *Psychological-Lab-23 comment score below threshold (9 children)*
[+] *admiralLq comment score below threshold (2 children)*
[+] *SniffyBT comment score below threshold (2 children)*

about
blog
about
advertising
careers

help
site rules
Reddit help center
reddiquette
mod guidelines
contact us

apps & tools
Reddit for iPhone
Reddit for Android
mobile website

<3
reddit premium

Use of this site constitutes acceptance of our User Agreement and Privacy Policy. © 2026 reddit inc. All rights reserved.
REDDIT and the ALIEN Logo are registered trademarks of reddit inc.