# EXHIBIT 51

AR Sponsor BRAVO COMPANY USA LIFE SAVING TOOLS
ATF Hacked, Guns For Felons, & Staccato Warranty Update | ARFCOM NEWS
PVS-14 with Photonis ECHO WP 2000-2200 FOM - IN STOCK!







## Most reliable option for g2s / geissele triggers - atrius g lever or arc fire

**cryo_tech**
Joined: Feb 2012 Posts: 8867
EE: 100% (41) VA, USA

**Posted: 4/28/2026 9:40:57 AM EDT**

As title says.

Looking like the arc fire and modding the trigger is getting way more attention than the g lever?

I want the most reliable followed almost as close by ease of install.

I have g2s or some form of geissele in all but 2 of my guns.

---

**dredeagle**
Member
Joined: Aug 2025 Posts: 155
EE: 0% (0) TX, USA

**Posted: 4/28/2026 10:25:50 AM EDT** [Last Edit: dredeagle] [#1]

So ...

I can't speak directly to the Atrius G lever - my Atrius preceded its release and drives a Rise Armament drop-in.

But I run it's cousin MARC that drives a self modified G$ SSAeX. I modified the G$ myself and the system uses ASDs lever blocker. This is my sexiest feeling go fast trigger.

I've also helped a buddy get an Arc v1 running with a ASD modified G$ SSA.

Since you are up and running on G$ triggers, I can report the mod to run them with Atrius/Cornfire/?Copperhead Safety? super safeties requires less material be removed from the G$ to get running.

@HKH has dropped a guide to modding G$ in several places - read it and heed his advice. It is important to understand that removing too much material nets a trigger that will fire with the selector in safe.

Edited to add: ASD is more responsive to arfcom users than Atrius, Cornfire or Copperhead. The additional cutting required for ASD is not as dimensionally critical (haven't heard of folks bricking triggers by cutting too much off the right side of their trigger shoes).

And, we all suspect the ARC is more durable. But truth told, I suspect any properly installed and vetted super safety is as durable as the next.

---

**jaqufrost**
Member
Joined: Sep 2004 Posts: 65357
EE: 100% (115) OK, USA

**Posted: 4/28/2026 10:33:40 AM EDT** [#2]

I like the ARC fire better than the Atrius. IMO the lever looks stronger.

I would go that route, especially since a V1 ARC-FIRE is $130 at Combat Armory. FREEDOM10 saves a few bucks.

I haven't done the Geissele mod yet for the ones I currently have, but will be modding at least one for the six I have coming.




**lugnutwrench2**
Member
Joined: Jul 2025 Posts: 750
EE: 100% (73) TN, USA

**Posted: 4/28/2026 10:47:39 AM EDT** [#3]

All that said, understand that the ARC-FIRE may not be a drop-in, ***even if you purchase your cut trigger from ASD***. You are expected to do your own gunsmithing (or hire someone) if it doesn't work out of the box. (Mine didn't in any of my lowers.) If you take too much material off, you're out of luck and have to buy a completely new trigger (Geissele doesn't sell replacement shoes). That's the sharp edge in that path that ASD hasn't found a way to file down yet.

---

**HKH**
Member
Joined: May 2006 Posts: 24525
EE: 100% (41) DC, USA

**Posted: 4/28/2026 11:28:16 AM EDT** [#4]

Arc fire for the win. No doubt about it.

Shit 130? Plus ten % off?

I'm gonna buy 5

---

**jaqufrost**
Member
Joined: Sep 2004 Posts: 65358
EE: 100% (115) OK, USA

**Posted: 4/28/2026 11:53:04 AM EDT** [#5]

> Originally Posted By HKH:
>
> Arc fire for the win. No doubt about it.
>
> Shit 130? Plus ten % off?
>
> I'm gonna buy 5

I bought six in the last week and I'm tempted to buy more.

---

**Alpha-17**
Joined: Sep 2023 Posts: 543
EE: 100% (2) KS, USA

**Posted: 4/28/2026 12:06:25 PM EDT** [Last Edit: Alpha-17] [#6]

For what it is worth, I've got two MARCs working with Geissele triggers (SSA and SSA-E) that have been flawless. One required no fitting at all, just drop in and go, and the other required a minor bit of hand fitting with a file.

---

**ELittlefield**
Member
Joined: Dec 2023 Posts: 9730
EE: 100% (7) USA

**Posted: 4/28/2026 12:14:49 PM EDT** [#7]

I have both. I strongly prefer the ARC-Fire for Geisseles.

---

**cryo_tech**
Joined: Feb 2012 Posts: 8870
EE: 100% (41) VA, USA

**Posted: 4/28/2026 2:45:21 PM EDT** [#8]

So the g lever from atrius adds another part to break or fuck up am I right in that?

---

**dredeagle**
Member
Joined: Aug 2025 Posts: 156
EE: 0% (0) TX, USA

**Posted: 4/28/2026 3:20:58 PM EDT** [#9]

Quote History

> Originally Posted By cryo_tech:
>
> So the g lever from atrius adds another part to break or fuck up am I right in that?

No.

It uses a spring to locate the reset lever v. ASD's cam placement. And, the trip lever lacks girth v. ASD's.

The spring and girthless trip lever are perceived weak points. They may, in fact, prove to be "real" but we'll discover this thousands of rounds into the future.



jaqufrost
Member
Joined: Sep 2004 Posts: 65361
EE: 100% (115) OK, USA

Posted: 4/28/2026 3:26:16 PM EDT [#10]

> Originally Posted By dredeagle:
>
> No.
>
> It uses a spring to locate the reset lever v. ASD's cam placement. And, the trip lever lacks girth v. ASD's.
>
> The spring and girthless trip lever are perceived weak points. They may, in fact, prove to be "real" but we'll discover this thousands of rounds into the future.

Yeah, I haven't broken either design. It may not be an issue.

s3igu2
Joined: Oct 2025 Posts: 99
EE: 0% (0) TX, USA

Posted: 4/28/2026 4:01:06 PM EDT [#11]

Quote History

> Originally Posted By jaqufrost:
>
> Yeah, I haven't broken either design. It may not be an issue.

In a properly setup AR15 shooting 556 id say its pretty much a non issue inside of 15K to 20K rounds. ARC was originally designed to hold up in the 308 platforms like the HK G3 and other extremely aggressive platforms like the MPX which require a significantly thicker lever. For example the reason we had to kill the original G3 AR FCG lower was because the G3 was snapping super safety cams in half or breaking trip parts, that gun was beating the hell out of everything inside the FCG pocket.

This is why i have never made a unmodified trigger version of ARC because it essentially cuts the durability in half at least which would kill any hope at long term support in some of the more aggressive platforms.

cryo_tech
Joined: Feb 2012 Posts: 8874
EE: 100% (41) VA, USA

Posted: 4/28/2026 4:36:03 PM EDT [#12]

Quote History

> Originally Posted By s3igu2:
>
> This is why i have never made a unmodified trigger version of ARC because it essentially cuts the durability in half at least which would kill any hope at long term support in some of the more aggressive platforms.

I am stoopid. Please explain this part like I am a child.



HKH
Member
Joined: May 2006 Posts: 24527
EE: 100% (41) DC, USA

Posted: 4/28/2026 4:52:33 PM EDT [#13]

Quote History

> Originally Posted By cryo_tech:
>
> I am stoopid. Please explain this part like I am a child.

+1



dredeagle
Member
Joined: Aug 2025 Posts: 157
EE: 0% (0) TX, USA

Posted: 4/28/2026 5:04:21 PM EDT [Last Edit: dredeagle] [#14]

Quote History

> Originally Posted By cryo_tech:
>
> I am stoopid. Please explain this part like I am a child.

@Si3gu2 is one of ASDs designers. What he said is: The Arc fire design spec's it to survive ridiculously violent Fire Control Groups. He offered up the Sig MPX and HK G3 as examples of ridiculously (ok, my word) violent FCGs.

Elsewhere he surmised that for our more regular and more gentle FCGs, the story may show up north of 15k rounds.

Finally, he spoke to a point of durability I glossed past. That is the safety barrel on the right side. The Arcfire carries enough additional material on this side that trigger mods require removing the right, rear corner of the trigger shoe.

cryo_tech
Joined: Feb 2012 Posts: 8876
EE: 100% (41) VA, USA

Posted: 4/28/2026 5:31:59 PM EDT [#15]

So basically - the arc fire is gonna be the way to go for reliability. I have one sitting here but have yet to try modding a G$ trigger because they are well, expensive.



HKH
Member
Joined: May 2006 Posts: 24529
EE: 100% (41) DC, USA

Posted: 4/28/2026 5:34:48 PM EDT [#16]

Quote History

> Originally Posted By cryo_tech:
>
> So basically - the arc fire is gonna be the way to go for reliability. I have one sitting here but have yet to try modding a G$ trigger because they are well, expensive.

Bro

It's easy

I'm now 9 for 9

s3igu2
Joined: Oct 2025 Posts: 100
EE: 0% (0) TX, USA

Posted: 4/28/2026 6:00:13 PM EDT [#17]

Quote History

> Originally Posted By cryo_tech:
>
> I am stoopid. Please explain this part like I am a child.

Basically in order to make the ARC or atrius have clearance for a full trigger pull without modification to the trigger you need to significantly cut into the lever / cam towards the hole in the lever / cam. This weakens the lever significantly at one of the most critical locations. If you compare the Atrius lever and ARC lever side by side both flat on a table you will see what i mean by cut towards the hole (where the lever goes on the shaft), most people instead focus on the actual lever thickness which isn't as much of a issue with the atrius as people think it is. Id take a picture if i had both with me right now, ill try and remember later.

cryo_tech
Joined: Feb 2012 Posts: 8879
EE: 100% (41) VA, USA

Posted: 4/28/2026 6:41:51 PM EDT [#18]

Maybe I need to get another gen 1 arc fire since they are so cheap? Or at least try the one I've not taken from the bag yet.

Sign up to continue the discussion

Create a free account to share your thoughts, follow topics, and connect with the AR15.COM community.

Register to Reply

Already a member? Sign In

Most reliable option for g2s / geissele triggers - atrius g lever or arc fire



AR Sponsor BRAVO COMPANY USA LIFE SAVING TOOLS Modern

AR15.COM

The world's largest firearm community and is a gathering place for firearm enthusiasts of all types.
From hunters and military members, to competition shooters and general firearm enthusiasts, we welcome anyone who values and respects the way of the firearm.

GIFs on this site are Powered by GIPHY

**Quick Links**

Blog
Deals
Equipment Exchange
Forums
Memberships

**Info**

About
Advertising
DMCA
Help
Privacy Policy
Your Privacy Choices

**Stay Updated**

Subscribe to our monthly Newsletter to receive firearm news, product discounts from your favorite Industry Partners, and more.

Email Address

Subscribe

© 1996-2026 AR15.COM LLC. All rights reserved.