# EXHIBIT 52

Active Topics Newest Topics Code of Conduct 9075 Online

AR15.COM Forums Equipment Exchange Blog Gear Deals Store All Forums Search... Login / Register

Home / AR-15 / Rate of Fire Triggers AR Sponsor BRAVO COMPANY USA LIFE SAVING TOOLS Modern

ATF Hacked, Guns For Felons, & Staccato Warranty Update | ARFCOM NEWS
PVS-14 with Photonis ECHO WP 2000-2200 FOM - IN STOCK!






## Decisions are a bitch

**kc4sox**
Joined: Jan 2007 Posts: 1652
EE: 100% (16) KY, USA

Posted: 7/12/2026 8:25:16 AM EDT

I have decide to dip my toes in the FRT game. There's just too many choices and depending on who's posting it's hard to tell which are GTG and which ones are problematic. I've narrowed it down to a these and would like some input from the hive. Spikes Tactical SBR lower with 11.5" barrel suppressed.

TIA

LAT
Arizona Regulator ( 3 pos )
Rare Breed ( 2 stage )

---

**BKenton**
Joined: Feb 2014 Posts: 182
EE: 100% (8) AR, USA

Posted: 7/12/2026 9:05:19 AM EDT [#1]

> Originally Posted By kc4sox:
> I have decide to dip my toes in the FRT game. There's just too many choices and depending on who's posting it's hard to tell which are GTG and which ones are problematic. I've narrowed it down to a these and would like some input from the hive. Spikes Tactical SBR lower with 11.5" barrel suppressed.
>
> TIA
>
> LAT
> Arizona Regulator ( 3 pos )
> Rare Breed ( 2 stage )

AZR or Arc-fire are the only ones I really like. The AZR is a friggin' tank and is easily the one I would grab from your list.

The LAT has quite a few fans here and there are some setups it seems to be perfect for. I'm not all that interested in a cassette trigger, both the AZR and the arc-fire are milspec fcgs for the most part (you can fit a Geissele for use with arc-fire in about ten minutes)...both have been 100% reliable and I have not read anything to the contrary.

I do not like the Atrius or the MARC. They seem pretty fragile. Don't like the spring...the do not seems designed nearly as well.

That Aragon3-stage that is interesting...but there are so many out there...I have no desire to support RB.

---

**JohnGA**
Team Member
Joined: Nov 2001 Posts: 7243
EE: 100% (641) GA, USA

Posted: 7/12/2026 9:10:40 AM EDT [#2]

I have the AZ 3 position in a 20" A2 - works great. Short guns: 1- Cornfire Arsenal/R140 with a H3. Works great. The rest are Corn Gun Works/R140 setups with Superlarive gas systems and H3 or H4 buffers. Just pick your poison and follow their recommendations for success. Most of my short guns are suppressed - hence the adjustable gas systems.

yin shui si yuan
Your life is an occasion, rise to it
In time we will be dancing in the streets all night.




**FreefallRet**
Retired
Joined: Mar 2002 Posts: 87281
EE: 100% (185) NC, USA

Posted: 7/12/2026 11:05:48 AM EDT [#3]

I like the disrupter as it's been out a while and the bugs are worked out.

Never had any issues with mine except a 9mm that needed a heavier buffer.

LAT is new, but a cheaper option over RB.

One thing I have learned about FRTs, it gets expensive especially with ammo.

Yet any option is far cheaper than a $15-25k registered MG. Like others said pick your poison, just do the research on what you chose.

Even go to r/supersafety and see some of the success and problems others have had. FRTs have been around for several years now and lots of info to help decide.

Trust me you will spend more in a month in ammo than what even a RB trigger costs.

If you buy a LAT you have on demand tech support here, best thing if you don't like it you can sell it pretty fast in the EE.

---

**1BMF**
Joined: Mar 2003 Posts: 10430
EE: 100% (33) TX, USA

Posted: 7/12/2026 12:02:50 PM EDT [#4]

What's the reasoning for the three you have chosen?

---

**gurn-blanston**
Joined: Feb 2002 Posts: 2020
EE: 100% (270) TN, USA

Posted: 7/12/2026 12:17:41 PM EDT [#5]

> Originally Posted By kc4sox:
> I have decide to dip my toes in the FRT game. There's just too many choices and depending on who's posting it's hard to tell which are GTG and which ones are problematic. I've narrowed it down to a these and would like some input from the hive. Spikes Tactical SBR lower with 11.5" barrel suppressed.
>
> TIA
>
> LAT
> Arizona Regulator ( 3 pos )
> Rare Breed ( 2 stage )

I have most of them and I like the AZR. Super simple, built like a brick shit house, and if it does break, you still have a normal functioning AR. Stock triggers clean up well for a decent enough trigger pull on a 11.5" set up using the AZR. The AZR works in a high shelf lower like Rock River and LMT too.

---

**StealthyBlagga**
Joined: Feb 2002 Posts: 12137
EE: 100% (59) AZ, USA

Posted: 7/12/2026 12:18:52 PM EDT [#6]

It all depends on your personal priorities:

- Ease of installation/troubleshooting?
- Quality of semi-auto trigger pull?
- Clone correct look?

For a first FRT, you can't go too far wrong with either the Rare Breed or the AZR 3P - both have their strengths and weaknesses. The LAT may end up being better than the Rare Breed, but nobody knows because they don't appear to be out in the wild yet.

As others have pointed out, the ARC Fire is another great option to consider, and is my personal favorite right now, but it is a bit more fiddly to install and troubleshoot.

If you own more than one AR15, you are going to buy more than one FRT, so don't agonize too much over the choice of the first one.

---

**BKenton**
Joined: Feb 2014 Posts: 184
EE: 100% (8) AR, USA

Posted: 7/12/2026 1:05:52 PM EDT [#7]

Quote History

> Originally Posted By StealthyBlagga:
> It all depends on your personal priorities:
>
> - Ease of installation/troubleshooting?
> - Quality of semi-auto trigger pull?
> - Clone correct look?
>
> For a first FRT, you can't go too far wrong with either the Rare Breed or the AZR 3P - both have their strengths and weaknesses. The LAT may end up being better than the Rare Breed, but nobody knows because they don't appear to be out in the wild yet.
>
> As others have pointed out, the ARC Fire is another great option to consider, and is my personal favorite right now, but it is a bit more fiddly to install and troubleshoot.
>
> If you own more than one AR15, you are going to buy more than one FRT, so don't agonize too much over the choice of the first one.

Genuine question...does the single stage RB do certain things better than the AZR? For me the AZR slightly resets on semi...That's ok...it is a very light reset if the tail is trimmed well. I don't have an RB anymore. I had an early one...that was a very very bad trigger...they must have made huge changes...

I know it shouldn't bug me but I don't love the very slight side to side click clack of the arc fire ss lever...but I have been very lucky, once you inspect the cam and lever system, they go together real easy. The only troubleshooting I have had to do is clear out a little space around it so it doesn't bind.

I would just start buying on sale and try some. The V1 arc-fire seems to drop for like $180 occasionally. Gen 2 arc-fire with ARO optic for $249...the sell here all the time.

**kc4sox**
Joined: Jan 2007 Posts: 1653
EE: 100% (16) KY, USA

Posted: 7/12/2026 1:47:17 PM EDT [#8]

Quote History

> Originally Posted By 1BMF:
> What's the reasoning for the three you have chosen?

I don't want a SS style unit. I'm primarily looking at the cassette style

---

**Lc17smp**
Joined: Jan 2013 Posts: 589
EE: 100% (6) TX, USA

Posted: 7/12/2026 2:16:48 PM EDT [#9]

Quote History

> Originally Posted By kc4sox:
> I don't want a SS style unit. I'm primarily looking at the cassette style

I was the same way. I still want and think I will like a cassette style better but with Combat Armory practically giving away the SS I got a few. I do like them. I'd say get at least 1 SS to toss in the parts drawer for down the road.

As far as the ones you listed. I personally would rule out the RB. Even if it's a decent trigger there are other options that are good/great and you won't be supporting a company that's trying to screw over the very people that helped them in their "fight." RB raised tons of money from gun owners and now acts like they went at it alone. And wants 50-100% more for their product compared to the competition. I wouldn't be surprised if they are trying to get all the patents then sell them to the highest bidder. Probably be some liberal backed by the .gov who will just shut it all down.

---

**BKenton**
Joined: Feb 2014 Posts: 194
EE: 100% (8) AR, USA

Posted: 7/12/2026 2:58:55 PM EDT [#10]

Quote History

> Originally Posted By kc4sox:
> I don't want a SS style unit. I'm primarily looking at the cassette style

Well, what do you mean? You don't want a hoffman ss ...or you don't want any FRT that functions...sort of like the SS really?

The cassettes are probably never going to be as good as a mil-spec based setup. They aren't in semi-auto and I can't see it here. Not that there is anything particularly catastrophic with your idea.

But nothing will touch an arc-fire with a geissele for what pretty quickly approaches trigger perfection...it's gud.

The AZR is not a cassette, I greatly prefer it. Supplied trigger/disconnector/hammer and AZR/ The AZR is a very well built reset device that has some cool stuff going for it.

---

**StealthyBlagga**
Joined: Feb 2002 Posts: 12138
EE: 100% (59) AZ, USA

Posted: 7/12/2026 4:33:33 PM EDT [Last Edit: StealthyBlagga] [#11]

Quote History

> Originally Posted By BKenton:
> Genuine question...does the single stage RB do certain things better than the AZR?.

To me, the Rare Breed's trigger pull in the 2nd position feels significantly shorter and smoother than the AZR. Also, being a self-contained unit, the RB is easier to install with fewer external variables that might affect function. Both RB and AZR force the trigger forward in the 2nd position; the biggest reason I prefer the ARC Fire is because it does not force the trigger forward in the 2nd position, but of course it can be trickier to install.

Price is a significant factor, and likely to become more so as the FRT market matures.

---

**Ben**
Do not have fear.
Joined: Apr 2005 Posts: 22310
EE: 100% (14) MT, USA

Posted: 7/12/2026 4:35:39 PM EDT [Last Edit: Ben] [#12]

Quote History

> Originally Posted By BKenton:
> Well, what do you mean? You don't want a hoffman ss ...or you don't want any FRT that functions...sort of like the SS really?
>
> The cassettes are probably never going to be as good as a mil-spec based setup. They aren't in semi-auto and I can't see it here. Not that there is anything particularly catastrophic with your idea.
>
> But nothing will touch an arc-fire with a geissele for what pretty quickly approaches trigger perfection...it's gud.
>
> The AZR is not a cassette, I greatly prefer it. Supplied trigger/disconnector/hammer and AZR/ The AZR is a very well built reset device that has some cool stuff going for it.

The LAT is absolutely both as durable as a mil-spec setup and a vastly superior trigger pull. The assisted reset is disengaged completely in standard semi auto (only forces the trigger forward in the third position), so unless you go to the third position it is like any other match grade trigger.

Twitter/Instagram: benunsuppressed
**https://americanpioneercorps.org**

---

**StealthyBlagga**
Joined: Feb 2002 Posts: 12139
EE: 100% (59) AZ, USA

Posted: 7/12/2026 6:37:41 PM EDT [#13]

Quote History

> Originally Posted By Ben:
> The LAT is absolutely both as durable as a mil-spec setup and a vastly superior trigger pull. The assisted reset is disengaged completely in standard semi auto (only forces the trigger forward in the third position), so unless you go to the third position it is like any other match grade trigger.

@Ben - Any update on the LAT reviews?

---

**kc4sox**
Joined: Jan 2007 Posts: 1654
EE: 100% (16) KY, USA

Posted: 7/12/2026 9:27:59 PM EDT [Last Edit: kc4sox] [#14]

Quote History

> Originally Posted By Ben:
> The LAT is absolutely both as durable as a mil-spec setup and a vastly superior trigger pull. The assisted reset is disengaged completely in standard semi auto (only forces the trigger forward in the third position), so unless you go to the third position it is like any other match grade trigger.

And after rereading the description of how it operates on the website I have settled on the LAT. The fact that there is help readily available here on Arfcom sealed the deal for me.

One quick question, can I use the KNS anti rotation pins already installed in my lower ?

---



**stiglitz_actual**
Member
Joined: Jul 2017 Posts: 4005
EE: 100% (63) DEU

Posted: 7/12/2026 9:41:11 PM EDT [#15]

If you want the absolute simplest option for a milspec trigger, the Hoffman Trigger Kicker is it currently
The AZR is also dead-simple and I've had no issues with them in several rifles

If you want a better trigger or safety setup, then give the sticky from Elittlefield a read - lots of good info
https://www.ar15.com/forums/AR-15/Introduction-to-Forced-Reset-Triggers-on-the-market-and-a-troubleshooting-guide/130-793379/

There's big threads on every one of the popular FRTs either here in this forum or in GD so you'll be able to get some community support no matter which you go with

---

**Ben**
Do not have fear.
Joined: Apr 2005 Posts: 22312
EE: 100% (14) MT, USA

Posted: 7/12/2026 9:53:44 PM EDT [#16]

Quote History

> Originally Posted By kc4sox:
> And after rereading the description of how it operates on the website I have settled on the LAT. The fact that there is help readily available here on Arfcom sealed the deal for me.
>
> One quick question, can I use the KNS anti rotation pins already installed in my lower ?

Yes.

Twitter/Instagram: benunsuppressed
**https://americanpioneercorps.org**

**jakerha**
Joined: Feb 2021 Posts: 5
EE: 100% (6) OH, USA

Posted: 7/12/2026 10:09:11 PM EDT [#17]

+1 for the AZR
Mine has been excellent.

---

**networkguru**
Joined: Nov 2018 Posts: 8987
EE: 100% (3) SC, USA

Posted: 7/13/2026 9:22:10 AM EDT [#18]

If the LAT turns out to be a decent trigger pull and reliable active reset, it offers the easiest entry for most who just want plug and play and arent concerned with tier 1 triggers.

Has the LAT started shipping yet? I haven't seen any reports on arf.

Also, OP, get a Tromix H3 buffer.
Just do it.

---



**ELittlefield**
Member
Joined: Dec 2023 Posts: 10871
EE: 100% (7) USA

Posted: 7/13/2026 11:05:39 AM EDT [#19]

Quote History

> Originally Posted By networkguru:
>
> If the LAT turns out to be a decent trigger pull and reliable active reset, it offers the easiest entry for most who just want plug and play and arent concerned with tier 1 triggers.
>
> Has the LAT started shipping yet? I haven't seen any reports on arf.
>
> Also, OP, get a Tromix H3 buffer.
> Just do it.

I agree. I'm hoping it turns out to be the easiest good trigger FRT out of the box.

I believe they said shipping would begin 10-14 days after sales opened on July 4.

It was not preached to the crowd,
It was not taught by the State.
No man spoke it aloud,
When the English began to hate.

---

**StealthyBlagga**
Joined: Feb 2002 Posts: 12140
EE: 100% (59) AZ, USA

Posted: 7/13/2026 11:18:11 AM EDT [#20]

Quote History

> Originally Posted By kc4sox:
>
> And after rereading the description of how it operates on the website I have settled on the LAT...

When you get the LAT installed and running, please come back here and report your impressions.

---




**CoyoteGray**
Jack Of All Trades Problem Solver
Joined: Dec 2001 Posts: 10761
EE: 0% (0) OK, USA

Posted: 7/27/2026 6:50:42 PM EDT [#21]

Quote History

> Originally Posted By jakerha:
>
> +1 for the AZR
> Mine has been excellent.

For a mill spec trigger setup, this is the way to go as long as your upper is also mill spec.
I have one in a 20" A4 and it runs great. I think it's the most fool proof of all I have tried.

I don't need therapy. I just need someone to rob me at the gas station so I can let it all out.

---



**ODA_564**
Living Proof of the Karmic Convergence
Joined: Feb 2001 Posts: 21810
EE: 100% (40) NC, USA

Posted: 7/27/2026 8:16:03 PM EDT [#22]

Quote History

> Originally Posted By BKenton:
>
> AZR or Arc-fire are the only ones I really like. The AZR is a friggin' tank and is easily the one I would grab from your list.
>
> ---
>
> I do not like the Atrius or the MARC. They seem pretty fragile. Don't like the spring the do not seems designed nearly as well.
> ----

Atrius responds immediately to support inquiries. The AZR website is a hot mess and the customer service reputation isn't outstanding.

**Et quant au repos ? Le Caliphate doit être essuyé de la terre.**

---




**CoyoteGray**
Jack Of All Trades Problem Solver
Joined: Dec 2001 Posts: 10762
EE: 0% (0) OK, USA

Posted: 7/27/2026 9:20:50 PM EDT [Last Edit: CoyoteGray] [#23]

Quote History

> Originally Posted By BKenton:
>
> AZR or Arc-fire are the only ones I really like. The AZR is a friggin' tank and is easily the one I would grab from your list.
>
> The LAT has quite a few fans here and there are some setups it seems to be perfect for. I'm not all that interested in a cassette trigger, both the AZR and the arc-fire are milspec fcgs for the most part (you can fit a Geissele for use with arc-fire in about ten minutes)...both have been 100% reliable and I have not read anything to the contrary.
>
> I do not like the Atrius or the MARC. They seem pretty fragile. Don't like the spring...the do not seems designed nearly as well.
>
> That Aragon3-stage that is interesting...but there are so many out there...I have no desire to support RB.

View All Quotes

This is about where I'm at. I have tried AZR, Disrupter, RB 2 stage, Geissele/ARC-fire and Atrius. I'll try a LAT as soon as its back in stock, but a G$ trigger with an AS Designs ARC-Fire safety seems to me to be about the best setup for what I'm looking for.

I don't need therapy. I just need someone to rob me at the gas station so I can let it all out.

---

**JKinAZ**
Joined: Jan 2020 Posts: 2578
EE: 100% (9) AZ, USA

Posted: 7/27/2026 9:31:27 PM EDT [Last Edit: JKinAZ] [#24]

Quote History

> Originally Posted By kc4sox:
>
> And after rereading the description of how it operates on the website I have settled on the LAT. The fact that there is help readily available here on Arfcom sealed the deal for me.
>
> One quick question, can I use the KNS anti rotation pins already installed in my lower ?

You can use any anti walk type pins with screws. I'm interested to hear your impressions on the LAT if you care to post them. I'm pretty happy with my Disruptor but the (squishy) semi auto trigger kept it from going into any of my current rifles as they all have reasonably nice triggers. Luckily I had parts on hand for a trash build

**BKenton**
Joined: Feb 2014 Posts: 234
EE: 100% (8) AR, USA

**Posted: 7/28/2026 1:47:08 AM EDT** [Last Edit: BKenton] [#25]

> Originally Posted By kc4sox:
>
> I have decide to dip my toes in the FRT game. There's just too many choices and depending on who's posting it's hard to tell which are GTG and which ones are problematic. I've narrowed it down to a these and would like some input from the hive.
> Spikes Tactical SBR lower with 11.5" barrel suppressed.
>
> TIA
>
> LAT
> Arizona Regulator ( 3 pos )
> Rare Breed ( 2 stage )

Pretty easy choice.

AZR is a tank, the 3-position is generally "drop-in"...it'll run forever.

RB is..RB.

2 position FRTs sort of suck for most guns.

The LAT looks great, I plan to grab one.

> Originally Posted By BKenton:
>
> Pretty easy choice.
>
> AZR is a tank, the 3-position is generally "drop-in"...it'll run forever.
>
> RB is..RB.
>
> 2 position FRTs sort of suck for most guns.
>
> The LAT looks great, I plan to grab one.

> Originally Posted By Ben:
>
> The LAT is absolutely both as durable as a mil-spec setup and a vastly superior trigger pull. The assisted reset is disengaged completely in standard semi auto (only forces the trigger forward in the third position), so unless you go to the third position it is like any other match grade trigger.

I think the LAT looks cool and will probably be the only cassette frt out now that I'd like to try.

A mil spec trigger group is pretty durable...so that is an impressive claim. Not surprised the trigger pull is lighter (cassette better be), but very glad it does not attempt to reset in semi mode.

---

**BKenton**
Joined: Feb 2014 Posts: 235
EE: 100% (8) AR, USA

**Posted: 7/28/2026 1:53:19 AM EDT** [#26]

**Quote History**

> Originally Posted By ODA_564:
>
> Atrius responds immediately to support inquiries. The AZR website is a hot mess and the customer service reputation isn't outstanding.

The AZR website is much better than it used to be, and while JDs online presence is not great, I have not heard poor customer service.

He answers the phone when you call and is happy to help get it working if it is not.

Have not ever actually *needed* to speak with him to fix something. but he has been just fine when I have had a question.

There is not a quality (or timing imo) comparison between the two. The Atrius is fine if it's fine. They'll break eventually, not a fan of any design that relies on a spring to move the lever around.

The AZR will take massive amounts of abuse and just torque through it. There is a 6k lb buffer in it, JD did not design it to fail.

---

**BKenton**
Joined: Feb 2014 Posts: 236
EE: 100% (8) AR, USA

**Posted: 7/28/2026 1:59:10 AM EDT** [Last Edit: BKenton] [#27]

Doubled

---

**mini14jac**
Member
Joined: Feb 2001 Posts: 5129
EE: 100% (169) TN, USA

**Posted: 7/28/2026 11:12:23 AM EDT** [#28]

> Originally Posted By gurn-blanston:
>
> I have most of them and I like the AZR. Super simple, built like a brick shit house, **and if it does break, you still have a normal functioning AR**. Stock triggers clean up well for a decent enough trigger pull on a 11.5" set up using the AZR. The AZR works in a high shelf lower like Rock River and LMT too.

I think the part in red only applies to the 2 position AZR.

Without the dingus in the upper you might get hammer follow with the 3 position.

---

**gurn-blanston**
Joined: Feb 2002 Posts: 2040
EE: 100% (270) TN, USA

**Posted: 7/28/2026 6:39:38 PM EDT** [#29]

**Quote History**

> Originally Posted By mini14jac:
>
> I think the part in red only applies to the 2 position AZR.
>
> Without the dingus in the upper you might get hammer follow with the 3 position.

Not just the 2 position. Hammer follow usually gets you a dead trigger, flip back to semi, recharge and you're back in business with your normal semi rifle.

---

**BKenton**
Joined: Feb 2014 Posts: 241
EE: 100% (8) AR, USA

**Posted: 7/29/2026 1:20:20 PM EDT** [#30]

**Quote History**

> Originally Posted By mini14jac:
>
> I think the part in red only applies to the 2 position AZR.
>
> Without the dingus in the upper you might get hammer follow with the 3 position.

If you pull it out. Yeah...I'd leave it in position two if I pulled it out. Unless I misunderstood it is the removal of the disco from the third position that may cause this.

---

**USMCsilver**
Joined: Oct 2001 Posts: 1061
EE: 100% (50) SC, USA

**Posted: 7/29/2026 2:15:28 PM EDT** [#31]

I have ARC, Atrius, Kabutos, and Disrupters. The Partisan Disrupter is by far my favorite.

You can get a little discount here:

https://www.artakedowntool.com?sca_ref=10727925.5hEKXcOPUp

**Code 25OFF4U for a discount.**

---

**AK74-U**
Joined: Feb 2026 Posts: 32
EE: 0% (0) PA, USA

**Posted: 7/29/2026 7:18:03 PM EDT** [#32]

I don't think it's a tough decision at all. All of this stuff is so cheap, compared to NFA transferrables I can't just pick one or two, or 3 or 4. AR's , they're giving them away to me. I just bought a couple complete lowers from PSA for 99$ each. That's ridiculous.

Except for the RB cassettes, they're all cheap, and run. Some need a tinker. I'm no gunsmith, but I can now troubleshoot and fix any FRT issue.

It's an exciting time to be alive, and a rock and roll firearm enthusiast. I'm glad I'm here to see it. :)

I love 2A.



wildearp
CURATOR
Joined: Jun 2003 Posts: 102236
EE: 100% (67) AZ, USA

Posted: 8/12/2026 4:03:54 PM EDT [#33]

Quote History

> Originally Posted By CoyoteGray:
>
> For a mill spec trigger setup, this is the way to go as long as your upper is also mill spec.
> I have one in a 20" A4 and it runs great. I think it's the most fool proof of all I have tried.

View All Quotes

From the other thread, I bought the AZ Reg 3 position. It ran great right after install with a Tromix H3 ($39). Because my Bushy upper was not milspec, I had issues firing in semi auto mode. Then I read the directions.

Milspec isn't only the carrier, but where the pocket is machined in the upper. Per instructions, if the sear pocket in the upper is more than a playing card width away from the rear lug, you will probably have issues. The instructions say you can file the hammer for clearance, but I just bought an in-spec upper. I had a milspec Colt upper on hand to verify correct operation, just waiting for my BCM blem receivers to arrive to fix my Bushwacker.

Preferred pronoun: MARINE

## Sign up to continue the discussion

Create a free account to share your thoughts, follow topics, and connect with the AR15.COM community.

Register to Reply

Already a member? Sign In

## Decisions are a bitch

Home / AR-15 / Rate of Fire Triggers

AR Sponsor BRAVO COMPANY USA LIFE SAVING TOOLS

Modern

Active Topics Newest Topics Code of Conduct

AR15.COM

The world's largest firearm community and is a gathering place for firearm enthusiasts of all types.
From hunters and military members, to competition shooters and general firearm enthusiasts, we welcome anyone who values and respects the way of the firearm.

GIFs on this site are Powered by GIPHY

Quick Links
Blog
Deals
Equipment Exchange
Forums
Memberships

Info
About
Advertising
DMCA
Help
Privacy Policy
Your Privacy Choices

Stay Updated
Subscribe to our monthly Newsletter to receive firearm news, product discounts from your favorite Industry Partners, and more.

Email Address
Subscribe

© 1996-2026 AR15.COM LLC. All rights reserved.