# EXHIBIT 53




# "ARC-Fire" FRS by AS Design

Jump to Latest

20K views · 136 replies · 44 participants · last post by Emmjaytee Mar 31, 2026

**HKtrust** Discussion starter
1,018 posts · Joined 2021

#1 · Aug 30, 2025 (Edited)

[MODS: If this isn't allowed please delete]

Who all got in on the pre-order (2,500 pieces) for one of AS Design's ARC Fire trigger (ARC-Fire Trigger - Ambi Kit) ?seems like a neat concept, whether for MP5 or AR platforms. I'm excited to see innovation evolve with market competition.

Edit: Noticed the ARC fire system appears to follow the same selector tier as truer 3 position FRTs (safe, semi, SS) as opposed to the cross bolt SS (safe, SS, semi). That's neat.

**Question**: Does anyone know how they can be fitted to MP5 style SS lowers such as Leber V2? I know they're designed to work with AR style lower (such as the AS or Lee Sporting), and their website says "MP5 Platform - Fits AR-based MP5 lowers, ***Leber V2 will require the version with safety selector area cutout***, normal model support to come later." under "Compatibility" - not quite sure what that means. Edit: Answered my own question by seeing @Cornfed post (#102) here https://www.hkpro.com/posts/4311542/ - ***anyone know who sells these?***

(Credit: PICS/Videos from internet/Reddit, likely belonging to AS Design)

Design concept video by the legend himself: s3igu2 - 

s3igu2 @s3igu2 · Follow
ARC-Fire function animation

See more



3

grimaila, hoss710, AS Designs and 2 others

Reply | Like | Save | Share

Advertisement




Sort by Oldest first    1 2 3

**mildot**
481 posts · Joined 2006

#2 · Aug 31, 2025

It seems pretty new with no reviews yet, I was curious myself, however it "sold out" in less than 12hrs. The intro price was $199 which is about $500K for the 2500 units available. I guessing with those #'s there is something here worth checking out IMO. More to follow.

Certified Colt, Glock, REM, S&W, SIG, Tikka Armourer

grimaila and HKtrust

Reply | Like | Save | Share



cisco.com
Distributed Security Fabric - Hybrid Mesh Firewall eBook - Distributed Exploit Protection

Explore Our Forums

- HK HANDGUN TALK
- HK CLONE TALK
- HK LONG GUN TALK
- HK NFA TALK
- HK TALK

Brands in our community
View All →

ShootingSight LLC
Supporting vendor

+ Add your business

Top Contributors this Month
View All →

- German — 273 Replies
- skullbox — 115 Replies
- JoshNC — 96 Replies

Recommended Communities

- Tech Support Guy — 973K members
- AVS Forum — 1.6M members

Rickyblaze
4 posts · Joined 2024
#3 · Aug 31, 2025

I got in on the 2500, I received my order confirmation but no notification of when it will ship. Hopefully it will work in one of my 3d printed lowers.

grimaila and mildot

Reply Like Save Share

Land Rover Defender Sport
10 members

Kaethias
46 posts · Joined 2018
#4 · Aug 31, 2025

I was wondering about this too so I sent an email to AS Designs a little while back. The response said that the ARC-Fire kits are suppose to be

Kaethias
46 posts · Joined 2018
#4 · Aug 31, 2025

I was wondering about this too so I sent an email to AS Designs a little while back. The response said that the ARC-Fire kits are suppose to be compatible in every application the super safety is compatible with.

grimaila, raëlianoperator, HKtrust and 1 other person

Reply Like Save Share

HKtrust · Discussion starter
1,018 posts · Joined 2021
#5 · Aug 31, 2025 (Edited)

> mildot said:
> It seems pretty new with no reviews yet, I was curious myself, however it "sold out" in less than 12hrs. The intro price was $199 which is about $500K for the 2500 units available. I guessing with those #'s there is something here worth checking out IMO. More to follow.

Right? Btw it sold out in 3 hours 😳 I did the quick math too, bonkers to make $500k in sales in 3 hours lol. Kudos to them. I'm excited for future variations, I'm sure it only gets better from here! At least while our current administration allows for it.

> Rickyblaze said:
> I got in on the 2500, I received my order confirmation but no notification of when it will ship. Hopefully it will work in one of my 3d printed lowers.

They were "pre-orders", don't expect a shipping notification anytime soon. Be patient, especially if it's anything like their full SS lower kit pre-order delays.

EDIT: Website notes "ESTIMATED SHIP DATE IS 9/26" for batch 1 / pre-orders. That's actually not bad at all if true. Hang in there!

> Kaethias said:
> I was wondering about this too so I sent an email to AS Designs a little while back. The response said that the ARC-Fire kits are suppose to be compatible in every application the super safety is compatible with.

That's good to know, thanks for the info! Sounds like internally it will work, just need to figure out the nuances/fitment to different housings. I do wish it would work with the stock mp5 housings, be it ambi or SEF. I'm sure one day someone will crack it.

grimaila

Reply Like Save Share

FLP
70 posts · Joined 2024
#76 · Nov 13, 2025

> InHKweTrust said:
> Right? Btw it sold out in 3 hours 😳 I did the quick math too, bonkers to make $500k in sales in 3 hours lol. Kudos to them. I'm excited for future variations, I'm sure it only gets better from here! At least while our current administration allows for it.
>
> They were "pre-orders", don't expect a shipping notification anytime soon. Be patient, especially if it's anything like their full SS lower kit pre-order delays.
>
> EDIT: Website notes "ESTIMATED SHIP DATE IS 9/26" for batch 1 / pre-orders. That's actually not bad at all if true. Hang in there!
>
> Click to expand...

Do you think it is better to wait and see if everything keeps improving? Or just buy the arc fire now? Just your opinion

Reply Like Save Share

mildot
481 posts · Joined 2006
#6 · Aug 31, 2025

BTW is anyone gets a line on one "out in the wild" and wants to pass on it? if possible give me a "heads up" OK
Thanks in advance troops. Cheers

Certified Colt, Glock, REM, S&W, SIG, Tikka Armourer

grimaila and HKtrust

Reply Like Save Share

HKtrust · Discussion starter
1,018 posts · Joined 2021
#7 · Aug 31, 2025 (Edited)

> mildot said:
> BTW is anyone gets a line on one "out in the wild" and wants to pass on it? if possible give me a "heads up" OK
> Thanks in advance troops. Cheers

Sign up for notifications here (ARC-Fire Trigger - Ambi Kit) I'm sure they will do subsequent runs, once the first wave is filled. Also, so long as this thread stays up we can all post updates if/when they're available again.

Edit: Little birdie told me **next batch drops in ~6 weeks**. Mark your calendars 😎

grimaila, USMC-F4 and mildot

Reply Like Save Share

mildot
481 posts · Joined 2006
#8 · Sep 2, 2025 (Edited)

BTW troops, before I forget, my understanding was that they offered a 10% coupon code? "**please**". I'm throwing it out there in case they offer it again? Good Luck.

Certified Colt, Glock, REM, S&W, SIG, Tikka Armourer

MacTheWhopper and HKtrust

Reply Like Save Share

MacTheWhopper
10 posts · Joined 2025
#11 · Sep 5, 2025

I'm also waiting to see if that is offered as I am very interested in purchasing one of these.

grimaila and mildot

Reply Like Save Share

Cabela's · Ad
Equip Yourself With Range-Ready Gear Before You Head Out
Whether you're a greenhorn or a seasoned veteran, your collection's next piece is at Cabela's.
Shop Now



Cornfed
8 posts · Joined 2025
#9 · Sep 2, 2025 (Edited)

> InHKweTrust said:
> [MODS: If this isn't allowed please delete]
>
> Who all got in on the pre-order (2,500 pieces) for one of AS Design's ARC Fire trigger (ARC-Fire Trigger - Ambi Kit) ?seems like a neat concept, whether for MP5 or AR platforms. I'm excited to see innovation evolve with market competition.
>
> Edit: Noticed the ARC fire system appears to follow the same selector tier as truer 3 position FRTs (safe, semi, SS) as opposed to the cross bolt SS (safe, SS, semi). That's neat.
>
> Click to expand...

I got in on the pre-sale. Will post a video comparing it and the atrius once I get it in-hand. I like the design and conceptually it seems solid, we'll see how the execution shapes up.

Avi8or406, grimaila and HKtrust

Reply Like Save Share

Rickyblaze
4 posts · Joined 2024
#10 · Sep 4, 2025

I'm still waiting on the Atrius I ordered back on June 3rd

jvandiveer

Reply Like Save Share

USMCsilver
724 posts · Joined 2002
#15 · Sep 16, 2025

I've had mine sitting on my desk for probably over 2 months, now.

I really need to set aside some time to fiddle with it.

> mmacayan said:
> I also preordered a metal Kabuto FRT from another vendor.

I have the plastic versions -- 9mm and 556. Guess what? Polished up all the guts and these sit beside my Atrius.

I mean -- I have an AR22 running like a dream, along with some other fun stuff. I just haven't had a true reason to pull apart more rifles and cause myself more cussin' and hammer swingin' (just yet).

The **Original** USMCsilver©.
"Kiss my ass, I bought a boat! I'm goin' out to sea..." (Jimmy Buffett covering Lovett)

grimaila

Reply Like Save Share

Show more replies

1 Reply

DEFYNT
17 posts · Joined 2025
#12 · Sep 8, 2025

i got in the presale aswell , i contacted Cal via messenger and confirmed it will fit in the AS Design lower i had on order before it was available with the ARC fire, i also have a sp5k lower on order aswell but ordered that with the ARC already in the package since it was an option.

havnt got it the sp5 lower yet its in the mail

Reply Like Save Share

MacTheWhopper
10 posts · Joined 2025
#13 · Sep 14, 2025

Got in on one of these, myself. Will report back when it comes in and has been tested.

grimaila and HKtrust

Reply Like Save Share

mmacayan
74 posts · Joined 2021
#14 · Sep 16, 2025

I was able to order one in the presale as well. I have a number of SS and a Atrius Dev Selektor and figured I might as well try the ARC as well. I also preordered a metal Kabuto FRT from another vendor. Hopefully, the ARC will be everything that it's hyped to be.

grimaila

Reply Like Save Share

62331
447 posts · Joined 2014
#19 · Sep 21, 2025

Just saw a new video on the arc fire with some HK content.




HKtrust

Reply Like Save Share

WileyMK2
65 posts · Joined 2020
#20 · Sep 21, 2025

Yeah I just saw that, its working in the MR556 A4! Thats really exciting and might have me getting an 11 inch sooner than I thought!

wdritchey, USMC-F4 and 62331

Reply Like Save Share

62331
447 posts · Joined 2014
#21 · Sep 21, 2025

Having a traditional style safety selector is exciting in general. I have a few sbr lowers that will get one. I need one for an mp5 as well.

Bpmp5, HKtrust, USMC-F4 and 1 other person

Reply Like Save Share

Doc44ga
1,398 posts · Joined 2018
#22 · Sep 21, 2025

So does it work with the MR556 A4 with the semi BCG? Just removing the firing pin safety and cutting the hammer for the super safety?

Doc

Reply Like Save Share

62331
447 posts · Joined 2014
#23 · Sep 22, 2025

I would have to watch the video again but I think thats what he said. Unfortunately I am at work and they have youtube blocked.

Reply Like Save Share

Doc44ga
1,398 posts · Joined 2018
#24 · Sep 22, 2025

I emailed AS Designs. They said they had not tested it and couldn't guarantee that it would work. But they referenced the video and said that they thought it would.
Doc

HKtrust, WileyMK2 and 62331

Reply Like Save Share

Hijeffrey95
462 posts · Joined 2013
#25 · Sep 23, 2025

Juicy Media used a 11" MR556A4 upper with what I assumed is the stock BCG, standard lower with cut trigger and it worked in the video

wdritchey

Reply Like Save Share

62331
447 posts · Joined 2014
#27 · Sep 23, 2025

great now I want an 11" MR556 upper....thanks a lot lol

grimaila and HKtrust

Reply Like Save Share

HKtrust · Discussion starter
1,018 posts · Joined 2021
#26 · Sep 23, 2025

Speaking of Juicy Media....(for those who have an MCX/MPX)



Post from Juicey Media
AS Designs Slip Trip Kit Pre-Order for the MPX/ MCX goes live in 30 minutes! (1PM EST I believe) ❗ Don't forget to say "YES" to save 10% ❗
youtube.com



MPX Slip Trip Kit (Rev. 2)
activesafetydesigns.com

Reply Like Save Share

62331
447 posts · Joined 2014
#28 · Sep 23, 2025

Stupid question but can the mr556 upper be used in any milspec ar lower?

Reply Like Save Share

raëlianoperator
254 posts · Joined 2024
#29 · Sep 23, 2025

Oh yeeeeeah!

s3igu2
@s3igu2 · Follow

ARC-Fire MR556A4




5:25 PM · Sep 23, 2025

5.9K Reply Copy link to post

Read 34 replies

dmbell, USMC-F4, USMCsilver and 6 others

Reply Like Save Share

King Crimson
310 posts · Joined 2021
#30 · Sep 23, 2025

God, I love being an American. Nothing like it, anywhere else.

hoss710, grimaila, HKtrust and 1 other person

Reply Like Save Share

1 Reply

Moose3377
598 posts · Joined 2022
#32 · Sep 23, 2025

Just need someone gifted in cad to make the end pieces of the arcfire in the style of the HK selectors.





Auch ich war in Arkadien

Chainsaw2040, Elitheiceman010, grimaila and 3 others

Reply Like Save Share

Moose3377
598 posts · Joined 2022

#33 · Sep 23, 2025 (Edited)

Probably something like this.




Or this




Auch ich war in Arkadien

❤️ HKtrust

Reply Like Save Share

**King Crimson**
310 posts · Joined 2021

#35 · Sep 24, 2025

What's crazy about this is, H&K put specific stops in place so we cannot shoot automatic but American engineering not only found away around H&K's physical blocks but around the governments to. Love it. Technically its not automatic but when you produce faster rates of fire than select fire, well I don't think anyone minds.

wdritchey, hoss710, GarandDawg and 4 others

Reply Like Save Share

**N4KVE**
1,913 posts · Joined 2005

#36 · Sep 24, 2025

And that's why they're illegal here in Florida, a gun friendly state. While they're technically not a MG, they increase the ROF faster than a human can move his finger, so the companies will not ship them here. GARY

Reply Like Save Share

Show more replies

**HKtrust** Discussion starter
1,018 posts · Joined 2021

#39 · Sep 24, 2025

Saw this posted on Reddit, not sure if verified or not though.

https://www.reddit.com/r/supersafety/s/GnnnhDfkHu



Reply Like Save Share

6 62331
447 posts · Joined 2014
#40 · Sep 24, 2025

I'd rather it be done right than quickly

bigblock396, mmissile, dmbell and 2 others

Reply Like Save Share

V Valleshtr
15 posts · Joined 2025
#41 · Sep 29, 2025

And for an SP5k - PDW? Done right as well?

Reply Like Save Share

6 62331
447 posts · Joined 2014
#42 · Sep 30, 2025

what?

Justin Sain

Reply Like Save Share

1 2 3

Write your reply...

Post Reply

## Related Threads

New Member Introductions
AS Designs · Oct 24, 2025

**Hello from AS Designs!**

Hey everyone, I'm the owner of AS Designs and we just wanted to go ahead and sign up as a supporting vendor so that we can be more active here without crossing any lines as well as supporting a very valuable resource like HKPRO (can't tell you how many times I've opened an old...

62 2.5K Jpr replied Apr 18, 2026



Equip Yourself With Range-Ready Gear Before You Head Out
Whether you're a greenhorn or a seasoned veteran, your collection's next piece is at Bass Pro Shops.
Bass Pro Shops Shop Now

HK/Clone FRT,Super Safety,Binary,et al Discussion
dtibbals · Nov 13, 2025

**SP5 AS Designs Lower with Arc Fire and Geiselle SSA**

I received the AS Designs FRT for the SP5 this week and so far I've got just about 500 rounds through it. I've had 3 others shoot it and it always ends with lots of smiles. My opinion so far is it's worth the money but so far one thing I'd like to change is the safety levers. They don't feel up...

12 1.2K dlar9612 replied Jul 11, 2026

HK CLONE TALK
Techspy · Nov 17, 2025

**Some Thermal MP5SD FRT goodness (and a couple others)**

It is so nice to finally have some wins in the 2A community for a change. FRT's have changed the game. Especially when teamed with my fav HK's and clones. Excited to see if we can get the suppressors and SBR's removed completely. I have been playing with my thermal clip-on at...

3 171 Techspy replied Nov 18, 2025

HK/Clone FRT,Super Safety,Binary,et al Discussion
AS Designs · Dec 6, 2025

**MR762 Goes Fast Too**



Got my M110A1 clone (MR762 A1 base) and stuck an ARC-Fire and mil-spec AR FCG in for testing, runs immediately, no 417 carrier or anything.

14 1.2K AS Designs replied Dec 21, 2025



HK/Clone FRT,Super Safety,Binary,et al Discussion
The2APA · Dec 15, 2025

**FRT options for G3/HK91 platforms?**

I have been trying to find a trigger housing for the G3 platform that allow use of an FRT. So far I am only seeing the AS Designs Aluminum housing that allow use of an AR FCG and SS/Arc Fire. Are there any other options, including 3d printed designs? I saw what must have been ...

8 · 3.6K · Aerohokie replied May 10, 2026

HK/Clone FRT,Super Safety,Binary,et al Discussion
Morgan Blackhand · Dec 24, 2025

**HK416 Upper + FRT / FRS?**

Has anyone had success running FRTs or FRS with 416 uppers? Just picked up an upper (Police trade-in) and would love to run it in select. Seen a number of positive experiences with MR556s using Arc Fire selector, but wasn't sure if things would run identically with a 416 upper /...

10 · 394 · Morgan Blackhand replied Apr 3, 2026

OUTSIDE HK FEEDBACK
TX-SP5 · Jan 11, 2026

**AS Designs - Excellent Customer Service**

I feel obligated to pass on the below information to my fellow HK PRO members: I've been thoroughly impressed by AS Designs' customer service/responsiveness. I was having some issues with my L2 lower/SS and they were very generous in offering an alternate solution. Even...

11 · 332 · ghosthk replied Jan 17, 2026

HK/Clone FRT,Super Safety,Binary,et al Discussion
Jbrew11 · Feb 13, 2026

**HK CAG clone with ARC-FIRE**

Curious if any of y'all are running the ARC-FIRE in CAG clone setups? I've got the Geissele DDC mil spec buffer tube. Being that it's almost an inch shorter than the HK com spec ones, has anyone had experience with what spring/Buffer...



6 · 222 · akr619 replied Feb 24, 2026



cisco.com
Distributed Security Fabric - Protect Hybrid Workforces - Security That Scales

HK PARTS AND ACCESSORIES FOR SALE
mmissile · Feb 25, 2026

Sold **Pending: Arc-Fire trigger assembly... New**

$215.00 New Baltimore, Michigan



5 · 154 · Username replied Feb 25, 2026

HK/Clone FRT,Super Safety,Binary,et al Discussion
LFOD1776 · Mar 7, 2026

**AS Designs ARC-fire + PTR 9RS issue**

I got my AS Designs lower a few days ago for my PTR-9RS, but I'm experiencing an issue where the lower can fire in ARC mode, but not in "Semi" mode. The photo below shows where I have the bolt and slip trip aligned before mating the low...



10 · 309 · LFOD1776 replied Apr 27, 2026

HK HEADS UP!
raëlianoperator · Mar 17, 2026

**Geisselle HK MR 556 - Precut Trigger for ARC-Fire ($470)**

Seems like something nice to get now before the 45 degree ARC-Fire selectors drop ;) https://activesafetydesigns.com/ar15/geissele-hk-mr-556-precut-trigger/

0 · 94 · raëlianoperator replied Mar 17, 2026

HK/Clone FRT,Super Safety,Binary,et al Discussion
Sextus · Mar 18, 2026

**ARC Fire in MR556**

Question guys, I got a modified G$ trigger in my MR556 with an ARC fire. my question is, when the rifle is fully assembled, what am I supposed to feel when I'm dry firing? Because when I'm in the 3rd position, I don't get the ARC fire when I left the bolt go home? Maybe I'm applying to...

9 · 508 · ddeuce22 replied Mar 29, 2026



cisco.com
Distributed Security Fabric - Protect Hybrid Workforces - Unified Security Management

HK PARTS AND ACCESSORIES FOR SALE
blhar · Apr 9, 2026

Sold **AS Designs Super Safety complete lower assemblies Arc Fire SP5K and Super Safety SP5**

$400.00 Waterloo, Iowa

2 · 228 · blhar replied Apr 18, 2026

HK HEADS UP!
The Takedown Tools · Apr 10, 2026

**The AS Designs ARC V2 is Releasing today at 3:00 pm Eastern sharp on www.artakedowntool.com**

What Is the AS Designs ARC-Fire V2? The AS Designs ARC-Fire V2 is the second-generation version of AS Designs' patent-pending Active Reset Clutch (ARC) trigger system. Unlike a traditional forced reset trigger that replaces your existing trigger group, the ARC-Fire is an...

5 · 367 · jcox replied Apr 19, 2026

HK/Clone FRT,Super Safety,Binary,et al Discussion
The Takedown Tools · Apr 10, 2026

**FRT & Trigger Upgrades for HK Platforms — ARC-Fire V2, Partisan Disruptor, Super Safety & More [Authorized Dealer]**

Putting this together for the HKPro community since HK platform compatibility on modern trigger systems is scattered across a dozen threads and hard to track down in one place. We're an authorized dealer for Partisan Triggers, AS Designs, and Hoffman Tactical. Here's what's...

7 · 585 · Jacobm replied Apr 21, 2026

HK PARTS AND ACCESSORIES FOR SALE
Sextus · Apr 20, 2026

For Sale **G$ MR556 trigger w/ ARC fire FRT**

$450.00



1 · 176 · Sextus replied Apr 20, 2026


cisco.com
Distributed Security Fabric - Protect Hybrid Workforces - Security That Scales

HK PARTS AND ACCESSORIES FOR SALE
Hkusp9expert · Apr 29, 2026
Sold ARC-FIRE TRIGGER V2 - AMBI KIT, 416 selectors, G trigger ss cut
$220.00 Eastborough, Kansas
1 169
KD_KA_Drinker replied Apr 30, 2026

HK PARTS AND ACCESSORIES FOR SALE
lizzardking308 · Jun 5, 2026
Sold AS Designs ARC Fire MP5 Lower
$750.00 Bozeman, Montana
4 289
lizzardking308 replied Jun 21, 2026

HK PARTS AND ACCESSORIES FOR SALE
blhar · Jun 26, 2026
Sold AS Designs Arc Fire complete lower for SP5 with trip
$295.00 Waterloo, Iowa
3 156
blhar replied Jul 19, 2026

NON HK ACCESSORIES FOR SALE
Vegeta_HK · Aug 14, 2026
For Sale MP5/K Super Safety Parts / War Hammer / AS Designs / Geisselle
$50.00
0 29
Vegeta_HK replied Aug 14, 2026

Home › Forums › HKPRO INFORMATIONAL FORUMS › HK/Clone FRT,Super Safety,Binary,et al Discussion ›

Home About Us Terms of Use Privacy Policy Help Business Directory Contact Us | Grow Your Business | Get the Fora App NEW

When you purchase through links on our site, we may earn an affiliate commission, which supports our community. The Fora platform includes forum software by XenForo. Second Media Corp., 111 Peter Street, Suite 600, Toronto, Ontario, M5V 2H1, Canada

fora
ACCREDITED BUSINESS
Your Privacy Choices