# EXHIBIT 54

| | |
|---|---|
| Document title: | ARC-Fire Trigger - Ambi Kit |
| Capture URL: | https://web.archive.org/web/20251121104637/https://activesafetydesigns.com/ar15/arc-fire-trigger-ambi-kit/ |
| Page loaded at (UTC): | Tue, 01 Sep 2026 14:36:06 GMT |
| Capture timestamp (UTC): | Tue, 01 Sep 2026 14:36:09 GMT |
| Capture tool: | 11.3.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.3.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 5 |
| Capture ID: | wnJcBAbURZ1YW9SPR6hDS2 |
| Display Name: | agonzalez |

INTERNET ARCHIVE WaybackMachine https://activesafetydesigns.com/ar15/arc-fire-trigger-ambi-kit/ Go OCT NOV JAN 21 2024 2025 2026 15 captures 7 Aug 2025 - 10 May 2026 About this capture





AS DESIGNS

# ARC-FIRE TRIGGER - AMBI KIT

**$249.99**

**Maximum Purchase:** 2 units

VIKINGCLOUD ASSURANCE CARD

## DESCRIPTION

**BATCH 1 IS SOLD OUT!!! - WE ARE SHIPPING BATCH 1 PREORDERS NOW AND THE REMAINING ORDERS (8501-9099) WILL SHIP 11/12.**

**RESTOCK IS 11/21 AT 3PM EST (IT WILL BE IN-STOCK AND SHIPPING IMMEDIATELY AND WE WILL BE SHIPPING 2500-3000 UNITS PER WEEK, SIGN UP FOR NOTIFICATIONS ABOVE)**

### INTRODUCING THE AS DESIGNS ARC-FIRE - ACTIVE RESET CLUTCH TECHNOLOGY FOR MAXIMUM FIREPOWER

We're proud to unveil the ARC-Fire, the latest innovation from AS Designs - a cutting-edge ambidextrous selector trigger system featuring our patent-pending Active Reset Clutch (ARC) technology. Designed to dramatically increase your firearm's rate of fire without compromising control or compliance, the ARC-Fire forces the trigger to reset immediately after each shot, enabling rapid, precise follow-up shots - with one round per action of the trigger, every time.

### BUILT FOR SPEED. DESIGNED FOR CONTROL.

*Multi-Platform Compatibility:* Engineered to support over 10 of the most widely used firearm platforms, with more on the horizon. (AR15, JAKL, MP5, MCX, MPX, SCAR, BRN-180, G3, AP53, UMP, STRIBOG, DISSENT, and more to be added soon)

*Ambidextrous Selector:* Fully ambi design provides fast, intuitive access for both right- and left-handed shooters.

*Three-Position Control:* Selector positions include Safe, Semi, and ARC, putting enhanced speed and performance at your fingertips.

INTERNET ARCHIVE WaybackMachine https://activesafetydesigns.com/ar15/arc-fire-trigger-ambi-kit/ Go OCT NOV JAN
15 captures 21
7 Aug 2025 - 10 May 2026 2024 2025 2026 About this capture

AS DESIGNS
ACTIVE SAFETY SYSTEMS

SHOP FAQ INSTALL TROUBLESHOOTING PRODUCTION STATUS VIDEOS CONTACT US

### RELIABLE. TACTILE. RESPONSIVE.

The ARC-Fire is built for shooters who demand performance and dependability. Our patent-pending design maximizes durability and reliability under sustained use. The selector switch is engineered for positive tactile feedback and effortless transitions - even under stress.

### GO FASTER. STAY IN CONTROL.

Whether you're running drills, competing, or simply pushing your platform to its limits, the ARC-Fire delivers an unmatched blend of speed, precision, and durability - giving you the edge every time you pull the trigger.

AS Designs ARC-Fire - Reset Redefined.

Coming Soon.

### INTRO PRICE OF $200 DURING INITIAL LAUNCH!

Includes:

- **M2 tool steel ARC Cam**
- **M2 tool steel ARC Lever**
- **M2 tool steel ARC Detent Bar**
- **4140 steel ARC Primary Selector**
- **4140 steel ARC Ambi Selector**
- **Cam, Lever, and Detent Bar feature DLC coating. Selector Levers feature Black Oxide coating.**
- **Includes pre-cut trigger and standard safety detent.**

### TRIGGER COMPATIBLITY:

- Most Mil-Spec Triggers w/ SS Cut
- Geissele Triggers w/ SS Cut*
  - SSA
  - SSA-E
  - SSA-E X Trigger
  - SSA-X
  - SD-E
  - SD3G
  - SDC
  - SSP
  - S3G
  - G2S
- ALG Triggers w/ SS Cut
  - Defense QMS
  - Defense ACT
- BCM PNT Trigger w/ SS Cut
- PSA Enhanced Polished Trigger (EPT) w/ SS Cut
- Aero Precision FCG w/ SS Cut
- CMMG FCG w/ SS Cut
- Anderson Stainless FCG (Cut Hammer Version) w/ SS Cut*

VIKINGCLOUD ASSURANCE CARD

INTERNET ARCHIVE WaybackMachine https://activesafetydesigns.com/ar15/arc-fire-trigger-ambi-kit/ Go OCT NOV JAN
15 captures
7 Aug 2025 - 10 May 2026
21
2024 2025 2026
About this capture

AS DESIGNS
ACTIVE SAFETY SYSTEMS

SHOP FAQ INSTALL TROUBLESHOOTING PRODUCTION STATUS VIDEOS CONTACT US

* - Indicates an additional "lever blocker" part is needed to prevent overtravel. We will offer these for an affordable cost in metal as well as provide the STL file if you would prefer to print it.

Known incompatible triggers: LaRue Tactical MBT-2S, CMC Single Stage Flat/Curved, Rise Armament RA-140

**PLATFORM COMPATIBLITY:**

- AR-15 Platform - .223/5.56, 300BO, 9mm, 10mm, .45, and .40
- MP5 Platform - Fits AR-based MP5 lowers, Leber V2 will require the version with safety selector area cutout, normal model support to come later. **LEE SPORTING SUPPORT NOT GUARANTEED OR WARRANTIED.**
- G3/91 Platform - Same as MP5.
- JAKL-15 - .223/5.56 and 300BO - Requires JAKL-15 Slip Trip Kit
- JAKL-9 - 9mm - Requires JAKL-9 Slip Trip Kit
- MPX - 9mm (excl. Copperhead) - Requires MPX/MCX Slip Trip Kit
- MCX - .223/5.56, 300BO, and 7.62x39 - Requires MPX/MCX Slip Trip Kit
- Kuna - 9mm - Requires AS Designs Kuna Lower Kit (Nexus compatibility unconfirmed)
- Stribog - 9mm, 10mm, and .45 - Requires AS Designs Stribog Lower Kit
- Dissent - .223/5.56, 300BO, 9mm, .45, and 5.7 - Requires Dissent Slip Trip Kit
- Dissent - .308 and 8.6BLK - Requires Dissent Slip Trip Kit and Custom ARC Lever
- HK MR556A1-A4 - No changes needed, doesn't require a different bolt carrier.

**UPCOMING PLATFORM COMPATIBLITY (FINALIZING):**

- JAKL-10 - .308 - Requires JAKL-10 Slip Trip Kit and Custom ARC Lever
- BRN-180 - .223/5.56 and 300BO - Requires BRN-180 Slip Trip Kit and Custom ARC Lever
- UMP - .45 - Requires AS Designs UMP Lower Kit
- GHM9 - 9mm - Requires AS Designs GHM9 Lower Kit
- APC9 - 9mm - TBD
- APC45 - .45 - TBD
- MCX - .277 and .308 - Requires MCX Heavy Slip Trip Kit and Custom ARC Lever - TBD
- SCAR - TBD

VIKINGCLOUD ASSURANCE CARD

We do not ship to the following states: CA, CO, CT, DE, FL, HI, IL, MA, MD, MN, NJ, NV, NY, OR, and RI.

Note: All products are recommended to be installed by a qualified gunsmith.

## RECOMMENDED PRODUCTS



AS Designs
**Precut Trigger for SS - Curved**



MKE
**MP5 Maintenance Kit**




AS Designs
**AP53 Slip Trip Kit**




AS Designs
**Dissent 9mm - Slip Trip Kit**




AS Designs
**BRN-180 - Slip Trip Kit**

INTERNET ARCHIVE WaybackMachine https://activesafetydesigns.com/ar15/arc-fire-trigger-ambi-kit/ Go OCT NOV JAN
15 captures
7 Aug 2025 - 10 May 2026 2024 2025 2026 About this capture

AS DESIGNS
ACTIVE SAFETY SYSTEMS

SHOP FAQ INSTALL TROUBLESHOOTING PRODUCTION STATUS VIDEOS CONTACT US

- APC9 - 9mm - TBD
- APC45 - .45 - TBD
- MCX - .277 and .308 - Requires MCX Heavy Slip Trip Kit and Custom ARC Lever - TBD
- SCAR - TBD

We do not ship to the following states: CA, CO, CT, DE, FL, HI, IL, MA, MD, MN, NJ, NV, NY, OR, and RI.

Note: All products are recommended to be installed by a qualified gunsmith.

## RECOMMENDED PRODUCTS



AS Designs
Precut Trigger for SS - Curved
$24.99



MKE
MP5 Maintenance Kit
$20.00




AS Designs
AP53 Slip Trip Kit
$149.99




AS Designs
Dissent 9mm - Slip Trip Kit
$199.99




AS Designs
BRN-180 - Slip Trip Kit
$199.99

## CONNECT WITH US

Subscribe to our Newsletter for exclusive offers, company news and events.

Enter your email SIGN UP

### NAVIGATE

FAQ
Install
Troubleshooting
Production Status
Videos
Contact Us

### CATEGORIES

AP53
AR15
B&T
BRN
Dissent
G3/91
JAKL
KUNA
MCX/MPX
Merch
MP5

### CUSTOMER SUPPORT

FAQ's
Warranty Policy
Privacy Policy
Shipping & Returns
High Point, NC

© 2025 AS Designs | Sitemap