# EXHIBIT 55

COMPARISON DISPATCH / 02.09.26

# FRT TRIGGERS & SUPER SAFETIES: BEST AR-15 PICKS 2026

Which forced reset trigger fits your platform: a cross-platform router covering the AR-15, AK, MP5, Ruger PC and 10/22, FN PS90, Glock, Canik, and Taurus TX22, plus ranked AR-15 picks (Triggered Company Disruptor, Rare Breed FRT-15L3, Arc-Fire V2, Atrius FRS, Mars Super Safety). Pricing, legality, and which device fits your gun.

AUTHOR AB | READ 27 MIN | PLATFORM AR-15



ADVERTISEMENT




IN THIS BRIEF

01 · Forced Reset Trigger & Super Safety Comparison
02 · Super Safety vs FRT: Which Should You Buy?
03 · Which Forced Reset Trigger Fits Your Platform
04 · Best FRT Trigger: Triggered Company Disruptor ($299.99)
05 · New for 2026: Triggered Company LAT Trigger ($349.99)
06 · The Original FRT: Rare Breed FRT-15L3 ($450)
07 · Best FRS Selector: AS Designs Arc-Fire V2 ($249.99)
08 · Atrius FRS Super Safety ($209.99)
09 · Mars Super Safety ($139)
10 · Cheapest Entry: Hoffman Trigger Kicker ($43)
11 · Best Forced Reset Trigger for Your AR-15
12 · Installation Requirements
13 · AR-15 FRT Tuning: Buffer, BCG, Gas & Ammo
14 · Get Our Arc-Fire V2 & LAT Reviews First
15 · What Is a Forced Reset Trigger?
16 · Legal Status in 2026
17 · Factory FRT Rifles
18 · Frequently Asked Questions

## OUR TOP PICKS

| | | |
|---|---|---|
| 1 | **TRIGGERED COMPANY DISRUPTOR FRT** Most proven full forced reset trigger; ambi variant available | $275 |
| 2 | **AS DESIGNS ARC-FIRE V2** Now shipping: reduced-drag V2 internals, four SKUs, widest platform support | $250 |
| 3 | **ATRIUS FRS SUPER SAFETY** Ambi operation and reduced rifle wear | $210 |

Affiliate links (?)

## KEY TAKEAWAYS

- **Best FRT Trigger:** Triggered Company (formerly Partisan) Disruptor at $299.99 delivers reliable full trigger replacement; new ambi-equipped Disruptor at $324.99 ships with the SBW selector. The new match-grade LAT trigger ($349.99 / $375 ambi) launched July 4 with improved semi-mode pull and ARSE variable-rate mode
- **Best FRS Selector:** AS Designs Arc-Fire V2 at $249.99, shipping since April 15, 2026 with reduced-drag internals, four selector throw configurations, and 10+ platform compatibility
- **FRT vs FRS:** FRTs replace entire trigger (more consistent, more wear). FRS replaces only selector (preserves trigger, less cost)
- **Legal Status:** Eligible FRTs are covered by the May 2025 DOJ settlement at the federal level, but ATF still warns that state prohibitions apply
- **Buffer Requirement:** FRT triggers require minimum H2 buffer (H3 for <16" barrels). FRS selectors work with standard buffers
- **Cyclic Rate:** Expect 1,000-1,200 RPM in forced reset mode with proper setup and technique

ADVERTISEMENT

ADVERTISEMENT




LIVE DEALS View all
Price drops live on the deal board right now.

FOSTECH ECHO AR-II DROP-IN... $399.99 ~~$479.99~~ -17% Get deal at OpticsPl...
SB TACTICAL BREN2 SIDE... $89.99 ~~$119.99~~ -25% Get deal at OpticsPl...
LWRCI COMPLETE DI UPPER... $1,069.99 ~~$1,216.00~~ -12% Get deal at OpticsPl...
GRIFFIN ARMAMENT SN-... $95.00 ~~$120.00~~ -21% Get deal at Classic F...
TAURUS TX22 MAGAZINE 358-... $29.99 ~~$39.99~~ -25% Get deal at Classic F...
VOLQUARTSEN

COMPLETE YOUR BUILD OPEN THE BUILDER →
Sling, light, backup sights, and QD mounts, the upgrades most builders add first.

MAGPUL MS4 DUAL QD SLING $66.99 View at OpticsPla...
MAGPUL PMAG 30 AR/M4 GEN... $13.95 MSRP View at OpticsPla...
MAGPUL MBUS GEN 2 $97.90 MSRP Shop at Brownells
SU M6 $3 Vie

Affiliate links (?) Scroll

## FORCED RESET TRIGGER & SUPER SAFETY COMPARISON

FORCED RESET TRIGGERS & SUPER SAFETIES

| SPEC | TRIGGERED DISRUPTOR | RARE BREED FRT-15L3 | AS DESIGNS ARC-FIRE V2 | ATRIUS FRS | MARS SUPER S |
|---|---|---|---|---|---|
| Type | Full trigger assembly | Full trigger assembly | Selector replacement | Selector replacement | Selector re |
| MSRP | $299.99 ($324.99 ambi) | $450 | $249.99 ($199.99 non-ambi) | $249 | $139 |
| Selector Positions | 3 (Safe/Semi/Enhanced) | 3 (Safe/Semi/FRT) | 3 (Safe/Semi/ARC) | 3 (Safe/Semi/Full-Semi) | 3 (Safe/Semi/ |
| Throw Options | N/A (trigger cassette) | N/A (trigger cassette) | 45/90, 45/180, 90/180 (+ non-ambi) | 90-degree | 90-degree |
| Platform Support | AR-15 (DI & piston) | Mil-spec AR-15 | 10+ (AR15, MP5, MCX, SCAR, HK MR556/762, B&T, etc.) | AR-15 only | AR-15 only |
| Ambidextrous | Optional (SBW) | Yes (included) | Yes | Yes | No |
| Trigger Compatibility | Self-contained FCG | Self-contained FCG | Mil-Spec, Geissele, ALG, BCM PNT, PSA EPT | Mil-Spec, Geissele super-safety-cut | Mil-Spec, ( super-safe |
| Material | Tool steel / 4140 chromoly | 7075 aluminum / 4140 steel | Hardened steel | Heat-treated 4140 steel | 4140 alloy |
| Buffer Requirement | H2 min (H3 for <16") | H2/H3 or A5 | Standard (H2/H3 if light strikes) | Standard (H2/H3 if light strikes) | Standard ( light stril |

## SUPER SAFETY VS FRT: WHICH SHOULD YOU BUY?

Buy a **super safety** if you already run a trigger you like; buy a full FRT if you want the most consistent forced-reset performance out of the box. That is the whole decision. A **super safety** (forced reset selector) replaces only your safety selector for $139 to $249.99, keeps your existing trigger and its feel, and runs on a standard carbine buffer. A full FRT replaces the entire fire control group for $299.99 to $450, needs an H2 or H3 buffer and a full-auto-compatible bolt carrier, and delivers purpose-built consistency because every part of the mechanism was designed around the forced reset.

PICK A **SUPER SAFETY** IF

- You already run a Geissele SSA-E or another compatible trigger and want to keep its break
- You own multiple hosts; the Arc-Fire V2 moves across 10+ platforms including MP5, MCX, and SCAR
- You want the lowest cost of entry ($139 Mars) and less wear, since the host trigger stays in place
- Your rifle is already tuned; buffer changes are usually unnecessary, though budget an H2/H3 in case light primer strikes show up

PICK A FULL **FRT** IF

- You want a self-contained drop-in cassette with no trigger-tail filing or fitting work
- You run one dedicated AR-15 and want the most consistent reset timing available
- You shoot semi mode often; the LAT's match-grade semi pull beats any mil-spec trigger under an FRS cam
- You want one warranty covering the whole fire control group instead of a selector interacting with a third-party trigger

Both systems reset the trigger off bolt carrier travel and both land in the same 1,000-1,200 RPM band, so cyclic rate is not the differentiator. Consistency is. A full FRT ships as one engineered unit; a **super safety**'s behavior depends on the condition of the host trigger, the quality of the tail fitting, and spring health, which is why two identical selectors can feel different across two rifles. Budget the difference honestly: a $139 Mars Super Safety on a $240 Geissele lands in LAT territory.

For installation depth, lower receiver compatibility, and selector-specific tuning, our **Super Safety** guide covers the FRS side of this decision in full.

## WHICH FORCED RESET TRIGGER FITS YOUR PLATFORM

A forced reset trigger does not go on any gun. It needs a reciprocating bolt or carrier to drive the reset, a fire-control pocket the device physically fits, and a maker who actually cuts a unit for that platform. The AR-15 is the deepest field by far, but real shipping FRTs and forced reset selectors now exist for the AK, MP5, Ruger PC and 10/22, FN PS90, Glock, S&W M&P, Canik, and Taurus TX22, plus off-label paths for 9mm AR, .308 AR, and dedicated .22LR uppers. The matrix below maps each platform to whether a forced reset device exists, the maker leading that field, and the guide with the fitment and legality detail.

| PLATFORM | FRT AVAILABLE? | TOP PICK / MAKER | GUIDE |
|---|---|---|---|
| AR-15 (FRT) | Yes, deepest field | Triggered Company Disruptor ($299.99), Rare Breed FRT-15L3 ($450) | Picks below |
| AR-15 (selector) | Yes | AS Designs Arc-Fire V2, Mars Super Safety | Super Safety guide |
| AR9 (9mm PCC) | Yes, tuned build | Myth Industries Super16 9mm FRT Kit ($469.97) | AR9 FRT build |
| Grand Power Stribog | Yes, conversion build | Aftermarket AR-FCG lower + bolt trip conversion + Partisan Disruptor FRT (or the Franklin BFSIII SP-S1 binary, no machining) | Stribog FRT build |
| AR-10 (.308) | No .308-rated FRT | Off-label AR-15 FRT in an LR-308 lower | AR-10 FRT build |
| AR22 (.22LR) | Yes, needs a trip kit | Atrius FRS ($209.99) or AS Designs Arc-Fire V2, each run on a dedicated .22LR upper with a BoreBuddy trip kit; or the factory Tippmann M4-22 ELITE FRT turn-key rimfire with the FRT-15L3 pre-fitted | AR22 FRT build |
| AK (AKM / Draco) | Yes | MaRs Spring-Loaded AK FRT V2 | AK FRT guide |
| SKS (Norinco) | Yes | Texas Trigger USA Norinco SKS FRT | SKS FRT guide |
| Ruger PC / 10/22 | Yes | Mars PC9 FRT, Mars 10/22 FRT | Ruger FRT guide |
| HK MP5 / SP5 | Yes | Rare Breed FRT-RD3 ($620), Mars MP5 complete lower ($599.95) | MP5 FRT guide |
| FN PS90 (5.7x28) | Yes | Dorin XPRT90 FRT ($450), Duality Arms RATL-R ($250) | PS90 FRT guide |
| KRISS Vector (9mm/.45/10mm) | Yes | Duality Arms RATL-R ($250), Continental Customs C.A.R.T. V4 ($94.99), Dogwood Armory 3-Position (~$100-110); dedicated Super V reset-assist, not an AR FRT | KRISS Vector FRT guide |
| MAC-10 / MAC-11 (Cobray, MPA Defender) | Yes | 3DP Tactical Solutions 316 stainless ($150, the only one listing Cobray fitment), A.R.T. 3-Position ($264.99, MPA only); fitted parts, no drop-ins | MAC-10 / MAC-11 FRT guide |
| Beretta Cx4 Storm (9mm) | Yes | Brello Solutions Cx4 Storm FRT ($139.99), the only one made; a steel lifting cam rides a notch you must permanently cut into the bolt | Cx4 Storm FRT guide |
| Glock (Gen 1-5) | Yes, grayer legally | Texas Trigger USA Glock FRT ($95); Gen 5 needs a Gen 4 slide release | Glock FRT guide |
| Canik (TP9 / METE) | Yes, grayer legally | Texas Trigger USA Canik FRT | Canik FRT guide |
| 1911 / 2011 (full-size) | Yes, grayer legally | Texas Trigger USA 1911/2011 FRT ($60), Redacted TRX1911 ($89), Continental Customs C.A.R.T. ($99.99); hammer-strut swap, Marvel Cut required on most | 1911 FRT guide |
| S&W M&P 2.0 | Yes, grayer legally | Wojtek ($150), Dogwood ($200), Freedom Finger ($202.50) | M&P FRT guide |
| Taurus TX22 (.22LR) | Yes, grayer legally | MaRs Pulse22 ($25), Freedom Finger 22TY | TX22 FRT guide |
| PSA JAKL (5.56 / 300 BLK) | Yes | AS Designs Arc-Fire V2 selector + JAKL-15 slip trip kit (piston carrier needs the trip kit) | PSA JAKL upgrades guide |
| CZ Scorpion (EVO 3 / 3+) | No | None shipping. Rare Breed FRT-SC3 announced (no price, no ship date); Franklin Armory BFSIII CZ-C1 is a binary, not an FRT | CZ Scorpion FRT status |
| Taurus RPC (9mm) | No | None shipping. The roller-delayed 9mm PDW runs a proprietary trigger group and no maker cuts a forced reset unit for it | Taurus RPC review |

**Can a forced reset trigger go on any gun? No.**The mechanism needs a reciprocating bolt or carrier to drive the reset, so it lives on semi-automatic platforms with the right fire-control geometry, not on revolvers, pump shotguns, or lever guns. Within the semi-auto world, availability is uneven. The AR-15 has a dozen options. The AK, MP5, Ruger PC and 10/22, PS90, Glock, M&P, Canik, and TX22 each have a handful. The AR-10 has none built for it, so a .308 build runs an AR-15 FRT off-label in an LR-308 lower behind an M16-profile carrier.

**One legality split matters before you buy.**The 2025 DOJ settlement that resolved litigation over Rare Breed FRTs treats the one-round-per-function mechanism as a semi-automatic trigger, not a machine gun, on rifle-style long guns where the magazine feeds forward of the trigger-hand grip, such as the AR-15, AK, MP5, and PS90. Under the settlement Rare Breed also agreed not to make forced reset triggers for any pistol. It does not cleanly extend to grip-fed handguns like the Glock, Smith & Wesson M&P, Canik, and Taurus TX22, where the magazine loads into the grip the trigger hand holds. Those handgun FRTs occupy grayer legal ground: makers ship them now, but neither the settlement nor the case law resolved their status. Treat the pistol rows above as legally unsettled and confirm current federal, state, and local law before ordering. For the selector mechanics and lower-receiver fitment, see our selector and super safety guide, and you can mock up an AR-15 host around any of these in the rifle builder.

## • BEST FRT TRIGGER: TRIGGERED COMPANY DISRUPTOR ($299.99)

**Brand update (May 1, 2026):** Partisan Triggers officially rebranded as **The Triggered Company**. Same manufacturing, ownership, and warranties carry over, the only thing changing is the name on the box. The Disruptor itself is unchanged and remains the best-selling FRT trigger for good reason. At $299.99 MAP it delivers reliable forced reset functionality with true drop-in installation and proven reliability through 6,000+ rounds of documented testing. Read our full Disruptor review for detailed performance data. That standing shows up in behavior on our own site: the Disruptor is a top-five most-selected AR-15 trigger in our 2026 builder data report, running even with conventional match triggers from Geissele and LaRue.

**New: Disruptor w/ Ambi ($324.99).**Triggered Company now sells a Disruptor variant bundled with the new SBW (Swings Both Ways) ambidextrous selector pre-installed, available in green or black. This directly addresses the original Disruptor's biggest ergonomic complaint, the oversized non-ambi selector, for a $25 premium over the standard kit. If you're left-handed or run a switch-shoulder doctrine, this is the Disruptor SKU to buy. The standalone SBW selector is also sold separately for upgrading existing units, alongside the new OOPS (Original One Piece) mil-spec-form-factor selector.

**Why It Wins:** The cassette-style design drops into any mil-spec lower with just a torx wrench for the included anti-walk pins. The 3-position selector (Safe, Semi, Enhanced) lets you switch between standard semi-auto and forced reset. The reset is clean and consistent. Note that the semi-auto break is noticeably gritty out of the box, worse than a milspec FCG, though it may improve with break-in. (If semi-mode pull quality matters more to you, see the new LAT trigger below.)

**Watch Out For:** The semi-auto trigger feel is a trade-off at this price. Only a 1-year warranty. Compatibility issues reported with SIG MCX (light primer strikes) and PSA AR-V 9mm PCC (ejection issues). M16-cut lowers may require staking an internal screw. Requires H2 buffer minimum with H3 recommended for barrels under 16 inches. The Disruptor also drops into a DPMS/LR-308 or SR-25 large-frame lower because those use AR-15 fire-control geometry, though running an FRT in an AR-10 is an off-label, unwarrantied build; see our AR-10 forced reset trigger build guide for the M16-profile .308 BCG and buffer tuning it requires. Running one in a 9mm AR is its own tuning problem; our AR9 FRT build guide covers the BCG, buffer, and spring stack a blowback PCC needs.

**Best For:** First-time FRT buyers, budget-conscious shooters, standard DI and piston AR-15 builds. Choose the $324.99 ambi variant if ambidextrous selector ergonomics matter; choose the standard $299.99 SKU if you don't need it.

1



**THE TRIGGERED COMPANY DISRUPTOR FRT** $275.00

Best FRT Trigger — Most proven full forced reset trigger at $299

VIEW AT OPTICSPLANET

FULL FRT | DROP-IN | **Type:** Full trigger assembly **Pull Weight:** 3.75-4.1 lb **Selector:** Safe/Semi/Enhanced

+ True drop-in cassette, no gunsmithing required
+ 3-position selector: Safe/Semi/Enhanced Semi
+ Anti-walk pins included

2



**THE TRIGGERED COMPANY DISRUPTOR FRT (AMBI)** $299.99

Lefties, switch-shoulder shooters, anyone who already knows they want ambi controls

SHOP DISRUPTOR AMBI

FULL FRT | AMBI SELECTOR | NEW FOR 2026 | **Type:** Full trigger assembly + ambi selector **Pull Weight:** 3.7-4.1 lb **Selector:** Ambidextrous Safe/Semi/Enhanced

+ Ambidextrous selector pre-installed, no separate purchase
+ Same proven Disruptor cassette as the rank-1 pick
+ $25 premium over standard SKU is cheaper than buying SBW selector separately

Affiliate links - purchases support this site at no extra cost to you. (?)

## • NEW FOR 2026: TRIGGERED COMPANY LAT TRIGGER ($349.99)

The Triggered Company launched the **LAT** on July 4, 2026 as a match-grade alternative to the Disruptor. It is a 3-position forced reset trigger built around two specific upgrades the Disruptor critics have asked for: a **significantly improved semi-mode pull**, addressing the gritty break that has been the Disruptor's biggest weakness, and a new **ARSE mode** (Assisted Reset Semi-Enhanced) that gives the shooter variable rate-of-fire control instead of a single fixed cyclic.

**Pricing & Availability:** $349.99 for the single-side version or $375 with the ambidextrous selector. The LAT uses 17-4 stainless steel and a flat trigger bow, and it is validated past 6,000 rounds under USMC M27 IAR evaluation criteria.

**Best For:** Disruptor owners who want a cleaner semi-auto break, competitive shooters who want variable cyclic control via ARSE mode, and anyone who prioritizes trigger feel over saving $50. The Disruptor remains the better entry point at $299.99; the LAT is the upgrade for shooters who use the trigger in semi mode more often than forced reset.

For the full spec breakdown, ARSE mode explainer, and single-side vs ambi guidance, see our Triggered Company LAT deep dive.

## • THE ORIGINAL FRT: RARE BREED FRT-15L3 ($450)

**Why It Matters:** The Rare Breed FRT-15L3 is the original forced reset trigger and the design the rest of the category followed. Rare Breed Triggers built the FRT-15, the trigger at the center of the federal fight that ended in the May 2025 DOJ settlement, the outcome that keeps eligible FRTs from being treated federally as machine guns. Every product in this guide sells in its current legal posture because of that case. The FRT-15L3 is the current production version of that trigger.

**Why Consider It:** At $450 the FRT-15L3 ships as a complete drop-in cassette with an ambidextrous 3-position safety (Safe, Semi, FRT) and a full hardware kit in the box: the trigger, two anti-walk pins, four pin screws, a selector drum, two selector levers (one long, one short), two T10 torx selector lever screws, and two T10 torx wrenches. Construction is 7075 anodized aluminum and heat-treated 4140 steel. Price the ambi selector honestly, though: the Triggered Company Disruptor Ambi ships with the SBW ambidextrous selector pre-installed at $324.99, so the FRT-15L3's included ambi selector is not a price advantage. What the roughly $125 premium buys is the original design from the maker that won the DOJ settlement.

**Watch Out For:** The honest trade-off is pull weight. The FRT-15L3 runs 4 to 4.5 lbs in semi mode and 5.5 to 6 lbs in forced reset mode, noticeably heavier in FRT mode than the Disruptor's 3.75 to 4.1 lb pull. It requires a full-auto-compatible bolt carrier group and an H2 or H3 buffer, or alternatively an A5 buffer system. It fits mil-spec AR-15 lowers but may not fit certain Colt models or other lowers with a sear block or shelf. It is also the most expensive option in this guide. Separately, Rare Breed, through its licensing entity ABC IP, LLC, is pursuing patent infringement suits against two competing makers in this guide: Hoffman Tactical (filed December 23, 2025; a preliminary injunction halted Super Safety sales) and Peak Tactical / Partisan Triggers, maker of the Disruptor (filed early 2026, alleging willful infringement; the judge declined to issue a TRO and the case is pending, with the Disruptor still on sale). The outcomes could affect availability and support across the whole category, so factor that into any forced reset purchase.

**Best For:** Buyers whose reason for purchase is the original FRT from the original maker, and who accept both the roughly $125 premium over the $324.99 Disruptor Ambi and the heavier 5.5 to 6 lb forced reset pull that come with it. If your actual requirement is an ambidextrous selector, the $324.99 Disruptor Ambi is the better buy; for a first-time buyer focused on value, the $299.99 Disruptor remains our pick.

3



**RARE BREED TRIGGERS FRT-15L3** $450

Buyers who want the original FRT from the original maker and accept the $125 premium over the $324.99 Disruptor Ambi

BUY DIRECT FROM RARE BREED

FULL FRT | AMBI SELECTOR | THE ORIGINAL | **Type:** Full trigger assembly **Pull Weight:** 4-4.5 lb semi / 5.5-6 lb FRT **Selector:** Ambi Safe/Semi/FRT

+ The original FRT and the design the rest of the category followed
+ Ambidextrous 3-position selector included in the box
+ Full hardware kit: anti-walk pins, selector drum, levers, torx wrenches

Affiliate links - purchases support this site at no extra cost to you. (?)

## • BEST FRS SELECTOR: AS DESIGNS ARC-FIRE V2 ($249.99)

The AS Designs Arc-Fire V2 went on sale April 10, 2026 and started shipping April 15, replacing the original Arc-Fire as the cutting edge of forced reset selector technology. The V2 is a complete redesign rather than an iteration: AS Designs rebuilt the internal geometry with larger ARC cam surfaces, a smoother detent track, and reduced system drag, resulting in a more tactile reset and cleaner cycling during sustained rapid fire. V2 components are not backward compatible with V1 units. Read our Arc V2 SHOT Show 2026 announcement for the full feature breakdown and 5,000+ round pre-release test results.

**Why It Wins:** The Arc-Fire V2 ships in four SKUs: three ambidextrous kits with 0/45/90, 0/45/180, or 0/90/180 throw configurations at $249.99, plus a non-ambi 0/90/180 kit at $199.99. Mil-spec selector levers (both primary and ambi sides) are now included by default instead of being an add-on like on V1. ARC components use M2 tool steel with DLC coating; selectors are 4140 steel with black oxide. Platform support spans 10+ systems including AR-15, AR-10/.308 lowers, CMMG Banshee, SIG MCX/MPX/Dissent, Grand Power Stribog, MP5, G3/HK91, HK MR556/MR762, JAKL, and Kuna, with the appropriate Slip Trip Kit for non-AR platforms; our SIG MCX forced reset trigger install guide maps the MCX, MPX, and Spear slip trip kits by caliber. Trigger compatibility covers mil-spec, Geissele SSA/SSA-E/SSA-X/SD3G, ALG, BCM PNT, PSA EPT, Aero, CMMG, and Anderson.

**Watch Out For:**Incompatible with LaRue MBT-2S, CMC Single Stage, and Rise Armament RA-140 triggers. Like all FRS systems, it requires practice to master the ARC mode. The learning curve is slightly steeper than full FRT triggers since you're working with your existing trigger feel. That said, the V2 is notably less finicky than V1 and the Atrius FRS, and users running pre-release units consistently report it cycles cleaner right out of the box. Day-one stock is limited and AS Designs blocks shipping into restricted jurisdictions.

**Best For:**Multi-platform shooters, those with premium triggers they want to keep, anyone running MCX, MPX, SCAR, MP5, HK MR556/762, or B&T platforms. Read our full ARC-Fire review for 400-round test results on the SIG MCX Spear LT (V1 unit, but the fundamentals carry over to V2). B&T SPC9 and GHM9 owners now also have a dedicated full FRT option: the Rare Breed FRT-SG3, which B&T USA is factory-installing under a July 2026 partnership.


1



**AS DESIGNS ARC-FIRE V2** $249.99

Best FRS Selector — Smoothest operation, widest platform support

SHOP ARC-FIRE V2

FRS SELECTOR | MULTI-PLATFORM | NEW FOR 2026 **Type:** Safety selector replacement **Throw:** 45/90, 45/180, 90/180° (+ non-ambi) **Platforms:** 10+ (incl. HK MR556/762, B&T)

+ Reduced-drag V2 internals cycle smoother than V1
+ 10+ platforms: AR15, MCX, MPX, SCAR, MP5, BRN-180, HK MR556/762, B&T
+ Four SKUs at one price (three ambi throws + non-ambi)

Affiliate links - purchases support this site at no extra cost to you. (?)


**Disclosure:** AS Designs provided an Arc-Fire V1 for testing, and we also purchased one independently. We now have an Arc-Fire V2 unit in hand and are actively running it across multiple platforms; a full hands-on V2 review with round-count data is in progress. Our V1 assessment is based on hands-on experience with both units. Subscribe below to be notified when the V2 review drops.

## • ATRIUS FRS SUPER SAFETY ($209.99)

The Atrius FRS was one of the first forced reset selectors to market and remains a solid option. At $209.99 it sits between the budget Mars Super Safety ($139) and the multi-platform Arc-Fire V2, and its mechanically leveraged design reduces stress on your rifle compared to full FRT triggers. Read our full Atrius FRS review for detailed analysis.

**Why Consider It:** Ambidextrous design with crisp 90-degree engagement. Heat-treated 4140 steel construction. Drop-in installation with standard mil-spec fire control groups. Three modes: Safety, Semi, and Full-Semi with instant trigger reset.

**Watch Out For:** AR-15 only (no multi-platform support like Arc-Fire). Single throw option (90-degree). Works with mil-spec and Geissele super safe cut triggers only, no broader aftermarket trigger compatibility. Trigger tail requires minor material removal for cam engagement. The Atrius is also known to be finicky to get running properly; expect more tinkering and tuning compared to the Arc-Fire before it runs reliably.

**Best For:** AR-15 shooters on a budget who want to preserve their existing trigger, those prioritizing reduced rifle wear.

**Now in a factory rifle:** The One Horse Express is the first production AR-15 to ship with the Atrius FRS installed, fit and timed at the factory with the H2 buffer and low-cut shelf the selector needs, for $999. It is the no-tinkering path to a forced reset rifle if you do not want to tune your own.

**New for May 2026, G-Lever:** Atrius released the G-Lever ($269), an ambidextrous variant that drops into a stock Geissele SSA, SSA-E, or G2S trigger without the super safety cut. If you already run a Geissele two-stage and do not want to file the trigger tail, the G-Lever is the Atrius to buy.


2



**ATRIUS FRS SUPER SAFETY** $209.99

AR-15 shooters who want ambi operation and reduced rifle wear

VIEW AT OPTICSPLANET

FRS SELECTOR | AMBIDEXTROUS **Type:** Safety selector replacement **Throw:** 90° **Platforms:** AR-15

+ Ambidextrous 90° selector with positive detents
+ Preserves existing trigger and reduces rifle wear
+ Heat-treated 4140 steel construction

Affiliate links - purchases support this site at no extra cost to you. (?)


## • MARS SUPER SAFETY ($139)

The Mars Super Safety is the most affordable forced reset selector on the market at $139. Like the Arc-Fire and Atrius, the Mars replaces your safety selector and works with your existing mil-spec trigger. The 3-position selector (Safe, Semi, Enhanced Semi) uses the bolt carrier's movement to mechanically reset the trigger for faster follow-up shots.

**Why Consider It:** At $139 the Mars is nearly half the price of the Arc-Fire and Atrius. The 4140 alloy steel construction is solid, and installation is straightforward since you keep your existing trigger. For shooters who want to try forced reset without a major investment, the Mars is the lowest-risk entry point.

**Watch Out For:** AR-15 only with no multi-platform support. Requires mil-spec fire control group. Not ambidextrous. Less community documentation and aftermarket support compared to Arc-Fire or Atrius. MaRs builds to order, so check the current published lead time before you buy. Running an AK instead of an AR? MaRs makes a separate AK forced reset trigger line that fits AKM, milled, stamped, and Draco-pattern rifles; see our best AK forced reset triggers guide for the AK-specific picks and fitment. For the HK MP5, SP5, and clone family, our MP5 forced reset triggers guide covers the drop-in cassettes, complete lowers, and trip kits that fit the roller-delayed platform. On the pistol side, our best Glock FRT triggers guide ranks the forced reset and reset-assist triggers that fit Glock fire-control groups, with the exact generation each one fits and what Gen 5 owners have to swap.

**Best For:** Budget-conscious AR-15 shooters who want to try forced reset at the lowest cost, those running a standard mil-spec trigger.


3



**MARS SUPER SAFETY** $139.99

Budget entry into forced reset — lowest cost at $139

VIEW AT OPTICSPLANET

FRS SELECTOR | BUDGET PICK **Type:** Safety selector replacement **Positions:** 3 (Safe/Semi/Enhanced) **Platforms:** AR-15

+ Most affordable forced reset option at $139
+ Works with existing mil-spec trigger, no FCG replacement
+ Simple installation, includes safety cam and hardware

Affiliate links - purchases support this site at no extra cost to you. (?)


## • CHEAPEST ENTRY: HOFFMAN TRIGGER KICKER ($43)

The Hoffman Tactical Trigger Kicker is the cheapest functional entry into forced reset behavior by a wide margin at $43, and it works differently from everything else in this guide. Instead of a self-contained cassette or a selector swap, it is an active-reset disconnector replacement. You drive out the trigger/disconnector pin, pull the standard disconnector, drop the Kicker into your otherwise mil-spec fire control group, and reinstall the pin. After a shot the hammer contacts the Kicker, which pushes the trigger back into reset and tucks under the standard safety selector to lock it until the bolt carrier returns to battery. No new hammer, trigger, springs, or modified selector is required. Our full Trigger Kicker breakdown covers the mechanism in detail.

**Requirements:** The Kicker depends on standard mil-spec bolt carrier and FCG geometry rather than being a self-contained unit, so the host has to be a conventional AR-15 build. Hoffman recommends a full-profile bolt carrier with a properly tuned buffer and spring. The part is hardened 4130 alloy steel.

**The Patent Fight and Where It Ships:** The Trigger Kicker is designed around the disconnector specifically to operate outside the Rare Breed patent claims that put an injunction on Hoffman's Super Safety. Whether it clears those patents is unresolved in court, so treat that as something to verify before buying. Hoffman does not ship the Kicker to California, Connecticut, Washington D.C., Delaware, Hawaii, Illinois, Massachusetts, Maryland, New Jersey, New York, Oregon, Rhode Island, or Washington; confirm the seller's current restricted-state list before ordering.

4



**HOFFMAN TACTICAL TRIGGER KICKER** $43

The cheapest way into forced reset behavior on an existing mil-spec AR-15 FCG

BUY DIRECT FROM HOFFMAN TACTICAL

ACTIVE RESET | BUDGET PICK | NEW FOR 2026 | **Type:** Active-reset disconnector swap

**Install:** Disconnector swap, mil-spec FCG **Platforms:** Mil-spec AR-15

+ Cheapest functional entry into forced reset at $43
+ Simple disconnector swap; no new hammer, trigger, or springs
+ Hardened 4130 alloy steel construction

Affiliate links - purchases support this site at no extra cost to you. (?)

## • BEST FORCED RESET TRIGGER FOR YOUR AR-15

OUR RECOMMENDATION

For most AR-15 shooters buying their first forced reset system, the **Triggered Company Disruptor at $299.99** offers the best combination of price, reliability, and installation ease, with the $324.99 ambi variant available if you need an ambidextrous selector. If you want a cleaner semi-mode pull, the new $349.99 LAT trigger is the Triggered Company upgrade. If you own multiple platforms or already run a premium trigger like a Geissele SSA-E, the **AS Designs Arc-Fire V2 at $249.99**is the smarter choice. Now shipping since April 15, 2026, it works across 10+ platforms including HK MR556/MR762 and B&T systems while preserving your existing trigger investment.

1



**THE TRIGGERED COMPANY DISRUPTOR FRT** $275.00

Best FRT Trigger — Most proven full forced reset trigger at $299

VIEW AT OPTICSPLANET

FULL FRT | DROP-IN | **Type:** Full trigger assembly **Pull Weight:** 3.75-4.1 lb **Selector:** Safe/Semi/Enhanced

+ True drop-in cassette, no gunsmithing required
+ 3-position selector: Safe/Semi/Enhanced Semi
+ Anti-walk pins included

2



**THE TRIGGERED COMPANY DISRUPTOR FRT (AMBI)** $299.99

Lefties, switch-shoulder shooters, anyone who already knows they want ambi controls

SHOP DISRUPTOR AMBI

FULL FRT | AMBI SELECTOR | NEW FOR 2026 | **Type:** Full trigger assembly + ambi selector **Pull Weight:** 3.7-4.1 lb

**Selector:** Ambidextrous Safe/Semi/Enhanced

+ Ambidextrous selector pre-installed, no separate purchase
+ Same proven Disruptor cassette as the rank-1 pick
+ $25 premium over standard SKU is cheaper than buying SBW selector separately

Affiliate links - purchases support this site at no extra cost to you. (?)

1



**AS DESIGNS ARC-FIRE V2** $249.99

Best FRS Selector — Smoothest operation, widest platform support

SHOP ARC-FIRE V2

FRS SELECTOR | MULTI-PLATFORM | NEW FOR 2026 | **Type:** Safety selector replacement

**Throw:** 45/90, 45/180, 90/180° (+ non-ambi) **Platforms:** 10+ (incl. HK MR556/762, B&T)

+ Reduced-drag V2 internals cycle smoother than V1
+ 10+ platforms: AR15, MCX, MPX, SCAR, MP5, BRN-180, HK MR556/762, B&T
+ Four SKUs at one price (three ambi throws + non-ambi)

Affiliate links - purchases support this site at no extra cost to you. (?)

3



**MARS SUPER SAFETY** $139.99

Budget entry into forced reset — lowest cost at $139

VIEW AT OPTICSPLANET

FRS SELECTOR | BUDGET PICK | **Type:** Safety selector replacement **Positions:** 3 (Safe/Semi/Enhanced) **Platforms:** AR-15

+ Most affordable forced reset option at $139
+ Works with existing mil-spec trigger, no FCG replacement
+ Simple installation, includes safety cam and hardware

Affiliate links - purchases support this site at no extra cost to you. (?)

For deeper technical detail, check out our Super Safety & FRT Guide, which covers how forced reset systems work, lower receiver compatibility (with an interactive checker), installation, buffer tuning, and includes a ROF calculator to measure your burst RPM. For standard trigger comparisons, see our AR Trigger Guide.


**REQUIRED MORALE ITEM**

Forced-reset adjacent desk/case decor. Tastefully unserious.

MORE MERCH




FRT GOES BRRR MORALE...

$4.99

VIEW ON ETSY ↗




SUPER SAFETY GOES BRR...

$4.99

VIEW ON ETSY ↗




BCM BOIS AR-15 STICKER |...

$4.99

VIEW ON ETSY ↗



TWO STAMPS DEEP AR15...

$4.99

VIEW ON ETSY ↗

## • INSTALLATION REQUIREMENTS

**FRT TRIGGERS (DISRUPTOR & LAT)**

- H2 buffer minimum, H3 for barrels under 16". For a factory-tuned option, the Odin Works H-FRT ships with a matched flat wire spring at $79.
- Quality BCG with proper gas port sizing
- Anti-walk pins included with Disruptor
- True drop-in cassette, no fitting required
- M16-cut lowers may need screw staking

**FRS SELECTORS (ARC-FIRE, ATRIUS, MARS)**

- Compatible trigger required (mil-spec or Geissele super-safety-cut)
- Trigger tail needs minor material removal
- Standard buffer usually works; step to H2/H3 if you see light primer strikes or hammer follow
- Swap selector in minutes, keep existing trigger
- Arc-Fire: verify throw configuration preference

**For Both Types:** Always perform function testing before live fire. Verify reset operation, selector function, and engagement. Test with snap caps to confirm reliable reset across multiple cycles.

## • AR-15 FRT TUNING: BUFFER, BCG, GAS & AMMO

Three parts make an AR-15 FRT run: an H2 or H3 buffer, a full-auto-profile bolt carrier, and full-power ammunition. Nearly every reset failure traces back to one of those three. The trigger resets off bolt carrier travel, so **buffer weight** and spring rate stop being recoil preferences and become functional timing variables; too light and the carrier outruns the reset, too heavy and it short-strokes. Our AR-15 FRT tuning guide is the full deep-dive: **buffer weight** by barrel, the M16 carrier requirement, adjustable gas block setup, and a symptom-to-fix troubleshooting matrix.

### BUFFER WEIGHT AND SPRING

Run an H2 buffer (4.6-4.7 oz) as the floor on a 16-inch barrel and an H3 (5.0-5.4 oz) on anything shorter. The added reciprocating mass slows the carrier enough for the trigger to finish its mechanical reset every cycle. The ODIN Works H-FRT is the purpose-built answer: a 6.2 oz one-piece stainless buffer with a matched flat wire spring, tuned as a unit for forced reset triggers on carbine tubes with barrels over 10 inches. Whatever buffer you land on, pair it with a fresh spring; a worn carbine spring lets the bolt outrun the reset even with correct weight. The Sprinco Blue enhanced-power spring and the Geissele Super 42 braided combo are the two we recommend.

### BOLT CARRIER GROUP

The Rare Breed FRT-15L3 requires a full-auto (M16) profile carrier. A semi-auto carrier's relieved underside never contacts the locking bar, so the trigger simply will not reset; this is the first thing to check on a dead FRT. The Triggered Company Disruptor and LAT are self-contained cassettes, but the same full-mass M16-profile carrier keeps their timing consistent. The Daniel Defense M16 BCG and BCM's auto-profile group are proven picks.

### GAS SYSTEM

An under-gassed gun is the most common FRT problem after **buffer weight**: if the carrier does not cycle fully and at the right speed, the reset window never opens. Verify a mil-spec gas port before blaming the trigger. On over-gassed guns, carrier bounce disrupts timing the same way, and an adjustable gas block lets you dial the flow to the load you actually shoot. Our gas system and buffer tuning guide covers port sizes, **dwell time**, and adjustable block setup in detail.

### AMMUNITION

Feed an FRT full-power 5.56 NATO (M193 or M855 class). Steel-cased and underpowered .223 range loads cycle inconsistently, and inconsistent carrier velocity is exactly what breaks forced reset timing. If your trigger resets with one brand and not another, the ammunition is not the real problem; it is exposing a marginal buffer and gas setup.

### TUNING RATE OF FIRE

Cyclic rate on an FRT is set by how fast the carrier completes a full cycle, so you tune it with three levers: reciprocating mass, gas volume, and backpressure. To slow a build down and smooth it out, add mass (H3 or the ODIN H-FRT, full-mass M16 carrier) and close an adjustable gas block down to just-reliable. The Riflespeed system gives you indexed settings you can change without tools, and the Superlative Arms Bleed-Off vents excess gas forward instead of driving it into the receiver. Our adjustable gas block guide ranks the current options. To speed a build up, a low-mass carrier like the JP Enterprises LMOS cycles faster, but understand the trade: every ounce you remove shrinks the dwell window the reset depends on, and a max-RPM build that skips resets is slower in practice than a consistent one. The adjustable-carrier route covers both directions in one part: the Bootleg Inc Four Position Adjustable Carrier is an M16-profile carrier with four vent settings you index through the ejection port with a spent case, from minimum venting for an unsuppressed gun to maximum venting suppressed. Venting gas at the carrier does what a bleed-off block does at the port, and it is the direct fix for a can-driven RPM spike.

Suppressors are the lever people forget. A conventional baffle can adds backpressure, which speeds the carrier up, raises cyclic rate, and shifts the timing you tuned at the bare muzzle; plan to re-tune gas and buffer when the can goes on. A flow-through design like the HUXWRX Flow 556K keeps backpressure, and therefore your reset timing, much closer to unsuppressed. Measure instead of guessing: film a burst and run it through our rate of fire video overlay tool to get the actual RPM, or use the ROF calculator to convert splits to cyclic rate: the 1,000-1,200 RPM band an FRT lives in works out to a 0.05-to-0.06-second split (60 / 1,200 = 0.05, 60 / 1,000 = 0.06), so watch that window before and after each change.

### FRT NOT RESETTING: QUICK DIAGNOSIS

- Dead trigger from the first shot: semi-auto carrier installed. Swap to an M16-profile BCG.
- Skipped or sluggish resets on a standard carbine buffer: weight is too light. Move to H2/H3 or the ODIN H-FRT.
- Runs on 5.56, dies on cheap .223: marginal gas and buffer. Full-power ammo or more gas.
- Short-strokes after adding a heavy buffer: under-gassed. Open an adjustable block or verify port size.
- Ran fine for months, now degrading: buffer spring is worn. Replace it before touching anything else.

With the timing sorted, round out the support gear: a deep stack of 30-round PMAGs, since a 1,000-plus RPM trigger drains a magazine in a breath, and a Radian Raptor-LT ambidextrous charging handle for clearing a stall fast under hard cycling. Stage the whole build in our rifle builder to check buffer, BCG, and magazine choices against your host before you order.


AR-15 FRT TUNING PARTS



GAS SYSTEM COMPONENTS • $75.05
ODIN WORKS H-FRT HEAVY BUFFER (AR-15)
✓ 6.2 oz machined 303…
✓ Proprietary flat wire…
$75.05
VIEW AT OPTICSPLANET →



GAS SYSTEM COMPONENTS • $77.99
H2 BUFFER (4.6-4.7 OZ)
✓ 4.6-4.7 oz weight
✓ Carbine buffer tube…
$77.99
VIEW AT OPTICSPLANET →



GAS SYSTEM COMPONENTS • $97.99
H3 BUFFER (5.0-5.4 OZ)
✓ 5.0-5.4 oz weight
✓ Carbine buffer tube…
$88.08 ~~$97.99~~ SAVE 10%
VIEW AT OPTICSPLANET →



GAS SYSTEM C
SPRINCO BI
POWER BUFI
✓ ~15% more
✓ Carbine l
VIEW AT C

Affiliate links (?)
Scroll ›



• GET OUR ARC-FIRE V2 & LAT REVIEWS FIRST

We have an Arc-Fire V2 unit in hand and are actively running it across multiple platforms. The new Triggered Company LAT trigger is on the short list next. Subscribe to get the full hands-on V2 review with round-count data, V1 vs V2 head-to-head, and the Disruptor vs LAT comparison the moment they drop, plus future FRT/FRS launches, legal updates, and installation guides.

Enter your email address
SUBSCRIBE

Free targets, drill cards, and weekly reviews by email. Follow our Facebook for daily builds and gear picks.
FOLLOW


**Related Guides**

Civilian IAR Build Guide - Learn how to build a complete sustained-fire AR-15 around your FRT or FRS, with barrel, buffer, and optic recommendations.

Best Ruger & 10/22 FRT Triggers - The Mars FRTs for the Ruger 10/22, PC Carbine, and PC Charger, with fitment, rimfire tuning, and legality.

Best Taurus TX22 Forced Reset Triggers - The $25 MaRs Pulse22 and the all-model Freedom Finger 22TY, the two drop-in FRTs for the Taurus TX22 rimfire pistol, with fitment and suppressor notes.

AR22 FRT Build Guide - Running a forced reset on a dedicated .22LR upper: the trigger cut, the buffer myth, and which devices actually cycle rimfire.

Best AK Forced Reset Triggers - The MaRs AK FRT parts kits and Beryl drop-in, with AKM, Draco, and Beryl fitment and state-legality notes.

Best MP5 Forced Reset Triggers - The Rare Breed FRT-RD3, Mars complete lower, Trinity, and AS Designs trip kits for the HK MP5, SP5, and AP5 clone family.

Best M&P Forced Reset Triggers - The Wojtek, Dogwood, Freedom Finger, and Polymer Pew forced reset devices for the Smith & Wesson M&P M2.0 pistol, with per-maker fitment and the Apex sear conflict.

Best Canik Forced Reset Triggers - The Texas Trigger, Rat Weapon Systems, and Wise Arms drop-in FRTs for the Canik TP9, METE, and SFX Rival, with recoil-spring tuning and fitment.

Best FN PS90 Forced Reset Triggers - The Dorin XPRT90 true FRT and the in-stock Duality Arms RATL-R reset-assist drop-in for the 5.7x28 PS90 bullpup, with the trigger-feel tune parts and the state-law no-ship lists.

AR9 FRT Build Guide - The 9mm AR blowback-tuning playbook: FRT-clear BCG, the ODIN H-FRT9 buffer, and which triggers cycle a direct-blowback PCC.

AR-10 FRT Build Guide - Running an AR-15 FRT in a .308 LR-308/SR-25 lower, gated by an M16-profile .308 BCG and a tuned buffer.


PIN-UP COLLECTION
Illustrated pin-up designs from the merch store.
BROWSE PIN-UPS



AUTUMN CATGIRL…
$8.99
VIEW ON ETSY ↗



TACTICAL GIRL CATGIRL…
$8.99
VIEW ON ETSY ↗



TACTICAL GIRL CAMO BIKI…
$8.99
VIEW ON ETSY ↗



EXPLORER WAVING HENLE…
$8.99
VIEW ON ETSY ↗


## • WHAT IS A FORCED RESET TRIGGER?

All forced reset systems share the same goal: mechanically reset the trigger against the shooter's finger as the bolt carrier group cycles. The firearm remains semi-automatic with one trigger function per round. The difference is that the trigger resets at the speed of the BCG rather than waiting for manual release, allowing cyclic rates of 1,000-1,200 RPM.

There are two approaches to achieving this:

- **FRT (Forced Reset Trigger):** Replaces your entire fire control group with a self-contained trigger unit. The Triggered Company Disruptor and the new LAT trigger are full trigger assemblies. More consistent operation, but accelerates internal wear since the entire trigger mechanism cycles at high speed.
- **FRS (Forced Reset Selector / Super Safety):** Replaces only your safety selector and works with your existing mil-spec trigger. The AS Designs Arc-Fire V2, Atrius FRS, and Mars Super Safety take this approach. Preserves trigger longevity, costs less, and installs faster since you keep your existing FCG.

Neither type is a binary trigger (which fires on pull and release) or a bump stock (which requires forward pressure). Forced reset systems are a distinct category of semi-automatic mechanism. If your state restricts FRTs but arguably leaves pull-and-release firing alone, compare your options in the best binary triggers guide.

## • LEGAL STATUS IN 2026

Eligible FRTs covered by the May 2025 DOJ settlement are not being treated federally as machine guns. DOJ described the settlement as resolving litigation over Rare Breed FRTs, and ATF's return guidance says the federal government agreed not to enforce machine-gun theories against eligible FRT possession or transfer. That guidance also says the settlement does not cover switches, drop-in auto sears, lightning links, trigger-control-group travel reducers, or other machinegun conversion devices.

That federal posture, reinforced by the 2024 NAGR v. Garland decision in the Northern District of Texas, rests on rifle-style long guns where the magazine feeds forward of the trigger-hand grip: the AR-15, AK, MP5, and PS90 are squarely inside it. Grip-fed handguns are a different question. A forced reset trigger in a Glock, Canik, or Taurus TX22 puts the mechanism on a gun whose magazine loads into the grip the trigger hand holds. Under the settlement, Rare Breed agreed not to develop or design forced reset triggers for any pistol,

a strong signal that handgun units sit outside the settled-legal zone: other makers ship grip-fed units now, but neither the settlement nor the case law resolved their status the way they did for rifle-style hosts. Treat the pistol forced reset triggers in the platform router above as legally unsettled rather than settled-legal, and confirm current federal, state, and local law before buying one.

**STATE RESTRICTIONS STILL APPLY**

ATF will not return FRTs into jurisdictions where possession is illegal, and some states separately restrict forced reset triggers, trigger activators, or rate-increasing devices. Current restriction states include California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maryland, Massachusetts, Minnesota, Nevada, New Jersey, New York, Oregon, Rhode Island, and Washington D.C.

Minnesota's May 2026 appellate ruling in Minnesota Gun Owners Caucus v. Walz addressed binary triggers only; forced reset triggers are very likely still prohibited there under Minn. Stat. 609.67, so do not read that ruling as clearing FRTs. Florida is legally ambiguous: 790.222's bump-fire-stock definition covers any device that alters rate of fire to mimic automatic fire, no court has tested it against an FRT, and makers decline Florida shipments. Colorado already restricts rapid-fire devices: SB25-003 reclassified them as dangerous weapons when it was signed in 2025, making possession a class 5 felony, while a separate August 1, 2026 deadline adds a permit and safety-course requirement to buy specified semiautomatic firearms; see our Colorado SB25-003 deadline guide. Some states prohibit possession while others ban only sale or transfer. Always verify your state and local laws before purchasing. For every state's status with the statute cited, see the FRT state legality table; the binary-trigger picture differs state by state and lives in our binary trigger legal states guide.

## FACTORY FRT RIFLES

Beyond drop-in trigger upgrades, some manufacturers are now shipping complete rifles with an FRT installed at the factory. LSD Arms offers a small-batch AR-15 with the Triggered Company Disruptor FRT and an Odin Works heavy buffer installed out of the box, starting at $1,999, with billet receivers and 15+ Cerakote color options.

RECOMMENDED FOR YOU ×

AI FIREARMS EXPERT
AI trained on 200+ guides

ASK NOW →

## FREQUENTLY ASKED QUESTIONS

- ▶ Are forced reset triggers worth it?
- ▶ What does a forced reset trigger do?
- ▶ Are forced reset triggers legal?
- ▶ Is an FRT the same as a switch?
- ▶ Is a super safety the same as an FRT?
- ▶ Can I use any trigger with a super safety?
- ▶ Can a forced reset trigger go on any gun?
- ▶ Are forced reset triggers legal on handguns like the Glock?
- ▶ Can a forced reset trigger be used in any AR-15?
- ▶ What buffer weight do I need for an FRT?
- ▶ Do I need an M16 bolt carrier for a forced reset trigger?
- ▶ What is the difference between a forced reset trigger and a binary trigger?
- ▶ What is the fastest FRT trigger?
- ▶ How long do FRT triggers last?
- ▶ What is the most reliable FRT trigger?
- ▶ Who makes the best FRT trigger?
- ▶ What gun works best with an FRT?
- ▶ Which FRT should I get?
- ▶ Which forced reset system is best for a first-time buyer?
- ▶ How much do forced reset triggers cost?
- ▶ What is The Triggered Company (formerly Partisan Triggers)?
- ▶ What's the difference between the Disruptor and the new LAT trigger?
- ▶ What's new in the AS Designs Arc-Fire V2?

**Disclosure:** AS Designs provided an Arc-Fire V1 for testing and we have an Arc-Fire V2 unit in hand for an upcoming review. We also purchased Arc-Fire units with our own funds. The Disruptor was purchased with our own money at full retail price. The new LAT trigger, ambi Disruptor variants, Rare Breed FRT-15L3, and Hoffman Trigger Kicker have not yet been hands-on tested; coverage in this guide is based on manufacturer specifications. This article contains affiliate links. See our full disclosure policy.

Source: Manufacturer specifications, hands-on testing, DOJ settlement May 2025, SHOT Show 2026 coverage. Updated July 4, 2026 with the launch of the Triggered Company LAT match-grade FRT trigger ($349.99 single-side / $375 ambi). Previously updated June 22, 2026 with the cross-platform forced reset trigger router covering the AK, MP5, Ruger PC and 10/22, FN PS90, Glock, Canik, and Taurus TX22. Previously updated June 10, 2026 to add the original Rare Breed FRT-15L3 ($450), the $43 Hoffman Trigger Kicker, and new FAQ coverage. Previously updated May 3, 2026 to reflect Arc-Fire V2 availability (shipping since April 15, 2026), Partisan Triggers' rebrand to The Triggered Company (May 1, 2026), and the new ambi-equipped Disruptor ($324.99).

SHARE
PASS THE DISPATCH
COPY LINK ↗ X / TWITTER → REDDIT → FACEBOOK → EMAIL →

**AB** Author

Avid shooter with 10+ years of experience including competition shooting, an associate member of the Professional Outdoor Media Association (POMA), and a member of the National Shooting Sports Foundation (NSSF). Built 10+ AR-pattern rifles and several handgun platforms for home defense, competition, and suppressed night shooting.

10+ years shooting experience | Competition shooter | Built 10+ AR-pattern rifles | Associate member of the Professional Outdoor Media Association (POMA) | Member of the National Shooting Sports Foundation (NSSF)

*This page contains affiliate links. Purchases through these links support the site at no extra cost to you. Read the affiliate disclosure*

ADVERTISEMENT

< PREVIOUS
Atrius FRS Review (2026): Drop-In Forced Reset…

NEXT ARTICLE >
HK VP9A1-X and VP9A1-X Tactical: Compact Slide,

## KEEP READING

VIEW ALL ARTICLES →

More articles you might find interesting



INDUSTRY | FRT
**Factory FRT Guns 2026: Every Rifle and PCC With Forced Reset**
Jul 20 · 8 min



NEWS | AS DESIGNS
**AS Designs Arc-Fire V2: Smoother Forced Reset Selecto…**
Jan 21 · 6 min



COMPARISON | AR-15
**What to Stock Up on Before Prices Spike: A Supply Chain…**
Mar 18 · 14 min



NEWS | AR-15
**Tippmann M4-22 ELITE FRT: First Rare Breed Rimfire Lineup**
Jul 20 · 6 min



INDUSTRY | AR-15
**Most Popular AR-15 Parts of 2026: Data From 25,000 Builds**
Jul 2 · 9 min



NEWS | OPTICS
**Prime Day 2026 Gun Deals: Red Dot, Ammo & Suppressor Deals**
Jun 22 · 14 min

## RELATED GUIDES

VIEW ALL GUIDES →

Continue exploring with these related resources



AR-15 | AR-10
**PSA Sabre Line Explained 2026: Which Model to Buy**
A model-by-model guide to PSA's Sabre lineup, the…
READ GUIDE →



AR-15 | PISTOL
**FRT Compatible Guns 2026: Every Platform With a Force…**
Every gun you can put a forced reset trigger on i…
READ GUIDE →



AR-15 | AK
**AR-15 vs AK-47 in 2026: Which Should You Buy?**
Head-to-head comparison of the AR-15 and AK-47…
READ GUIDE →

## FREE RANGE RESOURCES

Subscribe to unlock printable targets, drill cards, and reference sheets. Plus weekly guides and reviews.

Enter your email | SUBSCRIBE

● SYSTEM // ONLINE
VERSION // 2.0.1

**TOOLS**
- Builder
- Build Templates
- AR Builder
- AR9 Builder
- Precision Rifle Builder
- Catalog
- Deals
- Merch
- Compare
- Logbook

**RESOURCES**
- Guides
- Articles
- Printables
- Quiz
- About
- Media Kit

**LEGAL**
- Terms
- Privacy
- Disclosure
- Refunds

© 2026 Rifle Configurator Follow | Night

For educational and informational purposes only. Always follow local, state, and federal laws.
All product names, logos, and brands are property of their respective owners and are used for identification purposes only. Rifle Configurator is not affiliated with or endorsed by any firearm or accessory manufacturer.
As an Amazon Associate we earn from qualifying purchases.