# EXHIBIT 56





Guides · 11 min read

# BEST FRT TRIGGERS FOR AR-15

The DOJ settled in May 2025 that federal FRT ownership is legal again, for now. Here are the three forced reset triggers worth buying, the state bans that still apply, and why Rare Breed is not on our list.

WRITTEN BY Michael Savage

Published: April 21, 2026 | Updated: May 4, 2026 | Affiliate Disclosure | Prefer in Google

TABLE OF CONTENTS

What is an FRT, and how is it different from a machine gun?
Our picks: Three FRTs Worth Buying
Legal status: where things actually stand in 2026
Why we're not recommending Rare Breed Triggers
Setup tips: get your rifle right before you install
The bottom line

SHARE THIS

GET GEAR TIPS
Join shooters getting weekly tips.
Subscribe

**The five-minute version:** On May 16, 2025, the DOJ settled the federal FRT litigation. If you're in a free state, forced reset triggers are legal to buy and own again. If you're in one of about fifteen anti-freedom states (California, New York, New Jersey, Washington, Massachusetts, Illinois, and more), they're still banned under state law.

Here are the three FRTs worth buying in 2026, plus the one name you'll see in every other article that we're deliberately not recommending.

1. **Best overall:** Partisan Disruptor — true drop-in, survived a 6,000-round USMC-grade durability course
2. **Best for multi-platform rifles:** AS Designs ARC-Fire V2 — replaces only your safety selector, works on AR-15, MCX, MPX, SCAR, BRN-180 and more
3. **Best budget AR-15 FRS:** Atrius FRS (Super Selektor) — clean drop-in selector swap for mil-spec AR-15 lowers
4. **Not recommended:** Rare Breed FRT-15 — we cover why below

## What is an FRT, and how is it different from a machine gun?

A forced reset trigger (FRT) is a mechanical replacement for your standard trigger group. After each shot, the bolt carrier group's rearward movement mechanically resets the trigger back to its forward position — faster than a shooter can do manually. The key legal distinction: each shot still requires a *separate* pull of the trigger. The reset is mechanical; the pull is not.

That single-pull-per-shot rule is why FRTs are not machine guns under 18 U.S.C. § 921(a)(24). The National Firearms Act defines a machine gun as a weapon that shoots "more than one shot, without manual reloading, by a single function of the trigger." An FRT is still a single function of the trigger per shot; it just makes that function faster to repeat.

You'll see two categories of product in this space:

1. **FRTs (Forced Reset Triggers)** replace the entire trigger group. Partisan Disruptor and Rare Breed's FRT-15 are in this category.
2. **FRSs (Forced Reset Selectors)** replace only the safety selector lever. Your existing trigger stays in place. AS Designs ARC-Fire and the Atrius FRS are selectors — which means if you're already running a nice trigger like a Geissele SSA-E or ALG ACT, you can keep it.

Real-world cyclic rates in FRT mode land between 800 and 1,200 rounds per minute depending on gas system, buffer weight, and ammo. It feels like running on a treadmill that won't slow down.

## Our picks: Three FRTs Worth Buying

### Partisan Disruptor

PARTISAN TRIGGERS DISRUPTOR AR-15 — Free Shipping



| | |
|---|---|
| PULL WEIGHT | 3.75–4.1 lb |
| MATERIALS | Tool steel + 4140 chromoly wear surfaces |
| CYCLIC RATE | 1,150 rounds per minute in controlled testing |
| INSTALL | True drop-in, no gunsmithing |

$274.99 at Battlehawk Armory

Price as of Jul 28 · live via Battlehawk Armory

The Disruptor is what we recommend to anyone who wants one trigger that does both jobs well. It's a complete drop-in replacement trigger group — no gunsmithing, no fitting — with a three-position selector: Safe, Semi-Automatic, and Enhanced Semi-Automatic (the forced-reset mode).

**What we like:**

1. Genuinely drop-in. Pop the old trigger out, drop this in, reassemble, go shoot.
2. Semi-auto mode is usable as a daily trigger. Not as crisp as a purpose-built match trigger, but 3.75–4.1 lb is fine for most shooters.
3. The USMC M27 durability test is the real deal — most aftermarket triggers don't see that kind of abuse in validation.
4. Roughly half the street price of the Rare Breed FRT-15L3.
5. When Rare Breed tried to get a temporary restraining order against Partisan in federal court in Wyoming, the judge denied it. Partisan subsequently filed a $588M damage counterclaim. (Full case coverage at AmmoLand.) This company has been through the legal fight already and is still standing.

**What we don't like:**

1. The semi-auto break is noticeably grittier than a good milspec trigger. It's fine; it's not great.
2. Requires a heavier-than-stock buffer for 16″ carbine-length guns. Budget $20 for an H3 buffer if you're running a standard-weight one now.
3. Backorders of 2–4 weeks hit during heavy demand.

**Best for:** Shooters who want a single trigger that pulls duty in both modes and can handle a $20 buffer swap.

### AS Designs ARC-Fire V2

**AS DESIGNS ARC-FIRE TRIGGER**



| | |
|---|---|
| SELECTOR POSITIONS | Safe / Semi / ARC |
| AMBIDEXTROUS | Yes, out of the box |

Check Price ↗

Price as of Jul 28 · live via Classic Firearms

Quick clarification that a lot of articles miss: **the ARC-Fire is not technically an FRT**. It's an FRS — a forced-reset *selector*. It replaces only your safety lever. Your existing trigger group stays in place.

That matters for two reasons. First, if you already paid for a nice trigger — a Geissele SSA-E, an ALG ACT, a LaRue MBT-2S — you keep it. Second, the ARC-Fire is the only product here that works across non-AR platforms.




**Supported platforms:** AR-15, JAKL, MP5, MCX, MPX, SCAR, BRN-180, G3, AP53, UMP, STRIBOG, DISSENT.

**Core specs:**

1. **Price:** ~$250
2. **Mechanism:** Patent-pending Active Reset Clutch (ARC) — a mechanical clutch that forces immediate trigger reset after each shot, while the trigger pull itself remains manual
3. **Selector positions:** Safe / Semi / ARC
4. **Ambidextrous:** Yes, out of the box
5. **Durability testing:** 5,000+ rounds across multiple configurations with zero malfunctions, tested suppressed and unsuppressed

**What we like:**

1. You keep your existing trigger. If your rifle already feels good in semi-auto, it'll still feel good.
2. Genuinely broad platform support — if you run a SIG MCX or MPX or a SCAR, this is basically your only option in the category.

3. The ARC mode is smoother than first-generation FRS designs. Review data from Rifle Configurator's 400-round test on the SIG MCX Spear LT confirms reliable operation once broken in.
4. Ambi safety is baked in — you don't need to pay extra for an aftermarket ambi lever.

**What we don't like:**

1. The safety selector lever itself has a gritty feel during the first few hundred cycles. Break-in period applies.
2. Install is slightly more involved than a pure selector swap if you want full ambi on a single-side lower.

**Best for:** Anyone running an MCX, Spear LT, MPX, or a mixed rifle collection who wants FRT behavior across multiple platforms without buying a separate trigger for each.

### Atrius FRS (Super Selektor)

**ATRIUS FORCED RESET SELECTOR**



| | |
|---|---|
| MATERIALS | 4140 steel, USA-made |
| INSTALL | Drop-in, no gunsmithing |

$199.00 at Battlehawk Armory

Price as of Jul 28 · live via Battlehawk Armory

Like the ARC-Fire, the Atrius FRS is a selector-only design. Unlike the ARC-Fire, it's AR-15 only — which is why it comes in about $70 cheaper.

**Core specs:**

1. **Price:** ~$180
2. **Selector positions:** Safety / Semi / Full-Semi
3. **Materials:** 4140 steel, USA-made
4. **Compatibility:** Mil-spec AR-15 fire control group (.223/5.56/.300 BLK). No modifications required.
5. **Install:** Drop-in, no gunsmithing
6. **Ambi option:** Yes (sold separately from single-side)
7. **Lead time:** 1-4 weeks depending on retailer. Many vendors enforce a 3-per-customer limit.

**What we like:**

1. Cheapest legitimate FRS on the market.
2. Pure AR-15 focus means the installation and fitment is as simple as it gets.
3. Works with whatever trigger you currently have.
4. Atrius publicly stepped up to back retailers who were hit with Rare Breed patent infringement claims. (Shooting News Weekly coverage.) Supporting a company that supports the industry feels good.

**What we don't like:**

1. AR-15 only. No MCX, no SCAR, no piston guns.
2. The 3-per-customer retail limits suggest constrained supply — plan ahead if you need one soon.
3. Some reviewers note a 200-500 round break-in period before reliable function in Full-Semi mode.

**Best for:** AR-15 owners who want the cheapest legitimate FRS and don't need multi-platform support.

## Legal status: where things actually stand in 2026

### Federal: legal (for now)

On May 16, 2025, the Trump administration's DOJ settled the FRT litigation that had been dragging through the Second and Fifth Circuits since 2023. The official DOJ press release and the full settlement agreement (PDF) lay out the terms:

1. DOJ dismissed its appeals in both circuits and its forfeiture case in the District of Utah
2. The government agreed to return FRTs it had seized or taken via voluntary surrender, provided the original owners requested them by September 30, 2025
3. The government agreed not to enforce 18 U.S.C. § 922(o), the National Firearms Act, or the Hughes Amendment against covered FRTs
4. In exchange, Rare Breed agreed not to design, market, or sell FRTs intended for handguns

For a thorough legal overview, the Congressional Research Service brief IN12582 is the best single-page read. The NRA-ILA summary covers the practical consumer implications.

### What the settlement does NOT cover

Three caveats that buyers need to understand:

1. The Northern District of Texas ruling upholding ATF's original FRT classification *was not disturbed*. A future DOJ could theoretically reverse course.
2. The settlement only binds actions against the specific parties — it does not preclude enforcement against other FRT manufacturers, although in practice the current administration hasn't pursued that.
3. State regulators are not bound by federal settlements. State bans stand.

## Why we're not recommending Rare Breed Triggers

Credit where it's due: Rare Breed Triggers fought the good fight for this market.

Their FRT-15 is why the forced reset trigger category exists. Without their engineering and their four-year legal fight against ATF, we wouldn't be writing this article — there wouldn't be anything to write about.

We still can't in good conscience send our readers to them.

Since the May 2025 DOJ settlement, Rare Breed has launched what can reasonably be called an anti-free-market litigation campaign against smaller manufacturers and even individual retailers in the FRT space. The known cases include:

1. **Partisan Triggers** — patent infringement suit filed in the District of Wyoming. The judge *denied* Rare Breed's motion for a temporary restraining order and preliminary injunction. Partisan then filed a $588M damage counterclaim. (AmmoLand coverage.)
2. **Hoffman Tactical** — lawsuit filed December 23, 2025, in the Eastern District of Tennessee over the Super Safety design.
3. **HK Parts** — lawsuit filed targeting their FRT product lines.
4. **AS Designs** — named in the widening campaign despite the ARC-Fire being a distinct selector-based design.
5. **Multiple retailers** who sold competing products have received cease-and-desist letters or been named in filings.

Rare Breed's public defense is that the DOJ settlement includes a clause obligating them to "enforce their patents to prevent infringement that could threaten public safety." That is a real obligation, and we're not disputing the existence of the clause.

What we are disputing is the pattern. A federal judge in Wyoming has already indicated that at least one of the targeted designs does not warrant injunctive relief. The net effect of suing every smaller competitor at once isn't protecting public safety — it's leveraging litigation cost to drive products the market has chosen out of the market.

That's not a company we want to feed.

The three picks above offer competitive or better engineering at meaningfully lower prices. They also happen to be made by companies that are either defending the industry (Atrius) or have already beaten Rare Breed in federal court (Partisan). Our money, and our readers' money, goes to the builders.

If Rare Breed changes course, we'll revisit this decision.

## Setup tips: get your rifle right before you install

1. **Buffer weight matters.** Most FRTs call for a heavier-than-stock buffer to cycle reliably. H2 is the minimum for most 16" carbines, H3 is the safer recommendation. A $20 buffer is cheaper than a day of diagnosing malfunctions.
2. **Gas system matters.** Overgassed ARs (short-stroke pistol-length gas systems especially) run FRTs hard. If you have an adjustable gas block, dial it back one to two clicks from your semi-auto setting.
3. **Expect a break-in period.** The first 200-500 rounds are the shakedown. Light malfunctions in the first couple of mags usually resolve on their own.
4. **Keep a semi-auto trigger on hand.** If something goes sideways and this is your defensive rifle, you want to be able to swap back to a known-good trigger while you diagnose.

## The bottom line

If you live in a free state and you want to add a forced reset trigger to your AR-15, the Partisan Disruptor is our default recommendation. It's the full-trigger replacement most shooters will want, it survived an actual durability test, and the company has already proven it can stand up to legal pressure from Rare Breed.

If you want to keep your existing trigger and you run more than just ARs, the AS Designs ARC-Fire V2 is worth the slight premium for cross-platform support. And if you're AR-15 only and looking for the cheapest legitimate option, the Atrius FRS is a clean, honest selector swap from a company that's visibly on the right side of the industry.

Check your state laws before you buy. We are not your lawyer. But federally, as of May 2025, this category is legal again — and the three picks above are where we'd put our own money.

## Frequently Asked Questions

- Are FRT triggers legal in 2026?
- Is an FRT the same as a machine gun?
- What is the difference between an FRT and an FRS?
- Can I use an FRT with a suppressor?
- Is the Rare Breed FRT-15 still being sold?
- Will FRTs get banned again by a future administration?
- How fast do FRTs actually shoot?



WRITTEN BY

**Michael Savage**

Founder & Gear Reviewer

Michael Savage is the founder and owner of Lynx Defense, a North Carolina-based manufacturer of American-made firearms bags and range gear. With more than a decade of experience in law enforcement, Michael spent 11 years serving full-time before stepping away from the badge to build Lynx Defense into a premium, U.S. manufacturing brand focused on quality, function, and long-term durability.

Drawing from real-world field experience and years spent around firearms, training, and equipment evaluation, Michael designs products built for practical use—not marketing hype. Under his leadership, Lynx Defense has grown into a respected direct-to-consumer company known for its modular pistol and rifle bags, purpose-driven organization systems, and commitment to American manufacturing.

In addition to product design and manufacturing, Michael actively writes in-depth firearm and gear reviews, combining hands-on testing with a practical, performance-focused perspective. His work covers rifles, pistols, optics, and accessories, helping readers make informed decisions based on real use rather than speculation.

Today, Michael continues to lead product development at Lynx Defense while producing written and video content for the broader firearms community.

## RELATED ARTICLES



GUIDES

**Best AK Triggers: Drop-In Upgrades Worth the Swap**

A stock AK trigger is the rifle's worst feature and its easiest fix. Here are the AK-47 trigger upgrades worth the swap, ranked,...




GUIDES

**Best Stribog SP9A1/SP9A3 Upgrades & Accessories**

The upgrades and accessories worth your money on a Grand Power Stribog SP9A1 or SP9A3 — magazines, optics, lights,...



GUIDES

**Best 9mm Suppressors**

## GET GEAR TIPS IN YOUR INBOX

Join shooters getting the latest gear guides, range tips, and exclusive deals every week.

Email or phone number | Subscribe

No spam, ever. Unsubscribe anytime. Msg & data rates may apply.

## LATEST FROM LYNX DEFENSE



BUILD
Angstadt Arms MDP 2.0 (SBR)



FITMENT
92FS Fitment



REVIEW
Smith & Wesson M&P Shield X Carry Comp



BLOG
Best AK Triggers: Drop-In Upgrades Worth the Swap



LYNX DEFENSE © 2013-2026 Lynx Defense Corporation

Captured by FireShot Pro: 28 July 2026, 08:32:51 PM
https://getfireshot.com