# EXHIBIT 57






AS DESIGNS

# SUPER SAFETY MP5 LOWER - H&K SP5/SP5-L - REV. 2

$399.99

Lower Type: *

- Full Kit (Includes everything needed)
- Stripped Lower (Only lower and ejector lever)

Quantity

1

ADD TO CART

Add to shopping list

## DESCRIPTION

**ALL CURRENT LOWER ORDERS WILL BE SHIPPED BY 7/14.**
**BASIC LOWERS WITHOUT UPGRADES HAVE A 3-5 DAY LEAD TIME.**
**LOWERS WITH UPGRADES HAVE A 5-7 DAY LEAD TIME.**
We are now offering the ARMP5v3 H&K Full Size Lower fully machined and ready for super safe or ARC-Fire action! This lower includes:

- ARMP5v3 H&K Full Size Lower (Rev. 2 w/ updated ejector lever mount)
  - CNC Billet machined from 7075-T6 Aluminum
  - Type III Hardcoat Anodized - Black
  - Markings laser engraved for SEMI - SUPER - SAFE positions for Super Safety or SAFE - SEMI - ARC for ARC-Fire (if you do not want the markings, please mention it in your order comments or email us with your order number and we will set aside a few with no markings)
  - **This version fits H&K SP5 and SP5-L. *Please see our other listings for any model not listed. This does not fit HK94 Shelf Guns, Century, PTR, MAC, or Zenith!***
- Custom Ejector Lever - 4140 Steel, Heat Treated, Oxide Coating
- Custom Ejector Lever Nut/Bushing (4140) and 2x 3MM Screws
- *WHEN CHOOSING THE FULL KIT OPTION, THE BELOW IS INCLUDED:*
  - AS Designs Super Safety - M2 Tool Steel Kit (Curved Trigger) **OR** AS Designs ARC-Fire V2 Kit
  - Mil-spec FCG (hammer and springs)
  - Anti-walk Pins
  - AR Grip (Mil-spec included in price, we will offer upgrade options when we are nearing shipping)
  - Slip Trip V5 - 7075-T6 Aluminum

If you order the stripped lower, you will need an AR FCG parts kit, the super safety cam and lever or ARC-Fire kit (or other AR-15 style safety selector), the rounded safety detent (or standard detent for other selectors), and an AR grip/screw to complete this lower. You will also need an ARMP5 Slip Trip (we recommend the V4 or V5 HERE). If you don't plan to order the MP5 rounded hammer we offer, you will need to round your hammer or print/purchase a MP5 recoil spring buffer tube.

If you order the full kit, You don't need to add anything, this lower comes fully assembled with all parts. You will simply add the slip trip into your upper and pin the new lower on and enjoy a super safe MP5!

**Note: We cannot guarantee perfect fitment to every single host, tolerance stacking is always a concern, but we have done everything possible to ensure proper fitment.**

**We strongly recommend using anti-walk pins (NOT anti-rotation).**

**DO NOT use the Atrius Super Selektor, it may damage the lower and is incompatible with the Slip Trip V3 and V4.**

If you plan to not use the Super Safety and just use an upgraded AR trigger (i.e. Geissele or similar) with your MP5, these lowers will work for that usage as well. *It is not compatible with cassette triggers though.*

We do not ship to the following states: CA, CO, CT, DE, FL, HI, IL, MA, MD, MN, NJ, NV, NY, OR, and RI.

Note: All products are recommended to be installed by a qualified gunsmith.

*The ARMP5v3 was created by s3igu2 and his approval was given for our product. Please visit his Twitter for updates, other designs, and to support his work: https://x.com/s3igu2*

*Credit also goes to UberPoor for his original work on the ARMP5, please visit his Twitter for updates, other designs, and to support his work: https://x.com/UberPoor/*

## RECOMMENDED PRODUCTS



AS Designs
Super Safety MP5-K Lower - H&K SP5K/SP5K-PDW - Rev. 2
$399.99 - $649.99



AS Designs
Super Safety MP5-K Lower - AP5-P/ZF5-K/MAC-5K - Rev. 2
$399.99 - $649.99



AS Designs
Super Safety MP5 Lower - AP5/ZF5/MAC-5/POF-5 - Rev. 2
$399.99 - $649.99



AS Designs
AR MP5-K Lower - PTR 9KT
$399.99 - $649.99



AS Designs
Super Safety MP5 Machined Lower - PTR 9C/9CT/9RS - Full Kit
$399.99 - $649.99



© 2026 AS Designs | Sitemap

Manage Website Data Collection Preferences