# EXHIBIT 58

FREE SHIPPING ON ALL ORDERS!

AS DESIGNS
ACTIVE SAFETY SYSTEMS

Search

SHOP GALLERY FAQ INSTALL TROUBLESHOOTING PRODUCTION STATUS SHIPPING ESTIMATES VIDEOS CONTACT US

Home > MP5 > MP5 Slip Trip V5





AS DESIGNS

# MP5 SLIP TRIP V5

$59.99

**Bulk Pricing:** Buy in bulk and save

Quantity

1

ADD TO CART

Add to shopping list

## DESCRIPTION

**V5 HAS REPLACED V4. YOU DO NOT NEED TO UPGRADE FROM V4 IF YOU HAVE NO ISSUES.**

**NOT GUARANTEED COMPATIBLE WITH LEE SPORTING LOWERS!!!**

To use the super safety or ARC-Fire in the MP5 (SP5, AP5, etc.), you will need a new lower that uses AR FCG parts and the MP5 Slip Trip. You can get the lowers from AS Designs or any Leber V2 spec lower. The super safety or ARC-Fire does NOT work with the stock MP5 lowers.

- **Utilizes the most current s3igu2 design to reduce weight. V5 adds additional compatibility with oversized denial blocks compared to V4 and some other small tweaks.**
- **Made from 7075-T6 aluminum.**
- **Hardcoat anodized black.**
- **Weighs 2 grams more than original CF Nylon trips and approx. half of current steel variants, reducing risk of damage to SS/ARC lever and excessive wear to the upper/bolt.**
- **NOT GUARANTEED TO BE COMPATIBLE WITH LEE SPORTING LOWERS! ONLY GUARANTEED FOR USE WITH ARMP5 OR LEBER LOWERS!**

We do not ship to the following states: CA, CO, CT, DE, FL, HI, IL, MA, MD, MN, NJ, NV, NY, OR, and RI.

Note: All products are recommended to be installed by a qualified gunsmith.

*The MP5 Slip Trip V5 was created by s3igu2 and his approval was given for our product. Please visit his Twitter for updates, other designs, and to support his work: https://x.com/s3igu2*

*Credit also goes to Hertzofheimer - https://www.instagram.com/hertzofheimer/ and MeatBanana42069 - https://odysee.com/@meatbanana42069:5 for their contributions to the slip trip designs. Please visit their pages for updates, other designs, and to support their work.*

## RECOMMENDED PRODUCTS




AS Designs
BRN-180 - Slip Trip Kit
$199.99




AS Designs
Dissent 9mm - Slip Trip Kit
$199.99



AS Designs
MPX Slip Trip Kit (Rev. 2)
$174.99




AS Designs
PSA JAKL-9 - Slip Trip Kit
$149.99

## CONNECT WITH US

Subscribe to our Newsletter for exclusive offers, company news and events.

Enter your email SIGN UP

**NAVIGATE**
Gallery
FAQ
Install
Troubleshooting
Production Status
Shipping Estimates
Videos
Contact Us

**CATEGORIES**
AP53
AR15
ARC-Fire Parts
ARHK
B&T
BRN
Dissent
G3/91
Geissele
JAKL
KUNA

**CUSTOMER SUPPORT**
FAQ's
Warranty Policy
Privacy Policy
Shipping & Returns
High Point, NC

VERIFIED BY VIKINGCLOUD

© 2026 AS Designs | Sitemap

Manage Website Data Collection Preferences