# EXHIBIT 59

NEWS DISPATCH / 06.30.26

# AS DESIGNS ARHK: DROP-IN FORCED RESET TRIGGER FOR MP5 & G3

The AS Designs ARHK is a self-contained drop-in forced reset cassette for HK roller-delayed guns. It runs in a stock MP5 or G3 housing with no lower swap, uses a true disengaged semi, and covers the family in 9mm and .308. The 1,500-unit first drop has slipped past its late-August window.

AUTHOR AB | READ 8 MIN | PLATFORM PCC



ADVERTISEMENT



IN THIS BRIEF

01 · A Drop-In FRT for Roller-Delayed HKs
02 · How the ARHK Works
03 · One Cassette, the Whole Roller-Delayed Family
04 · How the ARHK Compares to the Existing Field
05 · AS Designs ARHK Specifications
06 · Stay Updated on the ARHK Drop
07 · Bottom Line
08 · Frequently Asked Questions

ADVERTISEMENT



STOCK UP ON MAGS
PMAGs, Glock OEM & top sellers


MAGPUL PMAG 30 AR 300 B
$15.75
View at OpticsPlanet ›


MAGPUL D-60 DRUM MAGAZINE
$129.95
View at OpticsPlanet ›


GLOCK OEM G17 MAGAZINE 17-…
$40.79
View at OpticsPlanet ›

DURAMAG SPEED 30-ROUND…
$12.99

**UPDATE: AUGUST 31, 2026**

As of August 31, 2026 the ARHK has not launched. AS Designs posted on July 27 that parts were finalized and production was starting that day, estimating roughly eight weeks of production plus two more weeks to assemble the first batch, and said it was hoping for a late-August drop without guaranteeing one. That window passed with no newer status update, no revised date, and no way to order one on the product page. Counted from July 27, the eight-plus-two-week estimate lands in early October rather than late August.

**• KEY TAKEAWAYS**

- **True drop-in:** The ARHK is a self-contained forced reset cassette that installs into the stock factory polymer housing. No lower replacement, no external slip trip, no buffers.
- **Whole HK family:** Fits MP5, MP5K, AP53, G3/91, HK21, HK31, HK11, HK32, and HK33 clones, in both 9mm and .308, with your choice of a 9mm or .308 ejector.
- **True disengaged semi:** Three-position selector is Safe, a normal single-stage Semi with no forced reset, and Active Reset in the third position on the ARC-Fire clutch.
- **Runs any carrier:** Works with all bolt carrier types. Not compatible with CETME, which AS Designs excludes for safety reasons.
- **Price and timing:** $549.99 for a first drop of 1,500 units. Launch is still pending: the late-August window AS Designs was aiming for passed without a release or a new date.



**AS DESIGNS ARHK DROP-IN FRT CASSETTE** $549.99
Drop-in FRT for HK roller-delayed guns

Self-contained drop-in forced reset cassette that runs in a stock HK roller-delayed housing across the MP5 and G3 families

DROP-IN CASSETTE, STOCK OEM HOUSING | 3-POSITION (SAFE/SEMI/ACTIVE RESET) | BUILT ON ARC-FIRE TECHNOLOGY | 9MM OR .308 EJECTOR INCLUDED

**PROS**
+ Drop-in cassette keeps your stock lower; no AR-FCG lower to build or buy
+ True disengaged semi mode with a normal pull, not a live forced reset second position
+ Covers both 9mm and .308 roller-delayed hosts with a matched ejector

**CONS**
- Not yet released; the targeted late-August 2026 first drop has slipped with no new date
- Priced near complete-lower pricing from Mars
- Not compatible with CETME platforms

**Trigger Type:** Self-contained drop-in forced reset cassette (FRT) built on ARC-Fire technology
**Positions:** 3-position (Safe / disengaged Semi / Active Reset)
**Selector:** Aligned with Navy-style housing markings, SEF to follow; ambidextrous
**Installation:** Drop-in cassette into the factory OEM polymer housing; no lower replacement or slip trip

✓ Verified Retailer — BUY DIRECT FROM AS DESIGNS →

Affiliate links (?)

## A DROP-IN FRT FOR ROLLER-DELAYED HKS

The ARHK is a self-contained forced reset cassette that drops into a stock HK roller-delayed housing with no lower swap. Most of the MP5 forced reset field asks more of your gun: complete AR-fire-control-group lowers that replace the factory lower, or AR-FCG builds fed by a trip kit. The one existing drop-in cassette, the Rare Breed FRT-RD3, is limited to the 9mm MP5 and SP5. The ARHK installs directly into the factory OEM polymer trigger housing with no modifications, no external slip trip, and no buffers, and it does it across the whole roller-delayed family rather than a single 9mm host. You keep your original lower and drop the cassette in.

AS Designs announced full production on the ARHK after completing torture testing across the MP5, MP5K, G3/91, HK11, HK21, HK23, HK33, HK51, HK53, and HK93 platforms. The company reports every tested host functioned correctly and held up under abuse. The cassette is built on the same ARC-Fire technology that powers the AS Designs forced reset selector, so the mechanism is a known quantity moved into a new form factor rather than a ground-up experiment.



The ARHK is a self-contained cassette that installs into the factory polymer housing (Credit: activesafetydesigns.com)

ADVERTISEMENT




COMPLETE YOUR BUILD
Sling, light, backup sights, and QD mounts, the upgrades most builders add first.
OPEN THE BUILDER →

MAGPUL MS4 DUAL QD SLING
$75.95
View at OpticsPla... ›

SUREFIRE M640DFT-PRO...
$339.49
View at OpticsPla... ›

LARUE MBT-2S TRIGGER
$134.99
View at OpticsPla... ›

VI TA $4 Vie

Affiliate links (?)
Scroll ›

## HOW THE ARHK WORKS

The ARHK uses a three-position selector: Safe, a true disengaged Semi, and Active Reset. That middle position is the practical differentiator. In Semi, the ARHK behaves like a normal single-stage trigger with no forced reset in play, so the gun feels stock for range work, transport, or anyone handing it to a new shooter. Flip to the third position and the ARC-Fire clutch engages, driving the forced reset where the bolt carrier's cycle mechanically resets the trigger after each shot and holds it until the action returns to battery. One press still fires one round; the mechanism just resets the trigger faster than your finger can.

Reset feel is where AS Designs claims a real advantage. The reset is gradual rather than abrupt, which matters most on the .308 hosts where a harsh reset can beat up your trigger finger. Early hands-on reports from the HK community describe the ARHK reset as smooth even in a G3, a platform that punishes a poorly tuned forced reset. The cassette is aligned with Navy-style housing markings, with SEF support to follow, and is ambidextrous. It works with all bolt carrier types, so you are not matching the cassette to a specific carrier profile. For the broader mechanics of how forced reset triggers operate and their legal footing, see our MP5 forced reset trigger guide.



The ARHK drops into the factory SEF or Navy trigger housing on a roller-delayed 9mm host (Credit: sb-tactical.com)

## ONE CASSETTE, THE WHOLE ROLLER-DELAYED FAMILY

The ARHK is designed to span the HK roller-delayed lineup rather than a single host. Compatibility covers MP5, MP5K, AP53, G3/91, HK21, HK31, HK11, HK32, and HK33 clones and variants, across both 9mm and .308. It comes with your choice of a 9mm or .308 ejector to match the host you are running, so the same cassette design works whether you are on a 9mm MP5 or a .308 G3.

The one hard exclusion is CETME. AS Designs will not clear the ARHK for CETME platforms and cites safety concerns; despite the shared roller-delayed heritage, the CETME fire control geometry differs enough that the company keeps it off the list. If you run a .308 battle rifle and want forced reset, the ARHK targets the G3/91 pattern specifically. For a broader look at running an FRT in a large-frame .308, see our AR-10 forced reset trigger build guide, and for the ARC-Fire selector this cassette is built on, read our AS Designs ARC-Fire review.


A G3/91-pattern .308 rifle; the ARHK runs the same cassette here with the .308 ejector installed (Credit: reddit.com)


### MP5 FORCED RESET TRIGGERS YOU CAN BUY NOW


TRIGGERS & FIRE CONTROL • $195
TEXAS TRIGGER USA NORINCO SKS FRT
✓ Forced reset trigger, one…
✓ Plug-and-play install, no…
$195.00 Catalog
BUY DIRECT FROM TEXAS TRIGGER USA →


TRIGGERS & FIRE CONTROL • $289.99
MARS TRIGGER PC9 FRT
✓ Forced reset trigger (FRT)
✓ 4140 chromoly alloy steel
$289.99
VIEW AT OPTICSPLANET →


TRIGGERS & FIRE CONTROL • $289.95
MARS TRIGGER RUGER 10/22 ADJUSTABLE FRT
✓ Forced reset trigger (FRT)
✓ 4140 chromoly alloy steel…
$289.95
VIEW AT OPTICSPLANET →


TRIGGERS & F
DORIN XPR
RESET TRI
✓ 17-4 sta
✓ 3-positi
$45
BUY DIR
SPE

Affiliate links (?)
Scroll ›


## HOW THE ARHK COMPARES TO THE EXISTING FIELD

The existing MP5 forced reset field splits into three approaches. Complete lowers from Mars ship a finished AR-FCG lower you pin in place; turnkey, but a per-host purchase and a full lower swap. Trip-kit systems from Trinity and the AS Designs Super Safety lower are cheaper to enter but require an AR-FCG lower you build or supply, plus assembly and timing. Drop-in cassettes install into the stock factory housing with no lower swap and no build. The ARHK is not the first cassette; the Rare Breed FRT-RD3 already works that way, so the comparison that matters most is against it. All of these cover the roller-delayed HK lineup. The blowback HK UMP is a separate host with its own forced reset path, an assembled active-reset lower from GDI-3D rather than a housing cassette, covered in our HK UMP forced reset guide. Our FRT compatible guns guide maps which platforms have a forced reset path at all.

The ARHK wins that comparison on price and breadth. It runs $549.99 against the FRT-RD3's $615 to $620, and it covers the whole roller-delayed family, MP5 through the .308 G3/91 and the HK-numbered rifles, where the Rare Breed cassette is limited to the 9mm MP5, MP5K, SP5, and SP5K. It also sidesteps the FRT-RD3's fitment split, where the AMBI version only functions in pictogram-marked frames and the SEF version only in letter-marked frames, and the ARHK is built on the ARC-Fire mechanism developed specifically for roller-delayed guns. The trade is timing: the FRT-RD3, Mars, and Trinity units ship today, while the ARHK has not dropped yet. Browse the full trigger catalog and compare specs side by side in our component catalog.

## AS DESIGNS ARHK SPECIFICATIONS

| | |
|---|---|
| TYPE | Drop-in forced reset cassette |
| POSITIONS | Safe / disengaged Semi / Active Reset |
| TECHNOLOGY | AS Designs ARC-Fire |
| HOUSING | Factory OEM polymer (Navy or SEF) |
| SELECTORS | Navy-style markings (SEF to follow), ambi |
| EJECTOR | Choice of 9mm or .308 |
| BOLT CARRIERS | All types |
| COMPATIBILITY | MP5, MP5K, AP53, G3/91, HK21/31/11/32/33 |
| NOT COMPATIBLE | CETME |
| INSTALL | Drop-in, no lower swap or slip trip |
| PRICE | $549.99 (not yet purchasable) |
| AVAILABILITY | First 1,500-unit drop, not yet released |
| MANUFACTURER | AS Designs (Active Safety Designs) |

**STAY UPDATED ON THE ARHK DROP**

Get notified when the first ARHK batch ships and when OpticsPlanet lists it. We also cover forced reset trigger launches, HK roller-delayed builds, and hands-on reviews.

Enter your email address SUBSCRIBE

Free targets, drill cards, and weekly reviews by email.

## BOTTOM LINE

The ARHK treats the HK roller-delayed platform the way the AR world has had it for years: a drop-in part, not a lower rebuild. Keeping the factory housing, covering both 9mm and .308 hosts with a matched ejector, and running a true disengaged semi set it apart from the complete-lower and AR-FCG conversions, and the ARC-Fire foundation means the mechanism is not unproven. At $549.99 it prices just under a complete Mars lower while asking far less of your gun.

The only catch is the calendar, and it keeps moving. The first 1,500-unit drop has already slipped from an end-of-July target to early August to late August, and none of those landed, so buyers who need forced reset in an MP5 today should look at the complete lowers and trip kits that ship now instead. For everyone building around the stock housing or running more than one roller-delayed host, the ARHK is worth watching. Compare it against the current field in our best MP5 forced reset triggers guide, and round out the rest of the host with the mounts, stocks, and magazines in our MP5 accessories & upgrades guide.

RECOMMENDED FOR YOU ×

AI FIREARMS EXPERT
AI trained on 200+ guides
ASK NOW →

## FREQUENTLY ASKED QUESTIONS

- ▸ **What is the AS Designs ARHK?**
- ▸ **What platforms does the ARHK fit?**
- ▸ **How is the ARHK different from the Mars or Rare Breed MP5 forced reset triggers?**
- ▸ **Does the ARHK work on a CETME?**
- ▸ **How much does the ARHK cost and when does it ship?**
- ▸ **Are forced reset triggers legal?**

Header image: RECOIL | Source: AS Designs ARHK Product Page, AS Designs Production Announcement

SHARE
PASS THE DISPATCH
COPY LINK ↗ | X / TWITTER → | REDDIT → | FACEBOOK → | EMAIL →



**AB** Author

Avid shooter with 10+ years of experience including competition shooting, an associate member of the Professional Outdoor Media Association (POMA), and a member of the National Shooting Sports Foundation (NSSF) and Safari Club International (SCI). Built 10+ AR-pattern rifles and several handgun platforms for home defense, competition, and suppressed night shooting.

10+ years shooting experience | Competition shooter | Built 10+ AR-pattern rifles
Associate member of the Professional Outdoor Media Association (POMA)
Member of the National Shooting Sports Foundation (NSSF) | Member of Safari Club International (SCI)

*This page contains affiliate links. Purchases through these links support the site at no extra cost to you. Read the affiliate disclosure*

ADVERTISEMENT

‹ PREVIOUS
Colt Optics LP5X-P: NATO-Proven Aiming Laser Hits…

NEXT ARTICLE ›
4th of July 2026 Gun & Gear Deals: Codes and Live

## KEEP READING

VIEW ALL ARTICLES →

More articles you might find interesting



NEWS CZ

**CZ Scorpion FRT: Rare Breed FRT-SC3 Announced, No Ship Date**

Jul 14 8 min



NEWS B&T

**Rare Breed FRT-SG3: Factory-Installed in B&T SPC9 and GHM9**

Jul 20 7 min



NEWS AR-15

**ATF Wants FRT Sales Limited: Buy Yours While You Can**

Aug 31 11 min



NEWS HECKLER & KOCH

**HK Closes 2026 MR556 and SP5 Order Books: Alternatives to Buy**

Jul 13 9 min



NEWS PCC

**Extar EP9 MDB & EP45 MDB: Roller-Delayed Blowback Come…**

Jul 2 9 min



NEWS B&T

**B&T Lawsuit Settled: Swiss Parent Company Regains Full U…**

Jun 28 9 min

## RELATED GUIDES

VIEW ALL GUIDES →

Continue exploring with these related resources



PCC TRIGGERS

**MAC-10 / MAC-11 FRT Install: MPA Defender & Cobray…**

A forced reset trigger does exist for the semi-…

READ GUIDE →



PCC TRIGGERS

**HK UMP FRT 2026: GDI-3D Reset-Capable Lower Kit**

The one manufacturer-documented forced reset…

READ GUIDE →



PCC TRIGGERS

**Springfield Kuna FRT Guide: Lower, Trigger & Install**

No forced reset trigger fits a factory Springfiel…

READ GUIDE →

### FREE RANGE RESOURCES

Subscribe to unlock printable targets, drill cards, and reference sheets. Plus weekly guides and reviews.

Enter your email SUBSCRIBE

• SYSTEM // ONLINE
VERSION // 2.0.1

**TOOLS**

- Builder
- Build Templates
- AR Builder
- AR9 Builder
- Precision Rifle Builder
- Catalog
- Deals
- Merch
- Compare
- Logbook

**RESOURCES**

- Guides
- Articles
- Research
- Printables
- Quiz
- About
- Media Kit

**LEGAL**

- Terms
- Privacy
- Disclosure
- Refunds

© 2026 Rifle Configurator Follow Follow Follow Night

For educational and informational purposes only. Always follow local, state, and federal laws.

All product names, logos, and brands are property of their respective owners and are used for identification purposes only. Rifle Configurator is not affiliated with or endorsed by any firearm or accessory manufacturer.

As an Amazon Associate we earn from qualifying purchases.