# EXHIBIT 60

AR Sponsor BRAVO COMPANY USA
TAD [CLIP ON THERMAL IMAGER] SAFRAN DSI THERMAL AUGMENTATION DEVICE PRE-ORDER NOW LIVE EXCLUSIVELY AT: TNVC TACTICAL NIGHT VISION COMPANY SHOP NOW
ARMSLIST AMERICA'S FIREARMS MARKETPLACE BUY SELL TRADE JOIN NOW!

## AS Designs ARHK (Page 4 of 13)

< Previous Page 4 / 13 Next Page >

**Walker77** — Joined: Sep 2006 | Posts: 497 | EE: 100% (2) | MO, USA

Posted: 2/13/2026 6:33:35 PM EDT [#1]

Quote History
> Originally Posted By drobs:
>
> +1

View All Quotes

I emailed them. They said 8 to 10 weeks

**macloud** — Joined: Oct 2001 | Posts: 1047 | EE: 100% (28) | IN, USA

Posted: 2/13/2026 7:49:33 PM EDT [#2]

I have the Zenith full size MKE import. It's been great. With the AS Designs complete lower, it runs flawless with the super safety. I have one of the AP5SD's out getting the SD treatment now. Haven't tried the SS in it yet.

ATRIUS INTRODUCING X-SERIES AMBIDEXTROUS FRS FOR MCX + MPX EARLY BIRD PRICE $299 USE CODE ARFCOMX AT CHECKOUT 3-POSITION • AMBIDEXTROUS • MCX + MPX

**cryo_tech** — Joined: Feb 2012 | Posts: 8682 | EE: 100% (41) | VA, USA

Posted: 2/13/2026 9:57:00 PM EDT [#3]

from today? damn thats cutting it close for va

**ASDesigns** (Member) — Joined: Jun 2025 | Posts: 18 | EE: 0% (0) | NC, USA

Posted: 2/14/2026 12:43:59 AM EDT [#4]

Quote History
> Originally Posted By rb889:
>
> Any chance of a G36 FRT in partnership with S5's clones?

Yes, we've demoed it on Twitter before. We designed it based on S5, but it'll also work with SL-8 conversions.

**HKH** (Member) — Joined: May 2006 | Posts: 24294 | EE: 100% (41) | DC, USA

Posted: 2/14/2026 6:45:03 AM EDT [Last Edit: HKH] [#5]

Hey fellas

Any timeline for the B&T APC lowers?

I'd MUCH rather have y'all's than a partisan or RB - currently these are the only solutions.

Also couldn't make it work with a Geissele trigger and blocker in a Q 8.6 Boombox. Had to use RB as it the ONLY solution for that firearm as the partisan will not allow reassembly due to geometry.

Side note 8.6 suppressed in frt mode is sweet.

**ASDesigns** (Member) — Joined: Jun 2025 | Posts: 19 | EE: 0% (0) | NC, USA

Posted: 2/14/2026 6:57:51 PM EDT [#6]

Quote History
> Originally Posted By HKH:
>
> Hey fellas
>
> Any timeline for the B&T APC lowers?
>
> I'd MUCH rather have y'all's than a partisan or RB - currently these are the only solutions.
>
> Also couldn't make it work with a Geissele trigger and blocker in a Q 8.6 Boombox. Had to use RB as it the ONLY solution for that firearm as the partisan will not allow reassembly due to geometry.
>
> Side note 8.6 suppressed in frt mode is sweet.

Not yet, working with machine shops in the US is horrible, we have projects that have been sitting for months waiting for various shops to even get to the sample stage. We have APC223 and 308 sample lowers that are pretty close to final design, waiting on the 9/45s though.

The 8.6 might need the 308 lever we're working on.

**Walker77** — Joined: Sep 2006 | Posts: 508 | EE: 100% (2) | MO, USA

Posted: 2/14/2026 7:30:55 PM EDT [#7]

Quote History
> Originally Posted By ASDesigns:
>
> Not yet, working with machine shops in the US is horrible, we have projects that have been sitting for months waiting for various shops to even get to the sample stage. We have APC223 and 308 sample lowers that are pretty close to final design, waiting on the 9/45s though.
>
> The 8.6 might need the 308 lever we're working on.

I remember Brandon Herrera saying he had the same problem with machine shops when he was developing the AK-50. He eventually went to Titans of CNC in Dallas to get the work done and done right. Maybe hit them up? They have metal 3D printers that would be perfect for prototype work.

**ASDesigns** (Member) — Joined: Jun 2025 | Posts: 20 | EE: 0% (0) | NC, USA

Posted: 2/14/2026 9:00:01 PM EDT [#8]

Quote History
> Originally Posted By Walker77:
>
> I remember Brandon Herrera saying he had the same problem with machine shops when he was developing the AK-50. He eventually went to Titans of CNC in Dallas to get the work done and done right. Maybe hit them up? They have metal 3D printers that would be perfect for prototype work.

We're talking to more rapid prototype focused shops currently, but you're not far off, a lot of our ARC stuff was metal 3D printed in early stages (we have a metal printer coming for our new shop as well, but that'll be a bit).

**cryo_tech** — Joined: Feb 2012 | Posts: 8684 | EE: 100% (41) | VA, USA

Posted: 2/14/2026 10:15:08 PM EDT [#9]

Quote History
> Originally Posted By ASDesigns:
>
> We're talking to more rapid prototype focused shops currently, but you're not far off, a lot of our ARC stuff was metal 3D printed in early stages (we have a metal printer coming for our new shop as well, but that'll be a bit).

SO the ARHK is 8 to 10 wks from now?

**Walker77**
Joined: Sep 2006 Posts: 515
EE: 100% (2) MO, USA

Posted: 2/15/2026 2:34:54 AM EDT [#10]

Quote History

> Originally Posted By ASDesigns:
>
> We're talking to more rapid prototype focused shops currently, but you're not far off, a lot of our ARC stuff was metal 3D printed in early stages (**we have a metal printer coming for our new shop as well**, but that'll be a bit).

View All Quotes

Nice!

---

**constitutionlvr**
Heartless libertarian
Joined: Oct 2004 Posts: 5817
EE: 0% (0) TN, USA

Posted: 2/15/2026 9:01:23 PM EDT [#11]

Started a thread last night asking about your lowers and kits for MKE clones and differences between AS lowers, somebody liked this thread, you have my attention. I'm in no huge rush other than wanting to beat any congressional action or unjust injunctions. My guess is your expected due date will beat that, so I'm likely waiting and most likely down for 2.

I carry, because I cherish life.

Team Ranstad

---

**Wangstang**
Member
Joined: Jan 2007 Posts: 9668
EE: 100% (57) NC, USA

Posted: 2/15/2026 10:36:50 PM EDT [#12]

Quote History

> Originally Posted By ASDesigns:
>
> We're talking to more rapid prototype focused shops currently, but you're not far off, a lot of our ARC stuff was metal 3D printed in early stages (we have a metal printer coming for our new shop as well, but that'll be a bit).

You may want to give Barnes Precision Machine a call, especially since you're in NC. They seemed to have wound down their own push into the firearms world as the AR market flooded. That said they have been doing gun and bow products, along with lots of other stuff from racing/aerospace/medical for a long time.
https://barnesprecisionmachine.com/

I've got no affiliation with them and don't own any of their branded products but I did meet the owner and walk his production floors with him 20 years ago and he left me with a great impression back then.

---

**bkpkr**
#6packclub
Joined: May 2007 Posts: 33879
EE: 100% (338) TN, USA

Posted: 2/21/2026 6:18:51 PM EDT [#13]

Curtis @ digitalsublimationmedia.com does nice work.

Just waiting for March now.

Attached File

---

**Gorton87**
Member
Joined: Feb 2010 Posts: 2451
EE: 100% (65) PA, USA

Posted: 2/21/2026 7:33:36 PM EDT [#14]

Quote History

> Originally Posted By ASDesigns:
>
> Not yet, working with machine shops in the US is horrible, we have projects that have been sitting for months waiting for various shops to even get to the sample stage. We have APC223 and 308 sample lowers that are pretty close to final design, waiting on the 9/45s though.
>
> The 8.6 might need the 308 lever we're working on.

That hurt my feelings a little

---

**ELittlefield**
Member
Joined: Dec 2023 Posts: 8487
EE: 100% (7) USA

Posted: 2/21/2026 7:48:00 PM EDT [#15]

Quote History

> Originally Posted By Gorton87:
>
> That hurt my feelings a little

View All Quotes

Oh yeah, like you know anything about machining!

---

**Gorton87**
Member
Joined: Feb 2010 Posts: 2452
EE: 100% (65) PA, USA

Posted: 2/21/2026 8:03:42 PM EDT [#16]

Quote History

> Originally Posted By ELittlefield:
>
> Oh yeah, like you know anything about machining!

Sheesh let me go find some rope lol.

---

**ELittlefield**
Member
Joined: Dec 2023 Posts: 8488
EE: 100% (7) USA

Posted: 2/21/2026 8:21:34 PM EDT [#17]

Quote History

> Originally Posted By Gorton87:
>
> Sheesh let me go find some rope lol.

View All Quotes

I can do just as good as you with a Dremel and a tape measure!

---

**Corn-fed-556**
Joined: Mar 2025 Posts: 79
EE: 0% (0) KS, USA

Posted: 2/21/2026 9:41:58 PM EDT [#18]

Quote History

> Originally Posted By bkpkr:
>
> Curtis @ digitalsublimationmedia.com does nice work.
>
> Just waiting for March now.
>
> https://www.ar15.com/media/mediaFiles/125849/IMG_9365_jpeg-3717323.JPG

That's clean work, will have to reach out to him for mine

---

**TSH77769**
Joined: Mar 2001 Posts: 1510
EE: 100% (8) ID, USA

Posted: 2/24/2026 4:25:08 AM EDT [#19]

Why won't it work with 7.62x39?

This makes me very sad as this is the HK type taht most interst me due to the use of standard AK mags so no proprietary expensive HK mags.

Any chance it may be made to work with 7.62x39 in the future?

---

**s3igu2**
Joined: Oct 2025 Posts: 76
EE: 0% (0) TX, USA

Posted: 2/24/2026 5:10:19 AM EDT [#20]

Quote History

> Originally Posted By TSH77769:
>
> Why won't it work with 7.62x39?
>
> This makes me very sad as this is the HK type taht most interst me due to the use of standard AK mags so no proprietary expensive HK mags.
>
> Any chance it may be made to work with 7.62x39 in the future?

The reason it wont work with x39 is more of a issue with the host then ARHK, even getting them to run with FA packs is apparently not easy. Its just not supported with ARHK that doesn't really mean its never going to work if you mix the right ammo or make changes to the host.

**lil_Sig**
Joined: Dec 2022 Posts: 7656
EE: 0% (0) OK, USA

Posted: 2/25/2026 11:20:42 PM EDT [#21]

Quote History

> Originally Posted By s3igu2:
>
> Yes, because ARHK wasn't really built with any limitations due to the size of the MP5 drop in footprint all the parts are able to be extremely durable and purpose built for this exact assembly, for example all the FCG and ARC parts are dedicated for ARHK meaning they aren't just modified to work. Also the ARHK is even higher leverage then the super safety so the active reset mode will be very reliable even with alot of pressure on the trigger.
>
> It will be serviceable and I'm confident its the most durable trigger reset device out there by far due to the fact it was built from the ground up to survive 1000s of rounds of 308 in a g3.

View All Quotes

Can we pre purchase?

---

**networkguru**
Joined: Nov 2018 Posts: 8576
EE: 100% (3) SC, USA

Posted: 3/2/2026 11:49:30 PM EDT [#22]



---

**jerz_subbie**
Acronym & abbreviation whore :-)
Joined: Jan 2007 Posts: 11357
EE: 100% (515) NC, USA

Posted: 3/3/2026 12:31:34 AM EDT [#23]

I'm in for at least 2. CC ready to go when you are, or I'm only an hour's drive away if that gets me in the short list 🙂

"When will the economy get better?" When you start spending!

"Grammar: the difference between knowing your sh*t and knowing you're sh*t!"

---

**HDSledge**
Knuckle dragging boomer rube, patriot, Navy vet.
Joined: Nov 2013 Posts: 5254
EE: 0% (0) USA

Posted: 3/3/2026 12:58:58 AM EDT [#24]

in.

My own view is that left-wing positions largely come about from resentment, I agree with Nietzsche, a resentment about the surrounding social order. They have privileges, I don't. Or, I have them and I can't live up to them. Roger Scruton

---

**AK74-U**
Joined: Feb 2026 Posts: 4
EE: 0% (0) PA, USA

Posted: 3/3/2026 9:41:16 AM EDT [#25]

Is there a ballpark ETA on these?

I'm not sleeping well in anticipation

---

**heavyduty**
Throbbing Member
Joined: Nov 2000 Posts: 5045
EE: 100% (44) TX, USA

Posted: 3/3/2026 11:37:08 AM EDT [#26]

I'm starting to watch for a good donor clone for one of these - I don't think I want to put one in my HKs.

---

**bkpkr**
#6packclub
Joined: May 2007 Posts: 33905
EE: 100% (338) TN, USA

Posted: 3/3/2026 11:53:30 AM EDT [#27]

Quote History

> Originally Posted By heavyduty:
>
> I'm starting to watch for a good donor clone for one of these - I don't think I want to put one in my HKs.

Why not? I am.

Attached File

---

**KavonTN**
Member
Joined: Jan 2007 Posts: 3582
EE: 98% (42) GA, USA

Posted: 3/3/2026 1:01:21 PM EDT [#28]

I'll get two or three. 9mm full size, k, and hk53 clone all needing one.

Not a priority for me at all, but it would be cool if they could incorporate some of the burst stuff that's coming out for ARs too.

"Hokey religions and ancient weapons are no match for a good blaster at your side, kid."

---

**Corn-fed-556**
Joined: Mar 2025 Posts: 81
EE: 0% (0) KS, USA

Posted: 3/3/2026 2:17:26 PM EDT [#29]

My body is ready for the ARKH.

---

**heavyduty**
Throbbing Member
Joined: Nov 2000 Posts: 5046
EE: 100% (44) TX, USA

Posted: 3/3/2026 4:48:29 PM EDT [#30]

Quote History

> Originally Posted By bkpkr:
>
> Why not? I am.
>
> https://www.ar15.com/media/mediaFiles/125849/IMG_9373_jpeg-3722696.JPG

Risk vs. reward.

---

**bkpkr**
#6packclub
Joined: May 2007 Posts: 33906
EE: 100% (338) TN, USA

Posted: 3/3/2026 4:55:57 PM EDT [#31]

Risk of what? I mean, do what you want, just curious.

---

**heavyduty**
Throbbing Member
Joined: Nov 2000 Posts: 5047
EE: 100% (44) TX, USA

Posted: 3/4/2026 8:40:24 AM EDT [#32]

Quote History

> Originally Posted By bkpkr:
>
> Risk of what? I mean, do what you want, just curious.

Receiver damage. I would consider converting a HK once there is experience showing the FRT ROF is appropriate and that OOB is well controlled. Roller dents are a thing.

**SC_00_05**
Joined: Jan 2004 Posts: 3037
EE: 100% (24) USA

Posted: 3/7/2026 9:03:11 PM EDT [#33]

Quote History

> Originally Posted By 64FXR:
> Hopefully the issues with x39 guns gets figured out. This would make my PTR-32p interesting to shoot again.

Hell yes...PTR-32P would get one immediately after the MP5 clones if they can get it working. Would be awesome.

---

**maggiethecat**
Joined: Jan 2003 Posts: 33813
EE: 100% (54) TX, USA

Posted: 3/12/2026 3:00:26 PM EDT [#34]

Am I the only one checking the website twice a day for this?

---

**cryo_tech**
Joined: Feb 2012 Posts: 8711
EE: 100% (41) VA, USA

Posted: 3/12/2026 4:22:04 PM EDT [#35]

Quote History

> Originally Posted By maggiethecat:
> Am I the only one checking the website twice a day for this?

No. I need like 3 if they work

---



**Jeeps-And-Guns**
Member
Joined: Jan 2017 Posts: 3997
EE: 100% (60) AL, USA

Posted: 3/12/2026 4:48:31 PM EDT [#36]

I just ordered a AP5 in preparation for this....

---

**vt357**
Joined: Feb 2008 Posts: 126
EE: 100% (2) VA, USA

Posted: 3/12/2026 6:21:29 PM EDT [#37]

Quote History

> Originally Posted By maggiethecat:
> Am I the only one checking the website twice a day for this?



---



**jerz_subbie**
Acronym & abbreviation whore :-)
Joined: Jan 2007 Posts: 11360
EE: 100% (515) NC, USA

Posted: 3/12/2026 8:06:28 PM EDT [Last Edit: jerz_subbie] [#38]

Quote History

> Originally Posted By maggiethecat:
> Am I the only one checking the website twice a day for this?

I heard the more you check, the longer it takes.

Probably best you guys only check once per month.

Better yet, I'll let you know when I get mine. It'll be much easier that way.

Yes, it's a constant open window in my browser.

"When will the economy get better?" When you start spending!

"Grammar: the difference between knowing your sh*t and knowing you're sh*t!"

---

**networkguru**
Joined: Nov 2018 Posts: 8617
EE: 100% (3) SC, USA

Posted: 3/12/2026 8:28:13 PM EDT [Last Edit: networkguru] [#39]

Is it even mentioned on their website?
Not much updates on the production status pages.

---



**TxRabbitBane**
Fishing > Work
Joined: Feb 2005 Posts: 69945
EE: 100% (1) TX, USA

Posted: 3/12/2026 10:30:38 PM EDT [#40]

Holy crap, I'd be down for 2 (3 if it worked with a PTR in x39)

Not fly enough to be halal....

---



**constitutionlvr**
Heartless libertarian
Joined: Oct 2004 Posts: 5842
EE: 0% (0) TN, USA

Posted: 3/13/2026 12:51:49 AM EDT [#41]

Quote History

> Originally Posted By maggiethecat:
> Am I the only one checking the website twice a day for this?

I am not, but need to be and I don't own an MP5 or clone variant yet.

I carry, because I cherish life.

Team Ranstad

---



**Jeeps-And-Guns**
Member
Joined: Jan 2017 Posts: 3999
EE: 100% (60) AL, USA

Posted: 3/13/2026 7:56:01 AM EDT [#42]

I know one thing.
They will 100% not be able to make enough to keep up with demand.

Once that thing launches, it will be a huge money making machine.

---

**AK74-U**
Joined: Feb 2026 Posts: 8
EE: 0% (0) PA, USA

Posted: 3/13/2026 1:18:24 PM EDT [#43]

Quote History

> Originally Posted By maggiethecat:
> Am I the only one checking the website twice a day for this?

No. Every day. I'm ready.

**Jeeps-And-Guns** ★
Member
Joined: Jan 2017 Posts: 4001
EE: 100% (60) AL, USA

Posted: 3/14/2026 9:43:20 AM EDT [#44]

I am curious if they are going to do pre orders like they did with the arc-fire, or if they are going to just randomly drop them for sale on the site with no warning and those who just happen to visit and see them, can buy.
I know the internet will break their site and payment processor once the word gets out.

---

**RaptorFuel** ★
Shut up and color.
Joined: Aug 2008 Posts: 3348
EE: 100% (4) NH, USA

Posted: 3/14/2026 1:51:27 PM EDT [#45]

I'm ready!

Attached File

"Your enemy is never a villain in his own eyes. Keep this in mind; it may offer a way to make him your friend. If not, you can kill him without hate — and quickly." -Heinlein.

---

**tacklenut** ★
Member
Joined: Jan 2010 Posts: 3169
EE: 100% (85) NC, USA

Posted: 3/15/2026 10:19:51 AM EDT [#46]

Quote History

> Originally Posted By RaptorFuel:
> I'm ready!
> https://www.ar15.com/media/mediaFiles/167432/IMG_9155_jpeg-3729532.JPG

That looks great!

---

**heavyduty** ★
Throbbing Member
Joined: Nov 2000 Posts: 5077
EE: 100% (44) TX, USA

Posted: 3/15/2026 10:31:25 AM EDT [#47]

So, assuming a person wanted a clone to dedicate to a ARHK - what's the best cost effective choice? I think I'd want a full size for reliability and to avoid the need to dick around with locking pieces when you're shooting high rate of fire 147 subs suppressed like you have to in K guns.

I'm already in the MP5 ecosystem, branching out to something else like a Kuna with FRT doesn't make much sense.

---

**JTX23** ★
Member
Joined: Jan 2016 Posts: 7135
EE: 100% (22) TX, USA

Posted: 3/15/2026 11:33:11 AM EDT [Last Edit: JTX23] [#48]

Quote History

> Originally Posted By heavyduty:
> So, assuming a person wanted a clone to dedicate to a ARHK - what's the best cost effective choice? I think I'd want a full size for reliability and to avoid the need to dick around with locking pieces when you're shooting high rate of fire 147 subs suppressed like you have to in K guns.
> I'm already in the MP5 ecosystem, branching out to something else like a Kuna with FRT doesn't make much sense.

AP5 with a navy lower would be my pick for a sub gun.

HK21 would be amazing.

A 53 in 300BO would be cool but that wouldn't be my first pick.

Sorry, I realize that 2 of the 3 are not cost effective

---

**Jeeps-And-Guns** ★
Member
Joined: Jan 2017 Posts: 4009
EE: 100% (60) AL, USA

Posted: 3/15/2026 7:22:10 PM EDT [#49]

Quote History

> Originally Posted By heavyduty:
> So, assuming a person wanted a clone to dedicate to a ARHK - what's the best cost effective choice? I think I'd want a full size for reliability and to avoid the need to dick around with locking pieces when you're shooting high rate of fire 147 subs suppressed like you have to in K guns.
> I'm already in the MP5 ecosystem, branching out to something else like a Kuna with FRT doesn't make much sense.

I just picked up a AP5 navy and I like it so far.
Shot it for the first time today. 100 rounds with no issue.

---

**tripntx** ★
Member
Joined: Dec 2001 Posts: 392
EE: 0% (0) TX, USA

Posted: 3/15/2026 9:36:35 PM EDT [#50]

Quote History

> Originally Posted By heavyduty:
> So, assuming a person wanted a clone to dedicate to a ARHK - what's the best cost effective choice? I think I'd want a full size for reliability and to avoid the need to dick around with locking pieces when you're shooting high rate of fire 147 subs suppressed like you have to in K guns.
> I'm already in the MP5 ecosystem, branching out to something else like a Kuna with FRT doesn't make much sense.

I purchase my first MP5 style firearm due to ASD announcing the future ARHK. My choice was the MKE AP5SD. Now that I have it in hand, I'm debating getting a MKE AP5 to keep the AP5SD company. I briefly considered the AP5P but ultimately decided the regular AP5 would be better for my use.

---

## Sign up to continue the discussion

Create a free account to share your thoughts, follow topics, and connect with the AR15.COM community.

Register to Reply

Already a member? Sign In

Previous Page 4 / 13 Next Page

AS Designs ARHK (Page 4 of 13)

Home / AR-15 / Rate of Fire Triggers

AR Sponsor BRAVO COMPANY USA LIFE SAVING TOOLS Modern

Active Topics Newest Topics Code of Conduct

AR15.COM

The world's largest firearm community and is a gathering place for firearm enthusiasts of all types.
From hunters and military members, to competition shooters and general firearm enthusiasts, we welcome anyone who values and respects the way of the firearm.

GIFs on this site are Powered by GIPHY

Quick Links
Blog
Deals
Equipment Exchange
Forums
Memberships

Info
About
Advertising
DMCA
Help
Privacy Policy
Your Privacy Choices

Stay Updated
Subscribe to our monthly Newsletter to receive firearm news, product discounts from your favorite Industry Partners, and more.
Email Address
Subscribe

© 1996-2026 AR15.COM LLC. All rights reserved.