# EXHIBIT 62

The /r/Firearms Community

517 Boycott Rare Breed (self.Firearms)
submitted 8 months ago by Jerryd1994

Attention all 2A supporters Rare Breed is suing Hoffman Tactical for the supper safety design. Rare Breed has recently amended its patent on the FRT to include the function of the supper safety. Its important to note that the Hoffman super safety predates the changes to the rare breed patent. Hoffman freely distributed the designs of the super safety to the firearms community at large. Rare Breeds litigious machinations are not only an attack on Hoffman Tactical but the 2nd Amendment community at large, boycott and divest yourself of Rare Breed products.

133 comments share save hide report crosspost

all 133 comments
sorted by: best

save content policy formatting help

[–] SBR_AK_is_best_AK 358 points 8 months ago
Part of their settlement with the ATF was they would aggressively defend their patent.
permalink embed save report reply

[–] [deleted] 8 months ago
[removed]

[–] 1Crusty_Old_Man 51 points 8 months ago
They made a deal to save money.
They were going to win in court. Yet they took a settlement so they could get back into business.
permalink embed save report reply

[–] CrashingTiger 14 points 8 months ago
winning in court is never guaranteed. All the government has to do is fabricate evidence against you.
permalink embed save parent report reply

[–] akbuilderthrowaway 126 points 8 months ago
Their patent is fundamentally bullshit. A forced reset trigger of the exact same design was patented before the nfa was even signed into law. Further to that point, the super safety doesn't even glance the edges of either the 1934 patent or either of rare breed's patents.
permalink embed save parent report reply

[–] [deleted] 74 points 8 months ago
The super safety isn't infringing on their patent.
permalink embed save parent report reply

[–] SBR_AK_is_best_AK 68 points 8 months ago
I bet a lawyer billing hours found a way to argue that it does. The evidence being they are moving forward.
I think its dumb but...
permalink embed save parent report reply

[–] [deleted] 32 points 8 months ago
The idea is to bleed the other person dry with legal fees so they settle. Not prove you're correct.
permalink embed save parent report reply

[–] CrashingTiger 5 points 8 months ago
facts. Civil suits are just legalized extortion.
permalink embed save parent report reply

[–] letigre87 12 points 8 months ago
They probably figure it'll cost more to fight and force them to settle or tie it up in court until they go bankrupt.
permalink embed save parent report reply

[–] AspirantVeeVee female 11 points 8 months ago
Jp Morgan v Westinghouse, hoe Edison stole all of Tesla's patents
permalink embed save parent report reply

[–] Miserable_Ad_2847 17 points 8 months ago
They also purchased a patent from twin bros who patented the Hoffman so now they are currently defending "their" patent.
permalink embed save parent report reply

[–] akbuilderthrowaway 16 points 8 months ago
Uhhh, that's not how that works at all.
permalink embed save parent report reply

[–] mmm_burrito 6 points 8 months ago
This came up in another thread and someone posted a screenshot of their early website (from internet archive) displaying text that showed they were selling the "Hoffman" FRT or super safety or whatever. I don't remember the specific language, except that they definitely acknowledged it was a Hoffman design.
permalink embed save parent report reply

[–] Miserable_Ad_2847 3 points 8 months ago
Yeah I'm not a lawyer but that was my understanding of the situation
permalink embed save parent report reply

[–] Jerryd1994 [S] 12 points 8 months ago
You can't patent a design that existed before the patent Hoffman posted his designs online before Twin Bros patented it
permalink embed save parent report reply

[–] AlphaTangoFoxtrt Not-Fed-Boi 10 points 8 months ago
Doesn't matter. The punishment is the process. Getting sued costs thousands of dollars and unless the lawsuit is wholly frivolous it's unlikely you get awarded legal fees if you win.
permalink embed save parent report reply

[–] [deleted] 4 points 8 months ago
Oh yeah 100%. I comment on that below.
permalink embed save parent report reply

[–] SquareHoleRoundPlug 4 points 8 months ago
If someone put it out for free and someone patents it then they can say anyone else is infringing on their patent. What Hoffman should have done was patent it and then put it out for free.
permalink embed save parent report reply

[–] sandmansleepy 2 points 8 months ago
Yes, as silly as it sounds, it is a race to patent, not to invent.
permalink embed save parent report reply

[–] Fistulina 8 points 8 months ago* (last edited 8 months ago)
They could do that by licensing, which would likely be the best for RB and the community as a whole. Suing for infringement isn't a requirement to defend patent rights - patents don't have the same monitoring and action requirements as trademarks.

Asserting their patents against other designs like they have been is a choice. Hopefully Hoffman and others can start pushing back. Seems like they'd have a good shot at getting the RB patents restricted through IPR; or submitting their designs to the USPTO when the next RB applications publish.

Edit: I stand corrected - while infringement actions aren't a requirement for the patent itself, the ATF-RB settlement agreement does show RB agreeing to:

"take all reasonable efforts to engage in patent enforcement seeking prohibitory injunctions against any person or entity that manufacturers, sells, or distributes any FRT during the life of U.S. Patent No. 10,514,223 patent, provided RBT, Mr. DeMonico, and Mr. Maxwell have a good faith argument that the device is within the scope of the patent."

It's a weird way to phrase it, but does look to lock RB into actually bringing suit with injunctive relief.
permalink embed save parent report reply

[–] airmech1776 MR920 / Panty Raider / PWS / 4x Suppressor 5 points 8 months ago
They are not defending their patent, the super safety design functions completely differently. I believe Hoffman made a video on this topic months ago. Rare Breed is basically throwing shit at the wall, hoping smaller companies wont be able to fight the court battle.
permalink embed save parent report reply

[–] Optimal-Cucumber1933 2 points 6 months ago
While yes, they DID "cut a deal" with the commie alphabet boys by essentially agreeing with the court's decision to "take all reasonable efforts "to pursue injunctions against competitors manufacturing, selling, or distributing, or

search

this post was submitted on 24 Dec 2025
517 points (91% upvoted)
shortlink: https://redd.it/1puqqv6

Submit a new link

Submit a new text post

**Firearms**

join

Show my flair on this subreddit. It looks like:
JSoucek77 (edit)

Discuss firearms, politics, 2nd amendment news. We value freedom of speech as much as we do the right to keep and bear arms. Posts must be somewhat related to firearms and must comply with the Global Reddit Rules.

Wiki: /r/firearms wiki

Until further notice, all posts pertaining to gun deals, sales, and of course the distribution of 3d printing files are prohibited. If you are interested in 3d printed firearms, just go to Google and type in exactly **Deterrence Dispensed** or **AWCY**.

Please come discuss what we can, because it may only be a matter of time before this and all firearms-related subreddits are removed from the site.

In this subreddit, we value Freedom of Speech as much as we value The Right to Keep and Bear Arms. Discourse is encouraged on this open-minded forum, and all firearms-related content moderation will be left to the mercy of the voting system.

We actively moderate all posts and comments that are either off-topic or violate the Reddit Content Policy.

Please be aware, when posting about state level bills and laws, tagging the post at the beginning with either the state or state abbreviation in brackets is best practice. Lack of tagging will assume national interest.

Politics Free Filter

Meme Free Filter

**The Four Rules of Gun Safety:**

- Treat **all** guns as if they are always loaded
- Never let the muzzle cover anything you are not willing to destroy.
- Keep your finger off the trigger until your sights are on the target.
- Be sure of your target and what is beyond it.

*Gun Safety Wiki*
Hickock45 video on Gun Safety
NSSF video on Range Safety and Etiquette
Assault weapon talking points [1] [2]

**Subreddit Rules:**

- No Boogaloo content.
- No advocating for violence, death, or self harm against others.
- Posts must somewhat relate to firearms.
- Transactions involving ammunition and items defined as firearms by the ATF are prohibited.
- Do not leave Reddit usernames visible in screenshots.
- No ban celebration posts.
- Do not promote brigading or harassment of other subs
- the rest of the rules are here

**Firearms Factsheet 2022**

**Plans for a reloading bench (thanks to /u/Faux_Squatch) Direct Plans**

**Related Subs**

**Please PM The /r/Firearms Moderation Team if you would like your firearm-related subreddit added to this list.**

*Archived sub links can be found here.*

**Politics**

| | |
|---|---|
| **General politics** | |
| /r/DGU | /r/GunControl |
| /r/GunPolitics | /r/GunResearch |
| /r/2ALiberals | /r/liberalgunowners |
| /r/NOWTTYG | /r/Politics |
| /r/ProGun | /r/SecondAmendment |
| /r/USMilitia | /r/pro2aliberals |
| /r/PoliticalDebate | - |
| **Micronations** | |
| /r/Liberland | /r/libertarian |

**Platforms**

| | |
|---|---|
| /r/1022 | /r/1911fans |
| /r/1911 | /r/AK47 |
| /r/AR10 | /r/AR15 |
| /r/BlackPowder | /r/FNFAL |
| /r/Galil | /r/Handguns |
| /r/Mini14 | /r/MosinNagant |
| /r/MP5 | /r/ptr91 |
| /r/Revolvers | /r/Shotguns |
| /r/SKS | /r/Tavor |

**Misc**

| | |
|---|---|
| /r/3gun | /r/Airguns |
| /r/BlackGunOwners | /r/CCW |
| /r/ClayBusters | /r/CompetitionShooting |
| /r/CowboyAction | /r/HomeDefense |
| /r/Hunting | /r/LeftyGuns |
| /r/LongRange | /r/NFA |
| /r/OpenCarry | /r/PinkPistols |
| /r/SmallGroups | /r/SocialistRA |
| /r/Suppressors | /r/jewishguns/ |

**Manufacturers**

facilitating the creation of, competing FRTs." It is a COMPLEX web of patent and intellectual property law, as well as government bureaucracy, that I am pretty sure most Redditors don't have the legal degree to fully understand. RBT's FRT patent will eventually expire. Until then, we should support Hoffman and many others, AS WELL AS focus on UNCONSTITUTIONAL bills such as SB25 003, House Bill 2320, and repealing the NFA. Without the tax stamp, it is, by every rule and definition of the law, unconstitutional and an illegal act.

permalink embed save parent report reply

[–] TheHancock **FFL 07 | SOT 02** 6 points 8 months ago

I don't blame them, go to prison for life or become the douchebag who has to sue everyone...

But I still don't support it. Lol

permalink embed save parent report reply

[–] rocko430 9 points 8 months ago

the life of a patent troll. its messed up how this and copyright laws became a frugal income channel for jerks

permalink embed save parent report reply

[–] Leafy0 12 points 8 months ago

This is their chance to get their whole patent thrown out so they end up basically free from their deal with the atf.

permalink embed save parent report reply

[–] 1Crusty_Old_Man 5 points 8 months ago

They weren't going to prison. They were winning the case.

They took a settlement with the DOJ so they could get back to selling their product.

permalink embed save parent report reply

[–] Jerryd1994 [S] 3 points 8 months ago

even if thats the case we can not financially enable a government sanction theft

permalink embed save parent report reply

[–] AspirantVeeVee **female** 3 points 8 months ago

That's what we call a monopoly and corruption.

permalink embed save parent report reply

*[+] Right_Box2580 1 point 6 months ago (0 children)*

[–] 2dazeTaco 102 points 8 months ago

I really wanted to get an FRT prior to the ban in Minnesota. But after going down the Rare Greed rabbit hole, I decided to not move forward.

I get that they dropped a lot of money on the lawsuits and there were probably a ton of legal fees involved. But the firearms community needs to stick together, and I won't fund anyone that says otherwise.

permalink embed save report reply

[–] HellBringer97 44 points 8 months ago

Arizona Regulator AZR-15 FRT is my absolute go-to now. That shit is AMAZING.

permalink embed save parent report reply

[–] TheHancock **FFL 07 | SOT 02** 20 points 8 months ago

Atrius super selektor is super easy to install and functions great! (And it's 3 position)

permalink embed save parent report reply

[–] HellBringer97 11 points 8 months ago

The same with the AZR! Had to break out my jeweler file set for the upper receiver part because it is a bit proud, but it functions perfectly.

Definitely recommend anti-walk pins though if you use the trigger pin that comes with it because it walked itself out on my M16A1 clone. Put the original trigger pin back in so it *should* be fine now but the redundancy is nice to have.

Going to order a second AZR for my M4A1 clone.

Photo is of the upper receiver part after filing it a hair to fit perfectly.

<image>

permalink embed save parent report reply

[–] maybeitsjack 9 points 8 months ago

X2 for the Atrius, me and my buddies have them and they work great in every build we've used them in.

permalink embed save parent report reply

[–] Inevitable-Sleep-907 [🍰] 52 points 8 months ago

If you haven't been boycotting them since they sold out in a guaranteed W in court you're part of the problem

permalink embed save report reply

[–] TheHancock **FFL 07 | SOT 02** 32 points 8 months ago

I met the owner of Rare Breed at Can Con a few weeks back. Dude listed off every FRT/Super Safety you have ever heard of and was like "yup, we're suing them all😈" he also said he was developing an FRT for basically everything. He listed like 20 guns... so we'll see.

permalink embed save report reply

[–] Jerryd1994 [S] 40 points 8 months ago

We have a duty to put him out of business by not buying his products also we need to pressure content creators to boycott

permalink embed save parent report reply

[–] x5060 44 points 8 months ago

He sounds like a piece of shit.

permalink embed save parent report reply

[–] 1Crusty_Old_Man 12 points 8 months ago

He can't develop FRT's for handguns. That was part of the settlement with the DOJ.

permalink embed save parent report reply

*[+] Scared-Tourist7024 1 point 8 months ago (1 child)*

*[+] [deleted] 1 point 2 months ago (0 children)*

[–] LivingHereNow 76 points 8 months ago

To everyone saying this is the ATF's fault and not RB's, no lmao. RB's a bunch of cucks who made a deal with the devil to save their skin. Fuck em

permalink embed save report reply

[–] x5060 22 points 8 months ago

Two things can be true. Their both pieces of shit.

permalink embed save parent report reply

[–] gunfriends 8 points 8 months ago

What should have rare breed done instead?

permalink embed save parent report reply

[–] LivingHereNow 47 points 8 months ago

Fight back against the ATF in court, rather than taking a cowardly deal and chosing to attack Hoffman.

permalink embed save parent report reply

[–] TheHancock **FFL 07 | SOT 02** 20 points 8 months ago

Unrelated, but Glock should have fought back too!

permalink embed save parent report reply

[–] LivingHereNow 7 points 8 months ago

True! But you drop switches in V's too so that's a moot point thankfully

permalink embed save parent report reply

[–] TheHancock **FFL 07 | SOT 02** 7 points 8 months ago

Yeah. That makes me really happy. Lol just as an "F you".

But they set a precedent for states and groups to sue gun manufacturers now...

permalink embed save parent report reply

[–] Fredlyinthwe 3 points 8 months ago

They weren't sued, they were threatened with a suit and folded like bitches. Ruger makes a Glock clone, got the same letter and told the attorney to pound sand so we'll see if they actually try it

permalink embed save parent report reply

[–] JayPolar91 12 points 8 months ago

The entire legal system is broken why are we letting the rich make the rules? There are 100x more of us than there are of them WE SHOULD BE MAKING THE RULES.

permalink embed save report reply

[–] guthepenguin 8 points 8 months ago

Ah, the Nintendo approach.

permalink embed save report reply

[–] h34vier got sig? 1 point 8 months ago

My first thought too.

permalink embed save parent report reply

[–] airmech1776 **MR920 / Panty Raider / PWS / 4x Suppressor** 5 points 8 months ago

You are correct sir. Keep spreading the word!

permalink embed save report reply

| | |
|---|---|
| /r/Armalite | /r/Beretta |
| /r/Caracal_Firearms | /r/CZFirearms |
| /r/Daewoo | /r/Glocks |
| /r/HecklerKoch | /r/Kahr |
| /r/KRISS | /r/Makarov |
| /r/Ruger | /r/Saiga |
| /r/SIGSauer | /r/SmithAndWesson |
| /r/SpringfieldArmory | /r/Steyr |
| /r/Tanfoglio | /r/Taurus_firearms |
| /r/Walther | /r/henryrifles |

**Locations**

State/regional subreddits

| | |
|---|---|
| /r/ALGuns | /r/MSGuns |
| /r/AKGuns | /r/MOGuns |
| /r/AZGuns /r/ArizonaGuns | /r/MTGuns |
| /r/ARGuns | /r/NDGuns |
| /r/CAGuns | /r/NEGuns |
| /r/COGuns /r/ColoradoGuns | /r/NJGuns |
| /r/CTGuns | /r/NVGuns |
| /r/DEGuns | /r/NHGuns |
| /r/DCGuns | /r/NJGuns |
| /r/FLGuns | /r/NMGuns |
| /r/GAGuns | /r/NYGuns |
| /r/HIGuns | /r/OKShooters |
| /r/IDGuns | /r/OHGuns |
| /r/ILGuns | /r/ORGuns |
| /r/INGuns | /r/PAGuns |
| /r/IAGuns | /r/RIGuns |
| /r/KSGuns | /r/SCGuns |
| /r/KYGuns /r/Kentuckianaguns | /r/SDGuns |
| /r/NCGuns | /r/TNGuns |
| /r/LAGuns | /r/TexasGuns |
| /r/MDGuns | /r/UTGuns |
| /r/MAGuns | /r/VAGuns |
| /r/MEGuns | /r/VTGuns |
| /r/MIGuns | /r/WA_Guns |
| /r/MNGuns | /r/WVGuns |
| /r/NCGuns | /r/WIGuns |
| - | /r/WYGuns |

Other regional/international gun subreddits

| | |
|---|---|
| /r/AusGuns | /r/CanadaGuns |
| /r/SwissGuns | /r/SwitzerlandGuns |
| /r/BayAreaGunMeetups (CA) | /r/pdsgunnuts (OR) |
| /r/KCGuns (MO) | /r/PhillyGuns (PA) |
| /r/AustinGuns (TX) | /r/DFWGuns (TX) |
| /r/HoustonGuns (TX) | /r/SanAntonioGuns (TX) |
| /r/Armes_a_feu/ | /r/EuropeGuns/ |
| /r/GardenStateGuns/ (NJ) | - |

**General**

| | |
|---|---|
| /r/Firearms | /r/ForgottenWeapons |
| /r/GunCleaning | /r/GunDeals |
| /r/gecko45 | /r/GunniTXT |
| /r/GunPorn | /r/Guns |
| /r/preppers | /r/prepping |
| /r/collapse | - |

**DIY**

| | |
|---|---|
| Targets for Free | |
| /r/fosscad | /r/CastBoolits |
| /r/CustomHolsters | /r/DIYGuns |
| /r/FunnyGun | /r/GunDesign |
| /r/Gunsmithing | /r/Reloading |

**Calibers**

| | |
|---|---|
| /r/9mm | |
| /r/10MM | /r/22LR |
| /r/300BLK | /r/65Grendel |
| /r/68SPC | /r/Rimfire |

**Defend your rights:**

**Join the Gun Owners of America**
**Join the Second Amendment Foundation**
**Join the NRA**
**Join the Firearms Policy Coalition**
**Join the JPFO**
**Join the NAAGA**
**Join American Suppressor Association**
**Join Armed Equality**

**More Info**

- Run out of new posts to read? Try the Reddit Gun Network for more content!
- Assault Weapons vs. Assault Rifles
- Gun Control Myths and Facts

created by TheSixFeet a community for 16 years

MODERATORS

MESSAGE THE MODS

intelw1zard **potion seller**
kcexactly **AR-10s save more lives**
TacTurtle **RPG**
Gyp2151 **liberal blasphemer mod**
Franticalmond2 **World's #1 .25 ACP Fan**
ReedNakedPuppy **M1 Carbines save the most lives**
autosear **Gunnit's Most Wanted**
AutoModerator
HelpfulJanitor
only-flairs

...and 2 more »

account activity

[–] ThatNiceBlakGuy 5 points 8 months ago
It sucks that they are the only frt that ships to Flordia since it technically doesn't break the shitass ROF rule in place but I'd rather take the high ground
permalink embed save report reply

[–] Snozzallos 4 points 8 months ago
3d is killing this industry anyway. I yawned.
permalink embed save report reply

[–] d-unit24 12 points 8 months ago
I'll go without before I go with rare breed
permalink embed save report reply

[–] x5060 10 points 8 months ago
head over r/supersafety Plenty of reputable vendors.
permalink embed save parent report reply

[–] d-unit24 6 points 8 months ago
<image>
Yessir. Way ahead of you there 😉 🤣
permalink embed save parent report reply

[–] x5060 4 points 8 months ago
FUCK YEAH! I got a century arms AP5P and I'm SBRing it when its free!
permalink embed save parent report reply

[–] d-unit24 4 points 8 months ago
That's my goal on this one too hahaha. And I'm jelly, I love this full-size but I really want the k model next.
permalink embed save parent report reply

[–] x5060 3 points 8 months ago
Hell yeah! Im gonna get the old school 80's side folder and forward grip once its SBRed. The old school MP5K-PDW has been my dream gun since I was a kid.
Do a slap for me brother!
permalink embed save parent report reply

[–] [deleted] 2 points 8 months ago
The only justification for single point slings is that one gun.
IMHO, of course
permalink embed save parent report reply

[–] d-unit24 1 point 8 months ago
You're not wrong, the single point kinda sucks from a use standpoint, but it's got major aesthetics haha. I've got the factory sling that came with it but it's more of a chore to use with the brace so I swapped it out
permalink embed save parent report reply

[–] d-unit24 2 points 8 months ago
Heck yeah! These guns are definitely addictive. You can't just have one. I'll give mine a hearty slap for you while watching die hard later this evening!
permalink embed save parent report reply

[–] Successful_Error9176 11 points 8 months ago
The company is owned by a lawyer that serves as it's own general counsel. They probably put the provision to defend their patent into the settlement with the ATF themselves, because they are their own lawyers.
But all of this is neither here nor there. As these court cases play out, they further the legal precedent that FRT devices are legitimate and cannot be simply banned.
Buy whatever FRT or SS that you want, companies will come and go. Design your own new FRT that is novel and keep this innovation going. Eventually the market will settle and manufacturers will sell complete guns with their own FRT as a factory option if the legal landscape improves through repeated court cases and legal definitions.
permalink embed save report reply

[–] Underwater_Karma 19 points 8 months ago
The ATF blackmailed Rare Breed into this.
ATF agreed to stop illegally harassing RB and their customers over their fully legal FRT, if and only if RB agreed to never develop a pistol FRT, and to "aggressively defend" their patent...i.e. Sue anyone that makes a FRT.
This isn't an attack on the 2nd Amendment by RB, this is their malicious compliance with the agreement that will result in losing the lawsuit and weakening if not eliminating the agreement
RB is not the enemy here, the ATF is..as usual
permalink embed save report reply

[–] Jerryd1994 [S] 7 points 8 months ago
It is an attack on the second amendment its compliance with the ATF I will not own a glock for this reason.
permalink embed save parent report reply

[–] Underwater_Karma 0 points 8 months ago
I understand your principles entirely.
I haven't owned a Smith and Wesson since 2000, and i never will again.
permalink embed save parent report reply

[–] Physical-Ad-2349 2 points 1 month ago
Who cares?
permalink embed save parent report reply

[–] x5060 17 points 8 months ago
They are both the enemy. Don't make excuses for them. RB made the choice to try and fuck over the 2a community.
permalink embed save parent report reply

[–] Night_Raptor_22 6 points 8 months ago
I'd argue that going all the way back to the 1930's, the government is the real villain.
They wanted to stop a problem (gangsters) that they created (Prohibition). But at the 11th hour, they removed pistols from the NFA, but left in all the stuff that they saw as circumventing the NFA (SBR, SBS, AOW).
The whole thing is unconstitutional and should have never been a thing. Now we get to deal with it almost 100 years later, and are still getting fucked by the feds.
Sorry, I'm a little salty over the whole thing.
And don't even get me started on car import stuff...
permalink embed save parent report reply

[–] x5060 2 points 8 months ago
Yeah Im working on getting a Kei-truck. I get it. Also no notes on the fed rant. A+
permalink embed save parent report reply

[–] Night_Raptor_22 2 points 8 months ago
Hell yeah! All of the Kei car stuff is pretty dope, even if you get looks from those that think it effeminate to drive such things. Fuck the haters, those cars and trucks are tits.
I just want a RHD Hilux to make into a technical... 😭
Thanks for the grade, brother! 🤜 🤛
permalink embed save parent report reply

[–] x5060 2 points 8 months ago
Effeminate? The k-truck I'm trying to get run on a 667cc race motorcycle engine, has a 3 direction dump bed/scissor lift, climbs 36% grades (Ford doesn't advise any more than a 13% grade for their pavement princess f150), has a low and ULTRA low gear and a PTO for farm equipment (I want to eventually get a 500kg crane and articulated power auger for it). Haha!
But now Im thinking of a Kei-technical.... I do have a Japanese Type 99 Nambu LMG....
permalink embed save parent report reply

[–] Night_Raptor_22 2 points 8 months ago
I wasn't throwing shade man, sorry if it came across that way.
You know how haters gonna hate... those are the douche-jockeys that think their mall-crawlers have to have 24" rims and 12" lift kits, and anything less is for girls and guys who eat soy. I love the idea of a Kei Technical. Not sure the Nambu would be my first choice (because I don't have one), even though it is the most fitting option. I think the practical choice here would be to get one of those dual Ruger 10/22 mounts that turns them into a hand crank, Gatling style, anti air gun looking setup.
It's cheap to shoot and the ammo is prevalent. But, I'm not one to piss in others Cheerios, though I am curious how you managed to acquire a Japanese LMG... and if it's functional...
(Send photos when complete 😁 )
permalink embed save parent report reply

[–] x5060 1 point 8 months ago
> I wasn't throwing shade man, sorry if it came across that way.

Nah fam, we good. I hear that from other people though. That's just my response, afterward regular truck guys usually ask more questions.
permalink embed save parent report reply

[–] Night_Raptor_22 1 point 8 months ago

I have 2 trucks, both various levels of broken, but I'd gladly trade either of them for a Kei truck with heat at this point. (Yes, one is a Ford 🤣)

There is a car lot here in my town that has one for sale, but I'm pretty sure they are asking way too much for it. Not just because I'm not in a position to afford one, but I'm sure they want about double what it's worth. Plus, that place is already pretty shady. I've know people who had vehicles breakdown on the test drive, and it's not a one-off thing either.

permalink embed save parent report reply

[–] Night_Raptor_22 1 point 8 months ago

How do you feel about Die Hard?

Christmas movie, or nah?

permalink embed save parent report reply

[–] x5060 1 point 8 months ago

100% christmas movie. Its not christmas if hans doesnt fall.

permalink embed save parent report reply

[–] Night_Raptor_22 1 point 8 months ago

Hells yeah!

Did we just become best friends?! 😂

permalink embed save parent report reply

[–] x5060 2 points 8 months ago




permalink embed save parent report reply

[–] shatteringlass123 2 points 8 months ago

If you put an Rare breed trigger in an AR pistol isn't that just violating there own thing?

permalink embed save parent report reply

[–] Underwater_Karma 2 points 8 months ago

Very good question.

permalink embed save parent report reply

[–] TacosNGuns 1 point 8 months ago

RB owner is an attorney. This is a strategy. He's getting what he wants: eliminating his competitors.

permalink embed save parent report reply

[–] patty_OFurniture306 4 points 8 months ago

It could just be performative for the atf will have to wait to see what happens . It's possible they could do some shenanigans saying the other design uses us so here's a license to use the patent and now their products are legal too? Idk it's possible there's some legal thing they're trying for not necessarily being dicks... Is also possible they are or are being forced to be. Not an IP lawyer

permalink embed save report reply

[–] smokeyser 2 points 8 months ago

Their triggers are illegal here, but I suppose I could also not buy one because of this.

permalink embed save report reply

[–] [deleted] 4 points 8 months ago* (last edited 8 months ago)

You guys are reeetards 😂

The only reason you are still able to buy super safety devices and other frt devices is because of Rarebreed. They are the only company that went to court against the ATF. Everything would have been locked down had they not done this.

Courts can decide who and who is not infringing on their patents. They loose and then that company can keep selling them.. They did have a lot of companies infringing on their patent prior to the ATF settlement and had lawsuits then.

Most companies are going to take great measures to make sure their patents are not being infringed on regardless. Especially since everyone and their grandma is making FRT triggers now.

Rarebreed currently has one of the most robust and reliable FRT triggers on the market today.

permalink embed save report reply

[–] Jerryd1994 [S] 7 points 8 months ago

The problem is that Hoffman dose not manufacture the super safety he has endorsed super safeties that are manufactured with metal but the initial design was placed on the internet for anyone to 3d print. This be like Glock suing AWCY for there 3d printed frames.

permalink embed save parent report reply

[–] [deleted] 8 months ago

[deleted]

[–] [deleted] 1 point 8 months ago

That is your choice. Coming on forums and YouTube to bitch reminds me of the whole DeadAir Reddit gay hive mind posts. Not really warranted.

These other companies all care about their profit and are not supporting your 2A rights. That alone makes all of you look like stupid idiots.

Anyway, you better stop bitchin and enjoy the FRTs while you can 😂. The legality will soon end in some way or form.

permalink embed save report reply

[–] hotelwhiskey777 4 points 8 months ago

Please explain to me how one would "divest" themselves from rare breed products?

If there is a boycott, it's not like you could sell it on the second hand market. If you've already given money to purchase it, you throwing your trigger in the garbage isn't hurting anyone but you.

permalink embed save report reply

[–] x5060 8 points 8 months ago

Keep it, use it, never buy another RB, and advise everyone you know never to purchase their product.

permalink embed save parent report reply

[–] hotelwhiskey777 1 point 8 months ago

That's not what divesting means.

permalink embed save parent report reply

[–] Dracon1201 1 point 8 months ago

Selling it 2nd hand is depriving RB of a potential 2nd sale.

permalink embed save parent report reply

[–] hotelwhiskey777 3 points 8 months ago

A solid 2nd hand market makes purchasing a new one more likely, because if you don't like it, you can always just sell it easily.

permalink embed save parent report reply

[–] Dracon1201 0 points 8 months ago

A weak market will always ensure that RB gets the sale. A strong secondary market provides an alternative that undercuts RB and gives people a place to do that.

permalink embed save parent report reply

[–] hotelwhiskey777 0 points 8 months ago

People are more likely to buy a new product if there is a good 2nd hand market. This is a fact.

If people are completely boycotting a product, they don't buy it 2nd hand either.

You must be bored that on Christmas, you just want to argue.

permalink embed save parent report reply

[–] Dracon1201 0 points 8 months ago

It's okay, I hope you have the Christmas you deserve

permalink embed save parent report reply

[–] hotelwhiskey777 1 point 8 months ago

Lol. You are wrong and can't cope.

permalink embed save parent report reply

[–] SeaFaringPig 4 points 8 months ago

They are required to sue all other manufacturers of similar type triggers due to their settlement with the ATF. As I understand it, this was a condition.

permalink embed save report reply

[–] tghost474 Wild West Pimp Style 1 point 8 months ago
And? Doesnt mean they had to comply or make a half ass attempt. This is them being greedy
permalink embed save parent report reply

[–] SeaFaringPig 3 points 8 months ago
Yes. It was a court settlement. They have to comply or be shutdown or face further legal battles.
permalink embed save parent report reply

[–] [deleted] 2 points 8 months ago
Fuck rare breed
permalink embed save report reply

[–] Jerryd1994 [S] 2 points 8 months ago
While I agree with you we need to keep it civil so the mods don't take the post down
permalink embed save parent report reply

[–] [deleted] 1 point 8 months ago
Fuck the mods
(No the mods are awesome here it's a joke merry Xmas)
permalink embed save parent report reply

[–] tghost474 Wild West Pimp Style 1 point 8 months ago
No shit
permalink embed save report reply

[–] Kaitlin4475 1 point 8 months ago
East Valley Tactical APC9K SD2 enjoyer here. So rare breed is a requirement in order to keep the godly B&T warranty.
permalink embed save report reply

[–] maybeitsjack 2 points 8 months ago
Theyre local to me and i wanna do their GHM9 upgrade, but damn its a pretty penny. The AS designs lower is an interesting idea, and its listed to cost $500, but theyre not selling it yet.
permalink embed save parent report reply

[–] Kaitlin4475 1 point 8 months ago
Does the AS Designs retain the warranty?
permalink embed save parent report reply

[–] maybeitsjack 1 point 8 months ago
https://activesafetydesigns.com/b-t/ar-b-t-ghm9-lower-b-t-mag/
No mention of it, so probably not. But it costs half as much and can be swapped back to the original configuration if desired.
permalink embed save parent report reply

[–] Kaitlin4475 1 point 8 months ago
The rare breed requires machining of the upper of an APC9K as well as machining a slot for a trip. Warranty retained.
I'd buy that for $850 plus a rare breed 3 pos.
permalink embed save parent report reply

[–] SetNo8186 1 point 8 months ago
Let them fight.
permalink embed save report reply

[+] billoo18 comment score below threshold (2 children)
[+] Ok_Crab_3522 comment score below threshold (7 children)
[+] R_Shackleford comment score below threshold (4 children)

about
blog
about
advertising
careers

help
site rules
Reddit help center
reddiquette
mod guidelines
contact us

apps & tools
Reddit for iPhone
Reddit for Android
mobile website

<3
reddit premium

Use of this site constitutes acceptance of our User Agreement and Privacy Policy. © 2026 reddit inc. All rights reserved.
REDDIT and the ALIEN Logo are registered trademarks of reddit inc.

π