# EXHIBIT 63

GET NEW REDDIT MY SUBREDDITS HOME - POPULAR - ALL - USERS | ASKREDDIT - PICS - FUNNY - MOVIES - GAMING - WORLDNEWS - NEWS - TODAYILEARNED - NOTTHEONION - EXPLAINLIKEIMFIVE - MILDLYINTERESTING - DIY - VIDEOS - OLDSCHOOLCOOL - TWOXCHROMOSOMES - TIFU - MUSIC - BOOKS - LIFEPROTIPS - DATAISBEAUTIFUL - AWW - SCIENCE - SPACE - SH EDIT »

AUG comments

JSoucek77 (1) | | | | preferences | logout

43

RB jus trying to sue anyoneee! (i.redd.it)
submitted 8 months ago by xDroMethazine
31 comments share save hide report crosspost


IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT
OF NORTH CAROLINA

RARE BREED TRIGGERS, INC., a Texas corporation,
and
ABC IP, LLC, a Delaware limited liability company,
Plaintiffs.
v.
AS DESIGNS, LLC, a North Carolina limited liability company,
and
Matthew S. Karlovic, an individual,
and
Calvin Olson, an individual,
and
John Doe, an individual using the alias "s3igu2" and/or "Seagoo Threetwo,"
Defendants.

CASE NO. 1:25-CV-1192
JURY TRIAL DEMANDED
COMPLAINT FOR PATENT INRINGEMENT

This is an action for patent infringement in which ABC IP, LLC ("ABC") and Rare Breed Triggers, Inc. ("Rare Breed") (collectively, "Plaintiffs") accuse Active Safety Designs ("AS Designs"), Matthew Karlovic ("Karlovic"), and Calvin Olson ("Olson") and John Doe, an individual using the alias "s3igu2" and/or "Seagoo Threetwo" ("Seagoo") (collectively

1 - COMPLAINT

Case 1:25-cv-01192 Document 1 Filed 12/30/25 Page 1 of 42

"Defendants") of infringing U.S. Patent No. 12,038,247 ("the '247 Patent") and U.S. Patent No.12,031,784 ("the '784 Patent") (together, "the Asserted Patents") as follows:

PARTIES

1. ABC is a limited liability company organized under the laws of the State of Delaware with an address at 8 The Green, Suite A, Dover, Delaware 19901.

2. Rare Breed is a corporation organized under the laws of Texas with an address of 2710 Central Freeway, Suite 150-151, Wichita Falls, Texas 76306.

3. Upon information and belief, AS Designs, also known as Active Safety Designs, is a company existing under the laws of the state of North Carolina, with a business address of 3000 Rivercross Drive, High Point, North Carolina 27265-8025.

4. Upon information and belief, Matthew Karlovic is an individual residing in High Point, North Carolina, and is an owner and managing member of AS Designs, which he operates

S3igu2 is now being sued by rare breed. DO NOT buy from RB they can get f'd.

search

this post was submitted on 01 Jan 2026
43 points (97% upvoted)
shortlink: https://redd.it/1q0r6qi

Submit a new link

Submit a new text post

## AUG

join

Show my flair on this subreddit. It looks like:
JSoucek77 (edit)

RULES

1. Please keep the subreddit mostly on subject. We are here to discuss the Steyr AUG and its clones. We probably don't mind seeing other parts of your unique collection though.
2. Be courtious or risk being shadowbanned. We do not want to start wars between the MSAR and AUG guys, nor should we bash people for their setups. Different Strokes for Different Folks.
3. Respect the mods, we are trying to build a community.
4. Do not flood the sub with Image Macros/Memes.

created by PoWn3d_0704 AUG A3 OD Green
a community for 12 years

MODERATORS

MESSAGE THE MODS

Eyes_of_Avo
jackajm AUG A1 OD Green
ARID_DEV WAFFLES
PurePro71

about moderation team »

account activity

all 31 comments
sorted by: best

save content policy formatting help

[–] MarbleBun 32 points 8 months ago
AS designs too. Assholes
permalink embed save report reply

> [–] xDroMethazine [S] 18 points 8 months ago
> Any and everyone who has created or sold ss unfortunately. I stood by them when they were fighting the government but now they are suing regular people smh.
> permalink embed save parent report reply

>> [–] MarbleBun 16 points 8 months ago
>> The annoying part is they have done far less innovation than AS Designs. Rarebreed still only has one expensive product.
>> permalink embed save parent report reply

>>> [–] xDroMethazine [S] 4 points 8 months ago
>>> FAR LESS INDEED! Just paved the way for them is all they did, "brought them to the consumer market" is about all it was.
>>> permalink embed save parent report reply

>>>> [–] [deleted] 2 points 8 months ago
>>>> If I remember correctly there was a company in the 80s that designed and sold a forced reset trigger of sorts
>>>> permalink embed save parent report reply

>>>>> [–] MarbleBun 1 point 8 months ago
>>>>> Interesting, any patents of theirs would be long expired but would make RBs case harder
>>>>> permalink embed save parent report reply

>> [–] PurePro71 9 points 8 months ago
>> Only in it for themselves. Goals just happened to align at first
>> permalink embed save parent report reply

>>> [–] xDroMethazine [S] 2 points 8 months ago
>>> Guess the legal fees were too harsh and now are trying to recoup the loss from individuals.
>>> permalink embed save parent report reply

[–] xDroMethazine [S] 21 points 8 months ago
For those who don't know; S3igu2 created the ss for the Aug platform. Probably why his files aren't uploaded anymore...
permalink embed save report reply

> [–] s3igu2 29 points 8 months ago
> Yea they are alot more upeset about arc-fire and my mp5 stuff, the aug never really took off like those have so not much money to gain from them.
> permalink embed save parent report reply

>> [–] xDroMethazine [S] 6 points 8 months ago
>> The GOAT speaks 🙏
>> Thankfully you're still a John Doe.
>> permalink embed save parent report reply

>> [–] AKC74Y 6 points 8 months ago
>> Stay strong man, thanks for all your work. Can't stop the signal.
>> permalink embed save parent report reply

>> [–] battletank21 2 points 8 months ago
>> Good luck man, Lawrence is a dickbag.
>> permalink embed save parent report reply

> [–] MarbleBun 1 point 8 months ago
> That's pretty lame
> permalink embed save parent report reply

[–] [deleted] 12 points 8 months ago
Sounda like they have no clue who he is
permalink embed save report reply

> [–] xDroMethazine [S] 3 points 8 months ago
> Smart man I'd say.
> permalink embed save parent report reply

[–] Sol-Firebird 14 points 8 months ago
On one hand I understand because of the legal clashes with the DOJ but on the other they are throwing lawsuits at every single FRT on the market even if it's nothing like their product. Very scummy
permalink embed save report reply

[–] Siglet84 5 points 8 months ago
The issue is that it's blatantly obvious that none of these products remotely resemble theirs, they don't even operate in the same way.
permalink embed save parent report reply

[–] xDroMethazine [S] 2 points 8 months ago
Very true, especially super safety's.
permalink embed save parent report reply

[–] TheModernMusket 9 points 8 months ago
Matter of time before aemer gets one in the mail too. Rare greed are a bunch of total fags.
permalink embed save report reply

[–] xDroMethazine [S] 3 points 8 months ago
Yeah I supported them back in the day but now it's completely opposite.
permalink embed save parent report reply

[–] Pancake_Blyat 8 points 8 months ago
DOJ is making them it was part of the rare breed legal decision
permalink embed save report reply

[–] CopiousAmountsofJizz Forbidden Waffles 3 points 8 months ago
Which is absurd for the federal govt to deputize a private company to be a patent troll.
permalink embed save parent report reply

[–] xDroMethazine [S] 1 point 8 months ago
Didn't know that thanks for the info! Still unfortunate and scummy especially since he didn't sell them just made files for people to do it all themselves.
permalink embed save parent report reply

[–] Pancake_Blyat 3 points 8 months ago
Pretty much forced to
permalink embed save parent report reply

[–] ssgmongoose 2 points 8 months ago
This is my understanding, i could have some details wrong or misunderstanding.

FRTs are not "legal". Basically the ATF told Rare Breed they will no longer pursue legal action against them if RB protects their patent. Basically the ATF is preventing more FRTs from entering the market by making RB their pit bull and preventing a true legal determination because RBis the one company not being sued. Defacto making only RB the only allowed FRTs and preventing a legal determination on FRTs.

"Super Safeties" are not Forced reset triggers, and thus not defacto "protected" by lack of ATF action. I think the 3D printed nature of them make them hard to prevent.

Mechanically, and i'm not an engineer, i don't understand how some of these devices aren't just acting as a sear (of course they call it something else, but mechanically some of them are just sears).

potentially I don't think anything truly is protecting people using these devices.

If i am wrong, please let me know, the source for my understanding is below.

Source: https://www.youtube.com/watch?v=NWIDxw9EtW4
permalink embed save report reply

[–] Successful_Error9176 9 points 8 months ago
This is not a correct interpretation as far as I can tell. The FRT and SS both exist in a legal gray area and the lawsuit with rare breed did in fact determine that they could not be considered a MG per the legal definition. They are not in any way a sear for any of the designs, that would be a MG.

Rare breed is a self represented law firm who happened to start making FRTs with the sole intention of dragging the ATF into litigation. They said this in clear language long before they were raided by the ATF.

There isn't any indication that the ATF required them to enforce their patent, they probably put that provision in there themselves because they are a law firm. They benefit by saying "we have to because the ATF..." and litigation is what they do. By going after these other companies, they can bill their company (rare breed) and write off the legal expense. So their company might win some money from companies who did copy their design while in court, but either way they win financially.

I don't think they like selling triggers, they just wanted to bait the ATF into litigation and now they are trying to get as much money as they can before moving on to the next thing. They can copy paste the legal arguments, so the time invested to sue 50 different companies is small because it's the exact same wordage.
permalink embed save parent report reply

[–] [deleted] 3 points 8 months ago
You either die a hero or live long enough to see yourself become the villain
permalink embed save parent report reply

[–] AUGtuah 1 point 7 months ago
Can't stop the signal
permalink embed save report reply

[–] User_5091 1 point 7 months ago
RB, in my opinion, will not win and when it's over, more innovation can blossom
permalink embed save report reply

[–] zenigatamondatta 2 points 7 months ago
When your livelihood is tied to a gimmick
permalink embed save report reply

about
blog
about
advertising
careers

help
site rules
Reddit help center
reddiquette
mod guidelines
contact us

apps & tools
Reddit for iPhone
Reddit for Android
mobile website

<3
reddit premium

Use of this site constitutes acceptance of our User Agreement and Privacy Policy. © 2026 reddit inc. All rights reserved.
REDDIT and the ALIEN Logo are registered trademarks of reddit inc.