# EXHIBIT 64

Page Vault

| | |
|---|---|
| Document title: | Rare Breed Triggers v Partisan Triggers legal battle > General Discussion > AR15.COM |
| Capture URL: | https://www.ar15.com/forums/General/Rare-Breed-Triggers-v-Partisan-Triggers-legal-battle/5-2828908/ |
| Page loaded at (UTC): | Mon, 12 Jan 2026 22:41:00 GMT |
| Capture timestamp (UTC): | Mon, 12 Jan 2026 22:47:22 GMT |
| Capture tool: | 10.71.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.177 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 18 |
| Capture ID: | g6D4mBiEUT8bMp8ei7faxm |
| Display Name: | alcindor |

# Rare Breed Triggers v Partisan Triggers legal battle (Page 1 of 3)





**PartisanTriggers**
Freedom Accelerated

Joined: Jun 2025 Posts: 88
EE: 0% (0) USA

**Posted: 1/7/2026 12:36:11 AM EST** [Last Edit: PartisanTriggers]

Partisan Triggers previously introduced ourselves here. In it, we detailed our preparations for the inevitable lawsuit from Rare Breed Triggers/ABC IP (RBT). As many know, RBT named us as a John Doe d/b/a Partisan Triggers in an Arizona suit filed December 23, 2025. They've also sued Cloak Industries in Idaho, and we expect more suits against our dealers.

As stated on our website, we oppose public/private partnerships that exist only to your detriment.

RBT excels at bullying small companies, often run by young men who have barely gotten their feet under them in life, through aggressive lawfare to bankrupt and break them. It's easy to feel invincible when facing under-resourced opponents while relying on powerful allies. Rest assured, this won't work against us.

This week, we've shipped thousands of triggers to dealers, with thousands more going out by week's end. Dealers are indemnified under our substantial patent insurance policy—covering the Disruptor alongside our upcoming releases, and worth multiples of RBT's claimed millions in litigation costs from their prior lawsuits. You and our dealers can trust we won't be bullied or back down.

We don't believe we've violated any valid patent. When we respond to RBTs suit, we'll post the documents here for those interested. We have no plans or need for donations; support us by spreading the word or buying our triggers.

A certain famous former naval officer[1] once said:

"The wrong thing to do about any given circumstance or situation is to do nothing."

We would like to ask you to do something. If you have useful information on RBT (or related parties) for this lawsuit, PM us on ARFCOM to share it. We feel very confident in our preparations, but we are aware that there is always the possibility someone may know something we've missed. We hope they see this and want to help.

We have new products coming out phased over the next weeks, including maintenance kits, the Clone Lower Appropriate Pins (the CLAP), military style one piece selectors, and the LAT. We also have several more triggers that are past the drawing board and into pre-production prototyping.

We are here for the long haul, so strap in, folks—this may turn into a wild ride.

Thumbs up, let's do this.











_
_
_
_
_

[1]L. Ron Hubbard, maybe better known for other works











## 01/09/2026

People, and by extension groups of people, tend to project themselves and their ideas on others. Projection, a well known phenomenon, is easily observed if you're paying attention. Thieves tend to assume other people are also thieves. Cheaters are often suspicious that their spouse or partner is also a cheater. Conspirators tend to assume that anything inconvenient that happens to them grew from some other conspiracy. Incompetent people tend to assume others are also incompetent.

After some discussions with our legal team, we have decided to make a few things clear, out here in public. Let's talk about the high level of effort and professionalism that Rare Breed put into the Arizona lawsuit that they filed.

Glenn D. Bellamy (OH Bar 0070321)
Wood Herron & Evans, LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Tel: 513-707-0243
Email: gbellamy@whe-law.com
For Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **RARE BREED TRIGGERS, Inc., a Texas corporation,**<br><br>**and**<br><br>**ABC IP, LLC, a Delaware limited liability company,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**Firearm Systems LLC d/b/a Firearm Systems, an Arizona limited liability company,**<br><br>**and**<br><br>**Brandon Donatto, an individual,**<br><br>**and**<br><br>**Michael Stakes, an individual,**<br><br>**and**<br><br>**John Doe, an entity of unknown type,**<br><br>**Defendants.** | CASE NO. __________<br><br>**JURY TRIAL DEMANDED**<br><br>**COMPLAINT FOR PATENT INFRINGEMENT AND FALSE PATENT MARKING** |

See Michael Stakes? Yeah- he is an engineer for Partisan Triggers. John Doe? He is Partisan Triggers, whoever we may be.

**PARTIES**

1. Rare Breed is a corporation organized under the laws of the State of Texas with an address at 2710 Central Fwy, Suite 150-151, Wichita Falls, TX 76306.

2. ABC is a limited liability company organized under the laws of the State of Delaware with an address at 8 The Green, Suite A, Dover, DE 19901.

3. Upon information and belief, Firearm Systems is a limited liability company existing under the laws of the state of Arizona and has a place of business at 4742 N. 24th Street, Suite 300, Phoenix, AZ 85016.

2. ABC is a limited liability company existing under the laws of the State of Delaware with an address at 8 The Green, Suite A, Dover, DE 19901.

3. Upon information and belief, Firearm Systems is a limited liability company existing under the laws of the state of Arizona and has a place of business at 4742 N. 24th Street, Suite 300, Phoenix, AZ 85016.

4. Upon information and belief, Brandon Donatto is an individual residing in Arizona, who is an owner and directs the operations of Firearm Systems, LLC.

5. Upon information and belief, defendant John Doe, the identity of which will be determined in discovery, is the business of Partisan Triggers, manufacturer of products that infringe the Asserted Patents, whether a sole proprietorship, partnership, corporation, or limited liability company, that is believed to have a business location in Arizona.

6. Upon information and belief, Michael Stakes is an individual residing in Arizona, who directs the operations of Partisan Triggers and is an owner of U.S. Patent No. 9,146,067.

Demonico and Friends really failed to do any sort of homework on this lawsuit. They have launched themselves on a complete fools errand. We'd be very curious to know what sloppy assessment of their available "information and belief" led them to conclude Michael Stakes, an engineer with no ownership or managing interest in Partisan Triggers, directs the operations of our company. He doesn't have any role whatsoever in directing the company or our operations. Michael Stakes is an engineer who we hired *after* we had already begun production of the Partisan Disruptor. In fact, *our very first contact* of any kind with Stakes was not until after we were already in production for the Disruptor. At no point has Stakes been involved with the Disruptor project. The whole of the complaint against Stakes is so laughably off that Bellamy ought to not only feel bad, but he deserves all the ridicule he gets for it.

Furthermore, Partisan Triggers is not located in Arizona, nor do we have any facilities in Arizona. Rare Breed are attempting to sue John Doe in the wrong venue. To make matters worse for our Texas based friends, it would have been very easy to reach out via our website and we'd have helped them along to find us. We aren't hiding. Quite the opposite. We have a contact form on our website. Rare Breed can continue pursuing their lawsuit in Arizona, and it is going to go very sideways fast for them. Do your homework boys, you're just...so disappointing right now.












**Southernman077**
Oh, I'm a Good Ol' Rebel
Joined: **Mar 2006** Posts: **36042**
EE: **0% (0)** TN, USA

**Posted: 1/7/2026 12:38:49 AM EST** [#1]




"America is a whorehouse where the revolutionary ideals of your forefathers are corrupted and sold in alleys by vendors of capitalism."



**jtb33**
Member
Joined: **Jun 2003** Posts: **13053**
EE: 100% (191) AZ, USA

**Posted: 1/7/2026 12:44:30 AM EST** [Last Edit: jtb33] [#2]

Oh boy....




https://www.ArizonaShooting.org




https://www.ArizonaShooting.org






**Aimless**
Suburban pot bellied snow chicken
Joined: Sep 2001 Posts: 325677
EE: 100% (47) UT, USA

**Posted: 1/7/2026 12:47:35 AM EST** [#3]

There's a "super safety legal defense"
gofundme that I assume is about defending these rare breed lawsuits.

Getting sued is probably 4th after Illness, criminal charges and divorce for awful things that can happen to someone. Even if the lawsuit is weak it's still money and months of stress.



**ChuckD05**
Member
Joined: Aug 2009 Posts: 24645
EE: 100% (65) WV, USA

**Posted: 1/7/2026 12:50:26 AM EST** [#4]

In for a LAT when it drops




**mooreshawnm**
Member
Joined: Feb 2007 Posts: 25398
EE: 100% (1) WY, USA

**Posted: 1/7/2026 1:01:45 AM EST** [#5]

Send the next batch to Optics Planet! 😁

China delenda est




**HKPDW**
Joined: Jan 2002 Posts: 11132
EE: 100% (32) MOZ

**Posted: 1/7/2026 1:09:41 AM EST** [Last Edit: HKPDW] [#6]

Rare Greed is now the de facto legal enforcement arm of the Gay TF...

Hope they don't f up my Optics Planet order...



**Posted: 1/7/2026 1:14:41 AM EST** [#7]

Quote History

Originally Posted By HKPDW:








**PartisanTriggers**
Freedom Accelerated
Joined: Jun 2025 Posts: 89
EE: 0% (0) USA

Quote History

> Originally Posted By HKPDW:
>
> Rare Greed is now the de facto legal enforcement arm of the Gay TF...
>
> Hope they don't f up my Optics Planet order...

Optics Planet knows we have them covered.












**FreefallRet**
Retired
Joined: Mar 2002 Posts: 84695
EE: 100% (185) NC, USA

Posted: 1/7/2026 1:15:48 AM EST [#8]

Quote History

> Originally Posted By PartisanTriggers:
>
> Optics Planet knows we have them covered.



**jimhoff**
Achin' Membah
Joined: Sep 2008 Posts: 19017
EE: 100% (7) AK, USA

Posted: 1/7/2026 1:22:16 AM EST [#9]

Quote History

> Originally Posted By Aimless:
>
> Getting sued is probably 4th after Illness, criminal charges and divorce for awful things that can happen to someone. Even if the lawsuit is weak it's still money and months of stress.

Some people have the temperament for battles. Sounds like these guys do. Rock on!

Announcing your plans is a good way to hear God laugh
-Al Swearengen



**AR4U**
Tester of Things
Joined: May 2004 Posts: 35933
EE: 0% (0) NC, USA

Posted: 1/7/2026 2:17:50 AM EST [#10]

I hope you ruin them. It certainly appears you've planned this out well.

"During the second 100 days, we will design, build and open a library dedicated to my first 100 days." - Barack Obama, May 9 2009



**Justinandfreyja**

Posted: 1/7/2026 2:21:25 AM EST [Last Edit: Justinandfreyja] [#11]

I bought three the first night from battlehawk to support yall, you don't have anything to do with shield arms do you? Because they sent out a sticker about Partisans a year or so ago. You operate in the same state so I figured you guys might.

ETA:



**Justinandfreyja**
Joined: Jun 2025 Posts: 1587
EE: 100% (38) UT, USA

I bought three the first night from battlehawk to support yall, you don't have anything to do with shield arms do you? Because they sent out a sticker about Partisans a year or so ago. You operate in the same state so I figured you guys might.

ETA:












**raverill**
Member
Joined: Jan 2015 Posts: 2721
EE: 100% (104) LA, USA
10

Posted: 1/7/2026 4:28:04 AM EST [#12]




**InflectionPoint**
Joined: Sep 2005 Posts: 25320
EE: 100% (64) USA
20

Posted: 1/7/2026 4:51:18 AM EST [#13]

Quote History

> Originally Posted By Justinandfreyja:
>
> I bought three the first night from battlehawk to support yall, you don't have anything to do with shield arms do you? Because they sent out a sticker about Partisans a year or so ago. You operate in the same state so I figured you guys might.
>
> ETA:
> https://i.postimg.cc/6qkyJpk3/IMG-5719.jpg

I hope not. Shield Arms mags and their multiple magazine release iterations and "it's just tolerance stacking!" was such a disappointment. Thank God for PSA micro dagger mags!



Posted: 1/7/2026 5:32:22 AM EST [#14]

Quote History

> Originally Posted By Justinandfreyja:



**Glocked**
Armed Autist
Joined: May 2018 Posts: 22495
EE: 100% (35) MS, USA
5

Posted: 1/7/2026 5:32:22 AM EST [#14]

Quote History

> Originally Posted By Justinandfreyja:
>
> I bought three the first night from battlehawk to support yall, you don't have anything to do with shield arms do you? Because they sent out a sticker about Partisans a year or so ago. You operate in the same state so I figured you guys might.
>
> ETA:
> https://i.postimg.cc/6qkyJpk3/IMG-5719.jpg

Might just be a reference to SA's Partisan line of slings.

Not everyone gets to be an astronaut, the world needs pole dancers too. ~Observer




**alphajaguars**
Shitpost Crew
Joined: Jan 2001 Posts: 354533
EE: 100% (23) NC, USA
25

Posted: 1/7/2026 6:46:41 AM EST [#15]

OST for the ride

I wasn't put in jail for what I did. I was put in it for what I think... They won by making a DC jury scared that people like YOU AND I exist outside of their liberal bubble.
-trobertson5-0



**Badlatitude**
Member
Joined: Feb 2009 Posts: 40087
EE: 100% (1) VT, USA
15

Posted: 1/7/2026 6:59:08 AM EST [#16]

I'm sure you launched knowing this was going to happen and already had a plan in place. There is nothing more satisfying than leading a bully into a situation while giving them the rope and the ladder to hang themselves. The best part is they are usually so overconfident they don't even realize its a trap until they are already stuck.



**Torque556**
Member
Joined: Feb 2009 Posts: 8745
EE: 100% (1) USA
15

Posted: 1/7/2026 7:04:08 AM EST [#17]

Fuck RBT.



**Coffin-Nail**
Member
Joined: Jul 2004 Posts: 38636
EE: 100% (5) GA, USA

Posted: 1/7/2026 7:14:21 AM EST [#18]

It's really unfortunate that this will take years to litigate. I just hope it's close to resolved under the current administration because who knows what the future holds.






Coffin-Nail
Member
Joined: Jul 2004 Posts: 38636
EE: 100% (5) GA, USA

Posted: 1/7/2026 7:18:00 AM EST [#19]

Ackrite
Joined: Jun 2011 Posts: 1104
EE: 100% (5) KY, USA

What role did Partisan Triggers play in the current legal status of FRT triggers in general? How deep in the trenches were you guys and how much of your personal wealth and potential freedom was put on the line to ensure the masses can use FRT's without the boogeyman looking over their shoulder?

I'm sure it's easy to hate on RBT after the fact when the settlement ended up being what it was.

I have no relation to RBT, but it's funny to see all the love they received during the fight they put up turn to hate after some legal compromises to finally end the saga.

Flame away.

Posted: 1/7/2026 7:30:13 AM EST [#20]

Firestarter123
The original Murder Bunny©
Joined: Jun 2007 Posts: 22668
EE: 100% (152) NE, USA

I really have no use for or desire to own an FRT, however, I just ordered a couple from Optics Planet just because FRBT.

Posted: 1/7/2026 7:53:14 AM EST [#21]

Torque556
Member
Joined: Feb 2009 Posts: 8746
EE: 100% (1) USA

Quote History

> Originally Posted By Ackrite:
>
> What role did Partisan Triggers play in the current legal status of FRT triggers in general? How deep in the trenches were you guys and how much of your personal wealth and potential freedom was put on the line to ensure the masses can use FRT's without the boogeyman looking over their shoulder?
>
> I'm sure it's easy to hate on RBT after the fact when the settlement ended up being what it was.
>
> I have no relation to RBT, but it's funny to see all the love they received during the fight they put up turn to hate after some legal compromises to finally end the saga.
>
> Flame away.

What does that have to do with anything in this thread? Please provide specifics.

Posted: 1/7/2026 8:00:50 AM EST [#22]

TampaTyron
Joined: May 2003 Posts: 458
EE: 0% (0) AZ, USA

Would/could it make sense for RareBreed to "license" their patent to other manufacturers for a reasonable amount? That would require everyone to "agree" it is their design, etc.

However, a small fee of $1-10 per trigger license could solve this, right?

RareBreed gets compensated for their ATF fight, meets the ATF requirement of defending their patent, and other manuf get their products to market. No lawsuits, everyone makes money.

But, I am a simple person. The world rarely works like I want it to.

TT

Posted: 1/7/2026 8:02:35 AM EST [#23]

PALMETTO STATE ARMORY
BEST DEALS, UPDATED DAILY
SHOP NOW!

PALMETTO STATE ARMORY
BEST DEALS, UPDATED DAILY
SHOP NOW!

TT



P1pe
Member
Joined: Apr 2024 Posts: 984
EE: 100% (12) MD, USA

Posted: 1/7/2026 8:02:35 AM EST [#23]

Good luck



TZLVredmist
It's not broke... Just badly bent.
Joined: Dec 2003 Posts: 13739
EE: 100% (20) ID, USA

Posted: 1/7/2026 8:22:19 AM EST [#24]

Classic Tag Scribe!




Kiju
Joined: Dec 2017 Posts: 7966
EE: 100% (1) KY, USA

Posted: 1/7/2026 8:27:52 AM EST [#25]

Other than Optics Planet, where else are these products available?



ChaosSquared
Member
Joined: Nov 2008 Posts: 5465
EE: 100% (1) OH, USA

Posted: 1/7/2026 8:28:02 AM EST [Last Edit: guns762] [#26]

Quote History

> Originally Posted By Ackrite:
>
> What role did Partisan Triggers play in the current legal status of FRT triggers in general? How deep in the trenches were you guys and how much of your personal wealth and potential freedom was put on the line to ensure the masses can use FRT's without the boogeyman looking over their shoulder?
>
> I'm sure it's easy to hate on RBT after the fact when the settlement ended up being what it was.
>
> I have no relation to RBT, but it's funny to see all the love they received during the fight they put up turn to hate after some legal compromises to finally end the saga.
>
> Flame away.

[Deleted]If rare breed had simply settled and moved on with their lives and sold triggers, no one would have batted an eye.

Instead, they are choosing to sue everyone and anyone that sells any form of FRT. They are claiming to have a patent on ALL FRT tech. They are rancid cunts of the highest order



Posted: 1/7/2026 8:36:07 AM EST [#27]

Quote History






claiming to have a patent on ALL FRT tech. They are rancid cunts of the highest order.



TheOtherDave
Member
Joined: Jan 2004 Posts: 55436
EE: 100% (9) MI, USA

**Posted: 1/7/2026 8:36:07 AM EST** [#27]

Quote History

> Originally Posted By TampaTyron:
>
> Would/could it make sense for RareBreed to "license" their patent to other manufacturers for a reasonable amount? That would require everyone to "agree" it is their design, etc.
>
> However, a small fee of $1-10 per trigger license could solve this, right?
>
> RareBreed gets compensated for their ATF fight, meets the ATF requirement of defending their patent, and other manuf get their products to market. No lawsuits, everyone makes money.
>
> But, I am a simple person. The world rarely works like I want it to.
>
> TT

I'm would guess that, based on Rare Greed's actions post-settlement that *if* they were to make a licensing deal at all it would still involve keeping customer lists for future disposition once Congress acts on FRT's and puts them on the NFA Registry.

The settlement mechanism seems geared toward frustrating the market for FRT's on the buying end by making them sole source from a company that is now keeping records where they weren't before. As a defense to losing the rights they gained under the settlement, they (Rare Greed) have to defend their patent, which further frustrates and suppresses the market. As mentioned in the OP, most of the manufacturers up to this point who have been sued (not counting Rare agreed apparently suing themselves to scare everyone off with a legal "victory") have been small time dudes working out of their house by having the open source Super Safety 3D printed in metal and plastic before putting them in retail packaging and shipping them. It's not hard to sic lawyers on a working stiff who has a side businesss like this. Partisan will be a tougher nut to crack.

Bleeding people out with lawsuits goes both ways, Rare Greed better sell a lot of triggers...

Again, Rare Greed's deal with the DOJ very much appears to be designed to limit the number of FRT's on the market by creating a sole control point from which they can be acquired that keeps records. Given the scourge that Glock Switches have been in our cities, and that the crowd using them have discovered FRT's and have the same capability legally now, you can expect the government to address the issue sooner or later.

Never make another person a priority when they merely see you as an option...

"Some People Are Like Slinkies. They're Not Really Good For Anything, But They Bring a Smile To Your Face When Pushed Down The Stairs."



TheOtherDave
Member
Joined: Jan 2004 Posts: 55437
EE: 100% (9) MI, USA

**Posted: 1/7/2026 8:37:14 AM EST** [Last Edit: guns762] [#28]

They have to sue. They made a deal with the devil and have a short window to make/recoup their money.

Never make another person a priority when they merely see you as an option...

"Some People Are Like Slinkies. They're Not Really Good For Anything, But They Bring a Smile To Your Face When Pushed Down The Stairs."



tac556
Member
Joined: Jun 2002 Posts: 11591

**Posted: 1/7/2026 8:46:56 AM EST** [#29]

Well I can't help, since your lawyers incorrectly think they would be illegal here. Gonna have to try an Arc Fire for a throw lever type apparently - Looks like their lawyers can actually read....








**tac556**
Member
Joined: Jun 2002 Posts: 11591
EE: 100% (100) USA

a loaded gun won't set you free, so you say...



**jaqufrost**
Member
Joined: Sep 2004 Posts: 64890
EE: 100% (114) OK, USA

**Posted: 1/7/2026 8:56:47 AM EST** [#30]

> Originally Posted By TampaTyron:
>
> Would/could it make sense for RareBreed to "license" their patent to other manufacturers for a reasonable amount? That would require everyone to "agree" it is their design, etc.
>
> However, a small fee of $1-10 per trigger license could solve this, right?
>
> RareBreed gets compensated for their ATF fight, meets the ATF requirement of defending their patent, and other manuf get their products to market. No lawsuits, everyone makes money.
>
> But, I am a simple person. The world rarely works like I want it to.
>
> TT

That would make sense if RareBreed had a valid patent. But many (perhaps all) of RareBreed's patents are invalid. There are earlier patents and some of those are owned/licensed by Partisan now.




**deevil**
Joined: Apr 2010 Posts: 2866
EE: 100% (1) SC, USA

**Posted: 1/7/2026 9:00:08 AM EST** [#31]

I just bought two more triggers, even though the one I already bought seems to have been lost by UPS.



**tac556**
Member
Joined: Jun 2002 Posts: 11593
EE: 100% (100) USA

**Posted: 1/7/2026 9:02:25 AM EST** [#32]

Quote History

> Originally Posted By jaqufrost:
>
> That would make sense if RareBreed had a valid patent. But many (perhaps all) of RareBreed's patents are invalid. There are earlier patents and some of those are owned/licensed by Partisan now.

Yeah I think those patents are a bunch of BS. When all is said and done, RB actually would have been better off to go for say a $5 licensing fee per FRT. That would be enforcing their patent per the agreement, and cost little enough for anyone else to not just pay them. Pretty much being a patent troll, but keeping the dollar amount low enough that it would be just cheaper to pay them vs fighting it out.

And they would not have lost all the good will they had after the work they did. They just shot themselves in the foot, right after stepping across the finish line. Kind of dumb...

a loaded gun won't set you free, so you say...



**Posted: 1/7/2026 9:03:05 AM EST** [Last Edit: deevil] [#33]

> Originally Posted By Kiju:







a loaded gun won't set you free, so you say...

**Posted: 1/7/2026 9:03:05 AM EST** [Last Edit: deevil] [#33]

**deevil**
Joined: Apr 2010 Posts: 2867
EE: 100% (1) SC, USA

> Originally Posted By Kiju:
>
> Other than Optics Planet, where else are these products available?

https://cloak-industries.com and https://battlehawkarmory.com have them in stock.

**Posted: 1/7/2026 9:05:48 AM EST** [#34]



**constitutionlvr**
Heartless libertarian
Joined: Oct 2004 Posts: 5759
EE: 0% (0) TN, USA

Bought a Partisan the 15th when they released, sadly still not installed. Will buy the LAT when it drops. I may not have the funds to be a major player but believe it's my patriotic duty to buy as many FRTs as I can to help with the common use numbers. I've put off purchasing firearms I want in order to prioritize FRTs and honestly so should everyone else. This is our moment in history. Do what you can.

I carry, because I cherish life.

Team Ranstad

**Posted: 1/7/2026 10:28:36 AM EST** [#35]



**ricky_45**
Member
Joined: Jul 2004 Posts: 19771
EE: 100% (58) GA, USA

Wouldn't mind buying one if it was cash and carry.

NorCal callsign "Boogaloo"

**Posted: 1/7/2026 10:39:23 AM EST** [#36]

**robertmegar**
Joined: Sep 2002 Posts: 10070
EE: 100% (35) FL, USA

> Originally Posted By PartisanTriggers:
>
> Partisan Triggers previously introduced ourselves here.. In it, we detailed our preparations for the inevitable lawsuit from Rare Breed Triggers/ABC IP (RBT). As many know, RBT named us as a John Doe d/b/a Partisan Triggers in an Arizona suit filed December 23, 2025. They've also sued Cloak Industries in Idaho, and we expect more suits against our dealers.
>
> As stated on our website, we oppose public/private partnerships that exist only to your detriment.
>
> RBT excels at bullying small companies, often run by young men who have barely gotten their feet under them in life, through aggressive lawfare to bankrupt and break them. It's easy to feel invincible when facing under-resourced opponents while relying on powerful allies. Rest assured, this won't work against us.
>
> This week, we've shipped thousands of triggers to dealers, with thousands more going out by week's end. Dealers are indemnified under our substantial patent insurance policy—covering the Disruptor alongside our upcoming releases, and worth multiples of RBT's claimed millions in litigation costs from their prior lawsuits. You and our dealers can trust we won't be bullied or back down.
>
> We don't believe we've violated any valid patent. When we respond to RBTs suit, we'll post the documents here for those interested. We have no plans or need for donations; support us by spreading the word or buying our triggers.
>
> A certain famous former naval officer[1] once said:
>
> "The wrong thing to do about any given circumstance or situation is to do nothing."
>
> We would like to ask you to do something. If you have useful information on RBT (or related parties) for this lawsuit, PM us on ARFCOM to share it. We feel very confident in our







A certain famous former naval officer[1] once said:

"The wrong thing to do about any given circumstance or situation is to do nothing."

We would like to ask you to do something. If you have useful information on RBT (or related parties) for this lawsuit, PM us on ARFCOM to share it. We feel very confident in our preparations, but we are aware that there is always the possibility someone may know something we've missed. We hope they see this and want to help.

We have new products coming out phased over the next weeks, including maintenance kits, the Clone Lower Appropriate Pins (the CLAP), military style one piece selectors, and the LAT. We also have several more triggers that are past the drawing board and into pre-production prototyping.

We are here for the long haul, so strap in, folks—this may turn into a wild ride.

Thumbs up, let's do this.

https://i.guim.co.uk/img/media/836fc5a8a5b50dde76ae4f9ac39355b5e33c6d9c/0_768_5100_3060/master/5100.jpg?width=1200&height=900&quality=85&auto=format&fit=crop&s=c87af4d12f9ad0d8b91b0364f0cdaf71
[1]L. Ron Hubbard, maybe better known for other works

If you don't ship to FL, you ARE forcing me to support Rare Breed. Grow some balls and ship to FL, it's legal, the law is unenforceable.








**Hking**
Member
Joined: Aug 2013 Posts: 15288
EE: 100% (20) SD, USA

**Posted: 1/7/2026 10:40:35 AM EST** [#37]

As I posted in the SHOT Show thread, I will pay anyones bar tab and bail money that takes a giant steamy hangover shit in the middle of the Rare Breed booth if they even have one.



**Kuraki**
Space Cadet
Joined: May 2007 Posts: 62046
EE: 100% (227) WI, USA

**Posted: 1/7/2026 10:42:51 AM EST** [#38]

Quote History

Originally Posted By Aimless:

There's a "super safety legal defense"
gofundme that I assume is about defending these rare breed lawsuits.

Getting sued is probably 4th after Illness, criminal charges and **divorce** for awful things that can happen to someone. Even if the lawsuit is weak it's still money and months of stress.

Eye of the beholder there.



**Kuraki**
Space Cadet
Joined: May 2007 Posts: 62047
EE: 100% (227) WI, USA

**Posted: 1/7/2026 10:44:44 AM EST** [#39]

Quote History

Originally Posted By Ackrite:

What role did Partisan Triggers play in the current legal status of FRT triggers in general? How deep in the trenches were you guys and how much of your personal wealth and potential freedom was put on the line to ensure the masses can use FRT's without the boogeyman looking over their shoulder?

I'm sure it's easy to hate on RBT after the fact when the settlement ended up being what it was.

I have no relation to RBT, but it's funny to see all the love they received during the fight they

Forums Equipment Exchange Blog Gear Deals Store Tools All Forums Search... My Account

Space Cadet

Joined: May 2007 Posts: 62047
EE: 100% (227) WI, USA

> potential freedom was put on the line to ensure the masses can use FRT's without the boogeyman looking over their shoulder?
>
> I'm sure it's easy to hate on RBT after the fact when the settlement ended up being what it was.
>
> I have no relation to RBT, but it's funny to see all the love they received during the fight they put up turn to hate after some legal compromises to finally end the saga.
>
> Flame away.

"Some legal compromises" and you're questioning their understanding of things? 😊



**NvrBrdWes**
ARFCOM's CHO
Joined: Aug 2022 Posts: 4108
EE: 0% (0) FL, USA

**Posted: 1/7/2026 10:47:25 AM EST** [#40]






**ceetee**
Jack of all trades, master of none.
Joined: Jul 2006 Posts: 42173
EE: 100% (1) GA, USA

**Posted: 1/7/2026 10:50:34 AM EST** [#41]

I was one of Rare Breed's early supporters. It tickled me to no end that they were poking the bear, and even more that they refused to keep their customer's order info once that order shipped. He showed some chutzpah there, and his product is a solid product.

All the crap since the settlement, though... not anymore. He should have waited. He had the government beat. If he had refused to settle, he would have been a 2a legend.

After all that, when I do buy again I'll be buying from Partisan.

Don't piss off old people. The older we get, the less "Life in Prison" is a deterrent.



**Kuraki**
Space Cadet
Joined: May 2007 Posts: 62049
EE: 100% (227) WI, USA

**Posted: 1/7/2026 10:57:23 AM EST** [#42]

**Quote History**

> Originally Posted By ceetee:
>
> I was one of Rare Breed's early supporters. It tickled me to no end that they were poking the bear, and even more that they refused to keep their customer's order info once that order shipped. He showed some chutzpah there, and his product is a solid product.
>
> All the crap since the settlement, though... not anymore. He should have waited. He had the government beat. If he had refused to settle, he would have been a 2a legend.
>
> After all that, when I do buy again I'll be buying from Partisan.

IIRC the settlement in the NY case came **after** the 5th circuit decision affirming that forced reset triggers weren't machine guns. I don't know what or any legal bearing that had on the NY civil suit. I won't criticize their settling that case, or even their agreement to defend their particular patent.

But instead of doing the bare minimum to defend their patent, they've instead used it as an excuse to claim ownership of every single design that forces a trigger to reset, no matter how novel or wildly different in design to theirs, as well as having participated in what appears to be fraudulent patent games (wrt to Hoffman).

That's what's unforgivable, they're just another scumbag PE group doing scumbag PE group shit.

**Posted: 1/7/2026 11:01:27 AM EST** [#43]






fraudulent patent games (wrt to Hoffman).

That's what's unforgivable, they're just another scumbag PE group doing scumbag PE group shit.



**HK94dude**
Heavily-armed extremist
Joined: May 2004 Posts: 6560
EE: 100% (418) USA

**Posted: 1/7/2026 11:01:27 AM EST** [#43]

Quote History

> Originally Posted By tac556:
>
> Well I can't help, since your lawyers incorrectly think they would be illegal here. Gonna have to try an Arc Fire for a throw lever type apparently - Looks like their lawyers can actually read....

Stolen Firearm: Colt AR15, Serial # SP342380, 16" carbine. Stolen in California by Kevin Ayres, and taken to Missouri.




**Dominion21**
Joined: Dec 2014 Posts: 18112
EE: 100% (16) USA

**Posted: 1/7/2026 12:56:58 PM EST** [Last Edit: Dominion21] [#44]

Quote History

> Originally Posted By TheOtherDave:
>
> They have to sue. They made a deal with the devil and have a short window to make/recoup their money.

Correct you are, Dave! Thx.

I support Ben 100%. Enough said on that.

For those who are new to this, and to hopefully avoid folks cluttering up the thread with basic questions, here is a public link to the settlement entered into by RBT et al.:

https://gunrightsfoundation.org/wp-content/uploads/FRT-Settlement-Agreement-FINAL.pdf

Please post general questions about FRTs on the other thread; this one is for informed discussion of the litigation.




**HKPDW**
Joined: Jan 2002 Posts: 11135
EE: 100% (32) MOZ

**Posted: 1/7/2026 2:42:58 PM EST** [#45]

RG is now suing Cloak.... What a surprise...



**FreefallRet**
Retired
Joined: Mar 2002 Posts: 84700
EE: 100% (185) NC, USA

**Posted: 1/7/2026 2:50:33 PM EST** [#46]

Quote History

> Originally Posted By HKPDW:
>
> RG is now suing Cloak . What a surprise

Attacking the little guys now.

Rare Greed is something else.





Case 4:25-cv-00370-ALM Document 76-28 Filed 09/02/25 Page 18 of 53 PageID #: 3473

RG is now suing Cloak . What a surprise

**FreefallRet**
Retired
Joined: Mar 2002 Posts: 84700
EE: 100% (185) NC, USA
20

Attacking the little guys now.

Rare Greed is something else.



**SLOW3OH**
Member with a Member
Joined: Nov 2025 Posts: 71
EE: 100% (3) TX, USA

**Posted: 1/7/2026 3:04:22 PM EST** [Last Edit: SLOW3OH] [#47]

Did Partisan fix the safety/selector issue with their triggers?




**TOTHEMAX**
"Lt. Dan, You Got New Legs..."
Joined: Oct 2007 Posts: 49219
EE: 100% (259) MT, USA
15

**Posted: 1/7/2026 3:05:29 PM EST** [#48]

As the wise colonel Ludlow once said..




https://www.youtube.com/watch?v=8u8R5SwR2j0

3-7-77
Proud Member of the Leather Head Mafia
"In my opinion, the M1 Rifle is the greatest battle implement ever devised" - George S. Patton



**d16man**
pickin' and grinnin'
Joined: Feb 2013 Posts: 170817
EE: 100% (60) SC, USA
10

**Posted: 1/7/2026 3:13:55 PM EST** [#49]

Go get em! I will never own a RBT.

"Some people have issues. Sounds like he signed up for an entire subscription." ~Brohawk
Proud member of Team Ranstad.
Arfcom St Jude Mafia 3 years
Arfcom callsign: trenchfoot




**deevil**
Joined: Apr 2010 Posts: 2868
EE: 100% (1) SC, USA
15

**Posted: 1/7/2026 3:29:00 PM EST** [#50]

Quote History

> Originally Posted By SLOW3OH:
> Did Partisan fix the safety/selector issue with their triggers?

What issue?





https://www.youtube.com/watch?v=8u8R5SwR2j0

3-7-77
Proud Member of the Leather Head Mafia
"In my opinion, the M1 Rifle is the greatest battle implement ever devised" - George S. Patton

BEST DEALS, UPDATED DAILY
SHOP NOW!

**d16man**
pickin' and grinnin'
Joined: Feb 2013 Posts: 170817
EE: 100% (60) SC, USA

Posted: 1/7/2026 3:13:55 PM EST [#49]

Go get em! I will never own a RBT.

"Some people have issues. Sounds like he signed up for an entire subscription." ~Brohawk
Proud member of Team Ranstad.
Arfcom St Jude Mafia 3 years
Arfcom callsign: trenchfoot

BEST DEALS, UPDATED DAILY
SHOP NOW!

**deevil**
Joined: Apr 2010 Posts: 2868
EE: 100% (1) SC, USA

Posted: 1/7/2026 3:29:00 PM EST [#50]

Quote History

> Originally Posted By SLOW3OH:
> Did Partisan fix the safety/selector issue with their triggers?

What issue?

< Previous Page 1 / 3 Next Page >

## Rare Breed Triggers v Partisan Triggers legal battle (Page 1 of 3)

Home / General / General Discussion Classic

Active Topics Newest Topics Code of Conduct

AR15.COM

The world's largest firearm community and is a gathering place for firearm enthusiasts of all types.
From hunters and military members, to competition shooters and general firearm enthusiasts, we welcome anyone who values and respects the way of the firearm.

GIFs on this site are Powered by GIPHY

Quick Links
Blog
Deals
Equipment Exchange
Forums
Memberships

Info
About
Advertising
DMCA
Help
Privacy Policy
Your Privacy Choices

Stay Updated
Subscribe to our monthly Newsletter to receive firearm news, product discounts from your favorite Industry Partners, and more.
Email Address
Subscribe

© 1996-2026 AR15.COM LLC. All rights reserved.

Page Vault

| | |
|---|---|
| Document title: | Rare Breed Triggers v Partisan Triggers legal battle > General Discussion > AR15.COM |
| Capture URL: | https://www.ar15.com/forums/General/Rare-Breed-Triggers-v-Partisan-Triggers-legal-battle/5-2828908/?page=2 |
| Page loaded at (UTC): | Mon, 12 Jan 2026 22:47:35 GMT |
| Capture timestamp (UTC): | Mon, 12 Jan 2026 22:51:37 GMT |
| Capture tool: | 10.71.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.177 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 19 |
| Capture ID: | isSJrtddVjXnEFGrcvmMjs |
| Display Name: | alcindor |

GEISSELE AUTOMATICS COLT DIE FREE CO BROWNELLS SKD GUNS.COM jrh night vision LaRue BRAVO COMPANY USA SENTINEL MIDWEST VORTEX CAPITOL ARMORY MAGPUL TRIARC FIGHTLITE PRIMARY ARMS PALMETTO STATE ARMORY SPRINGFIELD ARMORY AIM SILENCER SHOP RIFLESPEED



# Rare Breed Triggers v Partisan Triggers legal battle (Page 2 of 3)



THE REENGINEERED MRO® NOW MAGNIFIER READY. Trijicon NEW SEE THE MRO SD

PALMETTO STATE ARMORY BEST DEALS, UPDATED DAILY SHOP NOW!

**jaqufrost** Member
Joined: Sep 2004 Posts: 64898
EE: 100% (114) OK, USA

Posted: 1/7/2026 3:51:47 PM EST [#1]

> Originally Posted By deevil:
>
> What issue?

The original batch doesn't have the selector detent stop machined very deep. Due to complaints, they machined newer batches to a deeper point to increase how hard it is to change positions/slip past the semi setting.

**11boomboom** 25mm Aficionado
Joined: Oct 2020 Posts: 14788
EE: 100% (7) TX, USA

Posted: 1/7/2026 4:20:16 PM EST [#2]

Godspeed, Partisan!

Why is the sky blue?
What makes the green grass grow?

BROWNELLS When seconds count, trust technology that works. TASER Now At Brownells Get Yours

**deevil**
Joined: Apr 2010 Posts: 2869
EE: 100% (1) SC, USA

Posted: 1/7/2026 7:43:49 PM EST [#3]

Quote History

> Originally Posted By jaqufrost:
>
> The original batch doesn't have the selector detent stop machined very deep. Due to complaints, they machined newer batches to a deeper point to increase how hard it is to change positions/slip past the semi setting.

Ah, thanks for the info.

**ConcernedCitizen**

Posted: 1/7/2026 10:24:29 PM EST [Last Edit: guns762] [#4]

Why did they settle in the first place?

They had the potential to win a case that would have set future precedent, but instead chose to back down and become the ATF's lapdog instead.



Why did they settle in the first place?

They had the potential to win a case that would have set future precedent, but instead chose to back down and become the ATF's lapdog instead.

All we have now is the ATF's agreement "not to enforce" the law, rather than having a court win where the law was declared unconstituitional.

Can someone please explain to me how this compromise was ever considered a "win"?

ConcernedCitizen
Member
Joined: Apr 2005 Posts: 31442
EE: 100% (1) OR, USA







Posted: 1/7/2026 11:00:39 PM EST [Last Edit: bluemax_1] [#5]




bluemax_1
Joined: Aug 2015 Posts: 22302
EE: 100% (7) MI, USA

Quote History

> Originally Posted By ConcernedCitizen:
>
> > Originally Posted By ChaosSquared:
> >
> > Oh fuck off. **If rare breed had simply settled** and moved on with their lives and sold triggers, no one would have batted an eye.
> >
> > Instead, they are choosing to sue everyone and anyone that sells any form of FRT. They are claiming to have a patent on ALL FRT tech. They are rancid cunts of the highest order
>
> Why did they settle in the first place?
>
> They had the potential to win a case that would have set future precedent, but instead chose to back down and become the ATF's lapdog instead.
>
> All we have now is the ATF's agreement "not to enforce" the law, rather than having a court win where the law was declared unconstituitional.
>
> > *As part of the Settlement Agreement, the United States* ***has agreed not to enforce*** *18 U.S.C. Section 922(o) and the requirements of the National Firearms Act, Gun Control Act of 1968 as amended by the Hughes Amendment to the 1986 Firearm Owners Protection Act, or any similar statute or agency interpretation of 26 U.S.C. Section 5845(b) under which an eligible FRT is contended to be a "machinegun" or otherwise unlawful against any person or organization for possessing or transferring an eligible FRT.*
> >
> > *The Settlement Agreement only covers eligible FRTs. Machinegun conversion devices, such as switches, drop-in auto sears, lightning links, or trigger control group travel reducers, are not covered.*
>
> Can someone please explain to me how this compromise was ever considered a "win"?

It was a win for the folks who were told, "You not only have the option, but the obligation to sue any competitors"?

Posted: 1/8/2026 8:13:03 AM EST [#6]



ChaosSquared
Member
Joined: Nov 2008 Posts: 5467
EE: 100% (1) OH, USA

Attached File

Forums Equipment Exchange Blog Gear Deals Store Tools All Forums Search... My Account

Member
Joined: Nov 2008 Posts: 5467
EE: 100% (1) OH, USA



**Bye_Felicia**
Joined: Apr 2003 Posts: 22989
EE: 100% (197) MO, USA

Posted: 1/8/2026 8:27:24 AM EST [#7]

Partisan,
Have you guys dug into the relationship between Rarebreed chief lawyer and the Head of the DOJ Civil Rights division? Their lawyer was employed by the head of the DOJs Civil Rights division just prior to her accepting that role.

"My friend, you would not tell with such high zest
To children ardent for some desperate glory,
The old Lie: Dulce et decorum est
Pro patria mori." -Wilfred Owen













**dbrowne1**
Joined: Jan 2001 Posts: 36040
EE: 100% (23) USA

Posted: 1/8/2026 8:32:40 AM EST [#8]

Quote History

> Originally Posted By ConcernedCitizen:
>
> Why did they settle in the first place?
>
> They had the potential to win a case that would have set future precedent, but instead chose to back down and become the ATF's lapdog instead.
>
> All we have now is the ATF's agreement "not to enforce" the law, rather than having a court win where the law was declared unconstituitional.
>
> Can someone please explain to me how this compromise was ever considered a "win"?

There was ZERO reason to "settle" from the legal strategy standpoint, if your goal was to actually further secure the legal status of FRTs. The district court had already blown the ATF out across the board on FRTs, for everyone not just Rare Breed. The government appealed to the 5th Circuit - the same 5th Circuit that handled the Cargill bumpstock case which SCOTUS then upheld - and the 5th Circuit denied the government's request to stay (suspend) the district court's order on FRTs. In that denial, the 5th Circuit flat out told the government "you're going to fucking lose."

So the settlement had no value to the supposed objective. The "settlement" was a devil's bargain where the government got to put a strangle hold on the FRT market, the next best option given that they could not win the case. And Rare Breed was given a government-backed monopoly on FRTs.

Or so they all thought ...




**Jambalaya**
Slow Cooked
Joined: Sep 2005 Posts: 55668
EE: 0% (0) USA

Posted: 1/8/2026 9:06:02 AM EST [#9]

So what happens if Rare Breed loses these patent suits? Does that nullify the settlement agreement and then the government goes after FRTs as MGs again?

Posted: 1/8/2026 9:11:21 AM EST [#10]

Joined: Sep 2005 Posts: 35088
EE: 0% (0) USA

20



Bye_Felicia

Joined: Apr 2003 Posts: 22991
EE: [illegible] MO, USA

20

Posted: 1/8/2026 9:11:21 AM EST [#10]

Quote History

> Originally Posted By Jambalaya:
>
> So what happens if Rare Breed loses these patent suits? Does that nullify the settlement agreement and then the government goes after FRTs as MGs again?

During Trump 2.0? Doubt it.
Beyond Jan 20th 2029 is a toss up.

"My friend, you would not tell with such high zest
To children ardent for some desperate glory,
The old Lie: Dulce et decorum est
Pro patria mori." -Wilfred Owen




dbrowne1

Joined: Jan 2001 Posts: 36041
EE: [illegible] USA

25

Posted: 1/8/2026 9:15:21 AM EST [Last Edit: dbrowne1] [#11]

Quote History

> Originally Posted By Jambalaya:
>
> So what happens if Rare Breed loses these patent suits? Does that nullify the settlement agreement and then the government goes after FRTs as MGs again?

No. It just means Rare Breed doesn't have the monopoly it's been claiming.

The "settlement" simply stopped the appeal (which the government was going to lose anyway). The district court's final order, declaring that FRTs are not machineguns and vacating the ATF's classification of them as such, remains in effect irrespective of the "settlement" or what happens in any IP litigation.




BlackheartActual

Joined: Jun 2011 Posts: 3922
EE: [illegible] AZ, USA

15

Posted: 1/8/2026 9:52:34 AM EST [#12]

Quote History

> Originally Posted By jaqufrost:
>
> The original batch doesn't have the selector detent stop machined very deep. Due to complaints, they machined newer batches to a deeper point to increase how hard it is to change positions/slip past the semi setting.

Any idea how to know if a vendor has new vs old batch? I'll probably pick one of these up but would like to buy from someplace with new stock.



jaqufrost
Member

Joined: Sep 2004 Posts: 64899
EE: [illegible] OK, USA

Posted: 1/8/2026 9:58:43 AM EST [#13]

> Originally Posted By BlackheartActual:
>
> Any idea how to know if a vendor has new vs old batch? I'll probably pick one of these up but would like to buy from someplace with new stock.

My understanding is everything shipped to Optics Planet is new stock with the updated selector barrel.







**jaqufrost**
Member
Joined: Sep 2004 Posts: 64899
EE: OK, USA

> Any idea how to know if a vendor has new vs old batch? I'll probably pick one of these up but would like to buy from someplace with new stock.

My understanding is everything shipped to Optics Planet is new stock with the updated selector barrel.



**southerncross**
Enhanced
Joined: May 2008 Posts: 23931
EE: GA, USA

Posted: 1/8/2026 10:01:04 AM EST [#14]

Quote History

> Originally Posted By Ackrite:
>
> What role did Partisan Triggers play in the current legal status of FRT triggers in general? How deep in the trenches were you guys and how much of your personal wealth and potential freedom was put on the line to ensure the masses can use FRT's without the boogeyman looking over their shoulder?
>
> I'm sure it's easy to hate on RBT after the fact when the settlement ended up being what it was.
>
> I have no relation to RBT, but it's funny to see all the love they received during the fight they put up turn to hate after some legal compromises to finally end the saga.
>
> Flame away.

Ok. Now do SIG.

It's easy to change your mind about a company when they go from the oppressed to the oppressor, or the fight for freedom and capitalism turns into lawsuits and threats of lawsuits for calling out what is obviously wrong.

TEAM GIMMICK 2026

**Ben**
Do not have fear.
Joined: Apr 2005 Posts: 22078
EE: MT, USA

Posted: 1/8/2026 10:48:49 AM EST [#15]

Quote History

> Originally Posted By Ackrite:
>
> What role did Partisan Triggers play in the current legal status of FRT triggers in general? How deep in the trenches were you guys and how much of your personal wealth and potential freedom was put on the line to ensure the masses can use FRT's without the boogeyman looking over their shoulder?
>
> I'm sure it's easy to hate on RBT after the fact when the settlement ended up being what it was.
>
> I have no relation to RBT, but it's funny to see all the love they received during the fight they put up turn to hate after some legal compromises to finally end the saga.
>
> Flame away.

A man saving a bunch of women and children from a burning building is, on its face, commendable.

It ceases to be commendable when it is discovered later that he did so only in order to chain those women and children up in his basement and rape them until someone stops him.

Rare Breed is not, and has never been, the good guys. There is a lot more going on here than any of you are aware of. We look forward to providing further details in court.

Twitter/Instagram: benunsuppressed

**https://americanpioneercorps.org**



Posted: 1/8/2026 11:23:09 AM EST [#16]

Quote History








**Cobra-Commander**
Not Jeff
Joined: Sep 2009 Posts: 7923
EE: 100% (24) NH, USA

Posted: 1/8/2026 11:23:09 AM EST [#16]

Quote History

> Originally Posted By Ben:
>
> A man saving a bunch of women and children from a burning building is, on its face, commendable.
>
> It ceases to be commendable when it is discovered later that he did so only in order to chain those women and children up in his basement and rape them until someone stops him.
>
> Rare Breed is not, and has never been, the good guys. There is a lot more going on here than any of you are aware of. We look forward to providing further details in court.

I have nothing constructive to add other than fuck yeah.

"Team Ranstad"



**networkguru**
Joined: Nov 2018 Posts: 8186
EE: 100% (3) SC, USA

Posted: 1/8/2026 11:33:57 AM EST [Last Edit: networkguru] [#17]

Could be this meme?






**Kuraki**
Space Cadet
Joined: May 2007 Posts: 62080
EE: 100% (227) WI, USA

Posted: 1/8/2026 11:38:31 AM EST [#18]

Quote History

> Originally Posted By Jambalaya:
>
> So what happens if Rare Breed loses these patent suits? Does that nullify the settlement agreement and then the government goes after FRTs as MGs again?

Shouldn't matter.

9. RBT, RBF, Mr. DeMonico, and Mr. Maxwell agree to take all reasonable efforts to engage in patent enforcement seeking prohibitory injunctions against any person or entity that manufacturers, sells, or distributes any FRT during the life of U.S. Patent No. 10,514,223 patent, provided RBT, Mr. DeMonico, and Mr. Maxwell have a good faith argument that the device is within the scope of the patent. The United States will not bear litigation costs of any patent enforcement actions.






provided RBT, Mr. DeMonico, and Mr. Maxwell have a good faith argument that the device is within the scope of the patent. The United States will not bear litigation costs of any patent enforcement actions.



**Kuraki**
Space Cadet
Joined: May 2007 Posts: 62081
EE: 100% (227) WI, USA
15

Posted: 1/8/2026 11:39:20 AM EST [#19]

Quote History

> Originally Posted By dbrowne1:
>
> No. It just means Rare Breed doesn't have the monopoly it's been claiming.
>
> The "settlement" simply stopped the appeal (which the government was going to lose anyway). **The district court's final order, declaring that FRTs are not machineguns and vacating the ATF's classification of them as such, remains in effect irrespective of the "settlement" or what happens in any IP litigation**.

This ^^



**FreefallRet**
Retired
Joined: Mar 2002 Posts: 84710
EE: 100% (185) NC, USA
20

Posted: 1/8/2026 11:50:21 AM EST [#20]

Bump for more info



**Firearmsenthusiast**
Member
Joined: Dec 2015 Posts: 15828
EE: 0% (0) ND, USA
10

Posted: 1/8/2026 12:08:40 PM EST [Last Edit: Firearmsenthusiast] [#21]

I bought a few more triggers from BH armory, I have 3 different types of FRT's and I think you have a great design and offer the best quality for the price point of anybody.

Thank you for making a an excellent product and Godspeed with the lawsuit.

How do you do?




**Yaguar**
Joined: Apr 2019 Posts: 1440
EE: 0% (0) NV, USA
5

Posted: 1/8/2026 12:56:57 PM EST [#22]

I just ordered a few of your triggers, email I received states shipping possibly in 22-23 days




Posted: 1/8/2026 1:06:51 PM EST [#23]

Quote History

> Originally Posted By laqufrost:









**homeyclaus**
Stop the planet, I want to get off.
Joined: May 2007 Posts: 7259
EE: 0% (0) VA, USA

**Posted: 1/8/2026 1:06:51 PM EST** [#23]

Quote History

> Originally Posted By jaqufrost:
>
> The original batch doesn't have the selector detent stop machined very deep. Due to complaints, they machined newer batches to a deeper point to increase how hard it is to change positions/slip past the semi setting.

That was a **feature** to mimic the clapped out selectors on the M16A4's at Quantico.

In case you're wondering about the avatar pic:
https://www.youtube.com/watch?v=Z4ARGjbA14g




**craig24680**
Member
Joined: Sep 2005 Posts: 8058
EE: 100% (98) KY, USA

**Posted: 1/8/2026 1:13:56 PM EST** [#24]

Fuck RB

PROUD AMMOSEXUAL
Adam Calhoun: "You can't hurt my feelings, I was born in the 80's"



**tangbang**
Member
Joined: Oct 2005 Posts: 6166
EE: 100% (168) VA, USA

**Posted: 1/8/2026 1:29:24 PM EST** [Last Edit: tangbang] [#25]

in for a few more Partisan triggers and more RBT drama.

Waiting on the MP5K FRT from Partisan...



**SLOW3OH**
Member with a Member
Joined: Nov 2025 Posts: 72
EE: 100% (3) TX, USA

**Posted: 1/8/2026 1:39:59 PM EST** [#26]

Fuck it, just ordered one from Cloak.




**BlackheartActual**
Joined: Jun 2011 Posts: 3923
EE: 100% (1) AZ, USA

**Posted: 1/8/2026 3:41:33 PM EST** [#27]

Quote History

> Originally Posted By jaqufrost:
>
> My understanding is everything shipped to Optics Planet is new stock with the updated selector barrel.

Sweet, thank you sir!






EE: 100% (1) AZ, USA

15

Sweet, thank you sir!



TheOtherDave
Member
Joined: Jan 2004 Posts: 55447
EE: 100% (8) MI, USA

20

Posted: 1/8/2026 3:58:15 PM EST [#28]

Quote History

> Originally Posted By ConcernedCitizen:
>
> Why did they settle in the first place?
>
> They had the potential to win a case that would have set future precedent, but instead chose to back down and become the ATF's lapdog instead.
>
> All we have now is the ATF's agreement "not to enforce" the law, rather than having a court win where the law was declared unconstitutional.
>
> Can someone please explain to me how this compromise was ever considered a "win"?

They still had a case on them in NY in an unfriendly court with an unfriendly prosecutor and felt it was the easiest way out as it would have certainly been a loss they would have appealed. They chose to sleep with the enemy rather than have to appeal.

Never make another person a priority when they merely see you as an option...

"Some People Are Like Slinkies. They're Not Really Good For Anything, But They Bring a Smile To Your Face When Pushed Down The Stairs."



TheOtherDave
Member
Joined: Jan 2004 Posts: 55448
EE: 100% (8) MI, USA

20

Posted: 1/8/2026 3:59:06 PM EST [#29]

Quote History

> Originally Posted By dbrowne1:
>
> There was ZERO reason to "settle" from the legal strategy standpoint, if your goal was to actually further secure the legal status of FRTs. The district court had already blown the ATF out across the board on FRTs, for everyone not just Rare Breed. The government appealed to the 5th Circuit - the same 5th Circuit that handled the Cargill bumpstock case which SCOTUS then upheld - and the 5th Circuit denied the government's request to stay (suspend) the district court's order on FRTs. In that denial, the 5th Circuit flat out told the government "you're going to fucking lose."
>
> So the settlement had no value to the supposed objective. The "settlement" was a devil's bargain where the government got to put a strangle hold on the FRT market, the next best option given that they could not win the case. And Rare Breed was given a government-backed monopoly on FRTs.
>
> Or so they all thought ...

This was not an offshoot of the 5th circuit case, it was a separate one in NY.

Never make another person a priority when they merely see you as an option...

"Some People Are Like Slinkies. They're Not Really Good For Anything, But They Bring a Smile To Your Face When Pushed Down The Stairs."



Posted: 1/8/2026 4:01:06 PM EST [#30]

Quote History







**TheOtherDave**
Member
Joined: Jan 2004 Posts: 55449
EE: 100% (9) MI, USA

Posted: 1/8/2026 4:01:06 PM EST [#30]

Quote History

> Originally Posted By Ben:
>
> A man saving a bunch of women and children from a burning building is, on its face, commendable.
>
> It ceases to be commendable when it is discovered later that he did so only in order to chain those women and children up in his basement and rape them until someone stops him.
>
> Rare Breed is not, and has never been, the good guys. There is a lot more going on here than any of you are aware of. We look forward to providing further details in court.

Could it be that they were invented in the first place to get ahead of the SuperSafety problem the .gov had and couldn't stop any other legal way?

I wondered if this were the case, and the activity Rare Greed has done kinda supports it in my opinion...

Never make another person a priority when they merely see you as an option...

"Some People Are Like Slinkies. They're Not Really Good For Anything, But They Bring a Smile To Your Face When Pushed Down The Stairs."




**BlackheartActual**
Joined: Jun 2011 Posts: 3924
EE: 100% (1) AZ, USA

Posted: 1/8/2026 4:08:26 PM EST [#31]

Just ordered one from Planet Optics. Now to settle in for a 30 day plus wait lol.

Also, I see they have AK and M249S triggers in the works, hope they're FRT's!

Would be nice if they also did one for Stribog SP45A3, if anyone has their ear and can mention it that'd be great thanks!




**Jambalaya**
Slow Cooked
Joined: Sep 2005 Posts: 55673
EE: 0% (0) USA

Posted: 1/8/2026 4:32:53 PM EST [#32]

Whoever brings a *reliable* 3 position .22lr FRT to market first will have a license to print money.

Either design one from the ground up, or make one for an existing popular .22lr, or at the very least, make it accept common high cap .22 magazines like the 10/22 or TX22 mags. But without the safe/semi/FRT selector, they would mostly just be range toys.

If Partisan is working on new designs, I hope .22lr is being seriously considered.

I have an idea that probably isn't patented that would be pretty amazing, I just don't have the time or resources to prototype it.



**Lexington**
Shall we meet on the village green?
Joined: Nov 2002 Posts: 32317
EE: 100% (132) VA, USA

Posted: 1/8/2026 4:47:18 PM EST [Last Edit: Lexington] [#33]

Quote History

> Originally Posted By Dominion21:
>
> > Originally Posted By TheOtherDave:
> >
> > They have to sue. They made a deal with the devil and have a short window to make/recoup their money.






Shall we meet on the village green?

Joined: Nov 2002 Posts: 32317
EE: [illegible] VA, USA

> They have to sue. They made a deal with the devil and have a short window to make/recoup their money.

Correct you are, Dave! Thx.

I support Ben 100%. Enough said on that.

For those who are new to this, and to hopefully avoid folks cluttering up the thread with basic questions, here is a public link to the settlement entered into by RBT et al.:

**https://gunrightsfoundation.org/wp-content/uploads/FRT-Settlement-Agreement-FINAL.pdf**

Please post general questions about FRTs on the other thread; this one is for informed discussion of the litigation.

*"9. RBT, RBF, Mr. DeMonico, and Mr. Maxwell agree to take all reasonable efforts to engage in patent enforcement seeking prohibitory injunctions against any person or entity that manufacturers, sells, or distributes any FRT during the life of U.S. Patent No. 10,514,223 patent, provided RBT, Mr. DeMonico, and Mr. Maxwell have a good faith argument that the device is within the scope of the patent. The United States will not bear litigation costs of any patent enforcement actions."*

Interesting. I thought they would have financial support from the government. Since they don't, how can they finance all of their lawsuits?

The Second Amendment: Preserving our right to petition the government - with malice.
"I guess it comes down to a simple choice, really. Get busy livin' or get busy dyin'."
*Virginia Is For Loners (™)*



**Kuraki**
Space Cadet
Joined: May 2007 Posts: 62083
EE: [illegible] WI, USA

**Posted: 1/8/2026 5:37:24 PM EST** [#34]

**Quote History**

> Originally Posted By Lexington:
>
> *"9. RBT, RBF, Mr. DeMonico, and Mr. Maxwell agree to take all reasonable efforts to engage in patent enforcement seeking prohibitory injunctions against any person or entity that manufacturers, sells, or distributes any FRT during the life of U.S. Patent No. 10,514,223 patent, provided RBT, Mr. DeMonico, and Mr. Maxwell have a good faith argument that the device is within the scope of the patent. The United States will not bear litigation costs of any patent enforcement actions."*
>
> Interesting. I thought they would have financial support from the government. Since they don't, how can they finance all of their lawsuits?

$40 million in revenue as of that settlement agreement.




**HKPDW**
Joined: Jan 2002 Posts: 11138
EE: [illegible] MOZ

**Posted: 1/8/2026 6:17:06 PM EST** [Last Edit: HKPDW] [#35]

Optics Planet delivery date got pushed back from Jan 14th to Feb 3rd.



**Posted: 1/8/2026 6:28:30 PM EST** [#36]

**Quote History**

> Originally Posted By BlackheartActual:









**Firearmsenthusiast**
Member
Joined: Dec 2015 Posts: 15834
EE: 0% (0) ND, USA

**Posted: 1/8/2026 6:28:30 PM EST** [#36]

Quote History

> Originally Posted By BlackheartActual:
>
> Just ordered one from Planet Optics. Now to settle in for a 30 day plus wait lol.
>
> Also, I see they have AK and M249S triggers in the works, hope they're FRT's!
>
> Would be nice if they also did one for Stribog SP45A3, if anyone has their ear and can mention it that'd be great thanks!

Battle Hawk Armory has them in stock and ready to ship, I ordered 2 yesterday and got confirmation of shipping. I purchased one a while back and it was delivered in a few days.

https://battlehawkarmory.com/product/partisan-triggers-disruptor-ar-15-frt-3-position-drop-in-forced-reset-trigger

How do you do?




**Jambalaya**
Slow Cooked
Joined: Sep 2005 Posts: 55675
EE: 0% (0) USA

**Posted: 1/8/2026 6:36:48 PM EST** [#37]

Quote History

> Originally Posted By HKPDW:
>
> Optics Planet delivery date got pushed back from Jan 14th to Feb 3rd.

No, that's the date they print the shipping label.



**ELittlefield**
Member
Joined: Dec 2023 Posts: 7038
EE: 100% (7) USA

**Posted: 1/8/2026 6:37:09 PM EST** [#38]

Holy shit, how did I miss this thread for 2 days???

Give em hell, boys.



**ELittlefield**
Member
Joined: Dec 2023 Posts: 7039
EE: 100% (7) USA

**Posted: 1/8/2026 6:45:40 PM EST** [#39]

Quote History

> Originally Posted By deevil:
>
> > Originally Posted By SLOW3OH:
> >
> > Did Partisan fix the safety/selector issue with their triggers?
>
> What issue?

The early production ones had selectors with the detent holes not drilled deep enough. Made for a very unsatisfying "click" when selecting a mode. It's apparently fixed now.



**Posted: 1/8/2026 8:35:22 PM EST** [Last Edit: RedAngus] [#40]







The early production ones had selectors with the detent holes not drilled deep enough. Made for a very unsatisfying "click" when selecting a mode. It's apparently fixed now.



**RedAngus**
We don't rent pigs.
Joined: Apr 2019 Posts: 4096
EE: 100% (12) TX, USA

Posted: 1/8/2026 8:35:22 PM EST [Last Edit: RedAngus] [#40]

Quote History

> Originally Posted By Lexington:
>
> > Originally Posted By Dominion21:
> >
> > > Originally Posted By TheOtherDave:
> > >
> > > They have to sue. They made a deal with the devil and have a short window to make/recoup their money.
> >
> > Correct you are, Dave! Thx.
> >
> > I support Ben 100%. Enough said on that.
> >
> > For those who are new to this, and to hopefully avoid folks cluttering up the thread with basic questions, here is a public link to the settlement entered into by RBT et al.:
> >
> > **https://gunrightsfoundation.org/wp-content/uploads/FRT-Settlement-Agreement-FINAL.pdf**
> >
> > Please post general questions about FRTs on the other thread; this one is for informed discussion of the litigation.
>
> *"9. RBT, RBF, Mr. DeMonico, and Mr. Maxwell agree to take all reasonable efforts to engage in patent enforcement seeking prohibitory injunctions against any person or entity that manufacturers, sells, or distributes any FRT during the life of U.S. Patent No. 10,514,223 patent, provided RBT, Mr. DeMonico, and Mr. Maxwell have a good faith argument that the device is within the scope of the patent. The United States will not bear litigation costs of any patent enforcement actions."*
>
> Interesting. I thought they would have financial support from the government. Since they don't, how can they finance all of their lawsuits?

4D chess question, for all those who think Rare Breed is a gov't operation... Could Partisan baiting Rare Breed into filing a lawsuit they can't win be a move in cahoots w/Rare Breed to break the gub'ment hold on Rare Breed?

I know that's a reach, but so is everything related to FRTs since their legality.

Edit to add: I have a couple of RBTs, and a couple from ASD and one other that I can't remember the name of. Don't yet own a Partisan, but will when I hear the kinks get worked out of them (shitty looking initialed safety and shitty mushy feeling safety).

Thanks for the membership, RTX!



**Bearbait1**
Member
Joined: Apr 2003 Posts: 1559
EE: 100% (1) NM, USA

Posted: 1/9/2026 9:22:00 AM EST [#41]

I briefly wondered the same (musing). But that type of conspiracy would require a fair amount of....conspiring. Given the fact that all of this is litigation, and litigation will likely mean subpoenas for all sorts of things, including communications, anyone thinking they could pull that off would have to be insane.

Nah, just good ol' capitalism at its finest here, methinks. Speaking which, where are all the Chinese Temu knock-offs?

Northern born and Southern Bred

New Orleans STYLE

Posted: 1/9/2026 10:22:04 AM EST [#42]






EE: 100% (1) NM, USA

Northern born and Southern Bred




**Jambalaya**
Slow Cooked
Joined: Sep 2005 Posts: 55685
EE: 0% (0) USA

**Posted: 1/9/2026 10:22:04 AM EST** [#42]

**Quote History**

> Originally Posted By Bearbait1:
>
> Nah, just good ol' capitalism at its finest here, methinks. Speaking which, where are all the Chinese Temu knock-offs?

Interesting question. There are tons of Chinese "solvent traps", "fuel filters", glock switches and more out there. Stuff that is actually illegal.

But I have yet to see Chinese FRTs of any kind. You'd think they would be spitting out super safeties for $10 a pop all over the place, but they aren't.



**ConcernedCitizen**
Member
Joined: Apr 2005 Posts: 31457
EE: 100% (1) OR, USA

**Posted: 1/9/2026 10:23:44 AM EST** [#43]

**Quote History**

> Originally Posted By Jambalaya:
>
> > Originally Posted By Bearbait1:
> >
> > Nah, just good ol' capitalism at its finest here, methinks. Speaking which, where are all the Chinese Temu knock-offs?
>
> Interesting question. There are tons of Chinese "solvent traps", "fuel filters", glock switches and more out there. Stuff that is actually illegal.
>
> But I have yet to see Chinese FRTs of any kind. You'd think they would be spitting out super safeties for $10 a pop all over the place, but they aren't.

It's hard to run a honey trap with a legal product. 😋



**Ruckus**
Member
Joined: Oct 2001 Posts: 2680
EE: 100% (10) MO, USA

**Posted: 1/9/2026 10:32:28 AM EST** [#44]

**Quote History**

> Originally Posted By HKPDW:
>
> Optics Planet delivery date got pushed back from Jan 14th to Feb 3rd.

@HKPDW

Source please.

Support Team Ranstad, Damnit!




**Bluefalcon0351**
Member
Joined: Sep 2023 Posts: 52
EE: 100% (18) UT, USA

**Posted: 1/9/2026 10:33:27 AM EST** [#45]

Here to say FRBT and FABCIP

GB

**Posted: 1/9/2026 10:50:55 AM EST** [#46]






**Bluefalcon0351**
Member
Joined: Sep 2023 Posts: 52
EE: 100% (18) UT, USA

GB



**Racer27**
Member
Joined: Nov 2007 Posts: 2070
EE: 100% (2) WI, USA

Posted: 1/9/2026 10:50:55 AM EST [#46]

Did anyone else get the new safety selectors yet or just Optic planet?



**PartisanTriggers**
Freedom Accelerated
Joined: Jun 2025 Posts: 90
EE: 0% (0) USA

Posted: 1/9/2026 10:53:52 AM EST [#47]

Quote History

> Originally Posted By Racer27:
>
> Did anyone else get the new safety selectors yet or just Optic planet?






**Kuraki**
Space Cadet
Joined: May 2007 Posts: 62090
EE: 100% (227) WI, USA

Posted: 1/9/2026 11:39:32 AM EST [#48]

There's no conspiracy. This is just how most PE firms work. Normal business to them.



**mamasboy**
Member
Joined: Oct 2006 Posts: 7329
EE: 100% (2) FL, USA

Posted: 1/9/2026 11:39:35 AM EST [#49]

Quote History

> Originally Posted By robertmegar:
>
> > Originally Posted By PartisanTriggers:
> >
> > Partisan Triggers previously introduced ourselves **here.**. In it, we detailed our preparations for the inevitable lawsuit from Rare Breed Triggers/ABC IP (RBT). As many know, RBT named us as a John Doe d/b/a Partisan Triggers in an Arizona suit filed December 23, 2025. They've also sued Cloak Industries in Idaho, and we expect more suits against our dealers.
> >
> > As stated on our website, we oppose public/private partnerships that exist only to your detriment.
> >
> > RBT excels at bullying small companies, often run by young men who have barely







filed December 23, 2025. They've also sued Cloak Industries in Idaho, and we expect more suits against our dealers.

As stated on our website, we oppose public/private partnerships that exist only to your detriment.

RBT excels at bullying small companies, often run by young men who have barely gotten their feet under them in life, through aggressive lawfare to bankrupt and break them. It's easy to feel invincible when facing under-resourced opponents while relying on powerful allies. Rest assured, this won't work against us.

This week, we've shipped thousands of triggers to dealers, with thousands more going out by week's end. Dealers are indemnified under our substantial patent insurance policy—covering the Disruptor alongside our upcoming releases, and worth multiples of RBT's claimed millions in litigation costs from their prior lawsuits. You and our dealers can trust we won't be bullied or back down.

We don't believe we've violated any valid patent. When we respond to RBTs suit, we'll post the documents here for those interested. We have no plans or need for donations; support us by spreading the word or buying our triggers.

A certain famous former naval officer¹ once said:

"The wrong thing to do about any given circumstance or situation is to do nothing."

We would like to ask you to do something. If you have useful information on RBT (or related parties) for this lawsuit, PM us on ARFCOM to share it. We feel very confident in our preparations, but we are aware that there is always the possibility someone may know something we've missed. We hope they see this and want to help.

We have new products coming out phased over the next weeks, including maintenance kits, the Clone Lower Appropriate Pins (the CLAP), military style one piece selectors, and the LAT. We also have several more triggers that are past the drawing board and into pre-production prototyping.

We are here for the long haul, so strap in, folks—this may turn into a wild ride.

Thumbs up, let's do this.

https://i.guim.co.uk/img/media/836fc5a8a5b50dde76ae4f9ac39355b5e33c6d9c/0_768_5100_3060/master/5100.jpg?width=1200&height=900&quality=85&auto=format&fit=crop&s=c87af4d12f9ad0d8b91b0364f0cdaf71
¹L. Ron Hubbard, maybe better known for other works

If you don't ship to FL, you ARE forcing me to support Rare Breed. Grow some balls and ship to FL, it's legal, the law is unenforceable.

Wait what? legal in Florida? I don't think so.

AMERICA NEEDS AN ENEMA!









NvrBrdWes
ARFCOM's CHO
Joined: Aug 2022 Posts: 4118
EE: 0% (0) FL, USA

**Posted: 1/9/2026 1:15:07 PM EST** [#50]

**Quote History**

Originally Posted By mamasboy:

Originally Posted By robertmegar:

Originally Posted By PartisanTriggers:

Partisan Triggers previously introduced ourselves here.. In it, we detailed our preparations for the inevitable lawsuit from Rare Breed Triggers/ABC IP (RBT). As many know, RBT named us as a John Doe d/b/a Partisan Triggers in an Arizona suit filed December 23, 2025. They've also sued Cloak Industries in Idaho, and we expect more suits against our dealers.

As stated on our website, we oppose public/private partnerships that exist only to your detriment.

RBT excels at bullying small companies, often run by young men who have barely gotten their feet under them in life, through aggressive lawfare to bankrupt and break them. It's easy to feel invincible when facing under-resourced opponents while relying on powerful allies. Rest assured, this won't work against us

to your detriment.

RBT excels at bullying small companies, often run by young men who have barely gotten their feet under them in life, through aggressive lawfare to bankrupt and break them. It's easy to feel invincible when facing under-resourced opponents while relying on powerful allies. Rest assured, this won't work against us.

This week, we've shipped thousands of triggers to dealers, with thousands more going out by week's end. Dealers are indemnified under our substantial patent insurance policy—covering the Disruptor alongside our upcoming releases, and worth multiples of RBT's claimed millions in litigation costs from their prior lawsuits. You and our dealers can trust we won't be bullied or back down.

We don't believe we've violated any valid patent. When we respond to RBTs suit, we'll post the documents here for those interested. We have no plans or need for donations; support us by spreading the word or buying our triggers.

A certain famous former naval officer[1] once said:

"The wrong thing to do about any given circumstance or situation is to do nothing."

We would like to ask you to do something. If you have useful information on RBT (or related parties) for this lawsuit, PM us on ARFCOM to share it. We feel very confident in our preparations, but we are aware that there is always the possibility someone may know something we've missed. We hope they see this and want to help.

We have new products coming out phased over the next weeks, including maintenance kits, the Clone Lower Appropriate Pins (the CLAP), military style one piece selectors, and the LAT. We also have several more triggers that are past the drawing board and into pre-production prototyping.

We are here for the long haul, so strap in, folks—this may turn into a wild ride.

Thumbs up, let's do this.

https://i.guim.co.uk/img/media/836fc5a8a5b50dde76ae4f9ac39355b5e33c6d9c/0_768_5100_3060/master/5100.jpg?width=1200&height=900&quality=85&auto=format&fit=crop&s=c87af4d12f9ad0d8b91b0364f0cdaf71

[1]L. Ron Hubbard, maybe better known for other works

If you don't ship to FL, you ARE forcing me to support Rare Breed. Grow some balls and ship to FL, it's legal, the law is unenforceable.

Wait what? legal in Florida? I don't think so.

lol, I dont think anybody is shipping FRTs to FL right now... Ironic since RBT used to be pseudo-FL based

"I do not love the bright sword for its sharpness, nor the arrow for its swiftness, nor the warrior for his glory. I love only that which they defend."









Previous Page 2 / 3 Next Page

## Rare Breed Triggers v Partisan Triggers legal battle (Page 2 of 3)

Home / General / General Discussion Classic

RBT (or related parties) for this lawsuit, ... ARFCOM to share it. We feel very confident in our preparations, but we are aware that there is always the possibility someone may know something we've missed. We hope they see this and want to help.

We have new products coming out phased over the next weeks, including maintenance kits, the Clone Lower Appropriate Pins (the CLAP), military style one piece selectors, and the LAT. We also have several more triggers that are past the drawing board and into pre-production prototyping.

We are here for the long haul, so strap in, folks—this may turn into a wild ride.

Thumbs up, let's do this.

https://i.guim.co.uk/img/media/836fc5a8a5b50dde76ae4f9ac39355b5e33c6d9c/0_768_5100_3060/master/5100.jpg?width=1200&height=900&quality=85&auto=format&fit=crop&s=c87af4d12f9ad0d8b91b0364f0cdaf71

¹L. Ron Hubbard, maybe better known for other works

If you don't ship to FL, you ARE forcing me to support Rare Breed. Grow some balls and ship to FL, it's legal, the law is unenforceable.

Wait what? legal in Florida? I don't think so.

lol, I dont think anybody is shipping FRTs to FL right now... Ironic since RBT used to be pseudo-FL based

"I do not love the bright sword for its sharpness, nor the arrow for its swiftness, nor the warrior for his glory. I love only that which they defend."







Previous Page 2 / 3 Next Page

## Rare Breed Triggers v Partisan Triggers legal battle (Page 2 of 3)

Home / General / General Discussion Classic

Active Topics Newest Topics Code of Conduct

AR15.COM

The world's largest firearm community and is a gathering place for firearm enthusiasts of all types.
From hunters and military members, to competition shooters and general firearm enthusiasts, we welcome anyone who values and respects the way of the firearm.

GIFs on this site are Powered by GIPHY

Quick Links
Blog
Deals
Equipment Exchange
Forums
Memberships

Info
About
Advertising
DMCA
Help
Privacy Policy
Your Privacy Choices

Stay Updated
Subscribe to our monthly Newsletter to receive firearm news, product discounts from your favorite Industry Partners, and more.
Email Address
Subscribe

© 1996-2026 AR15.COM LLC. All rights reserved.

Page Vault

| | |
|---|---|
| Document title: | Rare Breed Triggers v Partisan Triggers legal battle > General Discussion > AR15.COM |
| Capture URL: | https://www.ar15.com/forums/General/Rare-Breed-Triggers-v-Partisan-Triggers-legal-battle/5-2828908/?page=3 |
| Page loaded at (UTC): | Mon, 12 Jan 2026 22:51:46 GMT |
| Capture timestamp (UTC): | Mon, 12 Jan 2026 22:53:44 GMT |
| Capture tool: | 10.71.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.177 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 15 |
| Capture ID: | 1S7PseHLkCSw2nTat9PDXP |
| Display Name: | alcindor |

PALMETTO STATE ARMORY
BEST DEALS, UPDATED DAILY
SHOP NOW!

## Rare Breed Triggers v Partisan Triggers legal battle (Page 3 of 3)

Previous Page 3 / 3 Next Page

HKPDW
Joined: Jan 2002 Posts: 11140
EE: 100% (32) MOZ

Posted: 1/9/2026 1:15:25 PM EST [Last Edit: HKPDW] [#1]

Quote History

> Originally Posted By Ruckus:
>
> > Originally Posted By HKPDW:
> >
> > Optics Planet delivery date got pushed back from Jan 14th to Feb 3rd.
>
> @HKPDW
>
> Source please.

The source would be me. When I submitted the order, the confirmation page showed Jan 14th.

The order update page now shows Feb 3rd...

I've had a few OP orders cancelled so, I'm not holding my breath. I already own several FRTs and Super Safeties so, it's no big deal... I just wanted to compare the craftsmanship of the Partisan to what I currently have.

FreefallRet
Retired
Joined: Mar 2002 Posts: 84724
EE: 100% (185) NC, USA

Posted: 1/9/2026 1:32:29 PM EST [#2]

Quote History

> Originally Posted By HKPDW:
>
> The source would be me. When I submitted the order, the confirmation page showed Jan 14th.
>
> The order update page now shows Feb 3rd
>
> I've had a few OP orders cancelled so, I'm not holding my breath. I already own several FRTs and Super Safeties so, it's no big deal I just wanted to compare the craftsmanship of the Partisan to the RB (more specifically, how Partisan solved the RB locking bar spring issue). I suspect they used a spring set up like the MIlitia State Armory solution

3 feb would be fast for optics planet

Be Better. Way Better. START NOW SILENCER SHOP

Posted: 1/9/2026 1:34:55 PM EST [Last Edit: Dominion21] [#3]







**Dominion21**
Joined: Dec 2014 Posts: 18124
EE: 100% (16) USA

Posted: 1/9/2026 1:34:55 PM EST [Last Edit: Dominion21] [#3]

While not specific to the RBT v. Partisan litigation, there may be valuable information to be gleaned from RBT's recent injunction against Hoffman Tactical; here is a link to the Arfcom thread discussing RBT's injunction:

https://www.ar15.com/forums/general/Rare-Breed-filed-for-a-Preliminary-Injunction-against-Hoffman-Tactical-requesting-removal-of-files-/5-2829188/

If this post is inappropriate, kindly reach out to me and I will remove it.

---

**JaredGrey**
Joined: Oct 2008 Posts: 33662
EE: 100% (1) WI, USA

Posted: 1/9/2026 1:46:13 PM EST [#4]

I've held off on getting an FRT for some time now...but this might get me off the couch.

Partisan, can you give me any advice on how your FRT would work with a Strike Industries PDW brace with its short buffer and short travel? Any thoughts on its functionality with multiple calibers of uppers...556, 300, x39, 9mm, and x28?

Or should I build out a new lower with a regular buffer tube?

---



**Hking**
Member
Joined: Aug 2013 Posts: 15295
EE: 100% (20) SD, USA

Posted: 1/9/2026 1:50:21 PM EST [#5]

Quote History

> Originally Posted By Dominion21:
>
> While not specific to the RBT v. Partisan litigation, there may be valuable information to be gleaned from RBT's recent injunction against Hoffman Tactical; here is a link to the Arfcom thread discussing RBT's injunction:
>
> https://www.ar15.com/forums/general/Rare-Breed-filed-for-a-Preliminary-Injunction-against-Hoffman-Tactical-requesting-removal-of-files-/5-2829188/
>
> If this post is inappropriate, kindly reach out to me and I will remove it.

Absolute monumental faggotry by Rare Breed

---



**PartisanTriggers**
Freedom Accelerated
Joined: Jun 2025 Posts: 91
EE: 0% (0) USA

Posted: 1/9/2026 1:58:11 PM EST [#6]

Quote History

> Originally Posted By Dominion21:
>
> While not specific to the RBT v. Partisan litigation, there may be valuable information to be gleaned from RBT's recent injunction against Hoffman Tactical; here is a link to the Arfcom thread discussing RBT's injunction:
>
> https://www.ar15.com/forums/general/Rare-Breed-filed-for-a-Preliminary-Injunction-against-Hoffman-Tactical-requesting-removal-of-files-/5-2829188/
>
> If this post is inappropriate, kindly reach out to me and I will remove it.

We like Hoffman. 😋

---

Posted: 1/9/2026 1:59:44 PM EST [#7]

We like Hoffman. 😋






**PartisanTriggers**
Freedom Accelerated
Joined: Jun 2025 Posts: 92
EE: 0% (0) USA

Posted: 1/9/2026 1:59:44 PM EST [#7]

Quote History

> Originally Posted By JaredGrey:
>
> I've held off on getting an FRT for some time now...but this might get me off the couch.
>
> Partisan, can you give me any advice on how your FRT would work with a Strike Industries PDW brace with its short buffer and short travel? Any thoughts on its functionality with multiple calibers of uppers...556, 300, x39, 9mm, and x28?
>
> Or should I build out a new lower with a regular buffer tube?

Haven't tested anything with a PDW brace, so couldn't say.

We did test 300blk with a 9" barrel, suppressed and unsuppressed, and it ran fine.

We have had luck with some 9mm ARs, and less luck with others.







**InflectionPoint**
Joined: Sep 2005 Posts: 25325
EE: 100% (64) USA

Posted: 1/9/2026 2:13:08 PM EST [#8]

Quote History

> Originally Posted By PartisanTriggers:
>
> Haven't tested anything with a PDW brace, so couldn't say.
>
> We did test 300blk with a 9" barrel, suppressed and unsuppressed, and it ran fine.
>
> We have had luck with some 9mm ARs, and less luck with others.

Which 9mms seem to work best?



**TheOtherDave**
Member
Joined: Jan 2004 Posts: 55459
EE: 100% (8) MI, USA

Posted: 1/9/2026 2:14:39 PM EST [Last Edit: TheOtherDave] [#9]

Quote History

> Originally Posted By PartisanTriggers:
>
> > Originally Posted By JaredGrey:
> >
> > I've held off on getting an FRT for some time now...but this might get me off the couch.
> >
> > Partisan, can you give me any advice on how your FRT would work with a Strike Industries PDW brace with its short buffer and short travel? Any thoughts on its functionality with multiple calibers of uppers...556, 300, x39, 9mm, and x28?
> >
> > Or should I build out a new lower with a regular buffer tube?
>
> Haven't tested anything with a PDW brace, so couldn't say.
>
> We did test 300blk with a 9" barrel, suppressed and unsuppressed, and it ran fine.

Haven't tested anything with a PDW brace, so couldn't say.

We did test 300blk with a 9" barrel, suppressed and unsuppressed, and it ran fine.

We have had luck with some 9mm ARs, and less luck with others.

I'm hoping to prove myself wrong, but the PDW buffers probably won't run because they can't be had in heavy enough weights and the shorter bolt travel means less time for the rounds to come up the magazine.

I've got a build going right now for a PDW based on the BAD Vert lower/Cross Machine Tool PDW lower with the integrated stock trunion. Probably have to settle for a binary.

Never make another person a priority when they merely see you as an option...

"Some People Are Like Slinkies. They're Not Really Good For Anything, But They Bring a Smile To Your Face When Pushed Down The Stairs."




**1969GTX**

Joined: Apr 2006 Posts: 24704
EE: 100% (32) NM, USA

**Posted: 1/9/2026 2:34:16 PM EST** [#10]

Good luck you guys! I just placed an order for one.




**mscout118**
Member

Joined: Nov 2012 Posts: 714
EE: 0% (0) AL, USA

**Posted: 1/9/2026 2:50:12 PM EST** [#11]

**Quote History**

Originally Posted By PartisanTriggers:

Haven't tested anything with a PDW brace, so couldn't say.

We did test 300blk with a 9" barrel, suppressed and unsuppressed, and it ran fine.

We have had luck with some 9mm ARs, and less luck with others.

I'd be happy to send you my FM 9mm as a test bed!



**mamasboy**
Member

Joined: Oct 2006 Posts: 7336
EE: 100% (2) FL, USA

**Posted: 1/9/2026 3:31:57 PM EST** [#12]

Anything for a MAC 5K yet?

AMERICA NEEDS AN ENEMA!



**Posted: 1/9/2026 3:43:03 PM EST** [#13]

I'm anxiously awaiting the match version (LAT, I think it's called).



AMERICA NEEDS AN ENEMA!








**Bravo_Six**
Member
Joined: Jul 2007 Posts: 20128
EE: 100% (10) PA, USA

**Posted: 1/9/2026 3:43:03 PM EST** [#13]

I'm anxiously awaiting the match version (LAT, I think it's called).




**Jambalaya**
Slow Cooked
Joined: Sep 2005 Posts: 55688
EE: 0% (0) USA

**Posted: 1/9/2026 3:51:34 PM EST** [#14]

Quote History

> Originally Posted By TheOtherDave:
>
> I'm hoping to prove myself wrong, but the PDW buffers probably won't run because they can't be had in heavy enough weights and the shorter bolt travel means less time for the rounds to come up the magazine.
>
> I've got a build going right now for a PDW based on the BAD Vert lower/Cross Machine Tool PDW lower with the integrated stock trunion. Probably have to settle for a binary.

I think the CMMG Fixed Ejector radial delayed blowback uppers will work. They use a standard carbine buffer (at least, in the 9mm version). Adding a suppressor and using heavier subsonic ammo will require a heavier buffer, but 115 grain 9mm unsuppressed should run with anything that is equivalent to a standard carbine buffer.



**FlatlandBusa**
Let's GO!
Joined: Nov 2016 Posts: 2028
EE: 0% (0) NE, USA

**Posted: 1/9/2026 3:58:34 PM EST** [#15]

Can we keep the function discussion in the other Partisan triggers threads? And keep the legal discussion here?

Middleofnowhere, Nebraska




**Extrabonez**
Joined: Oct 2013 Posts: 3373
EE: 100% (3) ID, USA

**Posted: 1/9/2026 4:16:40 PM EST** [#16]

Quote History

> Originally Posted By SLOW3OH:
>
> Fuck it, just ordered one from Cloak.

They were pretty quick to ship for this recent batch for me. Selector looks to be disassembled, and no laser markings on it either. I haven't checked function with this one because its going to be a gift so can't tell you if the selector stops are deeper than the early model I have.



**Posted: 1/9/2026 4:19:27 PM EST** [#17]

Quote History

> Originally Posted By Ben:



tac556
Member
Joined: Jun 2002 Posts: 11648
EE: 100% (100) USA

Posted: 1/9/2026 4:19:27 PM EST [#17]

Quote History

> Originally Posted By Ben:
>
> A man saving a bunch of women and children from a burning building is, on its face, commendable.
>
> It ceases to be commendable when it is discovered later that he did so only in order to chain those women and children up in his basement and rape them until someone stops him.
>
> Rare Breed is not, and has never been, the good guys. There is a lot more going on here than any of you are aware of. We look forward to providing further details in court.

Ok I did laugh at that analogy!

But it is pretty damned accurate, gotta admit...

a loaded gun won't set you free, so you say...



MEK
No, the other MEK
Joined: Oct 2004 Posts: 3053
EE: 100% (29) OK, USA

Posted: 1/9/2026 4:24:11 PM EST [#18]

Ordered a partisan trigger yesterday because of this thread. Battlehawk had it shipped in less than two hours.




Gone_rabid
Joined: Apr 2020 Posts: 336
EE: 100% (1) OH, USA

Posted: 1/9/2026 5:27:19 PM EST [#19]

This post pushed me over the edge.

Bought one at performance trigger. The website says it's in stock.



Ruckus
Member
Joined: Oct 2001 Posts: 2687
EE: 100% (10) MO, USA

Posted: 1/9/2026 5:49:33 PM EST [#20]

Quote History

> Originally Posted By HKPDW:
>
> The source would be me. When I submitted the order, the confirmation page showed Jan 14th.
>
> The order update page now shows Feb 3rd...
>
> I've had a few OP orders cancelled so, I'm not holding my breath. I already own several FRTs and Super Safeties so, it's no big deal... I just wanted to compare the craftsmanship of the Partisan to the RB... (more specifically, how Partisan solved the RB locking bar spring issue). I suspect they used a spring set up like the Militia State Armory solution...



I've had a few OP orders cancelled so, I'm not holding my breath. I already own several FRTs and Super Safeties so, it's no big deal... I just wanted to compare the craftsmanship of the Partisan to the RB... (more specifically, how Partisan solved the RB locking bar spring issue). I suspect they used a spring set up like the MIlitia State Armory solution...




Thank you Sir.

I just checked my order status.

Order placed 12/24/2025
Ship date 1/14/2026
Updated shipping date 2/3/2026

Damn you optics planet!

Support Team Ranstad, Damnit!



**PartisanTriggers**
Freedom Accelerated
Joined: **Jun 2025** Posts: **93**
EE: **0% (0)** USA

**Posted: 1/9/2026 10:58:57 PM EST** [Last Edit: PartisanTriggers] [#21]

People, and by extension groups of people, tend to project themselves and their ideas on others. Projection, a well known phenomenon, is easily observed if you're paying attention. Thieves tend to assume other people are also thieves. Cheaters are often suspicious that their spouse or partner is also a cheater. Conspirators tend to assume that anything inconvenient that happens to them grew from some other conspiracy. Incompetent people tend to assume others are also incompetent.

After some discussions with our legal team, we have decided to make a few things clear, out here in public. Let's talk about the high level of effort and professionalism that Rare Breed put into the Arizona lawsuit that they filed.

Glenn D. Bellamy (OH Bar 0070321)
Wood Herron & Evans, LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Tel: 513-707-0243
Email: gbellamy@whe-law.com
For Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **RARE BREED TRIGGERS, Inc., a Texas corporation,** | CASE NO. __________ |
| **and** | **JURY TRIAL DEMANDED** |
| **ABC IP, LLC, a Delaware limited liability company,** | **COMPLAINT FOR PATENT INFRINGEMENT AND FALSE PATENT MARKING** |
| **Plaintiffs,** | |
| **v.** | |
| **Firearm Systems LLC d/b/a Firearm Systems, an Arizona limited liability company,** | |
| **and** | |
| **Brandon Donatto, an individual,** | |
| **and** | |
| **Michael Stakes, an individual,** | |
| **and** | |
| **John Doe, an entity of unknown type,** | |
| **Defendants.** | |

See Michael Stakes? Yeah- he is an engineer for Partisan Triggers. John Doe? He is Partisan Triggers, whoever we may be.

**PARTIES**

1. Rare Breed is a corporation organized under the laws of the State of Texas with an address at 2710 Central Fwy, Suite 150-151, Wichita Falls, TX 76306.

2. ABC is a limited liability company organized under the laws of the State of

Forums Equipment Exchange Blog Gear Deals Store Tools All Forums Search... My Account




**PARTIES**

1. Rare Breed is a corporation organized under the laws of the State of Texas with an address at 2710 Central Fwy, Suite. 150-151, Wichita Falls, TX 76306.

2. ABC is a limited liability company organized under the laws of the State of Delaware with an address at 8 The Green, Suite A, Dover, DE 19901.

3. Upon information and belief, Firearm Systems is a limited liability company existing under the laws of the state of Arizona and has a place of business at 4742 N. 24th Street, Suite 300, Phoenix, AZ 85016.

4. Upon information and belief, Brandon Donatto is an individual residing in Arizona, who is an owner and directs the operations of Firearm Systems, LLC.

5. Upon information and belief, defendant John Doe, the identity of which will be determined in discovery, is the business of Partisan Triggers, manufacturer of products that infringe the Asserted Patents, whether a sole proprietorship, partnership, corporation, or limited liability company, that is believed to have a business location in Arizona.

6. Upon information and belief, Michael Stakes is an individual residing in Arizona, who directs the operations of Partisan Triggers and is an owner of U.S. Patent No. 9,146,067.

Demonico and Friends really failed to do any sort of homework on this lawsuit. They have launched themselves on a complete fools errand. We'd be very curious to know what sloppy assessment of their available "information and belief" led them to conclude Michael Stakes, an engineer with no ownership or managing interest in Partisan Triggers, directs the operations of our company. He doesn't have any role whatsoever in directing the company or our operations. Michael Stakes is an engineer who we hired *after* we had already begun production of the Partisan Disruptor. In fact, *our very first contact* of any kind with Stakes was not until after we were already in production for the Disruptor. At no point has Stakes been involved with the Disruptor project. The whole of the complaint against Stakes is so laughably off that Bellamy ought to not only feel bad, but he deserves all the ridicule he gets for it.

Furthermore, Partisan Triggers is not located in Arizona, nor do we have any facilities in Arizona. Rare Breed are attempting to sue John Doe in the wrong venue. To make matters worse for our Texas based friends, it would have been very easy to reach out via our website and we'd have helped them along to find us. We aren't hiding. Quite the opposite. We have a contact form on our website. Rare Breed can continue pursuing their lawsuit in Arizona, and it is going to go very sideways fast for them. Do your homework and sue us in the right venue boys, you're just...so disappointing right now.




**armoredman**
Member
Joined: **Jul 2013** Posts: **12786**
EE: **0% (0)** AZ, USA

**Posted: 1/10/2026 12:35:18 AM EST** [#22]

All I wanted to know is has anyone made an FRT that fits a BREN 2?

MEMBER

**borat**
Joined: **Feb 2006** Posts: **5195**
EE: **0% (0)** USA

**Posted: 1/10/2026 12:56:06 AM EST** [#23]

Bought 3. Gonna get 3 more.

**Posted: 1/10/2026 7:32:35 AM EST** [#24]




BlackheartActual
Joined: Jun 2011 Posts: 3928
EE: 100% (1) AZ, USA

Posted: 1/10/2026 7:32:35 AM EST [#24]

Quote History

> Originally Posted By HKPDW:
>
> The source would be me. When I submitted the order, the confirmation page showed Jan 14th.
>
> The order update page now shows Feb 3rd...
>
> I've had a few OP orders cancelled so, I'm not holding my breath. I already own several FRTs and Super Safeties so, it's no big deal... I just wanted to compare the craftsmanship of the Partisan to what I currently have.

Mine says the same. Ordered Jan 8th, estimate was 22-33 days, now expected to be shipped on Feb 3rd.

BlackheartActual
Joined: Jun 2011 Posts: 3929
EE: 100% (1) AZ, USA

Posted: 1/10/2026 7:38:34 AM EST [#25]

Quote History

> Originally Posted By PartisanTriggers:
>
> Haven't tested anything with a PDW brace, so couldn't say.
>
> We did test 300blk with a 9" barrel, suppressed and unsuppressed, and it ran fine.
>
> We have had luck with some 9mm ARs, and less luck with others.

Any time frame estimate on M249S and AK FRT's? If you need field testers I have an M249S para on the way and 16 AK's in hand

Also how about an FRT for Stribog SP45A3?

CashOnlyLargeBills
Joined: May 2024 Posts: 2807
EE: 0% (0) USA

Posted: 1/10/2026 9:50:25 AM EST [Last Edit: CashOnlyLargeBills] [#26]

Stupid Optics Planet won't ship to my house in Wisconsin because my winter home (current address for CC billing my bank) is in Florida.

Fuck that nonsense.



HK94dude
Heavily-armed extremist
Joined: May 2004 Posts: 6563
EE: 100% (88) USA

Posted: 1/10/2026 9:55:13 AM EST [#27]

Quote History

> Originally Posted By armoredman:
>
> All I wanted to know is has anyone made an FRT that fits a BREN 2?

What he said

Heavily-armed extremist

Joined: May 2004 Posts: 6563
EE: USA

What he said

Stolen Firearm: Colt AR15, Serial # SP342380, 16" carbine. Stolen in California by Kevin Ayres, and taken to Missouri.




**Posted: 1/10/2026 10:10:38 AM EST** [#28]

**Ben**
Do not have fear.
Joined: Apr 2005 Posts: 22082
EE: MT, USA

All- please try to keep this thread focused on the legal fight. Just got a message from the Partisan Triggers team asking if a new thread should be started for new product info, bitching about dealers, etc.

I told them I don't think Partisan should be spamming GD with threads, nor should it spam other threads within GD. That is annoying and generally not helpful. There is a Partisan discussion thread someone started in the tech forums (rate of fire subforum) right now, and I'm pushing for upgrading the Partisan Triggers account to get them an industry forum for questions and complaints that would be better suited there.

Cheers,

Twitter/Instagram: benunsuppressed

**https://americanpioneercorps.org**

**Posted: 1/10/2026 10:28:14 AM EST** [#29]



**Never_A_Wick**
USPSA Master Race
Joined: Feb 2023 Posts: 22547
EE: WI, USA

**Quote History**

> Originally Posted By CashOnlyLargeBills:
>
> Stupid Optics Planet won't ship to my house in Wisconsin because my winter home (current address for CC billing my bank) is in Florida.
>
> Fuck that nonsense.

That's pretty normal....

Also, if it's your winter home, what the fuck are you doing here still?

**Posted: 1/10/2026 10:55:14 AM EST** [#30]



**Bearbait1**
Member
Joined: Apr 2003 Posts: 1562
EE: NM, USA

**Quote History**

> Originally Posted By PartisanTriggers:
>
> People, and by extension groups of people, tend to project themselves and their ideas on others. Projection, a well known phenomenon, is easily observed if you're paying attention. Thieves tend to assume other people are also thieves. Cheaters are often suspicious that their spouse or partner is also a cheater. Conspirators tend to assume that anything inconvenient that happens to them grew from some other conspiracy. Incompetent people tend to assume others are also incompetent.
>
> After some discussions with our legal team, we have decided to make a few things clear, out here in public. Let's talk about the high level of effort and professionalism that Rare Breed put into the Arizona lawsuit that they filed.
>
> https://www.ar15.com/media/mediaFiles/608514/AZ_Complaint_1-3691309.png
>
> See Michael Stakes? Yeah- he is an engineer for Partisan Triggers. John Doe? He is Partisan Triggers, whoever we may be.
>
> https://www.ar15.com/media/mediaFiles/608514/AZ_Complaint_2-3691310.png
>
> Demonico and Friends really failed to do any sort of homework on this lawsuit. They have launched themselves on a complete fools errand. We'd be very curious to know what sloppy assessment of their available "information and belief" led them to conclude Michael Stakes, an engineer with no ownership or managing interest in Partisan Triggers, directs the operations of our company. He doesn't have any role whatsoever in directing the company or our operations. Michael Stakes is an engineer who we hired *after* we had already begun production of the Partisan Disruptor. In fact, *our very first contact* of any kind with Stakes was not until after we were already in production for the Disruptor. At no point has Stakes been involved with the Disruptor project. The whole of the complaint against Stakes is so

Stakes, an engineer with no ownership or managing interest in Partisan Triggers, directs the operations of our company. He doesn't have any role whatsoever in directing the company or our operations. Michael Stakes is an engineer who we hired *after* we had already begun production of the Partisan Disruptor. In fact, *our very first contact* of any kind with Stakes was not until after we were already in production for the Disruptor. At no point has Stakes been involved with the Disruptor project. The whole of the complaint against Stakes is so laughably off that Bellamy ought to not only feel bad, but he deserves all the ridicule he gets for it.

Furthermore, Partisan Triggers is not located in Arizona, nor do we have any facilities in Arizona. Rare Breed are attempting to sue John Doe in the wrong venue. To make matters worse for our Texas based friends, it would have been very easy to reach out via our website and we'd have helped them along to find us. We aren't hiding. Quite the opposite. We have a contact form on our website. Rare Breed can continue pursuing their lawsuit in Arizona, and it is going to go very sideways fast for them. Do your homework and sue us in the right venue boys, you're just...so disappointing right now.

Looks like they found your virtual office.....super sleuths for sure. Interesting when I started typing the address, I got to 4742 n and the exact address came up to the top of my search engine. No sleuth here, but makes me think folks have been searching a bit for that address.

Northern born and Southern Bred






**PartisanTriggers**
Freedom Accelerated
Joined: Jun 2025 Posts: 94
EE: 0% (0) USA

**Posted: 1/10/2026 11:12:49 AM EST** [#31]

**Quote History**

Originally Posted By Bearbait1:

Looks like they found your virtual office.....super sleuths for sure. Interesting when I started typing the address, I got to 4742 n and the exact address came up to the top of my search engine. No sleuth here, but makes me think folks have been searching a bit for that address.

Not even our virtual office. That is the address for Firearm Systems, a company which is one of our dealers. Thinking that is our address is pants on head stupid. That address isn't Partisan Triggers at all.



**TZLVredmist**
It's not broke... Just badly bent.
Joined: Dec 2003 Posts: 13742
EE: 100% (30) ID, USA

**Posted: 1/10/2026 11:18:01 AM EST** [#32]

AI says that I am a Co-Owner of Rare Breed.

LOL



**FlatlandBusa**
Let's GO!
Joined: Nov 2016 Posts: 2029
EE: 0% (0) NE, USA

**Posted: 1/10/2026 11:31:24 AM EST** [#33]



Let's GO!
Joined: Nov 2016 Posts: 2029
EE: 0% (0) NE, USA




The address in question. The shutter rate on the Google car made a new 6 wheel SUV.

Middleofnowhere, Nebraska






**Bearbait1**
Member
Joined: Apr 2003 Posts: 1563
EE: 100% (1) NM, USA

**Posted: 1/10/2026 1:21:15 PM EST** [#34]

Quote History

> Originally Posted By PartisanTriggers:
>
> Not even our virtual office. That is the address for Firearm Systems, a company which is one of our dealers. Thinking that is our address is pants on head stupid. That address isn't Partisan Triggers at all.

Yes, I was trying to be funny.......

I just saw Nolo's latest drop about the consolidation motion in the DN case. I am guessing this gives you some other things to ponder now.

I have wondered about these Patent cases, and whether or not the "typical" judge has to go through a lot of expert testimony (on both sides) to get them up to speed on the finer technical points of these patents. That is the nature of my profession, and litigation. Thankfully I have avoided such duty or need.

Having both the RB and Partisan devices, and from info that has been posted, I am guessing that you might prefer to get to the heart of the matter, whether the RB patent(s) are deficient. No need for the cost of "this is a trigger, this is sear and this is how they work", times 10 across the states. I guess you would still have the cost/need to educate on the coarser components of patent law, if these cases are not assigned to Judges with specific knowledge.

All very interesting

Northern born and Southern Bred

**Ben**
Do not have fear.
Joined: Apr 2005 Posts: 22083
EE: 100% (14) MT, USA

**Posted: 1/10/2026 5:06:12 PM EST** [#35]

Just a thought - but spreading this thread and the message in it across other social media and forums would be a lovely thing to do on a Saturday afternoon.

Twitter/Instagram: benunsuppressed

**https://americanpioneercorps.org**



**TheOtherDave**
Member
Joined: Jan 2004 Posts: 55488
EE: 100% (8) MI, USA

**Posted: 1/10/2026 5:26:48 PM EST** [#36]

Quote History

> Originally Posted By CashOnlyLargeBills:
>
> Stupid Optics Planet won't ship to my house in Wisconsin because my winter home (current address for CC billing my bank) is in Florida.
>
> Fuck that nonsense.

**TheOtherDave**
Member
Joined: Jan 2004 Posts: 55488
EE: 100% (8) MI, USA

> address for CC billing my bank) is in Florida.
>
> Fuck that nonsense.

Ship it to me, I'll drop it in the mail. IDGAF.

Never make another person a priority when they merely see you as an option...

"Some People Are Like Slinkies. They're Not Really Good For Anything, But They Bring a Smile To Your Face When Pushed Down The Stairs."




---



**mamasboy**
Member
Joined: Oct 2006 Posts: 7345
EE: 100% (2) FL, USA

Posted: 1/10/2026 6:14:54 PM EST [#37]

So can I have one in Florida?

AMERICA NEEDS AN ENEMA!

---



**FlatlandBusa**
Let's GO!
Joined: Nov 2016 Posts: 2030
EE: 0% (0) NE, USA

Posted: 1/10/2026 7:22:44 PM EST [#38]

Nolo is talking about this on his YouTube live now.

Middleofnowhere, Nebraska

---



**FlatlandBusa**
Let's GO!
Joined: Nov 2016 Posts: 2031
EE: 0% (0) NE, USA

Posted: 1/10/2026 7:33:07 PM EST [#39]

https://www.youtube.com/live/wwyQ7ijrSZs?si=TGVFJVGvYW54NHSG

New Rare Breed Triggers/ABC IP Cases and Temporary Restraining Order filed against Hoffman




https://www.youtube.com/watch?v=wwyQ7ijrSZs

Middleofnowhere, Nebraska

---



Posted: 1/10/2026 11:46:09 PM EST [#40]

Bump for new info



FlatlandBusa
Let's GO!
Joined: Nov 2016 Posts: 2031
EE: 0% (0) NE, USA

New Rare Breed Triggers/ABC IP Cases and Temporary Restraining Order filed against Hoffman




https://www.youtube.com/watch?v=wwyQ7IjrSZs

Middleofnowhere, Nebraska






FreefallRet
Retired
Joined: Mar 2002 Posts: 84732
EE: 100% (185) NC, USA

Posted: 1/10/2026 11:46:09 PM EST [#40]

Bump for new info

Previous Page 3 / 3 Next Page

## Rare Breed Triggers v Partisan Triggers legal battle (Page 3 of 3)

Home / General / General Discussion Classic

GEISSELE AUTOMATICS · TACTICAL PANTS · GUN DEALS · REVIEWS · FAXON BARRELS · TACTICAL BOOTS · PRIMARY ARMS · BCM · SPARTAN ARMOR SYSTEMS · RIFLESPEED · GRAYMAN INDUSTRIES · THOROUGHBRED ARMAMENT · FIGHTLITE · BROWNELLS · COLT · NEWS · CA CAPITOL ARMORY · CMMG · Pro2A Tactical · SPRINGFIELD ARMORY · PALMETTO STATE ARMORY · Ammunition



AR15.COM

The world's largest firearm community and is a gathering place for firearm enthusiasts of all types.
From hunters and military members, to competition shooters and general firearm enthusiasts, we welcome anyone who values and respects the way of the firearm.

GIFs on this site are Powered by GIPHY

Quick Links
Blog
Deals
Equipment Exchange
Forums
Memberships

Info
About
Advertising
DMCA
Help
Privacy Policy
Your Privacy Choices

Stay Updated
Subscribe to our monthly Newsletter to receive firearm news, product discounts from your favorite Industry Partners, and more.
Email Address
Subscribe

© 1996-2026 AR15.COM LLC. All rights reserved.