# EXHIBIT 65

Search or ask a question

Create

All | From OAKWOODS SUPPLY CO. | Shooting range | Related




**MP5 FRT TORTURE TEST LONG TERM REVIEW RD3**

OAKWOODS SUPPLY CO.
296 subscribers
Subscribe

414 | Share | Ask | Save

16K views 3 months ago
Today we test the Rare Breed RD3 trigger in a full size MP5. We run a few hundred rounds through it in a fast pace and see if it has any issues (it does not).
Thanks for watching ...more

**184 Comments** Sort by

Add a comment...

Pinned by @OAKWOODSSUPPLYCO
@nice22915 2 months ago
your wife shoots better than you
14 Reply

@OneMoreMag 3 months ago
Hate what RB is doing to the other FRT companies but I bought the RD3 for my HK SP5K and have zero regrets.
36 Reply

@OAKWOODSSUPPLYCO 3 months ago
It's a great product. Can't say enough good about it.
2 Reply

@mickeyricketts6986 2 months ago
@OAKWOODSSUPPLYCO I friggin' LOVE mine. It just works.
Reply

@dreknows 3 weeks ago (edited)
@OAKWOODSSUPPLYCO I got the as design as I did mine when it that happened in fact I have lever v2 parts sitting collecting dust they fit the go no go mold but when I put them in printed leber the hole was off big one.... so I just said f it bought the aluminum one..and now want buy the rd3 ans another mp5 lol to put that in see difference but my mp5k runs like as if I don't have enough..btw the mp5k I have with utg leapers on it and suppressed runs like sewing machine I put 80 degree locking piece in mine
Reply

@enclavesoldier769 3 months ago (edited)
I really want the ARHK because AS Designs has a clean record and puts out quality products as well, but the wait to end of summer is not attractive. I'll buy both, since I have a G3 to put this into as well.
1 Reply

@OneMoreMag 3 months ago
@enclavesoldier769 yeah I can't imagine the wait time when they're finally ready.
1 Reply

@GultArMN8373 2 months ago
@enclavesoldier769 After seeing a picture of it on their website, I can't believe RB hasn't sued them yet. I can barely see a mechanical difference between theirs and RB.
1 Reply

@tylerrice4031 1 month ago
Are you running it suppressed? That's my only concern. I have a H&K sp5k as well and I just ordered the rd3 from rare breed. and I'm just slightly concerned with how well it's going to run with subsonic ammo and a supressor.
Reply

@OneMoreMag 1 month ago
@tylerrice4031 I have not. Sorry.
Reply

@mickeyricketts6986 1 month ago
@tylerrice4031 I've run my RD3 in my SP5 suppressed, just not with subs. It ran great with the can and supers, though.
Reply

@mickeyricketts6986 2 months ago
What is there to hate about a for-profit company defending the patents it owns? Hundreds of thousands of companies do the same thing every single day all around the world. 🤷🏻‍♂️
2 Reply

@daniesmit748 2 months ago
@mickeyricketts6986 the Hoffman Tactical Super Safety has Zero to do with RB's patents. They are acting as the ATF's puppets right now, and it's disgusting
6 Reply



Part 1:AS Designs MP5/SP5 Lower with Arc Fire FRT - Initial Impressions
Coolidge Regulators
4.4K 3mo ago



This Is The Appendix Carry Video Every Gun Owner Needs To Watch
Colion Noir
584K 2w ago



'90 Day Fiancé' Star Thais Arrested on Bodycam
Sgt. Pepperspray
239K 2mo ago



MP5 vs MP5K
ClassicFirearms
41K 4mo ago



🔴LIVE🔴Fishing with FRIENDS AND VIEWERS...
HellraiserSr3
46 Streamed 1h ago
New



10 Reasons Why You're NOT Losing Weight on Peptides & GLP-1s (Fix This)
Dr. Jones, DC
332K 3mo ago



Tom Holland Being Unintentionally Funny for 11 Minutes Straight!
Movazzi
901K 1mo ago



The Only 5 9mm PCCs With ZERO Feed Failures!
Frontier Arms and 2 more
11K 2d ago
New



We're Going To Lose FRTs If People Keep Shooting Like This
Colion Noir
685K 3mo ago



No Celebrity Has ZERO Filter Like Dolly Parton_and It's HILARIOUS!
Uncle Oscar
1M 4d ago
New



Dad Beats 14-Year-Old Daughter Before School, Then Plays The Victim
Inspector Ted
562K 2w ago



VIRAL MESSY BUN TRICK YOU NEED TO TRY! Medium & Long Hair Tutorial
Lainey Ostrom
586K 4mo ago

@mickeyricketts6986 2 months ago
@d @daniesmit748 do you think the only reason they sued Hoffman is because the ATF made them do it?
1 Reply

Hide replies

@ATXSSI 3 weeks ago
World's largest optic and worlds tiniest suppressor on an MP5 is definitely a choice
Reply

@Gunzalore 3 months ago
Fellow Utah bro here… I can confirm get yourself an Mp5k with a RD3
6 Reply
• 1 reply

@user-xb6qz3tf7v 3 months ago
MP5 FUN TIMES AHEAD !
10 Reply
• 2 replies

@OneMoreMag 3 months ago
They're in stock right now!
3 Reply

@shootingsavvy556 3 months ago
Dude, best video I've seen in a while. Well done
3 Reply
• 1 reply

@Alaska610ish 2 months ago
That is sweet and smooth!  Excellent job!
Reply
• 1 reply

@StormForgeFitness 3 months ago
Absolutely fire video my man
3 Reply
• 1 reply

@budrimert4477 1 month ago
kinda in regret of not going with a trigger pack. i got the whole lower by asd
2 Reply
• 1 reply

@null3884 2 months ago (edited)
Get a CAT/MOB for that thing! I also recommend an 80 degree locking piece if you don't already have one, since your RPM seems a little high for a full sized MP5. Could also just be the backpressure from that can you have on it for all I know.. I should mention putting an 80 degree locking piece usually means you wont be able to run 115 gr supers.
Reply

@JUSTIN-BERRYMAN 3 months ago
The mp5 and MP5K are some of my favorite guns in the world but my UMP 45 is my new personal favorite not especially with the FRT and my Kriss Vector Gen 3 is right up there with it also chambered in 45acp used to be 40 s&w was my go to Everytime but 9mm s faster and Penetrates way better then 40 or 45 does now the 5.7mm is quickly growing on me now days the 4.6 probably would to but I don't got anything that runs that round yet kinda like 300 bk out at first now I have like 3 rifles that runs that and one 8.6 Blk out and I ain't tried the 6mm ark or 338 Blk out which might be the 8.6mm I'm not certain yet which if it is then yeah I have one
2 Reply

@michaelcribbin7704 1 month ago
I have one the  H&K sp5  with a frt triggers in it love it
Reply
• 1 reply

@leesurferdude 3 months ago
If your wife had some time on that she would be able to control it well, she did pretty well on this video ^5  I just bought an AP5, to do exactly what you have done to your weapon for my wife.  Just or the fact that a small framed person can run these all day long w/ out getting over fatigued.  I have an 11.5 556 I run suppressed and it wears my wife out running around shooting 1 mag.  I decided if I really wanted to protect my wife by giving her a PCC, or short AR pistol it had to be 1 she could really run.  Rock on and thank you for the vids, they helped me to buy the RB and not mess w/ the other stuff.
6 Reply
• 3 replies

@leesurferdude 3 months ago
Got mine, test fired, this thing totally rocks and now I'm ammo broke :o)
1 Reply
• 2 replies

@supercool3544 2 months ago
ah yes mag dumping at the ground. only past time of a frt owner.
2 Reply
• 2 replies

@paton900 3 months ago
You need an ets mag loader. Game changer.
4 Reply
• 2 replies

@methanesprings4085 3 weeks ago
Someone needs a 90 degree locking piece or whatever.
Reply

@ninjascout468 3 months ago
Got mine purchased today sef was actually in stock and ya the wait list is not working at all lol so ive been checking at different times all week , i tried the ar lowers and trips junk imo
3 Reply
• 1 reply



Simple Welfare Check Leads to Horrifying Discovery
BodyCamBust
2.2M 1mo ago



MP5K Super Safety Torture Test Long Term Review | Pt.2 L2 Prints Complete Lower
OAKWOODS SUPPLY CO.
3.2K 3mo ago



The ATF Absolutely HATES This Trigger
Garand Thumb
2.7M 1y ago



Old Celebrity Interviews We Should've Taken Seriously
Papa Ruzz
1M 1mo ago



6 Zepbound Mistakes That Are Sabotaging Your Results
2.0 Mommy
283K 1y ago



10 INSANE Less-Lethal Weapons You Can Buy on Amazon RIGHT NOW for …
Frontier Tactical Vault
84K 1mo ago



10 Things to Never Mix with Tirzepatide (not what you think)
Dr. Jones, DC
142K 2w ago



They Lied to You About Retatrutide — Belly Fat After 40
Sean Alami
379K 3mo ago

@Retired_Gruntpa 3 months ago (edited)
My 3rd SEF FRT is on the way! The two I have work well! I do want Ambi selector paddles.
5 Reply
• 4 replies

1 Reply

@AdamYounq 1 month ago
Would it work on the MAC 5 (MP5K clone)
Reply

@hre2bviolent107 3 months ago
Theyre never in stock. I need one before my state bans them.
6 Reply
• 3 replies

@jcnikoley 3 months ago
Mine ran way too fast with a SS, a bit over 1300 RPM. The RD3 runs much better around 750 RPM. I have it tuned to 850 RPM currently with a slightly extended buffer that shortens the rear bolt travel by about 1/2". I've got around 700 rounds through the RD3, we'll see if it holds up. The SS was very finicky to get working reliably, and the trip broke at about 1000 rounds. I'd recommend the RD3 over the SS, I just wish it wasn't a Rare Greed product. If you must have a FRT, and don't want the Rare Breed, I still don't know if I could recommend a SS.
6 Reply
• 7 replies

@joeclarke12 2 months ago
FRB
Reply

@AquaTech225 3 months ago
I believe I'm going to try an install the "CARL" on mine for either the 3 or 2 round burst. Just to slow down my ammo usage. Least for a little while.
I wish someone could come up with this same trigger. Except with the burst setting a the full frt along with the regular safe a single fire.
3 Reply
• 2 replies

@michaelmendez5658 1 month ago
Be careful about shooting the rocks. You don't want to catch a ricochet.
Reply

@TwinNthem 2 months ago
What handguard are you running?
1 Reply

@ElementofKindness 3 months ago
The AR-15 type trigger arrangements cost just as much as just buying the purpose built RB.
I don't like to feed RB, but i promised myself that I was going to buy the first dedicated MP5 FRT that came out, and that was RB, so... 🤷‍♂️
1 Reply
• 2 replies

@jahsiahboi3380 2 months ago
Ive been eye balling this product for a minute. How does the trigger reset feel when running semi auto? Is it barely noticeable?
1 Reply
• 1 reply

@lacrossed55 2 months ago
So on a MKE AP5 the 3 position rare breed drop in is plug and play?
2 Reply
• 1 reply

@mikekendall841 3 weeks ago
i have a zf-5 with a r9 suppressor and i just got the frt. Never shot this yet. Should i start this out with FRT trigger installed. I'm ex military I'm safe with it. Should i waist my time with the ugly stock trigger?
1 Reply
• 1 reply

@traviantaylor1784 3 months ago
Sb tactical folding brace 🤔 lol
3 Reply
• 3 replies

@TreyYazzie 2 months ago
So this can drop into an SEF lower ? I have an SP5K and an ap5. Just ordered mine this morning
2 Reply
• 2 replies

@bontonroulet1851 2 months ago
Rare Breed makes the best FRT hands down
4 Reply
1 reply

@patrickoneill6821 3 months ago
On waiting list for Rare Breed trigger



Hairstyles Compilation 😍 Hairstyle Transformations
Another Braid
▷ 14M 5y ago



Tactical Shotguns of the Modern Era- The Benelli M4 and the Beretta A300 Ultim...
OAKWOODS SUPPLY CO.
▷ 389 1mo ago



Which FRT Should I Buy?- An FRT/FRS Comparison - Atrius, Partisan, AS Designs...
SPG1 Tactical
▷ 494K 5mo ago



17 GLP-1 Tips I Wish I Knew Before Starting My Journey
Dr. Jones, DC
▷ 135K 3mo ago



EXCLUSIVE: Inside the FRT Settlement with Rare Breed
James Reeves
▷ 193K 1y ago



White vs Black: We Try Each Other's Potato Salad | Taste Wars
Cocoa Butter
▷ 2.4M 11mo ago



How to FRT for CHEAP!
Juicey Media
▷ 277K 4mo ago

Captured by FireShot Pro: 31 August 2026, 10:38:26 PM
https://getfireshot.com

3 Reply

• 3 replies

@joshuasmith9750 2 months ago
How's it sound with that can without ear pro?
1 Reply
• 1 reply

@Ayjay12345 3 months ago
If its firing at a higher firing rate as a proper full auto MP5,will there be any damage on the SP5?
2 Reply
• 2 replies

@DepartmentofOffenseOfficial 1 month ago
I've heard reports that the RD3 hurts people's fingers more than AR15 FRTs because it has a pretty harsh/aggressive forced reset push, and even on semi auto it somewhat pushes the trigger back. How's your experience?
Reply
• 1 reply

@nightlifegamer 3 months ago
how hard can you pull the trigger before it fails? in a real life situation with adrenaline going how likely would you be to over power the trigger and cause a failure?
3 Reply
• 4 replies

@JakeHoffsher 3 months ago
what kinda can you got on that jammy?
1 Reply
• 1 reply

@davidhagen6566 2 months ago
Did you change your locking piece?
1 Reply
• 1 reply

@tmsmith221 3 months ago
what suppressor are you running and what handguard is that? thanks!!
1 Reply
• 3 replies

@brandonburr4900 1 month ago
Does this frt trigger work in the ap5 clones? Guessing these triggers are backordered ?
Reply
• 3 replies

@BoredAholicx3 1 month ago
does this trigger work on an ap5?
Reply
• 1 reply

@FocusTrippsCat 1 month ago
my mp5 hates flat nose :(
Reply
• 1 reply

@jeroendesterke9739 1 month ago
1:58 - He's gotta be joking? Right?
Reply
• 1 reply

@razieldrakis 3 months ago
What's the suppressor that you are running?
1 Reply
• 2 replies

@Loganrv0o 2 months ago
Video is 80% yap and 20% shooting
Reply
• 1 reply

@Johnny-In2xx 3 months ago
3:15 is when he stops talking about shooting the gun, and actually shoots the gun. You're welcome. The first 1/3 of this video is useless blah blah blah.
Reply
• 1 reply

@JavierYepis 3 months ago
Everyone hating on rare breed needs to realize any other company would have done the same shit they fought the fight and didn't win but they didn't lose either all other companies including your favorite would have done the same shit
4 Reply
3 replies

@mariotorano3781 3 months ago
Need to re-configure the MP5 that thing looks super dated!!
1 Reply
• 1 reply




The Hero Who Helped Stop The Idaho In-N-Out Active Shooter
Garand Thumb
1.9M 8d ago




He Installed a Forced Reset Trigger at a Gun Range... and Got Arrested | What You Ne...
Colion Noir
798K 10mo ago




Top 10 Most Hated Big Brother Houseguests Of All Time
big brother boy
108K 1mo ago




New




BTS - "Remember the good times" (All Song Megamix Mashup)
ThaMonkeySquad
738K 6y ago




MKE AP5 Attempted 6,000 Round Testing
Regular Guy Training LLC
17K 2mo ago




My favorite uses for Forced Reset Triggers (FRT)
Military Arms Channel
36K 2w ago




Nobody Breaks Celebrities Like 50 Cent
The Life Bar
1.5M 2mo ago

@Shademastermcc 2 months ago
"When you're changing out less components-" The super safety is literally just a safety with a little finger on it. Can't get simpler than that.
Reply
• 2 replies

@Cool12354 3 weeks ago
WTF .....Dude g back to gaming. The way you have the sling attached Yells out I still live in my mom's basement
Reply
• 2 replies

@johnholder9062 2 months ago
Are you talking about the same rare breed that falsely sued Hoffman tactical for patent infringement for the super safety that functions nothing like rare breeds frt? You might wanna google the new Trigger Kicker in case you haven't already ordered one from Hoffman it's $40 but out of stiff at the moment yes $40 as opposed to rare breeds $500 junk
Reply
1 reply

@Tavjon 3 months ago
$615 is wild. I'll stick with my CFN leber v2
2 Reply
• 5 replies

@jbpooh 3 months ago
I'd do without before giving rare greed any money. There's other good options out there.
Reply
4 replies

@invasivesurgery4595 3 months ago
Why are you using a pistol brace as a stock? It doesn't look like you have a disability to where you need a pistol brace. Put a stock on it as God intended.
1 Reply
1 reply

@TheEntireFBI 3 months ago (edited)
do not give rare greed your money, use an AS Designs MP5 lower instead. It will function better and will give you a much better trigger pull. or buy a $100 3d printer and $150 worth of hardware and make your own lower
1 Reply
• 4 replies

@karimmortada4102 3 months ago
Rare greed? Nah I'll pass
Reply
• 2 replies

@joshmajor8662 3 months ago
You forgot to be honest with EVERYONE!! Lol Rare Breed is a bullshit company, overcharging customers with EVERYTHING he sells, AND don't forget-your info was shared with the ATF the second you bent over that barrel for RB!! There are 20 better options over selling out to Rare Breed man 🤣 🤷‍♂️ He was banned from Shot Show this year for a GOOD reason!! This looks like fun, for sure!! Just get rid of the overpriced bullshit, unless you bought the trigger pack second hand? In that case you're good! I highly doubt you did tho Lol
Reply
• 1 reply

Top is selected, so you'll see featured comments



We Put an FRT in an HK SP5
Gallenson Guns
▷ 9.9K 1mo ago



EASY BRAIDED HAIRSTYLE 🌷 Long Hair by Another Braid
Another Braid
▷ 10K 10d ago



Ryan Gosling's Dry Humor BREAKS Celebrities He Meets
Fame Insider
▷ 475K 1mo ago



RareBreed Declares Total War on the Gun Industry
The VSO Gun Channel
▷ 48K 2mo ago



Putting a FRT in your Defensive Rifle?
Military Arms Channel
▷ 65K 1mo ago



Nobody Cracks People Up Like Tom Holland
Culturado
▷ 237K 4w ago



The Rise and Fall of Rare Breed
CRS Firearms
▷ 25K 7mo ago



Why Do You Own Multiple Suppressors When This Exists?
Colion Noir
▷ 291K 4mo ago



NAVY SEAL SNIPER vs. HUNTERS - Long Range Competition!
Dude Life
▷ 542K 7mo ago



The MP5 + FRT is My Boomer Corvette
Administrative Results
▷ 239K 11mo ago