# EXHIBIT 66

Premium

Search or ask a question

Create



# I Wanted To Like The ARC Fire FRT

Scope Bite TV
1.23K subscribers
Subscribe

50 | Share | Save | Download

2.6K views 3 months ago UNITED STATES
In this video, I put the ARC Fire V2 FRT through live fire testing and cover the reliability issues and malfunctions I encountered during use.

While the high rate of fire is undeniably fun, I personally came away disappointed with the system overall. Based on my experience so far, this is not a trigger setup I would trust in a serious-use rifle or reco ...more

Notice Age-restricted video (based on Community Guidelines)

## 80 Comments

Sort by

Add a comment...

@EarlCorgi 3 months ago
I've, thankfully, had none of these problems with my frt.
9 Reply
• 10 replies

@edwinrommel5474 2 months ago
Dude get an adjustable gas block. Stupid over gassed. Riflespeed is the shit and will have your rifle running great.
6 Reply

@blkcivicsi2k0 2 months ago
Is that an LMT lower? That specific lower has a "high shelf" which will interfere with the lever in the ARC FIRE. Try putting that FRT in a "low shelf" lower receiver with the same upper and your issue will go away. There are different tolerances with lowers. I've installed over a hundred FRT's in 5 different models and have come across the same issues you're are having due to "high shelf" lowers. My background is I've been a gunsmith for over 12 years.
9 Reply

@Duckoff000 2 months ago
Supper 42 buffer spring and H2 or H3 buffer. After that 0 issues with the Rare Greed arc fire and regular super safety. They are expensive but makes the gun feel better. Also makes the FRT's run great! I now have them in all my rifles even the ones without the FRT.
6 Reply
• 1 reply

@Mega554321 3 months ago (edited)
Look, I get what you're saying about the added expense in buying springs, buffer weights, gas blocks etc but fundamentally a rifle firing at a higher rate will require a different setup than a rifle that's solely dedicated for semi use. Do I agree that adding "earbuds" to your rifle is ridiculous? Absolutely. But even FA lowers need to be tuned appropriately based off barrel length, gas system, and even ammo type
7 Reply
• 1 reply

@chrislowry6061 3 months ago
I'm sorry to see you ran into these issues with your setup, man. I can honestly say I've not experienced any issues with my ARC Fire V2 with a Geissele SD-C trigger, or Delta Team Tactical frt. I've used both H2 and H3 buffers, along with a flat wire spring a Geissele braided wire spring.
4 Reply
• 4 replies

@edwinrommel5474 2 months ago
Have v1"s in 3 rifles. My primary rifle and 2 22lr trainers. The 22lr's were a pita and now run 100% in regular semi mode or frt semi mode.

The rifle just took one click to run great since I already had a H2 buffer and tubb flat wire spring. This is with the SSA-E trigger. I have 100% confidence in all three.
...
Read more
2 Reply

@fc4305 1 month ago (edited)
Have had Zero issues with my Arc Fire V2, I used a Flat Schmid Nickel Teflon Match trigger I cut myself and it has a crisp 3.5lb break. The Upper is a gas tuned & suppressed YHM 10.5 With a Turbo, Geissele Super 42 H2 and I run a KAK K Spec Down Vented BCG and the whole setup runs super super smooth. I also have Hoffman Super safeties and Rare breed triggers as well, I have had no issues with any of them.
Reply

@roycox193 2 months ago
I get what you're saying but with a little bit of fitment/tuning you can make it run reliably, which is well worth it to gain the capability of the alternative $30k transferable
2 Reply
• 5 replies




Top 5 Most Reliable Compact 9mm PCCs For Home Defense In Small Spaces
The Steady Zero and 2 more
32K 3w ago




Dog the Bounty Hunter Cast Members Who Are Dead or in Jail
Star Radar
80K 3w ago




I Made 7 GLP-1 Mistakes (So You Don't Have To)
Bobbi B.
94K 3mo ago




Drunk Nurse Doesn't Realize She Just Ended Someone's Life
Sergeant Steve
3.4M 2w ago




ZeroHawk EM1 Enclosed Red Dot / Is It Worth Your Money?
Airborne Ivan
29 4h ago
New




Moments Before Secret Tinder Date Turns Into Massacre
The Bloody Bunny
2.1M 2w ago




Testing the ARC Fire FRT in everything! It's a game changer!
Juicey Media
325K 11mo ago




We're Going To Lose FRTs If People Keep Shooting Like This
Colion Noir
676K 2mo ago




The Worst Internet Gun Fails #21 - The Darwin Awards
Brandon Herrera
3M 2mo ago




85 Incredible Moments Caught on CCTV Camera
UNSORTED
3.7M 3mo ago




10 Reasons Why You're NOT Losing Weight on Peptides & GLP-1s (Fix This)
Dr. Jones, DC
320K 3mo ago




When Matt Rife's Female Fans Go Too Far
Stage
498K 1mo ago




So you bought an FRT... But it won't work, now what?
Juicey Media
465K 8mo ago

@methanesprings4085 2 months ago (edited)
Arc fire was sending out Geissele triggers with cuts that didn't work. I assume they didn't want to take the financial hit so they just kept sending them out until someone kept them. I agree frt stuff is not ready for duty use.
1 Reply

@Metzasaurusrex 3 weeks ago
If you tune it properly to work with the can you will be more satisfied. From firing position, properly tuned machines chuck brass at the 3 to 4 o'clock position.
1 Reply
• 1 reply

@elkhogb9739 2 months ago
I have the Arc Fire V 1 And V2 set up with Gissele ssa e triggers. V1 set up 16 in carbine length gas system vltor A5 buffer system and the lever blockcer. Rifle runs great with no problems. I cut the gissele trigger shoe myself. If the left side is not correct rifle will not function right. left side is critical for proper function . This rifle ejects right at 4 o clock. Had same rifle set up mill speck trigger and pre cut trigger shoe with carbine length buffer and H3 buffer ran flaw less, ejects about 0200 o clock. Little over gas. V2 set up M16A2 clone ran it with mill spec trigger and pre cut trigger shoe and changed nothing else and runs flaw less and eject at 4 0 clock. Set rifle up with another Gissele ssa e trigger I cut and just added lever blocker and M16A2 runs perfect. I would guess the left side of trigger shoe is binding on …
Read more
1 Reply
• 1 reply

@robertsride1498 1 month ago (edited)
I have a Geissele 16" super duty full upper with a Geissele H2 buffer and braided spring and the Aero Precision M4E1 lower coupled with the ARC-Fire V2 - Ambi Kit (0° - 90° - 180°) with the Geissele SSA X - Precut Trigger. I did have a little trouble at first but after a couple days and little lock tight on the safety I got it running smooth and have had zero problems with it whether in single, burst fire or full FRT mode and with this trigger I don't even feel the reset. This is my go to SHTF battle rifle and would have NO problem trusting this rifle or the ARC-Fire V2 that is installed in it. I have over 1000 flawless rounds of mixed ammo through it so far. Just My Thoughts.
1 Reply
• 1 reply

@moorees335 2 months ago (edited)
Might be the shelf of the LMT lower...they are not exactly low and there may be tolerance stacking.
1 Reply
• 1 reply

@RalphWilson-m9k 2 months ago
Damn dude could be your mags as well...mine is running 762×39 in an ar platform..no issues..keep banging 😢
1 Reply

@davidv41680 2 months ago (edited)
The arc comes with a mil spec trigger precut also. Mine works Fine h2 buffer Thats all. Have a Rare Greed style one too. The arc is cheaper and Does the same thing.
1 Reply
• 3 replies

@guessthetankifunny3772 2 months ago
If it is locking you bolt back it means the upper shelf of the upper is being hit. A minute with a file is all it takes
1 Reply

@vetsunite 1 month ago
Hmm... 🤔 .... it's amazing that I dropped the ARC in 3 different ones: dpms, RRA and a t-91 clone and it works perfectly and reliably in each. 🤷
1 Reply
• 3 replies

@KevinLopez-u4q 2 months ago (edited)
So you are running a Gisselle trigger and over travel device on this one ? Just wondering because I have my mk18 with the trigger that came with the v2 and it hasn't locked up like that yet just put it together have dry fired it a good bit with no issues yet but I was going to install a Gisselle trigger I cut once my lever blocker comes in
1 Reply
• 6 replies

@PW.6060 1 month ago
Wish I had seen this before I bought one that I can't return. Will not pass a function check. I've had it in and out of my rifle no fewer than 8 times. I've been in contact with AS Designs and their support seems pretty good. But we're still having trouble figuring out why it will not work. I've noticed that tightening down the external safety selector screw binds it up and it won't even move out of semi in either direction. Loosening it allows you to move the selector, but semi and ARC both function as ARC. It's incredibly frustrating. Getting a Kel Tec would have been a better use of $200.
1 Reply
• 3 replies

Were you in the military?
1 Reply
1 reply

@gears6801 1 month ago
You need some cheese with that whine😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂
😂😂😂😂😂😂😂😂😂😂😂😂😂😂
Reply



Old Celebrity Interviews We Should've Taken Seriously
Papa Ruzz
▷ 946K 1mo ago



If I Started Retatrutide Today, This Is EXACTLY What I'd Do!
Dr Almerie, MD
▷ 118K 1mo ago



MK18 With AS Designs ARC Fire V2 - Literal DREAM Gun!
Sawtooth Tactical
▷ 6.2K 1mo ago



Not Losing Weight on GLP-1? My Doctor Finally Explained Why
Slow & Steady with Andi
▷ 147K 4mo ago



Husband Laughs After Wife Is Found Dead Inside His Car
Police Watch
▷ 1.2M 1mo ago



What They FOUND in Darrell Sheets' Storage Unit After His DEATH Left Everyone ...
Behind The Fame
▷ 166K 2w ago



6 Zepbound Mistakes That Are Sabotaging Your Results
2.0 Mommy
▷ 279K 1y ago



Which FRT Should I Buy?- An FRT/FRS Comparison - Atrius, Partisan, AS Designs...
SPG1 Tactical
▷ 486K 5mo ago



🚨 BOMBSHELL J.J. MCCARTHY REPORT | Vikings News
Vikings Now by Chat Sports
▷ 14K 6h ago
New



Super Easy Miter Saw Table Without a Huge Build, made from Scraps
VotecEV2
▷ 14 38 min ago
New



Why Does Anyone Really Need An FRT
Colion Noir
▷ 358K 4mo ago

• 1 reply

@gillybird 9 hours ago
You're lever is getting caught in the upper
Reply

@spears3490 1 month ago
Id be willing to bet high shelf lower..... Just my 2 cents
1 Reply

• 2 replies

@edwinrommel5474 2 months ago
By the way that experience talking...
1 Reply

@DanK1977 2 months ago
What a larper. 😂
1 Reply

• 1 reply

@jasoncho8649 2 months ago (edited)
Another guy saying it should work straight of the box and pointing fingers at other Guntubers who have actually did the research to install one properly and then accusing them of getting paid for it. Skip
3 Reply

• 2 replies

@villageidiot8718 2 weeks ago
You should communicate with Arc-Fire to evaluate your particular problem. You sound to me like you are judging with a bias.
1 Reply

@deerhunter6133 1 month ago
This guy's commentary is based on invalid expectations. An FRT not only expects but DEMANDS proper tuning to run reliably for any given configuration. The idea that it can be taken into battle is laughable. It is NOT an M16. It is a hack that can conceivably be impacted by too much trigger pressure. Think about THAT in a fire fight!

I have successfully installed 5 AF V2s in Anderson, PSA, and M&P 556 lowers. After tuning, ALL run smooth as silk with 0 failures. 2 required minor modification to the trigger. My AR9 required a shelf to be ...
Read more
Reply

• 1 reply

Top is selected, so you'll see featured comments




When Karen Messes With The Wrong People | Instant Karma #25
Mr Karma News
▷ 356K 2mo ago




The KAK DBC. Is this the end of FRT tuning as we know it?
2A Cops - Cops Supporting Gun ...
▷ 96K 2mo ago




"Friendly" Cop Has No Idea Police Already Matched Her DNA After 23 Years
Red File
▷ 7.6M 2w ago




White vs Black: We Try Each Other's Potato Salad | Taste Wars
Cocoa Butter
▷ 2.4M 11mo ago




15 Circus Freaks That Actually Existed
DarkFind
▷ 1.8M 1y ago




How to FRT for CHEAP!
Juicey Media
▷ 273K 4mo ago




25 Hollywood Stars Who Hid Their HIV/AIDS Diagnosis Until It Shocked Fans | ...
The Last Reels
▷ 256K 1mo ago




Nobody Breaks Celebrities like Matt Rife
Stage
▷ 1.9M 3mo ago




Super Safety vs Arc-Fire vs Atrius
StoneFaceGG
▷ 11K 7mo ago




No Comedian Has ZERO Filter Like Matt Rife... And It's Hilarious
Stage
▷ 461K 2mo ago




The BEST FRT on the market just got better! The ARC Fire V2 from AS Designs!
Juicey Media
▷ 104K 7mo ago




DAMN! When UFC Fighters Were Challenged By DUMB Regular Guys
KARMALAND
▷ 515K 2w ago




When Killer Mom Doesn't Realize She's Being Filmed
Crime Explorer
▷ 3.9M 6mo ago




Island Boy - Fly Soulja
Soft White Underbelly
▷ 745K 5d ago
New




The Worst Female Gangsters' Deaths Ever
Crime Pulse TV
▷ 2M 9mo ago




Training Day (2001) – 21 Weird Facts You Didn't Know About!
RewatchClub
▷ 471K 3mo ago