# EXHIBIT 67

**Rare Breed Firearms's Post**

Rare Breed Firearms
16h ·

The FRT-15L3 is the genuine three-position Forced Reset Trigger — designed, patented, and manufactured by the company that created the market and pioneered the platform.

#RareBreedTriggers #ForcedResetTrigger #FRT #ForcedReset



**Rare Breed Firearms's Post**

67 18 1

Most relevant

Timothy Padgett
Any update of an AK or 10/22 3 position FRT?
16h Like Reply 2

Author
Rare Breed Firearms
Timothy Padgett - keep your eyes peeled.
16h Like Reply 5

Timothy Padgett
👀
15h Like Reply

Reply to Rare Breed Firearms...

Reply to Timothy Padgett...

Larry Eans
Oh yah!!!! Brrrt brrrrt goes the MP5 and MK18.
16h Like Reply 1

Author
Rare Breed Firearms
Larry Eans 🔥🔥🔥
16h Like Reply

Reply to Larry Eans...

**Rare Breed Firearms's Post**

**Grisson Weiss**
Also in for ak

16h Like Reply 1

Rare Breed Firearms replied · 2 Replies

**Mike Cramer**
Do they come with C&D letters?

13h Like Reply 2

Top fan
**Matthew J. Mattson**
Flawless operation on any AR-15 I have installed in and swapped uppers around on.

14h Like Reply

**Steve Rawson**
needs more Scar trigger

13h Like Reply

**Jose Aceves**
"Genuine" huh? Weird... I remember they were only 2 position when they were first released, then they copied Atrius, Delta, and AS Designs who all made 3 position before them

1h Like Reply

**Matthew Moose**
You did not create the market.

13h Like Reply 1

**Parker Hodges**
I tried these with carbine buffers and I couldn't get them to work right. I have since put H3 buffers in haven't been back since I installed those H3's but I am sure that is the problem. I was also running the guns suppressed.. it makes sense I have to run an 80 degree locking block in my PTR-9KT that I run suppressed

**Rare Breed Firearms's Post**

13h Like Reply 1

Parker Hodges
I tried these with carbine buffers and I couldn't get them to work right. I have since put H3 buffers in haven't been back since I installed those H3's but I am sure that is the problem. I was also running the guns suppressed.. it makes sense I have to run an 80 degree locking block in my PTR-9KT that I run suppressed.

15h Like Reply

David Carroway
**Parker Hodges** look at a kak DBC bcg..it works

10h Like Reply

David Carroway



10h Like Reply

Reply to David Carroway...

Reply to Parker Hodges...

Most relevant is selected, so some comments may have been filtered out.

**Rare Breed Firearms's Post**

Jose Aceves
"Genuine" huh? Weird... I remember they were only 2 position when they were first released, then they copied Atrius, Delta, and AS Designs who all made 3 position before them
1d Like Reply 4

David Armendariz
**Jose Aceves** shhhh no one is supposed to know that 🤣🤣
11h Like Reply

Jose Aceves
**David Armendariz** People should sue them for copying the 3 position design
10h Like Reply

Reply to David Armendariz...

Reply to Jose Aceves...

Matthew Moose
You did not create the market.
2d Like Reply 3

Tim Lebioda
hey, I tried reaching out to you guys before regarding my 15 L3 that I purchased right when they were re-released it. It's the black one that's unmarked. I'm trying to find out if there's any type of warranty information on it. The problem I have it fires FRT mode in semi and FRT in the third position so there's really no semi. It's just constant FRT.
1d Like Reply 1

Parker Hodges
I tried these with carbine buffers and I couldn't get them to work right. I have since put H3 buffers in haven't been back since I installed those H3's but I am sure that is the

**Page 1**
**Instagram**
**https://www.instagram.com/p/DZ07DLjxn2G/**



Hidden by Instagram

**logan_im_a_madon** You are destroying the community.
9h 1 like Reply

**tntxan** You don't know what you're talking about.
7h 1 like Reply

Hide replies

**barry_rosenschein** Pure Greed Triggers. We work with the ATF to force better FRT's makers out of business.
2h 1 like Reply

This reel has 18 comments from Facebook.

Liked by **gidigun** and **others**
16 hours ago

**Page 1**
**Instagram**
**https://www.instagram.com/p/DZ07DLjxn2G/**



rarebreedfirearms • Follow
Original audio

...

patrickmartin135 Rare greed .....
15h 11 likes Reply

tntxan @patrickmartin135 bot
7h Reply

patrickmartin135 @tntxan you must like people who work for ATF and try to ruin the gun industry. They are suing people that frt doesn't look anything like theirs
2h Reply

Hide replies

kpe0007 Mp5 status?
16h Reply

rarebreedfirearms @kpe0007 - it's available on the website right meow.
16h 2 likes Reply

tntxan @kpe0007 They don't stay out of stock for long these days. Check the site at least once a day and you'll snag one. I just got a second SEF version for my K clone a couple of days ago.
7h Reply

Hide replies

frtchapo Pioneer one for the m249 then
16h 3 likes Reply

rarebreedfirearms @frtchapo - We've already pioneered it. It's on the way.

Captured by FireShot Pro: 21 June 2026, 12:45:23 PM
https://getfireshot.com