# EXHIBIT 68

**Rare Breed Firearms's Post**

Rare Breed Firearms is in Wichita Falls, TX.
April 17 at 8:56 PM · Isn't She Lovely · Stevie Wonder ·

Ain't she pretty?

#RareBreedTriggers #FRT #ForcedReset #ForsetResetTrigger #Brrrt




Write a comment...

**Rare Breed Firearms's Post**

Most relevant

Top fan
**Josè Freeman**
Like hot sauce, put it in everything.
2d Like Reply 6

Rare Breed Firearms replied · 1 Reply

**Adel Ra**
Got mine today and I love it i have few registered packs and yours feels much better the trigger pull is a huge improvement from stock or full auto pack .
1d Like Reply 3

Rare Breed Firearms replied · 1 Reply

**Jeff Posey**
I bought one of the original FRT-15s in 2021. It doesn't function at all in my SIG MPX, but it was never advertised to function in it either. It runs flawlessly in my AR. I'd definitely get another Rare Breed if they make one that runs in lower power 9mm ARs. For now I'm running an Arizona Regulator in my MPX.
2d Like Reply 1

Write a comment...

**Rare Breed Firearms's Post**

Top fan
**Greg Monsour**
Not sure if rb makes the trip kit. Hate to name drop on there page. But Frankenstein armory has the trip bar kit for mpx
1d Like Reply Edited

View 1 reply

**Teddy Tyndall**
Regular 9 mm AR builds work great with this trigger system I can confirm
1d Like Reply 1

Top fan
**Greg Monsour**
**Jeff Posey** mpx need a trip bar kit ?
1d Like Reply 1

**Jeff Posey**
Yeah I'm using a trip bar from Midnight Machine.
1d Like Reply 1

Top fan

Write a comment...

## Rare Breed Firearms's Post

Top fan
**Greg Monsour**
**Jeff Posey** well that rules out my idea.
How's it bench test ?
1d Like Reply

Reply to Greg Monsour...

Reply to Jeff Posey...

**Brian Miculka**
I may be in the minority, but how about one for Sterling MK4 semi-auto conversions.
2d Like Reply 2

**Ronald M Dye**
well it work in a 53, 33, 93? How about a 91. if so I will need to order 6 of them.
1d Like Reply 1

View 1 reply

**James Camp**

Write a comment...

**Rare Breed Firearms's Post**

Gerald Ainsworth
**Ronald M Dye** I need one for my 53
3h Like Reply

Reply to Ronald M Dye...

James Camp
Any chance of being able to design one for a Thompson?
2d Like Reply

Top fan
Jonathan Oakes
Heavy breathing.
2d Like Reply 1

Rare Breed Firearms replied · 1 Reply

Marcus Williams
What about the cz scorpion? [OBJ]
2d Like Reply 2

Rare Breed Firearms replied · 1 Reply

Write a comment...

## Rare Breed Firearms's Post

Top fan
**Greg Monsour**
Scorpion next
2d Like Reply 3

Rare Breed Firearms replied · 1 Reply

**Brian Cunningham**
Its a mp5 operators must have
20h Like Reply 1

Rare Breed Firearms replied · 1 Reply

**Jamie O'leary**
ak47 .ar10 10/22 next?
2d Like Reply 2

**Andre Shrek Sandoval**
Q Honey Badger compatible?
2d Like Reply

View all 2 replies

Write a comment...

**Rare Breed Firearms's Post**

**Marko Milutinovic**
I'd looks nothing like an ar trigger why would it be honey badger compatible?
2d Like Reply 5

**Mike Cramer**
**Andre Shrek Sandoval** yes.
1d Like Reply

Reply to Andre Shrek Sandoval...

**John Dahunter**
Rare greed ?
Sure
18h Like Reply

**Michael Krieger**
More AMBI please
20h Like Reply 1

Rare Breed Firearms replied · 1 Reply

Write a comment...

**Rare Breed Firearms's Post**

Sean Brennan
Agree
1d Like Reply 1

Rare Breed Firearms replied · 1 Reply

Top fan
Benny Leonard
10/22 right
2d Like Reply 2

Rare Breed Firearms replied · 3 Replies

Brad Brown
249s
2d Like Reply 5

Rare Breed Firearms replied · 1 Reply

Rising fan
Kevin Castle
Where's a trigger for the ar9mm

Write a comment...

## Rare Breed Firearms's Post

**Derek Jon Love**
I have the original and the FRTL3.
Both seem nice, with being able to use single fire, nice touch
Both run great

2d Like Reply 2

Rare Breed Firearms replied · 4 Replies

**Travis Walls**
I need 5 for the ar10 platform. please and thank you.

20h Like Reply

**Adan Galvan**
Need one for my SP5K-PDW

2d Like Reply 2

Rare Breed Firearms replied · 1 Reply

**Jordan Abbott**
I still need 3 more for my ARs and then I'm going to get one of these and an MP5.

2d Like Reply

Write a comment...

**Rare Breed Firearms's Post**

Nick Shelton
Be nice to have one for springfeild hellion
17h Like Reply

Koryy Shackleford
Have you fixed the issue with the spring set up yet ?
1d Like Reply 1

Rare Breed Firearms replied · 2 Replies

Top fan
Taylor Wilson
Mine is amazing ❤️😘❤️😘😂😂😂😂
2d Like Reply

Steve Stanley
Just got my 2nd set in today. That FRT trigger set is awesome .
2d Like Reply 1

Rare Breed Firearms replied · 1 Reply

Top fan
Matthew J Mattson

Write a comment...

**Rare Breed Firearms's Post**

Top fan
**Matthew J. Mattson**
Very much so!
2d Like Reply 1

**Antonio Rocha**
omfg shes gorgeous
1d Like Reply

**Chris Hudak**
Help Florida
2d Like Reply

**Andrew Ruguone**
Wish it was compatible with my AP53
2d Like Reply

Top fan
**Vincent DeTrani**
SEF's 🙏😇
2d Like Reply

Write a comment...

## Rare Breed Firearms's Post

Top fan
**Benny Leonard**
So the FRT's I purchased in 2025. This spring issue has been taken care of.
5h Like Reply

**Noli B. Fernandez**
Still no SEF ..!! Ambi still live right now.. Been monitoring all day only Ambi went live..?? 😩😠😩
2d Like Reply 2

**Jeremy Clemmons**
Do I need to change buffer springs or the buffer itself. I had to change both when I put a Franklin binary in one of my ar's
1d Like Reply
View all 3 replies

**Leon Gray**
Has anyone tried this in an AP53?
22h Like Reply

**Ruger Winchell**
Not $600 pretty though. Especially when you can take a FRS for $250 and a clip trip for

Write a comment...

**Captured by FireShot Pro: 20 April 2026, 04:19:34 PM**
**https://getfireshot.com**

## Rare Breed Firearms's Post

**Ruger Winchell**
Not $600 pretty though. Especially when you can take a FRS for $250 and a slip trip for $60 bucks and does the same thing for $300 less.

2d Like Reply 2

**Leon Gray**
**Ruger Winchell**This actually runs 100%

22h Like Reply

Reply to Ruger Winchell...

**Billy East**
how about ak47?

2d Like Reply 3

View all 3 replies

**Potty Scippen**
What are yall gunna do about my failed gen 1 trigger that I paid almost $500 for?

17h Like Reply

Write a comment...

## Rare Breed Firearms's Post

**Billy East**
how about ak47?
2d Like Reply 3

**Philip Bub Stevenson**
**Billy East** AK47 doesn't need one. It's already select fire.
4h Like Reply
View 1 reply

Top fan
**Adam DeFord**
**Billy East** they already said it's coming soon
2d Like Reply

Most Relevant is selected, so some replies may have been filtered out.

Reply to Billy East...

**Potty Scippen**
What are yall gunna do about my failed gen 1 trigger that I paid almost $500 for?
17h Like Reply

Write a comment...

**Rare Breed Firearms's Post**

**Logan Wise**
super safety is way cheaper
4h Like Reply

**Darious Barnette**
Why yall sue my boy tho
2d Like Reply 1

**John Saunders**
Definitely need an Ak one. The current options are pretty lame.
2d Like Reply

**Craig McDonald**
Thoughts on one for the Kuna?
2d Like Reply Edited

**Vince Harris**
Its broke!! Or did you change something?
2d Like Reply

**Neal Walker**
I lost my Ambi safety selector. RB doesn't have any to order for replacement 😔

Write a comment...

## Rare Breed Firearms's Post

**David Marcelli**
When?
2d Like Reply

**Mark Vafiades**
😍
1d Like Reply

**Mike O Warner**



2d Like Reply

**Brandy Walser Jarman**



Write a comment...

**Rare Breed Firearms's Post**



2d Like Reply

Brandy Walser Jarman



1d Like Reply

Aaron Hansen
1919 please

2d Like Reply 2

Mike Baker
Very 🇺🇸🇺🇸

2d Like Reply

Most relevant is selected, so some comments may have been filtered out.

Write a comment...

**Rare Breed Firearms's Post**

Rare Breed Firearms is in Wichita Falls, TX.
April 21 at 9:58 PM · Jump (2015 Remaster) · Van Halen ·

Go ahead and jump!

#RareBreedTriggers #FRT #ForcedReset #ForcedResetTrigger #ForceTheReset




Write a comment...

**Rare Breed Firearms's Post**

**Timothy Padgett**
We need an AR10 FRT
1d Like Reply 1

**Richard L Saylor Sr.**
**Timothy Padgett** AR-15 and AR-10 uses the same trigger, may have to mill the pocket back to the take down pins and just above the selector and use the low shelf version
1d Like Reply 2

Reply to Timothy Padgett...

Top fan
**Bernard Irvin**
Cz scorpion
1d Like Reply

**Aussiee Blake**
Cz scorpion!
11h Like Reply

Write a comment...

**Rare Breed Firearms's Post**

**Aussiee Blake**
Cz scorpion!
11h Like Reply

**Linda Dick Bader**
MPX?
1d Like Reply

**Brett Akridge**
If only i didn't live in a communist state
1d Like Reply 2

**Jacob Oswalt**
Should put "Trigger Warning!" On the package...haha
1d Like Reply

**Stacy Poteet**
Only if they were not $450
1d Like Reply 1

Most relevant is selected, so some comments may have been filtered out.

Write a comment...

106 16

All comments

Larry Parker Jr
Trying to jump on the DR3

1d Like Reply 1

Author
Rare Breed Firearms
**Larry Parker Jr** - They're available almost daily.

1d Like Reply 2

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...

**Rare Breed Firearms's Post**

Rare Breed Firearms is in Wichita Falls, TX.
May 16 at 9:28 PM · ♫ I See It, I Like It, I Want It · Shirley Ellis ·

I see it, I like it, I want it. The FRT-RD3.

#RareBreedTriggers #ForcedReset #ForcedResetTrigger #FRT #RollerLocksMadeRight




Write a comment...

Captured by FireShot Pro: 26 May 2026, 03:40:26 PM
https://getfireshot.com

**Rare Breed Firearms's Post**

**Phil Griffin**
I have an RD Ambi in my HK SP5, and am currently putting together another ambi in my PDW. These have flawless functionality, and the trigger appears to be top-notch materials & construction. Please make a 3 round "burst" model. I'll buy two.

Thanks
Phil G

1w Like Reply Edited 2

**Russ N. Desenfo**
Please set up a booth at the Longview Gun show at the end of May. I promise to buy 2 and will stop talking smack on the internet

1w Like Reply 1

**Timothy Padgett**
I believe Rarebreed Triggers only does online orders.

1w Like Reply

**White Goodman**
**Timothy Padgett** that so that way they can avoid cash and have a paper trail so when they have to turn over their information from the customers, they know exactly where to go just like they did before

1w Like Reply 3

Author
**Rare Breed Firearms**
**White Goodman** - it is in publicly available court pleadings that we NEVER gave up customer information. Anyone that says different either doesn't know what they're talking about or is intentionally lying.

1w Like Reply 6

Top fan
**Gary Taninbaum**

Write a comment...

**Rare Breed Firearms's Post**

Top fan
**Gary Taninbaum**
White Goodman No matter what RB does, the group that handles their CC transactions will always have a record of the transactions they processed. But state laws still says they're illegal in FL, CA, CO , CT, DE, HI, IL, MD, MN, NJ,NV, NY, and RI, & none of the companies who make these devices will ship here.
1w Like Reply Edited

**White Goodman**
**Gary Taninbaum** three of my buddies would've never got it a ring at their doorbell, relentless phone calls or shown up at their work if the ATF didn't have their information from rarebreed.
1w Like Reply 1

Top fan
**Gary Taninbaum**
**White Goodman** How do they know who gave up the info? It could have been the CC processing company.
1w Like Reply 1

**White Goodman**
**Gary Taninbaum** because they're not gonna give up that information without a warrant. I can't even call and make a payment on behalf of my mother for her credit card without her approval. You're telling me some random person from the ATF called Visa and said hey give me every single transaction from these guys and they just willingly handed them over
1w Like Reply 1

View hidden replies
Comments were hidden because they may be offensive, off-topic or spam.

Reply to Timothy Padgett...

Write a comment...

**Rare Breed Firearms's Post**

Top fan
**Nicholas Mckensey**
**White Goodman** just because you got a knock doesn't mean **Rare Breed Firearms** did. They pulled shipping records and were going off that for a long time. That's why they could "force" anyone to give up or have warrants to do search's. They couldn't prove what RBT sent them only that something was. I do agree that cash is way better but in the day of tech, that doesn't mean they wouldn't use DMV records and facial recognition software to track down the conventions where things were sold. It's a loose loose when it comes to AFT abuse of power. However, it is beyond well known the RBF refused to give the ATF customer records even under a NY Judges court order.

1w Like Reply 1

Top fan
**Gary Taninbaum**
**White Goodman** Absolutely, & the ATF got a warrant too.

1w Like Reply

**Timothy Padgett**
**White Goodman** Edward Snowden taught you nothing.

1w Like Reply

Reply to Timothy Padgett...

**Tommy Milligan**
**Russ N. Desenfo** I'm hope a vinder has some at the columbus gun show!

1w Like Reply

Reply to Russ N. Desenfo...

**BigGary Lynn**
if i accidentally ordered a ambi version and i need the sef version. what is the difference

Write a comment...

**Rare Breed Firearms's Post**

**BigGary Lynn**
if i accidentally ordered a ambi version and i need the sef version, what is the difference besides the selector? do you sell the sef selector seperately?
1w Like Reply

**Scott Norton**
I have the same issue. Any response yet?
1w Like Reply

**Christopher Kopp**
You can order an ambi trigger housing online but id imagine they can exchange that for you
1w Like Reply

Reply to Scott Norton...

Reply to BigGary Lynn...

**Jack Daughtry**
About to offer mil-spec control levers. They should dress up my retro M16A1 H&R.
1w Like Reply Edited 3

Author
**Rare Breed Firearms**
**Jack Daughtry** - will prob be available this week.
1w Like Reply 8

**Austin Guidry**
**Jack Daughtry** they have mil spec levers. I ordered 2. One for my 733 comando build. And one spare for another retro build.

Write a comment...

**Page 1**
**Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...**

## Rare Breed Firearms's Post

Austin Guidry
**Jack Daughtry** they have mil spec levers. I ordered 2. One for my 733 comando build. And one spare for another retro build.



1w Like Reply

Jack Daughtry
**Austin Guidry** worry about the fit, if it is slotted right

1w Like Reply

Austin Guidry
**Jack Daughtry** they are recut for the RB

1w Like Reply 1

Reply to Austin Guidry...

David G. Breed
This one has an FRT - drop in - 100%!



Write a comment...

Captured by FireShot Pro: 26 May 2026, 03:44:46 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...

**Rare Breed Firearms's Post**

**Zac Trippyman**
Just got mine 300 hrs in less then 10 min ran flawless "sp5"
1w Like Reply

**Tony Leos**
Will this work on PTR 9KT? **Rare Breed Firearms**
6d Like Reply

**William Bryan Heath**
Is this FRT compatible with a PTR 9CT...thanks! I got your FRT for my HK MR556 and it runs flawless!
1w Like Reply

**Jason Smith**
**William Bryan Heath** yes, but if it's the SF trigger housing then you'll have to grind off a bit of plastic.
1w Like Reply 1

**William Bryan Heath**
**Jason Smith** thank you !
1w Like Reply

Reply to Jason Smith...

Reply to William Bryan Heath...

**Raymond Coreleon Roswell**
Hi. How well will it work in Sig Sauer Rattle Lt 5.56?
1w Like Reply

**Daniel Moore**
Received mine and it works perfectly, can't wit to try it with subsonics and a suppressor
1w Like Reply

Write a comment...

Captured by FireShot Pro: 26 May 2026, 03:45:38 PM
https://getfireshot.com

Rare Breed Firearms

Contact Info

Photos



## Rare Breed Firearms's Post

**Gus Themaras**
Do they work in any of the MP5 clones?
5d Like Reply

**Phil Griffin**
Did I mention we need a 4 position? 😉
1w Like Reply 1

**Richard Nasoulinh**
Have y'all seen the prices?
1w Like Reply 1

**Curt Ekey**
These things are flawless.... I have purchased a "few" and will be getting more. Thanks for making these a work of art!!
1w Like Reply 2

**Juan Esparza**
Need one for a Sig rattler 5.56
5d Like Reply

Top fan
**Matthew J. Mattson**
Awesome
1w Like Reply

**Scott Norton**
Hey there. Been trying to reach out to customer service by phone and email since last week. Can you take a look and respond? Order 293637. Thanks in advance!!
1w Like Reply

**Jarrod Buchanan**
Really wish I could afford it

Write a comment...



**Page 1**
**Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...**

Rare Breed Firearms

Contact Info

Photos

**Rare Breed Firearms's Post**

**Anthony Rempfer**
Got one last week and it rocks! Thank you Rare Breed!
1w Like Reply

**Noli B. Fernandez**
I Got it..!! 😆 👌 Thank you..!!
1w Like Reply Edited

**Chad Hollis**
Someday!!
1w Like Reply

**Josh Piper**
So that lawsuit against Hoffman Tactical huh?
1w Like Reply 1

**Thomas Shue**
NEver a penny to Rare Breed.
1w Like Reply 5

**Bryan Smith**
Are they ever going to be in stock?
1w Like Reply

**Nick Barry**
😂👍



Write a comment...

Captured by FireShot Pro: 26 May 2026, 03:46:59 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...

Rare Breed Firearms's Post




1w Like Reply 3

Marc Ethridge
Which model will work in the HK SP89?
1w Like Reply

Hidden by Facebook

Leonidas Caine
MKE AP5 with Rare Breed FRT-RD3 (SEF)



1w Like Reply

Jarod J. Todd
You will never get a dime from me because you're suing Hoffman Tactical.
https://youtu.be/dZ6pXWUGioQ?si=hB0mRkQxY3qowHa3
1w Like Reply 3

Write a comment...

Captured by FireShot Pro: 26 May 2026, 03:48:28 PM
https://getfireshot.com

Rare Breed Firearms's Post

Rare Breed Firearms is with Dakota Tactical in Wichita Falls, TX.
May 19 at 9:46 PM · ♫ Hey, look at this! Look!Hey! · aqunos ·

FRT-RD3 (SEF) available right meow! Come and get 'em!

#RareBreedTriggers #FRT #ForcedReset #ForcedResetTrigger #RollerLocksMadeRight




Write a comment...

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0jMUPA1hssgezPcXf8c3SWTAHpYt9JQPHubeXti4989DKVEYH5CBambUgeM8YN9o6l

Rare Breed Firearms

Contact Info

Photos

**Rare Breed Firearms's Post**




150 22

Kevin Shaw
Do you have to buy a different grip for the ambidextrous to work correctly?
6d Like Reply 2

Jared Turner
**Kevin Shaw** the ambi and see are for different trigger housings. The center hole is different and specific to your variation.
6d Like Reply 3

Kevin Shaw
**Jared Turner** I just want to buy what I need 😂
6d Like Reply

Reply to Jared Turner...

Write a comment...

I see it, I like it, I want it. The FRT-RD3... See more

**Rare Breed Firearms's Post**

Michael Shoulders
**Kevin Shaw** Get the SEF, its used in both. the ambi is harder to find the correct lower. I wound up buying ambi first then having to come back and buy the sef when I couldn't find an ambi lower readily available

6d Like Reply 1

Kevin Shaw
**Michael Shoulders**
I already bought the ambidextrous. In a panic because I waited to 2 1/2 months.

6d Like Reply

Michael Shoulders
**Kevin Shaw** I did the same damn thing bro....



6d Like Reply 1

Reply to Michael Shoulders...

Reply to Kevin Shaw...

Daniel Moore
30 rounds in 3 seconds, not to mention super easy install. My only recommendation is use a better quality allen wrench for the dog screw. The tutorial says it isn't tight but it stripped the original allen wrench and another generic brand allen wrench. When I used my nice set it came out just fine. This also happened on a family's members trigger as well. Not an issue and the screw is fine just use a better tools than what's provided. All in all I am very happy with my purchase.

Write a comment...

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0jMUPA1hssgezPcXf8c3SWTAHpYt9JQPHubeXti4989DKVEYH5CBambUgeM8YN9o6l

**Rare Breed Firearms's Post**

**Larry Eans**
I want two stat! MP5 MK18 But my company is going thru a merger and not sure of the future of employment. Good thing I witnessed how hard Lawrence fought for us and his dream of the FRT. he will be around for decades and my time will come!

Thank you for the lengthy fight Lawrence and the Rare Breed family that stood by the company during hard times.

It's not easy standing alone as Daniel in front of the Giant. But you did!

6d Like Reply

**Isaiah Webster**
What lower is this?

3d Like Reply

**Lance Geist**
C'mon meow! Where's the micro Scorpion FRT??? Chop chop. Like yesterday.

6d Like Reply

**Bryan C. Davis**
When is the AK version coming out? Thought they were in production?

6d Like Reply

**Aj Voohries**
They look amazing! Im so looking forward to the other one yall are working on....AR10 FRT. Hot damn!!! 😁😁

6d Like Reply

**Rickey Manes**
Will this work on my 9

Freedom Ordnance FX9P4-T FX-9 4 Fluted Muzzle Enhancer Sling

Write a comment...

Captured by FireShot Pro: 26 May 2026, 03:36:24 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0jMUPA1hssgezPcXf8c3SWTAHpYt9JQPHubeXti4989DKVEYH5CBambUgeM8YN9o6l

Rare Breed Firearms

rarebreedfirearms.com

Contact Info

admin@rarebreedfirearm

Photos

**Rare Breed Firearms's Post**

Josiah Meredith
Are y'all going to make one for an AK?
6d Like Reply

Justin Cooner
Nooice! I can't wait for yall to Release the FRT-RD3 (AMBI)
6d Like Reply

Dale Gerber
What about for the cz scorpion
6d Like Reply

Todd Rarick III




5d Like Reply

Sean Boland
Ben J Amin
6d Like Reply

Fabian Kitchen

Write a comment...

I see it, I like it, I want it. The FRT-RD3... See more

Captured by FireShot Pro: 26 May 2026, 03:36:54 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0jMUPA1hssgezPcXf8c3SWTAHpYt9JQPHubeXti4989DKVEYH5CBambUgeM8YN9o6l

**Rare Breed Firearms's Post**

Sean Boland
Ben J Amin
6d Like Reply

Fabian Kitchen



6d Like Reply 1

Clay Wilkins
Nick Barry
6d Like Reply 2

Hidden by Facebook

Top fan
Bryan Jones
Rare Breed Firearms go brrrrrrrr 😩😩 9sdm-b stupid quiet with supers too!



6d Like Reply

Jon Muse
You guys are absolute BITCHES for trying to sue Hoffman tactical for making the super safety 😂😂😂😂
2d Like Reply

Write a comment...

Captured by FireShot Pro: 26 May 2026, 03:37:26 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql

Rare Breed Firearms

Contact Info

Photos

**Rare Breed Firearms's Post**

Rare Breed Firearms is in Wichita Falls, TX.
May 20 at 4:57 PM · Here We Go Now · Carry the Throne ·

FRT-RD3 (AMBI) are available right meow!

#RarebreedTriggers #FRT #ForcedReset #ForcedResetTrigger #RollerLocksMadeRight




Write a comment...

**Rare Breed Firearms's Post**

Cameron Griffin
Will the RD3 AMBI work with my DSArms ZM4 5.56? My Dead Air Lazarus 6 should be arriving any day now. 😎🏁



5d Like Reply

Tim Shaut
Is the ambi or the SEF compatible with an APS
5d Like Reply

Daniel Bob
**Tim Shaut** rd3 sef
1d Like Reply

Daniel Bob
**Tim Shaut** hell yeah it dose. I dropped mine in and she purrrrrrrrrr's like a kitten.
1d Like Reply

Reply to Tim Shaut...

BigGary Lynn
I accidentally got the wrong one. Can I just change selectors from the ambi over to the sef? I had a magpul ambi lower and was not aware it was specific to factory lowers.
5d Like Reply 1😆

View 1 reply

Write a comment...

Rare Breed Firearms's Post

**BigGary Lynn**
I accidentally got the wrong one. Can I just change selectors from the ambi over to the sef? I had a magpul ambi lower and was not aware it was specific to factory lowers.
5d Like Reply 1

**David Lawrence**
You can get a new trigger housing and it'll work
5d Like Reply 1

Reply to BigGary Lynn...

**Joseph Meade**
Waiting for the Cz Scorpion too
5d Like Reply 1

**Ox McGoo**
Waiting on the scorpion



5d Like Reply 1

**Kevin Wormald**
Do you have a trigger for a Daniel defense ar-9

Write a comment...

Captured by FireShot Pro: 26 May 2026, 02:57:19 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql

**Rare Breed Firearms's Post**

**Kevin Wormald**
Do you have a trigger for a Daniel defense ar-9
5d Like Reply Edited 1

**Anthony Martin**
**Kevin Wormald** the RB 15-L3 works great in my DD PCC
2d Like Reply 1
View 1 reply

Reply to Kevin Wormald...

**Scott May**
MAN I WISH I HAD ONE LOVE TRY ONE OUT IF YOU LIKE TO SEND ME ONE I WOULD TELL EVERYONE ABOUT IT THANK YOU TROY **Scott May**
4d Like Reply

**Jon Doe**
Hey I ordered from y'all and messed up as I don't have a sef style lower and i really would like to reach out and see if someone will sell me a mp5k ambi grip housing
1d Like Reply

**Joseph Blaughard**
great time for website maintenance
5d Like Reply 1

**Nate Relies**
Link
5d Like Reply

**Jeremy Jenkins**
Any sef in stock?
2d Like Reply

Write a comment...

Captured by FireShot Pro: 26 May 2026, 02:57:41 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql

Rare Breed Firearms

Contact Info

Photos

**Rare Breed Firearms's Post**

Top fan
**Matthew J. Mattson**
Nice photo!
5d Like Reply

**Larry Eans**
Defenders of the the Faith! And the 2nd amendment!
5d Like Reply

**BT Lemon**
**Larry Eans** uh...who wants to tell Larry the truth?
5d Like Reply 1

Reply to Larry Eans...

**Doc Derringer**
**Rare Breed Firearms** where is the Kriss Vector, Stribog, AK47, Dushka and M240 Saw FRT?
5d Like Reply

**Solve Et Coagula**
**Doc Derringer** next they will go after the c.a.r.l for the 3 round just because they wanna show nut size.
5d Like Reply

**Doc Derringer**
**Solve Et Coagula** I was being facetious. I mean come on. An FRT for the 50 caliber Dushka? Come on now.
5d Like Reply Edited

**Solve Et Coagula**
**Doc Derringer** I can understand that.. lol it's a trigger. The rifle needs to handle "full auto rated"

Write a comment...

Captured by FireShot Pro: 26 May 2026, 03:00:23 PM
https://getfireshot.com

**Rare Breed Firearms's Post**

**Solve Et Coagula**
**Doc Derringer** I can understand that.. lol it's a trigger. The rifle needs to handle "full auto rated"

I have a super safety on my ar15s and 308s biggest is 458 lol

5d Like Reply

**Solve Et Coagula**
**Doc Derringer** cough they make nothing for the rpk world so I'm kinda out on the mouth breeders.

5d Like Reply

Reply to Solve Et Coagula...

**Solve Et Coagula**
**Doc Derringer** that will never come because theyre to worried about giving a lawsuit to Hoffman super safety which these are completely different then just a safety

See rare breed introduction of a safety then going after Hoffman is kinda kick in the nuts.

I will never buy from a rare breed because I think they're scumbags

5d Like Reply

Reply to Doc Derringer...

**Juan Esparza**
Want one where can I order

5d Like Reply 1

View hidden replies

**Jr Casteel**
Link for dealer account?

Write a comment...

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql

Rare Breed Firearms's Post

Juan Esparza
Want one where can I order
5d Like Reply 1

Hidden by Facebook

Lawrence DeMonico
Juan Esparza - RareBreedTriggers.com
5d Like Reply

Reply to Juan Esparza...

Jr Casteel
Link for dealer account?
5d Like Reply 3

Jon Mannon
Jr Casteel they don't want dealers buying from them if you order too many they'll cancel your orders
5d Like Reply 1

Lawrence DeMonico
Jon Mannon - what an odd thing to say.
5d Like Reply 2

Jon Mannon
Lawrence DeMonico my order was canceled and was told it's to stop resellers
5d Like Reply

Jacob Shalaby
Aaron Manning Lawrence DeMonico is the owner and founder of rarebreed

Write a comment...

Captured by FireShot Pro: 26 May 2026, 03:01:32 PM
https://getfireshot.com

**Rare Breed Firearms's Post**

Aaron Manning
**Jacob Shalaby** people like you with nothing to say always go there first. do yourself a favor, fuck right on off and suck RB dick more.
4d Like Reply

Jacob Shalaby
**Aaron Manning** your a miserable angry loser. Good luck to you in life man, you're gonna need it.
4d Like Reply

Aaron Manning
**Jacob Shalaby** Try shutting the fuck up bitch. Get a life.
4d Like Reply

Jacob Shalaby
**Aaron Manning** Try working on your sarcasm and grammar bud.
4d Like Reply

Aaron Manning
**Jacob Shalaby** im very well aware. Its called a joke. Just like that retard is
4d Like Reply

Aaron Manning
**Lawrence DeMonico** you clearly dont know anything about rare breed. they are the worst thing to happen to the 2a community. They are just ATF lackies.
5d Like Reply 1

Reply to Jon Mannon...

Hidden by Facebook

Lawrence DeMonico
**Jr Casteel** - if you're interested in opening a dealer account, you can email DealerSales@RareBreedTriggers.com

Write a comment...

Rare Breed Firearms's Post

Hidden by Facebook

Lawrence DeMonico
Jr Casteel - if you're interested in opening a dealer account, you can email DealerSales@RareBreedTriggers.com
5d Like Reply 5

Reply to Jr Casteel...

Hidden by Facebook

Jon Muse
You guys are absolute BITCHES for trying to sue Hoffman tactical for making the super safety 😂😂😂😂
2d Like Reply

Scott Frazelle
Don't support this shit company.
4d Like Reply

Dennis LZ
Will never buy anything from lowlife corporate scum suing Hoffman tactical. I hope you all go bankrupt.
5d Like Reply

Robbie Bailey
Anyone supporting this company is either knowingly or unknowingly eroding the 2nd Ammendment. Look up their lawsuit against Hoffman Tactical. This company needs to go bankrupt and never come back.
5d Like Reply 1

Howard Austin
Robbie Bailey I hope Hoffman has good enough lawyers to beat this. It's a different system than what rare breed offers.. I was a supporter until their deal with

Write a comment...

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql

**Rare Breed Firearms's Post**

Scott Frazelle
Don't support this shit company,
4d Like Reply

Dennis LZ
Will never buy anything from lowlife corporate scum suing Hoffman tactical. I hope you all go bankrupt.
5d Like Reply

Robbie Bailey
Anyone supporting this company is either knowingly or unknowingly eroding the 2nd Ammendment. Look up their lawsuit against Hoffman Tactical. This company needs to go bankrupt and never come back.
5d Like Reply 1

Howard Austin
**Robbie Bailey** I hope Hoffman has good enough lawyers to beat this. It's a different system than what rare breed offers.. I was a supporter until their deal with the ATF. Now I'm a big fan of Hoffman for making their design publicly available, rare breed will never be able to stop alternatives thanks to them.
4d Like Reply 1

Reply to Robbie Bailey...

Aaron Manning
worst company to be in the 2a community.
5d Like Reply 1

Timothy Kingsley
Wish they were available from a respectable company that doesn't sue every single other one from selling,pure scumbag move.
5d Like Reply 1

Write a comment...

Captured by FireShot Pro: 26 May 2026, 03:03:49 PM
https://getfireshot.com