# EXHIBIT 69







## Rare Greed for AR15 does it require a H3 buffer?

**drobs** — Member
Joined: May 2003 Posts: 14240
EE: 100% (6) MO, USA

Posted: 8/12/2026 1:12:52 PM EDT

Or will it run with a standard H1 carbine buffer?

I don't own one and wont buy one but I'm curious as I don't see a H3 buffer requirement mentioned on their website.

https://rarebreedtriggers.com/product/frt-15l3-2/

Fuck Rare Greed!

---

**boomfab** — Member
Joined: Aug 2005 Posts: 3139
EE: 100% (88) MO, USA

Posted: 8/12/2026 1:17:20 PM EDT [#1]

I use the KAK FRT BCG and a standard carbine buffer.

---

**mak0** — Member
Joined: May 2007 Posts: 17215
EE: 100% (63) PA, USA

Posted: 8/12/2026 1:31:43 PM EDT [#2]

Typically at least a H2 is what you need to reliably prevent bolt bounce. That doesn't mean a H1 definitely won't work, there's just a decent chance you might get an occasional stoppage due to bolt bounce in FRT mode.




---

**StealthyBlagga**
Joined: Feb 2002 Posts: 12174
EE: 100% (59) AZ, USA

Posted: 8/12/2026 1:39:46 PM EDT [#3]

Quote History

> Originally Posted By mak0:
> Typically at least a H2 is what you need to reliably prevent bolt bounce. That doesn't mean a H1 definitely won't work, there's just a decent chance you might get an occasional stoppage due to bolt bounce in FRT mode.

This is correct - there is nothing unique about the RB that makes it immune to bolt bounce.

---

**Aimless**
Suburban pot bellied snow chicken
Joined: Sep 2001 Posts: 327959
EE: 100% (47) UT, USA

Posted: 8/12/2026 1:44:38 PM EDT [#4]

I put a rare breed and an h2 in a friend's Ruger and it ran fine. I put a partisan and standard buffer in an m and p and it ran fine. I have a rare breed in a mutt gun but have struggled with all the different weights

---

**Apollo99**
Joined: Sep 2020 Posts: 22
EE: 100% (3) AZ, USA

Posted: 8/12/2026 1:46:44 PM EDT [#5]

I started using a standard 3 oz buffer it worked for about a 3 round burst, then would choke up. Then I went to the Geissele Super 42 spring with the 42 buffer, perfection.

---

**ELittlefield** — Member
Joined: Dec 2023 Posts: 11450
EE: 100% (7) USA

Posted: 8/12/2026 8:39:51 PM EDT [#6]

My Rare Breeds need H2 at least. They exhibited carrier bounce with standard carbine and H1 buffers.

I don't see no Americans. I see trespassers.

---

**drobs** — Member
Joined: May 2003 Posts: 14241
EE: 100% (6) MO, USA

Posted: 8/13/2026 6:13:36 AM EDT [#7]

Thanks all.

---

**BrianBinFL**
Joined: Feb 2023 Posts: 7
EE: 0% (0) FL, USA

Posted: 8/14/2026 1:37:51 AM EDT [#8]

I haven't done the test with the FRT-15L3 yet, but with the FRT-15**C**3, in a brand new PSA PA15, the FRT-15**C**3 works fine with the stock CAR buffer that comes in the gun. It also works with an H, H2, and H3 buffer, but all those seemed to do was increase felt recoil.

Granted, this was with a brand new gun. After the gun breaks in a bit the situation could change. Hope this helps.

---

**Willisinnawoods**
Member or something
Joined: Mar 2011 Posts: 13843
EE: 100% (64) TX, USA

Posted: 8/14/2026 9:45:51 PM EDT [#9]

Depends on your setup. I have a 10.3" suppressed that needs a H3, my go-to suppressed 14.5" midlength uses a Geissele H2, an unsuppressed Bushmaster 14.5" M4 that uses an H1...

Just have to bring a bunch of buffers to the range if you can and see how it runs.

Did 4 tours of the Cola Wars

---

**dahugo**
Joined: Aug 2003 Posts: 1079
EE: 0% (1) LA, USA

Posted: 8/14/2026 10:31:54 PM EDT [#10]

Mine will not run with regular buffer. Runs great with H2

---

**M4-Shooter**
Joined: Apr 2003 Posts: 138
EE: 0% (0) IN, USA

Posted: 8/15/2026 10:37:24 PM EDT [#11]

Well yes and no, bolt bounce is the enemy of getting any FRT to run. Most people end up with a H2 or H3 buffer though because it just works..

---

**Sign up to continue the discussion**

Create a free account to share your thoughts, follow topics, and connect with the AR15.COM community.

Register to Reply

Already a member? Sign In

Rare Greed for AR15 does it require a H3 buffer?

Home / AR-15 / Rate of Fire Triggers    AR Sponsor BRAVO COMPANY USA LIFE SAVING TOOLS    Modern

Active Topics Newest Topics Code of Conduct



© 1996-2026 AR15.COM LLC. All rights reserved.

Captured by FireShot Pro: 29 August 2026, 08:24:31 PM
https://getfireshot.com