# EXHIBIT 70

GET NEW REDDIT | MY SUBREDDITS | HOME - POPULAR - ALL - USERS | ASKREDDIT - PICS - FUNNY - MOVIES - GAMING - WORLDNEWS - NEWS - TODAYILEARNED - NOTTHEONION - EXPLAINLIKEIMFIVE - MILDLYINTERESTING - DIY - VIDEOS - OLDSCHOOLCOOL - TWOXCHROMOSOMES - TIFU - MUSIC - BOOKS - LIFEPROTIPS - DATAISBEAUTIFUL - AWW - SCIENCE - SPACE - SH EDIT »

reddit FIREARMS comments

JSoucek77 (1) | preferences | logout

The /r/Firearms Community

117



What next? (i.redd.it)
submitted 4 months ago by Jalopyhotbox99
70 comments share save hide report crosspost



Fully embraced my passion for firearms and started fleshing out a collection over the past couple years. I tend to impulse buy nice guns and outfit them with less nice accessories.. buy once cry once only seems to apply to the gun itself for me. Other than a few cans, where are the gaps?

-Bergara B14 HMR with cheap-ish R5 and cheap bipod

-Sugar Weasel 16" with SLX 1-6, polo k, rare greed FRT, G$ super 42 spring w H3, and hogue grip

-USP 45

-PDP Pro Compact

-AP5 with Romeo 5, SD brace, rare greed FRT, and SilencerCo Omega 36m in jail

-Mark IV Lite with volquartsen accurizing kit, CMMG Zeroed 22, cheap sight mark, and hogue grip

Not pictured- Ruger 10/22 & browning 12 pump

all 70 comments
sorted by: best

save content policy formatting help

[–] bikumz 16 points 4 months ago
Why guys forget about shotguns in today's world I'll never know. Probably the best bang for buck firearms we can buy.
permalink embed save report reply

[–] Jalopyhotbox99 [S] 2 points 4 months ago
I have a cheap browning pump but am looking at a nicer option. Any ideas?
permalink embed save parent report reply

[–] SomeCar **shotgun** 7 points 4 months ago
Beretta 1301 or A300
permalink embed save parent report reply

[–] bikumz 1 point 4 months ago
Current market right now can't be a mossberg pump or beretta semi auto in my opinion unless you wanna go real high dollar. Genesis 12 for a high dollar option would be a very cool build.
permalink embed save parent report reply

[–] Prizzilla 1 point 4 months ago
By cheap browning pump do you mean a BPS? Because them shits are pretty damn nice.
permalink embed save parent report reply

[–] Jalopyhotbox99 [S] 0 points 4 months ago
Yes sir older synthetic BPS. Absolute tank but $650 is cheap in a world of benelli and beretta
permalink embed save parent report reply

[–] NobodyP1 9 points 4 months ago
My eyes don't like to focus on your guns bc of your carpet
permalink embed save report reply

[–] gimli213 4 points 4 months ago
Glad I'm not the only one! 😅
Edit: not that it's a bad rug, but my eyes have a hard time with it as a background
permalink embed save parent report reply

[–] Jalopyhotbox99 [S] 5 points 4 months ago
Figured I'd be trendy with a middle eastern theme
permalink embed save parent report reply

[–] CZFanboy82 1 point 4 months ago
It really ties the room together
permalink embed save parent report reply

[–] Jaruut **tax stamps are for cucks** 1 point 4 months ago
You should lean into it even with an UZI and/or an AK-47
permalink embed save parent report reply

[–] irattlecannedmycan 5 points 4 months ago
A thermo-nuclear weapon
permalink embed save report reply

[–] Kilroyboto 7 points 4 months ago
A lever gun and a revolver.
permalink embed save report reply

search

this post was submitted on 08 Apr 2026
**117 points** (96% upvoted)
shortlink: https://redd.it/1sfev7u

Submit a new link

Submit a new text post

## Firearms

join

Show my flair on this subreddit. It looks like:
JSoucek77 (edit)

Discuss firearms, politics, 2nd amendment news. We value freedom of speech as much as we do the right to keep and bear arms. Posts must be somewhat related to firearms and must comply with the Global Reddit Rules.

Wiki: /r/firearms wiki

Until further notice, all posts pertaining to gun deals, sales, and of course the distribution of 3d printing files are prohibited. If you are interested in 3d printed firearms, just go to Google and type in exactly **Deterrence Dispensed** or **AWCY**.

Please come discuss what we can, because it may only be a matter of time before this and all firearms-related subreddits are removed from the site.

In this subreddit, we value Freedom of Speech as much as we value The Right to Keep and Bear Arms. Discourse is encouraged on this open-minded forum, and all firearms-related content moderation will be left to the mercy of the voting system.

We actively moderate all posts and comments that are either off-topic or violate the Reddit Content Policy.

Please be aware, when posting about state level bills and laws, tagging the post at the beginning with either the state or state abbreviation in brackets is best practice. Lack of tagging will assume national interest.

Politics Free Filter

Meme Free Filter

### The Four Rules of Gun Safety:

- Treat **all** guns as if they are always loaded
- Never let the muzzle cover anything you are not willing to destroy.
- Keep your finger off the trigger until your sights are on the target.
- Be sure of your target and what is beyond it.

*Gun Safety Wiki*
Hickock45 video on Gun Safety
NSSF video on Range Safety and Etiquette
Assault weapon talking points [1] [2]

### Subreddit Rules:

- No Boogaloo content.
- No advocating for violence, death, or self harm against others.
- Posts must somewhat relate to firearms.
- Transactions involving ammunition and items defined as firearms by the ATF are prohibited.
- Do not leave Reddit usernames visible in screenshots.
- No ban celebration posts.
- Do not promote brigading or harassment of other subs
- the rest of the rules are here

### Firearms Factsheet 2022

### Plans for a reloading bench (thanks to /u/Faux_Squatch) Direct Plans

### Related Subs

**Please PM The /r/Firearms Moderation Team if you would like your firearm-related subreddit added to this list.**

*Archived sub links can be found here.*

#### Politics

| | |
|---|---|
| **General politics** | |
| /r/DGU | /r/GunControl |
| /r/GunPolitics | /r/GunResearch |
| /r/2ALiberals | /r/liberalgunowners |
| /r/NOWTTYG | /r/Politics |
| /r/ProGun | /r/SecondAmendment |
| /r/USMilitia | /r/pro2aliberals |
| /r/PoliticalDebate | - |
| **Micronations** | |
| /r/Liberland | /r/libertarian |

#### Platforms

| | |
|---|---|
| /r/1022 | /r/1911fans |
| /r/1911 | /r/AK47 |
| /r/AR10 | /r/AR15 |
| /r/BlackPowder | /r/FNFAL |
| /r/Galil | /r/Handguns |
| /r/Mini14 | /r/MosinNagant |
| /r/MP5 | /r/ptr91 |
| /r/Revolvers | /r/Shotguns |
| /r/SKS | /r/Tavor |

#### Misc

| | |
|---|---|
| /r/3gun | /r/Airguns |
| /r/BlackGunOwners | /r/CCW |
| /r/ClayBusters | /r/CompetitionShooting |
| /r/CowboyAction | /r/HomeDefense |

[–] Jalopyhotbox99 [S] 3 points 4 months ago
Lever gun is on my short list. Any suggestions?
permalink embed save parent report reply

[–] 1duckonquack 3 points 4 months ago
Henry big boy chambered in 357/38spl
permalink embed save parent report reply

[–] MArkansas-254 1 point 4 months ago
This, for sure. I've got one in 22, but wish it was in a pistol caliber.
permalink embed save parent report reply

*[+] jdiddy6 2 points 4 months ago (0 children)*

*[+] Nemo_556 1 point 4 months ago (0 children)*

[–] MassiveAd2391 1 point 4 months ago
Old school winchester 92 or 94
permalink embed save parent report reply

[–] supertiggercat 3 points 4 months ago
1911
permalink embed save report reply

[–] turbotictac 3 points 4 months ago
MP5 looks sad without a suppressor
permalink embed save report reply

[–] Jalopyhotbox99 [S] 4 points 4 months ago
Picking up my new Omega 36M next week!
permalink embed save parent report reply

[–] turbotictac 1 point 4 months ago
Perfect
permalink embed save parent report reply

[–] porkbuttstuff **Sig** 2 points 4 months ago
That rug really tied the room together, did it not.
permalink embed save report reply

[–] Jalopyhotbox99 [S] 1 point 4 months ago
Love a good oriental
permalink embed save parent report reply

[–] Dense-Tomatillo-4661 2 points 4 months ago
New rug
permalink embed save report reply

[–] Jalopyhotbox99 [S] 1 point 4 months ago
Rug cost more than all the guns. Guess I could sell and buy something crazy
permalink embed save parent report reply

[–] lotrisreal 1 point 4 months ago
How do you like the Bergara? I'm thinking of getting that exact one right now
permalink embed save report reply

[–] Jalopyhotbox99 [S] 2 points 4 months ago
Little heavy if you're gonna hike long-distance with it, but fantastic as a southeastern hunter and plinker. Consistently shoots sub-MOA groups with good ammo
permalink embed save parent report reply

[–] lotrisreal 2 points 4 months ago
I'm just trying to pew pew some circles 250 yards out to out shoot my army buddy at some point.
permalink embed save parent report reply

[–] YTraveler2 1 point 4 months ago
Shot gun.
permalink embed save report reply

[–] ej1030 1 point 4 months ago
A shotgun
permalink embed save report reply

[–] deuce-deuce-pap 1 point 4 months ago
Is the AP5 the navy model? If you don't mind me asking what is the going rate for them. I guess there's deals but I see they go out of stock quickly.
permalink embed save report reply

[–] Jalopyhotbox99 [S] 1 point 4 months ago
Yep, century arms AP5-N. I picked it up for ~$1,500 from my local dealer but I'm sure you can find better deals out there
permalink embed save parent report reply

[–] FergaliciousFresh 1 point 4 months ago
A good gun
permalink embed save report reply

[–] evilsemaj **US** 1 point 4 months ago
This is a well curated collection, props to you OP.

I suggest a mil-surp, so get an M1 from the CMP.
permalink embed save report reply

[–] irierider 1 point 4 months ago
EDC pistol with optic, suppressor, gas shotgun
permalink embed save report reply

[–] Exotic_Conclusion_21 1 point 4 months ago
Hk91(or clone) to keep the hk family going.

I love my ptr91, its my favorite semi auto i own
permalink embed save report reply

[–] Jalopyhotbox99 [S] 2 points 4 months ago
Whenever I get around to a battle rifle that's my #1
permalink embed save parent report reply

[–] ShotgunEd1897 **1911** 1 point 4 months ago
One of Mossberg's finest.
permalink embed save report reply

[–] Gwsb1 1 point 4 months ago
Nice rug.
permalink embed save report reply

[–] [deleted] 4 months ago
[deleted]

[–] Jalopyhotbox99 [S] 2 points 4 months ago
I'm no expert but I think it's one of the best 9s in its class. Super ergonomic, accurate, and fun to shoot
permalink embed save report reply

[–] sploader **CZ P-10 recommender** 1 point 4 months ago
Another HK.
permalink embed save report reply

[–] Visible_Nail4859 1 point 4 months ago
13 gauge.
permalink embed save report reply

[–] CaptainNemo42 1 point 4 months ago
A good 1911 in .45 (or 10mm, fine), a Ruger Super Alaskan in .454 Casul and another 12-gauge (possibly a higher-

| | |
|---|---|
| /r/Hunting | /r/LeftyGuns |
| /r/LongRange | /r/NFA |
| /r/OpenCarry | /r/PinkPistols |
| /r/SmallGroups | /r/SocialistRA |
| /r/Suppressors | /r/jewishguns/ |

**Manufacturers**

| | |
|---|---|
| /r/Armalite | /r/Beretta |
| /r/Caracal_Firearms | /r/CZFirearms |
| /r/Daewoo | /r/Glocks |
| /r/HecklerKoch | /r/Kahr |
| /r/KRISS | /r/Makarov |
| /r/Ruger | /r/Saiga |
| /r/SIGSauer | /r/SmithAndWesson |
| /r/SpringfieldArmory | /r/Steyr |
| /r/Tanfoglio | /r/Taurus_firearms |
| /r/Walther | /r/henryrifles |

**Locations**

State/regional subreddits

| | |
|---|---|
| /r/ALGuns | /r/MSGuns |
| /r/AKGuns | /r/MOGuns |
| /r/AZGuns /r/ArizonaGuns | /r/MTGuns |
| /r/ARGuns | /r/NDGuns |
| /r/CAGuns | /r/NEGuns |
| /r/COGuns /r/ColoradoGuns | /r/NJGuns |
| /r/CTGuns | /r/NVGuns |
| /r/DEGuns | /r/NHGuns |
| /r/DCGuns | /r/NJGuns |
| /r/FLGuns | /r/NMGuns |
| /r/GAGuns | /r/NYGuns |
| /r/HIGuns | /r/OKShooters |
| /r/IDGuns | /r/OHGuns |
| /r/ILGuns | /r/ORGuns |
| /r/INGuns | /r/PAGuns |
| /r/IAGuns | /r/RIGuns |
| /r/KSGuns | /r/SCGuns |
| /r/KYGuns /r/Kentuckianaguns | /r/SDGuns |
| /r/NCGuns | /r/TNGuns |
| /r/LAGuns | /r/TexasGuns |
| /r/MDGuns | /r/UTGuns |
| /r/MAGuns | /r/VAGuns |
| /r/MEGuns | /r/VTGuns |
| /r/MIGuns | /r/WA_Guns |
| /r/MNGuns | /r/WVGuns |
| /r/NCGuns | /r/WIGuns |
| - | /r/WYGuns |

Other regional/international gun subreddits

| | |
|---|---|
| /r/AusGuns | /r/CanadaGuns |
| /r/SwissGuns | /r/SwitzerlandGuns |
| /r/BayAreaGunMeetups (CA) | /r/pdsgunnuts (OR) |
| /r/KCGuns (MO) | /r/PhillyGuns (PA) |
| /r/AustinGuns (TX) | /r/DFWGuns (TX) |
| /r/HoustonGuns (TX) | /r/SanAntonioGuns (TX) |
| /r/Armes_a_feu/ | /r/EuropeGuns/ |
| /r/GardenStateGuns/ (NJ) | - |

**General**

| | |
|---|---|
| /r/Firearms | /r/ForgottenWeapons |
| /r/GunCleaning | /r/GunDeals |
| /r/gecko45 | /r/GunniTXT |
| /r/GunPorn | /r/Guns |
| /r/preppers | /r/prepping |
| /r/collapse | - |

**DIY**

| | |
|---|---|
| Targets for Free | |
| /r/fosscad | /r/CastBoolits |
| /r/CustomHolsters | /r/DIYGuns |
| /r/FunnyGun | /r/GunDesign |
| /r/Gunsmithing | /r/Reloading |

**Calibers**

| | |
|---|---|
| /r/9mm | |
| /r/10MM | /r/22LR |
| /r/300BLK | /r/65Grendel |
| /r/68SPC | /r/Rimfire |

**Defend your rights:**

Join the Gun Owners of America
Join the Second Amendment Foundation
Join the NRA
Join the Firearms Policy Coalition
Join the JPFO
Join the NAAGA
Join American Suppressor Association
Join Armed Equality

**More Info**

capacity model like the Kel-Tec KSG). Plus a TON of ammo for the 10-22.
permalink embed save report reply

[–] Jalopyhotbox99 [S] 2 points 4 months ago
Alaskan would be insane
permalink embed save parent report reply

[–] CaptainNemo42 1 point 4 months ago
Insane....ly awesome in a palm-bruisingly glorious sense, I'm sure you mean lol
permalink embed save parent report reply

[–] Pork_Confidence 1 point 4 months ago
The 6.5 creedmoor-bearded axe is not only ergonomic, but versatilie as well!
<image>
permalink embed save report reply

[–] Jalopyhotbox99 [S] 1 point 4 months ago
Whenever my 6.5 "needs more" can't finish the job this is perfect
permalink embed save parent report reply

[–] maybeitsjack 1 point 4 months ago
Night vision
permalink embed save report reply

[–] Superb-Detective-838 1 point 4 months ago
2011
permalink embed save report reply

[–] MArkansas-254 1 point 4 months ago
Something in wood? A lever gun or revolver, or maybe just a new rug.
permalink embed save report reply

[–] nariosan 1 point 4 months ago
Flame thrower!!!
permalink embed save report reply

[–] Civil_Application894 1 point 4 months ago
Mossberg 590A1 (8+1 model).
permalink embed save report reply

[–] nottatroll 1 point 4 months ago
Benelli M4
permalink embed save report reply

[+] TheBigOne96 1 point 4 months ago (0 children)

[–] Matt3855 1 point 4 months ago
45-70
permalink embed save report reply

[–] Comfortable-Aide6887 1 point 4 months ago
A Winchester
permalink embed save report reply

[–] Sgibby88 1 point 4 months ago
A 12 gauge would be my next purchase
permalink embed save report reply

[–] yungbutthole69 1 point 4 months ago
What's next is you buy me AR parts and a new can.
permalink embed save report reply

[–] Terminal_Lancelot LeverAction 1 point 4 months ago
1911, 357 Magnum revolver, 357 Magnum levergun, then ya need a big bore revolver AND levergun as well.
permalink embed save report reply

[–] Ultrasuperbro2 1 point 4 months ago
Mission complete. Now you can get the weird stuff.
permalink embed save report reply

[–] Capable_Line_823 1 point 4 months ago
Buy some ammo
permalink embed save report reply

[–] notrafffbruuu 1 point 4 months ago
how much did this cost u
permalink embed save report reply

[–] Jalopyhotbox99 [S] 1 point 4 months ago
Prolly like 9k for everything in the picture, accessories and mods included
permalink embed save parent report reply

[–] REMINGTONMODEL81912 1 point 4 months ago
Too new you need something old. Lol
permalink embed save report reply

[–] Wreckage365 0 points 4 months ago
Need more AR
permalink embed save report reply

[–] Holiday-Hyena-5952 0 points 4 months ago
Turkeys shotguns are all $200-300. As good as anything in U.S.
permalink embed save report reply

- Run out of new posts to read? Try the Reddit Gun Network for more content!
- Assault Weapons vs. Assault Rifles
- Gun Control Myths and Facts

created by TheSixFeet a community for 16 years

MODERATORS

MESSAGE THE MODS

intelw1zard **potion seller**
kcexactly **AR-10s save more lives**
TacTurtle **RPG**
Gyp2151 **liberal blasphemer mod**
Franticalmond2 **World's #1 .25 ACP Fan**
ReedNakedPuppy
**M1 Carbines save the most lives**
autosear **Gunnit's Most Wanted**
AutoModerator
HelpfulJanitor
only-flairs
...and 2 more »

account activity

| about | help | apps & tools | <3 |
|---|---|---|---|
| blog | site rules | Reddit for iPhone | reddit premium |
| about | Reddit help center | Reddit for Android | |
| advertising | reddiquette | mobile website | |
| careers | mod guidelines | | |
| | contact us | | |

Use of this site constitutes acceptance of our User Agreement and Privacy Policy. © 2026 reddit inc. All rights reserved.
REDDIT and the ALIEN Logo are registered trademarks of reddit inc.

π