# EXHIBIT 71

Premium

Search or ask a question

Create




## Rare Greed Partners With B&T & Tippman Arms

Focus Clipps
12.5K subscribers

Join | Subscribe | 156 | Share | Save | Download

5.1K views 1 month ago
Support:
- https://campsite.bio/focustripp

...more

@MetalHeart88 1 month ago
The staffers are a problem as well. Even if we change politicians their successors inherit their staffers. I don't know how to fix that but it's arguably a bigger problem.
6 Reply

@Sacredcircles 1 month ago
Rather have a Atrius
4 Reply

@LangstonDev 1 month ago (edited)
I didn't think B&T USA had any more inventory coming in to release?
2 Reply

@SDAVI105 1 month ago
I'll stick to my $400 rifle with my $50 trigger kicker
42 Reply

4 replies

@mrfawkes9110 1 month ago
It's "Bare Greed" not "Rare Greed", there's nothing rare about it.
2 Reply

@user-tl2wz5xr1i 1 month ago
So FRT b&t is coz playing poors 😂
6 Reply

@BombDog5812 1 month ago
Rare greed and b&t can sugma
9 Reply

1 reply

@JimmySilverFoot 1 month ago
I don't think this is going to go the way they think it's going to go.
Reply

@fc4305 3 weeks ago
Say What you want about Rare Breed as a company but they do make the best FRT trigger on the market right now.... that cant even be argued with.

All | Watched




22 LR as a Survival Option? Tippman M4 22 Bug Out Pistol
SensiblePrepper
112K 2y ago




The Death Trooper Police Gun: B&T APC300 SD
Administrative Results
140K 4mo ago




Join us for our LIVE Sunday Worship Experience [11am Pastor Chris Metcalf]
First Methodist Church Jonesboro
18 Streamed 6d ago
New




Bodycam Released After Officer Hit by Pickup Truck
Midwest Safety
9M 4mo ago




The ATF Absolutely HATES This Trigger
Garand Thumb
2.6M 1y ago




Drunk Nurse Doesn't Realize She Just Ended Someone's Life
Sergeant Steve
3.4M 2w ago




Which FRT Should I Buy?- An FRT/FRS Comparison - Atrius, Partisan, AS Designs...
SPG1 Tactical
486K 5mo ago




How To Setup A Fighting Rifle From Start To Finish
Garand Thumb
689K 13d ago




The Hero Who Helped Stop The Idaho In-N-Out Active Shooter
Garand Thumb
1.7M 6d ago
New




I Tried the Most Popular PCCs... Here's What I'd Buy
Elliott Delp
52K 2mo ago




10 Reasons Why You're NOT Losing Weight on Peptides & GLP-1s (Fix This)
Dr. Jones, DC
320K 3mo ago




This Is The Appendix Carry Video Every Gun Owner Needs To Watch
Colion Noir
569K 2w ago

Reply

@wilsoncombatant6033 1 month ago
I have one and it works well
Reply

@Mr.Mach1n3 1 month ago
I got an arc fire v2 on a 22lr upper from bore buddy. Only ammo I can afford to frt
5 Reply
2 replies

@Bertintremors 1 month ago
Meh b&t are overpriced anyway.
11 Reply
2 replies

@ajjj-q7u 1 month ago
Hating the business practice but I find myself not thinking about that going full semi on my Apc9k. Still cheaper and more legal than a “full auto” but end of the day, it makes sub guns great again.
Reply

@Ared1lb1535 1 month ago
B&T USA is still B&T USA. It’s the Utah company, still. The Swiss are setting up a new company
Reply

@markf19 1 month ago
While I hate rare breed, this Is one more step to making the huges amendment obsolete
3 Reply

@Snider11BOIFVET 1 month ago
I had my APC9&SPC9 converted by east valley tactical using the rare breed FRT. they work great but the conversion was real expensive! I think $800 for the APC9 plus the FRT and I forget exact price on the SPC9 but it was over 1k with the trigger
Reply
1 reply

@Creamville42069 1 month ago
It would be funny if B&T got into a lawsuit with Rare Greed and it bankrupts Rare Greed
9 Reply

@runNgun88 1 month ago
I want ZERO to do with rare greed I don't care if it's free
1 Reply

@gmd5911 3 weeks ago
I am buying it
Reply

@Logan_Bristow 1 month ago
Rare Breed has 15 patents in the forced reset space. No one else has jack. Peak/Partisan/The Triggered Co claimed that Rare Breed infringed the patent for the 3MR assisted reset trigger and after their attorneys were challenged with a rule 11 safe harbor notice for sanctions, they withdrew that accusation because it’s a ridiculously wild claim.
5 Reply

@jacobbeane5523 1 month ago
ATF fought for our right to have one. No one else did. No one is helping Hoffman so why should we support them. Just because the design isn’t the same doesn’t mean that it doesn’t work off the same principle.
Rare breed shit works, the levers don’t break, and they made it possible for us to have them. Anyone that has problem with it can suck it. I’ll continue to support the only company willing to put in the work to get us this close to FA
Reply

@Whitefeather83 1 month ago
bore buddy frt kit to work in a dedicated ar22 with trigger kicker for 305
Reply

@mikeplaysit 2 weeks ago
What do they mean THEIR patented FRT?! Most of the damn FRTs that were the three position ones that they were selling were the damn ones that they sued and confiscated from a company that made a BETTER one!
Reply

@charlehoss2146 1 month ago
1:43 Thats something poor would say 😂
Reply

@TheCamaro5 1 month ago (edited)
The atrius is so much better and you get to use your own trigger. Makes no sense to buy rare greed anything. wont be buying anything from tippman or B&T
2 Reply

@J_D_Rambro 1 month ago
I care, I'll never buy rb not even worth writing out the name.
2 Reply

@StaticGTS 1 month ago
Normies aren't buying FRT's, and if they are, they've been down the rabbit hole far enough to know not to buy Rare Greed.
Reply

@IndependentArmz 3 weeks ago
it amazes me the power a youtuber has to skew viewer's opinions.  Almost like thinking for yourself is non existent anymore..
Reply

@RiskyBelmar 1 month ago
Why are these companies supporting rare greed?

PSA should just a trigger kicker and sell those instead for 50-100$ more.
8 Reply
1 reply

@AppalachianAutist 1 month ago
Whatever you do, don't google who the owner of Rare Breed's sister is
Reply
2 replies




We're Going To Lose FRTs If People Keep Shooting Like This
Colion Noir
676K 2mo ago




Is the roller delay panzer HAN9 worth it?
TheTacticalRN
4.4K 1d ago
New




The Civilian SMG Concept
Brass Facts
142K 2mo ago




FINALLY... A Drop-In FRT for the B&T GHM9 / SPC9
Micah Mayfield
68K 1mo ago




They Lied to You About Retatrutide — Belly Fat After 40
Sean Alami
369K 3mo ago




The FBI Says This Is the Best AR-15 Barrel Length
TFB TV
361K 3w ago




This Guys FRT is Making me Like B&T
Administrative Results
134K 8mo ago




Why Does Anyone Really Need An FRT
Colion Noir
358K 4mo ago

@user-tl2wz5xr1i 1 month ago
Thats how bad the economy is
Reply

@ChaseRutledge-v5b 1 month ago
Rare Breed fought the fight. They own the patents. They deserve to control the market until their patents expire
1 Reply

@ShawnCalder 1 month ago
Rare Breed makes the highest quality forced reset triggers in the game. Everyone else is simply grifting
Reply

@ZacharyFenwick 1 month ago
All of these companies that are choosing to work with Rare Breed are smart. I have a strong feeling that when all of the dust settles from all of these law suits, all of the companies that are working with the "accused infringers" are gonna get left holding the bag for monetary damages. If you've read any of the court docs, it's plainly obvious that none of the "accused infringers" are gonna be able to afford the damages. And when/if that happens, the rest of the monetary damages are gonna fall on the resellers and manufacturers that chose to work with the "accused infringers". I keep hearing the resellers say that they have been "indemnified" by the manufacturers of the various other forced reset trigger manufacturers. If the manufacturers can't pay the damages, that promise of indemnification will be worthless. It ...
Read more
4 Reply

@cheeseburgereddie8198 1 month ago
Please don't promote these failing company's.
Especially rare greed.
I was gonna get the Nexus frt for the Scorpion but then found out it was a rare greed.
Nexus lost my business
1 Reply

@Supersafedude5 1 month ago
The m&p-15/22 is 3-400 on some food sales and can be frtd real easy lol scammm
Reply

1 reply

@JuannyUtah 1 month ago
Yeah most of us don't care that they're suing other manufacturers. Looks like they make a decent product that works reliably. No one serious is that invested in white knighting for all the other FRT companies unless they're the same people who can't accept the reality that the ATF are real and probably not going anywhere. It's funny how they think that spamming every comment section with "rARe GrEed" is actually somehow gonna turn the tide and bankrupt them though.
6 Reply

4 replies

@LilApe 1 month ago
Dont care, I support Rare Breed, they fought the ATF while nobody else did or, nobody even helped Rare Breed in the fight. Rare Breed protected their business, employees, customers and their IP. All, these people that make super safety's, how many of them helped RB in their fight? None. AS Desings wont even help Tim Hoffman in his fight against RB. ASD and 90% of these other people wouldn't even be in business if it weren't for Tim Hoffman's SS design. Yet none of them went to bat for RB in the fight to protect FRT's and SS'.
7 Reply

4 replies

@GunnDogInn 1 month ago
2 K i dont think so ! Thats a ni e Borla exhaust for my Vette plus a few other up grades ..
Reply

Top is selected, so you'll see featured comments







The ATF Finally Responded to the NFA Ruling
Hegshot87
52K 1d ago
New




Married Teacher Caught Having Sex With 17-Year-Old Football Player
Police Watch
3.1M 4w ago




The KAK DBC. Is this the end of FRT tuning as we know it?
2A Cops - Cops Supporting Gun ...
96K 2mo ago




B&T Just Got Elevated -- GHM-9 SD with Cloak Industries FRT
Fit'n Fire
3.3K 13d ago




ATF Warns Gun Owners-- Do NOT Take Those Suppressors
Hegshot87
441K 13d ago




Can Sean Strickland Pass a CIA Shooting Drill?
Shawn Ryan Show
1.2M 1mo ago




The PS90 Forced Reset Trigger That Almost Works (How I Fixed It)
Desk Pop
12K 1mo ago




BCM, Geissele, or Daniel Defense? Which is king?
Shoot with Jax
54K 12d ago




The Pistol Brace Trap Strikes Again
CRS Firearms
66K 1mo ago




Steel Magnolias (1989): 15 Weird Facts You Didn't Know
Remember When
907K 5mo ago




The Dark Life After 15 Minutes of Fame
Patrick Cc:
▷ 9.1M 1y ago




How To Properly Reconstitute Peptides (Don't Skip These Steps)
Optimal Health Medical Group
▷ 208K 5mo ago