# EXHIBIT 72

Page 1
raregreedtriggers.com
https://raregreedtriggers.com/

GoDaddy Airo Go from idea to live site in minutes. Get 50 free credits Start for free




## Contact Us

Drop us a line!

Name

Email*

Message

☐ Sign up for our email list for updates, promotions, and more.

SEND

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Copyright © 2025 Rare Greed Triggers - All Rights Reserved.

Powered by GoDaddy Airo

Captured by FireShot Pro: 29 August 2026, 08:40:06 PM
https://getfireshot.com