# EXHIBIT 73

Premium
Search or ask a question
Create




**Which FRT Should I Buy?- An FRT/FRS Comparison - Atrius, Partisan, AS Designs, Super Safety**

SPG1 Tactical
9.9K subscribers
Subscribe

13K | Share | Ask | Save

486K views 5 months ago
In this video we look at four Forced Reset options. The Atrius Forced Reset Selector, the Partisan Disruptor, the AS Designs Arc-Fire and a Super Safety.

SPG1 Tactical ...more

**1,746 Comments** Sort by

Add a comment...

Pinned by @SPG1Tactical
@SPG1Tactical 5 months ago (edited)
EDIT: Thank you for the overwhelming positive feedback and predominantly positive discussion in the comments. Due to the polite demand from viewer comments, and the success of this video, I have begun reaching out to a few more manufacturers to see if they have been willing to provide me with their product for a Part 2. So far I have one committed and already shipped my way. I will try to keep you all updated, and thank you again.
-
Read more
183 Reply
• 32 replies

@JoseMadera-h1h 5 months ago
Hoffman tactical is the modern John Moses Browning. He has single handedly done more for 2A than anyone in recent memory
411 Reply
20 replies

@PatrickKniesler 5 months ago
Hoffman entered the history books with this.
481 Reply
13 replies

@roycox193 5 months ago
Finally someone does a FRT comparison video 🎉 Thank you
413 Reply
11 replies

@GodEncarnate 5 months ago
You automatically won my vote with that everything the military has should be what we can have
140 Reply
• 23 replies

@erikhoryza9068 5 months ago
SuperSafety is honestly a decent product, and the inventor is based as a mf.
607 Reply
34 replies

@ugatobekittenme 5 months ago
Hoffman Super Safety simply because its only 2 parts with free STL files so you can always replace broken parts in a free world
154 Reply
4 replies

@JollyDeathCow 5 months ago
Wow. Giving the "bottom line up front" is a breath of fresh air. Loved the whole video. Subscribed AF.
45 Reply

All | From the series | From SPG1 Tactical | Precision Sports



We're Going To Lose FRTs If People Keep Shooting Like This
Colion Noir
676K 2mo ago



Retatrutide Isn't a Weight Loss Drug — Here's What It Really Does (Weightloss Dr. ...
Dr. Kevin Joseph, DO
479K 2mo ago



One ball to rule them all! | Equinox Hybrid | Storm Bowling
Scott Anderson Bowling
1.4K 5d ago
New



Retatrutide Side Effects - Dr Reveals the BAD, The UGLY
This Is Not Covered - Dr. Ashley F...
727K 3mo ago



AR15 Rifle Setup
Shawn Ryan Show
5.4M 7y ago



Bodycam Released After Officer Hit by Pickup Truck
Midwest Safety
9M 4mo ago



Titanic
Action & adventure 1997
Free PG-13



17 GLP-1 Tips I Wish I Knew Before Starting My Journey
Dr. Jones, DC
129K 3mo ago



Drunk Nurse Doesn't Realize She Just Ended Someone's Life
Sergeant Steve
3.4M 2w ago



Ep-9: Choosing the Right AR-15 Buffer Weights, Springs & Buffer Tubes... Starts Here!
AT3 Tactical
831K 3y ago



ATRIUS FR Selector!!! Worth it?
SHORTSHOT TONY
55K 2mo ago



Silent Weapons For Urban Collapse / Urban Clandestine Warfare
Garand Thumb
2.1M 6mo ago

@Jack_the_Ripper 5 months ago
You get a follow just because you gave your opinion at the very beginning instead of making me wait and I appreciate that and I still watch the whole video
54 Reply
1 reply

@Duckoff000 5 months ago
Anyone except Rare Greed.
1.6K Reply
149 replies

@grahamhancock4904 5 months ago (edited)
Everybody else loving how rare breed isn't even the conversation?
440 Reply
23 replies

@brianbird3756 5 months ago
I prefer my SS.

The fewer moving parts the better.
25 Reply
1 reply

@joescopo8933 5 months ago
The Super safety was and still is awesome. The Atrius was good until the lever broke because the geometry of the cam wasn't correct. The ArcFire is still going strong. Haven't tried the disrupter.
72 Reply
12 replies

@ferdlife667 5 months ago
The partisan is my go-to. I don't care if it's more money It just drops in and works
26 Reply
5 replies

@TheOneScrub 5 months ago
AS Designs (ARC Fire) has compatible triggers listed further down the ARC listing page. There are quite a few, and I myself have the Geissele SSA-E X trigger cut in my MK18 w/ a H3 buffer. Shoots super smooth and the trigger retains its 2 stage qualities very well. The only other part I needed was a lever blocker so the cam/lever doesn't get stuck behind the hammer. They sell a metal one for cheap. Definitely worth if you have a spare G$ trigger and a Dremel.
55 Reply
3 replies

@Garryuana 5 months ago
Original Hoffman SS is so simple and elegant, and generally cheaper. Always gets my vote.
11 Reply
2 replies

@dieselthegrey 2 days ago
Private partisan is my go to drop in. Love it runs great.
2 Reply

@noelburns4674 5 months ago
I wonder why Rare Breed wasn't here. Ahhahahahhahahhhahahh!
401 Reply
48 replies

@SirGlockALott 2 weeks ago
Hoffman Tactical Trigger Kicker (FRT) is only $43 bucks and kicks ass!
2 Reply

@Justin-n5z9c 5 months ago
Arc fire is coming out with gen 2 soon I think next few months and they'll have 45 90 and 45 180 options plus short and long levers etc
83 Reply
7 replies

the beginning like all the others do to show how great they are lol. thank you guy.
6 Reply

@FLA1L1NGSHUFFLE 1 month ago
Hoffman Tactical Super Safety is a popular choice.
2 Reply

@NebulousCat 5 months ago
What I learned about modifying the trigger for the Super Selecktor is that the safe position uses the right side of the trigger, and the FRT uses the left side. Don't touch the right side, just work on the left side of the trigger to get the lever to move freely while pressing the hammer fully down in FRT mode.
14 Reply
• 2 replies



He Installed a Forced Reset Trigger at a Gun Range... and Got Arrested | What You Ne...
Colion Noir
795K 10mo ago



Why Does Anyone Really Need An FRT
Colion Noir
358K 4mo ago



Cops Find Dismembered 6-Year-Old Boy in Mom's Trunk
EWU Crime Storytime
9.4M 5mo ago



Most Gun Owners Never Learn Grip Like This
Tenicor
396K 2mo ago



We Put FRTs In Pawn Shop Guns! | Pawn Shop Challenge
Dirty Kid
622K 3mo ago



How to FRT for CHEAP!
Juicey Media
273K 4mo ago



They Lied to You About Retatrutide — Belly Fat After 40
Sean Alami
369K 3mo ago



10 Reasons Why You're NOT Losing Weight on Peptides & GLP-1s (Fix This)
Dr. Jones, DC
320K 3mo ago

@rangerp99 5 months ago
Automatic LIKE just for a Bottom Line Up Front (BLUF). Appreciate that... I'm just waiting for more FRTs for different rifles. So much potential. Good video.
5 Reply

@calolson5981 3 months ago
Thank you for the unbiased and thorough review.

-Cal Olson
Co-Owner of AS Designs.
2 Reply

1 reply

@JustAnotherPaddy 5 months ago
Thumbs up for not even mentioning you-know-who.
17 Reply

@vashmatrix5769 5 months ago
9:08 🎶 "Crossfire, you'll get caught up in the Crossfire" 🎶
18 Reply

2 replies

@Mk2Mod1 5 months ago
Im on team Partisan for this one. Drop in cassette, no modifications required. It is limited to M16 pattern guns, but i pretty much only own ARs (like my AR9-SD) so it works for me.
3 Reply

@specop-tl9jd 4 months ago
Super Safety for the win. You can buy three quality Super Safety kits for the cost of one of the others. Not to mention the system is simple, and easy and cheap to replace parts if you need to. The push button style is also faster to manipulate than lever systems, just like a good old pump shotgun. Train with what you use and all's well 😁
1 Reply

@ramblinroper 5 months ago
The AS Designs ARC-Fire is indeed the one you want. Great overall, no issues, and seems robust enough to last for the long-haul. Not finicky either when squeezing a trigger a little harder, it won't bind like Rare Breed. Also: It's not Rare Breed.
18 Reply

1 reply

@josephatnip2398 5 months ago (edited)
A metal super safety is what I went with because of price I didn't think I would like the push button safety but after using it I like it better over a stock mil spc safety 🤷‍♂️
13 Reply

4 replies

@gph4n850 5 months ago
Atrius is rough to tune in up front but works beautifully once it does
My third Atrius is already on the way... worth the tinkering effort so far
10 Reply

1 reply

@randydanger7992 5 months ago
The Partisan is great 👍 👍
16 Reply

4 replies

@goodcitizenactual 5 months ago
I would take a Super Safety or Kabuto/Arizona Regulator into combat over any other option on the market. If you have them made in the right materials, they will outlast the rifle itself. I had 30 super safeties made in H14 tool steel just in case lol. I've tortured tested a few of them. I've replaced barrels, bolts, and gas rings, yet the SS itself still looks brand new. I had a hand full of Kabutos made including the 3pos safeties for it, in the same material as the Super Safeties. If it malfunctions or breaks, the rifle still retains traditional semi. Pull the rear pin, dump it out, slap the upper back down, and get back into it. These things are awesome. I think the reason most people would prefer buying the drop ins is because of the simplicity. People with a knack for gunsmithing, don't shy away from then super safety because they ...
Read more
1 Reply

@dangerousfreedom4965 5 months ago
Super safety is the best value and most simplistic and robust design
4 Reply

@jeremywills9303 5 months ago (edited)
I've had great luck with both the Atrius and Arc fire safeties. I have one of those Stuff and Things CARL on the way for my M16A4 clone project so I can have a proper 3 shot burst function. They recommend the ARC fire so that is the one I've got currently in that lower. I'm excited to get the CARL installed and functioning. Fingers crossed I have no issues with it.
12 Reply

3 replies

@josh4macRanch 5 months ago
Atrius with an ALG trigger and Giesele H3 buffer with extra strength buffer spring kit, was a complete winner for me. No mods needed.
1 Reply

@Nate-zm6bd 5 months ago
my favorite is arizona regulator. it just works.
17 Reply

14 replies




of FRT tuning as we know it?
2A Cops - Cops Supporting Gun ...
96K 2mo ago

NON-STOP - FULL EPISODES - +4 Hours - The Beginners Bible
The Beginners Bible
20M 7y ago
3:45:35

The ATF Is Coming For You If You Own THESE 6 Guns — Be VERY Concerned
Colt Hutchins
9.4K 1d ago
New
17:31




How To Setup A Fighting Rifle From Start To Finish
Garand Thumb
690K 13d ago




5 Mistakes New Gun Owners Make | Palmetto State Armory
Palmetto State Armory
430K 4mo ago




Nielsen Device: How it Works and Why it's Necessary
Forgotten Weapons
3M 1y ago




Final BETRAYED 💔 | Why? Jovi ARRESTED | Jovi & Yara DIVORCED | Ended 6-Y Love...
Viba FlixM
36K 1mo ago

@NinjaRN4731 2 weeks ago
Thanks for sharing and posting. Appreciate your work.
Reply

@dnob6668 5 months ago
My favorite out of 5 different frts is the Arc fire with a Geissele. Great semi pull with the option of burning ammo quickly.
7 Reply
4 replies

@Jeffro_1 4 months ago
Crossfire used to be so good. Played the hell out of it, Combat arms, Cs1.6. The good old days
2 Reply

@Zel_eo 5 months ago
I've ran the AS Designs in my HK 416, a gun not known for being nice to delicate parts, and there are 0 signs of wear after 3k rounds of full auto with oiling / wipe down every 650-700ish rounds. My buddies Atrius had some issues when his spring got gunky from suppressed fire after around 500ish rounds. I haven't tried the SS or Partisan options yet as AS Designs seems to have knocked it out of the park IMO. When it comes to the overtravel on the selector, I've been using the new "mil-spec" selector option and have not experienced any wiggly overtravel so far.
10 Reply
9 replies

@Annuwalkie 3 months ago
Partisan was simple,did not have to remove any material
Did not know thst till my buddy bought one and his had to be modified,,, but we both have same lower,, strange
I like simple lol
But may try another type..
Read more
1 Reply

@propz0ut545 5 months ago
I swapped to an AGL m16 Single stage trigger into my 9mm banshee with Atrius Selektor. I sanded off 0.015" from trigger, then polished out everything. H3 buffer, Stock spring, runs perfectly. ROF is perfect to, not too fast. Running an Optimus 9 can to. I put a dab of grease on my lever every 140-160 rnds. No wear so far
3 Reply

@jacobscott8172 5 months ago
I have been running the Atrius with a Mil-Spec trigger, Rise Armament Blitz Defense and a Tommy Trigger with no issues or modifications required.
2 Reply

@archaicsage4803 4 months ago
Atrius and SS for me.
3 Reply

@sableliger327 4 months ago
I just picked up a disruptor. May pick an Arc-fire as well. This was a good video comparison.
2 Reply

@UncleSam-bu9gz 3 weeks ago
Trigger Kicker
No single fire but great value and works like a charm!
1 Reply

@McSurviveGuys 5 months ago
I personally think the super safety is the best plug and play as long as your kit comes with a trigger. Budget friendly, simple to assemble and install into any existing trigger pack, and with just a special lever works great in AR-10's which is more punishing on your ears and shoulder than you'd think
1 Reply

@Facing_Fear 5 months ago
Hoffmans Super Safe was the predecessor to all these and the single reason these others exist (except for cassette style) every FRT enjoyer NEEDS to have a S.S if only to pay homage to the Legend that started it.

lets be real, long as its not Rare Greed, they are all great options
11 Reply
1 reply

@MATTA74 4 months ago
I have a super safety in a 10.5" 223wylde build and it worked from the get go ! I later added a H2 buffer to help slow up the action but it wasn't necessary.
1 Reply

@chrish4624 5 months ago
Love the ARC fire! It runs perfectly on my BCM paired with a geissele trigger.
6 Reply
4 replies

@StephenStine 2 weeks ago
Thanks! You helped me with bucking for ASD's Arc!
Reply

@Arthiem 5 months ago (edited)
I like my $50 Super Safe Solutions Kabuto.
7 Reply
5 replies

@Chris-tn1jy 5 months ago
This is not the video YouTube wants. But it's what YouTube needs. Deeznutz tactical SS for me
7 Reply
1 reply




Ep-16: AR-15 Optics Bible! BUIS vs. Red Dot Sight vs. Holographic vs. Prism vs. ...
AT3 Tactical
1.4M 3y ago




Rare Breed Won't Like This | Partisan Disruptor FRT
PSR
322K 7mo ago




How an AR-15 Works
Matt Rittman
20M 4y ago

@miguelarce-goitia4395 2 weeks ago (edited)
I just purchased the Partisan at my local gun show this weekend. There were several vendors with the FRT,s. I selected the Partisan, 1- easy drop in, not tuning required, and definately strong built. I did noticed a very small movement on the pins as well but I'm ok with it. I find your review is the best out there.
Reply

@tylerp3397 5 months ago
Other than ease of drop in, the disruptor can use different types of safeties. Got two of them and so far they are great.
6 Reply
• 5 replies

@cliffordrobbins5079 5 months ago
Short intro and your favorite one off the bat. I had to subscribe
2 Reply

@sgtawb6904 5 months ago
I've got 2 Atrius selector.
The first one I took out of the package dropped it in a cheap PSA lower topped it with an even cheaper BCA 5.56. IT RAN PERFECTLY. Honestly I can't tell the difference between this Atrius and the M16A1 I had in basic training.
It also runs great with a 10.5 PSA 300blk. But that gets a little expensive 👌 👌 👌
2 Reply

@N.F.G.carsandguns 5 months ago
Atrius with the RA-Rave140 is my set up and it's great
5 Reply
1 reply

@Aarongix1 3 weeks ago
Trigger kicker. Simple and it works.
1 Reply

@TexasFinessed 5 months ago
Just bought my AS design arc fire! Can't wait to try it out
4 Reply
2 replies

@RustyShacklefardd 5 months ago
AS Designs super safety is the based choice
1 Reply

@rilianriggs4620 5 months ago
Arizona Regulator
95 Reply
• 19 replies

@burtpearson7198 1 month ago
There seems to be different variations of the Ark fire. You have the 0 - 45 - 180, the 0 - 45 - 90, 0 - 90 - 180 Karma and the V2
1 Reply

@bemo4313 5 months ago (edited)
Very well made video my friend !
Thank you for not including Rare Breed.
I have all of them as well.
My favorite is the Partizan, it's way stronger than any other Super Safety, also (it seems) way more durable...
Read more
6 Reply

@Christophoros87 5 months ago
5:09 that's to prevent hammer follow. Its also on the Fostech echo trigger.
2 Reply

@babarama283 5 months ago
The cheapest that does the job. I chose Super Safety!
7 Reply

@zoemurdock1600 1 month ago
I've only ever had trouble out of my two rare breeds. Hoffman supersafeties and Atrius never failed me . Excited to try this arc fire v2
Reply

@Thatshowiddoit 5 months ago
What about the Arizona regulator?
59 Reply
• 12 replies

@elwoodblues5767 5 months ago (edited)
My only issue with the super safety is the whole thing rotates in the receiver causing wear and tear in the safety holes. If u r using a normal ar receiver they are pretty cheap to replace if u wear our the safety holes but if u r shooting a ar 9 u will be spending a whole lot more money for when you have to replace it from wear and tear
2 Reply

@SnakeBitBob1982 5 months ago (edited)
There are aftermarket selector switches that fit the Partisan Disruptor, the DTT, and the RBT.
They fix the tiny bit of slop in the oem selector as well as give the selector a very positive 'snap' into each position with no mushy feel, and are ambidexterous
4 Reply
• 7 replies

@kevina5623 5 months ago
I appreciate the bottom line up front!
2 Reply

@CrowBarActual 5 months ago
Not the Rare Breed one, that's for sure.
11 Reply

@PhillyFail 2 weeks ago
Super safety's been doing great for me
Reply



The Life Bar
1.5M 2mo ago



Trying Hoffman Tactical's Latest Invention!
PSR
360K 1mo ago



First AR 15? Don't Make These 5 Mistakes
GUNMEN
55K 1mo ago



How A 3D Printed Suppressor Is Made
110 SASS Actual
272K 2mo ago



10 INSANE Less-Lethal Weapons You Can Buy on Amazon RIGHT NOW for ...
Frontier Tactical Vault
78K 4w ago



SEASON 5 MINI MOVIE 😱 ❤️ | EP1-12 | 4 HOURS | My Little Pony: Friendship is ...
My Little Pony - Official Channel
1.4M 1y ago



The ATF Absolutely HATES This Trigger
Garand Thumb
2.6M 1y ago



When Comedians Choose Violence
Stage
2.6M 4mo ago



ATF Warns Gun Owners-- Do NOT Take Those Suppressors
Hegshot87
441K 13d ago



4K Kaaba Oil Painting Frame for TV | Golden Islamic Art Background
علاوه
36K 3mo ago



Why Do You Own Multiple Suppressors When This Exists?
Colion Noir
287K 4mo ago