# EXHIBIT 74

# AS Designs ARC V2 Forced Reset Trigger: Full Breakdown Before the April 2026 Launch

by on






Got a question? I've got the answers.

## AS Designs ARC V2 Forced Reset Trigger: Everything You Need to Know Before It Drops

*The ARC V2 is coming to ARTakedownTool.com in early April 2026. Here's a full breakdown of what's new, what's improved, and why this might be the smoothest drop-in FRT on the market.*

→ Notify Me When the ARC V2 Is In Stock

### What Is the AS Designs ARC V2?

AS Designs debuted the ARC V2 forced reset trigger at SHOT Show 2026, and it immediately got attention from everyone following the FRT space. This isn't a minor revision — AS Designs rebuilt the ARC from the ground up, focusing on three things the original V1 left on the table: smoother feel, more selector options, and broader platform compatibility.

The result is one of the most refined forced reset triggers available heading into 2026, and we're bringing it to ARTakedownTool.com the moment it ships.

### What's New in the ARC V2 vs V1

The V2 is a complete redesign — V2 components are **not backward compatible** with V1 units. Here's what changed:

#### Smoother Feel

The biggest complaint about early FRTs was inconsistent reset feel under rapid fire. AS Designs addressed this directly by redesigning the internal geometry to reduce system drag. The reset on the V2 is more tactile and consistent, giving you better feedback and control during extended strings. Shooters who've run both versions describe the difference as immediately noticeable.

#### Three Selector Throw Options

Where the V1 offered a single configuration, the V2 gives you three selector throw options to match your shooting style and build:

- **45/90 degree** — standard semi/FRT setup
- **45/180 degree** — extended throw for deliberate engagement
- **90/180 degree** — wide throw option for specific builds and preferences

This kind of flexibility is rare in the FRT category and makes the ARC V2 a strong option whether you're running a compact SBR or a full-length precision build.

#### Expanded Platform Compatibility

The original ARC was already solid on standard AR-15 and AR-10 lowers. The V2 expands that significantly:

- AR-15 and AR-10 lowers (all configurations)
- HK MR556 and MR762

**Tags**

10/22 FRT, 1911 Pistol Cleaning, 22, 2A, 2A News, Ak Frt, Ak-47, Alex Zedra, Ambi, American Gun Cleaner, American Manufacturing, Ar-15, AR-15 Tools, AR-15 Trigger, Ar15 Build, Ar15 Conversions, Ar15 Guide, Ar15 Parts, Ar15 Tools, Ar15 Upgrade, ARC Fire, ARC Fire V2, AS Designs, BCG, Best FRT In 2026, Best Pistol Cleaning Kit, Buffer, Carbon Buildup Fix Kimber, Cleaning Tools For Handguns, Combo, Concealed Carry Malfunction, Disruptor, Draco, Drop In Component, Drop In Trigger AR15 Trigger, Everyday Carry Gun Cleaner, Female Shooters, Firearm Ownership, Firearm Reliability EDC, First Dealer, Force Reset Trigger, Forced Reset Trigger, FRT, Frt Guide, FRT Reviews, Gun Cleaning, Gun Cleaning Ar-15, Gun Cleaning Kit, Gun Influencers, Gun Influencing, Gun Kits, Gun Social Media, Guns, Gunsmithing, H2 Buffer, H3 Buffer, Hoffman Tactical, How To Clean 1911-Style Pistol, Industry Update, International, Israel, Kabuto, Kimber Micro Ultra Carry II Maintenance, Kuboto, Labor Day, Legal, M-16 Bolt, Military, New Product Release, Odin Works, Official Launch, Partisan, Partisan Review, Partisan Triggers, Partisan-Triggers, Patented Technology, Patented Trigger Forced Reset Trigger, Pistol Maintenance Tool, Pistol Takedown Tool, Pivot Pin Tool, Rare Breed, Rare Breed Lawsuit, Rebrand, Roll Pin Punches, Ruger, Sale, Semi-Automatic, Super Safetys, The Triggered Company, The-Triggered-Company, Tik Tok Influencer, Trigger Innovation, Trigger Review, Trigger Supply, US Army Is Military, USA Gun Law, USA Made Trigger, USA-Made Gun Tools, Warrior Women's International

**Instagram**

★ Reviews

- MP5 platforms
- B&T housings

If you run HK or B&T alongside your AR builds, the ARC V2 is currently one of the only drop-in FRT options that covers all of them.

## Field Testing: 5,000 Rounds, Zero Malfunctions

Pre-release testing on the ARC V2 logged over **5,000 rounds across seven different upper receiver configurations** with zero malfunctions. That includes both direct impingement and piston-driven setups, suppressed and unsuppressed, and everything from ultra-short barrels to standard-length systems.

Test platforms included:

- DPMS Kitty Kat — 5.56 ultra-short
- Daniel Defense MK18 — 10.3" 5.56
- Geissele URG-I — 10.3" 5.56
- PWS MK111 Mod 2 — piston system
- LMT Quad Rail — 10.5" with Lantac BCG
- LaRue upper — standard DI

Running a single trigger across that spread of builds — different gas systems, barrel lengths, BCG weights — and seeing zero failures is the kind of result that matters. It means the ARC V2 isn't tuned for one specific setup. It runs.

## Is the ARC V2 Legal?

Yes. Following the **May 2025 DOJ settlement**, forced reset triggers are federally legal under U.S. law. The settlement ended federal enforcement and confirmed FRTs are not classified as machine guns under the NFA.

State law is a different matter. FRTs are currently banned in California, Connecticut, Delaware, Hawaii, Maryland, Massachusetts, New Jersey, New York, Rhode Island, and Washington. Always check your state laws before purchasing.

ARTakedownTool.com only ships to states where FRTs are legal.

## How the ARC V2 Compares to Other FRTs

The forced reset trigger market has grown fast since the 2025 legalization. Here's where the ARC V2 fits:

**vs Partisan Disruptor** — The Disruptor is our top seller and an excellent drop-in cassette FRT for AR-15 builds. The ARC V2 differentiates itself with HK/B&T compatibility and the selector throw options. Different tool for different builds.

**vs Rare Breed FRT-15** — Rare Breed's ongoing litigation campaign against competitors has made the FRT-15 a controversial choice in the community. The ARC V2 comes from a brand with a clean track record and no legal baggage attached to it.

**vs V1 ARC** — No comparison. The V2 is smoother, more configurable, and supports more platforms. If you ran the V1, the upgrade speaks for itself.

## Frequently Asked Questions

**When will the ARC V2 be available?** AS Designs is targeting an early April 2026 release. We'll have stock at ARTakedownTool.com on launch day. Sign up for restock notifications to be first in line.

**Are V2 parts compatible with my V1 ARC?** No. The V2 is a complete redesign and components are not interchangeable with V1 units.

**Does the ARC V2 work on pistol-caliber builds?** The V2 adds MP5 and B&T housing compatibility, making it one of the few FRTs that crosses over into PCC platforms. Confirm your specific build before purchasing.

**What selector throw should I choose?** 45/90 is the most familiar feel for anyone used to a standard AR safety. 45/180 and 90/180 suit shooters who prefer a longer, more deliberate throw — often preferred on suppressed or precision builds. When we have the V2 in hand we'll publish a full comparison.

**Is the ARC V2 a forced reset trigger or an assisted reset trigger?** AS Designs classifies the ARC as a forced reset trigger. It uses the bolt carrier's rearward motion to mechanically reset the trigger, enabling rapid follow-up shots while remaining semi-automatic.

**→ Get Notified When the ARC V2 Drops**

## Related Reading

- What Is an FRT Trigger? The Complete Guide
- Partisan Disruptor: The Best FRT Trigger for AR-15 in 2026
- Rare Breed vs Partisan Triggers: $588M Lawsuit Update
- FRT Trigger Install Guide for AR-15

Share:

PREVIOUS ←

NEXT →




2A

AUGUST 25, 2026

**Pre-Labor Day Sale: 15% Off Sitewide With Code LABOR**

Sale Announcement Pre-Labor Day Sale: 15% Off Sitewide With Code LABOR Our early Labor Day...

READ MORE



AUGUST 25, 2026

**The First True Drop-In FRT for the AK-47 and Ruger 10/22 Is Coming in 2026**

FRT Industry News The First True Drop-In FRT for the...

READ MORE



AUGUST 18, 2026

**300+ Five-Star Video Reviews Later — Why the Triggered Company Disruptor Is Still the #1 FRT in 2026**

300+ Five-Star Video Reviews $299.99 Standard Disruptor #1 Rated FRT for AR-15 2026 LEGAL Federally...

READ MORE



AUGUST 18, 2026

**KAK DBC BCG, Chrome BCG and AR-10 Super Safety Lever — Three Upgrades Worth Knowing**

Three products. Two BCGs and an AR-10 lever. Each one solves a different problem —...

READ MORE

Your email address will not be published.

Comment

Your Name*

Your Email*

Submit Now

Terms of Service
Refund policy
FAQ
The places to buy other than directly from us
Become a Distributor or Dealer
Contact Us
Become an online retailer

© AR-TT LLC- The Takedown Tools. 2026