# EXHIBIT 75

10:54 55



# Comments

Top Newest

Remember to keep comments respectful by following the YouTube Community Guidelines. Learn more

@Puca_Patchworks • 1h ago

We need to be organizing protests at Lawrence's house. If he's not going to drop these lawsuits, then he needs to know that there's severe consequences for refusing to back down.

8

R @ValoRuss • 3h ago

I think ill go buy a few more disruptors.

23

2 replies >

Comment...