# EXHIBIT 76

This is an archived post. You won't be able to vote or comment.

133

## Atrius vs Arc Fire

zero effort post (i.redd.it)

submitted 7 months ago by squints_honeybadger

92 comments share save hide report crosspost




I currently have an Atrius but I'm hearing a lot about the AS Designs Arc Fire. I love how the Atrius is just a drop in with no modifications but I'm not a fan of how thin the lever is. Can anyone share some insight on the Arc Fire? Is there any modifications required when installing the Arc Fire and how is its performance; any issues?



all 92 comments

sorted by: best (suggested)

[–] marvinfuture 39 points 7 months ago

ARC and I own a few atrius's. Arc requires a minimal trigger cut and potentially some fitting. Only reason I have the atrius is it works well drop-in with the Kuna. For an AR or mp5 build I'd go ARC

permalink embed save report

[+] *[deleted] 7 months ago (4 children)*

[–] Mr_E_Monkey 21 points 7 months ago

Just recently got the ARC myself, and it ships with a mil spec trigger with the cut already. It was so easy even I was able to put it together.

The wider level and seemingly more robust assembly is one of the reasons I went with it.

permalink embed save report

[–] The-Dinkus-Aminkus 19 points 7 months ago

Look up the cornfire MARC. Its just this but better metal and thicker.

permalink embed save report

> [–] dr_bund 11 points 7 months ago
>
> 10000% this and it DOES NOT need a SS cut. Works perfectly with my Geissele SSA-E.
>
> atrius should just copy their work. Plus the owner is such a nice dude
>
> permalink embed save parent report
>
> > [–] Mysterious_Camera756 3 points 7 months ago
> >
> > atrius doesn't need a ss cut either. are you running a lever blocker? i remember the marc page stating it needed modification to work with a ssa-e
> >
> > permalink embed save parent report
> >
> > > [–] dr_bund 2 points 7 months ago
> > >
> > > Negative, did not need any changes on my MARC. It runs just fine in my DD m4a1.
> > >
> > > Ive broken two atrius levers so im really not fond of them. Arc fire arc works great though
> > >
> > > permalink embed save parent report
> > >
> > > > [–] Mysterious_Camera756 1 point 7 months ago
> > > >
> > > > i will be acquiring a arc fire in the future. also not huge on the atrius mechanism
> > > >
> > > > permalink embed save parent report
> >
> > [–] mpsteidle 1 point 7 months ago
> >
> > How does it feel with a two stage trigger? I'm worried itll feel funny in super safe and is the only reason I havnt gone the SSA route.
> >
> > permalink embed save parent report
>
> [–] nope_noway_ 2 points 7 months ago
>
> No ambi tho
>
> permalink embed save parent report
>
> > [–] The-Dinkus-Aminkus 7 points 7 months ago
> >
> > I suppose that's a downside for some, but as a righty, who I'm almost certain has never operated a safety with anything other than my thumb, I can hang with this.
> >
> > permalink embed save parent report
> >
> > > [–] nope_noway_ 3 points 7 months ago
> > >
> > > Imagine being lefty tho...
> > >
> > > permalink embed save parent report
> > >
> > > > [–] mpsteidle 17 points 7 months ago
> > > >
> > > > Id end it all tbh
> > > >
> > > > permalink embed save parent report
> > > >
> > > > [–] The-Dinkus-Aminkus 8 points 7 months ago
> > > >
> > > > Wandering quietly through the zombie filled streets, you stumble upon and pick up my rifle, and think to yourself, gee I sure would love to carry this in the apocalypse, but the dang safety is on the wrong side!
> > > >
> > > > permalink embed save parent report
> > > >
> > > > > [–] nope_noway_ 6 points 7 months ago
> > > > >
> > > > > Throw it away and keep running
> > > > >
> > > > > permalink embed save parent report
> > > >
> > > > [–] GingerBreadBoy24 3 points 7 months ago
> > > >
> > > > I couldnt imagine being inferior.
> > > >
> > > > permalink embed save parent report
> >
> > [–] Ok-Priority8334 2 points 7 months ago
> >
> > The ArcFire is ambi
> >
> > permalink embed save parent report

[–] mafiablood 47 points 7 months ago

A design without a spring will be more reliable than a design with a spring.

permalink embed save report

[+] *[deleted] 7 months ago (11 children)*

[–] Ol-red-beard 11 points 7 months ago

Never used the Arc, but I have a couple atrius's. Zero need to fit or alter anything. Dropped right in and I've had zero issues with how they run so far

Edit: fat thumbs, stupid autocorrect

permalink embed save report

[–] squints_honeybadger [S] 3 points 7 months ago
What trigger are you running?
permalink embed save parent report

[–] Ol-red-beard 7 points 7 months ago
Stock, mil spec.
permalink embed save parent report

[–] mpsteidle 4 points 7 months ago*
For what its worth, both my my milspecs have required modification for the atrius. One anderson and one no-name.
permalink embed save parent report

[–] Ol-red-beard 3 points 7 months ago
That sucks. I've had a couple different types of super safeties in the two I alternate between and never had any hiccups with fitment. Aside from removing the excess material in my colt lower, everything has been drop in. Mine are a colt and sig, so maybe their "mil-spec" is a bit different I'm hoping my luck continues with my dumb cheap Anderson lower build I'm doing next
permalink embed save parent report

[–] mpsteidle 3 points 7 months ago
Im wondering if the positioning of the safety hole in my lower is too low, causing binding. It works with regular safeties but with atrius's i need to shave the top of the trigger bar down.
permalink embed save parent report

[–] Ol-red-beard 2 points 7 months ago
The atrius was incredibly hard to switch at first. But I worked the switch for a couple minutes and it smoothed out considerably. I may very well be a tiny variation like that causing the issue for you
permalink embed save parent report

[–] Heretical_politik 11 points 7 months ago
I have both, the ARC is a superior design, and uses superior materials. The tradeoff is that it requires the trigger to be modified to Hoffman specs.
permalink embed save report

[–] EndSmugnorance 9 points 7 months ago
I thought the ARC shipped with a pre-cut trigger??
permalink embed save parent report

[–] Heretical_politik 8 points 7 months ago*
It does, for a milspec hammer. But I wanted to run mine with a Geisselle G2S, so I had to modify the G$. But it's worth it, best of both worlds with a nice two-stage for precision work, and rock and roll with a flip of the lever.
permalink embed save parent report

[+] [deleted] 7 months ago (1 child)

[–] 13_beers_at_Chilis 4 points 7 months ago*
I couldn't get the Atrius to work in anything I have. Tried mixing uppers, lowers, triggers, BCGs. Wouldn't even work with the setups my SS has no issues in.
permalink embed save report

[–] mpsteidle 2 points 7 months ago
Did you try modifying your trigger any? Mine didnt work in either of my milspecs until i shaved down the top of the trigger bar. 15 minutes with a file and it was gtg.
permalink embed save parent report

[–] 13_beers_at_Chilis 1 point 7 months ago
Nope, they claimed no trigger mods needed. I emailed them and got no response so I gave it away.
permalink embed save parent report

[–] Ok_Part8959 1 point 2 months ago
Got a pic of where you shaved it down?
permalink embed save parent report

[–] mpsteidle 1 point 2 months ago
See link. It didnt take much, maybe 10-15 thousanths of an inch. Go very slow and reinstall to check very often, if you go too far you safety wont work.

https://imgur.com/a/DqV2Bw4
permalink embed save parent report

[–] Ok_Part8959 1 point 2 months ago
Thank you so much.
permalink embed save parent report

[–] [deleted] 4 points 7 months ago
Arc for more support and thicker lever the lever breaks to often on the atrius I've had two levers break so far and I have an m16 pocket cut and my upper was killed by a buddy to have the extra clearance if needed. So definitely the Arc
permalink embed save report

[–] D_rod94 4 points 7 months ago
I'd go with the MARC if you absolutely want it to be compatible with most milspec triggers without any trimming, but I have the ARC fire in 3 of mine and they're awesome. Will be running the ARC over any of them at least for the time being. Have three Atrius lying around if I want to mess with them but have seen lots of their levers snapping after I had bought mine so that's nice
permalink embed save report

[–] No-Designer-8372 1 point 7 months ago
Lemme get an atrius haha
permalink embed save parent report

[–] D_rod94 1 point 7 months ago
Pick up a MARC if you can. They might be in stock, id recommend that & the AS Designs over the Atrius every day. Ar15Discounts website has Atrius for a good price if that's the path you want to take
permalink embed save parent report

[–] [deleted] 4 points 7 months ago
I have two Atrius ambis. One in my Kuna and other in my AR. No need to cut any triggers. Straight drop in a shoot with a H3 buffer on the AR. Kuna rips everything and using a DirtyBird Single stage flat trigger. AR is an uncut Geisselle SSP w/Agrius ambi and AS Designs Lever block.
permalink embed save report

[–] squints_honeybadger [S] 1 point 7 months ago
Do you mind explain what's the purpose of a lever blocker. I'm just now hearing about them and have no idea what they do.
permalink embed save parent report

[–] [deleted] 2 points 7 months ago
With e Atrius lever and non cut Geissele trigger it allows the lever to make contact like it would on the back of the trigger.
permalink embed save parent report

[–] LengthinessOwn5224 3 points 7 months ago
No modifications needed to get my ARC-Fire to run, and honestly, the only thing is possibly relieving the upper if the lever interferes with the rearward travel of the bolt. Otherwise, it's business as usual to get a SS to run.
permalink embed save report

[–] BrownSunshine 3 points 7 months ago
Both.

I have ARC's in my MPX and MCX (with slip trips).

I have Atrius' in my standard AR's that all have G$'s and lever blockers.
permalink embed save report

[–] squints_honeybadger [S] 1 point 7 months ago
Can you explain what a lever blocker is?
permalink embed save parent report

[–] famousdesk662 7 points 7 months ago
Keeps the lever from over traveling too far forward with G$ hammer installed.
permalink embed save parent report

[–] 10-Mile-Sniper 3 points 7 months ago
Either way, it's a gamble. Personally I chose the Atrius and currently have 3 builds that are running them quite well. No issues and keep all of them cleaned and lubed well.

I'm working on my AR9 now (EPC-9 build) and once I have the weight in the bolt correct I do believe I'll have minimal issues if any. This build is going to require slight mods however I do believe it wouldn't matter which SS you chose, the mods are still needed for the SS.
permalink embed save report

[–] Snowbold 3 points 7 months ago
If you don't need to modify or alter or add heavier buffer weights, it seems like the Atrius is just fine. I have Atrius on my FN M16 and it is perfectly fine since I haven't changed anything else with it.

I don't have an ARC, but if I did, I would likely put it on something shorter where I needed an H3. Also, they are designing ARC to make it usable with stuff like the MP5.

permalink embed save report

[–] Ok-Priority8334 3 points 7 months ago
I just got my ArcFire in. Love it. So much sturdier than the Atrius and I can run it in my 7.5 inch AR without it snapping!
permalink embed save report

[–] therallystache 11 points 7 months ago
The Atrius isn't a pure drop in, it has a design flaw in the clearance to the trigger and requires removing material from the trigger to correct. Here is a link to a video explaining the issue and how to correct it.

The Arc Fire doesn't have this issue.
permalink embed save report

[–] ditchdoc94 15 points 7 months ago
Mine dropped right in with absolutely no issues and runs like a champ.
permalink embed save parent report

[–] Unomyname74520 12 points 7 months ago
If you use one of the verified triggers that Atrius said works it runs flawlessly
permalink embed save parent report

[–] mpsteidle 5 points 7 months ago
Not necessarily true. They "verified" anderson milspecs and mine still required material removal.
permalink embed save parent report

[–] Putrid_Sink_3545 5 points 7 months ago
Easy drop in on two of my milspec fcg.
permalink embed save parent report

[–] BackgroundBuilding77 4 points 7 months ago
Im so hesitant to buy either because the cost is so high for a small safety part.
permalink embed save report

[–] EndSmugnorance 17 points 7 months ago
$250 for ARC or $30,000 for machine gun from before 1986. Hmmm 🤔
permalink embed save parent report

[+] *[deleted] 7 months ago (6 children)*

[–] GibsonBanjos 2 points 7 months ago
Best and easiest option for G$ Super Duties????????
permalink embed save report

[–] Bortjort 4 points 7 months ago
Arc with their metal lever blocker, and a pre-cut GS trigger if you don't want to cut your own. If you mess up your own cut the trigger still works totally normally with the original semi-only setup, so you don't have much to lose by trying to do the cut yourself before you buy a pre-cut.
permalink embed save parent report

[–] GibsonBanjos 3 points 7 months ago
Thanks!!!! I would love a pre-cut, so that would be ideal
permalink embed save parent report

[–] Bortjort 3 points 7 months ago
That's definitely the easiest way and then you have a nice GS trigger for another lower too
permalink embed save parent report

[–] k_breeze 2 points 2 months ago
May I ask what the "lever blocker" is for? All the options and variations of FRTs are overwhelming 😵‍💫
permalink embed save parent report

[–] Bortjort 2 points 2 months ago
It just blocks the lever part of the FRT from traveling too far forward due to some different geometry of some triggers (like the GS). It's the kind of thing where you only need it for certain configurations and the mfg website will have info on if you need one or not.
permalink embed save parent report

[–] k_breeze 3 points 2 months ago
Thank you sir!
permalink embed save parent report

[–] AssSpackler 2 points 7 months ago
I haven't installed my ARC's yet….but my Atrius's have just dropped in my SOLGW guns without needing anything. Just run and chug out rounds. My SS in my PSA has yet to run, adjustable heavy buffer arrived today since the H2 and H3 didn't work. I like the fact that Atrius doesn't need a trigger mod, ambi and nice click. ARC seems built better and more material on lever.
permalink embed save report

[–] squints_honeybadger [S] 1 point 7 months ago*
I was running mine with a Geissele SSA-E and it was fine. No problems or modifications however my lever did snap after a while.
permalink embed save report

[–] Spartanic_Titan 2 points 7 months ago
Was this with or without a lever blocker? Or are you referring to the lever blocker?
permalink embed save parent report

[–] squints_honeybadger [S] 1 point 7 months ago
It was without a lever blocker because I didn't know they existed at the time
permalink embed save parent report

[–] blind_squirrel11 1 point 7 months ago
Only buy the one true god of frt/super safeties… the Rarest of the Breeds!!! They are the superest duperest safest and most forceful of the resets. The OG, the untouchables, all divine in design and infallible in their legal justifications!!!

🤣🤣🤣🤣 JK JK… fuck those guys and the horse the fucked in on! Surprised someone hasn't has burned down their office yet. Lol
permalink embed save report

[–] 100fullyautos 1 point 7 months ago
Get the Arizona regulator I'm done with the gimmick
permalink embed save report

[–] RyAllDaddy69 1 point 7 months ago
Kabuto…
permalink embed save report



about
blog
about
advertising
careers

help
site rules
Reddit help center
reddiquette
mod guidelines
contact us

apps & tools
Reddit for iPhone
Reddit for Android
mobile website

<3
reddit premium

Use of this site constitutes acceptance of our User Agreement and Privacy Policy. © 2026 reddit inc. All rights reserved.
REDDIT and the ALIEN Logo are registered trademarks of reddit inc.