# EXHIBIT 77

**Super Safety Hoffman Tactical**
...
Gavin Caitlyn Luzier · 47m ·

WARNING to sellers. Don't use "FRT" on any listings. I'm being federally sued by rare greed. The have a trademark on those combination of letters

19 20 comments

Like Comment Send

1:25 65

19

Newest

**Art Gonzalez** · 3m
just call em FastBois™
Reply 1

**David J. Thomas** · 4m
I wonder if you can use the term rapid reset trigger
Reply

**Marco Cabuto** · 5m
We need a luigi mangione .........
Reply

**Peter Foley** · 8m
You had a lawsuit from rare breed dropped on you over a FB listing only?

Or you have a shop, etc.?

The name of this group has FRT in.. when will these pricks come after that.
Reply 1
View 1 reply

**Noel Burns** · 8m
"Assisted Reset Trigger" was mentioned in some of the lawsuits by competitors to RB.

1 person typing

Write a comment...