[redacted]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL No. 3176**<br>[redacted] |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo,"<br><br>Defendants. | Civil Action No. 4:26-cv-00370-ALM<br><br>**JURY TRIAL DEMANDED** |

[redacted]

# DECLARATION OF LAWRENCE DEMONICO

I, Lawrence DeMonico, declare as follows:

## I. BACKGROUND AND PERSONAL KNOWLEDGE

1. My name is Lawrence DeMonico. I am President of Rare Breed Triggers, Inc. ("Rare Breed"), and I have held this position since the company started in 2020. I am the sole officer and principal decision-maker for Rare Breed. In this role, I am directly involved in Rare Breed's product strategy, pricing decisions, manufacturing costs, and interactions with customers and potential dealers.

2. Before joining Rare Breed, I spent approximately twenty years in the special operations community, including service with SEAL Team Six, and later worked as a private military contractor. I entered the firearms industry in 2016, when I started my first firearms brand.

3. I make this declaration based on my personal, first-hand knowledge and on information I receive in the ordinary course of my work.

## II. THE PLAINTIFFS: ABC IP, LLC & RARE BREED TRIGGERS, INC.

4. Rare Breed Triggers, Inc. is a Texas corporation with its principal place of business in Wichita Falls, Texas. Rare Breed designs, manufactures, and sells what it has coined "forced reset" trigger products, which it sells under its registered FRT® trademark.

5. ABC IP, LLC ("ABC") is a Delaware limited liability company. ABC owns the patents asserted in the above-captioned case: U.S. Patent Nos. 12,038,247 (the "'247 Patent"); 12,031,784 (the "'784 Patent"); 12,578,159 (the "'159 Patent"); and 12,636,403 (the "'403 Patent") (collectively, the "Asserted Patents"). ABC exclusively licensed those patents to Rare Breed. Attached as Exhibits 1–3 are true and correct copies of (1) the Exclusive Patent License Agreement dated October 20, 2022; (2) the Addendum dated May 19, 2025; and (3) the Third

[redacted]

Addendum dated April 11, 2026. I am familiar with these agreements in my capacity as President of Rare Breed.

6. Rare Breed currently has a 13-person team, including engineering, finance, customer service, in-house counsel, web development, and other personnel supporting the business. The company operates out of Wichita Falls, Texas.

## III. DEVELOPMENT OF FORCED RESET TRIGGER TECHNOLOGY

7. In 2020, Rare Breed brought the FRT-15® to market. It was the first commercially available forced reset trigger of its kind.

8. Before bringing the FRT-15® to market, Rare Breed conducted extensive due diligence to ensure the product was lawful, obtaining two expert opinions confirming that the FRT-15® was a legal semi-automatic trigger—not a machine gun. After launch, we obtained two additional expert opinions reaching the same conclusion. All four experts were former Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") special agents. One was the former chief of the ATF's Technology Branch, the division that determines what constitutes a machine gun. Another had taught the machine-gun classification curriculum at the ATF academy. A third had written the textbooks used at the academy for that purpose. The fourth was a practicing attorney who provided a formal legal opinion letter. All four concluded that the FRT-15® was a lawful semi-automatic trigger.

9. The development process that led to the FRT-15® did not happen overnight. The underlying concept and early prototype work took place over an extended period. By the time Rare Breed acquired the rights and moved toward commercialization, there was proof of concept, but the product was not ready for commercial sale. Rare Breed then spent approximately eight months working with a machine shop through repeated testing, redesign, and refinement to turn that concept into a marketable trigger. During that same period, Rare

[redacted]

Breed also invested substantial time and resources in planning how to bring the product to market lawfully and responsibly.

10. Rare Breed brought the FRT-15® to market at the end of 2020.

## IV. THE DOJ DISPUTE, INJUNCTION, AND SETTLEMENT

11. Approximately nine months after Rare Breed brought the FRT-15® to market, the ATF sent Rare Breed a cease-and-desist letter asserting that the FRT-15® was a machine gun. Rare Breed disagreed and filed a declaratory judgment action in the Middle District of Florida, and then later in the District of North Dakota, seeking a ruling that the FRT-15® was a lawful semi-automatic trigger.

12. Rather than litigate whether the FRT-15® constituted a machine gun, the U.S. Department of Justice ("DOJ") brought a civil action in the Eastern District of New York, alleging mail fraud and wire fraud. The DOJ obtained an ex parte temporary restraining order that was converted into a preliminary injunction, effectively shutting down Rare Breed's operations. The DOJ never brought criminal charges.

13. The injunction did not just prevent Rare Breed from manufacturing and selling its products. I understood—and Rare Breed acted on the understanding—that any attempt by Rare Breed to enforce its patent rights would be treated as a violation of the injunction. The Assistant U.S. Attorney who led the Department of Justice's case in the Eastern District of New York, Michael Blume, made clear to Rare Breed's counsel and me that the DOJ would treat any effort by Rare Breed to enforce its patents while enjoined as a violation of the injunction. I was not willing to risk being found in contempt of court. Accordingly, Rare Breed did not enforce any of its patents during this period—even after the '247 and '784 Patents issued in July 2024 while the injunction remained in force. That preclusion lifted only when Rare Breed entered into the settlement described below.

[redacted]

14. In parallel with the New York action, Rare Breed teamed with the National Association for Gun Rights to bring a declaratory judgment action in the Northern District of Texas. Judge Reed O'Connor ruled that Rare Breed's products were not machine guns and were lawful semi-automatic triggers. The DOJ appealed to the Fifth Circuit, but before a decision issued, the parties reached a settlement in May 2025. All told, Rare Breed litigated the lawfulness of forced reset triggers across multiple federal courts—including the Middle District of Florida, the Eastern District of New York, the District of North Dakota, the Second Circuit, the Northern District of Texas, and the Fifth Circuit—over nearly four years and at great expense.

15. Under the settlement, the DOJ dismissed the case in the Eastern District of New York, withdrew its Fifth Circuit appeal, and acknowledged that Rare Breed's products could be lawfully sold subject to certain conditions: that Rare Breed will not develop or design forced reset triggers for handguns, that Rare Breed will enforce its patents against devices it has a good-faith belief infringe its patent portfolio, and that Rare Breed will promote the safe and responsible use of its products. The patent-enforcement obligation runs for the life of U.S. Patent No. 10,514,223. Attached as Exhibit 4 is a true and correct copy of the Settlement Agreement dated May 9, 2025.

16. The litigation with the DOJ lasted approximately four years, during which Rare Breed spent millions of dollars in legal fees. By the time the settlement was reached, Rare Breed's financial resources were severely depleted. Before we could begin enforcing our patents, we first needed to rebuild our financial position and retain attorneys capable of handling the complexity of our patent portfolio and the high volume of infringers.

[redacted]

17. Once Rare Breed had retained counsel and was in a position to act, we moved quickly. To date, Rare Breed has filed more than 100 patent infringement actions—all since the May 2025 settlement.

## V. CURRENT PRODUCT LINE AND PIPELINE

18. Between launching the FRT-15® and settling with the DOJ in May 2025, Rare Breed heavily invested in research and development. It expanded its engineering and design team, continued to patent new technology, and developed forced reset trigger models for a range of firearm platforms. As a result, Rare Breed now offers eight commercially available forced reset trigger models and has many more in various stages of development.

19. For AR-15-style rifles, Rare Breed currently sells three forced reset trigger products: (1) the FRT-15L3®, available in curved and flat configurations at a retail price of $450; (2) the FRT-MR3™, designed for Heckler & Koch's ("HK") piston-driven AR-platform rifles, at $525; and (3) the FRT-15C3®, a two-stage, three-position forced reset trigger for the AR-15, at $450. The FRT-15L3® incorporates technology covered by the '403 Patent (among others); the FRT-15C3® incorporates technology covered by the '247, '159, and '403 Patents. Attached as Exhibits 5 through 7 are true and correct copies of product listings for the AR-15 found at rarebreedtriggers.com.

20. Separate from its AR-15 product line, Rare Breed offers two forced reset trigger models for the HK MP5/SP5 platform, sold under the FRT-RD3™ brand: the FRT-RD3™ (SEF) at $615 and the FRT-RD3™ (AMBI) at $620. Attached as Exhibit 8 is a true and correct copy of those product listings. The FRT-RD3™ incorporates technology covered by the '403 Patent (among others).

21. Rare Breed recently released a forced reset trigger model for the B&T SPC9, GHM9, and GHM45 platform, sold under the FRT-SG3™ brand at a retail price of $525. Like the

[redacted]

FRT-15C3®, the FRT-SG3™ is a two-stage, three-position forced reset trigger, and it incorporates technology covered by the '247, '159, and '403 Patents. It is the first drop-in forced reset trigger engineered exclusively for the B&T SPC9/GHM9/GHM45. Attached as Exhibit 9 is a true and correct copy of that product listing found at rarebreedtriggers.com.

22. All eight forced reset trigger models operate in three modes: safe, traditional semi-automatic, and forced reset semi-automatic.

23. Rare Breed has multiple additional new trigger designs in development, including products that will [redacted]. Even during the period when Rare Breed was enjoined by the federal government, we continued to design, develop, and patent new forced reset trigger technology because we were confident we would ultimately prevail. [redacted]

24. All of Rare Breed's revenue comes from its forced reset trigger products and related parts. Rare Breed does not sell any other firearms, firearm components, or accessories.

## VI. RARE BREED'S ENTRY INTO THE ROLLER-DELAYED MARKET AND THE FRT-RD3™

25. Separate from the AR-15 platform, a distinct family of firearms uses what is known as a roller-delayed blowback operating system. In the United States, this family is built around the HK MP5 and its variants—including the MP5K, SP5, and SP5K. In addition to HK, this market also consists of clone and variant firearms made by other manufacturers, including PTR, MKE, Zenith, Century Arms, and MAC.

26. Based on my experience in the firearms industry, the market for roller-delayed firearms in the United States differs from the market for AR-15-pattern rifles in three ways that matter to Rare Breed's business.

[redacted]

27. First, based on my personal knowledge of the firearms industry, it is far smaller. AR-15-pattern rifles are the most common rifles in the United States and are produced by hundreds of manufacturers in very large volumes. Roller-delayed firearms are much less common in the U.S.

28. Second, it is a premium market. The roller-delayed firearms with which forced reset triggers of this type are compatible typically sell for substantially more than common AR-15-pattern rifles. HK's SP5 currently carries a manufacturer's suggested retail price of $3,679, and roller-delayed firearms from clone manufacturers such as PTR, Zenith, and Century Arms typically retail from approximately $1,359 to $1,889. (Exs. 10–13.) By contrast, the most popular AR-15-pattern rifles from manufacturers such as Ruger and Smith & Wesson carry MSRPs under $1,000, with entry-level models commonly available for several hundred dollars. (Exs. 14–15.) Owners of roller-delayed firearms are typically willing to spend more on components for them, and Rare Breed prices its products for this platform accordingly.

29. Third, owners in this market generally place a high value on preserving the firearm's original external appearance. A significant portion of the roller-delayed community builds and maintains firearms that replicate specific historical configurations, and the visible external features of the firearm—including the grip frame[1] and the markings on it—matter to those owners. That value starts with the manufacturers themselves: HK markets the SP5 on its authenticity to the original MP5, telling customers that the SP5 "matches the look and feel of the legendary MP5 submachine gun," that it is manufactured "in the same factory, on the same lines, and by the same workforce that has been making MP5s for years," and that "even a pretty good copy is still just a copy." (Exs. 10, 16.)

---

[1] On the HK roller-delayed platform, the trigger housing is commonly called the "grip frame." I use that term in this declaration.

[redacted]

30. Customers for forced reset triggers on this platform express the same preference in their own words. In reviews of the FRT-RD3™ posted on Rare Breed's website, one customer explained that he had run a competing forced reset setup—a Warhammer Super Safety with a Slip Trip—in his SP5 for two years, "but I hated the Cheesy way it looked," and replaced it with an original-style SEF trigger grip frame and the FRT-RD3™ "so that my beautiful German gun would look its best." (Ex. 17.) Another wrote that before the FRT-RD3™ he "was running a crappy 3d printed lower and it just took away from the classic MP5 aesthetic that we all love." (*Id.*) Others describe the factory look as the deciding factor: "The SEF selector helps maintain that factory look which is important to me," and "you genuinely cannot tell it is not OEM just by looking." (*Id.*)

31. In my experience, a component that requires an owner to remove and replace the firearm's original grip frame, which houses the trigger, is substantially less attractive to this segment than one that installs inside the firearm's original grip frame. Indeed, AS Designs, LLC ("AS Designs") markets the accused ARHK on precisely this basis, advertising that it "installs directly into factory OEM polymer housings [*i.e.* grip frame] with no modifications required." (Ex. 18.)

32. Rare Breed began to develop the FRT-RD3™ in [redacted]. Every firearm platform presents its own engineering challenges. The most significant challenge is typically determining how to lock and unlock the trigger. The designer must find a way to harness movement generated by the firearm's action and use that movement to actuate the locking mechanism. At the same time, the designer is limited to the relatively few internal surfaces capable of interacting with that mechanism, and the location, direction, and timing of those surfaces are critical. Not all movement is useful, and not every available surface can be used. Solving these problems requires creativity. The designer must identify the right movement, determine how and where to

[redacted]

capture it, and translate it into the precise mechanical action needed to reliably lock and unlock the trigger. The entire mechanism must then fit within the confines of a drop-in trigger housing. Most importantly, it must all be accomplished safely and reliably. Meeting these constraints requires considerable creativity, engineering, and problem-solving. Rare Breed worked through each of these challenges in developing its solution for the roller-delayed platform.

33. Rare Breed released the FRT-RD3™ in February 2026, in two configurations: the FRT-RD3™ (SEF), at a retail price of $615, for firearms with SEF-pattern grip frames; and the FRT-RD3™ (AMBI), at a retail price of $620, for firearms with ambidextrous grip frames. The two configurations are not interchangeable; each is engineered for its respective grip-frame type. Both models operate in the same three modes as Rare Breed's other forced reset triggers—safe, traditional semi-automatic, and forced reset semi-automatic—and both incorporate technology covered by the '403 Patent.

34. To my knowledge, the FRT-RD3™ is the only commercially available forced reset trigger that installs as a drop-in cassette inside the factory grip frame of an MP5-style roller-delayed firearm. Every other currently available forced reset product on this platform that I am aware of requires the owner to remove and replace the firearm's original grip frame or convert the firearm's fire control group. Each of those alternatives requires the owner to give up the firearm's original grip frame and external appearance—which, as I explained above, is substantially less attractive to this market segment.

35. The FRT-RD3™ is therefore not merely Rare Breed's entry into the roller-delayed market; it created a new segment within that market—the drop-in, factory-housing-compatible forced reset trigger—just as the FRT-15® created the forced reset trigger category itself in 2020. Rare Breed is the first and, as of today, the only company shipping such a product.

[redacted]

## VII. THE ASSERTED PATENTS AND PATENT PORTFOLIO

36. ABC currently holds 15 issued U.S. patents in the forced reset trigger space, and other applications remain pending. To my knowledge, ABC is the only entity in the country with any issued patents covering forced reset trigger technology.

37. ABC owns U.S. Patent No. 12,038,247, which issued on July 16, 2024. The ’247 Patent covers a trigger mechanism with a three-position selector providing safe, standard semi-automatic (with a disconnector), and forced reset modes. The FRT-15C3® uses a cam to reset and lock the trigger until the bolt carrier returns to the fire position.

38. ABC owns U.S. Patent No. 12,031,784, which issued on July 9, 2024. I am the named inventor. The ’784 Patent covers a locking mechanism for a forced reset trigger and is not limited to the AR-15 platform; it can be applied to other embodiments, including .308/AR-10 systems.

39. ABC owns U.S. Patent No. 12,578,159, which issued on March 17, 2026. The ’159 Patent covers a trigger mechanism with a three-position safety selector—safe, semi-automatic, and forced reset—in which a cam and safety selector determine whether manual pressure must be released before the trigger can be pulled.

40. ABC owns U.S. Patent No. 12,636,403, which issued on May 26, 2026. The ’403 Patent covers a trigger device in which the firearm’s cycling action causes the hammer to contact the trigger, mechanically resetting both the hammer and trigger after each shot, operable in a standard semi-automatic mode or a forced reset semi-automatic mode.

41. ABC has exclusively licensed all four Asserted Patents to Rare Breed. Exs. 1–3. Rare Breed pays a royalty of [redacted] per unit to ABC for every trigger product sold under the licensed patents, regardless of model.

[redacted]

## VIII. AS DESIGNS, NOTICE, AND CONTINUED INFRINGEMENT

42. In August 2025, through Rare Breed's ordinary monitoring of the FRT market, I became aware that AS Designs was offering and selling the Super Safety, ARC-Fire, and related products. That same month, I directed Rare Breed's counsel to send a cease-and-desist letter to Defendant Matthew Karlovic. The cease-and-desist letter identified the '247 Patent, notified Karlovic that the Super Safety, ARC-Fire, AR MP5-K Lower, and related components infringe that patent, and demanded that AS Designs immediately cease all sales and provide detailed information regarding units sold, revenue, and its supply chain. Ex. 19. The letter set a compliance deadline of August 22, 2025, and warned that continued infringement could result in treble damages and attorneys' fees. (*Id.*)

43. Around that same period, I also encountered AS Designs and its principals in person at a trade show in Tennessee. At that show, AS Designs displayed a booth with signage presenting itself as an innovator in the forced reset space, and I personally observed AS Designs marketing the ARC-Fire there.

44. During that trade-show encounter, I spoke with Defendant Calvin Olson. He and the others at the booth knew who Rare Breed was. I handed Olson the cease-and-desist letter and made clear that AS Designs was on notice of Rare Breed's patent rights. During that conversation, Olson asserted that AS Designs' products did not infringe. Based on my familiarity with Rare Breed's products and patents, I disagreed.

45. AS Designs never provided a substantive response that resolved Rare Breed's infringement concerns. Instead, AS Designs has continued to sell the Super Safety, ARC-Fire, and related products through its website and other marketing channels.

[redacted]

46. Rather than respond to the cease-and-desist letter through normal channels, AS Designs publicized the encounter on its Instagram account (@asdesignsfrts) the same day. The post included a photograph of me and other Rare Breed representatives at the AS Designs booth, with the caption: "The one and only Rare Breed stopped by the booth at GOALS to give us a 'gift' nice meeting you guys! See you soon. #rarebreed #asdesigns #goals #ARCFire." The "gift" referenced in the post was the cease-and-desist letter I had just handed to Mr. Olson. Ex. 20. Some additional comments were flagged by Instagram's content moderation and may not be visible to all users; I include them in the accompanying exhibit 20 only to the extent they were captured from the public-facing page.

47. The post drew hundreds of public comments, the overwhelming majority hostile to Rare Breed. Commenters publicly called for boycotts of Rare Breed's products, including: "Boycott Rare Breed"; "I will never buy another one of their products, and I'm ashamed to say i have. I actively recommend anything else when they're mentioned"; and "I used to respect RareBreed and have one of their AR triggers." (*Id.*) "They just lost me with this." (*Id.*) Others reframed Rare Breed's enforcement of its patent rights as a betrayal of the firearms community, with one commenter writing that Rare Breed was "do[ing] the government's dirty work of restricting FRTs in exchange for immunity" and were "the prison snitches of our community." (*Id.*) The account (@floridagunlawyerspl) publicly encouraged AS Designs to "sue them first for declaratory relief. Crowd fund your legal bills. Put them out of business. LFG!!!!" (*Id.*) Another commenter asked whether Rare Breed could be "ban[ned] . . . from GOA [a firearms conference] indefinitely" because of the cease-and-desist. (*Id.*)

48. In my experience in this industry, the kind of public opposition reflected in this post—calls for boycotts, encouragement of countersuits, and demands that Rare Breed be excluded from industry events—damages Rare Breed's standing with customers, dealers, and

[redacted]

trade organizations in ways that money cannot undo. This is consistent with my broader observation that the proliferation of infringing products, and the public narrative being built around them, is causing irreversible harm to Rare Breed's standing in the market.

## IX. THE ACCUSED ARHK PRODUCT

49. The ARHK is a forced reset trigger product for HK roller-delayed firearms that AS Designs advertises on its website at activesafetydesigns.com/mp5/arhk/. (Ex. 18.)

50. AS Designs describes the ARHK, in its own words, as "[a] fully self-contained drop-in cassette trigger unit built on our ARC-Fire technology. Designed from the ground up for HK roller-delayed platforms." (*Id.*) According to the product page, the ARHK "installs directly into factory OEM polymer housings with no modifications required," with the "[e]jector . . . pre-installed" and "no additional trips, buffers, or auxiliary parts needed in the host." (*Id.*) The ARHK has a three-position selector—Safe, Semi, and what AS Designs calls "Active Reset." (*Id.*) AS Designs states that "Semi mode is fully disengaged with no active reset, giving you a standard trigger pull in the second position," and that the user can "[f]lip to the third position to engage the ARC-Fire clutch for active reset." (*Id.*) In other words, by AS Designs' own description, the ARHK operates in the same three modes as Rare Breed's forced reset triggers: safe, traditional semi-automatic, and forced reset semi-automatic.

51. AS Designs advertises the ARHK as compatible with the full family of roller-delayed firearms: the MP5, MP5K, AP53, G3/91, HK11, HK21, HK31, HK32, and HK33, together with "clones and other variants" from manufacturers including HK, PTR, MKE, and Zenith. (Exs. 18, 21.) AS Designs' designer, s3igu2, has publicly explained that a single ARHK cassette can be moved between different host firearms by swapping ejectors. (Ex. 22.)

52. By AS Designs' own admission, the ARHK is "built on" AS Designs' ARC-Fire technology—the same "Active Reset Clutch" mechanism used in the ARC-Fire products that

[redacted]

Rare Breed has accused of infringement in this case, and about which I sent AS Designs a cease-and-desist letter in August 2025, as described above. (Ex. 18.)

53. AS Designs' own Instagram account credits the design of the ARHK to the account "@s3igu2." (Ex. 23.) "s3igu2" is the alias used by the John Doe defendant named in Plaintiffs' complaint in this member case. The individual posting as "s3igu2" regularly answers technical questions about the ARHK on public forums, including AR15.com and Reddit, and has publicly confirmed, among other things, that the ARHK is a single-stage trigger in its forced reset configuration. (Exs. 24, 25.)

54. AS Designs has been publicly promoting the ARHK for over seven months but has not yet released it. AS Designs announced the ARHK at the SHOT Show trade show in January 2026, announced it on Instagram on February 5, 2026 (a post drawing over 4,500 likes and 330 comments), and posted full specifications on Instagram on April 4, 2026 (over 3,200 likes and 316 comments). (Exs. 21, 23, 26–28.) The product page lists the ARHK at $549.99 with free shipping and shows it as out of stock, with a banner stating "Notify Me" below the listed price. (Ex. 18.)

## X. THE ARHK COMPETES HEAD-TO-HEAD WITH THE FRT-RD3™

55. As I explained above, the FRT-RD3™ is currently the only forced reset trigger that installs as a drop-in cassette inside the factory grip frame of a roller-delayed firearm; every alternative requires the owner to replace the factory grip frame or convert the fire control group. The ARHK is the only announced product I am aware of that would compete with the FRT-RD3™ as a drop-in cassette.

56. AS Designs has positioned the ARHK directly against the FRT-RD3™ on price, features, and compatible firearms. At $549.99, the ARHK undercuts the FRT-RD3™ (SEF) at $615 and the FRT-RD3™ (AMBI) at $620 by $65 to $70 per unit. (Exs. 8, 18.) AS Designs also

[redacted]

advertises the ARHK as covering the entire roller-delayed family—9mm and .308 platforms alike—from a single trigger, where Rare Breed currently offers the FRT-RD3™ in two specific configurations for the MP5/SP5 family. (Ex. 18.) And AS Designs' credited designer, posting as "s3igu2," personally engages in comparative marketing against the FRT-RD3™: he has answered technical questions in a Reddit thread titled "AS Designs ARHK vs. RB FRT-RD3," where, asked whether the ARHK is single- or two-stage, he answered "Single stage for this configuration of ARHK"—distinguishing it from the two-stage FRT-RD3™. (Ex. 24.) When asked directly on AR15.com why the ARHK would be more robust than the FRT-RD3™, he responded by publicly disparaging the durability of existing forced reset trigger designs: "The FRT space has kind of slowly become one of the lowest quality areas of the firearm space, most of the designs out there are surprisingly bad in terms of durability, but nobody really knows it because most people shoot fewer than 500 rounds a year, so they never really push anything." (Ex. 25 at 2.)

57. Customers compare the two products head-to-head, by name, in public forums—even though the ARHK has not yet shipped. An entire Reddit thread, "AS Designs ARHK vs. RB FRT-RD3," is devoted to the comparison. (Ex. 24.) Customers weighing the two expressly frame the choice as one or the other: "Assuming the same trigger pack will work with all of the calibers, its definitely worth a little bit of delay. The fact is RB's doesn't and AS Designs will have that over them. My 53 is patiently standing by." (Ex. 29 at 2.) A commenter on AS Designs' own Instagram post announcing the ARHK described it in terms of pure equivalence to Rare Breed's product: "So it's like the rare breed but not from a pos company?" (Ex. 28.) And participants tracking the ARHK's delays measure AS Designs' losses in Rare Breed's gains: "It's really hard to recommend a product that doesn't exist. Was just in a gun shop last week where another gent was showing off his MKE AP5 with Rare Greed FRT." (Ex. 25 at 5.)

[redacted]

58. Customers publicly describe deferring FRT-RD3™ purchases to wait for the ARHK: the AR15.com thread's original poster—an AS Designs pre-order customer—wrote, "I'm trying to hold off on buying another RB for my SEF gun, but I may have to if ASD drag their feet on that version" (Ex. 30), and another wrote, "im holding out till they drop it . . . gives you more time to save up for a can, and ammo to feed it." (Ex. 24.) Conversely, customers unwilling to wait for the ARHK buy the FRT-RD3™ instead: one customer wrote that he "put almost 5k rounds through a rare breed mp5 frt in the past 3 months ive waited for the arhk to come out," while stating he is "still gonna buy the arhk on launch" (Ex. 30); another observed that AS Designs "have kind of missed the boat on the 9mm mp5 version. Many folks held out as long as they could from buying a rare breed due to the politics, but I bet that number gets smaller every day" (*Id.*); and a third wrote, "I know RB has made some cash in the last few months" while customers waited. (Ex. 31.)

## XI. HARM TO RARE BREED'S BUSINESS

59. Based on my experience running this company and monitoring the market daily, I describe below the harm that AS Designs' promotion of the ARHK has already caused, and that its upcoming release will cause, to Rare Breed's business. The examples below are illustrative of what I observe on an ongoing basis; they are not exhaustive.

60. In my experience, customers buy a forced reset device like the ARHK because they want forced reset functionality—the ability to fire in the "forced reset" mode that Plaintiffs' patents cover. AS Designs markets the ARHK for exactly that capability: its product page advertises the third selector position as engaging "the ARC-Fire clutch for active reset" (Ex. 18) and its credited designer has told prospective customers that in that mode "[t]he timing is the same as a full auto pack," with a rate of fire of "800 to 900" rounds per minute depending on the host firearm (Ex. 25). The ARHK delivers that functionality in the same form as Rare Breed's

[redacted]

FRT-RD3™—a drop-in cassette that installs in the firearm's factory grip frame—which is why, as described above, customers compare the two products directly and choose between them.

**A. The Limited Roller-Delayed Market and Rare Breed's Launch Window**

61. Rare Breed's forced reset triggers designed for roller-delayed firearms have a narrow window of opportunity. Because of the limited number of roller-delayed firearms that exist in the United States, especially the MP5 and its variants, Rare Breed has only a limited and finite market for triggers compatible with those firearms. It is therefore extremely important to Rare Breed's business to establish Rare Breed's position in the market early.

62. Rare Breed launched the FRT-RD3™ in February 2026. The FRT-RD3™ models are the first and, to date, only drop-in forced reset triggers for this platform, and Rare Breed is in the early period following that launch. Since the launch, customers who had publicly refused to buy from Rare Breed while waiting for the ARHK have purchased the FRT-RD3™ as the ARHK has remained unreleased. One wrote: "Just couldn't wait on AS Designs anymore and just happened to catch the Rare Breed in stock and jumped on it." (Ex. 32.) Another: "I'll admit to being a little impatient and breaking down for the RB, a bird in the hand sort of thing." (Ex. 33.) A third summarized: "when the rare breed cassettes came out three months ago everyone and their mother was '[expletive] rare breed'. Now that AS Designs has once again dropped the ball everyone can't buy the rare breed cassettes fast enough." (Ex. 34.) In my experience, first purchases on a new platform like this are how Rare Breed builds the customer relationships that support repeat purchases across a customer's other firearms.

63. At my direction, Rare Breed generated a report of its monthly unit sales, revenue, and per-unit profit by product family from its order records, covering the launch of the FRT-15L3® in May 2025 through June 2026. Attached as Exhibit 35 is a true and correct copy of that report, which I have reviewed. It shows two things happening at once. First, sales of Rare

[redacted]

Breed's flagship FRT-15L3® [redacted] from a peak of [redacted] units in October 2025 to [redacted] units in June 2026, a [redacted] (Ex. 35.) Second, the FRT-RD3™ [redacted] from [redacted] units in its February 2026 launch month, [redacted] to [redacted] units in June 2026. In fact, [redacted]. (*Id.*) Because of its [redacted] (after payment of ABC's per-unit royalty) in May and June 2026. (*Id.*) [redacted] That is the product, and the market, at which the ARHK is aimed.

**B. Customer Diversion Is Already Underway**

64. AS Designs' promotion of the ARHK is diverting customers from Rare Breed right now, even before a single ARHK has shipped. Customers publicly announce that they are refusing or deferring FRT-RD3™ purchases specifically to wait for the ARHK. In the forum thread greeting the FRT-RD3™'s announcement, participants responded: "I'll wait for the ASD version," and, "Same here. I'm fine with the $600 price point, but of course hoping ASD comes in a little lower. I'll be grabbing 2 for sure." (Ex. 36.) When a stock notice for the FRT-RD3™ (AMBI) was posted to a public MP5 forum, the top-rated comment was "Holding out for ASD. I can't support the ATF's lapdog," while a customer posting "Just ordered mine" was downvoted below zero. (Ex. 37.) Another participant wrote: "Although they make the best current MP5 FRT, I refuse to buy it. I'll wait for AS Designs to release their new FRT." (Ex. 38.) Every one of these customers is a suppressed FRT-RD3™ sale during the most important months of Rare

[redacted]

Breed's launch; when the drop occurs, that accumulated held-out demand will convert to ARHK purchases at once.

65. AS Designs' credited designer, the Doe defendant posting as "s3igu2," personally steers customers away from the FRT-RD3™ in these threads. In March 2026, he advised a buyer asking about trigger options: "Id just wait for the ARHK it has a true disengaged semi mode . . . works in basically every roller delayed host." (Ex. 39.) When told that the ARHK has a fully disengaged semi position unlike Rare Breed's product, one customer replied, "Awesome! I'll be buying 2." (Ex. 40.)

66. Rare Breed has more than [redacted] customers who have purchased multiple products, and in my experience, once a customer purchases and installs a competing product on a given rifle, that purchase satisfies at least part of the customer's need for forced reset functionality on that firearm for a meaningful period; it also reduces or delays the likelihood that the customer will purchase a Rare Breed product for that platform. I do not assume that such a customer will never purchase a Rare Breed product. But once a customer has committed to a competing product, the probability, timing, and value of any future Rare Breed purchase by that customer are reduced relative to the opportunity that existed before that purchase. And because AS Designs advertises that a single ARHK moves between host firearms by swapping ejectors, as described above, a single ARHK sale can satisfy a customer's needs across multiple roller-delayed firearms at once—multiplying the lost opportunity from each diverted customer.

**C. The Imminent 1,500-Unit Drop**

67. The ARHK's release is imminent, and AS Designs has committed to it publicly. On July 1, 2026, AS Designs announced on X: "ARHK has entered full production . . . first drop of 1500 units will be in roughly 8 weeks." That announcement drew approximately 38,000 views. (Ex. 41.) On July 27, 2026, AS Designs' production-status page stated: "Parts have been

[redacted]

finalized and we are starting production on them today . . . We are planning to have 1500 available ready to ship on the drop day. We are hoping the drop will be late August." (Ex. 42.) Whether the drop occurs in late August, as AS Designs hopes, or in September or early October, as AS Designs' own stated production timeline suggests, AS Designs is presently manufacturing 1,500 accused units for an imminent, single-day release.

68. The structure AS Designs has chosen—stockpiling 1,500 units to be "ready to ship on the drop day"—concentrates the harm to Rare Breed into a single moment. The community following the ARHK expects the entire first drop to sell out immediately: "Initial drop of 1500 units is NOT going to last long. Hopefully there is a second batch coming immediately after the first...not three months later." (Ex. 25.) "Add a zero to the end of that number and they MIGHT be able to keep up with demand for a few days. With only 1500 units, they will be gone within seconds of them going live. It will break their site and payment processor I'm sure." (*Id.*)

69. Members of the public following this dispute have identified the strategy behind that structure: "I think ASD wants to build as much inventory before releasing the ARHK. I suspect that as soon as they start shipping, RB will file an injunction to try to prevent them from selling." (Ex. 43.) By accumulating inventory for a single-day release rather than shipping as units are produced, AS Designs has positioned itself to place its entire first production run into this limited market at once—before any judicial relief directed at ongoing sales could take effect.

70. For context, 1,500 units in a single day is [redacted], and [redacted]. (Ex. 35.)

**D. Rare Breed's Premium Positioning and Margins**

[redacted]

71. Rare Breed pays ABC a [redacted] royalty on every trigger sold. After accounting for manufacturing costs and that royalty, the per-unit economics are as follows:

| Model | Retail Price | Manufacturing Cost | ABC's Royalty | Rare Breed's Profit | Combined Profit |
|---|---|---|---|---|---|
| **FRT-15L3®** | $450 | [redacted][2] | [redacted] | [redacted] | [redacted] |
| **FRT-15C3®** | $450 | [redacted] | [redacted] | [redacted] | [redacted] |
| **FRT-MR3™** | $525 | [redacted] | [redacted] | [redacted] | [redacted] |
| **FRT-RD3™ (SEF)** | $615 | [redacted] | [redacted] | [redacted] | [redacted] |
| **FRT-RD3™ (AMBI)** | $620 | [redacted] | [redacted] | [redacted] | [redacted] |
| **FRT-SG3™** | $525 | [redacted] | [redacted] | [redacted] | [redacted] |

72. These economics mean that every sale lost to an infringing product is a concrete, per-unit loss to both Plaintiffs: ABC loses its [redacted] royalty, and Rare Breed loses its per-unit profit. For the FRT-RD3™ products with which the ARHK competes, the combined loss is [redacted] per lost sale of the SEF configuration and [redacted] per lost sale of the AMBI configuration.

73. Rare Breed has historically positioned its products as premium, high-quality products and, consistent with that positioning, has maintained a no-discount policy and has not run sales. That policy is part of both Rare Breed's business practice and its brand identity, and it applies equally to the FRT-RD3™ products.

## E. Price Erosion and Lost Demand

74. Competition from lower-priced infringing products has already forced Rare Breed to cut prices once. Rare Breed originally launched the FRT-15L3® in May 2025 at a retail price

[2] On cross-examination during the preliminary injunction hearing in *ABC IP, LLC et al. v. Hoffman et al.*, No. 1:25-CV-389 (E.D. Tenn. Jan. 28, 2026), and again during the temporary restraining order/preliminary injunction hearing in *ABC IP, LLC v. Peak Tactical, LLC*, No. 26-CV-018-KHR (D. Wyo. Feb. 4, 2026), I testified that the manufacturing cost of the FRT-15L3® and MR3™ was approximately [redacted]. I was testifying from memory; I have since confirmed that the actual manufacturing cost of the 15L3® is [redacted] and [redacted] for the MR3™.

[redacted]

of $499. In approximately August 2025, I reduced the retail price to $450 in response to feedback and observations that customers were directly comparing Rare Breed's products to significantly cheaper competing forced reset trigger products—including AS Designs' Super Safety, then advertised at approximately $90 to $150, and AS Designs' ARC-Fire, announced on August 1, 2025 at a $199 pre-order price.

75. AS Designs is now aiming the same pricing attack at the FRT-RD3™. AS Designs advertises the ARHK at $549.99 with free shipping—$65 to $70 below the FRT-RD3™ (SEF) at $615 and the FRT-RD3™ (AMBI) at $620. (Exs. 8, 18.)

76. Customers say in their own words that they prefer the ARHK instead of the FRT-RD3™ at least in part because it is cheaper:

a. "[N]o reason to spend $600 on rare breeds solution when I can wait on ASD's for cheaper." (Ex. 44.)

b. On a stock notice for the FRT-RD3™ (AMBI): "[expletive] rare greed. It's more expensive than ASD anyway." (Ex. 37.)

c. In the thread greeting the FRT-RD3™'s announcement: "I'm fine with the $600 price point, but of course hoping ASD comes in a little lower. I'll be grabbing 2 for sure." (Ex. 36.)

d. "Did you order one? Me? Fuck Rare Breed and fuck $625 for one." (Ex. 36.)

77. This is the established pattern of AS Designs' competition against Rare Breed: customers choose AS Designs' accused products over Rare Breed's, in their own words, in part on price. The ARC-Fire v2 lists at $249.99 against Rare Breed's $450 FRT-15L3® for AR-15 firearms, and through AS Designs' dealer network and recurring discount codes its street price has fallen as low as approximately $169.99 during the pendency of this case. (Exs. 45–47.)

[redacted]

a. An AR15.com member posting his AS Designs order number the night he ordered: "I hope I did the right thing verses getting a rare breed. It was half the price and I know nothing about these." (Ex. 48.)

b. An existing Rare Breed customer: "I already have a few Rarebreed FRT 15 L3. Just now seeing the ARC Fire trigger. It looks pretty damn good as well and the price is significantly lower." (Ex. 49.)

c. "I still don't understand why anyone would choose the RB drop in over the ARC at half the price." (Ex. 50.)

d. A customer buying in volume at collapsed street prices: "a V1 ARC-FIRE is $130 at Combat Armory. . . . I bought six in the last week and I'm tempted to buy more"—with another responding, "Shit 130? Plus ten % off? I'm gonna buy 5." (Ex. 51.)

e. "[Rare Breed] wants 50-100% more for their product compared to the competition." (Ex. 52.)

78. This pervasive, price-based comparison directly pressures Rare Breed's pricing in a market where customers actively comparison-shop before buying. That pressure is especially damaging to Rare Breed because its pricing flexibility is constrained on the cost side: every unit sold carries a [redacted] royalty obligation to ABC in addition to manufacturing costs, which leaves limited room for further price reductions without cutting per-unit margins below a level that can sustain the business.

**F. Loss of Exclusivity**

79. When Rare Breed launched in 2020, it effectively held the entire commercially available forced reset trigger market, because there were no comparable competing products then being sold. AS Designs' accused products have helped erase that exclusivity at extraordinary

[redacted]

speed and scale—by AS Designs' own public account. AS Designs' initial ARC-Fire pre-order of 2,500 units sold out within hours in late 2025 (Ex. 53), and by November 2025 AS Designs' own website banner announced: "WE WILL BE SHIPPING 2500-3000 UNITS PER WEEK." (Ex. 54.)

80. Industry buyer's guides now steer customers to AS Designs' accused products over Rare Breed's by name and price. Rifle Configurator's 2026 AR-15 buyer's guide ranks the AS Designs ARC-Fire v2 second at $249.99 and Rare Breed's FRT-15L3® fifth at $450—the most expensive product covered—and tells readers the "Arc-Fire V2 at $249.99 is the smarter choice" for owners of multiple platforms. (Ex. 55.) Lynx Defense's 2026 guide lists the ARC-Fire V2 among its recommended picks at approximately $250 while expressly declining to recommend Rare Breed at all. (Ex. 56.) In my experience, comparisons of this kind are how customers in this niche market shop before buying, and they teach customers to view Rare Breed's products as overpriced.

81. AS Designs already sells accused products aimed at the roller-delayed platform. For example, its "Super Safety MP5 Lower" is a billet replacement lower housing with an AR-pattern fire control group, sold at $399.99. (Exs. 57–58.) But those products share a limitation: each requires the owner to remove and replace the firearm's factory grip frame—giving up the original external appearance that, as explained above, this market segment values. The FRT-RD3™ has faced competition from those accused products on this platform, but it remains the first and only product that delivers forced reset functionality as a drop-in cassette inside the factory grip frame. That segment is the one place where Rare Breed still holds the exclusivity its patents are supposed to secure, and the position from which Rare Breed can build customer relationships, dealer relationships, and pricing on this platform. The ARHK is AS Designs' move into that remaining segment.

[redacted]

82. Indeed, Rifle Configurator has already extended its comparisons to the unreleased ARHK, pricing it against the FRT-RD3™ by name. It says the ARHK runs $549.99 "against the FRT-RD3's $615 to $620, and it covers the whole roller-delayed family." (Ex. 59.)

**G. Harm to Margins, Customer Relationships, and Early Dealer Network**

83. Until recently, Rare Breed sold its products primarily through direct retail sales rather than through distributors or dealers, because it could not even fill its retail orders and had no need for a dealer program. [redacted]

84. Rare Breed also requires prospective dealers to agree not to sell products it has identified as infringing. [redacted]. [redacted]. And this scenario is likely to repeat as more retailers stock infringing products alongside Rare Breed's own.

**H. Harm to Product Development**

85. AS Designs' infringement also harms Rare Breed by reducing the resources Rare Breed needs to develop and bring to market new products for additional platforms. As mentioned above, Rare Breed's entire business is as an innovator in the forced reset trigger space, and its FRT® triggers are its only product line. Rare Breed uses its income to fund development of new

[redacted]

forced reset triggers for new firearm platforms, and Rare Breed plans to bring to market forced reset triggers for a variety of additional firearm platforms. This development and expansion of Rare Breed's product line is important to Rare Breed maintaining its leadership position and innovator status in the market.

86. AS Designs' infringement takes away revenue that Rare Breed would use on research and development of new products in its FRT® line. This harm is not reparable with money damages, because it amounts to a loss of time needed to get ramped up into new product markets, and that loss of time opens the door to additional infringement in future product lines, compounding the harm.

87. AS Designs entered the market against Rare Breed's AR-15 products with the ARC-Fire, then the MP5 platform with its replacement lowers and slip trips, and now with the ARHK. Trade press coverage of its SHOT Show 2026 booth reported HK91 versions planned, and work on HK416/417 and B&T platforms. (Ex. 26.) Each is a market Rare Breed occupies or is about to: its FRT-MR3™ already serves the HK416, and it just launched the FRT-SG3™ for B&T firearms in a factory partnership with B&T USA. Customers are already deferring purchases on that next platform too: asked about B&T-compatible products, one forum participant told AS Designs directly, "Any timeline for the B&T APC lowers? I'd MUCH rather have y'all's than a partisan or RB - currently these are the only solutions." (Ex. 60.)

**I. Reputational Harm and False Attribution**

**1. Harm to Rare Breed's Reputation as an Innovator**

88. Rare Breed brought the first commercially available forced reset trigger to market in 2020—roughly five years before AS Designs entered this space. Rare Breed has invested substantial time and resources in developing and protecting its technology. As the ARC-Fire has become more widespread, and now with the ARHK's imminent release, AS Designs' products

[redacted]

create public confusion about who actually innovated this technology and undermine Rare Breed's reputation as the original innovator.

89. AS Designs has not merely benefited from that confusion; it affirmatively claims the innovator's mantle for itself. Its product pages introduce the ARC-Fire as "the latest innovation from AS Designs" featuring "our patent-pending Active Reset Clutch (ARC) technology" (Exs. 18, 45). And as described above, AS Designs presented itself at a trade show as an innovator in the forced reset space.

90. AS Designs also rides on Rare Breed's legal victories to sell its accused products. AS Designs' own customer-facing FAQ answers the question "Are the Super Safety and ARC-Fire legal?" by citing the federal court settlement and ruling that Rare Breed spent nearly four years and millions of dollars to obtain: "The recent federal court settlment [sic] between the ATF and RBT has defined that forced reset triggers are NOT machineguns." (Ex. 61.)

91. It has also become common for the public to credit AS Designs—rather than Rare Breed—as the pioneer, and to suggest that Rare Breed is the copier or that its patents are invalid. When AS Designs announced the ARHK, a forum participant wrote of Rare Breed: "RareGreed is gonna be big mad! Someone beat them to market with an idea!"—crediting AS Designs with beating Rare Breed to a market segment Rare Breed created. (Ex. 33.) Responding to a report that Rare Breed is developing triggers for additional platforms, another wrote: "so copying as designs arc fire?" (Ex. 62.) Another asserted: "they have done far less innovation than AS Designs. Rarebreed still only has one expensive product." (Ex. 63.) And in the AR15.com litigation thread, a participant asserted that "many (perhaps all) of RareBreed's patents are invalid." (Ex. 64 at 13.)

92. The confusion extends to the products themselves. A consumer who viewed the ARHK on AS Designs' website wrote: "I can't believe RB hasn't sued them yet. I can barely see

[redacted]

a mechanical difference between theirs and RB"—unable to distinguish the accused ARHK from Rare Breed's FRT-RD3™. (Ex. 65.) Other consumers have gone further and assumed AS Designs' ARHK must be authorized: one forum participant reported that a customer at his shooting range "is convinced that they licensed (or made a deal with RB) to make the ARHK without interference . . . In any case, I want a ARHK in my collection." (Ex. 43.) And the conflation now runs to the brand level: a YouTube commenter described the accused product itself as the "Rare Greed arc fire"—attributing AS Designs' product to Rare Breed by name. (Ex. 66.) When the market cannot tell the accused products from Rare Breed's, believes AS Designs is licensed when it is not, and attributes AS Designs' products to Rare Breed, Rare Breed has lost control of the reputation its innovation earned.

93. Similar false narratives also appear in public commentary on Rare Breed's own social media. On or about June 20, 2026, Rare Breed published a video post to its official Facebook page promoting the FRT-15L3® as "the genuine three-position Forced Reset Trigger—designed, patented, and manufactured by the company that created the market and pioneered the platform." In the public comments responding to that post, several individuals denied Rare Breed's role as the pioneer of the forced reset trigger market and credited competing sellers instead. One commenter, identified as Jose Aceves, wrote: "'Genuine' huh? Weird... I remember they were only 2 position when they were first released, then they copied Atrius, Delta, and AS Designs who all made 3 position before them." He went on to say that "[p]eople should sue them for copying the 3 position design[.]" Another, identified as Matthew Moose, wrote: "You did not create the market." A true and correct copy of the post and the public comments responding to it is attached as Exhibit 67. These assertions are likewise incorrect: Rare Breed introduced its two-position forced reset trigger in 2020 and holds the patents covering its three-position forced reset trigger.

[redacted]

94. The public repetition of this misattribution—crediting other sellers of forced reset triggers, rather than Rare Breed, as the source of the innovation—reinforces the same false narrative and compounds the damage to Rare Breed's reputation as the original innovator in this market.

**2. Reputational Harm for Enforcing Patent Rights**

95. Rare Breed's own social media posts have drawn a steady stream of public hostility from consumers who fault Rare Breed for enforcing its patents—including former customers who say they will not buy from Rare Breed again. Attached as Exhibit 68 is a true and correct compilation of screenshots of five Rare Breed Firearms Facebook posts and their corresponding user comments, captured between April 20, 2026, and May 26, 2026. Each post is identified within Exhibit 68 by its publication date, its source URL, and the date and time of capture, as reflected in the screenshot metadata. The five posts comprise:

a) The April 17, 2026 post ("Ain't she pretty?"), captured April 20, 2026, from: https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9hVzn9SXCuvgertJLJfd1gV684pKWSVjqfdl (Ex. 68 at 2–18);

b) The April 21, 2026 post ("Go ahead and jump!"), captured April 23, 2026, from: https://www.facebook.com/rarebreedfirearms/posts/pfbid0PFkBx4fKK7Jur2ny8MQGgM4Z9vkVE6zGvKvqsvdRJMBxuDsF1UuKWRn3gKKMWVB7l (*Id*. at 19–22);

c) The May 16, 2026 post ("I see it, I like it, I want it."), captured May 26, 2026, from:

[redacted]

https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn9vRl (*Id*. at 23–32);

d) The May 19, 2026 post ("FRT-RD3 (SEF) available right meow!"), captured May 26, 2026, from: https://www.facebook.com/rarebreedfirearms/posts/pfbid02nga8TH8BYMWuuSbrZES2kuWp5PhakDyastQr77BgpunVHD3QWEcXpsad9QWtoxqUl?rdid=ZMjx28BDz5nMrr3d# (*Id*. at 33–38); and

e) The May 20, 2026 post ("FRT-RD3 (AMBI) are available right meow!"), captured May 26, 2026, from: https://www.facebook.com/rarebreedfirearms/posts/pfbid0nBXJ6bGJ2VuQz8fAc2SNCEkEQ5VhTQ98zxE6U2tTJpbDpUmcfCcFsGaetgtKo3c9l?rdid=i6MyLStZ76yyD0lA# (*Id*. at 39–48).

96. Exhibit 68 includes numerous comments by Facebook users disparaging Rare Breed for enforcing its patents and stating that they will not purchase from Rare Breed as a result:

a. "Why yall sue my boy tho[?]" (*Id.* at 16.) (referring to Timothy Hoffman/Hoffman Tactical).

b. "So that lawsuit against Hoffman Tactical huh?"; "NEver a penny to Rare Breed." (receiving five "likes" from other Facebook users). (*Id.* at 31.)

c. "You will never get a dime from me because you're suing Hoffman Tactical." (*Id.* at 32.)

d. "[Y]ou guys are absolute BITCHES for trying to sue Hoffman tactical for making the super safety . . . ." (*Id.* at 38.)

[redacted]

e. "I will never buy from a rare breed because I think they're scumbags[.]" (*Id.* at 44.)

f. "[Y]ou clearly dont know anything about rare breed. [T]hey are the worst thing to happen to the 2a community. They are just ATF lackies." (*Id.* at 46.)

g. "Don't support this shit company"; "Will never buy anything from lowlife corporate scum suing Hoffman tactical. I hope you all go bankrupt."; "Anyone supporting this company is either knowingly or unknowingly eroding the 2nd Amendment. Look up their lawsuit against Hoffman Tactical. This company needs to go bankrupt and never come back."; "I was a supporter until their deal with the ATF. Now I'm a big fan of Hoffman for making their design publicly available, rare breed will never be able to stop alternatives thanks to them." (*Id.* at 47–48.)

h. "[W]orst company to be in the 2a community."; "Wish they were available from a respectable company that doesn't sue every single other one from selling,pure scumbag move." (*Id.* at 48.)

97. This hostility is not confined to Rare Breed's own pages; it also pervades public firearms forums. In the AR15.com thread concerning this litigation, participants described Rare Breed as "[p]retty much being a patent troll" that had "shot themselves in the foot, right after stepping across the finish line" and that "would not have lost all the good will they had after the work they did" had it licensed its patents instead of suing; another faulted Rare Breed for "choosing to sue everyone and anyone that sells any form of FRT"; and another remarked that it was "funny to see all the love they received during the fight they put up turn to hate." (Ex. 64 at

[redacted]

10–11, 13.) This kind of public opposition reflected in these posts damages Rare Breed's standing in ways that money cannot undo.

98. The hostility has reached the point where "Rare Greed" functions as Rare Breed's de facto name in this market. Forum participants use the epithet referentially in ordinary technical discussion—a recent AR15.com thread asking a routine compatibility question is titled "Rare Greed for AR15 does it require a H3 buffer?" (Ex. 69)—and even Rare Breed's own customers use it to describe their own purchases, with owners listing their firearms as equipped with a "rare greed FRT." (Ex. 70.) Third-party video channels use the epithet in titles reporting Rare Breed's business news. (Ex. 71.) Someone has even registered the domain "raregreedtriggers.com," which now resolves to a parked website that says "Launching Soon." (Ex. 72.) And a YouTube comparison video with over 475,000 views omits Rare Breed entirely; its top comment, with approximately 1,600 likes, reads: "Anyone except Rare Greed." (Ex. 73.)

99. Purchasing from Rare Breed now carries a public social penalty in these communities. Customers who announce Rare Breed purchases are publicly attacked: "Thanks for ordering from that scum bag company by the way" (Ex. 44); a new FRT-RD3™ owner was told, "I hope it breaks 🤣" (Ex. 32); and one forum participant wrote of Rare Breed's MP5 product, "I can't wait to cyberbully the people who buy this." (Ex. 36.) In my experience, this kind of social enforcement suppresses demand in ways that never appear in any sales record: customers who would buy Rare Breed's products simply stay silent and buy elsewhere, and no damages calculation can count them.

100. The hostility overrides price itself. In a 176-point thread, one participant wrote: "I will gladly pay 2-3 times for a competitor's MP5 FRT before I give them a dime." (Ex. 44.) An organized boycott thread—"Boycott Rare Breed," with over 500 points of public agreement—urges readers to "boycott and divest yourself of Rare Breed products." (Ex. 62.) A customer who

[redacted]

will pay two to three times Rare Breed's price to avoid Rare Breed is not a customer Rare Breed can win back with pricing, quality, or time—and the only place that customer's demand can go, on the roller-delayed platform, is to AS Designs' accused products.

101. AS Designs has amplified and profited from that hostility rather than standing apart from it: as discussed above, AS Designs publicized my delivery of a cease-and-desist letter as a "gift," drawing hundreds of hostile comments (Ex. 20); its credited designer actively participates in the same forums and threads where that hostility saturates, marketing the ARHK against Rare Breed's products (Exs. 24, 29, 39); the ARHK's own demand is expressly driven by the boycott, with customers explaining that they want "an MP5 pack that isn't morally corrupt and maintains the look of the lower," (Ex. 25); and describing the ARHK's appeal as being "like the rare breed but not from a pos company," (Ex. 28); and AS Designs' dealers sell the accused products by advertising that they come "from a brand with a clean track record and no legal baggage attached to it," (Ex. 74).

**J. Personal Threats Against Me and My Family**

102. The hostility surrounding Rare Breed's enforcement of its patents has not remained confined to criticism of the company; over the course of this dispute, it has repeatedly been directed at me personally. I have received numerous threats from individuals aligned with the online communities that have organized against Rare Breed's enforcement of its rights, including explicit threats against my life and against the safety of my family. Some of these threats have been made to me directly at industry trade shows, and others have appeared on social media and firearms forums. These threats have been recurring, and they have caused me great concern for the safety of my family. The examples below illustrate how public hostility toward Rare Breed's litigation has escalated into threats against me personally.

[redacted]

103. The hostility has been directed at me and at my home. In the comment thread under a YouTube video concerning Rare Breed's enforcement litigation, a user identified as @Puca_Patchworks posted: "We need to be organizing protests at Lawrence's house. If he's not going to drop these lawsuits, then he needs to know that there's severe consequences for refusing to back down." I saw this comment thread while viewing my social media feed around March 2026, and I took the screenshot attached as Exhibit 75 at that time. I have reviewed Exhibit 75, and it fairly and accurately reflects the comment thread as it appeared when captured.

104. One poster on Reddit wondered how our office hadn't been burned down yet and then laughed: "fuck those guys and the horse the [sic] fucked in on! Surprised someone hasn't has burned down their office yet. Lol" (Ex. 76.)

105. The hostility has also escalated into public death threats. A post appeared in "Super Safety Hoffman Tactical"—a private Facebook group bearing Hoffman Tactical's name and devoted to its "Super Safety" device—warning other sellers not to use "FRT" in their listings because the author was "being federally sued by rare greed" (a pejorative reference to Rare Breed's enforcement of its FRT® and related trademarks). In the comment thread responding to that post, a user identified as Marco Cabuto wrote: "We need a luigi mangione ………." I understand the reference to be to the man accused of murdering UnitedHealthcare CEO Brian Thompson in New York City in December 2024, and I understood the comment to be a call for comparable lethal violence against Rare Breed and its leadership. On information and belief, the post has since been deleted and is no longer available. A true and correct copy of the screenshot I reviewed is attached as Exhibit 77.

106. These threats have not been confined to the internet. I have been threatened in person at industry events. At the SHOT Show trade show, the threats directed at me were serious

enough that show management removed and permanently banned a participant because of threats he made.

107. The threats have also reached my family directly. [redacted]. A true and correct copy of the screenshot I have reviewed is attached as Exhibit 78, and it fairly and accurately reflects the comment as my wife showed it to me.

**K. Cumulative and Irreparable Harm**

108. I have monitored the forced reset trigger market since Rare Breed launched the FRT-15® in 2020, and monitoring it is part of my regular responsibilities. I track competing products on retailer and marketplace websites, I walk competitors' booths at the various firearm-related events I attend each year, and I speak with Rare Breed's dealers and customers about what else they are offered. When Rare Breed launched, I saw no comparable competing product offered for sale. Today I can identify well over a hundred sellers offering forced reset triggers or parts that can be used for forced reset triggers, including AS Designs' Super Safety and ARC-Fire products, that directly compete with Rare Breed's FRT® product line. I see Rare Breed's own unit volumes every month, so I know what we sell. My estimate is that Rare Breed now holds less than [redacted] of the commercially available forced reset trigger market. That figure is a qualitative, good-faith estimate drawn from the observations above; I do not have access to any competitor's sales figures. I am confident in the direction and the scale of the change—from effectively the entire market to a fraction of it—rather than in the precise percentage. The one segment where that erosion has not yet occurred is the drop-in forced reset trigger segment for

[redacted]

roller-delayed firearms, where—as described above—Rare Breed's FRT-RD3™ remains the only product on the market.

109. Based on my experience running Rare Breed and monitoring this market, the combination of the harms identified above—including lost sales, price erosion, customer diversion, reputational harm, and market saturation—is creating significant uncertainty about how much of the market will remain available for Rare Breed's existing products and future products.

110. This market pressure has already forced Rare Breed to make business decisions it would not otherwise have made. As I described, Rare Breed reduced the price of the FRT-15L3® from $499 to $450 in response to the influx of competing forced reset trigger products, including AS Designs' accused products. Rare Breed [redacted]. In the ordinary course, Rare Breed would have continued selling directly to consumers at its established pricing for longer. Instead, competing infringing products forced Rare Breed to change course. The results of that market pressure are quantified in the sales report attached as Exhibit 35 and described in paragraph 63 above: [redacted].

111. In my judgment, the harm extends beyond the revenue Rare Breed has already lost. Rare Breed's patents should give it time—time to build expertise, customer relationships, and a technological lead. The DOJ settlement in May 2025 opened that window for the first time, but only after nearly four years during which Rare Breed was prevented from enforcing its patents and spent millions in litigation. On the AR-15 platform, the flood of infringing products

[redacted]

is consuming that lead time. The imminent release of the ARHK—1,500 units, in a single day, into this limited market—threatens to do the same against the FRT-RD3™.

112. The materials identified in the following index are attached hereto as the referenced exhibits. I have reviewed each in connection with the preparation of this Declaration. Except as otherwise noted, each exhibit is a true and correct copy of the document or material described. With respect to exhibits consisting of web pages, online postings, social-media content, and online videos, each is a true and correct copy of the page, posting, or content as it appeared when it was captured.

## XII. EXHIBIT INDEX

| Exhibit | Description |
|---|---|
| 1 | Exclusive Patent License Agreement dated October 20, 2022 |
| 2 | License Addendum dated May 19, 2025 |
| 3 | Third Addendum dated April 11, 2026 |
| 4 | Settlement Agreement between Rare Breed and DOJ dated May 9, 2025 |
| 5 | Rare Breed AR-15 product listings for FRT-15L3® and FRT-15L3® Flat (https://rarebreedtriggers.com/product/frt-15l3-2/; https://rarebreedtriggers.com/product/frt-15l3-flat/) Captured on 5/19/2026 |
| 6 | Rare Breed AR-15 product listings for FRT-15C3® (https://rarebreedtriggers.com/product/frt-15c3/) Captured on 5/19/2026 |
| 7 | Rare Breed AR-15 product listings for FRT-MR3™ (https://rarebreedtriggers.com/product/frt-mr3/; https://rarebreedtriggers.com/product/frt-mr3-flat/) Captured on 5/19/2026 |
| 8 | Rare Breed FRT-RD3™ SEF and AMBI product listings (https://rarebreedtriggers.com/product/frt-rd3-sef/; https://rarebreedtriggers.com/product/frt-rd3-ambi/) Captured on 5/19/2026 |
| 9 | Rare Breed FRT-SG3™ product listing for B&T SPC9/GHM9/GHM45. (https://rarebreedtriggers.com/product/frt-sg3/) Captured on 7/21/2026 |
| 10 | HK USA SP5 product listing (https://hk-usa.com/product/sp5/) Captured on 8/29/2026 |
| 11 | Product listing for PTR 9CT – 9X19MM – COMPACT PISTOL (https://www.ptr-us.com/product/9ct/) Captured on 8/29/2026 |
| 12 | Product listing for Zenith Firearms ZF5 (https://zenithfirearms.com/product/zf-5-pistol-black-1-magazine/) Captured on 8/29/2026 |
| 13 | Product listing for Century Arms AP5 (https://www.centuryarms.com/ap5-hg6034.html) Captured on 8/29/2026 |
| 14 | Product listing for Ruger Harrier (https://ruger.com/products/harrier/models.html) Captured on 8/29/2026 |

[redacted]

| | |
|---|---|
| 15 | Product listing for Smith & Wesson M&P15 Sport III (https://www.smith-wesson.com/product/mp-15-sport-iii) Captured on 8/29/2026 |
| 16 | HK authenticity materials stating the SP5 matches the look and feel of the MP5 and is made in the same factory/on the same lines. (https://hk-usa.com/2019/12/03/heckler-koch-launches-the-new-sp5/) Captured on 8/29/2026 |
| 17 | FRT-RD3™ customer reviews concerning factory appearance and replacement of competing setups. (https://rarebreedtriggers.com/product/frt-rd3-sef/) Captured on 8/29/2026 |
| 18 | Product listing for AS Designs ARHK, including drop-in description, OEM-housing installation, modes, compatibility, price, and stock status (https://activesafetydesigns.com/mp5/arhk/) Captured on 7/7/2026 |
| 19 | August 9, 2025 cease-and-desist letter to Matthew Karlovic/AS Designs. |
| 20 | AS Designs Instagram post dated 8/9/2025 and associated public comments regarding delivery of the cease-and-desist letter. (https://www.instagram.com/p/DNJtM8yu4of/) Captured on 4/16/2026 |
| 21 | AS Designs February 5, 2026 Instagram ARHK announcement (https://www.instagram.com/p/DUZt-7yDTby/) Captured on 8/29/2026 |
| 22 | AR15.com thread "AS Designs ARHK > Rate of Fire Triggers >" dated 1/20/2026 with comment by "s3igu2" that one ARHK cassette works across hosts by swapping ejectors. (https://www.ar15.com/forums/ar-15/AS-Designs-ARHK/130-792725/) Captured on 8/29/2026 |
| 23 | AS Designs Instagram post dated on or about June 25, 2026 crediting ARHK design to @s3igu2. (https://www.instagram.com/p/DaB0mbeALS7/) Captured on 8/29/2026 |
| 24 | Reddit thread, "AS Designs ARHK vs. RB FRT-RD3," including "s3igu2" comment and customer comparisons. (https://www.reddit.com/r/MP5/comments/1vnkqcp/as_designs_arhk_vs_rb_frtrd3/) Captured on 8/29/2026 |
| 25 | Page 12 of 13 of AR15.com thread "AS Designs ARHK > Rate of Fire Triggers >" dated 1/20/2026 regarding ARHK discussion, including durability, timing/rate-of-fire, delays, and customer commentary. (https://www.ar15.com/forums/ar-15/AS-Designs-ARHK/130-792725/?page=12) Captured on 8/29/2026 |
| 26 | The Firearm Blog SHOT Show 2026 coverage of AS Designs MP5 forced-reset triggers. (https://www.thefirearmblog.com/blog/shot-2026-as-designs-mp5-forced-reset-triggers-44825785) Captured on 8/29/2026 |
| 27 | AS Designs February 5, 2026 Instagram ARHK announcement with engagement figures. (https://www.guns.com/news/2026/02/03/as-designs-frt-super-safety) Captured on 8/29/2026 |
| 28 | AS Designs April 3, 2026 Instagram ARHK specifications post and comments. (https://www.instagram.com/p/DWspfaeDQsY/) Captured on 8/29/2026 |
| 29 | Page 9 of 13 of AR15.com thread "AS Designs ARHK > Rate of Fire Triggers >" dated 1/20/2026 regarding ARHK discussion, including durability, timing/rate-of-fire, delays, and customer commentary. (https://www.ar15.com/forums/ar-15/AS-Designs-ARHK/130-792725/?page=9) Captured on 8/29/2026 |
| 30 | Page 11 of 13 of AR15.com thread "AS Designs ARHK > Rate of Fire Triggers >" dated 1/20/2026 regarding ARHK discussion, including durability, timing/rate-of- |

[redacted]

| | |
|---|---|
| | fire, delays, and customer commentary. (https://www.ar15.com/forums/ar-15/AS-Designs-ARHK/130-792725/?page=11) Captured on 8/29/2026 |
| 31 | Page 13 of 13 of AR15.com thread "AS Designs ARHK > Rate of Fire Triggers >" dated 1/20/2026 regarding ARHK discussion, including durability, timing/rate-of-fire, delays, and customer commentary. (https://www.ar15.com/forums/ar-15/AS-Designs-ARHK/130-792725/?page=13) Captured on 8/29/2026 |
| 32 | Reddit thread: "Rare Breed FRT" dated 5/13/2026 (https://old.reddit.com/r/MP5/comments/1tbk7nz/rare_breed_frt/) Captured on 8/31/2026 |
| 33 | HKPro Forum thread "MP5 Drop-In Cassette Trigger – AS Designs – Delay" dated Jan. 22, 2026 with comments. (MP5 Drop-In Cassette Trigger - AS Designs - Delay \| HKPRO Forums) (https://www.hkpro.com/threads/mp5-drop-in-cassette-trigger-as-designs-delay.594489/page-6?nested_view=1) Captured on 8/31/2026 |
| 34 | Reddit thread "I know F rare breed but do you use.." dated 6/1/2026 (https://old.reddit.com/r/MP5/comments/1ttxbrj/i_know_f_rare_breed_but_do_you_use/) Captured on 8/29/2026 |
| 35 | Rare Breed monthly unit-sales, revenue, and per-unit-profit report, May 2025 through June 2026. |
| 36 | Forum thread "For those who don't hate Rare Breed Triggers….They've posted their MP5 Trigger" dated 2/24/2026-6/1/2026 (https://www.ar15.com/forums/AR-15/For-those-who-don-t-hate-Rare-Breed-Triggers-They've-posted-their-MP5-Trigger/130-793114/) Captured on 8/29/2026 |
| 37 | Reddit thread "Rarebreed Ambi RD3 in stock now" dated 4/28/2026 (https://old.reddit.com/r/MP5/comments/1syh02z/rarebreed_ambi_rd3_in_stock_now/) Captured on 8/31/2026 |
| 38 | Forum post "Rare breed filing lawsuits – ATF now supporting rare greed in court" dated 7/14/2026 – 7/23/2026 (https://www.ar15.com/forums/general/Rare-breed-filing-lawsuits/5-2798492/?page=22) Captured on 8/29/2026 |
| 39 | Forum post "FRT options and compatibility (3 options), please school me" dated 2/28/2026 (https://www.hkpro.com/threads/frt-options-and-compatibility-3-options-please-school-me.595726/) Captured on 8/29/2026 |
| 40 | Page 8 of 13 of AR15.com thread "AS Designs ARHK > Rate of Fire Triggers >" dated 1/20/2026 regarding ARHK discussion, including durability, timing/rate-of-fire, delays, and customer commentary. (https://www.ar15.com/forums/AR-15/AS-Designs-ARHK/130-792725/?page=8) Captured on 8/29/2026 |
| 41 | AS Designs July 1, 2026 X announcement of production and first 1,500-unit drop. (https://x.com/ASDesignsFRTs/status/2072140289959982065) Captured on 8/29/2026 |
| 42 | AS Designs production-status page, including July 27, 2026 update concerning 1,500 units and anticipated drop timing. |
| 43 | Forum post "MP5 Drop-In Cassette Trigger – AS Designs – Delay" dated 8/19/2026 (https://www.hkpro.com/threads/mp5-drop-in-cassette-trigger-as-designs-delay.594489/page-20) Captured on 8/29/2026 |
| 44 | Reddit thread "This Is Sickening….Rare Greed Suing Hoffman and Others While Releasing a Product Clearly Based on SS for MP5s (It All Makes Sense…)" Customer price-based refusal to buy Rare Breed and statement willingness to pay |

[redacted]

| | |
|---|---|
| | more for a competitor. (https://www.reddit.com/r/MP5/comments/1rjbemm/this_is_sickeningrare_greed_suing_hoffman_and/) Captured on 8/31/2026 |
| 45 | ARC-Fire V2 official and dealer pricing materials, including claimed street pricing near $130. |
| 46 | Reddit thread "[Parts] Arc-Fire Trigger $209.94 shipped with code 15FRT" (https://old.reddit.com/r/gundeals/comments/1qi66m5/parts_arcfire_trigger_20994_shipped_with_code/) Captured on 8/29/2026 |
| 47 | ARC-Fire Trigger V2 – Non-Ambi Kit (0° – 90° – 180°) – Wise Arms LLC (product page) (https://shop.wisearms.com/arc-fire-trigger-v2-non-ambi-kit-0-90-180/) Captured on 8/29/2026 |
| 48 | Forum post "ARC-Fire Talk (G$ trigger mod instructions inside)" dated 11/11/2025 (https://www.ar15.com/forums/AR-15/ARC-Fire-Talk-G-trigger-mod-instructions-inside-/130-791212/?page=10) Captured on 8/29/2026 |
| 49 | Redit thread "FRT15L3 vs ARC Fire" dated 9/21/2025 (https://old.reddit.com/r/frt15/comments/1nmxn0l/frt15l3_vs_arc_fire/) Captured on 8/29/2026 |
| 50 | Reddit thread "Why much of the community now hates Rare Breed" dated 3/13/2026 (https://old.reddit.com/r/ar15/comments/1rsx5ek/why_much_of_the_community_now_hates_rare_breed/) Captured on 8/29/2026 |
| 51 | Forum post "Most reliable option for g2s / geissele triggers – atrius g lever or arc fire – Rate of Fire Triggers" dated 4/28/2026 (https://www.ar15.com/forums/AR-15/Most-reliable-option-for-g2s-geissele-triggers-atrius-g-lever-or-arc-fire/130-793668/) Captured on 8/29/2026 |
| 52 | Forum post "Decisions are a bitch – Rate of Fire Triggers" dated 7/12/2026 (https://www.ar15.com/forums/AR-15/Decisions-are-a-bitch/130-794270/) Captured on 8/29/2026 |
| 53 | Forum post ""ARC-Fire" FRS by AS Design" dated 8/30/2025 (showing initial 2,500-unit ARC-Fire preorder sold out within hours.) (https://www.hkpro.com/threads/arc-fire-frs-by-as-design.590276/) Captured on 8/29/2026 |
| 54 | Archived AS Designs website banner: "WE WILL BE SHIPPING 2500-3000 UNITS PER WEEK." (https://web.archive.org/web/20251121104637/https://activesafetydesigns.com/ar15/arc-fire-trigger-ambi-kit/) Captured on 9/1/2026 |
| 55 | Rifle Configurator 2026 buyer's guide comparing forced reset products (rifleconfigurator.com/articles/frt-buyers-guide-2026) (https://www.rifleconfigurator.com/articles/frt-buyers-guide-2026) Captured on 7/28/2026 |
| 56 | Lynx Defense – FRT Buyer's Guide 2026 (lynxdefense.com/best-ar15-frt-triggers/) (https://lynxdefense.com/best-ar15-frt-triggers/) Captured on 7/28/2026 |
| 57 | AS Designs Super Safety MP5 Lower and MP5 Slip Trip product pages |
| 58 | MP5 Slip Trip V5 – AS Designs product page |

[redacted]

| | |
|---|---|
| 59 | Rifle Configurator comparison of unreleased ARHK with FRT-RD3™ pricing and platform coverage. (https://www.rifleconfigurator.com/articles/as-designs-arhk) Captured on 8/29/2026 |
| 60 | Page 4 of 13 of AR15.com thread “AS Designs ARHK > Rate of Fire Triggers >” dated 1/20/2026 regarding ARHK discussion, including durability, timing/rate-of-fire, delays, and customer commentary. (https://www.ar15.com/forums/AR-15/AS-Designs-ARHK/130-792725/?page=4) Captured on 8/29/2026 |
| 61 | AS Designs customer-facing FAQ citing the Rare Breed/ATF settlement. (https://web.archive.org/web/20260205235903/https://activesafetydesigns.freshdesk.com/support/solutions/articles/158000420538-general-faq) Captured on 8/29/2026 |
| 62 | Reddit thread “Boycott Rare Breed” dated 12/24/2025 withcomment suggesting Rare Breed copied AS Designs ARC-Fire. (https://old.reddit.com/r/Firearms/comments/1puqqv6/boycott_rare_breed/) Captured on 8/29/2026 |
| 63 | Reddit thread titled “RB jus trying to sue anyoneee!” posted 1/1/2026 by r/AUG (https://old.reddit.com/r/AUG/comments/1q0r6qi/rb_jus_trying_to_sue_anyoneee/) Captured on 8/29/2026 |
| 64 | Thread on AR15.com titled “Rare Breed Triggers v Partisan Triggers legal battle” posted 1/7/2026 concerning Rare Breed’s patent enforcement, reputation, goodwill, and patent validity. (https://www.ar15.com/forums/General/Rare-Breed-Triggers-v-Partisan-Triggers-legal-battle/5-2828908/; https://www.ar15.com/forums/General/Rare-Breed-Triggers-v-Partisan-Triggers-legal-battle/5-2828908/?page=2; https://www.ar15.com/forums/General/Rare-Breed-Triggers-v-Partisan-Triggers-legal-battle/5-2828908/?page=3) Captured on 1/12/2026 |
| 65 | Capture of comments on YouTube video: “MP5 FRT Torture Test Long Term Review RD3” by OAKWOODS SUPPLY CO. (https://www.youtube.com/watch?v=7CNRxa9jeKk) Captured on 8/31/2026 |
| 66 | Screenshot of comment on YouTube video describing accused product as the “Rare Greed arc fire” found at (https://www.youtube.com/watch?v=_cE9tiudNhg) Captured on 8/29/2026 |
| 67 | Rare Breed June 20, 2026 Facebook video post and public comments disputing Rare Breed’s role as innovator (https://www.facebook.com/reel/831990569795141/; https://www.instagram.com/p/DZO7DLjxn2G/) Captured on 6/21/2026; 6/23/2026 |
| 68 | Compilation of five Rare Breed Firearms Facebook posts and comments (https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9… (truncated on face of capture); https://www.facebook.com/rarebreedfirearms/posts/pfbid0PFkBx4fKK7Jur2ny8MQGgM4Z9vkVE… (truncated on face of capture); https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn… (truncated on face of capture); https://www.facebook.com/rarebreedfirearms/posts/pfbid0jMUPA1hssgezPcXf8c3SWTAHpYt9JQPHubeXti4989DKVEYH5CBambUgeM8YN9o6l; |

[redacted]

| | |
|---|---|
| | https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql) Captured on 4/20/2026; 4/23/2026; 5/26/2026 |
| 69 | Forum thread "Rare Greed for AR15 does it require a H3 buffer?" posted 8/12/2026 (https://www.ar15.com/forums/AR-15/Rare-Greed-for-AR15-does-it-require-a-H3-buffer/130-794487/) Captured on 8/29/2026 |
| 70 | Forum thread "What next?" by r/Firearms dated 4/8/2026 (https://old.reddit.com/r/Firearms/comments/1sfev7u/what_next/) Captured on 8/29/2026 |
| 71 | Capture of YouTube video: Rare Greed Partners With B&T & Tippman Arms – YouTube (Focus Clipps) (https://www.youtube.com/watch?v=3fZgy3aibTI) Captured on 8/29/2026 |
| 72 | Capture of raregreedtriggers.com website claiming to be "Launching Soon." (https://raregreedtriggers.com/) Captured on 8/29/2026 |
| 73 | Which FRT Should I Buy?– An FRT/FRS Comparison – Atrius, Partisan, AS Designs, Super Safety – YouTube (SPG1 Tactical) (https://www.youtube.com/watch?v=7-GazjPrj4w) Captured on 8/29/2026 |
| 74 | AS Designs ARC V2 Forced Reset Trigger: Full Breakdown Before the April 2026 Launch – artakedowntool.com (blog) (https://www.artakedowntool.com/blogs/blogs/as-designs-arc-v2-forced-reset-trigger-2026) Captured on 8/31/2026 |
| 75 | YouTube comment thread concerning Rare Breed enforcement litigation, including "protests at Lawrence's house" comment |
| 76 | Reddit comment about burning down Rare Breed's office. (https://old.reddit.com/r/supersafety/comments/1qgdtou/atrius_vs_arc_fire/?cache-bust=1788055300544) Captured on 8/29/2026 |
| 77 | Screenshots from "Super Safety Hoffman Tactical" private Facebook group comment thread containing "We need a luigi mangione ………" comment. |
| 78 | Instagram post dated April 13, 2026 with public comment on July 25, 2026: [redacted] Captured on 7/25/2026 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 1, 2026, in Austin, TX.

Lawrence DeMonico