# EXHIBIT 35

# FILED UNDER SEAL

[REDACTED IN ITS ENTIRETY]