# EXHIBIT 78

# FILED UNDER SEAL

[REDACTED IN ITS ENTIRETY]