# EXHIBIT 9
## (FILED UNDER SEAL)

## **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

[REDACTED ITS ENTIRETY]