# EXHIBIT 10

## (FILED UNDER SEAL)

## **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

[REDACTED IN ITS ENTIRETY]