# EXHIBIT 13
## (FILED UNDER SEAL)

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

[REDACTED IN ITS ENTIRETY]