**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-MD-03176-ALM**<br><br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>80MILLS LLC, d/b/a TACTICAL TITAN SUPPLY, and PEARSON GARDNER,<br><br>*Defendants.* | Civil No. 4:26-CV-00380-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>HANES TACTICAL, LLC and DAMIEN BENNETT,<br><br>*Defendants.* | Civil No. 4:26-CV-00369-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>HARRISON GUNWORKS LLC, and TYLER HARRISON,<br><br>*Defendants.* | Civil No. 4:26-CV-00379-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., | |

| | |
|---|---|
| *Plaintiffs,*<br><br>v.<br><br>STEVEN THANH NGUYEN, d/b/a POLYMER PEW,<br><br>*Defendant.* | Civil No. 4:26-CV-00425-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,*<br>v.<br>Z3 PRODUCTIONS, LLC, d/b/a Z3PRO,<br><br>*Defendant.* | Civil No. 4:26-CV-00367-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,*<br>v.<br>AS Designs, LLC, *et al.*,<br><br>*Defendants.* | Civil No. 4:26-CV-00370-ALM |

**ORDER GRANTING MOTION FOR JOINDER IN AND ADOPTION OF FEDERAL CIRCUIT STAY MOTION**

Before the Court is the Motion for Joinder in and Adoption filed by Defendants 80 Mills LLC, Pearson Gardner, Hanes Tactical, LLC, Damion Bennett, DNT LLC, Zach Morrow, Harrison Gunworks, Tyler Harrison, Steven Nguyen and Z3 Productions, LLC, AS Designs, LLC, Matt Karlovic and Calvin Olson (the "Joining Defendants") concerning Defendants' Motion to Stay Preliminary

Injunction Pending Resolution of Federal Circuit Appeals[1] (the "Joined Motion"). Having considered the Motion, the Joined Motion, the record, the applicable law, and Plaintiffs' Notice of Non-Opposition to Certain Defendants' Motion for Joinder in and Adoption of Defendants' Motion to Stay Preliminary Injunction Pending Resolution of Federal Circuit Appeals, the Court finds that the Motion should be GRANTED.

It is therefore ORDERED that the Motion for Joinder and Adoption is GRANTED.

It is further ORDERED that Defendants 80 Mills LLC, Pearson Gardner, Hanes Tactical, LLC, Damion Bennett, DNT LLC, Zach Morrow, Harrison Gunworks, Tyler Harrison, Steven Nguyen and Z3 Productions, LLC, AS Designs, LLC, Matt Karlovic and Calvin Olson are deemed to have joined in and adopted the Joined Motion. The Court will consider the Joined Motion as filed by and on behalf of them. Any relief granted on the Joined Motion shall apply to the Joined Defendants to the same extent as to the other movants, including any stay of preliminary-injunction proceedings and deadline protection ordered by the Court, subject to the Court's resolution of the Joined Motion.

**IT IS SO ORDERED.**

**SIGNED this 14th day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

---

[1] "Defendants' Motion to Stay Preliminary Injunction Pending Resolution of Federal Circuit Appeals" was filed in the following cases on June 4, 2026: ABC IP, LLC, and RARE BREED TRIGGERS, INC. v. MISTER GUNS, LLC, THOMAS CARTER II, and BRANDI CARTER, Civil No. 2:26-CV-00056-ALM, Dkt. # 44; ABC IP, LLC, and RARE BREED TRIGGERS, INC. v. PISTOLCAP LIMITED COMPANY, d/b/a FRISCO GUNS, and MORDEKHAI HARROCH, Civil No. 2:26-CV-00053-ALM, Dkt. # 41; ABC IP, LLC, and RARE BREED TRIGGERS, INC. v. PROSOURCE FIREARMS, LLC, Civil No. 2:26-CV-00055-ALM, Dkt. # 41; ABC IP, LLC, and RARE BREED TRIGGERS, INC. v. SUPERIOR FIREARMS OF TEXAS, LLC, Civil No. 2:26-CV-00058-ALM, Dkt. # 43. ABC IP, LLC, and RARE BREED TRIGGERS, INC. v. MARS TRIGGER, LLC, and PETER BRENNEN, Civil No. 2:26-CV-00030-ALM, Dkt. # 38; ABC IP, LLC, and RARE BREED TRIGGERS, INC. v. OPTICS PLANET, INC., d/b/a ECENTRIA, Civil Action No. 4:26-cv-00521-ALM, Dkt. # 60.