**From:** Kristen Coolidge <Coolidge@fr.com>
**Sent:** Friday, September 4, 2026 10:38 AM
**To:** Sergey Vernyuk; John M. Skeriotis
**Cc:** colvin; [FR Service] ABC IP/Rare Breed; Glenn Bellamy; melissa
**Subject:** RE: ABC/RBT v. AS Designs - Civil Action No. 4:26-cv-00370-ALM: Service of Sealed Documents filed at Dkt. 74

Report This Email

Good Morning Mr. Vernyuk,

Please find at the link below the Sealed Declaration of DeMonico and Exhibits 35 and 78.

[redacted]

Due to confidentiality of the documents, the passwords will be sent in separate email. I apologize for any inconvenience this may have caused you.

Thank you,
Kristen

**Kristen Coolidge**
Litigation Case Coordinator / Trainer ■ Fish & Richardson P.C.

Todd Miller | Oliver Richards | Evan Sumner

**T:** 858 678 4302 **C:** 619 602 8158
coolidge@fr.com | fr.com
12860 El Camino Real, Suite 400, San Diego, CA 92130

EXHIBIT
1

**From:** Sergey Vernyuk <SV@etblaw.com>
**Sent:** Friday, September 04, 2026 6:20 AM
**To:** Kristen Coolidge <Coolidge@fr.com>; jms@etblaw.com
**Cc:** Matt Colvin <colvin@fr.com>; [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; Gbellamy@whe-

Law.com; melissa@gillamsmithlaw.com
**Subject:** RE: ABC/RBT v. AS Designs - Civil Action No. 4:26-cv-00370-ALM: Service of Sealed Documents filed at Dkt. 74

[This email originated outside of F&R.]

Good morning, Kristen,

We downloaded the below-linked file. It included the TRO motion, Eichmann's declaration, an empty folder for Demonico, and a folder with Exhibits 7-11 and 13 to Matt Colvin's declaration. I presume your below correction email meant to change the red 12 into a 13.

Could you please provide the documents that were supposed to be in the Demonico folder?

Thank you,

**Sergey Vernyuk**
Emerson Thomson Bennett, LLC
telephone: 330-434-9999
email: sv@etblaw.com

---

**From:** Kristen Coolidge <Coolidge@fr.com>
**Sent:** Wednesday, September 2, 2026 7:01 PM
**To:** John M. Skeriotis <jms@etblaw.com>; Sergey Vernyuk <SV@etblaw.com>
**Cc:** colvin <colvin@fr.com>; [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; Glenn Bellamy <gbellamy@whe-law.com>; melissa <melissa@gillamsmithlaw.com>
**Subject:** RE: ABC/RBT v. AS Designs - Civil Action No. 4:26-cv-00370-ALM: Service of Sealed Documents filed at Dkt. 74

Counsel,
See correction below in red. Apologies for any inconvenience.

Kristen

**Kristen Coolidge**
Litigation Case Coordinator / Trainer ■ Fish & Richardson P.C.

Todd Miller | Oliver Richards | Evan Sumner

**T:** 858 678 4302 **C:** 619 602 8158
coolidge@fr.com | fr.com

12860 El Camino Real, Suite 400, San Diego, CA 92130

---

**From:** Kristen Coolidge <Coolidge@fr.com>
**Sent:** Wednesday, September 02, 2026 3:52 PM
**To:** jms@etblaw.com; Sergey Vernyuk <sv@etblaw.com>
**Cc:** Matt Colvin <colvin@fr.com>; [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; Gbellamy@whe-Law.com; melissa@gillamsmithlaw.com
**Subject:** ABC/RBT v. AS Designs - Civil Action No. 4:26-cv-00370-ALM: Service of Sealed Documents filed at Dkt. 74

Dear Counsel,

Please find at the link below, service copies of the following sealed documents filed today at Dkt. 74: Plaintiffs' Motion for Temporary Restraining Order; the Declarations of Eichmann and DeMonico, including Exhibits 35 and 78; and Exhibits 7–11 and **12** to the Declaration of Colvin.

Given the highly confidential nature of the materials, all files have been encrypted to protect their security and confidentiality. The corresponding passwords will be transmitted under separate cover via email.

[redacted]

Please reach out should you have any issues accessing the documents.

Thank you,
Kristen

**Kristen Coolidge**
Litigation Case Coordinator / Trainer ■ Fish & Richardson P.C.

Todd Miller | Oliver Richards | Evan Sumner

**T:** 858 678 4302 **C:** 619 602 8158
coolidge@fr.com | fr.com
12860 El Camino Real, Suite 400, San Diego, CA 92130

*******************************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original

message.
*************************************************************************************************************************

*************************************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
*************************************************************************************************************************