IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: RARE BREED TRIGGERS PATENT LITIGATION | CASE NO. 4:26-md-03176-ALM |
| RARE BREED TRIGGERS, INC. et al.,<br>Plaintiffs,<br>vs.<br>AS DESIGNS, LLC et al.,<br>Defendants. | (CASE NO. 4:26-cv-00370-ALM)<br><br>CHIEF JUDGE AMOS L. MAZZANT |

**PROPOSED ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

Before the Court is Defendants' Motion for Extension of Time to Respond to Plaintiffs' Motion for Temporary Restraining Order. Having considered the Motion, the Court **GRANTS** the Motion.

It is therefore **ORDERED** that Defendants' Motion for Extension of Time to Respond to Plaintiffs' Motion for Temporary Restraining Order is hereby **GRANTED** and that Defendants have until September 28, 2026, to respond to Plaintiffs' Motion for Temporary Restraining Order (Dkt. #74).

**IT IS SO ORDERED**.