IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: RARE BREED TRIGGERS PATENT LITIGATION | CASE NO. 4:26-md-03176-ALM |
| RARE BREED TRIGGERS, INC. et al.,<br>Plaintiffs,<br>vs.<br>AS DESIGNS, LLC et al.,<br>Defendants. | (CASE NO. 4:26-cv-00370-ALM)<br><br>CHIEF JUDGE AMOS L. MAZZANT |

**DECLARATION OF SERGEY VERNYUK**

I, Sergey Vernyuk, having personal knowledge of the facts stated herein, and being of legal age and sound mind and memory, do hereby declare as follows:

1. I am co-counsel for Defendants AS Designs, LLC, Matthew S. Karlovic, and Calvin Olson, and I execute this declaration in my capacity as co-counsel for Defendants in this action.
2. Attached as Exhibit 1 is a true and accurate copy of the "Declaration of Timothy Hoffman in Support of Defendant's Response to Plaintiff's Motion for Preliminary Injunction" filed as Dkt. #26-1 in *ABC IP, LLC v. Hoffman*, No. 1:25-cv-00389-CLC-CHS (E.D. Tenn.), now No. 4:26-cv-00378 (E.D. Tex.).
3. Attached as Exhibit 2 is a true and accurate copy of excerpts of the prosecution history of U.S. Patent 12,529,538 (application no. 18/968,984) obtained from the U.S. Patent and Trademark Office's Patent Center.

4. Attached as Exhibit 3 is a true and accurate copy of the subpoenas originally issued by Defendants' counsel to Mr. Cameron Smith on July 29, 2026.
5. Attached as Exhibit 4 is a true and accurate copy of email correspondence between Defendants' counsel and Plaintiffs' counsel.
6. Attached as Exhibit 5 is a true and accurate copy of documents I obtained from the Indiana Secretary of State's business portal INBiz for Indiana Machining Solutions LLC.
7. Defendants' counsel retained Hoosier Process Service, LLC to serve the subpoenas of Exhibit 3 on Mr. Smith. Attached as Exhibit 6 is a true and accurate copy of an "Affidavit of Non-Service" dated August 7, 2026, that I received from Hoosier Process Service, LLC.
8. Attached as Exhibit 7 is a true and accurate copy of the subpoenas reissued by Defendants' counsel to Mr. Smith on September 2, 2026.
9. Defendants' counsel retained Hoosier Process Service, LLC to serve the subpoenas of Exhibit 7 on Mr. Smith. Attached as Exhibit 8 is a true and accurate copy of two "Affidavits of Non-Service" dated September 14, 2026, that I received from Hoosier Process Service, LLC.
10. Defendants' counsel mailed the subpoenas of Exhibit 7 to Mr. Smith at 176 North Comstock Street, Wabash, Indiana 46992 by USPS Certified Mail. Attached as Exhibit 9 is a true and accurate copy of the tracking information for that mailing that I obtained from the USPS website.
11. Attached as Exhibit 10 is a true and accurate copy of an email I sent to Mr. Smith on September 10, 2026, with a request for delivery confirmation.

12. Attached as Exhibit 11 is a true and accurate copy of the delivery confirmation I received regarding the email of Exhibit 10.
13. Attached as Exhibit 12 is a true and accurate copy of email correspondence between Defendants' counsel and Plaintiffs' counsel on August 12-17, 2026.
14. Attached as Exhibit 13 is a true and accurate copy of email correspondence sent from Defendants' counsel to Plaintiffs' counsel on June 24, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 23, 2026

Sergey Vernyuk