Doc Code: Oath
Document Description: Oath or declaration filed

PTO/AIA/08 (11-15)
Approved for use through 4/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# DECLARATION FOR UTILITY OR DESIGN PATENT APPLICATION (37 CFR 1.63)

☒ Declaration Submitted With Initial Filing OR ☐ Declaration Submitted After Initial Filing (surcharge (37 CFR 1.16(f)) required)

| | |
|---|---|
| Attorney Docket Number | TUP77483 |
| First Named Inventor | Cameron Smith |
| *COMPLETE IF KNOWN* | |
| Application Number | |
| Filing Date | |
| Art Unit | |
| Examiner Name | |

Safety Mechanism for Firearm

*(Title of the Invention)*

As a below named inventor, I hereby declare that:

This declaration is directed to:

☒ The attached application,

OR

☐ United States Application Number or PCT International application number ______________________

filed on ______________________.

The above-identified application was made or authorized to be made by me.

I believe I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

Direct all correspondence to: ☒ The address associated with Customer Number: 062439 **OR** ☐ Correspondence address below

| | | |
|---|---|---|
| Name | | |
| Address | | |
| City | State | Zip |
| Country | Telephone | Email |

EXHIBIT
2



This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 21 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

PTO/AIA/08 (11-15)
Approved for use through 4/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# DECLARATION — Utility or Design Patent Application

## WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available. Petitioner/applicant is advised that documents which form the record of a patent application (such as the PTO/SB/01) are placed into the Privacy Act system of records DEPARTMENT OF COMMERCE, COMMERCE-PAT-7, System name: *Patent Application Files* . Documents not retained in an application file (such as the PTO-2038) are placed into the Privacy Act system of COMMERCE/PAT-TM-10, System name: *Deposit Accounts and Electronic Funds Transfer Profiles.*

**LEGAL NAME OF SOLE OR FIRST INVENTOR:**

(*E.g.,* Given Name (first and middle if any) and Family Name or Surname)

Cameron Smith

| Inventor's Signature | Date (Optional) |
|---|---|
| [signature] | 12/03/2024 |

| Residence: City | State | Country |
|---|---|---|
| Wabash | Indiana | United States |

Mailing Address

176 N Comstock St

| City | State | Zip | Country |
|---|---|---|---|
| Wabash | Indiana | 46992 | United States |

☐ Additional inventors are being named on the ______ Supplemental sheet(s) PTO/AIA/10 attached hereto

EXHIBIT A

# PATENT ASSIGNMENT

THIS PATENT ASSIGNMENT (this "Assignment") is made, executed and delivered as of October 30 ,2025, by CAMEROM SMITH, a resident of Indiana ("Assignor"), and ABC IP, LLC, a Delaware limited liability company ("Assignee"), pursuant to the terms and subject to the conditions of a Purchase Agreement, dated as of the same date hereof, to which Assignor and Assignee are parties (the "Purchase Agreement").

**WHEREAS**, Assignor has agreed to assign and transfer to Assignee, and Assignee has agreed to accept and assume from Assignor, all of Assignor's right, title and interest in, to the invention and to pending U.S. Patent Application No. 18/968,984, filed December 4, 2024, titled SAFETY MECHANISM FOR FIREARM (the "Patent Application").

**NOW, THEREFORE,** on the terms and subject to the conditions of the Purchase Agreement and for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereby agree as follows:

1. Assignor hereby irrevocably sells, assigns, transfers, conveys and delivers to Assignee, and Assignee hereby accepts from Assignor, all of Assignor's right, title, and interest in, to the invention disclosed in and all right, title, and interest under the Patent Application, including, without limitation, (i) any United States, international and foreign counterparts or equivalents of any of the foregoing, applications or certificates of invention based upon or covering any portion of any of the foregoing, (ii) any reissues, divisionals, renewals, extensions, provisionals, continuations, continuations-in-part, reexaminations, substitutions or revisions of any of the foregoing, (iii) any other patents, applications or extensions that claim priority to or through any of the foregoing; (iv) any inventions disclosed in any of the foregoing; (v) choses in action and rights to sue, recover and collect for any past, present or future infringements of the a Patent issuing form the Patent Application; and (vi) corresponding rights that, now or hereafter, may be secured throughout the world with respect to the Patent Application.

2. Assignor grants the attorney of record the power to insert on this Assignment any further identification that may be necessary or desirable in order to comply with the rules of the United States Patent and Trademark Office, or rules of other entities including but not limited to United States or foreign governments or patent offices, for recordation of this document. Assignee shall have the right to file or record this Assignment and any additional assignment documents with the United States Patent and Trademark Office and any other equivalent authority, entity or agency anywhere else in the world, and Assignor hereby authorizes and request the Commissioner of Patents and Trademarks and any such equivalent authorities, entities or agencies to record Assignee as the owner of the Patents.

3. Assignor shall execute such other or additional instruments of transfer or conveyance and undertake such other or additional actions in respect of the Patents as are reasonably requested by the Assignee, including any applicable forms of assignment necessary for filing before the U.S.

Patent and Trademark Office, or equivalent filings in foreign jurisdictions, to effectuate the full and complete transfer of the Patents to the Assignee.

4. This Assignment may be executed in any number of counterparts (which may be delivered by facsimile or email), each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

**IN WITNESS WHEREOF**, the parties have caused this Patent Assignment to be executed this _30th_ day of October, 2025.

Cameron Smith

By: ______________________________
Cameron Smith

**ABC IP, LLC**

Cole Leleux

By: ______________________________
Cole Leleux, Managing Member

Progress | RightSignature

# SIGNATURE CERTIFICATE

**REFERENCE NUMBER**
BCE57382-CEA4-40B6-B9DA-5BA92D65BC50

## TRANSACTION DETAILS

**Reference Number**
BCE57382-CEA4-40B6-B9DA-5BA92D65BC50

**Transaction Type**
Signature Request

**Sent At**
11/03/2025 10:31:49 AM EST

**Executed At**
11/03/2025 10:35:51 AM EST

**Identity Method**
email

**Distribution Method**
email

**Signed Checksum**
3485d3de0b479859bbec974f1d7ef6c10e443322564be4b8759962852d0eb716

**Signer Sequencing**
Disabled

**Document Passcode**
Disabled

## DOCUMENT DETAILS

**Document Name**
RARETRG-47US Patent Assign for Execution C Smith to ABC IP

**Filename**
RARETRG-47US_Patent_Assign_for_Execution_C_Smith_to_ABC_IP.pdf

**Pages**
2 pages

**Content Type**
application/pdf

**File Size**
23 KB

**Original Checksum**
bec763d7571da42d976f4058dcb0832ea77706c864775d1a7d5dcde4e7417876

# SIGNERS

| SIGNER | E-SIGNATURE | EVENTS |
|---|---|---|
| **Name**<br>Cole Leleux<br>**Email**<br>coleleleux@yahoo.com<br>**Components**<br>1 | **Status**<br>signed<br>**Multi-factor Digital Fingerprint Checksum**<br>4f53cda18c2baa0c0354bb5f9a3ecbe5ed12ab4d8e11ba873c2f11161202b945<br>**IP Address**<br>172.226.190.131<br>**Device**<br>Mobile Safari via iOS<br>**Typed Signature**<br><br>**Signature Reference ID**<br>AC9B6BB0 | **Viewed At**<br>11/03/2025 10:35:42 AM EST<br>**Identity Authenticated At**<br>11/03/2025 10:35:51 AM EST<br>**Signed At**<br>11/03/2025 10:35:51 AM EST |
| **Name**<br>Cameron Smith<br>**Email**<br>sales.imsllc@outlook.com<br>**Components**<br>1 | **Status**<br>signed<br>**Multi-factor Digital Fingerprint Checksum**<br>4f53cda18c2baa0c0354bb5f9a3ecbe5ed12ab4d8e11ba873c2f11161202b945<br>**IP Address**<br>97.149.31.105<br>**Device**<br>Chrome Mobile via Android<br>**Typed Signature**<br><br>**Signature Reference ID**<br>A3DD6B4F | **Viewed At**<br>11/03/2025 10:32:16 AM EST<br>**Identity Authenticated At**<br>11/03/2025 10:35:01 AM EST<br>**Signed At**<br>11/03/2025 10:35:01 AM EST |

# AUDITS

| TIMESTAMP | AUDIT |
|---|---|
| 11/03/2025 10:31:49 AM EST | Glenn Bellamy (gbellamy@whe-law.com) created document 'RARETRG-47US_Patent_Assign_for_Execution_C_Smith_to_ABC_IP.pdf' on Chrome via Windows from 66.117.224.159. |
| 11/03/2025 10:31:49 AM EST | Cole Leleux (coleleleux@yahoo.com) was emailed a link to sign. |
| 11/03/2025 10:31:50 AM EST | Cameron Smith (sales.imsllc@outlook.com) was emailed a link to sign. |
| 11/03/2025 10:32:16 AM EST | Cameron Smith (sales.imsllc@outlook.com) viewed the document on Chrome Mobile via Android from 97.149.31.105. |
| 11/03/2025 10:35:01 AM EST | Cameron Smith (sales.imsllc@outlook.com) authenticated via email on Chrome Mobile via Android from 97.149.31.105. |

| TIMESTAMP | AUDIT |
|---|---|
| 11/03/2025 10:35:01 AM EST | Cameron Smith (sales.imsllc@outlook.com) signed the document on Chrome Mobile via Android from 97.149.31.105. |
| 11/03/2025 10:35:42 AM EST | Cole Leleux (coleleleux@yahoo.com) viewed the document on Mobile Safari via iOS from 172.226.190.131. |
| 11/03/2025 10:35:51 AM EST | Cole Leleux (coleleleux@yahoo.com) authenticated via email on Mobile Safari via iOS from 172.226.190.131. |
| 11/03/2025 10:35:51 AM EST | Cole Leleux (coleleleux@yahoo.com) signed the document on Mobile Safari via iOS from 172.226.190.131. |

**PATENT**

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | |
|---|---|---|
| Serial No. | : | 18/968,984 |
| Title | : | Safety Mechanism for Firearm |
| Filing Date | : | December 4, 2024 |
| Examiner | : | Reginald S. Tillman, Jr. |
| Art Unit | : | 3641 |
| Inventor(s) | : | Cameron Smith |
| Attorney Docket | : | RARETRG-47US |
| Confirmation No. | : | 9467 |

**DECLARATION OF CAMERON SMITH**

I, Cameron Smith, state as follows:

1. I am the inventor of the invention claimed in the above-identified application.

2. Timothy Hoffman posted a video on YouTube on July 21, 2023, titled "Introducing the Super Safety" (https://www.youtube.com/watch?v=i1ADTvaYhY4) in which he disclosed my invention.

3. Timothy Hoffman obtained the subject matter disclosed in this video directly from me.

4. I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under

Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the subject application of any patent issued thereon.

Dated 10/31/2025 ________________.

Cameron Smith

________________________________

Cameron Smith

Progress | RightSignature

# SIGNATURE CERTIFICATE

**REFERENCE NUMBER**
80A5E9E5-9EAE-40C6-8E76-9815E9CA979B

## TRANSACTION DETAILS

**Reference Number**
80A5E9E5-9EAE-40C6-8E76-9815E9CA979B

**Transaction Type**
Signature Request

**Sent At**
10/31/2025 05:16:11 PM EDT

**Executed At**
10/31/2025 05:23:42 PM EDT

**Identity Method**
email

**Distribution Method**
email

**Signed Checksum**
6a4379893536efc9db281cb48dd62e5ed88201b8657225d68068323caa37b793

**Signer Sequencing**
Disabled

**Document Passcode**
Disabled

## DOCUMENT DETAILS

**Document Name**
Declaration of Cameron Smith

**Filename**
Declaration_of_Cameron_Smith.pdf

**Pages**
2 pages

**Content Type**
application/pdf

**File Size**
20.5 KB

**Original Checksum**
f45131ad888686a0b64a8990ed76b2de633d269a01c920e748d46ca160821a5d

# SIGNERS

## SIGNER

**Name**
Cameron Smith

**Email**
sales.imsllc@outlook.com

**Components**
2

## E-SIGNATURE

**Status**
signed

**Multi-factor Digital Fingerprint Checksum**
4f53cda18c2baa0c0354bb5f9a3ecbe5ed12ab4d8e11ba873c2f11161202b945

**IP Address**
174.219.220.44

**Device**
Chrome Mobile via Android

**Typed Signature**



**Signature Reference ID**
8E585552

## EVENTS

**Viewed At**
10/31/2025 05:23:01 PM EDT

**Identity Authenticated At**
10/31/2025 05:23:42 PM EDT

**Signed At**
10/31/2025 05:23:42 PM EDT

# AUDITS

| TIMESTAMP | AUDIT |
|---|---|
| 10/31/2025 05:16:12 PM EDT | Glenn Bellamy (gbellamy@whe-law.com) created document 'Declaration_of_Cameron_Smith.pdf' on Chrome via Windows from 66.117.224.159. |
| 10/31/2025 05:16:12 PM EDT | Cameron Smith (sales.imsllc@outlook.com) was emailed a link to sign. |
| 10/31/2025 05:23:01 PM EDT | Cameron Smith (sales.imsllc@outlook.com) viewed the document on Chrome Mobile via Android from 174.219.220.44. |
| 10/31/2025 05:23:42 PM EDT | Cameron Smith (sales.imsllc@outlook.com) authenticated via email on Chrome Mobile via Android from 174.219.220.44. |
| 10/31/2025 05:23:42 PM EDT | Cameron Smith (sales.imsllc@outlook.com) signed the document on Chrome Mobile via Android from 174.219.220.44. |

EXHIBIT B

PTO/SB/81 (01-09)
Approved for use through 09/30/2025. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

# POWER OF ATTORNEY OR REVOCATION OF POWER OF ATTORNEY WITH A NEW POWER OF ATTORNEY AND CHANGE OF CORRESPONDENCE ADDRESS

| | |
|---|---|
| Application Number | 18/968,984 |
| Filing Date | December 4, 2024 |
| First Named Inventor | Smith, Cameron |
| Title | SAFETY MECHANISM FOR FIREARM |
| Art Unit | 3641 |
| Examiner Name | Reginald S. Tillman, Jr. |
| Attorney Docket Number | |

I hereby revoke all previous powers of attorney given in the above-identified application.

☐ A Power of Attorney is submitted herewith.

*OR*

☒ I hereby appoint Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith: **26875**

*OR*

☐ I hereby appoint Practitioner(s) named below as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith:

| Practitioner(s) Name | Registration Number |
|---|---|
| | |
| | |
| | |
| | |

Please recognize or change the correspondence address for the above-identified application to:

☐ The address associated with the above-mentioned Customer Number.

*OR*

☒ The address associated with Customer Number: **26875**

*OR*

| | | | | | |
|---|---|---|---|---|---|
| ☐ Firm or Individual Name | | | | | |
| Address | | | | | |
| City | | State | | Zip | |
| Country | | | | | |
| Telephone | | Email | | | |

I am the:

☒ Applicant/Inventor.

*OR*

☐ Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on* ____________.

**SIGNATURE of Applicant or Assignee of Record**

| | | | |
|---|---|---|---|
| Signature | /signature/ | Date | 10/30/2025 |
| Name | Cameron Smith | Telephone | |
| Title and Company | Inventor/Applicant | | |

**NOTE**: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

☒ *Total of 1 forms are submitted.

A Federal agency may not conduct or sponsor, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with an information collection subject to the requirements of the Paperwork Reduction Act of 1995, unless the information collection has a currently valid OMB Control Number. The OMB Control Number for this information collection is 0651-0035. Public burden for this form is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the information collection. Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden to the Chief Administrative Officer, United States Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450 or email InformationCollection@uspto.gov. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. If filing this completed form by mail, send to: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*