EXHIBIT 4

**From:** Sergey Vernyuk
**Sent:** Friday, September 18, 2026 8:49 AM
**To:** Glenn Bellamy; colvin; christoff
**Cc:** [FR Service] ABC IP/Rare Breed; melissa; John M. Skeriotis
**Subject:** RE: 4:26-md-3176 (E.D. Tex.) - Depositions of AS Designs Witnesses

Good morning, counsel,

It occurred to me that the Court may view this dispute (regarding service of subpoenas on Smith) as a discovery dispute and may wish to resolve it without formal motion practice. So I'd like to call the Court's chambers either today or on Monday. Can you please provide your availability (if you'd like to participate in the call)?

Thank you,

**Sergey Vernyuk**
Emerson Thomson Bennett, LLC
telephone: 330-434-9999
email: sv@etblaw.com

---

**From:** Sergey Vernyuk <SV@etblaw.com>
**Sent:** Tuesday, September 15, 2026 6:39 PM
**To:** Glenn Bellamy <gbellamy@whe-law.com>; colvin <colvin@fr.com>; christoff <christoff@fr.com>
**Cc:** [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; melissa <melissa@gillamsmithlaw.com>; John M. Skeriotis <jms@etblaw.com>
**Subject:** Re: 4:26-md-3176 (E.D. Tex.) - Depositions of AS Designs Witnesses

Report This Email

Glenn,

We're surprised by Plaintiffs' intent to oppose. First, Plaintiffs' newfound claim that discovery is not necessary or appropriate is directly contrary to their own participation in requesting and producing discovery (e.g., in the AS Designs case and others). Second, even if Plaintiffs' claim were genuine, they still have no standing to oppose our request, which is not directed to them nor requires them to do anything. Frankly any opposition just seems to be another obstructionist tactic that is consistent with Smith's evasion.

Regardless, thank you for providing Plaintiffs' position. Since we had our meet-and-confer on this issue yesterday, the dispute is ripe for the Court. But if you feel another meet-and-confer is necessary, please provide availability for tomorrow, as we intend to ask the Court tomorrow afternoon.

Regards,

**Sergey Vernyuk**
Emerson Thomson Bennett, LLC
telephone: 330-434-9999
email: sv@etblaw.com

---

**From:** Glenn Bellamy <gbellamy@whe-law.com>
**Sent:** Tuesday, September 15, 2026 5:11 PM
**To:** Sergey Vernyuk <SV@etblaw.com>; colvin <colvin@fr.com>; christoff <christoff@fr.com>
**Cc:** [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; melissa <melissa@gillamsmithlaw.com>; John M. Skeriotis <jms@etblaw.com>
**Subject:** RE: 4:26-md-3176 (E.D. Tex.) - Depositions of AS Designs Witnesses

Sergey,

We cannot accept service for Smith and cannot compel him to accept a subpoena to testify for AS Designs. We will oppose your motion for alternative service on the grounds that we do not believe third-party discovery is necessary, authorized, or appropriate for this stage of the case.

Regards,

Glenn

**Glenn D. Bellamy**
Partner

Wood Herron & Evans LLP intellectual property law

600 Vine Street | Suite 2800 | Cincinnati, Ohio 45202
Direct: 513-707-0243 | Mobile: 513-290-8887

whe-law.com

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

ITAR NOTICE: This email may contain or attach defense technical data or confidential product and service information covered by the United States Munitions List and International Traffic in Arms Regulations. U.S. State Department authority for the export of such technical data and information from the United States is required. Re-export, re-transfer, disclosure or re-distribution of such data to unauthorized parties, including non-US citizens is strictly prohibited.

**From:** Sergey Vernyuk <SV@etblaw.com>
**Sent:** Tuesday, September 15, 2026 3:44 PM
**To:** colvin <colvin@fr.com>; christoff <christoff@fr.com>; Glenn Bellamy <gbellamy@whe-law.com>
**Cc:** [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; melissa <melissa@gillamsmithlaw.com>; John M. Skeriotis <jms@etblaw.com>
**Subject:** RE: 4:26-md-3176 (E.D. Tex.) - Depositions of AS Designs Witnesses

Good afternoon, Matt and Glenn (or any other counsel that has an update),

I'm just following up on the below email and on yesterday's call. Thanks,

**Sergey Vernyuk**

Emerson Thomson Bennett, LLC

telephone: 330-434-9999

email: sv@etblaw.com

---

**From:** Sergey Vernyuk <SV@etblaw.com>
**Sent:** Friday, September 11, 2026 7:55 PM
**To:** colvin <colvin@fr.com>; christoff <christoff@fr.com>; Glenn Bellamy <gbellamy@whe-law.com>
**Cc:** [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; melissa <melissa@gillamsmithlaw.com>; John M. Skeriotis <jms@etblaw.com>
**Subject:** Re: 4:26-md-3176 (E.D. Tex.) - Depositions of AS Designs Witnesses

Matt,

Thank you for your reply and for asking Smith. As noted below, Smith's assignment of the '538 patent's application obligates him to "undertake such other or additional actions in respect of the Patents as are

reasonably requested by" ABC IP, so it's not clear on what basis Smith can refuse allowing ABC's counsel to accept service of the subpoenas on his behalf if ABC requested this (unless if perhaps ABC didn't remind him of that obligation when asking).

With things as they are, we will have to ask the Court to permit alternative means of subpoena service (i.e., other than physically handing Smith paper copies). Local Rule CV-7(i) requires each motion to specify whether it is opposed. Since Smith is not a party, nor is he represented by Plaintiff's counsel (per your emails), I'm not sure what grounds Plaintiffs would have to oppose our request (i.e., Plaintiffs would not have standing), so I'm not sure that requirement is applicable here. But to obviate any issues, can you please let me know whether Plaintiffs will oppose Defendants' request for the Court to permit alternative means of subpoena service on Smith? If Plaintiffs will oppose, can you please provide availability to discuss this on Monday? (The parties will have a wide-ranging meet-and-confer on Monday, so if needed, we can discuss this then as well.)

Thank you,

**Sergey Vernyuk**

Emerson Thomson Bennett, LLC

telephone: 330-434-9999

email: sv@etblaw.com

---

**From:** Matt Colvin <colvin@fr.com>
**Sent:** Friday, September 11, 2026 6:00 PM
**To:** Sergey Vernyuk <SV@etblaw.com>; christoff <christoff@fr.com>; Glenn Bellamy <gbellamy@whe-law.com>
**Cc:** [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; melissa <melissa@gillamsmithlaw.com>; John M. Skeriotis <jms@etblaw.com>
**Subject:** RE: 4:26-md-3176 (E.D. Tex.) - Depositions of AS Designs Witnesses

Sergey,

Thanks for the additional information. It's a pretty big leap to go from those facts to a claim of evading service.

In light of your emails we were able to get in touch with Mr. Smith again and asked him if we could accept service of a subpoena on his behalf. He did not give us that permission.

Matt

---

**From:** Sergey Vernyuk <SV@etblaw.com>
**Sent:** Wednesday, September 9, 2026 2:07 PM
**To:** colvin <colvin@fr.com>; christoff <christoff@fr.com>; Glenn Bellamy <gbellamy@whe-law.com>
**Cc:** [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; melissa <melissa@gillamsmithlaw.com>; John M. Skeriotis <jms@etblaw.com>
**Subject:** RE: 4:26-md-3176 (E.D. Tex.) - Depositions of AS Designs Witnesses

Matt,

Thanks for your reply (on A-D below).

When the process server visited Smith's address multiple times, there was no answer, even though he heard noises inside. Because his service attempts happened after we provided Plaintiff's counsel with a copy of the subpoenas (see my July 29 email below), it's not a far fetch to surmise that someone on Plaintiffs' team tipped him off about the subpoenas (since Plaintiffs' team was communicating with Smith at that time regarding his declaration in support of the PI motion against AS Designs).

Can you also please answer E and F from my September 2 email below? Thanks,

**Sergey Vernyuk**

Emerson Thomson Bennett, LLC

telephone: 330-434-9999

email: sv@etblaw.com

---

**From:** Matt Colvin <colvin@fr.com>
**Sent:** Tuesday, September 8, 2026 10:46 AM
**To:** Sergey Vernyuk <SV@etblaw.com>; christoff <christoff@fr.com>; Glenn Bellamy <gbellamy@whe-law.com>
**Cc:** [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; melissa <melissa@gillamsmithlaw.com>; John M. Skeriotis <jms@etblaw.com>
**Subject:** RE: 4:26-md-3176 (E.D. Tex.) - Depositions of AS Designs Witnesses

Sergey,

No lawyer representing Plaintiffs in any of the cases in MDL 3176 represent Mr. Smith, and I don't know if he is currently represented by counsel. Wood Herron stopped representing him as soon as ABC IP took over prosecution of the patent application.

We obviously cannot accept service of a subpoena for someone we do not represent.

How do you know that he's evading service?

Matt

---

**From:** Sergey Vernyuk <SV@etblaw.com>
**Sent:** Saturday, September 5, 2026 3:51 PM
**To:** Matt Colvin <colvin@fr.com>; Ben Christoff <christoff@fr.com>; Gbellamy@whe-Law.com
**Cc:** [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; melissa@gillamsmithlaw.com; jms@etblaw.com
**Subject:** Re: 4:26-md-3176 (E.D. Tex.) - Depositions of AS Designs Witnesses

Good afternoon, counsel,

I'm following up on the below email. Regards,

**Sergey Vernyuk**

Emerson Thomson Bennett, LLC

telephone: 330-434-9999

email: sv@etblaw.com

---

**From:** Sergey Vernyuk
**Sent:** Wednesday, September 2, 2026 5:05 PM
**To:** Matt Colvin <colvin@fr.com>; christoff <christoff@fr.com>; Glenn Bellamy <gbellamy@whe-law.com>
**Cc:** [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; melissa <melissa@gillamsmithlaw.com>; John M. Skeriotis <jms@etblaw.com>
**Subject:** RE: 4:26-md-3176 (E.D. Tex.) - Depositions of AS Designs Witnesses

Matt,

Your conclusory email leaves various points unaddressed.

1. When you say "[w]e do not represent Cameron Smith," who's included in that statement – just Fish Richardson, or every other lawyer and law firm representing any Plaintiff in any of the cases in MDL 3176?
2. From the prosecution history of the '538 patent, Smith executed a power of attorney appointing Wood Herron (Glenn Bellamy's firm) as his attorney, and as noted below, Glenn has been communicating with Smith. When did Glenn and/or Wood Herron cease representing Smith?
3. Do Plaintiffs know whether Smith is currently represented by any lawyer? If so, by whom?
4. Your email states that "[w]e . . . cannot accept service on his behalf." Why not?

5. As noted below, Smith is contractually obligated to undertake such actions in respect of the ‘538 patent as are reasonably requested by ABC IP, and being deposed in a lawsuit asserting that patent surely falls within the scope of eligible actions. Have Plaintiffs asked Smith to agree to allow Plaintiffs’ counsel to accept service on his behalf?
6. In light of the facts that (1) Plaintiffs acquired the ‘538 patent from Smith with the above-noted contractual control, (2) Plaintiffs’ counsel repeatedly communicated (including recently) with Smith, (3) Plaintiffs introduced a recent declaration from Smith, (4) Plaintiffs’ counsel expects to represent Smith in any depositions, (5) the obvious importance of Smith’s deposition to Plaintiffs’ request for preliminary injunctive relief, (6) Smith’s evasion of service of our subpoenas, and (7) Plaintiffs’ Rule 1 obligation in securing a just, speedy, and inexpensive resolution of these suits, have Plaintiffs taken any steps, and/or are Plaintiffs willing to take any steps, to facilitate Smith’s deposition and production of documents in response to the subpoenas we previously provided?

(To avoid a misunderstanding, the references to Plaintiffs in the above questions include their counsel.)

Regards,

**Sergey Vernyuk**

Emerson Thomson Bennett, LLC

telephone: 330-434-9999

email: sv@etblaw.com

---

**From:** Matt Colvin <colvin@fr.com>
**Sent:** Monday, August 31, 2026 10:23 AM
**To:** Sergey Vernyuk <SV@etblaw.com>; christoff <christoff@fr.com>; Glenn Bellamy <gbellamy@whe-law.com>
**Cc:** [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; melissa <melissa@gillamsmithlaw.com>; John M. Skeriotis <jms@etblaw.com>
**Subject:** RE: 4:26-md-3176 (E.D. Tex.) - Depositions of AS Designs Witnesses

Sergey,

We do not represent Cameron Smith and cannot accept service on his behalf.

Matt

---

**From:** Sergey Vernyuk <SV@etblaw.com>
**Sent:** Monday, August 31, 2026 8:58 AM
**To:** Ben Christoff <christoff@fr.com>; Matt Colvin <colvin@fr.com>; Gbellamy@whe-Law.com
**Cc:** [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; melissa@gillamsmithlaw.com; jms@etblaw.com
**Subject:** RE: 4:26-md-3176 (E.D. Tex.) - Depositions of AS Designs Witnesses

Good morning, counsel,

I'm following up on the below email. Thanks,

**Sergey Vernyuk**

Emerson Thomson Bennett, LLC

telephone: 330-434-9999

email: sv@etblaw.com

---

**From:** Sergey Vernyuk
**Sent:** Thursday, August 27, 2026 1:30 PM
**To:** 'Ben Christoff' <christoff@fr.com>; 'Matt Colvin' <colvin@fr.com>; 'Gbellamy@whe-Law.com' <Gbellamy@whe-Law.com>
**Cc:** '[FR Service] ABC IP/Rare Breed' <FRServiceABCIPRareBreed@fr.com>; 'melissa@gillamsmithlaw.com'

<melissa@gillamsmithlaw.com>; John M. Skeriotis <jms@etblaw.com>
**Subject:** RE: 4:26-md-3176 (E.D. Tex.) - Depositions of AS Designs Witnesses

Good afternoon, counsel,

I write regarding the subpoenas to Cameron Smith. As you know from the below emails, we have expressed for some time the need to depose him. That should be unsurprising given his claimed inventorship of the asserted '538 patent, especially in light of the widespread recognition that Tim Hoffman created the Super Safety. However, despite repeated attempts, the process server has been unable to serve Smith with the below-provided subpoenas and believes that Smith is trying to avoid service.

Ben's below email states that you (Plaintiffs' counsel) expect to represent Smith; perhaps by now you are already doing so. Additionally, when he assigned the application that matured into the '538 patent to ABC IP, he agreed to undertake such additional actions in respect of the patent as are reasonably requested by ABC IP, which shows that Plaintiffs do have some control over Smith.

Furthermore, with the Reply in support of their PI Motion against AS Designs, Plaintiffs submitted a fresh declaration from Smith dated August 6, 2026. The Docusign certificate for that declaration shows that Fish Richardson personnel communicated by email with Smith as recently as a few weeks ago. Exhibit 1 to the declaration is yet another Smith declaration executed less than a year ago. The RightSignature certificate to that declaration shows that Glenn Bellamy communicated with Smith by email to obtain execution of that declaration. In other words, Plaintiffs' counsel have been in repeated communication with Smith and thus have the ability to get in touch with him and obtain what they need from him.

Therefore, we respectfully request that you (Plaintiffs' counsel) accept service of our subpoenas on Smith's behalf so that his game-playing and service evasion can be moved past and so that both sides can continue with the necessary preparations regarding Plaintiffs' PI Motions. Please note that pursuant to Fed. R. Civ. P. 1, Plaintiffs have an obligation to cooperate to secure a just, speedy, and inexpensive resolution of these suits. Should Plaintiffs refuse to cooperate in securing the requested discovery from Smith, we will have no choice but to ask the Court to permit alternative means of subpoena service (i.e., other than physically handing him paper copies). That process is likely to prolong the resolution of Plaintiffs' PI Motions, because it would be fundamentally unfair to hold a PI hearing or decide those motions in light of Smith's submitted materials without allowing an examination of Smith regarding them. So if Plaintiffs truly believe that any delay in obtaining preliminary injunctive relief causes irreparable harm, they have every motivation to cooperate with Defendants to ensure that proper discovery is obtained from Smith and that his evasion is not an obstacle to such requested relief.

If you agree to accept service of the subpoenas on Smith's behalf, we'll email you the same subpoenas with the dates updated. Please let us know as soon as possible.

Thank you,

**Sergey Vernyuk**

Emerson Thomson Bennett, LLC

telephone: 330-434-9999

email: sv@etblaw.com

---

**From:** Sergey Vernyuk
**Sent:** Wednesday, July 29, 2026 2:15 PM
**To:** Ben Christoff <christoff@fr.com>; John M. Skeriotis <jms@etblaw.com>; Matt Colvin <colvin@fr.com>
**Cc:** [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; Gbellamy@whe-Law.com; melissa@gillamsmithlaw.com
**Subject:** RE: 4:26-md-3176 (E.D. Tex.) - Depositions of AS Designs Witnesses

Good afternoon, Ben,

Per Fed. R. Civ. P. 45(a)(4), attached is a copy of the subpoenas we will be serving on Cameron Smith.

Regards,

**Sergey Vernyuk**

Emerson Thomson Bennett, LLC

telephone: 330-434-9999

email: sv@etblaw.com

---

**From:** Ben Christoff <christoff@fr.com>
**Sent:** Friday, July 24, 2026 6:23 PM
**To:** John M. Skeriotis <jms@etblaw.com>; Matt Colvin <colvin@fr.com>
**Cc:** [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; Gbellamy@whe-Law.com; melissa@gillamsmithlaw.com; Sergey Vernyuk <SV@etblaw.com>
**Subject:** RE: 4:26-md-3176 (E.D. Tex.) - Depositions of AS Designs Witnesses

John,

Thanks for your emails and below is our response that I believe brings us up to date on all the issues. Let us know if we're overlooking anything.

On Plaintiffs' designee identity, we're still bottoming out on that and will let you know before the depo. We assume you plan to do the same given your request but let us know if for some reason you don't plan to do that.

On depo dates, we're working on confirming the week of August 3 and will get back to you soon. We do not control Cameron Smith but we expect to represent him.

Thanks for confirming that "Matt Karlovic and Cal Olson will produce their respective historic information as to the Truist Accounts." Could you please clarify what you mean by "respective historic information as to the Truist Accounts"?

Also, we disagree with your decision to withhold "the identity of the Dealers" and so we are at an impasse on that point.

On your position about postponing discovery until all discovery disputes get resolved, that setup strikes us as unfair and easily abusable by any party that may be seeking to delay. We think the right approach is for the parties to satisfy the other side's reasonable discovery requests in line with the schedule.

On depo time limits, the court has ordered 3 hours for fact witness and 4 hours for corporate designees.

On handling of depo transcripts, we are unclear on what your suggestion is regarding errata. Handling this issue in the normal course with expedited transcripts is sufficient. On confidentiality, we are fine with confidentiality designations being made on the record.

On the PI hearing, we are open to ways to streamline the hearing and make it efficient, but cannot agree at this time to relegate liability solely to the briefs. As to the form and order of the hearing, that will be up to the court.

Let us know if a call would be helpful to discuss these issues further.

Best,

Ben

**Benjamin J Christoff** :: Fish & Richardson P.C. :: +1-202-626-7724

---

**From:** John M. Skeriotis <jms@etblaw.com>
**Sent:** Friday, July 24, 2026 9:52 AM
**To:** Matt Colvin <colvin@fr.com>
**Cc:** Ben Christoff <christoff@fr.com>; [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; Gbellamy@whe-Law.com; melissa@gillamsmithlaw.com; Sergey Vernyuk <sv@etblaw.com>
**Subject:** Re: 4:26-md-3176 (E.D. Tex.) - Depositions of AS Designs Witnesses

Matt,

Thank you for responding.

First, I do not know yet as I have not started any prep. As soon as I find out, I will let you know. That said, I expect Plaintiffs to tell me who will be their designees as well.

Also, no one has gotten back to me on the other issues I raised in my email below regarding the hearing, namely, confidentiality designations and liability experts at the hearing. That may change who we depose if we are going to go forward with liability experts at the hearing.

Very truly yours,

John M. Skeriotis
Emerson, Thomson & Bennett, LLC
1914 Akron Peninsula Road
Akron, Ohio 44313
330.434.9999 - O
330.434.8888 - F
330.352.4240 - C
www.etblaw.com

On Jul 23, 2026, at 4:43 PM, Matt Colvin <colvin@fr.com> wrote:

I misfired on saying July 31. We'll actually take their depositions on **July 30.**

Thanks,

Matt

---

**From:** Matt Colvin <colvin@fr.com>
**Sent:** Thursday, July 23, 2026 3:36 PM
**To:** jms@etblaw.com; Ben Christoff <christoff@fr.com>; [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; Gbellamy@whe-Law.com; melissa@gillamsmithlaw.com
**Cc:** Sergey Vernyuk <sv@etblaw.com>
**Subject:** RE: 4:26-md-3176 (E.D. Tex.) - Depositions of AS Designs Witnesses

John,

We'll take the depositions of AS Designs and Karlovic remotely on July 31. Is Karlovic going to be the AS Designs corporate designee?

We'll get back to you on our sides' witness availability for the requested dates.

Matt

---

**From:** John M. Skeriotis <jms@etblaw.com>
**Sent:** Thursday, July 23, 2026 2:56 PM
**To:** Ben Christoff <christoff@fr.com>; [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; Gbellamy@whe-Law.com; melissa@gillamsmithlaw.com
**Cc:** Sergey Vernyuk <sv@etblaw.com>
**Subject:** Re: 4:26-md-3176 (E.D. Tex.) - Depositions of AS Designs Witnesses

All,

Having not heard back regarding the below, I presume that Plaintiffs are not taking the depositions of AS Designs or Matt Karlovic.

Given the Court's Order regarding the briefing schedule, our sur-reply brief is now due on August 17. As such, we request deposition dates as follows:

- Week of August 3: Rule 30(b)(6) depositions of ABC IP, Rare Breed, Lawrence DeMonico, and Cameron Smith (if under your control).

We expect to receive documents and responses to our discovery requests no later than Wednesday, July 29. Please confirm.

If I do not hear from you by Friday, July 24, then I request a meet and confer as to the depositions (and possibly the discovery responses) on Monday, July 27.

Turning to Plaintiffs' request for documents, AS Designs, Matt Karlovic and Cal Olson will produce their respective historic information as to the Truist Accounts. We will also provide information related to sales to our Dealers but the identity of the Dealers will not be provided.

Very truly yours,

John M. Skeriotis
Emerson, Thomson & Bennett, LLC
1914 Akron Peninsula Road
Akron, Ohio 44313
330.434.9999 - O
330.434.8888 - F
330.352.4240 - C
www.etblaw.com

On Jul 15, 2026, at 5:13 PM, John M. Skeriotis <jms@etblaw.com> wrote:

Ben,

I appreciate Plaintiffs' decision to withdraw their Opposition. In light of that withdrawal, I believe Plaintiffs should likewise withdraw their opposition to the other Motion for Scheduling Order concerning the first consolidated preliminary injunction motion, as it raises the same issues and seeks the same type of relief. I do not see any meaningful distinction between the two, so please let me know whether Plaintiffs are willing to do so.

With respect to the proposed schedule, as I have consistently maintained, any accommodations should be reciprocal and reflect the parties' mutual cooperation. After reviewing your proposal with my clients, we believe several important dates remain unaddressed and that certain accommodations are not reciprocal. Based on your proposal, we suggest the following schedule:

- This week: Meet and confer regarding Plaintiffs' discovery responses;

- Week of July 20: Plaintiffs provide supplemental discovery pursuant to meet and confer;.
- July 30-31: Depositions of Matt Karlovic and AS Designs.
- August 14: Plaintiffs' Reply Brief due.
- August 20-21: Rule 30(b)(6) depositions of ABC IP, Rare Breed, Lawrence DeMonico, and Cameron Smith.
- September 4: Defendants' Sur-reply Brief due.

Our agreement to this schedule is contingent upon Plaintiffs providing complete interrogatory responses and producing all responsive documents, including any documents currently being withheld but that should be produced following our meet and confer during the week of July 20. I am available to conduct that meet and confer this week.

If discovery disputes remain unresolved after the meet and confer, Plaintiffs should agree that the deadlines for the above depositions and Defendants' sur-reply will be extended accordingly so that Defendants are not prejudiced by any delay in receiving the discovery to which they are entitled.

Regarding the depositions, please let me know what time limits Plaintiffs propose for each witness so we can determine whether we are in agreement.

We should also address the handling of deposition transcripts. Given the expedited nature of the schedule, it is unlikely that the witnesses will have sufficient time to review and execute errata sheets before the briefing deadlines. In addition, some testimony may involve Confidential or Attorneys' Eyes Only information. I suggest that confidentiality designations may either be made on the record during the deposition or within an agreed period after receipt of the draft transcript.

Finally, I would like to discuss the preliminary injunction hearing. To streamline the proceedings, I suggest that the parties agree to submit the issue of liability solely on the briefing without presenting live liability witnesses at the hearing. We also propose that each side be permitted an opening and closing argument, with Plaintiffs proceeding first and Defendants having the final argument on both the opening and closing argument.

Please let me know your thoughts.

Very truly yours,

John M. Skeriotis
Emerson, Thomson & Bennett, LLC
1914 Akron Peninsula Road
Akron, Ohio 44313
330.434.9999 - O
330.434.8888 - F
330.352.4240 - C
www.etblaw.com

On Jul 14, 2026, at 10:18 PM, Ben Christoff <christoff@fr.com> wrote:

John,

Taking another look given your request, we are considering withdrawing our opposition to AS Designs' motion for extension and letting the court know that we do not oppose. Below are additional dates consistent with that.

- Shortly: Rare Breed serves its objections to AS Designs' June 24, 2026 first set of expedited interrogatories (numbered as Nos. 1-13)
- Shortly: Rare Breed serves its objections and responses to AS Designs' June 24, 2026 first set of expedited RFPs (Nos. 1-22)
- TBD: R. 30(b)(6) deposition of ABC and Rare Breed
- July 20-22: Depositions of Karlovich and AS Designs
- August 6: Reply
- August 17: Sur-reply

Please let us know your thoughts or if we are overlooking anything.

Thanks,

Ben

**Benjamin J Christoff** :: Fish & Richardson P.C. :: +1-202-626-7724

---

**From:** John M. Skeriotis <jms@etblaw.com>
**Sent:** Tuesday, July 14, 2026 4:19 PM
**To:** Ben Christoff <christoff@fr.com>
**Cc:** Sergey Vernyuk <sv@etblaw.com>; [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; Gbellamy@whe-Law.com; melissa@gillamsmithlaw.com
**Subject:** Re: 4:26-md-3176 (E.D. Tex.) - Depositions of AS Designs Witnesses

Ben,

I need a full briefing schedule. Reply, sur-reply and all discovery.

John M. Skeriotis

Emerson, Thomson & Bennett, LLC

1914 Akron Peninsula Road

Akron, Ohio 44313

330.434.9999 Office

330.352.4240 Cell

> On Jul 14, 2026, at 3:34 PM, Ben Christoff <christoff@fr.com> wrote:

John,

Any of July 20, 21, or 22.

Thanks,

Ben

**Benjamin J Christoff** :: Fish & Richardson P.C.
:: +1-202-626-7724

---

**From:** John M. Skeriotis <jms@etblaw.com>
**Sent:** Monday, July 13, 2026 7:39 PM
**To:** Ben Christoff <christoff@fr.com>
**Cc:** Sergey Vernyuk <sv@etblaw.com>; [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; Gbellamy@whe-Law.com; melissa@gillamsmithlaw.com
**Subject:** Re: 4:26-md-3176 (E.D. Tex.) - Depositions of AS Designs Witnesses

[This email originated outside of F&R.]

Ben,

Can you please provide me with dates you are proposing?

John M. Skeriotis

Emerson, Thomson & Bennett, LLC

1914 Akron Peninsula Road

Akron, Ohio 44313

330.434.9999 Office

330.352.4240 Cell

On Jul 13, 2026, at 8:28 AM, Ben Christoff <christoff@fr.com> wrote:

Hi John,

Now that AS Designs has filed its opposition to Plaintiffs' PI Motion, we ask that you immediately provide (1) the availability of AS Designs' corporate representative and Matthew Karlovic for the week of July 20, and (2) AS Designs' position on an extension of time to file Plaintiffs' reply in support of its PI motion until seven days following those depositions.

As you recall, on May 1, the Court granted Plaintiffs' motion for expedited discovery and ordered the AS Designs defendants to make an AS Designs corporate representative and Matthew Karlovic available for deposition. Dkt. 31. Further, on May 29, AS Designs and Plaintiffs filed a stipulation about the timing of the depositions of AS Designs' corporate representative and Matthew Karlovic, with the goal being that those witnesses would be deposed "(1) after filing of AS Designs' opposition to Plaintiffs' PI Motion, and (2) before Plaintiffs' reply brief in support of their PI Motion." *See* Dkt. 40 at 2-3. With AS Designs' opposition now on file and Plaintiffs' reply deadline set, Plaintiffs need to take the two requested depositions soon and need

time to address that evidence in its reply.

Best regards,

Ben

**Benjamin J Christoff**
Principal ■ Fish & Richardson P.C.

**T:** 202 626 7724 **|** christoff@fr.com

*********************************
*********************************
*********************************
*************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
*********************************
*********************************
*********************************
*************************

***********************************************
***********************************************
*********************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
***********************************************
***********************************************
*********************************

************************************************************
************************************************************

******

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

***********************************************************
***********************************************************
******

**************************************************************************************
**************************************

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**************************************************************************************
**************************************

***************************************************************************************************
*************************

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

***************************************************************************************************
*************************

***************************************************************************************************
*************************

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

***************************************************************************************************
*************************

***************************************************************************************************
*************************

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

***************************************************************************************************
*************************

************************************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
************************************************************************************************************************