**BUSINESS INFORMATION**
DIEGO MORALES
INDIANA SECRETARY OF STATE
09/01/2026 03:24 PM

## Business Details

| | | | |
|---|---|---|---|
| Business Name: | **INDIANA MACHINING SOLUTIONS LLC** | Business ID: | **202608112027505** |
| Entity Type: | **Domestic Limited Liability Company** | Business Status: | **Active** |
| Creation Date: | **08/11/2026** | Inactive Date: | |
| Principal Office Address: | **2127 South 200 East, Wabash, IN, USA, Wabash, IN, 46992, USA** | Expiration Date: | **Perpetual** |
| Jurisdiction of Formation: | **Indiana** | Business Entity Report Due Date: | **08/31/2028** |
| | | Years Due: | |

## Governing Person Information

| Title | Name | Address |
|---|---|---|
| Member | cameron smith | 2127 South 200 East, Wabash, IN, USA, Lot #1, Wabash, IN, 46992, USA |

## Registered Agent Information

| | |
|---|---|
| Type: | **Individual** |
| Name: | **Cameron smith** |
| Address: | **176 North Comstock Street, Wabash, IN, 46992, USA** |

EXHIBIT
5

# State of Indiana
# Office of the Secretary of State

## Certificate of Organization
## of
# INDIANA MACHINING SOLUTIONS LLC

I, DIEGO MORALES, Secretary of State, hereby certify that Articles of Organization of the above Domestic Limited Liability Company have been presented to me at my office, accompanied by the fees prescribed by law and that the documentation presented conforms to law as prescribed by the provisions of the Indiana Code.

NOW, THEREFORE, with this document I certify that said transaction will become effective Tuesday, August 11, 2026.




In Witness Whereof, I have caused to be affixed my signature and the seal of the State of Indiana, at the City of Indianapolis, August 11, 2026.

DIEGO MORALES
SECRETARY OF STATE

202608112027505 / 11474585

To ensure the certificate's validity, go to https://bsd.sos.in.gov/PublicBusinessSearch

**APPROVED AND FILED**
DIEGO MORALES
INDIANA SECRETARY OF STATE
08/11/2026 03:12 PM

## ARTICLES OF ORGANIZATION

Formed pursuant to the provisions of the Indiana Code.

## ARTICLE I - NAME AND PRINCIPAL OFFICE ADDRESS

| | |
|---|---|
| **BUSINESS ID** | 202608112027505 |
| **BUSINESS TYPE** | Domestic Limited Liability Company |
| **BUSINESS NAME** | INDIANA MACHINING SOLUTIONS LLC |
| **PRINCIPAL OFFICE ADDRESS** | 2127 South 200 East, Wabash, IN, USA, Wabash, IN, 46992, USA |

## ARTICLE II - REGISTERED OFFICE AND ADDRESS

| | |
|---|---|
| **REGISTERED AGENT TYPE** | Individual |
| **NAME** | Cameron smith |
| **ADDRESS** | 176 North Comstock Street, Wabash, IN, 46992, USA |
| **SERVICE OF PROCESS EMAIL** | sales.imsllc@outlook.com |

I acknowledge that the Service of Process email provided above is the email address at which electronic service of process may be accepted.

## ARTICLE III - PERIOD OF DURATION AND EFFECTIVE DATE

| | |
|---|---|
| **PERIOD OF DURATION** | Perpetual |
| **EFFECTIVE DATE** | 08/11/2026 |
| **EFFECTIVE TIME** | 02:35PM |

## ARTICLE IV - GOVERNING PERSON INFORMATION

| | |
|---|---|
| **TITLE** | Member |
| **NAME** | cameron smith |
| **ADDRESS** | 2127 South 200 East, Wabash, IN, USA, Lot #1, Wabash, IN, 46992, USA |

## MANAGEMENT INFORMATION

| | |
|---|---|
| **THE LLC WILL BE MANAGED BY MANAGER(S)** | No |
| **IS THE LLC A SINGLE MEMBER LLC?** | Yes |

**APPROVED AND FILED**
DIEGO MORALES
INDIANA SECRETARY OF STATE
08/11/2026 03:12 PM

## SIGNATURE

THE SIGNATOR(S) REPRESENTS THAT THE REGISTERED AGENT NAMED IN THE APPLICATION HAS CONSENTED TO THE APPOINTMENT OF REGISTERED AGENT.

THE UNDERSIGNED, DESIRING TO FORM A LIMITED LIABILITY COMPANY PURSUANT TO THE PROVISIONS OF THE INDIANA BUSINESS FLEXIBILITY ACT EXECUTES THESE ARTICLES OF ORGANIZATION.

IN WITNESS WHEREOF, THE UNDERSIGNED HEREBY VERIFIES, SUBJECT TO THE PENALTIES OF PERJURY, THAT THE STATEMENTS CONTAINED HEREIN ARE TRUE, THIS DAY **August 11**, **2026**.

THE UNDERSIGNED ACKNOWLEDGES THAT A PERSON COMMITS A CLASS A MISDEMEANOR BY SIGNING A DOCUMENT THAT THE PERSON KNOWS IS FALSE IN A MATERIAL RESPECT WITH THE INTENT THAT THE DOCUMENT BE DELIVERED TO THE SECRETARY OF STATE FOR FILING.

| | |
|---|---|
| **SIGNATURE** | Cameron Smith |
| **TITLE** | Member |

Business ID : 202608112027505
Filing No : 11474585