# AFFIDAVIT OF NON-SERVICE

| **Case:** 4:26-cv-00370-ALM | **Court:** United States District Court for the Eastern District of Texas | **County:** , TX | **Job:** 16486088 |
|---|---|---|---|
| **Plaintiff / Petitioner:** ABC IP, LLC and Rare Breed Triggers, Inc. | | **Defendant / Respondent:** AS Designs LLC, Matt Karlovic, and Calvin Olson | |
| **Received by:** Hoosier Process Service, LLC | | **For:** Emerson Thomson Bennett, LLC | |
| **To be served upon:** Cameron Smith | | | |

I, Dustin Howe, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Cameron Smith, 176 North Comstock Street, Wabash, IN 46992

**Manner of Service:** Non-Service

**Documents:** Exhibit A, Subpoena to Testify at a Deposition in a Civil Action, Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

**Additional Comments:**
1) Unsuccessful Attempt: Aug 1, 2026, 9:45 am CDT at 176 North Comstock Street, Wabash, IN 46992
No answer at door after trying

2) Unsuccessful Attempt: Aug 2, 2026, 4:00 pm CDT at 176 North Comstock Street, Wabash, IN 46992
No answer at door despite noises heard inside.

3) Unsuccessful Attempt: Aug 7, 2026, 11:58 am EDT at 176 North Comstock Street, Wabash, IN 46992
No answer at Door after knocking.

08/07/2026

Dustin Howe **Date**

Hoosier Process Service, LLC

EXHIBIT
6