# AFFIDAVIT OF NON-SERVICE

| **Case:** 4:26-cv-00370-ALM | **Court:** United States District Court for the Eastern District of Texas | **County:** , TX | **Job:** 16767313 |
|---|---|---|---|
| **Plaintiff / Petitioner:** ABC IP, LLC and Rare Breed Triggers, Inc. | | **Defendant / Respondent:** As Designs LLC, Matt Karlovic, and Calvin Olson | |
| **Received by:** Hoosier Process Service, LLC | | **For:** Hoosier Process Service, LLC | |
| **To be served upon:** Cameron Smith | | | |

I, Dustin Howe, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Cameron Smith, 2127 South 200 East Lot #1, Wabash, IN 46992

**Manner of Service:** Unsuccessful Attempt

**Documents:** Subpoena to Testify at a Deposition in a Civil Action, Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, Exhibit A to Subpoena to Produce Documents, Information, or Objects Directed to Non-Party Cameron Smith

**Additional Comments:**
1) Unsuccessful Attempt: Sep 6, 2026, 2:09 pm EDT at 2127 South 200 East Lot #1, Wabash, IN 46992
No answer at door

2) Unsuccessful Attempt: Sep 7, 2026, 2:21 pm EDT at 2127 South 200 East Lot #1, Wabash, IN 46992
No answer at door

3) Unsuccessful Attempt: Sep 9, 2026, 8:11 pm EDT at 2127 South 200 East Lot #1, Wabash, IN 46992
No answer at door

4) Unsuccessful Attempt: Sep 14, 2026, 9:48 am EDT at 2127 South 200 East Lot #1, Wabash, IN 46992
No answer at door

09/14/2026

Dustin Howe **Date**

Hoosier Process Service, LLC

EXHIBIT
8

# AFFIDAVIT OF NON-SERVICE

| **Case:** 4:26-cv-00370-ALM | **Court:** United States District Court for the Eastern District of Texas | **County:** , TX | **Job:** 16767301 |
|---|---|---|---|
| **Plaintiff / Petitioner:** ABC IP, LLC and Rare Breed Triggers, Inc. | | **Defendant / Respondent:** As Designs LLC, Matt Karlovic, and Calvin Olson | |
| **Received by:** Hoosier Process Service, LLC | | **For:** Hoosier Process Service, LLC | |
| **To be served upon:** Cameron Smith | | | |

I, Dustin Howe, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Cameron Smith, 176 North Comstock Street, Wabash, IN 46992

**Manner of Service:** Unsuccessful Attempt

**Documents:** Subpoena to Testify at a Deposition in a Civil Action, Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, Exhibit A to Subpoena to Produce Documents, Information, or Objects Directed to Non-Party Cameron Smith

**Additional Comments:**
1) Unsuccessful Attempt: Sep 6, 2026, 3:20 pm EDT at 176 North Comstock Street, Wabash, IN 46992
No answer at door

2) Unsuccessful Attempt: Sep 7, 2026, 3:15 pm EDT at 176 North Comstock Street, Wabash, IN 46992
No answer at door

3) Unsuccessful Attempt: Sep 9, 2026, 7:45 pm EDT at 176 North Comstock Street, Wabash, IN 46992
No answer at door

4) Unsuccessful Attempt: Sep 14, 2026, 9:25 am EDT at 176 North Comstock Street, Wabash, IN 46992
No answer at door

09/14/2026

Dustin Howe **Date**

Hoosier Process Service, LLC