ALERT: IMPACTS FROM HURRICANE LOWELL IN HAWAII MAY DELAY FINAL DELIVERY OF Y…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9593715214336247696709

**Copy** **Schedule a Redelivery**

### Latest Update

We attempted to deliver your item at 11:01 am on September 8, 2026 in WABASH, IN 46992 and a notice was left because an authorized recipient was not available. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice beginning September 9, 2026. If this item is unclaimed by September 13, 2026 then it will be returned to sender.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivery Attempt: Action Needed

**Notice Left (No Authorized Recipient Available)**
WABASH, IN 46992
September 8, 2026 11:01 AM

**Out for Delivery**
WABASH, IN 46992
September 8, 2026 6:10 AM

**Arrived at Post Office**
WABASH, IN 46992
September 7, 2026 11:47 AM

EXHIBIT 9

**Departed USPS Facility**

KOKOMO, IN 46902
September 6, 2026 2:53 AM

**Arrived at USPS Facility**

KOKOMO, IN 46902
September 6, 2026 2:53 AM

**In Transit to Next Facility**

September 6, 2026 2:36 AM

**In Transit to Next Facility**

September 6, 2026 1:31 AM

**Departed USPS Facility**

INDIANAPOLIS IN DISTRIBUTION CENTER
September 6, 2026 12:52 AM

**Arrived at USPS Facility**

INDIANAPOLIS IN DISTRIBUTION CENTER
September 5, 2026 6:59 PM

**Departed USPS Facility**

INDIANAPOLIS IN DISTRIBUTION CENTER
September 5, 2026 1:55 PM

**Arrived at USPS Facility**

INDIANAPOLIS IN DISTRIBUTION CENTER
September 5, 2026 11:21 AM

**Departed USPS Facility**

CLEVELAND OH DISTRIBUTION CENTER
September 5, 2026 3:08 AM

**Arrived at USPS Facility**

CLEVELAND OH DISTRIBUTION CENTER
September 5, 2026 1:56 AM

**In Transit to Next Facility**

September 5, 2026 1:35 AM

**Departed USPS Facility**

AKRON OH DISTRIBUTION CENTER

September 5, 2026 12:59 AM

**Arrived at USPS Facility**

AKRON OH DISTRIBUTION CENTER
September 4, 2026 6:51 PM

**Departed Post Office**

CUYAHOGA FALLS, OH 44223
September 4, 2026 5:47 PM

**USPS in possession of item**

CUYAHOGA FALLS, OH 44223
September 4, 2026 12:17 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**Schedule Redelivery**

**Proof of Delivery**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

ALERT: IMPACTS FROM HURRICANE LOWELL IN HAWAII MAY DELAY FINAL DELIVERY OF Y…

# USPS Tracking®

FAQs ›

**Tracking Number:**

Remove ✕

## 9593715214336247696709

**Copy** **Add to Informed Delivery**

## Latest Update

We were unable to attempt delivery of your item on September 9, 2026 at 9:45 am in WABASH, IN 46992 due to interference by an animal. Your item will go out for delivery on the next delivery day as conditions permit.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Alert

**Delivery Delay, Animal Interference**

WABASH, IN 46992
September 9, 2026 9:45 AM

**Notice Left (No Authorized Recipient Available)**

WABASH, IN 46992
September 8, 2026 11:01 AM

**Out for Delivery**

WABASH, IN 46992
September 8, 2026 6:10 AM

**Arrived at Post Office**

WABASH, IN 46992
September 7, 2026 11:47 AM

**Departed USPS Facility**

KOKOMO, IN 46902
September 6, 2026 2:53 AM

**Arrived at USPS Facility**

KOKOMO, IN 46902
September 6, 2026 2:53 AM

**In Transit to Next Facility**

September 6, 2026 2:36 AM

**In Transit to Next Facility**

September 6, 2026 1:31 AM

**Departed USPS Facility**

INDIANAPOLIS IN DISTRIBUTION CENTER
September 6, 2026 12:52 AM

**Arrived at USPS Facility**

INDIANAPOLIS IN DISTRIBUTION CENTER
September 5, 2026 6:59 PM

**Departed USPS Facility**

INDIANAPOLIS IN DISTRIBUTION CENTER
September 5, 2026 1:55 PM

**Arrived at USPS Facility**

INDIANAPOLIS IN DISTRIBUTION CENTER
September 5, 2026 11:21 AM

**Departed USPS Facility**

CLEVELAND OH DISTRIBUTION CENTER
September 5, 2026 3:08 AM

**Arrived at USPS Facility**

CLEVELAND OH DISTRIBUTION CENTER
September 5, 2026 1:56 AM

**In Transit to Next Facility**

September 5, 2026 1:35 AM

**Departed USPS Facility**
AKRON OH DISTRIBUTION CENTER
September 5, 2026 12:59 AM

**Arrived at USPS Facility**
AKRON OH DISTRIBUTION CENTER
September 4, 2026 6:51 PM

**Departed Post Office**
CUYAHOGA FALLS, OH 44223
September 4, 2026 5:47 PM

**USPS in possession of item**
CUYAHOGA FALLS, OH 44223
September 4, 2026 12:17 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**Proof of Delivery**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9593715214336247696709

Copy Add to Informed Delivery

### Latest Update

This is a reminder to arrange for redelivery of your item or your item will be returned to sender.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivery Attempt

**Reminder to Schedule Redelivery of your item**

September 13, 2026

**Delivery Delay, Animal Interference**

WABASH, IN 46992
September 9, 2026 9:45 AM

**Notice Left (No Authorized Recipient Available)**

WABASH, IN 46992
September 8, 2026 11:01 AM

**Out for Delivery**

WABASH, IN 46992
September 8, 2026 6:10 AM

**Arrived at Post Office**

WABASH, IN 46992
September 7, 2026 11:47 AM

**Departed USPS Facility**

KOKOMO, IN 46902
September 6, 2026 2:53 AM

**Arrived at USPS Facility**

KOKOMO, IN 46902
September 6, 2026 2:53 AM

**In Transit to Next Facility**

September 6, 2026 2:36 AM

**In Transit to Next Facility**

September 6, 2026 1:31 AM

**Departed USPS Facility**

INDIANAPOLIS IN DISTRIBUTION CENTER
September 6, 2026 12:52 AM

**Arrived at USPS Facility**

INDIANAPOLIS IN DISTRIBUTION CENTER
September 5, 2026 6:59 PM

**Departed USPS Facility**

INDIANAPOLIS IN DISTRIBUTION CENTER
September 5, 2026 1:55 PM

**Arrived at USPS Facility**

INDIANAPOLIS IN DISTRIBUTION CENTER
September 5, 2026 11:21 AM

**Departed USPS Facility**

CLEVELAND OH DISTRIBUTION CENTER
September 5, 2026 3:08 AM

**Arrived at USPS Facility**

CLEVELAND OH DISTRIBUTION CENTER
September 5, 2026 1:56 AM

**In Transit to Next Facility**

September 5, 2026 1:35 AM

**Departed USPS Facility**

AKRON OH DISTRIBUTION CENTER
September 5, 2026 12:59 AM

**Arrived at USPS Facility**

AKRON OH DISTRIBUTION CENTER
September 4, 2026 6:51 PM

**Departed Post Office**

CUYAHOGA FALLS, OH 44223
September 4, 2026 5:47 PM

**USPS in possession of item**

CUYAHOGA FALLS, OH 44223
September 4, 2026 12:17 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**Proof of Delivery**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**