---

**From:** Sergey Vernyuk
**Sent:** Thursday, September 10, 2026 10:45 AM
**To:** sales.imsllc@outlook.com
**Cc:** John M. Skeriotis
**Subject:** Information Regarding U.S. Patent 12,529,538

Report This Email

Dear Mr. Smith:

Our firm represents AS Designs, LLC and other defendants in lawsuits brought by ABC IP, LLC and Rare Breed Triggers, Inc. asserting infringement of several patents, one of which is U.S. Patent 12,529,538 (the "'538 Patent"). The '538 Patent lists you as the inventor.

We would like to take your deposition and request your production of certain documents regarding the claims and defenses in these lawsuits. To that end, we would like to deliver to you a deposition subpoena and a document-production subpoena. Our process server has stopped by 176 N Comstock St, Wabash, IN 46992 (which we understand is your place of residence) several times to deliver the subpoenas but was unsuccessful. Can you please let us know when and where would be convenient for you to have our process server stop by and deliver the subpoenas?

Our understanding is that you are not represented by counsel regarding our request. Please feel free to retain counsel if you wish. If you are represented, please forward this to your counsel.

Thank you for your assistance,

**Sergey Vernyuk**
Emerson Thomson Bennett, LLC
telephone: 330-434-9999
email: sv@etblaw.com

This electronic transmission may contain information that is confidential or attorney-client privileged or constitutes attorney work product. If you have received this communication in error, please notify us by email or phone, delete this email, and destroy all copies. Thank you for your cooperation.

EXHIBIT
10