**From:** postmaster@outlook.com
**To:** sales.imsllc@outlook.com
**Sent:** Thursday, September 10, 2026 10:46 AM
**Subject:** Delivered: Information Regarding U.S. Patent 12,529,538

Your message has been delivered to the following recipients: sales.imsllc@outlook.com (sales.imsllc@outlook.com) Subject: Information Regarding U.S. Patent 12,529,538

**Caution!** This message is potentially suspicious.
(From: postmaster@outlook.com, External)

**First-Time Sender**
This is the first message you've received from this sender. Be careful when replying or interacting with any attachments or links.
Report This Email Protection by QualityIP

**Your message has been delivered to the following recipients:**

sales.imsllc@outlook.com (sales.imsllc@outlook.com)

Subject: Information Regarding U.S. Patent 12,529,538

EXHIBIT
11