**From:** John M. Skeriotis
**Sent:** Wednesday, June 24, 2026 12:00 PM
**To:** Matt Colvin; Carl Bruce; Ben Christoff; Glenn Bellamy; melissa@gillamsmithlaw.com
**Cc:** Sergey Vernyuk
**Subject:** Expedited Discovery Requests; ABC IP, LLC, et al. v. AS Designs, LLC, et al.; Civil Action No. 4:26-cv-00370-ALM
**Attachments:** 260624 AS Design First Set of Interrogatories (Expedited).pdf; 260624 30(b)(6) Notice of Deposition.pdf; 260624 AS Designs First Request for Production of Documents and Things.pdf

Report This Email

Counsel,
Attached, please find expedited discovery requests from Defendant AS Designs, LLC. I would hope that Plaintiffs would be in agreement to respond to these requests rather than having us file a motion. Plaintiffs' motion for expedited discovery indicated that Defendants did not oppose so long as we also were able to serve expedited discovery requests, which was agreed to by Plaintiffs.

Attached are:

1. Defendant AS Designs, LLC's First Set of Interrogatories;
2. Defendant AS Designs, LLC's First Request for the Production of Documents and Things, and
3. A Notice of 30(b)(6) Deposition - the dates are blank as we can work out an appropriate date for deposition.

We also plan on issuing a subpoena to Cameron Smith unless you direct us that you have the ability to make him available and then we can issue a notice under 30(b)(1) if you agree.

If you have any questions or comments, please let me know.

p.s. - I should have a response to your discovery issues today. I apologize for the delay.

Very truly yours,

John M. Skeriotis
Emerson, Thomson & Bennett, LLC
1914 Akron Peninsula Road
Akron, Ohio 44313
330.434.9999 - O
330.434.8888 - F
330.352.4240 - C
www.etblaw.com

EXHIBIT
13