IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: RARE BREED TRIGGERS PATENT LITIGATION | CASE NO. 4:26-md-03176-ALM |
| RARE BREED TRIGGERS, INC. et al.,<br>Plaintiffs,<br>vs.<br>AS DESIGNS, LLC et al.,<br>Defendants. | (CASE NO. 4:26-cv-00370-ALM)<br><br>CHIEF JUDGE AMOS L. MAZZANT |

**PROPOSED ORDER GRANTING**
**DEFENDANTS' MOTION FOR ALTERNATIVE SUBPOENA SERVICE AND FOR EXTENSION OF TIME TO FILE SUR-REPLY**

Before the Court is Defendants' Motion for Alternative Subpoena Service and for Extension of Time to File Sur-Reply. Having considered the Motion, the Court **GRANTS** the Motion.

It is therefore **ORDERED** that Defendants are authorized to serve the deposition subpoena and document-production subpoena on Mr. Cameron Smith by (1) emailing a copy of the subpoenas and this Order to sales.imsllc@outlook.com; (2) mailing a copy of the subpoenas and this Order by USPS first-class mail to 176 North Comstock Street, Wabash, Indiana 46992; and (3) posting a copy of the subpoenas and this Order at 176 North Comstock Street, Wabash, Indiana 46992.

It is further **ORDERED** that Defendants are authorized to request the United States Marshals Service to serve a copy of the subpoenas on Mr. Cameron Smith.

It is further **ORDERED** that the deadline for Defendants' sur-reply to Plaintiffs' Motion

for Preliminary Injunction (Dkt. #28) is extended until ten (10) days after the production of documents by Mr. Cameron Smith in response to Defendants' subpoena and Defendants' completion of Mr. Cameron Smith's deposition, whichever is later.

**IT IS SO ORDERED**.