**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| In Re: Rare Breed Triggers Patent Litigation | Case #4:26-md-03176-ALM<br>MDL #3176 |
| ABC IP, LLC, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>AS DESIGNS, LLC, *et al.*,<br><br>Defendants. | Civil Action #4:26-CV-00370-ALM |

**DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendants AS Designs, LLC, Matthew S. Karlovic, and Calvin Olson respectfully submit this Motion for Leave to file under seal Defendants' Opposition to Plaintiffs' Motion for Temporary Restraining Order ("Opposition Brief"), the Declarations of Eric Phillips and Matthew Karlovic, and the transcript of the DeMonico Deposition ("Supporting Documents"). Defendants have met and conferred with counsel for the Plaintiffs in the above-captioned action. Plaintiffs do not oppose. Defendants state the following:

1. The right to inspect and copy public and judicial records and documents traces to *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 98 S. Ct. 1306, 55 L. Ed. 2d 570 (1978). However, the presumption in favor of public access to court records can be overcome in certain instances. The Supreme Court recognized that a court retains power over its own record and may deny access where files would become a vehicle for improper purposes. *Id.* at 598.

2. Courts in this district have granted motions to seal where the sealed information relates to a party's revenues and other information which would put the party at a competitive disadvantage if publicly disclosed. *Erfindergemeinschaft Uropep GbR v. Eli Lilly & Co.*, No. 2:15-

cv-1202, 2017 WL 434207, at *2 (E.D. Tex. Feb. 1, 2017) (quoting Nixon, 435 U.S. at 598); *Mylan Institutional LLC v. Aurobindo Pharma Ltd.*, No. 2:16-cv-00491, Dkt. No. 22 (E.D. Tex. June 10, 2016) (granting motion to seal preliminary injunction motion and accompanying declarations); *Boehringer Ingelheim Pharma GMBH & Co.KG v. Mylan Pharm.*, Inc., No. 14-cv-4727, 2015 WL 1816473, at *2 (D.N.J. Apr. 22, 2015) (granting motion to seal because "the information relating to MPI's and Mylan Inc.'s sales and revenue is confidential and proprietary, and MPI and Mylan Inc. would suffer serious commercial injury if such information became available to the public").

3. Defendants' Supporting Documents reveal confidential sales, marketing, and profitability information, among other things. Defendants' Opposition Brief quotes and summarizes portions of the Supporting Documents and information sealed by Plaintiffs.

4. As a Protective Order has not yet been entered, Defendants respectfully move for leave to file their Opposition Brief and Supporting Documents under seal.

DATED: September 28, 2026

Respectfully submitted,

*/s/ Sergey Vernyuk*
John M. Skeriotis (Ohio Bar No. 0069263)
Sergey Vernyuk (Ohio Bar No. 0089101)
**EMERSON, THOMSON & BENNETT, LLC**
1914 Akron-Peninsula Road
Akron, Ohio 44313
Tel: (330) 434-9999
Fax: (330) 434-8888
E-mail: jms@etblaw.com
sv@etblaw.com
*Attorneys for Defendants*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendants has complied with the meet and confer requirement in Local Rule CV-7(h). This Motion is unopposed by Plaintiffs.

*/s/ Sergey Vernyuk*
Counsel for Defendants