**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | Case #4:26-md-03176-ALM<br>MDL #3176 |
| **ABC IP, LLC, *et al.*,**<br><br>Plaintiffs,<br>v.<br><br>**AS DESIGNS, LLC, *et al.*,**<br><br>Defendants. | Civil Action #4:26-CV-00370-ALM |

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL**

Before the Court is Defendants' unopposed Motion for Leave to File Under Seal their Opposition to Plaintiff's Motion for Temporary Restraining Order, the supporting Declarations of Eric Phillips and Matthew Karlovic, and the supporting transcript of the DeMonico Deposition. Having considered the Motion, the Motion is hereby GRANTED.

**IT IS ORDERED** that Defendants' Opposition to Plaintiff's Motion for Temporary Restraining Order, the Declarations of Eric Phillips and Matthew Karlovic, and the transcript of the DeMonico Deposition are permitted to be filed under seal.

**SO ORDERED.**