**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>AS DESIGNS, LLC, et al.,<br><br>*Defendants*. | Civil Action No. 4:26-cv-00370-ALM |

**ORDER**

Before the Court is Defendants' Motion to Strike Plaintiffs' Motion for Temporary Restraining Order (Dkt. #89) (the "Motion to Strike"). Having considered the Motion to Strike, and all oppositions and replies thereto along with the applicable law, the Court finds that the Motion to Strike should be **GRANTED**.

The Court finds that the "ARHK" product that is the subject of Plaintiffs' Motion for Temporary Restraining Order (Dkt. #79) is not an accused product in this action, and that Plaintiffs have not sought or obtained leave to amend their complaint to assert claims relating to it.

It is therefore **ORDERED** that Plaintiffs' Motion for Temporary Restraining Order (Dkt. #79) is **STRICKEN** [or, in the alternative, **DENIED** without prejudice].

It is further **ORDERED** that any remaining deadlines and proceedings relating to Dkt. #79, are **VACATED**.

**IT IS SO ORDERED.**