**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo,"<br><br>Defendants. | Civil Action No. 4:26-cv-00370-ALM |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**EXTENSION OF TIME AND TO INCREASE PAGE LIMITS**

Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc. (collectively, "Plaintiffs") respectfully move the Court for (1) an extension of time to file their reply in support of Plaintiffs' Motion for Temporary Restraining Order (Dkt. 74) (the "TRO Motion") and (2) an increase to the parties' page limitations for the reply and sur-reply to the TRO Motion. Defendants AS Designs, LLC, Matthew S. Karlovic, and Calvin Olson (collectively, "Defendants") do not oppose this Motion.

1. Plaintiffs filed their TRO Motion on September 2, 2026. (Dkt. 74.) The TRO Motion seeks temporary injunctive relief concerning Defendants' ARHK product.

2. On September 17, 2026, Defendants filed an unopposed motion to extend their deadline to respond to the TRO Motion through September 28, 2026.

3. Defendants filed their opposition to the TRO Motion on September 28, 2026, after 5:00 p.m. Central Time.

4. The parties have conferred and agreed to the following:

   a. Plaintiffs shall file their reply in support of the TRO Motion on or before October 13, 2026, and the reply shall not exceed 10 pages; and

   b. Defendants' sur-reply in opposition to the TRO Motion shall not exceed 10 pages.

5. Defendants do not oppose the relief requested herein.

**WHEREFORE**, Plaintiffs respectfully request that the Court grant this Unopposed Motion.

DATED: October 2, 2026

Respectfully submitted,

*/s/ Matthew A. Colvin*

Matthew A. Colvin
Texas Bar No. 24087331
Carl E. Bruce
Texas Bar No. 24036278
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
E-mail: colvin@fr.com
bruce@fr.com
Tel: (214) 747-5070
Fax: (214) 747-2091

Benjamin J. Christoff
DC Bar No. 1025635)
**FISH & RICHARDSON P.C.**
1000 Maine Avenue SW, Suite 1000
Washington, DC 20024
E-mail: christoff@fr.com
Tel: (202) 783-5070
Fax: (202) 783-2331

Oliver J. Richards
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Suite 400
San Diego, CA 92130
E-mail: ojr@fr.com
Tel: (858) 678-5070
Fax: (858) 678-5099

Glenn D. Bellamy (admitted *pro hac vice*)
**WOOD HERRON & EVANS LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
E-mail: gbellamy@whe-law.com
Tel: (513) 707-0243
Fax: (513) 241-6234

Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
E-mail: melissa@gillamsmithlaw.com

*Attorneys for Plaintiffs*
*ABC IP, LLC and Rare Breed Triggers, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 2, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Matthew A. Colvin*
Matthew A. Colvin

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rules CV-7(h) and (i), counsel for Plaintiffs conferred with counsel for Defendants regarding the relief requested in this Motion. Matthew Colvin and John Skeriotis conferred in person regarding the requested relief on September 16, 2026. The parties subsequently conferred telephonically on September 30, 2026 to confirm the understanding from the September 16 discussions. Defendants do not oppose the requested relief.

*/s/ Matthew A. Colvin*
Matthew A. Colvin