IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo,"<br><br>Defendants. | Civil Action No. 4:26-cv-00370-ALM |

**PROPOSED ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME AND TO INCREASE PAGE LIMITS**

Before the Court is Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc.'s Unopposed Motion for Extension of Time and to Increase Page Limits for Plaintiffs' Motion for Temporary Restraining Order (Dkt. 74). Having considered the Motion, and noting that it is unopposed, the Motion is **GRANTED**.

It is therefore **ORDERED** that:

1. Plaintiffs shall file their reply in support of their Motion for Temporary Restraining Order on or before **October 13, 2026**, and the reply shall not exceed **10 pages**; and
2. Defendants' sur-reply in opposition to the Motion for Temporary Restraining Order shall not exceed **10 pages**.

**IT IS SO ORDERED.**