[redacted]

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: RARE BREED TRIGGERS PATENT LITIGATION | CASE NO. 4:26-md-03176-ALM |
| RARE BREED TRIGGERS, INC. et al.,<br>Plaintiffs,<br>vs.<br>AS DESIGNS, LLC et al.,<br>Defendants. | (CASE NO. 4:26-cv-00370-ALM)<br><br>CHIEF JUDGE AMOS L. MAZZANT |

**DECLARATION OF MATTHEW S. KARLOVIC**

I, Matthew S. Karlovic, having personal knowledge of the facts stated herein, and being of legal age and sound mind and memory, do hereby declare as follows:

1. I am an individual defendant in this action. I previously submitted a declaration in support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction in this action.
2. I am the managing member of defendant AS Designs, LLC ("AS Designs"). I am familiar with AS Designs' products, operations, sales records, dealer and wholesale relationships, product-development efforts, and financial records. I have reviewed AS Designs' business records in connection with this declaration.
3. I am also familiar with products sold by Plaintiff Rare Breed Trigger, Inc. ("Rare Breed"), including the FRT-RD3, which is a two-stage, three-position forced reset trigger for the HK MP5, MP5K, SP5, and SP5K platforms.

4. As noted in my prior declaration, AS Designs sells ARC-Fire products, Super Safety products, MP5 lowers, slip-trip kits, and related parts.

5. AS Designs is in the process of launching a new product – the ARHK, which is a fully self-contained drop-in cassette three-position trigger for the MP5, MP5K, AP53, G3/91, HK21, HK11, HK32, HK33 platforms.

6. The ARHK and the FRT-RD3 differ in several ways.

7. As noted above, the FRT-RD3 is only compatible with the MP5 family (MP5/MP5K/SP5/SP5K) and thus is not compatible with several platforms that the ARHK is compatible with, namely AP53 (5.56 cal), G3/91 (7.62 cal), HK21 (7.62 cal), HK11 (7.62 cal), HK32 (7.62 cal), HK33 (5.56 cal) clones and other variants.

8. We have designed the ARHK to have a single-stage trigger, meaning one continuous stage of resistance when pulled, unlike the FRT-RD3, which has two distinct phases of resistance. We believe that the ARHK's single-stage trigger has particular appeal to a large set of prospective customers (i.e., more people prefer single-stage than two-stage for these particular platforms) because it is a more traditional trigger feel and more similar to how the original equipment manufacturer ("OEM") trigger would be.

9. The ARHK has a fully disengaged semi-automatic position, unlike the FRT-RD3. A disengaged semi mode means that the trigger is not forced forward in the semi-automatic position. Most of Rare Breed's products have the trigger pushed forward (like a soft/partial forced reset) even in the standard semi-automatic position, which makes the standard semi-automatic usage have a worse trigger feel while offering no advantage.

10. These product differences appeal to customers who may otherwise not consider Rare Breed's product. First, the ability to install the ARHK into 7.62/5.56 caliber platforms is

relevant to a part of the market that Rare Breed's FRT-RD3 cannot address since the FRT-RD3 is MP5-compatible only. A large portion of customers from whom AS Designs has received feedback is interested in the ARHK for their 5.56- and 7.62-caliber platforms. AS Designs believes that a substantial portion of ARHK sales will be into this segment where Rare Breed offers no product. Second, the single-stage trigger and fully disengaged semi-automatic position are important factors in the customer purchasing decision, so we believe these differences will appeal to customers who would otherwise have significantly less interest in Rare Breed's FRT-RD3.

11. These product differences are the culmination of AS Designs' substantial research and development ("R&D") efforts aimed at achieving exactly those benefits. The majority of AS Designs' R&D time and budget for the ARHK was focused on platforms besides the MP5 and getting the trigger feel correct, as ensuring compatibility and durability across the larger rifle calibers was very difficult.

12. One other difference is worth noting. The ARHK has certain exposed screws in the selectors, unlike the OEM components, which makes the ARHK look less OEM. So for the consumers who want their firearm to look perfectly OEM (which is a surprising number of people), the ARHK would be less desirable than the FRT-RD3, which does not have the exposed screws.

13. These product differences, especially for customers purchasing ARHK for a non-MP5 platform, are thereby expected to generally reduce the extent of direct competition with Rare Breed's FRT-RD3.

14. I understand that Plaintiffs have moved for a temporary restraining order ("TRO") against the ARHK. I understand that if granted, a TRO can last up to 14 days or up to 28 days if

extended. Based on the interest in the ARHK, AS Designs anticipates selling [redacted] ARHK units in its first month of release.

15. As shown on AS Designs' webpage for the ARHK, its sale price is expected to be between approximately $520 and $550. The gross margin for the ARHK is expected to be approximately [redacted]. Thus, if restrained, AS Designs could lose as much as [redacted].

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 27th, 2026
Date

Matthew S. Karlovic