IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: RARE BREED TRIGGERS PATENT LITIGATION | CASE NO. 4:26-md-03176-ALM |
| RARE BREED TRIGGERS, INC. et al.,<br>Plaintiffs,<br>vs.<br>AS DESIGNS, LLC et al.,<br>Defendants. | (CASE NO. 4:26-cv-00370-ALM)<br><br>CHIEF JUDGE AMOS L. MAZZANT |

**DECLARATION OF SERGEY VERNYUK**

I, Sergey Vernyuk, having personal knowledge of the facts stated herein, and being of legal age and sound mind and memory, do hereby declare as follows:

1. I am co-counsel for Defendants AS Designs, LLC, Matthew S. Karlovic, and Calvin Olson, and I execute this declaration in my capacity as co-counsel for Defendants in this action.
2. Attached as Exhibit 1 is a true and accurate copy of excerpts of the transcript of a deposition of Lawrence DeMonico taken on September 16, 2026.
3. Attached as Exhibit 2 is a true and accurate copy of the April 18, 2026 capture of AS Designs' ARHK webpage (https://activesafetydesigns.com/mp5/arhk/) by the Internet Archive's Wayback Machine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 28, 2026

[signature]
Sergey Vernyuk