# EXHIBIT 1

# Filed Under Seal
# [Redacted Entirely]