FREE SHIPPING ON ALL ORDERS!

AS DESIGNS
ACTIVE SAFETY SYSTEMS

The Wayback Machine - https://web.archive.org/web/20260418143744/https://activesafetydesigns.com/mp5/arhk/



VIKINGCLOUD™ ASSURANCE CARD

# ARHK

$549.99

EXHIBIT 2

## DESCRIPTION

FREE SHIPPING ON ALL ORDERS!



ground up for HK roller-delayed platforms.

The ARHK installs directly into factory OEM polymer housings with no modifications required. Ejector comes pre-installed, no additional trips, buffers, or auxiliary parts needed in the host.

Three-position selector. Safe / Semi / Active Reset. Aligned with Navy-style housing markings (SEF to follow soon). Semi mode is fully disengaged with no active reset, giving you a standard trigger pull in the second position. Flip to the third position to engage the ARC-Fire clutch for active reset.

Platform compatibility:

MP5 · MP5K · AP53 · G3/91 · HK21 · HK31 · HK11 clones and other variants. Not recommended for use with CETME

Works with all bolt carrier types. Full-auto carriers are not required, but full compatibility is maintai if your host runs one.

VIKINGCLOUD™ ASSURANCE CARD

# CONNECT WITH US

Subscribe to our Newsletter for exclusive offers, company news and events.

Enter your email SIGN UP

FREE SHIPPING ON ALL ORDERS!

AS DESIGNS
ACTIVE SAFETY SYSTEMS

# CUSTOMER SUPPORT

© 2026 AS Designs | Sitemap

mastercard AMERICAN EXPRESS DISCOVER

VIKINGCLOUD™ ASSURANCE CARD