IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: RARE BREED TRIGGERS PATENT LITIGATION | CASE NO. 4:26-md-03176-ALM |
| RARE BREED TRIGGERS, INC. et al.,<br>Plaintiffs,<br>vs.<br>AS DESIGNS, LLC et al.,<br>Defendants. | (CASE NO. 4:26-cv-00370-ALM)<br><br>CHIEF JUDGE AMOS L. MAZZANT |

**PROPOSED ORDER DENYING**
**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

Before the Court is Plaintiffs' Motion for Temporary Restraining Order (Dkt. #74). Having considered the Motion, Defendants' Opposition, the respective supporting declarations and exhibits, the arguments of counsel, the applicable law, and the record in this multidistrict litigation, the Court DENIES the Motion.

It is therefore **ORDERED** that Plaintiffs' Motion for Temporary Restraining Order is hereby **DENIED**.

**IT IS SO ORDERED.**