**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON and JOHN DOE, an individual using the alias “s3igu2” and/or “Seagoo Threetwo,”<br><br>Defendants. | Civil Action No. 4:26-cv-00370-ALM |

**ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL**

Before the Court is Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc.’s Unopposed Motion for Leave to File Under Seal Plaintiffs’ Opposition to Defendants’ Motion for Alternative Service and for Extension of Time to File Sur-Reply and Exhibits in support.

Having considered the Motion, and noting that it is unopposed, the Court hereby GRANTS the Motion. It is therefore ORDERED that the above documents are permitted to be filed under seal.

**IT IS SO ORDERED.**

**SIGNED this 7th day of October, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE