**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo,"<br><br>Defendants. | Civil Action No. 4:26-cv-00370-ALM |

**DECLARATION OF MATTHEW A. COLVIN IN SUPPORT OF PLAINTIFFS' MOTION FOR AN ORAL HEARING**

I, Matthew A. Colvin, declare as follows:

1. I am a Principal at Fish & Richardson P.C. and counsel for Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc. Except where I state that a colleague has informed me of a fact, I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify to them.

2. Attached as Exhibit A is a true and correct copy of a post titled "ARHK Update" on the Instagram account "asdesignsfrts," displaying the date October 4, 2026, as it appeared at

https://www.instagram.com/asdesignsfrts/p/DeGW3TOusPs/ when it was captured on October 7, 2026[1].

3. Attached as Exhibit B is a true and correct copy of an email dated October 1, 2026, from Sergey Vernyuk, counsel for Defendants, to Kevin Seltzer, counsel for Plaintiffs, and John Skeriotis, counsel for Defendants, together with the email from Mr. Seltzer to which it responds, regarding the briefing schedule for Plaintiffs' Motion for Temporary Restraining Order (Dkt. 74) (the "TRO Motion").

4. On September 30, 2026, my colleagues Jory Hoffman and Bret Winterle conferred by telephone with Mr. Skeriotis about the TRO Motion and Defendants' Motion to Strike (Dkt. 89). Mr. Hoffman has informed me that, during that call, Mr. Skeriotis stated that AS Designs was not willing to wait to release the ARHK while the Court decides the TRO Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 9, 2026, in Dallas, Texas.

*<u>/s/ Matthew A. Colvin</u>*
Matthew A. Colvin

[1] Exhibit A has been redacted to remove the Instagram profile picture of the Fish & Richardson P.C. staff member who captured it. The remainder of Exhibit A remains unchanged as it was captured.