# EXHIBIT A



asdesignsfrts Follow ···

asdesignsfrts 2d
ARHK Update

The ARHK drop will be in a few weeks. We pushed the drop back to double the size of the initial drop to allow more people to be able to get one. A lot of the feedback and comments we've gotten the past month or so was concerns regarding availability/selling out, so this should significantly help in addition to a limit of 1 for the initial two drops. There will also be a second large drop 2 weeks after the first drop.

Just to clarify, ARHK is completed and fully functional. Everyone who is waiting for one from the initial G3 drop will receive them a few days early.

There will be enough for everyone to purchase one as long as they are on the

1.6K 308 21

2 days ago

Add a comment...

More posts from **asdesignsfrts**




Meta About Blog Jobs Help API Privacy Consumer Health Privacy Terms Locations Popular Instagram Lite Meta AI Muse Threads Contact Uploading & Non-Users

English © 2026 Instagram from Meta