# EXHIBIT B

**From:** Sergey Vernyuk <SV@etblaw.com>
**Sent:** Thursday, October 1, 2026 10:51 AM
**To:** Kevin Seltzer; jms@etblaw.com
**Cc:** [FR Service] ABC IP/Rare Breed
**Subject:** RE: RBT/AS Designs: Unopposed Motion Setting Briefing Schedule

[This email originated outside of F&R.]

Kevin,

The motion should request (1) an extension of time for Plaintiffs' reply in support of the TRO motion, and (2) increased page limits for Plaintiffs' Reply and Defendants' Sur-Reply. Since we haven't seen Plaintiffs' Reply, we don't know whether the default 7 days will suffice for Defendants' Sur-Reply or whether we'll need to ask for additional time. We don't want to prejudice such a request by asking in advance for the Court to set what the Local Rules already set.

Thanks,

**Sergey Vernyuk**
Emerson Thomson Bennett, LLC
telephone: 330-434-9999
email: sv@etblaw.com

---

**From:** Kevin Seltzer <seltzer@fr.com>
**Sent:** Thursday, October 1, 2026 10:58 AM
**To:** John M. Skeriotis <jms@etblaw.com>; Sergey Vernyuk <SV@etblaw.com>
**Cc:** [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>
**Subject:** RBT/AS Designs: Unopposed Motion Setting Briefing Schedule

Counsel

Under our agreement on the timing and page limits for the remainder of the briefing on Plaintiffs' Motion for Temporary Restraining Order, please find attached a draft unopposed motion and proposed order setting the briefing schedule and page limits. Please let us know if we have your consent to file unopposed.

Thanks,

**Kevin P Seltzer**
Associate ■ Fish & Richardson P.C.

**T:** 302 778 8419
seltzer@fr.com | Bio | LinkedIn | fr.com

222 Delaware Avenue, 17th Floor, Wilmington, DE 19801

*************************************************************************************
*************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
*************************************************************************************
*************************************