**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo,"<br><br>Defendants. | Civil Action No. 4:26-cv-00370-ALM |

**PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR AN ORAL HEARING ON THEIR MOTION FOR TEMPORARY RESTRAINING ORDER AND DEFENDANTS' MOTION TO STRIKE**

Before the Court is Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc.'s Opposed Motion for an Oral Hearing on Their Motion for Temporary Restraining Order (Dkt. 74) and Defendants' Motion to Strike (Dkt. 89). Having considered the Motion, the Court finds that it should be GRANTED.

It is therefore ORDERED that Plaintiffs' Motion for Temporary Restraining Order (Dkt. 74) and Defendants' Motion to Strike (Dkt. 89) are set for hearing on ____________, 2026, at ______ _.m., in Courtroom 208 of the Paul Brown United States Courthouse, 101 East Pecan Street, Sherman, Texas.

It is further ORDERED that Defendants shall file any response to the Motion on or before October 13, 2026.

IT IS SO ORDERED.