# EXHIBIT 1

[redacted]

**From:** Elizabeth DeToro
**To:** jms@etblaw.com
**Cc:** Matt Colvin; Sergey Vernyuk; Carl Bruce; Jory Hoffman; Glenn Bellamy
**Subject:** RE: ABC/RBT v. AS Designs: Motion for Expedited Discovery
**Date:** Friday, April 24, 2026 12:23:39 PM

---

Thanks, John. We will state in the motion that Defendants do not oppose provided they are granted leave to conduct reciprocal expedited discovery.

Best,
Liz

**Elizabeth DeToro**
Associate ■ Fish & Richardson P.C.

**T:** 202 626 7720 **|** detoro@fr.com

---

**From:** John M. Skeriotis <jms@etblaw.com>
**Sent:** Friday, April 24, 2026 3:17 PM
**To:** Elizabeth DeToro <detoro@fr.com>
**Cc:** Matt Colvin <colvin@fr.com>; Sergey Vernyuk <sv@etblaw.com>; Carl Bruce <Bruce@fr.com>; Jory Hoffman <JmHoffman@fr.com>; Glenn Bellamy <gbellamy@whe-law.com>
**Subject:** Re: ABC/RBT v. AS Designs: Motion for Expedited Discovery

Thank you. You may file as unopposed but please note in your filing that we will also be seeking expedited discovery.

John M. Skeriotis
Emerson, Thomson & Bennett, LLC
1914 Akron Peninsula Road
Akron, Ohio 44313
330.434.9999 Office
330.352.4240 Cell

On Apr 24, 2026, at 2:59 PM, Elizabeth DeToro <detoro@fr.com> wrote:

John,

Thanks for confirming. 20 days for interrogatory and request for production responses is fine with us.

Best,
Liz

**Elizabeth DeToro**
Associate ■ Fish & Richardson P.C.

**T:** 202 626 7720 **|** detoro@fr.com

---

**From:** John M. Skeriotis <jms@etblaw.com>
**Sent:** Friday, April 24, 2026 2:28 PM
**To:** Matt Colvin <colvin@fr.com>
**Cc:** Elizabeth DeToro <detoro@fr.com>; Sergey Vernyuk <sv@etblaw.com>; Carl Bruce <Bruce@fr.com>; Jory Hoffman <JmHoffman@fr.com>; Glenn Bellamy <gbellamy@whe-law.com>
**Subject:** Re: ABC/RBT v. AS Designs: Motion for Expedited Discovery

[This email originated outside of F&R.]

I do not oppose the filing so long as this is reciprocated. I think 15 days is a bit tight. 20 would be better.

John M. Skeriotis
Emerson, Thomson & Bennett, LLC
1914 Akron Peninsula Road
Akron, Ohio 44313
330.434.9999 Office
330.352.4240 Cell

On Apr 24, 2026, at 12:12 PM, Matt Colvin <colvin@fr.com> wrote:

Hi John,

I know we'd talked about this, but we just wanted to give you the specifics now that we had them in case it changed your view.

Matt

---

**From:** Elizabeth DeToro <detoro@fr.com>
**Sent:** Friday, April 24, 2026 10:18 AM
**To:** jms@etblaw.com; Sergey Vernyuk <sv@etblaw.com>
**Cc:** Matt Colvin <colvin@fr.com>; Carl Bruce <Bruce@fr.com>; Jory Hoffman <JmHoffman@fr.com>; Glenn Bellamy <gbellamy@whe-law.com>
**Subject:** ABC/RBT v. AS Designs: Motion for Expedited Discovery

John,

I am one of the attorneys on the Fish team, writing to follow up regarding Defendants' position on our motion for expedited discovery in support of our PI motion.

We would like to confirm Defendants' non-opposition to our requested discovery and the deadlines we intend to request from the Court. Our requested discovery includes the following:

1. 3 interrogatories, with responses due within 15 days of the Court's order
2. 5 requests for production, with responses due within 15 days of the Court's order
3. 2 depositions, to occur within 30 days of the Court's order

We plan to indicate in our motion that Defendants do not oppose the motion for expedited discovery, provided Defendants are given reciprocal discovery. If possible, please confirm this position or let us know of any issues by 3:00pm ET today.

Thanks,
Liz

**Elizabeth DeToro**
Associate ■ Fish & Richardson P.C.

**T:** 202 626 7720 | detoro@fr.com

****************************************************************
****************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
****************************************************************
****************************************************************

**************************************************************************
***************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
**************************************************************************
***************************************************