# EXHIBIT 3

# REDACTED IN ITS ENTIRETY