# EXHIBIT 4

# REDACTED IN ITS ENTIRETY