# EXHIBIT 5

# REDACTED IN ITS ENTIRETY