# EXHIBIT 6

[redacted]

| | |
|---|---|
| **From:** | John M. Skeriotis |
| **To:** | Bret Winterle |
| **Cc:** | Sergey Vernyuk; [FR Service] ABC IP/Rare Breed; Ben Christoff; Matt Colvin; Jory Hoffman; Vidhu Joshi |
| **Subject:** | Supplemental Answers to Interrogatories; ABC IP, LLC, et al. v. AS Designs, LLC, et al.; Civil Action No. 4:26-cv-00370-ALM |
| **Date:** | Tuesday, July 21, 2026 9:00:56 AM |
| **Attachments:** | 260721 Supplemental Responses to Interrogatories.pdf |

[This email originated outside of F&R.]

Bret,
Pursuant to our meet and confer yesterday afternoon, Plaintiffs requested that I identify, by Bates No., the responses to interrogatory numbers 1 and 2. Attached, please find Defendants' Supplemental Responses to Plaintiffs First Set of Interrogatories.

If you have any questions, please let me know.

Very truly yours,

John M. Skeriotis
Emerson, Thomson & Bennett, LLC
1914 Akron Peninsula Road
Akron, Ohio 44313
330.434.9999 - O
330.434.8888 - F
330.352.4240 - C
www.etblaw.com