# EXHIBIT 7

# REDACTED IN ITS ENTIRETY