# EXHIBIT 8

# REDACTED IN ITS ENTIRETY