# EXHIBIT 12

[redacted]

**From:** Bret Winterle
**To:** jms@etblaw.com; Sergey Vernyuk
**Cc:** Gbellamy@whe-Law.com; [FR Service] ABC IP/Rare Breed; Kristen Coolidge; Matt Colvin
**Subject:** RE: ABC/RBT v. AS Designs, LLC, et al. - Civil Action No. 4:26-cv-00370-ALM: Service of Discovery
**Date:** Monday, August 10, 2026 12:33:06 PM

John,

I'm surprised about the timing of your request, given AS Designs and the other defendants just received Plaintiffs' reply brief and supporting materials the evening before your message on Friday. Those materials provide at least some of the additional information sought by Defendants.

Given your message did not address any additional materials or information Plaintiffs provided in their reply brief and supporting materials, we need to understand what relevant info and materials AS Designs believes it still needs from Plaintiffs to prepare its sur-reply and for the hearing. **Accordingly, we need a written response from you clarifying your positions on the issues still in dispute prior to any call with the court so that we can understand the contours of remaining disputes at this point, including what relevant information you think you do not actually have and still need.**

**W/r/t the interrogatories you collectively numbered as "No. 13,"** we also need your confirmation that Defendants are unwilling to provide any reciprocal pre-hearing disclosures. My notes suggest this was somewhat uncertain during the last conference between the parties. Absent an agreement from Defendants as to what types of reciprocal pre-hearing info they will provide (if any), Plaintiffs intend to stand on their objections.

**W/r/t timing of depositions of Plaintiffs,** we do not intend to hold Defendants to any current sur-reply deadline that falls before the deposition(s) of Plaintiffs. We are presently working to coordinate a single deposition opportunity for all of Defendants subject to PI motions who have permission to obtain deposition testimony. This will take place for all such defendants at the same time given the subject matter overlap and to avoid inconveniencing the witness(es). AS Designs and your other clients will have to share time and coordinate with all the other defendants eligible to take deposition discovery. We are currently trying to coordinate deposition dates during the week of August 24, and will provide you further information later this week.

**W/r/t Defendants' noticed, non-reciprocal, and non-proportional Rule 30(b)(6) topic Nos. 1-21**, Plaintiffs do not intend to prepare a witness on all these myriad topics. This is especially true for those topics relating to the interrogatories and RFPs you abandoned during our last discovery conference on July 20. For much of the remaining contentions and rebuttal contentions topics, Plaintiffs' witnesses will likely be deferring to experts who have provided testimony or other materials supporting Plaintiffs' PI motion. We will provide more information later this week.

We are available to discuss these matters with you (and contact the Court, if needed) at 10:30am CDT or later tomorrow. However, if Defendants do not provide information about the status and

scope of the remaining disputes after receipt of Plaintiffs' reply brief and supporting materials (as requested above) before any such call with the Court, we will inform the Court as such.

Best,

Bret

---

**From:** John M. Skeriotis <jms@etblaw.com>
**Sent:** Friday, August 07, 2026 10:17 AM
**To:** Kristen Coolidge <Coolidge@fr.com>; Matt Colvin <colvin@fr.com>; Bret Winterle <winterle@fr.com>; Gbellamy@whe-Law.com; [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>
**Cc:** Sergey Vernyuk <sv@etblaw.com>
**Subject:** Re: ABC/RBT v. AS Designs, LLC, et al. - Civil Action No. 4:26-cv-00370-ALM: Service of Discovery

[This email originated outside of F&R.]

All,
I have been awaiting further discovery follow up. At this point, it seems that Plaintiffs will not comply with our discovery requests including providing us with dates for depositions.

As such, I respectfully request a time and date to contact the Court as we have a discovery dispute and we will follow Local Civil Rule 26(e). I will also move the Court to extend our deadline to file a sur-reply until such time as we resolve this discovery dispute so that we can have adequate time to review the discovery and prepare our sur-reply.

As for my schedule to contact the court regarding the discovery dispute I have:

- M: morning
- T: morning

Let me know what days and times work for you.

Very truly yours,

John M. Skeriotis
Emerson, Thomson & Bennett, LLC

1914 Akron Peninsula Road
Akron, Ohio 44313
330.434.9999 - O
330.434.8888 - F
330.352.4240 - C
www.etblaw.com

On Jul 29, 2026, at 8:03 PM, Kristen Coolidge <Coolidge@fr.com> wrote:

Dear Counsel,

Attached for service, please find:

- PLAINTIFFS' FIRST SUPPLEMENTAL OBJECTIONS AND INITIAL RESPONSES TO DEFENDANTS' INTERROGATORIES COLLECTIVELY NUMBERED AS "NO. 9"; and

- EXHIBIT A (HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY)

Please note that, due to the highly confidential nature of Exhibit A, it has been password-protected and encrypted to ensure secure transmission. The password will be provided in a separate email.

Thank you,

Kristen

**Kristen Coolidge**
Litigation Case Coordinator / Trainer ■ Fish & Richardson P.C.

Todd Miller | Evan Sumner

**T:** 858 678 4302 **C:** 619 602 8158

coolidge@fr.com | fr.com

12860 El Camino Real, Suite 400, San Diego, CA 92130

*************************************************************************
***************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
*************************************************************************
***************************************************