# EXHIBIT 14

# REDACTED IN ITS ENTIRETY