# EXHIBIT 15

[redacted]

**From:** Ben Christoff
**To:** jms@etblaw.com; Matt Colvin
**Cc:** [FR Service] ABC IP/Rare Breed; Gbellamy@whe-Law.com; melissa@gillamsmithlaw.com; Sergey Vernyuk
**Subject:** RE: 4:26-md-3176 (E.D. Tex.) - Depositions of AS Designs Witnesses
**Date:** Friday, July 24, 2026 6:22:55 PM

John,

Thanks for your emails and below is our response that I believe brings us up to date on all the issues. Let us know if we're overlooking anything.

On Plaintiffs' designee identity, we're still bottoming out on that and will let you know before the depo. We assume you plan to do the same given your request but let us know if for some reason you don't plan to do that.

On depo dates, we're working on confirming the week of August 3 and will get back to you soon. We do not control Cameron Smith but we expect to represent him.

Thanks for confirming that "Matt Karlovic and Cal Olson will produce their respective historic information as to the Truist Accounts." Could you please clarify what you mean by "respective historic information as to the Truist Accounts"?

Also, we disagree with your decision to withhold "the identity of the Dealers" and so we are at an impasse on that point.

On your position about postponing discovery until all discovery disputes get resolved, that setup strikes us as unfair and easily abusable by any party that may be seeking to delay. We think the right approach is for the parties to satisfy the other side's reasonable discovery requests in line with the schedule.

On depo time limits, the court has ordered 3 hours for fact witness and 4 hours for corporate designees.

On handling of depo transcripts, we are unclear on what your suggestion is regarding errata. Handling this issue in the normal course with expedited transcripts is sufficient. On confidentiality, we are fine with confidentiality designations being made on the record.

On the PI hearing, we are open to ways to streamline the hearing and make it efficient, but cannot agree at this time to relegate liability solely to the briefs. As to the form and order of the hearing, that will be up to the court.

Let us know if a call would be helpful to discuss these issues further.

Best,

Ben

**Benjamin J Christoff** :: Fish & Richardson P.C. :: +1-202-626-7724

---

**From:** John M. Skeriotis <jms@etblaw.com>
**Sent:** Friday, July 24, 2026 9:52 AM
**To:** Matt Colvin <colvin@fr.com>
**Cc:** Ben Christoff <christoff@fr.com>; [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; Gbellamy@whe-Law.com; melissa@gillamsmithlaw.com; Sergey Vernyuk <sv@etblaw.com>
**Subject:** Re: 4:26-md-3176 (E.D. Tex.) - Depositions of AS Designs Witnesses

Matt,
Thank you for responding.

First, I do not know yet as I have not started any prep. As soon as I find out, I will let you know. That said, I expect Plaintiffs to tell me who will be their designees as well.

Also, no one has gotten back to me on the other issues I raised in my email below regarding the hearing, namely, confidentiality designations and liability experts at the hearing. That may change who we depose if we are going to go forward with liability experts at the hearing.

Very truly yours,

John M. Skeriotis
Emerson, Thomson & Bennett, LLC
1914 Akron Peninsula Road
Akron, Ohio 44313
330.434.9999 - O
330.434.8888 - F
330.352.4240 - C
www.etblaw.com

On Jul 23, 2026, at 4:43 PM, Matt Colvin <colvin@fr.com> wrote:

I misfired on saying July 31. We'll actually take their depositions on **July 30.**

Thanks,

Matt

---

**From:** Matt Colvin <colvin@fr.com>
**Sent:** Thursday, July 23, 2026 3:36 PM
**To:** jms@etblaw.com; Ben Christoff <christoff@fr.com>; [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; Gbellamy@whe-Law.com; melissa@gillamsmithlaw.com
**Cc:** Sergey Vernyuk <sv@etblaw.com>
**Subject:** RE: 4:26-md-3176 (E.D. Tex.) - Depositions of AS Designs Witnesses

John,

We'll take the depositions of AS Designs and Karlovic remotely on July 31. Is Karlovic going to be the AS Designs corporate designee?

We'll get back to you on our sides' witness availability for the requested dates.

Matt

---

**From:** John M. Skeriotis <jms@etblaw.com>
**Sent:** Thursday, July 23, 2026 2:56 PM
**To:** Ben Christoff <christoff@fr.com>; [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; Gbellamy@whe-Law.com; melissa@gillamsmithlaw.com
**Cc:** Sergey Vernyuk <sv@etblaw.com>
**Subject:** Re: 4:26-md-3176 (E.D. Tex.) - Depositions of AS Designs Witnesses

All,
Having not heard back regarding the below, I presume that Plaintiffs are not taking the depositions of AS Designs or Matt Karlovic.

Given the Court's Order regarding the briefing schedule, our sur-reply brief is now due on August 17. As such, we request deposition dates as follows:

- Week of August 3: Rule 30(b)(6) depositions of ABC IP, Rare Breed, Lawrence DeMonico, and Cameron Smith (if under your control).

We expect to receive documents and responses to our discovery requests no later than Wednesday, July 29. Please confirm.

If I do not hear from you by Friday, July 24, then I request a meet and confer as to the depositions (and possibly the discovery responses) on Monday, July 27.

Turning to Plaintiffs' request for documents, AS Designs, Matt Karlovic and Cal Olson will produce their respective historic information as to the Truist Accounts. We will also provide information related to sales to our Dealers but the identity of the Dealers will not be provided.

Very truly yours,

John M. Skeriotis
Emerson, Thomson & Bennett, LLC
1914 Akron Peninsula Road
Akron, Ohio 44313
330.434.9999 - O
330.434.8888 - F
330.352.4240 - C
www.etblaw.com

> On Jul 15, 2026, at 5:13 PM, John M. Skeriotis <jms@etblaw.com> wrote:
>
> Ben,
> I appreciate Plaintiffs' decision to withdraw their Opposition. In light of that withdrawal, I believe Plaintiffs should likewise withdraw their opposition to the other Motion for Scheduling Order concerning the first consolidated preliminary injunction motion, as it raises the same issues and seeks the same type of relief. I do not see any meaningful distinction between the two, so please let me know whether Plaintiffs are willing to do so.
>
> With respect to the proposed schedule, as I have consistently maintained, any accommodations should be reciprocal and reflect the parties' mutual cooperation. After reviewing your proposal with my clients, we believe several important dates remain unaddressed and that certain accommodations are not reciprocal. Based on your proposal, we suggest the following schedule:
>
> - This week: Meet and confer regarding Plaintiffs' discovery responses;
> - Week of July 20: Plaintiffs provide supplemental discovery pursuant to meet and confer;.

July 30-31: Depositions of Matt Karlovic and AS Designs.

- August 14: Plaintiffs' Reply Brief due.
- August 20-21: Rule 30(b)(6) depositions of ABC IP, Rare Breed, Lawrence DeMonico, and Cameron Smith.
- September 4: Defendants' Sur-reply Brief due.

Our agreement to this schedule is contingent upon Plaintiffs providing complete interrogatory responses and producing all responsive documents, including any documents currently being withheld but that should be produced following our meet and confer during the week of July 20. I am available to conduct that meet and confer this week.

If discovery disputes remain unresolved after the meet and confer, Plaintiffs should agree that the deadlines for the above depositions and Defendants' sur-reply will be extended accordingly so that Defendants are not prejudiced by any delay in receiving the discovery to which they are entitled.

Regarding the depositions, please let me know what time limits Plaintiffs propose for each witness so we can determine whether we are in agreement.

We should also address the handling of deposition transcripts. Given the expedited nature of the schedule, it is unlikely that the witnesses will have sufficient time to review and execute errata sheets before the briefing deadlines. In addition, some testimony may involve Confidential or Attorneys' Eyes Only information. I suggest that confidentiality designations may either be made on the record during the deposition or within an agreed period after receipt of the draft transcript.

Finally, I would like to discuss the preliminary injunction hearing. To streamline the proceedings, I suggest that the parties agree to submit the issue of liability solely on the briefing without presenting live liability witnesses at the hearing. We also propose that each side be permitted an opening and closing argument, with Plaintiffs proceeding first and Defendants having the final argument on both the opening and closing argument.

Please let me know your thoughts.

Very truly yours,

John M. Skeriotis
Emerson, Thomson & Bennett, LLC
1914 Akron Peninsula Road
Akron, Ohio 44313
330.434.9999 - O
330.434.8888 - F
330.352.4240 - C
www.etblaw.com

On Jul 14, 2026, at 10:18 PM, Ben Christoff <christoff@fr.com> wrote:

John,

Taking another look given your request, we are considering withdrawing our opposition to AS Designs' motion for extension and letting the court know that we do not oppose. Below are additional dates consistent with that.

- Shortly: Rare Breed serves its objections to AS Designs' June 24, 2026 first set of expedited interrogatories (numbered as Nos. 1-13)
- Shortly: Rare Breed serves its objections and responses to AS Designs' June 24, 2026 first set of expedited RFPs (Nos. 1-22)
- TBD: R. 30(b)(6) deposition of ABC and Rare Breed
- July 20-22: Depositions of Karlovich and AS Designs
- August 6: Reply
- August 17: Sur-reply

Please let us know your thoughts or if we are overlooking anything.

Thanks,
Ben

**Benjamin J Christoff** :: Fish & Richardson P.C. :: +1-202-626-7724

---

**From:** John M. Skeriotis <jms@etblaw.com>
**Sent:** Tuesday, July 14, 2026 4:19 PM
**To:** Ben Christoff <christoff@fr.com>
**Cc:** Sergey Vernyuk <sv@etblaw.com>; [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; Gbellamy@whe-Law.com; melissa@gillamsmithlaw.com
**Subject:** Re: 4:26-md-3176 (E.D. Tex.) - Depositions of AS Designs Witnesses

Ben,
I need a full briefing schedule. Reply, sur-reply and all discovery.

John M. Skeriotis
Emerson, Thomson & Bennett, LLC
1914 Akron Peninsula Road
Akron, Ohio 44313
330.434.9999 Office
330.352.4240 Cell

> On Jul 14, 2026, at 3:34 PM, Ben Christoff <christoff@fr.com> wrote:
>
> John,
>
> Any of July 20, 21, or 22.

Thanks,
Ben

**Benjamin J Christoff** :: Fish & Richardson P.C. :: +1-202-626-7724

---

**From:** John M. Skeriotis <jms@etblaw.com>
**Sent:** Monday, July 13, 2026 7:39 PM
**To:** Ben Christoff <christoff@fr.com>
**Cc:** Sergey Vernyuk <sv@etblaw.com>; [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; Gbellamy@whe-Law.com; melissa@gillamsmithlaw.com
**Subject:** Re: 4:26-md-3176 (E.D. Tex.) - Depositions of AS Designs Witnesses

[This email originated outside of F&R.]

Ben,
Can you please provide me with dates you are proposing?

John M. Skeriotis
Emerson, Thomson & Bennett, LLC
1914 Akron Peninsula Road
Akron, Ohio 44313
330.434.9999 Office
330.352.4240 Cell

> On Jul 13, 2026, at 8:28 AM, Ben Christoff <christoff@fr.com> wrote:

Hi John,

Now that AS Designs has filed its opposition to Plaintiffs' PI Motion, we ask that you immediately provide (1) the availability of AS Designs' corporate representative and Matthew Karlovic for the week of July 20, and (2) AS Designs' position on an extension of time to file Plaintiffs' reply in support of its PI motion until seven days following those depositions.

As you recall, on May 1, the Court granted Plaintiffs' motion for expedited discovery and ordered the AS Designs defendants to make an AS Designs corporate representative and Matthew Karlovic available for deposition. Dkt. 31. Further, on May 29, AS Designs and Plaintiffs filed a stipulation about the timing of the depositions of AS Designs' corporate representative and Matthew Karlovic, with the goal being that those witnesses would be deposed "(1) after filing of AS Designs' opposition to Plaintiffs' PI Motion, and (2) before Plaintiffs' reply brief in support of their PI Motion." *See* Dkt. 40 at 2-3. With AS Designs' opposition now on file and Plaintiffs' reply deadline set, Plaintiffs need to take the two requested depositions soon and need time to address that evidence in its reply.

Best regards,
Ben

**Benjamin J Christoff**
Principal ■ Fish & Richardson P.C.

**T:** 202 626 7724 | christoff@fr.com

*******************************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
*******************************************************************************************************************

*******************************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
*******************************************************************************************************************

*******************************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
*******************************************************************************************************************

************************************************************************
**************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
************************************************************************
**************************************************