# EXHIBIT 17

# REDACTED IN ITS ENTIRETY