# EXHIBIT 19

[redacted]

1:40 99

# Details

Full Name:

**Cameron Smith**

Email Address:

[redacted]

Comments / questions:

**In today's manufacturing environment, we know that lead times and quote responsiveness can be the difference between hitting a deadline and falling behind. I am reaching out to introduce you to Cam Smith with [redacted] where we specialize in high-quality CNC machining with a focus on speed and reliability. Based in the USA to!**

**We are currently looking to partner with businesses that require precision components and dependable communication. To make the process as seamless as possible, we offer:**

Reply Forward

85

1:43 99

decisions.

Precision Quality: Expertise in aluminum and stainless

Reliable Lead Times: We understand that "on-time" is the only time that matters.

If you have a project on your desk right now—whether it's a single prototype or a production run—I'd love the opportunity to provide a quote. Simply reply to this email or send your files to this email. Or give me a call or text.

I look forward to the possibility of working together.
Best regards,

C. Smith
[redacted]

Reply Forward

85