# EXHIBIT 20

# REDACTED IN ITS ENTIRETY