# EXHIBIT 21

# REDACTED IN ITS ENTIRETY