# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Panel Litigation** | **4:26-md-03176**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON, and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo,"<br><br>*Defendants.* | Civil No. 4:26-CV-00370 |

## ORDER

Pending before the Court is Plaintiffs' Opposed Motion for an Oral Hearing on Their Motion for Temporary Restraining Order (Dkt. #74) and Defendants' Motion to Strike (Dkt. #89) (Dkt. #102). Having considered the Motion and the relevant pleadings, the Court finds that the Motion should be **GRANTED in part.**

It is therefore **ORDERED** that Plaintiffs' Opposed Motion for an Oral Hearing on Their Motion for Temporary Restraining Order (Dkt. #74) and Defendants' Motion to Strike (Dkt. #89) (Dkt. #102) is hereby **GRANTED in part.**

It is further **ORDERED** that the Court will hear arguments on Defendants' Motion to Strike (Dkt. #89) and Plaintiffs' Motion for Temporary Restraining Order (Dkt. #74) on ***Thursday, October 15, 2026, at 9:00 a.m. in Ctrm 208 (Sherman)***. The hearing will take place immediately following the Initial Case Management Conference for MDL 3176.

**IT IS SO ORDERED.**

**SIGNED this 13th day of October, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE