**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo,"<br><br>Defendants. | Civil Action No. 4:26-cv-00370-ALM |

**ORDER DENYING DEFENDANTS' MOTION TO STRIKE**
**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

Before the Court is Defendants AS Designs, LLC, Matthew S. Karlovic, and Calvin Olson's (collectively, "Defendants") Motion to Strike Plaintiffs' Motion for Temporary Restraining Order (Dkt. 89). Having considered the Motion, the supporting briefing and exhibits, and applicable law, the Court concludes that the Motion should be denied.

It is therefore **ORDERED** that Defendants' Motion to Strike Plaintiffs' Motion for Temporary Restraining Order is **DENIED.**

**IT IS SO ORDERED.**