**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM<br>MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo,"<br><br>Defendants. | Civil Action No. 4:26-cv-00370-ALM |

**REPLY DECLARATION OF MATTHEW A. COLVIN IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

I, Matthew A. Colvin, declare as follows:

1. I am a Principal at Fish & Richardson P.C. and counsel for Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify to them.

2. Attached as Exhibit A is a true and correct copy of a post titled "ARHK Update" on the Instagram account "asdesignsfrts," displaying the date October 4, 2026, as it appeared at https://www.instagram.com/asdesignsfrts/p/DeGW3TOusPs/ when it was captured on October 13, 2026.

3. Attached as Exhibit B is a true and correct copy of the Manufacturing and Sale Agreement among Rare Breed Triggers, Inc., Nexus FA LLC, and ABC IP, LLC, produced in this

action as ABCRBT-MDL-0004737–72 and designated Highly Confidential – Attorneys' Eyes Only.

4. Attached as Exhibit C is a true and correct copy of the Product Development Agreement among the same parties, produced in this action as ABCRBT-MDL-0004711–36 and designated Highly Confidential – Attorneys' Eyes Only.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 13, 2026, in Dallas, Texas.

*/s/ Matthew A. Colvin*
Matthew A. Colvin