# EXHIBIT A



asdesignsfrts Follow •••

asdesignsfrts 1w
ARHK Update

The ARHK drop will be in a few weeks. We pushed the drop back to double the size of the initial drop to allow more people to be able to get one. A lot of the feedback and comments we've gotten the past month or so was concerns regarding availability/selling out, so this should significantly help in addition to a limit of 1 for the initial two drops. There will also be a second large drop 2 weeks after the first drop.

Just to clarify, ARHK is completed and fully functional. Everyone who is waiting for one from the initial G3 drop will receive them a few days early.

There will be enough for everyone to

1.7K 322 23

October 4

Add a comment...

More posts from **asdesignsfrts**



Meta About Blog Jobs Help API Privacy Consumer Health Privacy Terms Locations Popular Instagram Lite Meta AI Muse Threads Contact Uploading & Non-Users

English © 2026 Instagram from Meta



asdesignsfrts Follow ···

Just to clarify, ARHK is completed and fully functional. Everyone who is waiting for one from the initial G3 drop will receive them a few days early.

There will be enough for everyone to purchase one as long as they are on the site when the drop starts so stay tuned to our IG for the exact drop date and time.

Thank you everyone for your patience, this will be well worth the wait. We promise 💪

1911_edc 1w
Every single day you wait is another bunch of sales lost. 😂😂😂 even Reddit is finally turning on AS Design
6 likes Reply

1.7K 322 23

October 4

[redacted] Add a comment...

More posts from asdesignsfrts



Meta About Blog Jobs Help API Privacy Consumer Health Privacy Terms Locations Popular Instagram Lite Meta AI Muse Threads Contact Uploading & Non-Users

English © 2026 Instagram from Meta