# EXHIBIT B

# FILED UNDER SEAL IN ITS ENTIRETY