# EXHIBIT C

## FILED UNDER SEAL IN ITS ENTIRETY