**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo,"<br><br>Defendants. | Civil Action No. 4:26-cv-00370-ALM |

**ABC IP, LLC AND RARE BREED TRIGGERS, INC.'S**
**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

ABC IP, LLC and Rare Breed Triggers, Inc. (collectively, "Plaintiffs") respectfully move for leave to file a 40-page Motion for Temporary Restraining Order and Preliminary Injunction Against the ARHK ("Motion"). Defendants do not oppose this Motion for leave to exceed page limits.

Good cause exists to exceed the 15-page limit under Local Rule CV-7(a)(2). The Court granted the same relief for Plaintiffs' earlier Motion for Temporary Restraining Order against the ARHK, enlarging the limit to 30 pages for that motion and for Defendants' opposition. Dkt. 78. The Court denied that motion without prejudice because the ARHK had not been released and Plaintiffs could not yet compare the product itself to the asserted claims. Dkt. 113 at 5–6. Plaintiffs have since received an ARHK from someone who obtained it from AS Designs, and the Motion renews the request with that comparison. It addresses the same four patents, the same new product line and market segment, and the same record developed in expedited discovery, and it adds an element-by-element comparison of the ARHK to the asserted claims. The additional pages will allow Plaintiffs to present that comparison while addressing each of the four TRO/PI factors.

Plaintiffs respectfully request that the Court enlarge the page limit for the Motion from 15 to 40 pages. Plaintiffs also do not oppose a reciprocal enlargement to 40 pages for Defendants' opposition. A proposed order is submitted herewith.

DATED: October 27, 2026

Respectfully submitted,

*/s/ Matthew A. Colvin*

Matthew A. Colvin
Texas Bar No. 24087331
Carl E. Bruce
Texas Bar No. 24036278
Bret T. Winterle
Texas Bar No. 24084249
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
E-mail: colvin@fr.com
bruce@fr.com
winterle@fr.com
Tel: (214) 747-5070
Fax: (214) 747-2091

Benjamin J. Christoff
DC Bar No. 1025635
**FISH & RICHARDSON P.C.**
1000 Maine Avenue SW, Suite 1000
Washington, DC 20024
E-mail: christoff@fr.com
Tel: (202) 783-5070
Fax: (202) 783-2331

Oliver J. Richards
CA Bar No. 310972
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Suite 400
San Diego, CA 92130
E-mail: ojr@fr.com
Tel: (858) 678-5070
Fax: (858) 678-5099

Glenn D. Bellamy (admitted pro hac vice)
**WOOD HERRON & EVANS LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
E-mail: gbellamy@whe-law.com
Tel: (513) 707-0243
Fax: (513) 241-6234

Melissa R. Smith
Texas Bar No. 24001351

**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
E-mail: melissa@gillamsmithlaw.com

*Attorneys for Plaintiffs*
*ABC IP, LLC and Rare Breed Triggers, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 27, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Matthew A. Colvin*
Matthew A. Colvin

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(i), the undersigned certifies that counsel for Plaintiffs have complied with the meet and confer requirement of Local Rule CV-7(h). Counsel for Plaintiffs, Jory Hoffman, Bret T. Winterle, and Oliver J. Richards, conferred by videoconference with counsel for Defendants, John Skeriotis and Sergey Vernyuk, on October 26, 2026. Defendants do not oppose this Motion, provided that they receive a reciprocal enlargement of the page limit for their opposition. Plaintiffs do not oppose that request and have included it in this Motion and the accompanying proposed order. This Motion is therefore unopposed.

*/s/ Matthew A. Colvin*
Matthew A. Colvin