**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON and JOHN DOE, an individual using the alias “s3igu2” and/or “Seagoo Threetwo,”<br><br>Defendants. | Civil Action No. 4:26-cv-00370-ALM |

**DECLARATION OF MATTHEW A. COLVIN IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST THE ARHK**

I, Matthew A. Colvin, declare as follows:

1. My name is Matthew A. Colvin. I am a Principal at Fish & Richardson P.C.

2. I make this declaration based on my personal, first-hand knowledge and on information I receive in the ordinary course of my work. My declarations in support of Plaintiffs' Motion for Temporary Restraining Order (Dkt. 75) and Plaintiffs' reply in support of that motion (Dkt. 110) are on file; this declaration does not repeat them.

3. Attached hereto as Exhibit A are true and correct excerpts of the transcript of the October 15, 2026, hearing before the Court, pages 1–2, 143, 150, 171, 182, and 185 (pages 171 and 182 fall within pages 163–182, argued with the courtroom sealed; filed under seal pursuant to the Protective Order).

4. Attached hereto as Exhibit B are true and correct excerpts of the transcript of the deposition of Lawrence DeMonico, taken September 16, 2026, pages 1, 76, 77, and 85–88 (designated CONFIDENTIAL – AEO; filed under seal pursuant to the Protective Order).

5. I received an ARHK from someone who obtained it from AS Designs.

6. The unit was sent to me on October 21, 2026. I received it on October 22, 2026.

7. I kept the unit in my custody from the time I received it until October 26, 2026, when it was returned to the person who sent it to me. On October 22 and 23, 2026, I took videos and photographs of ARHK and its component parts. I disassembled and reassembled the ARHK but did not otherwise modify the unit while it was in my custody. Those photographs and videos were provided to Rare Breed's expert, Brian Luettke. Attached hereto as Exhibit C are true and correct copies of the photographs (filed under seal pursuant to the Protective Order), including

what the Motion shows as Figure 1 (which has labels added). The videos are being prepared for production to counsel for AS Designs.

8. Attached hereto as Exhibit D is a true and correct capture of AS Designs' ARHK product page, https://activesafetydesigns.com/mp5/arhk/, as it appeared on October 26, 2026, showing the ARHK listed at $519.99 with a button reading "OUT OF STOCK? CLICK HERE."

9. Attached hereto as Exhibit E is a true and correct capture of a post on AS Designs' Instagram account, asdesignsfrts, https://www.instagram.com/p/Deux4apBdmr/, as it appeared on October 27, 2026. The post is dated October 20, 2026, and reads, in part: "Official ARHK drop date will be announced next week."

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 27, 2026, in Dallas, Texas.

*/s/ Matthew A. Colvin*
Matthew A. Colvin