# EXHIBIT D

FREE SHIPPING ON ALL ORDERS!

AS DESIGNS
ACTIVE SAFETY SYSTEMS

Search



1

VIKINGCLOUD™ ASSURANCE CARD

Home > ARHK > ARHK

# ARHK

$519.99

Ejector Lever Selection: *

9mm Lever
308 Lever
5.56 Lever
NO EJECTOR LEVER

OUT OF STOCK? CLICK HERE

We use cookies (and other similar technologies) to collect data to improve your shopping experience. By using our website, you're agreeing to the collection of data as described in our Privacy Policy.

Settings Reject all Accept All Cookies

FREE SHIPPING ON ALL ORDERS!

AS DESIGNS
ACTIVE SAFETY SYSTEMS

7/12 of the parts have been finalized and we are starting production on them today.

We are still finalizing the detent bar, cam, transfer lever, and trigger (and one part that cannot be revealed). We are receiving what we hope to be final samples today and will be doing rigoruous testing for the rest of the week. If testing goes well, the rest of the parts will enter production Monday.

We have these running incredibly well in everything except one of our 308 hosts that is particularly brutal on testing but we want these to be able to hold up in anything you guys will put them in.

We expect production to take roughly 8 weeks and assembly for the first batch will take 2 weeks on top of that. Yes, this means we will not hit our end of July ETA. We understand that this is frustrating for those of you who are waiting but we need to be sure this is 100% ready to take to market before we launch.

We are planning to have 1500 available ready to ship on the drop day. Assuming testing goes well thi weekend and production goes according to schedule we are hoping the drop will be early August. As always, this is not a guarantee and quality is our number one priority so we will not rush a drop and s inferior product.

VIKINGCLOUD™ ASSURANCE CARD

A fully self-contained drop-in cassette trigger unit built on our ARC-Fire technology. Designed from the ground up for HK roller-delayed platforms.

The ARHK installs directly into factory OEM polymer housings with no modifications required. Ejector comes pre-installed, no additional trips, buffers, or auxiliary parts needed in the host.

Three-position selector. Safe / Semi / Active Reset. Aligned with Navy-style housing markings (SEF to follow soon). Semi mode is fully disengaged with no active reset, giving you a standard trigger pull in the second position. Flip to the third position to engage the ARC-Fire clutch for active reset.

Platform compatibility:

We use cookies (and other similar technologies) to collect data to improve your shopping experience. By using our website, you're agreeing to the collection of data as described in our Privacy Policy.

FREE SHIPPING ON ALL ORDERS!

AS DESIGNS
ACTIVE SAFETY SYSTEMS

# CONNECT WITH US

Subscribe to our Newsletter for exclusive offers, company news and events.

Enter your email

SIGN UP

VIKINGCLOUD™ ASSURANCE CARD

## NAVIGATE

## CATEGORIES

## CUSTOMER SUPPORT

© 2026 AS Designs | Sitemap

VISA mastercard AMERICAN EXPRESS DISCOVER

We use cookies (and other similar technologies) to collect data to improve your shopping experience. By using our website, you're agreeing to the collection of data as described in our Privacy Policy.