# EXHIBIT E

Web Capture

Captured: October 27, 2026, 2:32 p.m. CDT
Page title: Instagram
URL: https://www.instagram.com/p/Deux4apBdmr/
Account: asdesignsfrts (AS Designs)

