**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo,"<br><br>Defendants. | Civil Action No. 4:26-cv-00370-ALM |

**PLAINTIFFS' OPPOSED MOTION FOR EXPEDITED BRIEFING ON THEIR MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST THE ARHK (DKT. 117)**

**EXPEDITED CONSIDERATION REQUESTED**

The Court denied Plaintiffs' first motion to restrain the ARHK's launch for one reason: because the ARHK had not been released, Plaintiffs could not yet "point to a physical product or any product specifications that are covered by the Asserted Patents." Dkt. 113 at 5. Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc. (together, "Rare Breed") have now examined that product. Defendants AS Designs, LLC, Matthew S. Karlovic, and Calvin Olson (together, "AS Designs") have not released the ARHK, but Rare Breed has received an ARHK from someone who obtained it from AS Designs. Decl. of Matthew A. Colvin, Dkt. 118, ¶¶ 5–7. Rare Breed's expert has compared photographs of that unit's parts to the asserted claims, element by element. Decl. of

Brian Luettke, Dkt. 117-1, Exs. 2–5. Rare Breed has therefore renewed its request. Dkt. 117 (the "Renewed Motion").

The ARHK's launch is close. On October 4, AS Designs announced that "ARHK is completed and fully functional" and that "[t]he ARHK drop will be in a few weeks." Dkt. 110-1 at 1. And on October 20, AS Designs said it would announce the drop date in a week. Decl. of Matthew A. Colvin, Dkt. 118 ¶ 9, Ex. E. Under the default schedule, briefing on the Renewed Motion would not close until November 24, 2026. *See* L.R. CV-7(e)–(f). By then the ARHK will almost certainly already be on the market.

And the Renewed Motion presents one new issue: whether the ARHK infringes the Asserted Patents in the same way as the ARC-Fire. With the substance of the Renewed Motion overlapping almost entirely with the first TRO Motion, AS Designs does not need 14 days to respond.

Rare Breed therefore moves under Local Rule CV-7(e) for an order setting a schedule for briefing the Renewed Motion as follows:

(1) AS Designs will file its response to the Renewed Motion within five days of its filing, by November 2, 2026;

(2) If the Court is inclined, the Court will hear argument on the TRO after AS Designs files its response on November 2, 2026;

(3) Rare Breed will file its reply in support of the Renewed Motion by November 6;

(4) AS Designs will file its sur-reply in opposition to the Renewed Motion by November 10; and

(5) The Court will hear argument on the PI after AS Designs files its sur-reply on November 10.

AS Designs opposes this motion.

## I. THE COURT SHOULD SHORTEN THE BRIEFING SCHEDULE SO THAT IT CAN RULE BEFORE THE ARHK LAUNCHES

A party may move "for an order of this court lengthening or shortening the response period." L.R. CV-7(e). The default schedule gives AS Designs fourteen days to respond, and each side seven more days for a reply and a sur-reply. L.R. CV-7(e)–(f). Filed on October 27, the Renewed Motion would not be fully briefed until November 24, seven weeks after AS Designs said its drop would come "in a few weeks." Dkt. 110-1 at 2.

A shorter schedule is fair because the Renewed Motion presents one new question. Because the issues are nearly identical, the briefing for this motion will overlap substantially with the first TRO Motion. And the work there is done: the parties briefed the first motion and AS Designs' motion to strike, Dkts. 74, 88, 89, 107, 109, and the Court heard argument on both. Dkt. 105 at 1; Dkt. 113 at 2. The Court then held that Rare Breed may accuse the ARHK in this case, *id.* at 4, and denied the first motion on one ground: Rare Breed could not yet point to a physical ARHK, *id.* at 5. It did not reach the other three factors. *Id.* at 6. The Renewed Motion answers that question with an ARHK unit.

The Court has already recognized the need for speed. At the October 15 hearing, it said it would "try to expedite a decision" on the first motion because the ARHK had "not been introduced to the market yet, but clearly it's going to be at some point shortly." Hr'g Tr. 182:21–23 (Oct. 15, 2026). Rare Breed asks that AS Designs respond within five days. After AS Designs files its response, briefing on the TRO would close and the Court could hear oral argument on the TRO. Rare Breed will file a reply by November 6, with AS Designs' sur-reply due on November 10. The Court could then hear argument on the PI Motion as its availability allows.

## II. CONCLUSION

Rare Breed respectfully requests that the Court enter schedule for briefing the Renewed Motion as follows:

(1) AS Designs will file its response to the Renewed Motion within five days of its filing, by November 2, 2026;

(2) If the Court is inclined, the Court will hear argument on the TRO after AS Designs files its response on November 2, 2026;

(3) Rare Breed will file its reply in support of the Renewed Motion by November 6;

(4) AS Designs will file its sur-reply in opposition to the Renewed Motion by November 10; and

(5) The Court will hear argument on the PI after AS Designs files its sur-reply on November 10.

DATED: October 27, 2026

Respectfully submitted,

*/s/ Matthew A. Colvin*

Matthew A. Colvin
Texas Bar No. 24087331
Carl E. Bruce
Texas Bar No. 24036278
Bret T. Winterle
Texas Bar No. 24084249
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
E-mail: colvin@fr.com
bruce@fr.com
winterle@fr.com
Tel: (214) 747-5070
Fax: (214) 747-2091

Benjamin J. Christoff
DC Bar No. 1025635

FISH & RICHARDSON P.C.
1000 Maine Avenue SW, Suite 1000
Washington, DC 20024
E-mail: christoff@fr.com
Tel: (202) 783-5070
Fax: (202) 783-2331

Oliver J. Richards
CA Bar No. 310972
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Suite 400
San Diego, CA 92130
E-mail: ojr@fr.com
Tel: (858) 678-5070
Fax: (858) 678-5099

Glenn D. Bellamy (admitted pro hac vice)
**WOOD HERRON & EVANS LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
E-mail: gbellamy@whe-law.com
Tel: (513) 707-0243
Fax: (513) 241-6234

Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
E-mail: melissa@gillamsmithlaw.com

***Attorneys for Plaintiffs***
***ABC IP, LLC and Rare Breed Triggers, Inc*.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 27, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Matthew A. Colvin*
Matthew A. Colvin

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rules CV-7(h) and (i), counsel for Plaintiffs have complied with the meet and confer requirement. On October 26, 2026, Jory Hoffman, Bret T. Winterle, and Oliver J. Richards for Plaintiffs conferred by videoconference with John Skeriotis and Sergey Vernyuk for Defendants regarding the relief requested in this motion. Defendants oppose this motion because they believe the proposed schedule does not give them enough time to respond. The discussions have conclusively ended in an impasse, leaving an open issue for the Court to resolve.

*/s/ Matthew A. Colvin*
Matthew A. Colvin