**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo,"<br><br>Defendants. | Civil Action No. 4:26-cv-00370-ALM |

**PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR EXPEDITED BRIEFING ON THEIR MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST THE ARHK**

Before the Court is Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc.'s Opposed Motion for Expedited Briefing on Their Motion for Temporary Restraining Order and Preliminary Injunction Against the ARHK (Dkt. 117). Having considered the Motion, the Court finds that it should be **GRANTED.**

It is therefore **ORDERED** that Defendants shall file any response to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction Against the ARHK (Dkt. 117) on or before November 2, 2026. Plaintiffs shall file any reply on or before November 6, 2026. Defendants shall file any sur-reply on or before November 10, 2026.

**IT IS SO ORDERED.**