**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo,"<br><br>Defendants. | Civil Action No. 4:26-cv-00370-ALM |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL EVIDENCE IN SUPPORT OF THEIR MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST THE ARHK (DKT. 117)**

Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc. (together, "Rare Breed") give notice of new evidence supporting their Motion for Temporary Restraining Order and Preliminary Injunction Against the ARHK. Dkt. 117 (the "Renewed Motion"). Both posts below appeared on Instagram after Rare Breed filed the Renewed Motion on October 27, 2026. Captures are attached to the Supplemental Declaration of Matthew A. Colvin ("Supp. Colvin Decl.").

First, on October 28, 2026, Defendants AS Designs, LLC, Matthew S. Karlovic, and Calvin Olson (together, "AS Designs") posted the following about the ARHK unit Rare Breed received:

> CASE UPDATE/ARHK UPDATE
>
> Unfortunately, we received news yesterday that the TRO we won last week is being reopened due to new evidence being brought

> against us. The TRO was initially denied because the plaintiffs (ABC IP/Rare Breed) could not prove how the ARHK works as they did not have one to examine.
>
> It has been confirmed one of the 5 ARHK Prototypes we loaned to content creators was sent to the plaintiffs and they are now using it as additional evidence in their case against us. We explicitly told influencers that were loaned a prototype that the internal functions were not to be shown yet someone willingly provided a prototype to the plaintiffs to be used against us in court and presumably to further the development of the plaintiffs own roller delay (.308 and 5.56) products that are still uncompleted.
>
> We are absolutely appalled that this person decided to turn their back on the community by aiding the plaintiffs in a frivolous and aggressive lawsuit against us (as well as over 120 other companies and individuals). We consider this action especially malicious against our company, the other 120+ defendants in the MDL, and the 2A community as a whole.
>
> We regret to say that we are not yet sure what this means for the launch of the ARHK but we are doing everything in our power to move forward as planned.
>
> We will keep everyone as up to date as possible while the case progresses and we ask that you continue to support us as well as the other defendants until this egregious litigation has completed.

Supp. Colvin Decl. ¶ 3, Ex. F at 2–3.

Second, on October 29, 2026, the Instagram account @printshootrepeat posted a video, captioned "The ultimate betrayal," that tags AS Designs (@asdesignsfrts). Supp. Colvin Decl. ¶ 4, Ex. G at 11. The speaker holds up a trigger pack and identifies it: "here's my ARHK." *Id.* at 2. He says: "I received this just a few weeks ago when Matt [Karlovic] from AS Designs, shout out to Matt, came over to the range I shoot at and traveled, took his time to come out and show me this thing. We shot a bunch of content." *Id.* at 3–10. The trigger pack in the video appears to be the same product as the ARHK Rare Breed received and the ARHK on AS Designs' product page. Supp. Colvin Decl. ¶ 4; *see* Dkt. 118 ¶¶ 5–7; Dkt. 118-1 at 2. The video shows AS Designs putting ARHK units in others' hands and demonstrating them before launch, consistent with its October 4

statement that the "ARHK is completed and fully functional." Dkt. 110-1 at 2. It also confirms that the ARHK is a physical product already in circulation. *See* Dkt. 113 at 5.




Comments on the video show buyers waiting for the ARHK: one commenter "WANTED ONE BAD"; another wrote of "6 months of waiting"; a third wrote, "I've been waiting to get this." Supp. Colvin Decl. ¶ 4, Ex. G at 17, 13, 14. That demand bears on the imminence of the harm the Renewed Motion describes. *See* Dkt. 117 § IV.B.

Both posts also drew threats. Rare Breed's President, Lawrence DeMonico, has described threats against him and his family that have followed Rare Breed's enforcement of its patents. Dkt. 79-2 ¶¶ 102–07. For example, one commenter previously wrote, "We need a luigi mangione,"

which Mr. DeMonico understood as a reference to the man accused of murdering UnitedHealthcare's CEO in December 2024 and as "a call for comparable lethal violence against Rare Breed and its leadership." *Id.* ¶ 105. Those threats continue. Under AS Designs' October 28 post, one commenter wrote of "telling @rarebreedfirearms to kill themselves." Another wrote: "In the south that's how people go missing.... ! Just saying." A third warned that "the internet will find them." A fourth asked: "Can someone just take the fall and burn down the rare breed building and put them out of business already?" Supp. Colvin Decl. ¶ 3, Ex. F at 4–7. Similar threats now reach a specific content creator whom commenters believe provided the unit to Rare Breed. Under the @printshootrepeat video, commenters wrote: "That creator needs to be disappeared"; "[That] creator should invest in enough rope to hang a potato sack that looks like a solid 200lbs"; "Need to find [his] last name . . . . I know some Luigi type willing to take one for the team"; and "His career is over now let's make him homeless." *Id.* ¶ 4, Ex. G at 16, 18, 19, 15.






@printshootrepeat, the account that posted the video, commented: "please don't incriminate yourselves in the comment section." *Id.* at 12.




Rare Breed files this notice before AS Designs' response is due, so AS Designs may address it there. *See* L.R. CV-7(e). Rare Breed respectfully submits this evidence for consideration with the Renewed Motion.

DATED: November 2, 2026

Respectfully submitted,

*/s/ Matthew A. Colvin*

Matthew A. Colvin
Texas Bar No. 24087331
Carl E. Bruce
Texas Bar No. 24036278
Bret T. Winterle
Texas Bar No. 24084249
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
E-mail: colvin@fr.com
bruce@fr.com
winterle@fr.com
Tel: (214) 747-5070
Fax: (214) 747-2091

Benjamin J. Christoff
DC Bar No. 1025635
FISH & RICHARDSON P.C.
1000 Maine Avenue SW, Suite 1000
Washington, DC 20024
E-mail: christoff@fr.com
Tel: (202) 783-5070
Fax: (202) 783-2331

Oliver J. Richards
CA Bar No. 310972
**FISH & RICHARDSON P.C.**

12860 El Camino Real, Suite 400
San Diego, CA 92130
E-mail: ojr@fr.com
Tel: (858) 678-5070
Fax: (858) 678-5099

Glenn D. Bellamy (admitted pro hac vice)
**WOOD HERRON & EVANS LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
E-mail: gbellamy@whe-law.com
Tel: (513) 707-0243
Fax: (513) 241-6234

Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
E-mail: melissa@gillamsmithlaw.com

***Attorneys for Plaintiffs***
***ABC IP, LLC and Rare Breed Triggers, Inc***.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 2, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Matthew A. Colvin*
Matthew A. Colvin