**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo,"<br><br>Defendants. | Civil Action No. 4:26-cv-00370-ALM |

**SUPPLEMENTAL DECLARATION OF MATTHEW A. COLVIN IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST THE ARHK**

I, Matthew A. Colvin, declare as follows:

1. My name is Matthew A. Colvin. I am a Principal at Fish & Richardson P.C.

2. I make this declaration based on my personal, first-hand knowledge and on information I receive in the ordinary course of my work. My declaration in support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction Against the ARHK (Dkt. 118) is on file; this declaration does not repeat it.

3. Attached hereto as Exhibit F is a true and correct copy of excerpts of captures of a post on AS Designs' Instagram account, @asdesignsfrts, https://www.instagram.com/p/DfDQiUVALnC/, and the comments on it, as it appeared on November 2, 2026. The post was made on October 28, 2026, and reads, in part: "It has been confirmed one of the 5 ARHK Prototypes we loaned to content creators was sent to the plaintiffs and they are now using it as additional evidence in their case against us." Exhibit F's pages are taken from a complete capture of the post and of every comment and reply Instagram displayed on November 2, 2026.

4. Attached hereto as Exhibit G is a true and correct copy of excerpts of captures of a video post on the Instagram account @printshootrepeat, https://www.instagram.com/reel/DfFkPmcAUdw/, and the comments on it, as it appeared on November 2, 2026. The post is dated October 29, 2026, is captioned "The ultimate betrayal," and tags AS Designs (@asdesignsfrts). In the video, the speaker says, in part: "I received this just a few weeks ago when Matt [Karlovic] from AS Designs, shout out to Matt, came over to the range I shoot at and traveled, took his time to come out and show me this thing. We shot a bunch

of content." The trigger pack shown in the video appears to be the same product as the ARHK I received and photographed (Dkt. 118 ¶¶ 5–7) and the ARHK shown on AS Designs' product page (Dkt. 118-1). Exhibit G's pages are taken from a complete capture of the post and of every comment and reply Instagram displayed on November 2, 2026.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 2, 2026, in Dallas, Texas.

*/s/ Matthew A. Colvin*
Matthew A. Colvin