# EXHIBIT F

Page title: AS Designs | CASE UPDATE/ARHK UPDATE Unfortunately, we received news yesterday that the TRO we won last week is being reopened due to new evidence... | Instagram
URL: https://www.instagram.com/p/DfDQiUVALnC/
Captured: November 2, 2026, 9:00 p.m. CST

asdesignsfrts • Follow

MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST THE ARHK

I, Matthew A. Colvin, declare as follows:

1. My name is Matthew A. Colvin. I am a Principal at Fish & Richardson P.C.

2. I make this declaration based on my personal, first-hand knowledge and on information I receive in the ordinary course of my work. My declarations in support of Plaintiffs' Motion for Temporary Restraining Order (Dkt. 75) and Plaintiffs' reply in support of that motion (Dkt. 100) are on file; this declaration does not repeat them.

3. Attached hereto as Exhibit A are true and correct excerpts of the transcript of the October 15, 2026, hearing before the Court, pages 1–2, 143, 150, 171, 182, and 185 (pages 171 and 182 fall within pages 163–182, argued with the courtroom sealed; filed under seal pursuant to the Protective Order).

4. Attached hereto as Exhibit B are true and correct excerpts of the transcript of the deposition of Lawrence DeMonico, taken September 16, 2026, pages 1, 76, 77, and [illegible] (designated CONFIDENTIAL – AEO; filed under seal pursuant to the Protective Order).

5. I received an ARHK from someone who obtained it from AS Designs.

6. The unit was sent to me on October 21, 2026. I received it on October 22, 2026.

7. I kept the unit in my custody from the time I received it until October 26, 2026, when it was returned to the person who sent it to me. On October 22 and 23, 2026, I took videos and photographs of ARHK and its component parts. I disassembled and reassembled the ARHK but did not otherwise modify the unit while it was in my custody. These photographs and videos were provided to Rare Breed's expert, Brian Luettke. Attached hereto as Exhibit C are true and correct copies of the photographs (filed under seal pursuant to the Protective Order), including

3.8K 838 253

asdesignsfrts CASE UPDATE/ARHK UPDATE... more
View all 838 comments
5 days ago

Page title: AS Designs | CASE UPDATE/ARHK UPDATE Unfortunately, we received news yesterday that the TRO we won last week is being reopened due to new evidence... | Instagram
URL: https://www.instagram.com/p/DfDQiUVALnC/comments/
Captured: November 2, 2026, 8:46 p.m. CST

Comments

asdesignsfrts CASE UPDATE/ARHK UPDATE

Unfortunately, we received news yesterday that the TRO we won last week is being reopened due to new evidence being brought against us. The TRO was initially denied because the plaintiffs (ABC IP/Rare Breed) could not prove how the ARHK works as they did not have one to examine.

It has been confirmed one of the 5 ARHK Prototypes we loaned to content creators was sent to the plaintiffs and they are now using it as additional evidence in their case against us. We explicitly told influencers that were loaned a prototype that the internal functions were not to be shown yet someone willingly provided a prototype to the plaintiffs to be used against us in court and presumably to further the development of the plaintiffs own roller delay (.308 and 5.56) products that are still uncompleted.

We are absolutely appalled that this person decided to turn their back on the community by aiding the plaintiffs in a frivolous and aggressive lawsuit against us (as well as over 120 other companies and individuals). We consider this action especially malicious against our company, the other 120+ defendants in the MDL, and the 2A community as a whole.

We regret to say that we are not yet sure what this means for the launch of the ARHK but we are doing everything in our power to move forward as planned.

We will keep everyone as up to date as possible while the case progresses and we ask that you continue to support us as well as the other defendants until this egregious litigation has completed.

5d

juicey_media The creator was Steve_MP5, pretty simple process of elimination. There were only 4 creators the ARHK was sent to, myself being one of them. And only 1 of the 4 has supported RB in recent history...

5d 975 likes Reply

Hide all replies

matt_conder93 @juicey_media the temu juicey was dirty all along...

5d 106 likes Reply

Add a comment...

Page title: AS Designs | CASE UPDATE/ARHK UPDATE Unfortunately, we received news yesterday that the TRO we won last week is being reopened due to new evidence... | Instagram
URL: https://www.instagram.com/p/DfDQiUVALnC/comments/
Captured: November 2, 2026, 8:54 p.m. CST

**Comments**

**nomaddawat97** 18 U.S. Code § 1831. I'm just saying there are seperate chargers, including conspiracy charges, potentially for the guy that handed it over and potentially the company that received it.
5d Reply

**williams.juston** In the south that's how people go missing.... ! Just saying.
5d 2 likes Reply

**massmark65** I hope there's some legal/financial remedy available to you against the 'creator' who sent your property to a third party...
5d 3 likes Reply

**tamashiro.tactical** You may not be able to tag Steve, but you can still comment on all his posts.
5d 5 likes Reply

**rgw_74** It was Steve_MP5
5d Reply

**rgw_74** @benstoeger
5d Reply

5d 5 likes Reply

**theomega1921** Wow.....just...wow....what a douc-he
5d Reply

**strategicbooom**



Add a comment...

Page title: AS Designs | CASE UPDATE/ARHK UPDATE Unfortunately, we received news yesterday that the TRO we won last week is being reopened due to new evidence... | Instagram
URL: https://www.instagram.com/p/DfDQiUVALnC/comments/
Captured: November 2, 2026, 8:55 p.m. CST

Comments

an0malous_anonymous Can't wait to buy one of these
5d 1 like Reply

bearhuntingloser That's gay af
5d 2 likes Reply

jlampkins73 I pray that they were made to sign an nda.. if they were that means it was acquired illegally making it corporate espionage and will throw Rb argument out the door.
5d 3 likes Reply

buffmanrange Who in the heck would do that. Lame.
5d 3 likes Reply

alphafirstmfg Are we still above telling @rarebreedfirearms to kill themselves like David Carradine? The rage and hate I feel is unsettling.
5d 7 likes Reply

redravendefense You must have an idea who it was. And should absolutely name them so others know they are never to be trusted again
5d Reply

mac__320 Good luck. We'll be waiting foe updates.
5d 3 likes Reply

mtdawg169 Name them.
5d 1 like Reply

spenserfenner 👎
5d 1 like Reply

davestrikesback Insane work.
5d 1 like Reply

silentmindz_official Smh

Add a comment...

)

Page title: AS Designs | CASE UPDATE/ARHK UPDATE Unfortunately, we received news yesterday that the TRO we won last week is being reopened due to new evidence... | Instagram
URL: https://www.instagram.com/p/DfDQiUVALnC/comments/
Captured: November 2, 2026, 8:56 p.m. CST

Comments

fisch_stu in a just world, that "content creator" would get blacklisted by the entire industry.
5d 2 likes Reply

timbrew_slice Be a shame if someone name dropped them...
5d 3 likes Reply

squirtbangreplicate its one of 5 infuencer, the internet will find them.... remember the internet is always watching & never sleeps, it does not forgive & it does not forget.
5d 34 likes Reply

Hide all replies

dylan.hines130925 @squirtbangreplicate 2/5 are PSR and Steve_MP5. Psr doesn't follow rare breed on here. Steve does. But that doesn't mean it was him just speculations. There's still 3 other people.
5d 8 likes Reply

dylan.hines130925 @uncle__georgie yeah I have put it together.
5d 1 like Reply

gorilladahspinna



Add a comment...

Page title: AS Designs | CASE UPDATE/ARHK UPDATE Unfortunately, we received news yesterday that the TRO we won last week is being reopened due to new evidence... | Instagram
URL: https://www.instagram.com/p/DfDQiUVALnC/comments/
Captured: November 2, 2026, 8:59 p.m. CST

Comments

**callsignmedicineman** Im so sick of rare greed. I hope that entire company gets incurable cancer. Bunch of traitors.
5d Reply

**parros_gunshop** What a loser
5d 1 like Reply

**roswell_bigvelvet** Whoever did that you're a fag and your moms a ho3
5d· Edited Reply

**aiumatt** @ steve_mp5 gotta explain why he did that shit scum bag
5d Reply

**saucehead810_2** MUTHER Fü@#er!!
5d Reply

**neverending_nathan** Fuck whoever did that, they need to be known and disassociated with an freedom loving 2a brands/communities
5d Reply

**jasontt91** That's some cuck chair energy. What a fucking douchebag.
5d 1 like Reply

**palmetto_tactical_5** Hang the traitor by their nutz and burn the hell out RBT and ABC
5d Reply

**therealwuse** Can someone just take the fall and burn down the rare breed building and put them out of business already?
5d Reply

**squilliam_l** Burn the content creator at the stake
5d Reply

**steve_p1973** You should call out the lame ass bitch gun influencer by name.

Add a comment...