# EXHIBIT G

Page title: Instagram
URL: https://www.instagram.com/reel/DfFkPmcAUdw/
Captured: November 2, 2026, 7:40 p.m. CST
Video paused at: 0:01

Instagram

Log In Sign Up




printshootrepeat • Follow
Danzig • Mother

...

printshootrepeat 4d
The ultimate betrayal

frankendyna208 21h
All in favor of reporting all of Steve's YouTube videos like this comment
Like Reply

reed.julian.onzeima 23h
WHO THE FCK IS STEVE MP5?????
Like Reply

a_k_fordy7 1d
Fuk steve_mp5
Like Reply

sandbag_fpv 1d

10.6K 493

4 days ago

Log in to like or comment.

More posts from printshootrepeat

Page title: Instagram
URL: https://www.instagram.com/reel/DfFkPmcAUdw/
Captured: November 2, 2026, 7:40 p.m. CST
Video paused at: 0:11

Instagram

Log In Sign Up




printshootrepeat • Follow
Danzig • Mother

printshootrepeat 4d
The ultimate betrayal

frankendyna208 21h
All in favor of reporting all of Steve's YouTube videos like this comment
Like Reply

reed.julian.onzeima 23h
WHO THE FCK IS STEVE MP5?????
Like Reply

a_k_fordy7 1d
Fuk steve_mp5
Like Reply

sandbag_fpv 1d

10.6K 493
4 days ago

Log in to like or comment.

More posts from printshootrepeat

Page title: Instagram
URL: https://www.instagram.com/reel/DfFkPmcAUdw/
Captured: November 2, 2026, 7:42 p.m. CST
Video paused at: 0:14

Instagram

Log In Sign Up




printshootrepeat • Follow
Danzig • Mother

...

printshootrepeat 4d
The ultimate betrayal

frankendyna208 21h
All in favor of reporting all of Steve's YouTube videos like this comment
Like Reply

reed.julian.onzeima 23h
WHO THE FCK IS STEVE MP5?????
Like Reply

a_k_fordy7 1d
Fuk steve_mp5
Like Reply

sandbag_fpv 1d

10.6K 493

4 days ago

Log in to like or comment.

More posts from printshootrepeat

Page title: Instagram
URL: https://www.instagram.com/reel/DfFkPmcAUdw/
Captured: November 2, 2026, 7:42 p.m. CST
Video paused at: 0:16

Instagram

Log In Sign Up




printshootrepeat • Follow
Danzig • Mother

printshootrepeat 4d
The ultimate betrayal

frankendyna208 21h
All in favor of reporting all of Steve's YouTube videos like this comment
Like Reply

reed.julian.onzeima 23h
WHO THE FCK IS STEVE MP5?????
Like Reply

a_k_fordy7 1d
Fuk steve_mp5
Like Reply

sandbag_fpv 1d

10.6K 493

4 days ago

Log in to like or comment.

More posts from printshootrepeat

Page title: Instagram
URL: https://www.instagram.com/reel/DfFkPmcAUdw/
Captured: November 2, 2026, 7:42 p.m. CST
Video paused at: 0:18

Instagram

Log In Sign Up




printshootrepeat • Follow
Danzig • Mother

printshootrepeat 4d
The ultimate betrayal

frankendyna208 21h
All in favor of reporting all of Steve's YouTube videos like this comment
Like Reply

reed.julian.onzeima 23h
WHO THE FCK IS STEVE MP5?????
Like Reply

a_k_fordy7 1d
Fuk steve_mp5
Like Reply

sandbag_fpv 1d

10.6K 493

4 days ago

Log in to like or comment.

More posts from printshootrepeat

Page title: Instagram
URL: https://www.instagram.com/reel/DfFkPmcAUdw/
Captured: November 2, 2026, 7:42 p.m. CST
Video paused at: 0:20

Instagram

Log In Sign Up




printshootrepeat • Follow
Danzig • Mother

printshootrepeat 4d
The ultimate betrayal

frankendyna208 21h
All in favor of reporting all of Steve's YouTube videos like this comment
Like Reply

reed.julian.onzeima 23h
WHO THE FCK IS STEVE MP5?????
Like Reply

a_k_fordy7 1d
Fuk steve_mp5
Like Reply

sandbag_fpv 1d

10.6K 493

4 days ago

Log in to like or comment.

More posts from printshootrepeat

Page title: Instagram
URL: https://www.instagram.com/reel/DfFkPmcAUdw/
Captured: November 2, 2026, 7:42 p.m. CST
Video paused at: 0:22

Instagram

Log In Sign Up




printshootrepeat • Follow
Danzig • Mother

printshootrepeat 4d
The ultimate betrayal

frankendyna208 21h
All in favor of reporting all of Steve's YouTube videos like this comment
Like Reply

reed.julian.onzeima 23h
WHO THE FCK IS STEVE MP5?????
Like Reply

a_k_fordy7 1d
Fuk steve_mp5
Like Reply

sandbag_fpv 1d

10.6K 493

4 days ago

Log in to like or comment.

More posts from printshootrepeat

Page title: Instagram
URL: https://www.instagram.com/reel/DfFkPmcAUdw/
Captured: November 2, 2026, 7:42 p.m. CST
Video paused at: 0:23

Instagram

Log In Sign Up




printshootrepeat • Follow
Danzig • Mother

printshootrepeat 4d
The ultimate betrayal

frankendyna208 21h
All in favor of reporting all of Steve's YouTube videos like this comment
Like Reply

reed.julian.onzeima 23h
WHO THE FCK IS STEVE MP5?????
Like Reply

a_k_fordy7 1d
Fuk steve_mp5
Like Reply

sandbag_fpv 1d

10.6K 493
4 days ago

Log in to like or comment.

More posts from printshootrepeat

Page title: Instagram
URL: https://www.instagram.com/reel/DfFkPmcAUdw/
Captured: November 2, 2026, 7:42 p.m. CST
Video paused at: 0:25

Instagram

Log In Sign Up




printshootrepeat • Follow
Danzig • Mother

printshootrepeat 4d
The ultimate betrayal

frankendyna208 21h
All in favor of reporting all of Steve's YouTube videos like this comment
Like Reply

reed.julian.onzeima 23h
WHO THE FCK IS STEVE MP5?????
Like Reply

a_k_fordy7 1d
Fuk steve_mp5
Like Reply

sandbag_fpv 1d

10.6K 493

4 days ago

Log in to like or comment.

More posts from printshootrepeat

Page title: Instagram
URL: https://www.instagram.com/reels/DfFkPmcAUdw/
Captured: November 2, 2026, 8:18 p.m. CST



Page title: Instagram

URL: https://www.instagram.com/reels/DfFkPmcAUdw/

Captured: November 2, 2026, 8:19 p.m. CST



Page title: Instagram
URL: https://www.instagram.com/reels/DfFkPmcAUdw/
Captured: November 2, 2026, 8:19 p.m. CST



Page title: Instagram
URL: https://www.instagram.com/reels/DfFkPmcAUdw/
Captured: November 2, 2026, 8:21 p.m. CST



Page title: Instagram
URL: https://www.instagram.com/reels/DfFkPmcAUdw/
Captured: November 2, 2026, 8:27 p.m. CST



Page title: Instagram
URL: https://www.instagram.com/reels/DfFkPmcAUdw/
Captured: November 2, 2026, 8:28 p.m. CST



Page title: Instagram
URL: https://www.instagram.com/reels/DfFkPmcAUdw/
Captured: November 2, 2026, 8:29 p.m. CST



Page title: Instagram

URL: https://www.instagram.com/reel/DfFkPmcAUdw/

Captured: November 2, 2026, 7:47 p.m. CST

Earlier capture: the d3adlyz3bra comment was not displayed at the signed-in capture

Instagram

Log In Sign Up




printshootrepeat • Follow
Danzig • Mother

timbrew_slice 4d
Shame he destroyed his reputation for (probably) monetary gain.
15 likes Reply

d3adlyz3bra 4d
Thar creator should invest in enough rope to hang a potato sack that looks like a solid 200lbs
Like Reply

michael.kirk.75641297 4d
I hope that whenever he handles any knife, he drops it point down onto his foot. Every single time from now til the day he dies.
1 like Reply

roxybonefab 4d
Steve MP5 eats corn the long way

10.6K 493

4 days ago

Log in to like or comment.

More posts from printshootrepeat

Page title: Instagram

URL: https://www.instagram.com/reel/DfFkPmcAUdw/

Captured: November 2, 2026, about 3:45 p.m. CST

Earlier capture: this comment was no longer on the post at the 7:44 p.m. or signed-in captures

