# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Panel Litigation** | **4:26-md-03176**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo,"<br><br>*Defendants.* | Civil No. 4:26-cv-370 |

## ORDER

Pending before the Court is Plaintiffs' Opposed Motion for Expedited Briefing on their Motion for Temporary Restraining Order and Preliminary Injunction Against the ARHK (Dkt. #119). Having considered the Motion and the relevant pleadings, the Court finds that the Motion should be **GRANTED.** The Court will take up Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction Against the ARHK (Dkt. #117) on an expedited basis and enters the following briefing schedule:

Any response must be filed no later than November 5, 2026, at 12:00 p.m.

The Court will hear argument on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction Against the ARHK (Dkt. #117) on ***Friday, November 6, 2026,*** at ***1:30 p.m.*** at the ***Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas 75090.***

**IT IS SO ORDERED.**

**SIGNED this 3rd day of November, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE