[redacted]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL No. 3176**<br>[redacted] |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo,"<br><br>Defendants. | Civil Action No. 4:26-cv-00370-ALM<br><br>**JURY TRIAL DEMANDED** |

[redacted]

**DECLARATION OF BRIAN LUETTKE IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST THE ARHK**

I, Brian Luettke, declare as follows:

## I. INTRODUCTION AND ASSIGNMENT

1. Counsel for Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc. (together, "Rare Breed") retained me to examine AS Designs, LLC's ARHK trigger and to give my opinions on whether it practices the asserted claims of U.S. Patent Nos. 12,038,247 ("'247 Patent"), 12,578,159 ("'159 Patent"), 12,031,784 ("'784 Patent"), and 12,636,403 ("'403 Patent").

2. I previously submitted two declarations in support of Plaintiffs' preliminary injunction motion in this member action, Dkts. 29-21 and 64-1, and a declaration in support of Plaintiffs' First Consolidated Motion for Preliminary Injunction, MDL Dkt. 8. I incorporate those declarations and their exhibits by reference, and I do not repeat them here except where noted.

3. I am being compensated at my usual rate of $300 per hour. My compensation does not depend on my opinions or on the outcome of this case.

## II. QUALIFICATIONS

4. My qualifications are described in my prior declarations, Dkt. 29-21 ¶¶ 4–10, and MDL Dkt. 8 ¶¶ 4–10, and my curriculum vitae is attached as Exhibit 1. I hold a Bachelor of Arts degree in Criminal Justice from the University of Michigan – Flint and a Master's Degree in Security and Safety Leadership from The George Washington University. I have more than twenty-five years of experience in firearms identification, investigation, and classification, including 22 years as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives. I have testified as an expert or opinion witness 39 times in federal district courts and

[redacted]

twice in Michigan state courts, on subjects that include trigger systems, fire control groups, and the mechanical operation and classification of forced reset triggers, and in January 2026 I testified on the '247 and '784 Patents at a three-day evidentiary hearing in *ABC IP, LLC v. Hoffman*, No. 1:25-cv-00389-CLC-CHS (E.D. Tenn.).

## III. MATERIALS CONSIDERED

5. In forming my opinions, I considered the materials listed in my prior declarations, as well as photographs of the ARHK unit described below; an ARC-Fire unit; AS Designs' ARHK product page, and public statements; the Asserted Patents and their file histories; my claim charts comparing the ARC-Fire to the Asserted Patents (Dkts. 29-22, 29-24, 29-27, 64-2 to 64-4; MDL Dkt. 8-11); and the declaration of AS Designs' expert, Dr. Batzer (Dkt. 51).

## IV. LEGAL STANDARDS

6. Counsel has informed me of the legal standards summarized in my prior declarations, Dkt. 29-21 ¶¶ 33–38. For infringement, I understand that a product infringes a claim if it contains every element of the claim, and that the claims are given their ordinary and customary meaning to a person of ordinary skill in the art unless the patent shows otherwise.

7. I apply the same definition of a person of ordinary skill in the art that I applied in my prior declarations. Dkt. 29-21 ¶ 9.

## V. THE ARHK UNIT AND THE PHOTOGRAPHS I REVIEWED

8. Plaintiffs' counsel, Matthew A. Colvin, had custody of an ARHK that Rare Breed received from someone who obtained it from AS Designs. *See* Colvin ARHK Decl. ¶¶ 5–7. I have reviewed photographs of the unit taken before and during its disassembly.

9. The photographs show the ARHK assembled, including with a side plate or the front housing of its cassette removed, in each of its selector positions, and with its parts moved by hand to show how they interact. They also show the ARHK disassembled. [redacted]

[redacted]

[redacted]

**VI.** [redacted]

10. AS Designs describes the ARHK as "built on [its] ARC-Fire technology." Dkt. 75-25 at 1. [redacted]

11. Figure 1 shows [redacted] Table 1 compares their components.

[redacted]

[redacted]

[redacted]

Table 1. Comparison of ARC-Fire and ARHK parts

| **Part** | **Role** | **ARHK compared with the ARC-Fire** |
|---|---|---|
| *Shown in Figure 1, left to right* | | |
| Selector lever | Turns the selector shaft to the safe, standard semi-automatic, and forced reset semi-automatic positions. | [redacted] |
| Cam | In forced reset semi-automatic mode, rotates so that its lobe forces the trigger to its set position and blocks the pull needed to fire until it is rotated back as the bolt carrier returns to battery. In standard semi-automatic mode, it does not rotate. | [redacted] |
| Lever | Engages the cam in forced reset semi-automatic mode and is disengaged from it in standard semi-automatic mode. The bolt carrier's cycling moves it. | [redacted] |

[redacted]

| Part | Role | ARHK compared with the ARC-Fire |
|---|---|---|
| Detent bar | With the selector lever and ambidextrous selector, forms the selector shaft that carries the cam and lever. | [redacted]. |
| Ambidextrous selector | Turns the selector shaft from the opposite side of the firearm. | [redacted] |
| *Not shown in Figure 1* | | |
| [redacted] | [redacted] | [redacted] |
| Housing | Holds the fire control parts in position. | [redacted] |
| [redacted] | [redacted] | [redacted] |

12. None of the differences I identified changes how the mechanism meets any element of the asserted claims. The ARC-Fire is installed in an AR-15 lower receiver with the firearm’s own hammer and disconnector; [redacted]

13. [redacted]

[redacted]

14. During the bolt carrier's rearward travel, [redacted]

15. [redacted]

16. [redacted]

[redacted]

## VII. THE ARHK PRACTICES THE ASSERTED CLAIMS

17. I compared the ARHK to each asserted claim, element by element. My charts are attached as Exhibits 2 ('247 Patent), 3 ('159 Patent), 4 ('784 Patent), and 5 ('403 Patent). Each chart keeps my earlier evidence for the ARC-Fire and adds the corresponding structure of the ARHK, with photographs of the unit. In my opinion, the ARHK contains every element of the claims summarized below.

| Patent | Asserted claims | Chart |
|---|---|---|
| '247 Patent | 15 | Exhibit 2 |
| '159 Patent | 1, 3, 6, 7, 9–11, 14–17 | Exhibit 3 |
| '784 Patent | 1, 4 | Exhibit 4 |
| '403 Patent | 14, 15, 17, 29, 30, 32, 38, 39 | Exhibit 5 |

[redacted]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 27, 2026, in Arlington, VA.

___________________________________

Brian Luettke

## VIII. EXHIBIT INDEX

| Exhibit | Description |
|---|---|
| 1 | Curriculum vitae of Brian Luettke |
| 2 | Claim chart: ARHK and ’247 Patent |
| 3 | Claim chart: ARHK and ’159 Patent |
| 4 | Claim chart: ARHK and ’784 Patent |
| 5 | Claim chart: ARHK and ’403 Patent |