[redacted]

# EXHIBIT 2
# REDACTED IN ENTIRETY