[redacted]

# EXHIBIT 3
# REDACTED IN ENTIRETY