[redacted]

# EXHIBIT 4
# REDACTED IN ENTIRETY