[redacted]

# EXHIBIT 5
# REDACTED IN ENTIRETY