# EXHIBIT B
# REDACTED IN ENTIRETY