# EXHIBIT C
# REDACTED IN ENTIRETY