**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo,"<br><br>Defendants. | Civil Action No. 4:26-cv-00370-ALM |

**ORDER GRANTING PLAINTIFFS'**
**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

The Court having considered Plaintiffs' Unopposed Motion for Leave to Exceed Page Limits ("Motion" - Dkt. #116),

**IT IS ORDERED** that Plaintiffs' Motion is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the page limit for Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction Against the ARHK is hereby increased from 15 pages to 40 pages;

**IT IS FURTHER ORDERED** that the page limit for Defendants' opposition to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction Against the ARHK is hereby increased from 15 pages to 40 pages.

**IT IS SO ORDERED.**

**SIGNED this 4th day of November, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE