**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo,"<br><br>Defendants. | Civil Action No. 4:26-cv-00370-ALM |

**ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL**

Before the Court is Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc.'s Motion for Leave to File Under Seal (Dkt. #101) Plaintiffs' Opposed Motion for an Oral Hearing (Dkt. #102).

Having considered the Motion, and noting that no response in opposition thereto has been filed, the Court hereby GRANTS the Motion.

It is therefore ORDERED that Dkt. #102 is permitted to be filed under seal.

**IT IS SO ORDERED.**

**SIGNED this 5th day of November, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE