**EXHIBIT 2 – Materials Considered in Relation to Preparing this Declaration**

Asserted patents:

1. U.S. Patent No. 12,031,784 (Dkt. #75-3) and its prosecution history;
2. U.S. Patent Application No. 63/276,090 and its prosecution history;
3. U.S. Patent No. 12,038,247 (Dkt. #75-1) and its prosecution history;
4. U.S. Patent Application No. 63/374,941 and its prosecution history;
5. U.S. Patent No. 12,578,159 (Dkt. #75-2) and its prosecution history;
6. U.S. Patent No. 12,636,403 (Dkt. #75-4) and its prosecution history;
7. U.S. Patent No. 11,724,003 and its prosecution history;
8. U.S. Patent No. 12,036,336 and its prosecution history;
9. U.S. Patent No. 12,274,807 and its prosecution history;
10. U.S. Patent Application No. 63/297,884 and its prosecution history (Dkt. #52-11), disclosing FRT-15-3MD;

Documents from *Rare Breed Triggers, Inc. v. AS Designs, LLC*, No. 4:26-cv-00370-ALM (E.D. Tex.), transferred from No. 1:25-cv-01192 (M.D.N.C):

11. Proposed Second Amended Complaint (Dkt. #20-1);
12. Proposed Third Amended Complaint (Dkt. #39);
13. Plaintiffs' Motion for Preliminary Injunction (Dkt. #32);
14. Declaration of Brian Luettke in Support of Plaintiffs' Motion for Preliminary Injunction (Dkt. #29-21) and Exhibits A-G (Dkt. #29-22 to #29-28);

15. Declaration of Stephen A. Batzer, Ph.D., P.E. dated July 9, 2026 (Dkt. #51) and Exhibits 1-20 (Dkt. #51-1 to #51-20);
16. Declaration of Brian Luettke in Support of Plaintiffs' Reply in Support of Motion for Preliminary Injunction (Dkt. #64-1) and Exhibits H-J (Dkt. #64-2 to #64-4);
17. Declaration of Dr. Joshua C. Harrison, Ph.D., J.D. in Support of Plaintiffs' Reply in Support of Motion for Preliminary Injunction (Dkt. #64);
18. Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction Against the ARHK (Dkt. #117);
19. Declaration of Brian Luettke in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction Against the ARHK (Dkt. #117-1) and Exhibits 1-5 (Dkt. #117-2 to #117-5 and #118-3);
20. Declaration of Matthew A Colvin in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction Against the ARHK (Dkt. #118) and Exhibits A-E (Dkt. #117-6 to #117-8, #118-1, #118-2);

Documents from *In re: Rare Breed Triggers Patent Litig.*, No. 4:26-md-03176-ALM (E.D. Tex.):

21. Plaintiffs' Consolidated Motion for Preliminary Injunction (Dkt. #13) and Appendix A (Dkt. #17-1);
22. Declaration of Brian Luettke in Support of Plaintiffs' Consolidated Motion for Preliminary Injunction (Dkt. #8) and Exhibits A-M (Dkt. #8-1 to #8-13);
23. Exhibits F and J to Declaration of Matthew Colvin in Support of Plaintiffs' Consolidated Motion for Preliminary Injunction (Dkt. #9-6 and #9-10);

Patents and patent applications:

24. U.S. Patent No. 441,547, issued November 25, 1890;
25. U.S. Patent No. 1,132,601, issued March 23, 1915;
26. U.S. Patent No. 2,056,975, issued October 13, 1936 ("Michal I");
27. U.S. Patent No. 2,139,691, issued December 13, 1938 ("Michal II");
28. U.S. Patent No. 2,539,447, issued January 30, 1951 ("Lochhead"; Dkt. #52-12);
29. U.S. Patent No. 3,045,555, issued July 24, 1962 ("Stoner"; Dkt. #52-8);
30. U.S. Patent No. 4,023,465, issued May 17, 1977 ("Inskip"; Dkt. #52-7);
31. U.S. Patent No. 4,449,627, issued May 22, 1984;
32. U.S. Patent No. 5,463,984, issued November 7, 1995;
33. U.S. Patent No. 7,398,723, issued July 15, 2008 ("Blakley"; Dkt. #52-9);
34. U.S. Patent No. 9,146,067, issued September 29, 2015 ("Stakes"; Dkt. #52-10);
35. U.S. Patent No. 9,267,751, issued February 23, 2026;
36. U.S. Patent No. 9,568,264, issued February 14, 2017;
37. U.S. Patent No. 9,939,221, issued April 10, 2018;
38. U.S. Patent No. 9,945,083, issued April 17, 2018;
39. U.S. Patent No. 9,952,013, issued April 24, 2018 ("Fellows");
40. U.S. Patent No. 10,337,818, issued July 2, 2019 ("Sampson");
41. U.S. Patent No. 10,514,223, issued December 24, 2019 ("Rounds"; Dkt. #52-5);
42. U.S. Patent No. 10,767,950, issued September 8, 2020;
43. Tim Hoffman's U.S. Patent App. No. 63/377,498, filed September 28, 2022, titled "Active Firearm Trigger Mechanism," disclosing Super Safety (Dkt. #52-14);
44. U.S. Patent App. Pub. No. 2007/0266845, published November 22, 2007;

45. U.S. Patent App. Pub. No. 2009/0151213, published June 18, 2009;
46. U.S. Patent App. Pub. No. 2010/0269302, published October 28, 2010;
47. U.S. Patent App. Pub. No. 2012/0198809, published August 9, 2012;
48. U.S. Patent App. Pub. No. 2013/0014417, published January 17, 2013;
49. U.S. Patent App. Pub. No. 2013/0104344, published May 2, 2013;
50. U.S. Patent App. Pub. No. 2014/0329632, published November 6, 2014;
51. U.S. Patent App. Pub. No. 2014/0338523, published November 20, 2014 ("Daley"; Dkt. #52-6);
52. European Patent No. EP 2,950,033 B1, issued November 23, 2016, and its English translation from Google Patents ("Ostanin");

Products:

53. AS Designs Super Safety Kit;
54. AS Designs ARC-Fire kit;
55. AS Designs ARHK;
56. Geissele pre-cut trigger kit (for the Super Safety and ARC-Fire);
57. Lower with the Super Safety installed;
58. MP5 slip trip;
59. Z3 Super Safety;
60. Z3 precut trigger;
61. Tommy Triggers FRT-15-3MD;
62. MARC Selector;
63. TacCon 3MR;

Other:

64. "Super Safety," Hoffman Tactical LLC, https://hoffmantactical.com/designs/super-safety/;
65. "Introducing the Super Safety," YouTube video posted by Hoffman Tactical on July 21, 2023, https://www.youtube.com/watch?v=i1ADTvaYhY4;
66. "Semiautomatic Super Safety: How It Works," YouTube video posted by Fitty% on May 18, 2024, https://www.youtube.com/watch?v=KIxsnh2fFTo&rco=1;
67. "Super Safety: 3D Printed Active Trigger System," v.4.4 (June 19, 2023; Dkt. #20-6) and accompanying drawings, Hoffman Tactical;
68. Complaint in *Rare Breed Triggers, LLC v. Strbac*, No. 1:22-cv-00280 (N.D. Ohio), ECF No. 1 (Dkt. #17-2);
69. "Tommy Trigger's Alamo 15 and Rare Breed FRT/E3 Safety Selector Guide," YouTube video posted by Bingly on June 29, 2022, https://www.youtube.com/watch?v=00mQ2mfjqfU;
70. Declaration of Timothy S. Hoffman, dated July 7, 2026, filed in this MDL (Dkt. #52-13);
71. "Forced Reset Selector User's Manual," Atrius Development Group, available at https://atrius.dev/content/Atrius_FRS_Manual_Final_7-13-26.pdf;
72. TacCon 3MR Trigger website (taccon3mr.com) archived on June 21, 2023, and July 14, 2025, by the Internet Archive's Wayback Machine;
73. "TacCon 3MR Trigger," posted on May 15, 2015 on NRA Shooting Illustrated.com, available at https://www.shootingillustrated.com/content/taccon-3mr-trigger/;

74. Declaration of Ryan D. Cook, MS, PE in Support of Defendants' Opposition to Plaintiffs' Consolidated Motion for Preliminary Injunction and Exhibits G1-G4 (Dkt. #71-7 to #71-11 in *ABC IP, LLC v. Mister Guns, LLC*, No. 2:26-cv-00056-ALM (E.D. Tex.)).