# EXHIBIT 3

# Filed Under Seal
# [Redacted Entirely]