# EXHIBIT 4

# Filed Under Seal
# [Redacted Entirely]