# EXHIBIT 5

# Filed Under Seal
# [Redacted Entirely]