# EXHIBIT 6

# Filed Under Seal
# [Redacted Entirely]