# EXHIBIT B

# Outgoing Payments Report

BANK OF AMERICA

**Company:** Fish and Richardson Pc
**Requester:** Ashmead, Andraya
**Run Date:** 11/12/2026 4:21:30 PM CST

## Domestic High Value (Wire)

**Payment Category:Urgent/Wire**

**Status:** Confirmed By Bank
**Transaction Number:** T0QCKV03BKBSAGOS

### Debit Account Information

**Debit Bank:** [redacted]
**Debit Account:** [redacted]
**Debit Account Name:** [redacted] Account
**Debit Currency:** USD

### Beneficiary Details

**Beneficiary Name:** US District Court TXE
**Beneficiary Address:** NA
**Beneficiary City:** NA
**Beneficiary Postal Code:**
**Beneficiary Country:** US - United States of America

**Beneficiary Account:** [redacted]
**Beneficiary Bank ID:** [redacted]
US DEPARTMENT OF THE TREASURY
33 LIBERTY ST
NEW YORK CITY
US - United States of America
**Beneficiary Email:**
**Beneficiary Mobile Number:**

### Payment Details

**Credit Currency:** USD
**Credit Amount:** 250.00
**Value Date:** 11/12/2026

### Optional Information

**Sender's Reference Number:**
**Beneficiary Information:** 26-cv-00370 Security Bond
Matt Colvin [redacted]

### Additional Routing

**Intermediary Bank ID:**
**Receiver Information:**

### Control Information

**Input:** aashmead
**Approved:** ml357516
**Initial Confirmation:** WTX:202611200938276
**Confirmation #:** FEDR:20261112B6B7HU1R030505
**Input Time:** 11/12/2026 4:19:49 PM CST
**Time:** 11/12/2026 4:20:18 PM CST