**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM<br>MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo,"<br>Defendants. | Civil Action No. 4:26-cv-00370-ALM |

**ABC IP, LLC AND RARE BREED TRIGGERS, INC.'S OPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR THEIR REPLY IN SUPPORT OF THEIR MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST THE ARHK**

ABC IP, LLC and Rare Breed Triggers, Inc. (collectively, "Plaintiffs") respectfully move for leave to file a reply of up to 18 pages in support of their Motion for Temporary Restraining Order and Preliminary Injunction Against the ARHK ("Motion"), Dkt. 117. Defendants oppose this motion for leave to exceed page limits.

Good cause exists to exceed the five-page limit for replies under Local Rule CV-7(a)(2). The Court enlarged the page limits for the Motion and for Defendants' opposition to 40 pages. Dkt. 123. Defendants filed a 28-page opposition supported by a new declaration from Dr. Stephen A. Batzer, which attaches claim charts setting out noninfringement positions for each of the four asserted patents. Dkt. 124; Dkt. 124-1; Dkts. 124-4 to 124-7. The reply responds to those positions and addresses Defendants' arguments on each remaining injunction factor.

Plaintiffs also intend the reply to serve as their preliminary-injunction reply. After Defendants filed their opposition, the Court entered a temporary restraining order and directed the parties to meet and confer on a schedule for the remaining preliminary-injunction briefing. Dkt. 129 at 9. Addressing the remaining issues in a single reply should conserve the resources of the Court and the parties.

Plaintiffs respectfully request that the Court enlarge the page limit for their reply from 5 to 18 pages. Plaintiffs do not oppose a reciprocal enlargement to 18 pages for any sur-reply Defendants file. A proposed order is submitted herewith.

DATED: November 13, 2026

Respectfully submitted,

/s/ Matthew A. Colvin

Matthew A. Colvin
Texas Bar No. 24087331
Carl E. Bruce
Texas Bar No. 24036278
Bret T. Winterle
Texas Bar No. 24084249
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
E-mail: colvin@fr.com
bruce@fr.com
winterle@fr.com
Tel: (214) 747-5070
Fax: (214) 747-2091

Benjamin J. Christoff
DC Bar No. 1025635
FISH & RICHARDSON P.C.
1000 Maine Avenue SW, Suite 1000
Washington, DC 20024
E-mail: christoff@fr.com
Tel: (202) 783-5070
Fax: (202) 783-2331

Oliver J. Richards
CA Bar No. 310972

FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
E-mail: ojr@fr.com
Tel: (858) 678-5070
Fax: (858) 678-5099

Glenn D. Bellamy (admitted pro hac vice)
WOOD HERRON & EVANS LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
E-mail: gbellamy@whe-law.com
Tel: (513) 707-0243
Fax: (513) 241-6234

Melissa R. Smith
Texas Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
E-mail: melissa@gillamsmithlaw.com

Attorneys for Plaintiffs
ABC IP, LLC and Rare Breed Triggers, Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 13, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Matthew A. Colvin
Matthew A. Colvin

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), the undersigned certifies that counsel for Plaintiffs have complied with the meet and confer requirement of Local Rule CV-7(h). Counsel for Plaintiffs, Matthew Colvin and Benjamin Christoff, reached out throughout the day on November 13, 2026, via email to confer with counsel for Defendants, John Skeriotis and/or Sergey Vernyuk, on this motion. Counsel for Defendants declined to respond. In the final email attempt at the close of business, Mr. Colvin informed counsel for Defendants that counsel for Plaintiffs would mark them opposed if they did not respond. Counsel for plaintiffs then afforded counsel for Defendants several more hours to respond, and they again did not respond. Counsel for Defendants thus oppose enlargement of the page limit for the Reply In Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction Against the ARHK (Dkt. 117) that Plaintiffs file and have included that enlargement in this Motion and the accompanying proposed order. This Motion is therefore opposed.

/s/ Matthew A. Colvin
Matthew A. Colvin