**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo,"<br><br>Defendants. | Civil Action No. 4:26-cv-00370-ALM |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' OPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR THEIR REPLY**

The Court having considered Plaintiffs' Opposed Motion for Leave to Exceed Page Limits for Their Reply in Support of Their Motion for Temporary Restraining Order and Preliminary Injunction Against the ARHK ("Motion"),

IT IS ORDERED that Plaintiffs' Motion is hereby GRANTED;

IT IS FURTHER ORDERED that the page limit for Plaintiffs' reply in support of their Motion for Temporary Restraining Order and Preliminary Injunction Against the ARHK, Dkt. 117, is hereby increased from 5 pages to 18 pages;

IT IS FURTHER ORDERED that the page limit for any sur-reply by Defendants in opposition to that motion is hereby increased from 5 pages to 18 pages.

IT IS SO ORDERED.