IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: RARE BREED TRIGGERS PATENT LITIGATION | CASE NO. 4:26-md-03176-ALM |
| RARE BREED TRIGGERS, INC. et al.,<br>Plaintiffs,<br>vs.<br>AS DESIGNS, LLC et al.,<br>Defendants. | (CASE NO. 4:26-cv-00370-ALM)<br><br>CHIEF JUDGE AMOS L. MAZZANT |

**DECLARATION OF STEPHEN A. BATZER, PH.D., P.E.**

I, Stephen A. Batzer, having personal knowledge of the facts stated herein, and being of legal age and sound mind and memory, do hereby declare as follows:

1. I have been retained to provide expert opinions on behalf of Defendants AS Designs, LLC, Matthew S. Karlovic, and Calvin Olson in this action.

2. I have been asked to provide my opinion regarding U.S. Patent Nos. 12,031,784 (the "'784 Patent"), 12,038,247 (the "'247 Patent"), 12,529,538 (the "'538 Patent"), and 12,578,159 (the "'159 Patent") (collectively, the "asserted patents") from the perspective of a person of ordinary skill in the art relevant to those patents ("POSA").

3. This declaration is specifically prepared in support of Defendants' sur-reply to Plaintiffs' August 6, 2026 Reply in support of their April 27, 2026 Motion for Preliminary Injunction ("PI Motion") filed in this case, which was accompanied by the August 6, 2026 Declaration of Brian Luettke ("Luettke Reply Declaration") and the August 6, 2026 Declaration of Dr. Joshua Harrison ("Harrison Declaration").

4. I previously provided a declaration (executed July 9, 2026, "Opposition Declaration") in support of Defendants' Opposition to the PI Motion. I will not repeat here what I said in my Opposition Declaration, which is incorporated here by reference.

5. In preparing this declaration, I have reviewed a number of materials in order to inform and support my opinions. A list of those materials is attached to this declaration as Exhibit A. In forming the opinions expressed herein, I have considered those materials, the relevant legal standards, and my own knowledge and experience in the field of firearms.

## I. SUR-REPLY TO INFRINGEMENT ALLEGATIONS

6. The PI Motion was supported by the April 24, 2026 Luettke Declaration, to which I responded in my Opposition Declaration. In reply, Plaintiffs submitted the Luettke Reply Declaration, to which I now respond.

### A. '784 Patent

7. Exhibit H to the Luettke Reply Declaration replies to Exhibit 3 of my Opposition Declaration.

8. My sur-reply to Luettke's Exhibit H is in Exhibit B to this declaration.

### B. '247 Patent

9. Exhibit I to the Luettke Reply Declaration replies to Exhibit 4 of my Opposition Declaration.

10. My sur-reply to Luettke's Exhibit I is in Exhibit C to this declaration.

### C. '159 Patent

11. Exhibit J to the Luettke Reply Declaration replies to Exhibit 5 of my Opposition Declaration.

12. My sur-reply to Luettke's Exhibit J is in Exhibit D to this declaration.

## II. INVALIDITY OF THE ASSERTED PATENTS

13. As explained in my Opposition Declaration, it is my opinion that the asserted patent claims are invalid.

14. Plaintiffs submitted the Harrison Declaration to respond to my Opposition Declaration regarding the asserted patents' validity.

15. Plaintiffs have recently submitted the November 12, 2026 Declaration of Dr. Joshua Harrison ("Harrison ARHK Declaration") in support of their Motion for Temporary Restraining Order and Preliminary Injunction Against the ARHK. The bulk of the Harrison ARHK Declaration restates the prior Harrison Declaration, with certain revisions, and adds his opinion regarding another patent asserted against the ARHK. See Harrison ARHK Declaration ¶¶ 12, 249. I will therefore respond to the latest presentation of his opinions (i.e., the Harrison ARHK Declaration) by the appropriate deadline and incorporate that forthcoming response here by reference. See Harrison ARHK Declaration ¶250 (incorporating by reference a future declaration that he plans to submit).

16. I reserve the right to amend or supplement the opinions expressed in this declaration, including based on any new information that comes to light. This is especially the case because, as noted above, this declaration is being prepared regarding Plaintiffs' Motion for Preliminary Injunction, on a preliminary and expedited record with limited discovery.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: Nov 16, 2026
Date

[signature]
Stephen A. Batzer, Ph.D., P.E.