IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: RARE BREED TRIGGERS PATENT LITIGATION | CASE NO. 4:26-md-03176-ALM |
| RARE BREED TRIGGERS, INC. et al.,<br>Plaintiffs,<br>vs.<br>AS DESIGNS, LLC et al.,<br>Defendants. | (CASE NO. 4:26-cv-00370-ALM)<br><br>CHIEF JUDGE AMOS L. MAZZANT |

**DECLARATION OF SERGEY VERNYUK**

I, Sergey Vernyuk, having personal knowledge of the facts stated herein, and being of legal age and sound mind and memory, do hereby declare as follows:

1. I am co-counsel for Defendants AS Designs, LLC, Matthew S. Karlovic, and Calvin Olson, and I execute this declaration in my capacity as co-counsel for Defendants in this action.
2. Attached as Exhibit A is a true and accurate copy of transcript excerpts of a deposition of Cole Leleux taken on September 17, 2026.
3. Attached as Exhibit B is a true and accurate copy of the image file wrapper of U.S. Patent App. No. 63/605,793 obtained from the USPTO's Patent Center website.
4. Attached as Exhibit C is a true and accurate copy of an excerpt from the image file wrapper of U.S. Patent App. No. 18/968,984 obtained from the USPTO's Patent Center website.

5. Attached as Exhibit D is a true and accurate copy of transcript excerpts of a deposition of Lawrence DeMonico taken on September 16, 2026.
6. Attached as Exhibit E is a true and accurate copy of an excerpt from the image file wrapper of U.S. Patent App. No. 18/968,984 obtained from the USPTO's Patent Center website.
7. Attached as Exhibit F is a true and accurate copy of the USPTO Director's February 18, 2026 Notice of Decisions on Institutions obtained from the USPTO's Patent Trial and Appeal Case Tracking System.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 16, 2026 ______________________________

Sergey Vernyuk