Doc Code: **TR.PROV**
Document Description: Provisional Cover Sheet (SB16)

PTO/SB/16 (11-08)
Approved for use through 05/31/2015. OMB 0651-0032
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

# Provisional Application for Patent Cover Sheet

This is a request for filing a PROVISIONAL APPLICATION FOR PATENT under 37 CFR 1.53(c)

## Inventor(s)

Inventor 1 [Remove]

| Given Name | Middle Name | Family Name | City | State | Country |
|---|---|---|---|---|---|
| Cameron | Lee | Smith | Wabash | IN | US |

All Inventors Must Be Listed – Additional Inventor Information blocks may be generated within this form by selecting the **Add** button. [Add]

| **Title of Invention** | Super Safety Dual Cam Selector |
|---|---|
| Attorney Docket Number (if applicable) | TPP77777 |

## Correspondence Address

Direct all correspondence to (select one):

| ◉ The address corresponding to Customer Number | ○ Firm or Individual Name |
|---|---|
| Customer Number | 062439 |

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.

◉ No.

○ Yes, the invention was made by an agency of the United States Government. The U.S. Government agency name is:

○ Yes, the invention was under a contract with an agency of the United States Government. The name of the U.S. Government agency and Government contract number are:

EXHIBIT
B

Doc Code: **TR.PROV**
Document Description: Provisional Cover Sheet (SB16)

PTO/SB/16 (11-08)
Approved for use through 05/31/2015. OMB 0651-0032
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

**Entity Status**
**Applicant asserts small entity status under 37 CFR 1.27 or applicant certifies micro entity status under 37 CFR 1.29**

- ○ Applicant asserts small entity status under 37 CFR 1.27
- ◉ Applicant certifies micro entity status under 37 CFR 1.29. Applicant must attach form PTO/SB/15A or B or equivalent.
- ○ No

## Warning

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

## Signature

Please see 37 CFR 1.4(d) for the form of the signature.

| | | | | | |
|---|---|---|---|---|---|
| Signature | /Kejun Gu/ | | | Date (YYYY-MM-DD) | 2023-12-04 |
| First Name | Kejun | Last Name | Gu | Registration Number (If appropriate) | L1274 |

This collection of information is required by 37 CFR 1.51. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 8 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **This form can only be used when in conjunction with EFS-Web. If this form is mailed to the USPTO, it may cause delays in handling the provisional application.**

# Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or paten. Accordingly, pursuant to the requirements of the Act, please be advised that : (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, t o a n other federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9

# Super Safety Dual Cam Selector

## FIELD OF THE INVENTION

The present invention relates generally to a super safety dual cam selector. More specifically, the present invention is a device that replaces the standard safety of an AR-15.

## BACKGROUND OF THE INVENTION

A firearm safety catch encompasses various safety mechanisms integral to responsible gun design, aimed at preventing accidental discharges and ensuring overall safety. One common type is the manual safety switch, typically located near the trigger or on the firearm's frame, which physically obstructs the firing mechanism when engaged. Trigger safety, integrated directly into the trigger, requires a specific action for the trigger to move, preventing unintentional pulls. A grip safety, found in certain handguns, necessitates depression by the shooter's hand for the firearm to fire. Other safety features include a drop safety or firing pin block to prevent accidental discharges if the firearm is dropped, and a magazine disconnect safety that inhibits firing when the magazine is removed. These safety catches collectively contribute to responsible firearm handling, and users are encouraged to familiarize themselves with these features, adhering to proper procedures to ensure safe gun ownership.

An objective of the present invention is to provide users with a device that turns a standard AR-15 into a three-position fire control unit. The present invention intends to provide users with a device that can create a semi-automatic, active reset and safety fire position. In order to accomplish that, a preferred embodiment of the present invention comprises a slot, a dual cam, a pin track, and a lever. Further, the slot secures the lever in place allowing it to engage with the firearm. Thus, the present invention is a safety dual cam selector that provides the firearm user with a three-position fire control unit.

## SUMMARY OF THE INVENTION

The present invention is a dual cam system to help with providing an active reset mode, a semi-automatic mode, and a standard safety mode. The present invention seeks to provide users with a device that rotates due to a force on the lever, moving the dual cam into positions needed for reset mode, semi-automatic mode, and standard safety mode. In order to accomplish this the present invention comprises a slot that receives the lever. Further, the dual cam engages with the external trigger. Additionally, the pin track selects the position and fire rate of the firearm. Further, the lever transfers torque onto the dual cam and thus rotates the present invention. Thus, the present invention is a safety dual cam selector that provides the firearm user with a three-position fire control unit.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a top perspective view of the present invention.

FIG. **2** is a bottom perspective view of the present invention.

FIG. **3** is a front view of the present invention.

FIG. **4** is a rear view of the present invention.

FIG. **5** is a right -side view of the present invention.

FIG. **6** is a left-side view of the present invention.

FIG. **7** is a top view of the present invention.

FIG. **8** is a bottom view of the present invention.

FIG. **9** is a perspective view of the present invention engaged with the lever.

DETAIL DESCRIPTIONS OF THE INVENTION

All illustrations of the drawings are for the purpose of describing selected versions of the present invention and are not intended to limit the scope of the present invention.

As shown in FIG. **1-9**, the present invention is installed into the receiver of an AR-15 or other standard firearm to replace a standard safety mechanism. An objective of the present invention is to provide users with a standard safety selector replacement that provides a three-position fire control unit. The present invention intends to provide users with a device that can rotate within the firearm receiver to engage various firing modes. To accomplish this the present invention comprises a slot, a dual cam, a pin track, and a lever. Many of these components allow for the user to select three main firing modes by simply pushing the present invention while engaged within the firearm receiver. The slot traversed down the side of the present invention and receives the lever. The dual cam is positioned adjacent to the slot with the pin track positioned above the dual cam. Thus, the present invention is a safety dual cam selector that provides the firearm user with a three-position fire control unit.

The present invention utilizes a slot to receive the lever that engages with the trigger of the firearm. The present invention is designed with a stainless-steel material with a cylindrical shape. The slot is an ovular shaped slot with a narrow opening that traverse from the top of the present invention towards the bottom of the present invention as shown in FIG. **1**. The slot does not traverse completely through the present invention. In its preferred embodiment the slot is designed to engage with the lever with a low tolerance to ensure the lever stays properly engaged when sliding and positioned within the slot. It should be further noted that the slot can be created in many various shapes and sizes and can receive various shaped levers while still staying within the scope of the present invention.

The dual cam is positioned offset the slot and is positioned towards the bottom side of the present invention cylindrical surface. The dual cam is designed to rotate in place which engages with an external cam follower and tail of the firearm trigger. As the dual cam rotates this mechanically engages with the firearm trigger, rotating the trigger

backwards into the standard 'ready' position. The dual cam is designed as two indentations that slope into the present invention body in a mirrored fashion as seen in FIG. **5**.

The pin track is positioned offset and above the dual cam. The pin track recedes into the surface of the present invention cylindrical body. The pin track is designed with a plurality of ridges and indentations to create three sections along the surface of the present invention cylindrical body. The pin track comprises three sections being the active reset section, the semi-automatic section, and the safety section. In its preferred embodiment the active reset section resets the pressure and forces the external trigger to reset. The semi-automatic section engages the firearm into a normal standard FCG. Finally, the safety section engages the firearm to operate as a standard safety unit where that prevents the external trigger from being pulled regardless of the position the dual cam is rotated to.

The lever is designed with a stainless-steel material with an oblong shape that engages with the slot. The lever comprises a dovetail that is received by the slot with a low tolerance to ensure proper engagement and facilitate only lateral motion when positioned within the slot. The lever is designed to receive an external force, thus creating a torque force on the present invention cylindrical body, rotating the present invention. The lever is designed to rotate either forwards or backwards about 8 to 12 degrees.

The present invention is designed to replace the standard safety within the receiver of a firearm such as an AR-15. The present invention engages with external components within a standard firearm as explained below. In its preferred embodiment the trigger and disconnector are pivotally mounted to the receiver by a transverse pin and pushed forward by a spring. The hammer is pivotally mounted to the receiver by a transverse pin and is pushed forward and can be rotated by a spring. The detent is contained in a passage within the receiver and is pushed up against the cam by a spring. The bolt carrier reciprocates within the upper receiver. When the hammer is cocked and the trigger is forward, in the reset position, the firearm is ready to fire. When the trigger bow is pulled to the rear by the operator, the trigger sear releases the hammer sear, allowing the hammer to swing forward under spring pressure. The striking surface of the

hammer strikes the firing pin firing the firearm. As the trigger bow is pulled, the tail of the trigger moves up into the cam.

The cam follower slides against the cam surface, rotating the cam forward until the upper surface of the trigger is resting in the relief area of the modified trigger. The disconnector is rotated forward about its pivot congruent with the motion of the trigger. This allows the fire control group and mechanism to be in the fired state. This is when the hammer falls, and the trigger bow is pulled. As the bolt carrier moves to the rear under gas pressure, the hammer cam point pivotally displaces the hammer back down into the former ready state. The tail of the hammer may push the lever out of its path as it swings back, this is not critical to the operation of the mechanism. The disconnector sear on the hammer snaps past and may engage with the disconnector sear. The hammer is held down by the hammer cam surface as the bolt carrier continues to move in towards the back of the firearm.

As the bolt carrier continues to move the hammer cam point presses against the reset surface of the lever, rotating the lever towards the back. As the lever rotates it transfers torque to the cam via the dovetail joint. As the dual cam rotates the cam surface slides against the cam follower, moving the tail of the trigger down, rotating the trigger back into the former ready position. The trigger sear then engages the hammer sear. The disconnector pivots back rearward about its pivot congruent with the motion of the trigger. The disconnector sear on the hammer may no longer engage with the disconnector sear.

The fire control group and mechanism are in the reset position. The bolt carrier is in its most rearward position, the lever is held to the rear by the hammer cam surface and the cam is rotated so that the neutral surface is against the top surface of the trigger tail. The trigger is held in the reset position by the cam and cannot be pulled by the operator as the neutral surface is blocking the trigger's tail from moving up. As the bolt carrier moves forward again under spring pressure, the hammer is released by the hammer cam surface and the hammer sear engages the trigger sear, preventing the hammer from falling. As the bolt carrier moves forward the rear surface of the bolt carrier presses against the tip of the lever rotating the lever forward. The dovetail joint does not immediately transfer torque from the lever to the cam. The lever pivots in the cam until

the void is filled. Once the void is filled the hammer can transfer torque to the cam via the upper and lower contact surfaces. The void, the lower contact surface, and the upper contact surface are on arbitrary sides of the dovetail these features may be on either side of the dovetail depending on which direction the lever is moving.

The amount that the lever rotates in the dovetail before transferring torque to the cam is such that as the bolt carrier completes its forward movement, the cam rotates the neutral surface away from the cam follower and to a point where the cam follower begins to slide against the cam surface. Once the cam moves into this position the trigger bow can be pulled again by the operator as previously described. The detent head slides against the detent track. The detent and detent track serve two purposes, preventing the cam from rotating out of its intended range of motion, and selecting different cam profiles that engage with the cam follower.

The safety cam has a round and neutral profile. If the left side of the cam is pressed by the operator, the cam will transversely shift to the right and be held in the right position by the detent track and detent. In this example when the cam is resting to the right the active surface of the cam can engage with the cam follower and the mechanism will function as described previously. If the right side of the cam is pressed by the operator, the cam will transversely shift to the left and be held in this position by the detent track and the detent. In this example when the cam is resting to the left the safety cam profile engages with the cam follower and prevents the trigger from being pulled regardless of what position the cam is rotated to. In other words, by pressing the right side or the left side the manual safety can be engaged or disengaged. When the cam is transversely shifted to the right or left, the lever is held approximately in the center of the firearm by the walls of the receiver. The cam can move transversely in the firearm independent of the lever, as the dovetail on the lever can move transversely within the dovetail slot on the cam dual mode. The cam can be expanded to support more cam profiles. The detent track would be widened to support another position, and another cam profile would be added to the cam alongside, or in between the current profiles. An example of this would be to add a second neutral profile similar to the safety profile, but of a smaller diameter. If this profile was selected by transversely sliding the cam to the proper position, it would be of a small enough diameter to not engage the cam follower

regardless of what position the cam was rotated to. This would result in the fire control group functioning as before, but without the cam actively resetting the trigger. This would allow the operator to fire precise single shots more effectively due to the geometric constraints of the AR-15. With all the components working in tandem with each other it can be seen that the present invention is a safety dual cam selector that provides the firearm user with a three-position fire control unit.

Although the invention has been explained in relation to its preferred embodiment, it is to be understood that many other possible modifications and variations can be made without departing from the spirit and scope of the invention.

Doc Code: MES.GIB
Document Description: Certification of Micro Entity Status (Gross Income Basis)

PTO/SB/15A (07-14)

# CERTIFICATION OF MICRO ENTITY STATUS
## (GROSS INCOME BASIS)

| Application Number or Control Number (if applicable): | Patent Number (if applicable): |
|---|---|
| First Named Inventor: Cameron Lee Smith | Title of Invention: Super Safety Dual Cam Selector |

The applicant hereby certifies the following—

(1) **SMALL ENTITY REQUIREMENT** – The applicant qualifies as a small entity as defined in 37 CFR 1.27.

(2) **APPLICATION FILING LIMIT** – Neither the applicant nor the inventor nor a joint inventor has been named as the inventor or a joint inventor on more than four previously filed U.S. patent applications, excluding provisional applications and international applications under the Patent Cooperation Treaty (PCT) for which the basic national fee under 37 CFR 1.492(a) was not paid, and also excluding patent applications for which the applicant has assigned all ownership rights, or is obligated to assign all ownership rights, as a result of the applicant's previous employment.

(3) **GROSS INCOME LIMIT ON APPLICANTS AND INVENTORS** – Neither the applicant nor the inventor nor a joint inventor, in the calendar year preceding the calendar year in which the applicable fee is being paid, had a gross income, as defined in section 61(a) of the Internal Revenue Code of 1986 (26 U.S.C. 61(a)), exceeding the "Maximum Qualifying Gross Income" reported on the USPTO Web site at http://www.uspto.gov/patents/law/micro_entity.jsp which is equal to three times the median household income for that preceding calendar year, as most recently reported by the Bureau of the Census.

(4) **GROSS INCOME LIMIT ON PARTIES WITH AN "OWNERSHIP INTEREST"** – Neither the applicant nor the inventor nor a joint inventor has assigned, granted, or conveyed, nor is under an obligation by contract or law to assign, grant, or convey, a license or other ownership interest in the application concerned to an entity that, in the calendar year preceding the calendar year in which the applicable fee is being paid, had a gross income, as defined in section 61(a) of the Internal Revenue Code of 1986, exceeding the "Maximum Qualifying Gross Income" reported on the USPTO Web site at http://www.uspto.gov/patents/law/micro_entity.jsp which is equal to three times the median household income for that preceding calendar year, as most recently reported by the Bureau of the Census.

**SIGNATURE** by an authorized party set forth in 37 CFR 1.33(b)

| | | | | | |
|---|---|---|---|---|---|
| Signature | Cameron L Smith | | | | |
| Name | Cameron Lee Smith | | | | |
| Date | 12/01/2023 | Telephone | | Registration No. | |

☐ There is more than one inventor and I am one of the inventors who are jointly identified as the applicant. The required additional certification form(s) signed by the other joint inventor(s) are included with this form.

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82A (07-13)
Approved for use through 03/31/2021. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FOR POWER OF ATTORNEY TO ONE OR MORE REGISTERED PRACTITIONERS

NOTE: This form is to be submitted with the Power of Attorney by Applicant form (PTO/AIA/82B) to identify the application to which the Power of Attorney is directed, in accordance with 37 CFR 1.5, unless the application number and filing date are identified in the Power of Attorney by Applicant form. If neither form PTO/AIA/82A nor form PTO/AIA82B identifies the application to which the Power of Attorney is directed, the Power of Attorney will not be recognized in the application.

| | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | Cameron Lee Smith |
| Title | Super Safety Dual Cam Selector |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | TPP77777 |

## SIGNATURE of Applicant or Patent Practitioner

| | | | |
|---|---|---|---|
| Signature | Cameron L Smith | Date (Optional) | 12/01/2023 |
| Name | Cameron Lee Smith | Registration Number | |
| Title (if Applicant is a juristic entity) | | | |
| Applicant Name (if Applicant is a juristic entity) | | | |

**NOTE:** This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. If more than one applicant, use multiple forms.

☐ *Total of ____________ forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/AIA/82B (07-13)
Approved for use through 03/31/2021. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

# POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in either the attached transmittal letter or the boxes below.

| Application Number | Filing Date |
|---|---|
| | |

(Note: The boxes above may be left blank if information is provided on form PTO/AIA/82A.)

☑ I hereby appoint the Patent Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above: 062439

**OR**

☐ I hereby appoint Practitioner(s) named in the attached list (form PTO/AIA/82C) as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the patent application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above. (Note: Complete form PTO/AIA/82C.)

**Please recognize or change the correspondence address for the application identified in the attached transmittal letter or the boxes above to:**

☑ The address associated with the above-mentioned Customer Number

**OR**

☐ The address associated with Customer Number:

**OR**

| | | | | | |
|---|---|---|---|---|---|
| ☐ Firm or Individual Name | | | | | |
| Address | | | | | |
| City | | State | | Zip | |
| Country | | | | | |
| Telephone | | Email | | | |

I am the Applicant (if the Applicant is a juristic entity, list the Applicant name in the box):

☑ Inventor or Joint Inventor (title not required below)

☐ Legal Representative of a Deceased or Legally Incapacitated Inventor (title not required below)

☐ Assignee or Person to Whom the Inventor is Under an Obligation to Assign (provide signer's title if applicant is a juristic entity)

☐ Person Who Otherwise Shows Sufficient Proprietary Interest (e.g., a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document) (provide signer's title if applicant is a juristic entity)

**SIGNATURE of Applicant for Patent**

The undersigned (whose title is supplied below) is authorized to act on behalf of the applicant (e.g., where the applicant is a juristic entity).

| | | | |
|---|---|---|---|
| Signature | Cameron L. Smith | Date (Optional) | 12/01/2023 |
| Name | Cameron Lee Smith | | |
| Title | | | |

**NOTE:** Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. If more than one applicant, use multiple forms.

☐ Total of forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

UNITED STATES
PATENT AND TRADEMARK OFFICE

P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# ELECTRONIC PAYMENT RECEIPT

| APPLICATION # | RECEIPT DATE / TIME | ATTORNEY DOCKET # |
|---|---|---|
| 63/605,793 | 12/04/2023 03:37:49 PM Z ET | TPP77777 |

## Title of Invention

Super Safety Dual Cam Selector

## Application Information

| | | | |
|---|---|---|---|
| APPLICATION TYPE | Utility - Provisional Application under 35 USC 111(b) | PATENT # | - |
| CONFIRMATION # | 2749 | FILED BY | NICOLAS FERNANDEZ |
| PATENT CENTER # | 63478862 | AUTHORIZED BY | Kejun Gu |
| CUSTOMER # | 62439 | FILING DATE | - |
| CORRESPONDENCE ADDRESS | - | FIRST NAMED INVENTOR | Cameron Lee Smith |

## Payment Information

| PAYMENT METHOD | PAYMENT TRANSACTION ID | PAYMENT AUTHORIZED BY |
|---|---|---|
| CARD / 7068 | E2023B4F38085416 | NICOLAS FERNANDEZ |

| FEE CODE | DESCRIPTION | ITEM PRICE($) | QUANTITY | ITEM TOTAL($) |
|---|---|---|---|---|
| 3005 | PROVISIONAL APPLICATION FILING FEE | 60.00 | 1 | 60.00 |
| | | | TOTAL AMOUNT: | $60.00 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**

If a new application is being filed and the application includes the necessary components for filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application

**National Stage of an International Application under 35 U.S.C. 371**

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

UNITED STATES
PATENT AND TRADEMARK OFFICE

P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# ELECTRONIC ACKNOWLEDGEMENT RECEIPT

| APPLICATION # | RECEIPT DATE / TIME | ATTORNEY DOCKET # |
|---|---|---|
| **63/605,793** | **12/04/2023 03:37:49 PM Z ET** | **TPP77777** |

## Title of Invention

Super Safety Dual Cam Selector

## Application Information

| | | | |
|---|---|---|---|
| APPLICATION TYPE | Utility - Provisional Application under 35 USC 111(b) | PATENT # | - |
| CONFIRMATION # | 2749 | FILED BY | NICOLAS FERNANDEZ |
| PATENT CENTER # | 63478862 | FILING DATE | - |
| CUSTOMER # | 62439 | FIRST NAMED INVENTOR | Cameron Lee Smith |
| CORRESPONDENCE ADDRESS | - | AUTHORIZED BY | Kejun Gu |

## Documents

**TOTAL DOCUMENTS: 5**

| DOCUMENT | PAGES | DESCRIPTION | SIZE (KB) |
|---|---|---|---|
| FiguresTPP77777_emb.pdf | 9 | Drawings-only black and white line drawings | 49 KB |
| Specs_TPP77777.pdf | 7 | Specification | 188 KB |
| PTo15_TPP77777.pdf | 1 | Certification of Micro Entity (Gross Income Basis) | 1464 KB |
| ProvisionalSB_TPP77777.pdf | 3 | Provisional Cover Sheet (SB16) | 1443 KB |
| POA_TPP77777.pdf | 2 | Power of Attorney | 3143 KB |

## Digest

| DOCUMENT | MESSAGE DIGEST(SHA-512) |
| --- | --- |
| FiguresTPP77777_emb.pdf | 943ACFCFE79B2B62F1412F06AC09E9A28957F3F692BA4CBB0<br>2139E85EED5B7CBC0093D23373561CD4945114F1C65B57138<br>DF1FC075ED01318BCABA6C2AA44B47 |
| Specs_TPP77777.pdf | FB7B183FFF23C966ADB0C3DF63DD237BD4AAAE014C0C162D<br>1F0B360B55AEDD77734FE503A456418E9122F8B6A350C0C24<br>C2DB87947E8D5283E7C04061026112A |
| PTo15_TPP77777.pdf | 96B43D97CBDE7CF8C703325BD151F7B8F44235A365222BABC<br>86EC5362CEF62DEE16D85C99939563795BBDB1456A27F380E<br>4E6BB43B4B79F6373DA63DB1DD4B24 |
| ProvisionalSB_TPP77777.pdf | 0B1F323C963AB2BDADFF479D39F91B46B8EAD154BAE1C57A<br>04F4B47AC2CD1CE50C6CEFE6EEC9266FC9B83AC15ACA3B9<br>CCC5CFD69144887B951F5A29B753A2C00 |
| POA_TPP77777.pdf | D25E32C5D2FDFD02CD57ACC3542E26AC943DC53B6C48CDD<br>DDC510DD38DCEC87B288485A9DC011BD439F399A3818248A<br>58885F3E464BC3A63B5BCAF7C516E2D83 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**

If a new application is being filed and the application includes the necessary components for filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application

**National Stage of an International Application under 35 U.S.C. 371**

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 63/605,793 | 12/04/2023 | | 60 | TPP77777 | | |

**CONFIRMATION NO. 2749**

**FILING RECEIPT**

*OC000000065775029*

62439
Sinorica LLC dba Thoughts to Paper
20251 Century Blvd Ste 140
Germantown, MD 20874

Date Mailed: 12/14/2023

Receipt is acknowledged of this provisional patent application. It will not be examined for patentability and will become abandoned not later than twelve months after its filing date. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt identifying the requested changes, preferably by including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**

Cameron Lee Smith, Wabash, IN;

**Applicant(s)**

Cameron Lee Smith, Wabash, IN;

**Power of Attorney:** The patent practitioners associated with Customer Number 062439

**Permission to Access Application via Priority Document Exchange:** No

**Permission to Access Search Results:** No

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 12/13/2023

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 63/605,793**

**Projected Publication Date:** None, application is not eligible for pre-grant publication

**Non-Publication Request:** No

**Early Publication Request:** No
**** MICRO ENTITY ****

**Title**

Super Safety Dual Cam Selector

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

## LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier

license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

# United States Patent and Trademark Office

*Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office*

## WELCOME TO THE UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

*Congratulations on taking the first step to protect your invention. You can now advertise or mark any products covered by this application for your invention as **"Patent Pending"** for as long as this application is pending!*

*We are here to help you on the rest of your journey.*

**New to the process?** The Patent Basics page will take you from "What is a patent?" to assistance with the application process.

- **www.uspto.gov/PatentBasics**

**Consider cost savings.** You might qualify for small entity or micro entity status, which means a discount on most USPTO patent fees.

- **www.uspto.gov/EntityStatus**

**Become a registered electronic filer (eFiler).** You'll gain access to the full capabilities of Patent Center. As a registered eFiler, you can electronically view your submission, track the progress of your application, and respond to USPTO correspondence.

- **www.uspto.gov/NewPatentFilers**

**Learn how to identify which of your creative ideas might be intellectual property assets** and how to protect them by using the USPTO Intellectual Property (IP) Identifier.

- **ipidentifier.uspto.gov**

We also provide Pro Se Assistance, support specifically geared for **independent inventors without an attorney or agent.** Follow the link below, call us at 866-767-3848, or email **proseassistancecenter@uspto.gov**.

- **www.uspto.gov/ProSePatents**

**Need help near you?** We have regional offices across the country, as well as Patent and Trademark Resource Centers in libraries in nearly every state, with specialists standing by to help you at no cost.

- **www.uspto.gov/locations**
- **www.uspto.gov/ptrc**

**Contact us:**

- **General information:** USPTO Contact Center
  - **www.uspto.gov/help**
- **Patent Center:** Patent Electronic Business Center
  - **www.uspto.gov/EBC**
- **Pre or post-examination:** Application Assistance Unit
  - **www.uspto.gov/PatentAssistance**

**Want to learn more?**

- **Access our free services** all in one spot. Find all of our contact centers, nationwide services, events, education, and training.
  - **www.uspto.gov/FreeServices**
- **Connect with us** on Instagram, LinkedIn, Twitter, Facebook, and YouTube.
- **Hear about resources for startups, inventors, and entrepreneurs,** as well as our initiatives engaging women, the military community, and others. These programs offer helpful tips and tricks on identifying and managing your IP, finding options for funding, and expanding your network to support your business.
  - **www.uspto.gov/startups**
  - **www.uspto.gov/inventors**
  - **www.uspto.gov/initiatives**
- We hope you connect with us by subscribing to receive important notifications by email.
  - **www.uspto.gov/subscribe**

Kathi Vidal

**Kathi Vidal**
Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office

**Derrick Brent**
Deputy Under Secretary of Commerce for Intellectual Property and Deputy Director of the United States Patent and Trademark Office