## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Serial No. | : | 18/968,984 |
| Title | : | SAFETY MECHANISM FOR FIREARM |
| Filing Date | : | December 4, 2024 |
| Examiner | : | Reginald S. Tillman, Jr. |
| Art Unit | : | 3641 |
| Inventor | : | Cameron Smith |
| Attorney Docket | : | RARETRG-47US (formerly TUP77483) |
| Confirmation No. | : | 9467 |

November 10, 2025

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## SUBMISSION OF INFORMATION DISCLOSURE STATEMENT AND DECLARATION

Please consider the following regarding the above-referenced U.S. Patent Application.

**Remarks** begin on page 2 of this paper.

EXHIBIT
C

## REMARKS

Applicant (by assignment) submits herewith an IDS listing several patent references and one NPL for the Examiner to consider. Applicant submits that the patent references are generally relevant to the claimed subject matter but that they do not affect the patentability of the previously allowed claims. The NPL is a YouTube video that was posted on July 21, 2023, that describes the present invention. Filed concurrently herewith is a declaration from the inventor, Cameron Smith, stating that the person making and posting the video obtained the subject matter disclosed therein directly from him. Accordingly, under 35 U.S.C. § 102(b)(1)(a), this video is not considered prior art under § 102(a).

Applicant has submitted herewith a Petition to Withdraw After Issued Fee Paid, an RCE, a Track 1 Request, and all required fees along with this IDS.

## Conclusion

Applicant believes the pending and previously allowed claims are in condition for allowance and respectfully requests favorable consideration.

If the Examiner believes any issue requires further discussion, the Examiner is respectfully asked to telephone the undersigned attorney so that the matter may be promptly resolved. The Examiner's prompt attention to this matter is appreciated.

Applicant does not believe that a fee is due in connection with this submission. However, if any fees are necessary to complete this communication, the Commissioner may consider this to be a request for such and charge any necessary fees to Deposit Account No. 23-3000.

Respectfully submitted,
WOOD, HERRON & EVANS, LLP

By: /Glenn D. Bellamy/
Glenn D. Bellamy, Reg. No. 32,887

600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
P: 513-241-2324 / F: 513-241-6234
gbellamy@whe-law.com