Trials@uspto.gov
571-272-7822

Paper 20
Date: February 18, 2026

UNITED STATES PATENT AND TRADEMARK OFFICE

---

BEFORE THE OFFICE OF THE UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

---

# NOTICE OF DECISIONS ON INSTITUTION

---

Before JOHN A. SQUIRES, *Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office*.

## NOTICE

Pursuant to 35 U.S.C. § 314(a), after review of discretionary and non-merits considerations, institution of *inter partes* review is denied in the following proceedings:

| | | |
|---|---|---|
| IPR2025-01458[1] | IPR2025-01486[1] | IPR2025-01579[3] |
| IPR2025-01459[1] | IPR2025-01488[1] | IPR2025-01581 |
| IPR2025-01471[1] | IPR2025-01493[2] | IPR2026-00058 |
| IPR2025-01472[1] | IPR2025-01525 | |

[1] Although previously referred, this case is now discretionarily denied in view of *Revvo Technologies, Inc. v. Cerebrum Sensor Technologies, Inc.*, IPR2025-00632, Paper 20 (Director Nov. 3, 2025) (precedential).

[2] Although previously referred, this case is now discretionarily denied. It is not an efficient use of Office resources to maintain the proceeding at the Board in view of the discretionary denials of IPR2025-01486 and IPR2025-01488, because intrinsically similar issues, where the involved patents are in the same family, will be addressed by the district court.

[3] Opinion forthcoming.

EXHIBIT F

Pursuant to 35 U.S.C. § 314(a) and § 324(a), after review of discretionary considerations, the following proceedings will be reviewed for merits and non-discretionary considerations:

| | | |
|---|---|---|
| IPR2026-00013 | IPR2026-00072 | PGR2026-00003 |
| IPR2026-00071 | | |

Pursuant to 35 U.S.C. § 314(a), after review of the merits, the petitioner has failed to show a reasonable likelihood of prevailing with respect to at least one of the claims challenged in the petition. Accordingly, institution of *inter partes* review is denied in the following proceedings:

| | | |
|---|---|---|
| IPR2025-01402 | IPR2025-01441[4] | IPR2025-01473 |

Pursuant to 35 U.S.C. § 314(a) and § 324(a), after review of the merits, the petitioner has shown a reasonable likelihood of prevailing with respect to at least one of the claims challenged in the petition, or that it is more likely than not that at least one of the claims challenged in the petition is unpatentable, as applicable, and no other non-discretionary considerations warrant denial of institution. Accordingly, institution of *inter partes* review or post-grant review is granted in the following proceedings:

| | | |
|---|---|---|
| IPR2025-01267 | IPR2025-01461 | PGR2025-00071 |
| IPR2025-01364 | IPR2025-01487[4] | PGR2025-00081 |
| IPR2025-01431 | IPR2025-01516 | |

[4] Opinion forthcoming.