**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AS DESIGNS, LLC, a North Carolina limited liability company, and MATTHEW S. KARLOVIC, an individual, and CALVIN OLSON, an individual, and JOHN DOE, an individual using the alias “s3igu2” and/or “Seagoo Threetwo,”<br><br>Defendants. | Civil Action No. 4:26-cv-00370-ALM |

**PROPOSED ORDER GRANTING PLAINTIFFS’ MOTION FOR LEAVE TO AMEND**

Having considered Plaintiffs ABC IP, LLC and Rare Breed Triggers Motion for Leave to Amend Complaint and good cause appearing, it is hereby ORDERED as follows:

1. The Motion for Leave is GRANTED.

**IT IS SO ORDERED.**