# EXHIBIT K-2

## ’784 Patent Claim 1 re Super Safety

| ’784 Patent Claim 1 | Super Safety |
|---|---|
| 1. In a forced rest trigger mechanism, an extended trigger member locking device, comprising: | Based upon present information and belief, Plaintiffs presently contend that to the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended.<br><br>Based upon present information and belief, Plaintiffs presently contend the Accused Products include an extended trigger member locking device configured for use in a forced reset trigger mechanism when assembled and used as intended.<br><br>The Accused Products are described as “3D Printed Active Trigger System[s]” in public documentation.<br><br>Super Safety Guide at Cover.<br><br>The Accused Products are “mechanisms that actively reset[] the trigger of a firearm” and are “designed to operate with AR-15 pattern firearms that use a mil-spec bolt carrier and fire control group.”<br><br>**1 INTRODUCTION**<br>The Super Safety is a mechanism that actively resets the trigger of a firearm to allow the operator to fire again, quickly, and efficiently.<br>The Super Safety has been designed to operate with AR-15 pattern firearms that use a mil-spec bolt carrier and fire control group.<br>Two versions of the cam are included, the single mode cam and the dual mode cam. The single mode cam has two positions, safe and active reset. The dual mode cam has three positions, safe, active reset, and passive reset. Each has its own advantages, which will be explained.<br>When 3D printed in PA12-CF the Super Safety can last several hundred rounds. Optimally it is manufactured from a wear resistant steel.<br>This document contains the information needed to manufacture the Super Safety, as well as understand it’s function.<br>Super Safety Guide at 1. |

| ’784 Patent Claim 1 | Super Safety |
|---|---|
| |  |
| a locking member that is movable between a first position in which it locks a trigger member against pulling movement | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a locking member that is movable between a first position in which it locks a trigger member against pulling movement.<br><br>As shown below, the Accused Products include a locking member. The locking member is movable between, among others, two positions: a first position in which it locks a trigger member against pulling movement and a second position where it does not restrict movement of the trigger member. As shown below, in the first position, the locking member locks a trigger member against pulling movement.<br><br> |
| and a second position where it does not restrict movement of the trigger member, | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a locking member that is movable between a second position where it does not restrict movement of the trigger member.<br><br>The Accused Products include a locking member. The locking member is movable between, among others, two |

| ’784 Patent Claim 1 | Super Safety |
|---|---|
| | positions: a first position in which it locks a trigger member against pulling movement and a second position where it does not restrict movement of the trigger member. As shown below, in the second position, the locking member does not contact or otherwise restrict the movement of the trigger member.<br> |
| the locking member configured to be movably supported by a frame | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a locking member configured to be movably supported by a frame.<br><br>As shown below, the Accused Products include a locking member pivotally fixed about an axis supported by the frame (the lower receiver).<br><br> |
| and including a generally upward extension portion configured to | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a locking |

| ’784 Patent Claim 1 | Super Safety |
|---|---|
| make actuating contact with a surface of a bolt carrier, | member including a generally upward extension portion configured to make actuating contact with a surface of a bolt carrier.<br><br>The Accused Products include a locking member which comprises two portions: a generally upward extension portion and a body portion. The generally upward extension portion is configured to make actuating contact with a surface of a bolt carrier, as shown below.<br><br> |
| such actuating contact causing the locking member to move from the first position to the second position, | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a locking member that includes a generally upward extension portion that makes actuating contact with the bolt carrier such that said actuating contact causes the locking member to move from the first position to the second position.<br><br>The Accused Products include a locking member that includes a generally upward extension portion. As discussed and shown above, the generally upward extension portion makes actuating contact with the bolt carrier. As shown below, the actuating contact causes the locking member to move from the first position to the second position. Below, on the left, the locking member is in the first position, in which it locks a trigger member against pulling movement. Below, on the right, the locking member has been actuated by contact from the bolt carrier into the second position, where it does not restrict movement of the trigger member. |

<table>
<tr><th>’784 Patent Claim 1</th><th>Super Safety</th></tr>
<tr><td></td><td>


</td></tr>
<tr><td>the locking member having a body portion that is movably supported</td><td>
Based upon present information and belief, Plaintiffs presently contend the Accused Products include a locking member having a body portion that is movably supported.<br><br>
The Accused Products include a locking member which comprises two portions: a generally upward extension portion and a body portion, as shown below.<br>


<br>
The body portion is axially supported by the lower receiver, as discussed above and shown below.<br>

</td></tr>
</table>

| ’784 Patent Claim 1 | Super Safety |
|---|---|
| |  |
| and an upwardly extending deflectable portion that is separately movable relative to the body portion between an extended position and a deflected position. | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a locking member having an upwardly extending deflectable portion that is separately movable relative to the body portion between an extended position and a deflected position.<br><br>As shown below, the Accused Products include a locking member comprising an upwardly extending deflectable portion and a body portion.<br><br><br>The Accused Products have an upwardly extending deflectable portion (lever arm). The dovetail connection is designed to allow separate movement of the lever arm relative to the body portion between one position |

| ’784 Patent Claim 1 | Super Safety |
|---|---|
| | (depicted in red) where it is extended and another position where it is deflected (depicted in green).<br><br>The image below illustrates the upwardly extending deflectable portion’s (lever arm) total separate travel with an overlay of the lever in both positions without the body portion moving.<br><br>“The dovetail joint does not immediately transfer torque from the lever to the cam. The lever pivots in the cam until the void is filled. Once the void is filled the hammer can transfer torque to the cam via the upper and lower contact surfaces . . . . Note that the void, the lower contact surface, and the upper contact surface, are shown on arbitrary sides of the dovetail, these features may be on either side of the dovetail depending on which direction the lever is moving. The amount that the lever rotates in the dovetail before transferring torque to the cam is such that as the bolt carrier completes its forward movement, the cam rotates the neutral surface away from the cam follower and to a point where the cam follower begins to slide against the cam surface.” (reference numerals |

| ’784 Patent Claim 1 | Super Safety |
|---|---|
| | removed for clarity).<br>Super Safety Guide at 4.<br>https://www.scribd.com/document/843484122/Super-Safety-Documentation<br><br>The lever is now shown deflected independent of the body.<br> |