# EXHIBIT K-5

## ’403 Patent Claim 38 re Super Safety

<table>
<tr><th>’403 Patent Claim 38</th><th>Super Safety</th></tr>
<tr><td>38[pre]: A forced reset trigger mechanism, comprising:</td><td>
Based upon present information and belief, Plaintiffs presently contend that to the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended.
The Accused Products are described as “3D Printed Active Trigger System[s]” in public documentation. Super Safety Guide at Cover.


The Accused Products are “mechanisms that actively reset[] the trigger of a firearm” and are “designed to operate with AR-15 pattern firearms that use a mil-spec bolt carrier and fire control group.” Super Safety Guide at 1.
1 INTRODUCTION
The Super Safety is a mechanism that actively resets the trigger of a firearm to allow the operator to fire again, quickly, and efficiently.
The Super Safety has been designed to operate with AR-15 pattern firearms that use a mil-spec bolt carrier and fire control group.
Two versions of the cam are included, the single mode cam and the dual mode cam. The single mode cam has two positions, safe and active reset. The dual mode cam has three positions, safe, active reset, and passive reset. Each has its own advantages, which will be explained.
When 3D printed in PA12-CF the Super Safety can last several hundred rounds. Optimally it is manufactured from a wear resistant steel.
This document contains the information needed to manufacture the Super Safety, as well as understand it’s function.
</td></tr>
<tr><td>38[A]: a hammer having a hammer hook and adapted to pivot on a transverse hammer pivot axis;</td><td>
Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a hammer having a hammer hook and adapted to pivot on a transverse hammer pivot axis.
The Accused Products are “designed to operate with AR-15 pattern firearms that use a mil-spec bolt carrier and fire control group.” Super Safety Guide at 1. The Accused Products (shown below in yellow) are configured to be installed in a fire control mechanism pocket of a receiver along with a hammer (shown below in red) having a hook.
</td></tr>
</table>

| ’403 Patent Claim 38 | Super Safety |
|---|---|
| | <br>The hammer (red) is adapted to pivot on a transverse hammer pivot axis, as shown below.<br> |
| 38[B]: a disconnector having a disconnector hook and adapted to pivot on a transverse disconnector pivot axis; | Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a disconnector having a disconnector hook and adapted to pivot on a transverse disconnector pivot axis.<br><br>The Accused Products are configured for use with a disconnector (shown below in orange) having a disconnector hook. The disconnector pivots on a transverse disconnector pivot axis, as shown below.<br> |

| | |
|---|---|
| 38[C]: a trigger member; and | Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a trigger member.<br><br>The Accused Products (shown below in yellow) are configured for use with a trigger member (shown below in brown).<br><br><br> |
| 38[D]: a safety selector adapted to be movable between a standard semi-automatic position and a forced reset semi-automatic position, | Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a safety selector adapted to be movable between a standard semi-automatic position and a forced reset semi-automatic position.<br><br>The Accused Products include a safety selector that is operable by the user to select between at least two modes of operation. Below, left, the selector is shown in one mode of operation (standard semi-automatic). Below, right, the selector is shown in another mode of operation (forced reset semi-automatic).<br><br> |
| 38[E]: wherein when the safety selector is in the standard semi-automatic position and the trigger member is rearwardly actuated, and after the hammer pivots rearward to a | Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured such that when the safety selector is in the standard semi-automatic position and the trigger member is rearwardly actuated, and after the hammer pivots rearward to a position where the hammer hook is past the disconnector hook, rearward pressure on the trigger member must be reduced to permit the trigger member to then be actuated to fire a firearm. |

| | |
|---|---|
| position where the hammer hook is past the disconnector hook, rearward pressure on the trigger member must be reduced to permit the trigger member to then be actuated to fire a firearm. | When the safety selector is set to the standard semi-automatic position, as shown below, and the trigger member is rearwardly actuated, the trigger mechanism is configured to operate as follows.<br><br>During rearward movement of the bolt means, the hammer (red) pivots rearward to a position where the hammer hook is past the disconnector hook (orange), as shown below.<br><br>After the rearward movement of the bolt means, the bolt means moves forward into battery. When the bolt means moves forward into battery, the hammer (red) remains caught by the hook of the disconnector (orange), as shown below, preventing the hammer from pivoting forward to the hammer released position.<br><br> |

| | |
|---|---|
| | To disengage the hammer (red) from the disconnector (orange), the user must manually reduce rearward pressure on the trigger member. In doing so, the hammer and trigger member are permitted to pivot to the hammer set position and the trigger set position, respectively, so that the user can again actuate the trigger member to fire the firearm, as shown below.   |