# EXHIBIT K-12

## ’784 Patent Claim 1 re ARC-Fire

| ’784 Patent Claim 1 | ARC-Fire |
| --- | --- |
| 1. In a forced rest trigger mechanism, an extended trigger member locking device, comprising: | Based upon present information and belief, Plaintiffs presently contend that to the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended.<br><br>Based upon present information and belief, Plaintiffs presently contend the Accused Products include an extended trigger member locking device configured for use in a forced reset trigger mechanism when assembled and used as intended.<br><br><br>https://activesafetydesigns.com/ar15/arc-fire-trigger-v1-ambi-kit/ (captured 4/8/2026)<br><br><br>https://activesafetydesigns.com/ar15/arc-fire-trigger-v1-ambi-kit/ (captured 4/8/2026)<br><br>When installed and used as directed, the Accused Products are part of a firearm trigger mechanism that uses a bolt means as will be shown below. With the Accused Products installed, the trigger mechanism operates in Safe, Semi, and a forced reset semi-automatic mode “ARC.” |

| ’784 Patent Claim 1 | ARC-Fire |
|---|---|
| | FREE SHIPPING ON ALL ORDERS!<br>AS DESIGNS<br>**BUILT FOR SPEED. DESIGNED FOR CONTROL.**<br>*Multi-Platform Compatibility:* Engineered to support over 10 of the most widely used firearm platforms, with more on the horizon. (AR15, JAKL, MP5, MCX, MPX, SCAR, BRN-180, G3, AP53, UMP, STRIBOG, DISSENT, and more to be added soon)<br>*Ambidextrous Selector:* Fully ambi design provides fast, intuitive access for both right- and left-handed shooters.<br>*Three-Position Control:* Selector positions include Safe, Semi, and ARC, putting enhanced speed and performance at your fingertips.<br>VIKINGCLOUD ASSURANCE CARD<br>**RELIABLE. TACTILE. RESPONSIVE.**<br>The ARC-Fire is built for shooters who demand performance and dependability. Our patent-pending design maximizes durability and reliability under sustained use. The selector switch is engineered for positive tactile feedback and effortless transitions - even under stress.<br>https://activesafetydesigns.com/ar15/arc-fire-trigger-v1-ambi-kit/ (captured 4/8/2026)<br><br><br> |

| ’784 Patent Claim 1 | ARC-Fire |
|---|---|
| |  |
| a locking member that is movable between a first position in which it locks a trigger member against pulling movement | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a locking member that is movable between a first position in which it locks a trigger member against pulling movement.<br><br>The Accused Products include a locking member (as shown below in yellow and blue). The locking member is movable between, among others, two positions: a first position (shown below) in which it locks a trigger member against pulling movement and a second position where it does not restrict movement of the trigger member.<br><br> |
| and a second position where it does not restrict movement of the trigger member, | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a locking member that is movable between a second position where it does not restrict movement of the trigger member.<br><br>The Accused Products include a locking member (as shown below in yellow and blue). The locking member is movable between, among others, two positions: a first position in which it locks a trigger member against pulling movement and a second position (shown below) where it does not restrict movement of the trigger member. |

| ’784 Patent Claim 1 | ARC-Fire |
|---|---|
| |  |
| the locking member configured to be movably supported by a frame | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a locking member configured to be movably supported by a frame.<br><br>As shown below, the Accused Products include a locking member (yellow and blue) pivotally fixed about an axis supported by the frame (grey) (the lower receiver).<br><br><br><br> |

| ’784 Patent Claim 1 | ARC-Fire |
|---|---|
| |  |
| and including a generally upward extension portion configured to make actuating contact with a surface of a bolt carrier, | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a locking member including a generally upward extension portion configured to make actuating contact with a surface of a bolt carrier.<br><br>The Accused Products include a locking member (shown below in yellow and blue) which comprises two portions: a generally upward extension portion (yellow) and a body portion (blue). The generally upward extension portion (yellow) is configured to make actuating contact with a surface of a bolt carrier (grey), as shown below.<br> |
| such actuating contact causing the locking member to move from the first position to the second position, | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a locking member that includes a generally upward extension portion that makes actuating contact with the bolt carrier such that said actuating contact causes the locking member to move from the first position to the second position.<br><br>The Accused Products include a locking member (yellow, blue) that includes a generally upward extension portion (yellow). As discussed and shown above, the generally upward extension portion (yellow) makes actuating contact with the bolt carrier. As shown below, the actuating contact causes the locking member to move from the first position to the second position. Below, on the left, the |

| ’784 Patent Claim 1 | ARC-Fire |
|---|---|
| | locking member is in the first position, in which it locks a trigger member against pulling movement. Below, on the right, the locking member has been actuated by contact from the bolt carrier into the second position, where it does not restrict movement of the trigger member.<br><br> |
| the locking member having a body portion that is movably supported | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a locking member having a body portion that is movably supported.<br><br>The Accused Products include a locking member (shown below in yellow and blue) which comprises two portions: a generally upward extension portion (yellow) and a body portion (blue), as shown below.<br><br>**(section view of body portion (Blue) for clarity)** |

| ’784 Patent Claim 1 | ARC-Fire |
| --- | --- |
| | <br>The body portion (blue) is axially supported by the lower receiver (grey), as discussed above and shown below.<br><br> |

<table>
<tr><th>’784 Patent Claim 1</th><th>ARC-Fire</th></tr>
<tr><td></td><td>The body portion is “movably” supported because it can pivot about the axial support to select between three modes of fire: Safe, Standard Semi-Automatic, Forced Reset Semi-Automatic. The Accused Products include a detent (purple) which aligns with detent recesses in the body portion (blue). Each detent recess corresponds to one of the three modes of fire.<br></td></tr>
<tr><td>and an upwardly extending deflectable portion that is separately movable relative to the body portion between an extended position and a deflected position.</td><td>Based upon present information and belief, Plaintiffs presently contend the Accused Products include a locking member having an upwardly extending deflectable portion that is separately movable relative to the body portion between an extended position and a deflected position.<br><br>As shown below, the Accused Products include a locking member (red, blue) comprising an upwardly extending deflectable portion (red) and a body portion (blue).<br><br>The connection between the upwardly extending deflectable portion and the body portion allows separate movement of the upwardly extending deflectable portion relative to the body portion. For example, as illustrated below, the upwardly extending deflectable</td></tr>
</table>

| ’784 Patent Claim 1 | ARC-Fire |
|---|---|
| | portion is in the extended position (red) while the body portion is pointed directly forward, forming an obtuse angle between the two components. As illustrated in green, the upwardly extending deflectable portion is in the deflected position while the body portion (blue) has not moved and continues to point directly forward, forming an acute angle between the two components. This shows that the upwardly extending deflectable portion is separately moveable relative to the body portion.  |