# EXHIBIT A

[redacted]

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

## Claim Chart for U.S. Patent No. 12,031,784: Batzer Noninfringement Positions and Luettke Reply

## ARHK

### Claim 1

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
| --- | --- | --- |
| 1[pre]. In a forced rest trigger mechanism, an extended trigger member locking device, comprising: | [redacted] | [redacted] |
| 1[a]. a locking member that is movable between a first position in which it locks a trigger member against pulling movement and a second position where it does not restrict movement of the trigger member, | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
| --- | --- | --- |
| | [redacted] | [redacted]<br><br>[redacted]<br><br>[redacted] |

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| 1[b]. the locking member configured to be movably supported by a frame and | [redacted] | [redacted] |
| 1[c]. including a generally upward extension portion configured to make actuating contact with a surface of a bolt carrier, | [redacted] | [redacted] |
| 1[d]. such actuating contact causing the locking member to move from the first position to the second position, | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
| --- | --- | --- |
| | [redacted] | [redacted]<br><br>[redacted]<br><br>[redacted]<br><br>[redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| | | [redacted] |
| 1[e]. the locking member having a body portion that is movably supported and | [redacted] | [redacted] |
| 1[f]. an upwardly extending deflectable portion that is separately movable relative to the body portion between an extended position and a deflected position. | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| | | [redacted] |

**Claim 4**

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| 4[pre]. The device of claim 1, | [redacted] | [redacted] |
| 4[a]. wherein the locking member deflectable portion pivots relative to the body portion. | [redacted]<br><br>[redacted] | [redacted] |