# EXHIBIT B

[redacted]

## Claim Chart for U.S. Patent No. 12,038,247: Batzer Noninfringement Positions and Luettke Reply

## ARHK

**Claim 15**

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| 15[pre]. A firearm trigger mechanism comprising: | [redacted] | [redacted] |
| 15[a]. a hammer having a sear catch and a hook for engaging a disconnector and adapted to be mounted in a fire control mechanism pocket of a receiver to pivot on a transverse hammer pivot axis between set and released positions, said hammer adapted to be pivoted rearward by rearward movement of a bolt carrier, | [redacted] | [redacted] |
| 15[b]. a trigger member having a sear and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse trigger member pivot axis between set and released positions, | [redacted] | [redacted] |
| 15[c]. wherein said sear and sear catch are in engagement in said set positions of said hammer and trigger member | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| and are out of engagement in said released positions of said hammer and trigger member, | | |
| 15[d]. said disconnector having a hook for engaging said hammer and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis, and | [redacted] | [redacted] |
| 15[e]. a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket, said cam being movable between a first position and a second position, in said second position said cam lobe forces said trigger member towards said set position, | [redacted] | [redacted] |

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| | [redacted] | |
| 15[f]. whereupon in a standard semi-automatic mode, said cam is in said first position, rearward movement of the bolt carrier causes rearward pivoting of said hammer such that said disconnector hook catches said hammer hook, and thereafter the bolt carrier moves forward into battery, at which time a user must manually release said trigger member to free said hammer from said disconnector to permit said hammer and trigger member to pivot to said set positions so that the user can pull said trigger member to fire the firearm, and | [redacted] | [redacted] |
| 15[g]. whereupon in a forced reset semi-automatic mode, said cam is in said second position, rearward movement of the bolt carrier causes rearward pivoting of said hammer such that said disconnector hook is prevented from catching said hammer hook, and thereafter the bolt carrier moves forward into battery, at which time the user can pull said trigger member to fire the firearm. | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| | | [redacted] |