# EXHIBIT C

[redacted]

# Claim Chart for U.S. Patent No. 12,578,159: Batzer Noninfringement Positions and Luettke Reply

## ARHK

### Claim 1

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| 1[pre]. A firearm trigger mechanism for a firearm having a fire control mechanism pocket and a reciprocating bolt means, | [redacted] [redacted] | [redacted] [redacted] [redacted] [redacted] |
| 1[a]. the trigger mechanism operable in a first, standard semi-automatic mode and in a second, forced reset semi- | [redacted] | [redacted] |

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| automatic mode, the mechanism comprising: | | |
| 1[b]. a hammer having a hammer sear surface and a hook for engaging a disconnector and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse hammer pivot axis between set and released positions, the hammer adapted to be pivoted rearward by rearward movement of the bolt means, | [redacted] | [redacted] |
| 1[c]. a trigger member having a trigger sear surface and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse trigger member pivot axis between set and released positions, | [redacted] | [redacted] |
| 1[d]. wherein the trigger member sear surface and hammer sear catch surface are in engagement in the set positions of the hammer and trigger member and are out of engagement in the released positions of the hammer and trigger member, | [redacted] | [redacted] |

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
| --- | --- | --- |
| 1[e]. the disconnector having a hook for engaging the hammer and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis, and | [redacted] | [redacted] |
| 1[f]. a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket, the cam being movable between a first position and a second position, in the second position the cam lobe forces the trigger member toward the set position, | [redacted] | [redacted] |
| 1[g]. whereupon in the first mode, rearward movement of the bolt means causes rearward pivoting of the | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| hammer such that the disconnector hook catches the hammer hook, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the hammer and trigger member to pivot to the set positions so that the user can pull the trigger member to fire the firearm, and | [redacted] | [redacted] |
| 1[h]. whereupon in the second mode, rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook is prevented from holding the hammer, and thereafter the bolt means moves forward into battery, at which time the user can pull the trigger member to fire the firearm. | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| | [redacted] | [redacted]<br><br>[redacted]<br><br>[redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| | | [redacted] |

## Claim 3

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| 3[pre]. The trigger mechanism of claim 1, | [redacted] | [redacted] |
| 3[a]. further comprising a spring which biases the trigger member toward the set position. | [redacted] | [redacted] |

## Claim 6

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| 6[pre]. A firearm trigger mechanism for a firearm having a fire control mechanism pocket and a reciprocating bolt means, | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| | [redacted] | |
| 6[a]. the trigger mechanism operable in a first, standard semi-automatic mode and in a second, forced reset semi-automatic mode, the mechanism comprising: | [redacted] | [redacted] |
| 6[b]. a hammer having a sear surface and a hook for engaging a disconnector and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse hammer pivot axis between set and released positions, the hammer adapted to be pivoted rearward by rearward movement of the bolt means, | [redacted] | [redacted] |
| 6[c]. a trigger member having a sear surface and adapted to be mounted in the fire control mechanism pocket to move between set and released positions, | [redacted] | [redacted] |
| 6[d]. wherein the hammer sear surface and trigger member sear surface are in engagement in the set positions of the hammer and trigger member and are out of engagement in the released positions of the hammer and trigger member, | [redacted] | [redacted] |
| 6[e]. the disconnector having a hook for engaging the | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| hammer and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis, and | [redacted] | |
| 6[f]. a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket, the cam being movable between a first position and a second position, in the second position the cam prevents the trigger member from moving from the set position to the released position, | [redacted] | [redacted] |
| 6[g]. whereupon in the first mode, rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook catches the hammer hook, and thereafter | [redacted] | [redacted] |

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the hammer and trigger member to move to the set positions so that the user can pull the trigger member to fire the firearm again, and | [redacted] | |
| 6[h]. whereupon in the second mode, rearward movement of the bolt means causes rearward pivoting of the hammer, movement of the trigger member to the set position, and the disconnector hook is prevented from holding the hammer, and thereafter the bolt means moves forward into battery, at which time the cam is moved to the first position, allowing the user to pull the trigger member to fire the firearm. | [redacted]<br>[redacted] | [redacted]<br>[redacted] |

**Claim 7**

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| 7[pre]. The trigger mechanism of claim 6, | [redacted] | [redacted] |
| 7[a]. further comprising a spring which biases the trigger member toward the set position. | [redacted] | [redacted] |

**Claim 9**

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| 9[pre]. The trigger mechanism of claim 6, | [redacted] | [redacted] |
| 9[a]. wherein the trigger member pivots on a transverse trigger axis between set and released positions. | [redacted] | [redacted] |

**Claim 10**

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| 10[pre]. A firearm trigger mechanism for a firearm having a fire control mechanism pocket and a reciprocating bolt means, | [redacted] [redacted] | [redacted] |
| 10[a]. the trigger mechanism operable in a first, standard semi-automatic mode and in a | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| second, forced reset semi-automatic mode, the mechanism comprising: | | |
| 10[b]. a hammer having a sear surface and a hook for engaging a disconnector and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse hammer pivot axis between set and released positions, the hammer adapted to be pivoted rearward by rearward movement of the bolt means, | [redacted] | [redacted] |
| 10[c]. a trigger member having a sear surface and adapted to be mounted in the fire control mechanism pocket to move between set and released positions, | [redacted] | [redacted] |
| 10[d]. wherein the hammer sear surface and trigger member sear surface are in engagement in the set positions of the hammer and trigger member and are out of engagement in the released positions of the hammer and trigger member, | [redacted] | [redacted] |
| 10[e]. the disconnector having a hook for engaging the hammer and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis, and | [redacted] | [redacted] |
| 10[f]. a cam having a cam lobe and adapted to be | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| movably mounted in the fire control mechanism pocket, the cam being movable between a first position and a second position, movement of the cam to the second position causing the trigger member to move from the released position toward the set position, | [redacted] | [redacted] |
| 10[g]. whereupon in the first mode, rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook catches the hammer hook, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the hammer and | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| trigger member to move to the set positions so that the user can pull the trigger member to fire the firearm again, and | | |
| 10[h]. whereupon in the second mode, rearward movement of the bolt means causes rearward pivoting of the hammer and causes movement of the trigger member to the set position, and wherein the disconnector hook is prevented from holding the hammer, and thereafter the bolt means moves forward into battery, at which time the cam is moved to the first position and the user can pull the trigger member to fire the firearm again. | [redacted] | [redacted] |

**Claim 11**

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| 11[pre]. The trigger mechanism of claim 10, | [redacted] | [redacted] |
| 11[a]. further comprising a spring which biases the | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| trigger member toward the set position. | | |

**Claim 14**

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| 14[pre]. A firearm trigger mechanism comprising: | [redacted] | [redacted] |
| 14[a]. a hammer having a sear surface and a hook for engaging a disconnector and adapted to be mounted in a fire control mechanism pocket of a receiver to move between set and released positions, the hammer adapted to be moved to the set position by rearward movement of a bolt means, | [redacted]<br><br>[redacted]<br><br>[redacted] | [redacted] |
| 14[b]. a trigger member having a sear surface and adapted to be mounted in the fire control mechanism pocket | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| to move between set and released positions, | | |
| 14[c]. wherein the hammer sear surface and trigger member sear surface are in position to engage in the set positions of the hammer and trigger member and are out of engagement in the released positions of the hammer and trigger member, | [redacted] | [redacted] |
| 14[d]. the disconnector having a hook for engaging the hammer, and | [redacted] | [redacted] |
| 14[e]. a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket, the cam being movable between a first position and a second position, in the second position the cam lobe forces the trigger member toward the set position, | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| | [redacted] | |
| 14[f]. when in a standard semi-automatic mode, rearward movement of the bolt carrier causes movement of the hammer such that the disconnector hook catches the hammer hook, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the hammer sear surface and trigger member sear surface to move into engagement so that the user can pull the trigger member to fire the firearm, and | [redacted] | [redacted] |
| 14[g]. when in a forced reset semi-automatic mode, rearward movement of the bolt means causes movement of the hammer and the disconnector hook is prevented from holding the hammer, and thereafter the bolt means moves forward into battery, at which time the user can pull the trigger member to fire the firearm. | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| | [redacted] | |

## Claim 15

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| 15[pre]. A firearm trigger mechanism comprising: | [redacted] | [redacted] |
| 15[a]. a hammer having a sear surface and a hook means for engaging a disconnector and adapted to move between set and released positions, the hammer adapted to be moved to the set position by rearward movement of a bolt means, | [redacted] | [redacted] |
| 15[b]. a trigger means having a sear surface and adapted to move between set and released positions, | [redacted] | [redacted] |

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| | [redacted] | [redacted] |
| 15[c]. wherein the hammer sear surface and trigger means sear surface are positioned to engage when the hammer and trigger means are in their set positions and are out of engagement in the hammer and trigger means are in their released positions, | [redacted] | [redacted] |
| 15[d]. the disconnector having a disconnector hook means for engaging the hammer hook means, | [redacted] | [redacted] |
| 15[e]. a cam adapted to be movable between a first position at which the cam does not force the trigger member into the set position and a second position at which the cam does force the | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| trigger member toward the set position, and | [redacted] | [redacted] |
| 15[f]. a means for selecting between at least standard semi-automatic and forced reset semi-automatic modes, | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| | [redacted] | [redacted] |
| 15[g]. when in the standard semi-automatic position, rearward movement of the bolt means causes movement of the hammer such that the disconnector hook means catches the hammer hook | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| means, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger means to free the hammer from the disconnector to permit the hammer and trigger means to move to the set positions so that the user can pull the trigger means to fire the firearm, and | [redacted] | [redacted] |
| 15[h]. when in the forced reset semi-automatic position, rearward movement of the bolt means causes movement of the hammer, the disconnector is prevented from holding the hammer, and thereafter the bolt means moves forward into battery, at which time the user can pull the trigger means to fire the firearm. | [redacted] | [redacted] |

**Claim 16**

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| 16[pre]. A firearm trigger mechanism comprising: | [redacted] | [redacted] |
| 16[a]. a hammer having a sear engagement surface and a hook means for engaging a disconnector and adapted to move between set and released positions, the hammer adapted to be moved to the set position by rearward movement of a bolt means, | [redacted] | [redacted] |
| 16[b]. a trigger means having a sear engagement surface and adapted to move between set and released positions, | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| | [redacted] | |
| 16[c]. wherein the trigger means and hammer sear engagement surfaces are in position to engage in the set positions of the hammer and trigger means and will not engage in the released positions of the hammer and trigger means, | [redacted] | [redacted] |
| 16[d]. the disconnector having a hook means for engaging the hammer hook means, and | [redacted] | [redacted] |
| 16[e]. a cam movable between a first position and a second position, in the second position the cam forces the trigger member toward the set position, | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| | [redacted] | |
| 16[f]. when in a standard semi-automatic mode, rearward movement of the bolt means causes movement of the hammer and the disconnector hook means catches the hammer hook means, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger means to free the hammer from the disconnector to permit the hammer and trigger means to | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| move to their set positions so that the user can pull the trigger means to fire the firearm, and | | |
| 16[g]. when in a forced reset semi-automatic mode, upon rearward movement of the bolt means, the disconnector is prevented from holding the hammer, and thereafter the bolt means moves forward into battery, at which time the user can pull the trigger means to fire the firearm. | [redacted] | [redacted] |

**Claim 17**

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| 17[pre]. A firearm trigger mechanism comprising: | [redacted] | [redacted] |
| 17[a]. a hammer movable between a set position and a released position, and having a sear engagement surface; | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| 17[b]. a trigger member having a sear engagement surface, the trigger member being movable between a set position and a released position; | [redacted] | [redacted] |
| 17[c]. a cam configured to move during cycling of the firearm's action and to contact the trigger member to bias it toward the set position; | [redacted] | [redacted] |
| 17[d]. a movable blocking means configured to selectively prevent the hammer sear catch surface from engaging with the sear in the set position; | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
| --- | --- | --- |
| | [redacted] | [redacted] |
| 17[e]. a mode selector operable by the user to select between at least two modes of operation of the trigger mechanism, including: | [redacted] | [redacted] |
| 17[f]. a semi-automatic mode, in which the hammer and trigger member sear engagement surfaces are not able engage in the set position during cycling of the firearm's action until the user manually reduces pressure from the trigger member to disengage the blocking means before firing again, regardless of whether the cam moves the | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| trigger member to the set position; and | [redacted] | |
| 17[g]. a forced reset mode, in which the cam moves during cycling and forcibly biases the trigger member into the set position with the hammer and trigger member sear engagement surfaces engaged, permitting the user to immediately fire again without the user manually releasing pressure on the trigger member; | [redacted] | [redacted] |
| 17[h]. wherein if the cam moves in both modes, the | [redacted] | [redacted] |

| **Claim Element** | **Batzer's Noninfringement Argument** | **Luettke Reply** |
|---|---|---|
| difference in operation between modes is determined by movable selection of the blocking means, thereby selectively either permitting or preventing the hammer and trigger member sear engagement surfaces from engaging when the trigger member is biased by the cam. | [redacted] | [redacted] |