# EXHIBIT D

[redacted]

# Claim Chart for U.S. Patent No. 12,636,403: Batzer Noninfringement Positions and Luettke Reply

## ARHK

**Claim 14**

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| 14[pre]. A trigger mechanism for a firearm operable in at least a standard semi-automatic mode and a forced reset semi-automatic mode, comprising: | [redacted] | [redacted] |
| 14[a]. a hammer having a hammer sear catch and a hammer hook and adapted to pivot on a transverse hammer pivot axis between a set position and a released position, the hammer adapted to be pivoted rearward by rearward movement of a bolt means; | [redacted]<br>[redacted]<br>[redacted] | [redacted]<br>[redacted]<br>[redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| | | [redacted] |
| 14[b]. a trigger member having a trigger member sear and adapted to move between a set position and a released position, the trigger member being forced to the set position as a result of cycling action of the bolt means, such that the trigger member sear and the hammer sear catch are in engagement in the set position of the hammer and the set position of the trigger member and are out of engagement in the released position of the hammer and the released position of the trigger member; | [redacted] | [redacted] |
| 14[c]. wherein the trigger member sear and the hammer sear catch are in engagement in the set position of the hammer and the set position of the trigger member and are out of engagement in the released position of the hammer and the released position of the trigger member, | [redacted] | [redacted] |
| 14[d]. a disconnector having a disconnector hook for engaging the hammer hook and adapted to pivot on a transverse disconnector pivot axis; and | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| 14[e]. a locking member adapted to be movably mounted, the locking member being movable between a first position at which the locking member mechanically blocks the trigger member from moving to the released position and a second position at which the locking member does not mechanically block the trigger member allowing the trigger member to be moved to the released position and adapted to be moved to the second position by forward movement of the bolt means, | [redacted]<br><br>[redacted]<br><br>[redacted]<br><br>[redacted] | [redacted]<br><br>[redacted]<br><br>[redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| | | [redacted] |
| 14[f]. wherein in the standard semi-automatic mode, rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook holds the hammer hook, at | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
| --- | --- | --- |
| which time a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the hammer and the trigger member to pivot to the set positions so that the user can pull the trigger member to fire the firearm again; and | [redacted] | [redacted] |
| 14[g]. wherein in the forced reset semi-automatic mode, rearward movement of the bolt means causes the trigger member to be forced to the set position, and the disconnector hook is prevented from holding the hammer hook, and thereafter when the bolt means reaches a substantially in-battery position or an in-battery position the user can actuate the trigger member to fire the firearm again. | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| | [redacted] | [redacted]<br>[redacted]<br>[redacted]<br>[redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| | | [redacted] |

**Claim 15**

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| 15[pre]. The trigger mechanism of claim 14, | [redacted] | [redacted] |
| 15[a]. further comprising a safety selector, movement of which selects between at least standard semi-automatic mode and forced reset semi-automatic mode. | [redacted] | [redacted] |

**Claim 17**

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| 17[pre]. A trigger mechanism for a semi-automatic firearm, comprising: | [redacted] | [redacted] |
| 17[a]. a hammer comprising a hammer hook; | [redacted] | [redacted] |
| 17[b]. a disconnector comprising a disconnector hook for holding the hammer hook; | [redacted] | [redacted] |
| 17[c]. a trigger member, wherein the trigger member can be forced into a trigger set position responsive to rearward motion of a cyclic semi-automatic action of the semi-automatic firearm; and | [redacted] | [redacted] |
| 17[d]. a locking member configured to move between a block position and a non-block position, wherein the block position mechanically blocks the trigger member | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| from moving from the trigger set position to a trigger released position, wherein the non-block position permits the trigger member to be moved from the trigger set position to the trigger released position, wherein the locking member is moved into the block position during rearward motion of the cyclic semi-automatic action and moved into the non-block position during forward motion of the cyclic semi-automatic action, and wherein: | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| | | [redacted] |
| 17[e]. in a standard semi-automatic mode, after cycling of the action and while the trigger member is in the trigger released position, the trigger mechanism is configured such that the disconnector hook holds the hammer hook, at which point, rearward pressure on the trigger member must be reduced before the trigger member can be actuated, and | [redacted] | [redacted] |
| 17[f]. in a forced reset semi-automatic mode, the disconnector hook is prevented from holding the hammer hook, and the trigger member can be actuated when the cyclic semi-automatic action reaches a substantially in-battery position or an in-battery position. | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
| --- | --- | --- |
| | | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| | | [redacted] |

**Claim 29**

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| 29[pre]. The trigger mechanism of claim 17, | [redacted] | [redacted] |
| 29[a]. comprising a safety selector, wherein the safety selector is selectable between at least the standard semi-automatic mode and the forced reset semi-automatic mode. | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| | | [redacted] |

**Claim 30**

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| 30[pre]. The trigger mechanism of claim 17, | [redacted] | [redacted] |
| 30[a]. comprising a safety selector that is separate from the locking member. | [redacted] | [redacted] |

**Claim 32**

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| 32[pre]. A trigger mechanism for a semi-automatic firearm operable in at least a standard semi-automatic mode and a forced reset semi-automatic mode, comprising: | [redacted] | [redacted] |
| 32[a]. a disconnector; | [redacted] | [redacted] |
| 32[b]. a trigger member, wherein the trigger member is forced into a trigger set position responsive to rearward motion of a cyclic semi-automatic action of the semi-automatic firearm; and | [redacted] | [redacted] |
| 32[c]. a locking member configured to move between a block position and a non-block position, wherein the block position mechanically blocks the trigger member from moving from the trigger | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| set position to a trigger released position, wherein the non-block position permits the trigger member to be moved from the trigger set position to the trigger released position, wherein the locking member is moved into the block position during rearward motion of the cyclic semi-automatic action and moved into the non-block position during forward motion of the cyclic semi-automatic action; | [redacted]<br><br>[redacted]<br><br>[redacted] | [redacted]<br><br>[redacted]<br><br>[redacted]<br><br>[redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| | | [redacted] |
| 32[d]. a safety selector, wherein the safety selector is selectable between at least the standard semi-automatic mode and the forced reset semi-automatic mode; and wherein: | [redacted] | [redacted] |
| 32[e]. in the standard semi-automatic mode, rearward pressure on the trigger member must be reduced to disengage a hammer from the disconnector before the trigger member can again be actuated; and | [redacted] | [redacted] |
| 32[f]. in the forced reset semi-automatic mode, the trigger member is forced to the trigger set position and can be actuated without reducing pressure on the trigger member to fire another round when the cyclic semi-automatic action reaches a substantially in-battery | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| position or an in-battery position. | [redacted] | [redacted] |

**Claim 38**

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| 38[pre]. A forced reset trigger mechanism, comprising: | [redacted] | [redacted] |
| 38[a]. a hammer having a hammer hook and adapted to pivot on a transverse hammer pivot axis; | [redacted] | [redacted] |
| 38[b]. a disconnector having a disconnector hook and adapted to pivot on a transverse disconnector pivot axis; | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| 38[c]. a trigger member; and | [redacted] | [redacted] |
| 38[d]. a safety selector adapted to be movable between a standard semi-automatic position and a forced reset semi-automatic position, | [redacted] | [redacted] |
| 38[e]. wherein when the safety selector is in the standard semi-automatic position and the trigger member is rearwardly actuated, and after the hammer pivots rearward to a position where the hammer hook is past the disconnector hook, rearward pressure on the trigger member must be reduced to permit the trigger member to then be actuated to fire a firearm. | [redacted] | [redacted] |

**Claim 39**

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| 39[pre]. A forced reset trigger mechanism, comprising: | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| | | [redacted] |
| 39[a]. a hammer having a hammer hook and adapted to pivot on a transverse hammer pivot axis; | [redacted] | [redacted] |
| 39[b]. a disconnector having a disconnector hook and adapted to pivot on a transverse disconnector pivot axis; | [redacted] | [redacted] |
| 39[c]. a trigger member; and | [redacted] | [redacted] |
| 39[d]. a safety selector adapted to be movable between a standard semi-automatic position and a forced reset semi-automatic position, | [redacted] | [redacted] |
| 39[e]. wherein, when in either position, when the trigger member is pulled rearward, cycling of a firearm action rearwardly pivots the hammer to a position where the | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| hammer hook is past the disconnector hook, | [redacted] | [redacted] |
| 39[f]. wherein if the safety selector is in the standard semi-automatic position, rearward pressure on the trigger member must be reduced to permit the trigger member to then be actuated to fire a firearm, and | [redacted] | [redacted] |
| 39[g]. wherein, if the safety selector is in the forced reset semi-automatic position, the trigger member is forced to move to a full reset position against rearward pressure on the trigger member and the rearward pressure on the trigger member does not need | [redacted] | [redacted] |

| Claim Element | Batzer's Noninfringement Argument | Luettke Reply |
|---|---|---|
| to be reduced to actuate the trigger to fire the firearm. | [redacted] | [redacted] |