**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo,"<br><br>Defendants. | Civil Action No. 4:26-cv-00370-ALM |

**JOINT MOTION TO EXTEND THE TEMPORARY RESTRAINING**
**ORDER AGAINST THE ARHK**

Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc. (together, "Plaintiffs") and Defendants AS Designs, LLC, Matthew S. Karlovic, and Calvin Olson (together, "AS Designs") jointly move, on AS Designs' consent, to extend the temporary restraining order against the ARHK (Dkt. 129) as to AS Designs for fourteen days, through December 10, 2026. The Order expires on Thursday, November 26, 2026, which is Thanksgiving Day[1].

[1] Should the Court not rule on this motion before the Order expires on November 26, 2026, AS Designs, through its undersigned counsel, represents that it will continue to comply with the Order, on its existing terms, through December 10, 2026, as though the extension had been entered.

## I. BACKGROUND

On November 12, 2026, the Court granted in part Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction Against the ARHK (Dkt. 117) and restrained AS Designs and the John Doe Defendant from selling, offering for sale, or importing the ARHK. Dkt. 129 at 7–8 & n.4. Plaintiffs posted the $25,000 bond the same day. Dkt. 131.

The Order "will expire 14 days after the entry of this Order, unless the Court extends it for good cause or the Enjoined Defendants consent to an extension." Dkt. 129 at 9. The Order also directs the parties to meet and confer on the remaining preliminary injunction briefing and a hearing date. *Id.* The preliminary injunction hearing has not been set.

## II. AS DESIGNS CONSENTS TO A FOURTEEN-DAY EXTENSION

A temporary restraining order expires at the time the court sets "unless before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extension." Fed. R. Civ. P. 65(b)(2). The Order tracks the Rule. Dkt. 129 at 9. Consent is an independent ground for an extension. Where the adverse party consents, no showing of good cause is required.

AS Designs consents. AS Designs joins this motion and agrees to extend the Order, on its existing terms, through December 10, 2026. That consent is the sole basis for this motion and the reason for the extension. *See* Fed. R. Civ. P. 65(b)(2) ("The reasons for an extension must be entered in the record."). This motion does not ask the Court to find good cause or to make any other finding.

AS Designs' consent is limited to the fourteen-day extension requested here and is given only on its own behalf. It is not an admission or concession on any issue, is without prejudice to

AS Designs' opposition to Plaintiffs' request for a preliminary injunction, and does not waive any defense, objection, right, or remedy, including under Fed. R. Civ. P. 65(c).

## III. CONCLUSION

The parties respectfully request that the Court, on AS Designs' consent, extend the temporary restraining order (Dkt. 129) as to AS Designs, on its existing terms, through December 10, 2026, and enter the attached proposed order before the Order expires on November 26, 2026.

DATED: November 23, 2026

Respectfully submitted,

*/s/ Matthew A. Colvin*

Matthew A. Colvin
Texas Bar No. 24087331
Carl E. Bruce
Texas Bar No. 24036278
Bret T. Winterle
Texas Bar No. 24084249
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
E-mail: colvin@fr.com
bruce@fr.com
winterle@fr.com
Tel: (214) 747-5070
Fax: (214) 747-2091

Benjamin J. Christoff
DC Bar No. 1025635
**FISH & RICHARDSON P.C.**
1000 Maine Avenue SW, Suite 1000
Washington, DC 20024
E-mail: christoff@fr.com
Tel: (202) 783-5070
Fax: (202) 783-2331

Oliver J. Richards
CA Bar No. 310972
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Suite 400
San Diego, CA 92130
E-mail: ojr@fr.com
Tel: (858) 678-5070
Fax: (858) 678-5099

Glenn D. Bellamy (admitted *pro hac vice*)
**WOOD HERRON & EVANS LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
E-mail: gbellamy@whe-law.com
Tel: (513) 707-0243
Fax: (513) 241-6234

Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
E-mail: melissa@gillamsmithlaw.com

***Attorneys for Plaintiffs***
***ABC IP, LLC and Rare Breed Triggers, Inc.***

DATED: November 23, 2026

Respectfully submitted,

*/s/ John M. Skeriotis*

John M. Skeriotis
Ohio Bar No. 0069263
Sergey Vernyuk
Ohio Bar No. 0089101
**EMERSON, THOMSON & BENNETT, LLC**
1914 Akron-Peninsula Road
Akron, Ohio 44313
E-mail: jms@etblaw.com
sv@etblaw.com
Tel: (330) 434-9999
Fax: (330) 434-8888

***Attorneys for Defendants***
***AS Designs, LLC, Matthew S. Karlovic, and Calvin Olson***

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiffs has complied with the meet and confer requirement in Local Rule CV-7(h). On November 23, 2026, counsel for AS Designs, LLC, Matthew S. Karlovic, and Calvin Olson confirmed in writing that AS Designs agrees to extend the temporary restraining order for fourteen days. This motion is joint and unopposed. No counsel has appeared for the John Doe Defendant.

*/s/ Matthew A. Colvin*
Matthew A. Colvin

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 23, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Matthew A. Colvin*
Matthew A. Colvin