**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo,"<br><br>Defendants. | Civil Action No. 4:26-cv-00370-ALM |

**PROPOSED ORDER**

Pending before the Court is the Joint Motion to Extend the Temporary Restraining Order Against the ARHK. Defendants AS Designs, LLC, Matthew S. Karlovic, and Calvin Olson consent to the requested extension. Having considered the Motion, the Court finds that it should be **GRANTED**.

It is **ORDERED** that, on the consent of Defendants AS Designs, LLC, Matthew S. Karlovic, and Calvin Olson, the temporary restraining order entered on November 12, 2026 (Dkt. #129) is EXTENDED on its existing terms as to those Defendants and shall remain in effect through December 10, 2026.

**IT IS SO ORDERED.**