**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo,"<br><br>Defendants. | Civil Action No. 4:26-cv-00370 |

**ORDER**

Pending before the Court is the Joint Motion to Extend the Temporary Restraining Order Against the ARHK (Dkt. #143). Defendants AS Designs, LLC, Matthew S. Karlovic, and Calvin Olson consent to the requested extension. Having considered the Motion, the Court finds that it should be **GRANTED**.

It is **ORDERED** that, on the consent of Defendants AS Designs, LLC, Matthew S. Karlovic, and Calvin Olson, the temporary restraining order entered on November 12, 2026 (Dkt. #129) is EXTENDED on its existing terms as to those Defendants and shall remain in effect through December 10, 2026.

**IT IS SO ORDERED.**

**SIGNED this 24th day of November, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE