**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON and JOHN DOE, an individual using the alias "s3igu2" and/or "Seagoo Threetwo,"<br><br>Defendants. | Civil Action No. 4:26-cv-00370-ALM |

**PLAINTIFFS' NOTICE OF AVAILABILITY FOR HEARING ON THEIR PRELIMINARY INJUNCTION MOTIONS AGAINST AS DESIGNS (DKTS. 28, 117)**

Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc. (together, "Plaintiffs") give notice of their availability for a hearing on their two pending motions for a preliminary injunction against Defendants AS Designs, LLC, Matthew S. Karlovic, and Calvin Olson (together, "AS Designs"). The first motion is directed to AS Designs' Super Safety, ARC-Fire, and related lowers and slip-trip components. Dkt. 28. The second is directed to the ARHK. Dkt. 117. Plaintiffs ask the Court to hear both motions together before the temporary restraining order ("TRO") against the ARHK expires on December 10, 2026. Dkts. 129, 144.

The Court's November 12 TRO directed the parties to meet and confer on the remaining briefing on the ARHK motion and "a date for the preliminary injunction hearing," and then to notify the Court of their proposed schedule. Dkt. 129 at 9. Plaintiffs have asked AS Designs for a

hearing date since November 13. AS Designs has not provided one. Plaintiffs therefore set out their own availability below.

AS Designs also did not submit a sur-reply with respect to the ARHK motion by its deadline under rule of yesterday, November 23, 2026, nor did AS Designs meet and confer to negotiate any extension beyond that.

## I. AS Designs Has Not Provided Hearing Dates Despite Repeated Requests

Plaintiffs first asked AS Designs' counsel to confer on the sur-reply deadline and the hearing date on November 13, the day after the TRO issued, and followed up that afternoon. On November 16, Plaintiffs again asked for AS Designs' earliest availability to confer on the sur-reply deadline and the hearing date.

The parties conferred by videoconference on November 17. That evening, AS Designs' counsel wrote that he would send a proposal on the sur-reply deadline and hearing date, "probably tomorrow evening."

No proposal followed. On November 23, Plaintiffs asked AS Designs to send its proposal on the sur-reply deadline and hearing date that day. AS Designs' counsel responded that he would "get back to you" and agreed to extend the TRO for 14 days. Plaintiffs asked again that afternoon. That evening, AS Designs consented to extend the TRO through December 10 but again did not address the sur-reply deadline or hearing date. Dkt. 143. The Court granted the extension this morning. Dkt. 144.

Later on November 23, Plaintiffs asked AS Designs for its availability for a hearing in December by 3:00 p.m. Central on November 24, and stated that Plaintiffs would otherwise file this notice with their own dates. As of this filing, AS Designs has still not provided any proposed hearing dates or negotiate any deadline to its sur-reply.

## II. Plaintiffs Are Available for a One-Day or Two-Day Hearing Before December 10

Plaintiffs ask that the hearing take place before the extended TRO expires on December 10, 2026. The Court entered the TRO to pause the ARHK launch "while the parties prepare for a preliminary injunction hearing." Dkt. 129 at 7. AS Designs took the position that any temporary restraining order should be limited to the period Rule 65(b)(2) permits, rather than remaining in place until a hearing could be held. Dkt. 130 at 33. A later hearing would come after the extended TRO expires.

Plaintiffs offer two hearing formats and are available for either. Both motions in question are fully briefed.

*One-day hearing.* Each side would present its corporate representative live, and both sides' expert testimony would come in through the expert declarations already of record. A prompt hearing matters enough to Plaintiffs that their corporate representatives will appear on any day in December that the Court sets.

*Two-day hearing.* Each side would also present its technical experts live. Plaintiffs' economic expert is in trial in another matter for most of December, so Plaintiffs propose that his testimony come in through his declarations. Plaintiffs are available for a two-day hearing on December 1 and 2, December 2 and 3, or December 3 and 4.

DATED: November 24, 2026

Respectfully submitted,

*/s/ Matthew A. Colvin*

Matthew A. Colvin
Texas Bar No. 24087331
Carl E. Bruce
Texas Bar No. 24036278
Bret T. Winterle
Texas Bar No. 24084249
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
E-mail: colvin@fr.com
bruce@fr.com
winterle@fr.com
Tel: (214) 747-5070
Fax: (214) 747-2091

Benjamin J. Christoff
DC Bar No. 1025635
**FISH & RICHARDSON P.C.**
1000 Maine Avenue SW, Suite 1000
Washington, DC 20024
E-mail: christoff@fr.com
Tel: (202) 783-5070
Fax: (202) 783-2331

Oliver J. Richards
CA Bar No. 310972
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Suite 400
San Diego, CA 92130
E-mail: ojr@fr.com
Tel: (858) 678-5070
Fax: (858) 678-5099

Glenn D. Bellamy (admitted *pro hac vice*)
**WOOD HERRON & EVANS LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
E-mail: gbellamy@whe-law.com
Tel: (513) 707-0243
Fax: (513) 241-6234

Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
E-mail: melissa@gillamsmithlaw.com

***Attorneys for Plaintiffs***
***ABC IP, LLC and Rare Breed Triggers, Inc.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 24, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Matthew A. Colvin*
Matthew A. Colvin