**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| IN RE: RARE BREED TRIGGERS PATENT LITIGATION | CASE NO. 4:26-md-03176-ALM |
| RARE BREED TRIGGERS, INC. *et al.*,<br>Plaintiffs,<br>vs.<br>AS DESIGNS, LLC *et al.*,<br>Defendants. | CASE NO. 4:26-cv-00370-ALM<br><br>CHIEF JUDGE AMOS L. MAZZANT |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF AVAILABILITY FOR HEARING ON THEIR PRELIMINARY INJUNCTION MOTIONS AGAINST AS DESIGNS (DKT. #145)**

Defendants AS Designs, LLC, Matthew S. Karlovic, and Calvin Olson (together, "AS Designs") respond to Plaintiffs' Notice of Availability (Dkt. #145) to advise the Court of the status of the parties' conferral.

The Court's November 12 Order directed the parties to confer on "a briefing schedule for the remaining preliminary injunction briefing as well as a date for the preliminary injunction hearing," and then to notify the Court of their proposed schedule. (Dkt. #129 at 9.) That conferral is not complete.

This afternoon, AS Designs sent Plaintiffs' counsel a written proposal on the remaining briefing and the hearing. It crossed with Plaintiffs' notice, which was filed four minutes earlier. **Under the proposal, AS Designs would consent to extend the temporary restraining order (Dkt. #129) until the Court decides the ARHK and ARC-Fire preliminary injunction motions**. AS Designs asked Plaintiffs for times to confer on the proposal. Plaintiffs have not yet responded. AS Designs does not otherwise describe the proposal here because the parties should discuss it with each other first.

The parties have not held a meet and confer on the dates contained in Plaintiffs' Notice of Availability. The parties have also not conferred on a hearing date proposed by either side. In fact, before the parties' November 17 call, AS Designs' undersigned counsel asked Plaintiffs to send their thoughts in advance so that he could consider them. Plaintiffs did not propose a hearing date in response. On the call, the hearing was discussed only in general terms, and Plaintiffs did not identify the dates on which they were available. AS Designs first learned those dates from Plaintiffs' Notice of Availability.

AS Designs will confer with Plaintiffs on both sides' proposals. It asks that the Court allow that conferral to be completed before a hearing is set, and proposes that the parties report to the Court early next week.

Dated: November 24, 2026

Respectfully submitted,

/s/ John M. Skeriotis
John M. Skeriotis (Ohio Bar # 0069263)
jms@etblaw.com
Sergey Vernyuk (Ohio Bar # 0089101)
sv@etblaw.com
1914 Akron-Peninsula Rd.
Akron, Ohio 44313
(330) 434-9999 – Telephone
(330) 434-8888 – Facsimile

*Attorneys for Defendants AS Designs, LLC, Matthew S. Karlovic, and Calvin Olson*