IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: RARE BREED TRIGGERS PATENT LITIGATION | CASE NO. 4:26-md-03176-ALM |
| RARE BREED TRIGGERS, INC. et al.,<br>Plaintiffs,<br>vs.<br>AS DESIGNS, LLC et al.,<br>Defendants. | (CASE NO. 4:26-cv-00370-ALM)<br><br>CHIEF JUDGE AMOS L. MAZZANT |

**NOTICE OF CERTIFICATES OF COMPLIANCE**

On November 12, 2026, the Court entered an Order (Dkt. #129) granting in part Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction Against the ARHK (Dkt. #117). The Order required the Enjoined Defendants,[1] within fourteen days of receiving actual notice of the Order, to file with the Court and serve on Plaintiffs' counsel a sworn certificate of compliance attesting to the specific steps taken to comply with the Order.

The certificate for Mr. Karlovic and AS Designs is attached as Exhibit A. The certificate for Mr. Olson is attached as Exhibit B. The certificate for Mr. Doe is attached as Exhibit C.

Respectfully submitted,

Dated: November 26, 2026

EMERSON, THOMSON & BENNETT, LLC
*/s/ Sergey Vernyuk*
John M. Skeriotis (Ohio Bar # 0069263)
jms@etblaw.com
Sergey Vernyuk (Ohio Bar # 0089101)
sv@etblaw.com
1914 Akron-Peninsula Rd.

[1] The "Enjoined Defendants" include AS Designs, LLC, Matthew S. Karlovic, Calvin Olson and John Doe, an individual using the alias "s3igu2" and/or "Seagoo Threetwo." (Dkt. #129 at 8 n.4.)

Akron, Ohio 44313
(330) 434-9999 – Telephone
(330) 434-8888 – Facsimile
*Attorneys for Defendants AS Designs, LLC, Matthew S. Karlovic, and Calvin Olson*