IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: RARE BREED TRIGGERS PATENT LITIGATION | CASE NO. 4:26-md-03176-ALM |
| RARE BREED TRIGGERS, INC. et al., Plaintiffs, vs. AS DESIGNS, LLC et al., Defendants. | (CASE NO. 4:26-cv-00370-ALM)<br><br>CHIEF JUDGE AMOS L. MAZZANT |

**CERTIFICATE OF MATTHEW S. KARLOVIC**

I, Matthew S. Karlovic, having personal knowledge of the facts stated herein, and being of legal age and sound mind and memory, do hereby certify as follows:

1. I am the Managing Member of Defendant AS Designs, LLC ("AS Designs"). I make this certification on behalf of myself and AS Designs.
2. I received a copy of the Court's November 12, 2026 Order (Dkt. #129) granting in part Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction Against the ARHK.
3. Since receiving the Order, neither I nor AS Designs has sold, offered for sale, or imported any ARHK trigger, accessory product for use therewith, or other component that is a material part of the ARHK, any derivative thereof, or any substantially similar product, and that has no substantial use other than in an ARHK or derivative thereof.
4. Since receiving the Order, neither I nor AS Designs has induced, encouraged, instructed, or assisted any other person or entity to engage in any conduct prohibited by the Order

(including by providing design files, manufacturing specifications, assembly or installation instructions, technical support, or troubleshooting assistance for any ARHK, any derivative thereof, or any substantially similar product).

5. Within seven days of receipt of the Order, I removed the listing for the ARHK and references to it on AS Designs' primary website (activesafetydesigns.com) and all posts advertising or providing updates on the ARHK on the AS Designs' Instagram account (@asdesignsfrts), X account (@asdesignsfrts), and Facebook account (@Active Safety Designs).
6. I do not know of any other listings, product pages, advertisements, and promotional materials for the ARHK on any website, marketplace, or social media platform owned, operated, or controlled by me or AS Designs.
7. Prior to the Order, AS Designs had pre-sold (but not shipped) the ARHK to one customer. Within seven days of receipt of the Order, I notified that customer in writing of the entry and terms of this Order and provided a copy of the Order.
8. AS Designs has quarantined and segregated the ARHK inventory from its inventory available for sale.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 25th, 2026
Date

[signature]
Matthew S. Karlovic