IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: RARE BREED TRIGGERS PATENT LITIGATION | CASE NO. 4:26-md-03176-ALM |
| RARE BREED TRIGGERS, INC. et al.,<br>Plaintiffs,<br>vs.<br>AS DESIGNS, LLC et al.,<br>Defendants. | (CASE NO. 4:26-cv-00370-ALM)<br>CHIEF JUDGE AMOS L. MAZZANT |

**CERTIFICATE OF CHRISTOPHER ULRICK**

I, Christopher Ulrick, having personal knowledge of the facts stated herein, and being of legal age and sound mind and memory, do hereby certify as follows:

1. I received a copy of the Court's November 12, 2026 Order (Dkt. #129) granting in part Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction Against the ARHK.
2. Since receiving the Order, I have not sold, offered for sale, or imported any ARHK trigger, accessory product for use therewith, or other component that is a material part of the ARHK, any derivative thereof, or any substantially similar product, and that has no substantial use other than in an ARHK or derivative thereof.
3. Since receiving the Order, I have not induced, encouraged, instructed, or assisted any other person or entity to engage in any conduct prohibited by the Order (including by providing design files, manufacturing specifications, assembly or installation instructions,

technical support, or troubleshooting assistance for any ARHK, any derivative thereof, or any substantially similar product).

4. Within seven days of receipt of the Order, I removed all posts providing updates on the ARHK on my Instagram account (@s3igu2) and X account (@s3igu2).

5. I do not own, operate, or control any website, marketplace, or other social media platform that has any online listings, product pages, advertisements, or promotional materials for the ARHK.

6. I have not sold or shipped the ARHK to any distributor, reseller, dealer, or other commercial counterparty, so the requirement to notify such person of the Order does not apply.

7. I do not have any unsold ARHK in my possession, custody, or control, other than for AS Designs, LLC (which is addressed by the separate certificate of Matthew Karlovic).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/25, 2026
Date

Christopher Ulrick
Christopher Ulrick